

Civil   Criminal   Query   Reports   Utilities   Search   Help   Log Out

**Answers to Complaints**
1:25-cv-02884-CYC Toll Brothers, Inc. et al v. Gu et al

JD1,MJ CIV PP

**U.S. District Court - District of Colorado**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 9/29/2025 at 6:48 PM MDT and filed on 9/29/2025
**Case Name:**     Toll Brothers, Inc. et al v. Gu et al
**Case Number:**   1:25-cv-02884-CYC
**Filer:**         Jeffrey Gu
**Document Number:** 17

**Docket Text:**
ANSWER to [1] Complaint, , First COUNTERCLAIM against All Plaintiffs by Jeffrey Gu. (Attachments: # (1) Summons, # (2) Summons, # (3) Summons, # (4) Summons, # (5) Summons, # (6) Summons, # (7) Summons, # (8) Summons, # (9) Summons, # (10) Summons)(Gu, Jeffrey)

**1:25-cv-02884-CYC Notice has been electronically mailed to:**

Henry M. Baskerville    hbaskerville@foxrothschild.com, ashaffer@foxrothschild.com, rgomez@foxrothschild.com, rrichmeier@foxrothschild.com, rrudolph@foxrothschild.com

Jeffrey Gu    jeffwgu@gmail.com, 1651707420@filings.docketbird.com

**1:25-cv-02884-CYC Notice has been mailed by the filer to:**