# EXHIBIT 1



Jeffrey Gu <jeffwgu@gmail.com>

---

**Thank you for your interest in The Ridge at Ward Station**
1 message

---

**tbmailer@tollbrothers.com** <tbmailer@tollbrothers.com>                    Sun, Jan 16, 2022 at 2:55 PM
To: jeffwgu@gmail.com



# Thank you for expressing an interest in The Ridge at Ward Station

This message confirms that your request has been received and an Online Sales Consultant will be contacting you directly to see how we may be of service to you.

Be on the lookout for an email containing more information shortly. If you provided your cell phone number, we will be in touch soon to learn more about what you're looking for in your next home. Save this number in your phone so you don't miss us: 877-431-2870.

Whether online or on the phone, our consultants can provide you with fast and accurate information. Our team stands ready to guide you in your search for a new home by offering personalized, one-on-one assistance. We look forward to helping make your dream home into a reality.

At your service,
**Kristine Smith & Whitney Molen**
Online Sales Team
877-431-2870  •  COOnlineSales@tollbrothers.com

**Find a Home    Design Center    Mortgage    Blog**

Prices and offers subject to change without notice. This is not an offering where prohibited by law. Images are for representational purposes only and actual product may differ. See online sales consultants for details. Listing Broker Toll Brothers Real Estate, Inc.

You are receiving our email because jeffwgu@gmail.com signed up to receive emails from Toll Brothers, Inc. If you no longer want to receive our emails follow this link to UNSUBSCRIBE

 **10TH YEAR ON FORTUNE WORLD'S MOST ADMIRED COMPANIES LIST**
© 2021 FORTUNE Media IP Limited. Used under license.

     

Toll Brothers, 1140 Virginia Drive, Fort Washington, PA, 19034, US    

# EXHIBIT 2



# EXHIBIT 3

# Consumer Journey



# EXHIBIT 4

English

**ICANN** | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

tollbrothers.com                    Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars. (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** TOLLBROTHERS.COM

**Registry Domain ID:** 203274_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)
serverDeleteProhibited (https://icann.org/epp#serverDeleteProhibited)
serverTransferProhibited (https://icann.org/epp#serverTransferProhibited)
serverUpdateProhibited (https://icann.org/epp#serverUpdateProhibited)

**Nameservers:**
KIP.NS.CLOUDFLARE.COM
SELAH.NS.CLOUDFLARE.COM

## Dates

**Registry Expiration:** 2026-01-03 05:00:00 UTC

**Updated:** 2024-12-02 09:08:09 UTC

**Created:** 1996-01-04 05:00:00 UTC

## Contact Information

### Administrative:

**Handle:** 203274_DOMAIN_COM-VRSN

**Name:** REDACTED REGISTRAR

**Mailing Address:** PA

**ISO-3166 Code:** US

**Contact Uri:** https://domains.markmonitor.com/whois/contact/tollbrothers.com (https://domains.markmonitor.com/whois/contact/tollbrothers.com)

*redacted for privacy:*
*some of the data in this object has been removed.*

### Registrant:

**Handle:** 203274_DOMAIN_COM-VRSN

**Name:** REDACTED REGISTRANT

**Organization:** Toll Brothers Inc.

**Mailing Address:** PA

**ISO-3166 Code:** US

**Contact Uri:** https://domains.markmonitor.com/whois/contact/tollbrothers.com (https://domains.markmonitor.com/whois/contact/tollbrothers.com)

*redacted for privacy:*
*some of the data in this object has been removed.*

### Technical:

**Handle:** 203274_DOMAIN_COM-VRSN

**Name:** REDACTED REGISTRAR

**Mailing Address:** PA

**ISO-3166 Code:** US

**Contact Uri:** https://domains.markmonitor.com/whois/contact/tollbrothers.com (https://domains.markmonitor.com/whois/contact/tollbrothers.com)

*redacted for privacy:*
*some of the data in this object has been removed.*

## Registrar Information

**Name:** Markmonitor Inc.

**IANA ID:** 292

**Abuse contact email:** abusecomplaints@markmonitor.com

**Abuse contact phone:** +1.2086851750

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/tollbrothers.com (https://rdap.verisign.com/com/v1/domain/tollbrothers.com)

**Last updated from Registry RDAP DB:** 2025-06-27T14:48:23Z

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/TOLLBROTHERS.COM (https://rdap.markmonitor.com/rdap/domain/TOLLBROTHERS.COM)

**Last updated from Registrar RDAP DB:** 2025-06-27T14:48:23Z

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed.

### Notices:

**Terms of Use**

By submitting an RDAP query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
(2) enable high volume, automated, or electronic processes that send queries,
data, or email to Markmonitor (or its systems) or the domain name contacts (or
its systems).

Markmonitor reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by this policy.

Markmonitor Domain Management(TM)

Protecting companies and consumers in a digital world.

Visit Markmonitor at https://www.markmonitor.com

Contact us at +1.8007459229

In Europe, at +44.02032062220

https://www.markmonitor.com/legal/domain-management-terms-and-conditions (https://www.markmonitor.com/legal/domain-management-terms-and-conditions)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

☐ Youtube (https://www.youtube.com/icannnews)    ☐ Twitter (https://www.twitter.com/icann)    ☐ Linkedin (https://www.linkedin.com/company/icann)    ☐ Flickr (https://www.flickr.com/photos/icann)

☐ Facebook (https://www.facebook.com/icannorg)    ✉ Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)    " Community Wiki (https://community.icann.org/)

✏ ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**    **CONTACT US**    **ACCOUNTABILITY AND TRANSPARENCY**    **GOVERNANCE**    **HELP**    **DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)   Terms of Service
(https://www.icann.org/privacy/tos)    Cookies Policy (https://www.icann.org/privacy/cookies)

# EXHIBIT 5

7/1/25, 10:16 PM                                  Division of Corporations - Filing

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2092118 | Incorporation Date / Formation Date: | **5/28/1986** (mm/dd/yyyy) |
| Entity Name: | **TOLL BROTHERS, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **UNITED AGENT GROUP INC.** | | |
| Address: | **1521 CONCORD PIKE SUITE 201** | | |
| City: | **WILMINGTON** | County: | New Castle |
| State: | **DE** | Postal Code: | **19803** |
| Phone: | **561-508-5033** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⚪ Status ⚪ Status,Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

# EXHIBIT 6



Jeffrey Gu <jeffwgu@gmail.com>

## Best & Finals offers now open for Building #15 [Sites #71-74]
1 message

**Dez Kolar** <DKOLAR@tollbrothers.com>                    Tue, Feb 1, 2022 at 12:05 PM
Cc: Nicole Jorgensen <njorgensen@tollbrothers.com>

Submit your best offer to reserve your home in this community



# Accepting Offers for
# The Ridge at Ward Station

### January 31 at 10 AM MT–February 6 at 10 PM MT



The Ridge at Ward Station has a new release, giving you an
opportunity to submit your best offer.

# Now choose from even more

### Hale Quick Move-in Home

Home Site 71   |   Offers starting at $594,560

### Hale Quick Move-in Home

Home Site 74   |   Offers starting at $597,790

### Rosedale Quick Move-in Home

Home Site 72   |   Offers starting at $590,925

### Wellshire Quick Move-in Home

Home Site 73   |   Offers starting at $602,925



Complete this Pre-Application Worksheet (PAW) and then submit your offer using the link below.



Our Sales Team will contact you regarding your offer.

## STEP 3

Drop off your deposit if your offer is accepted.*

*Buyers with accepted offers cannot participate in future releases.

SUBMIT AN OFFER

5129 Vivian St, Wheat Ridge, CO 80033   |   720-640-9393

Open Daily 10 am–5 pm

**Find a Home**

**Design Studio**

**Mortgage**   **Blog**

**MANAGE PREFERENCES**

Prices and offers subject to change without notice. This is not an offering where prohibited by law. Images are for representational purposes only and actual product may differ. See online or onsite sales consultants for details.

You are receiving our email because seedlist@tollbrothers.com signed up to receive emails or because your organization has a business relationship with Toll Brothers, Inc. If you no longer want to receive our emails follow this link to UNSUBSCRIBE

Having trouble viewing this email? View in Browser

 **10th YEAR ON FORTUNE WORLD'S
MOST ADMIRED COMPANIES LIST**
© 2021 FORTUNE Media IP Limited.
Used under license.

   

Toll Brothers, 1140 Virginia Drive, Fort Washington, PA 19034    

**Dez Kolar**
**Sales Consultant, The Ridge at Ward Station**
Toll Brothers
5129 Vivian St

Wheat Ridge, CO 80033
Office: (720) 640-9393  |  Cell: (970) 708-9017

Click here to fill out our Pre-Application Worksheet

Days OFF: Thursday & Fridays

 **10TH YEAR ON FORTUNE WORLD'S
MOST ADMIRED COMPANIES LIST**
© 2021 FORTUNE Media IP Limited.
Used under license.

*The information provided herein is for informational purposes only. Nothing contained herein is intended to obligate or
bind Seller, its affiliates, parents, subsidiaries, or related entities unless signed by all parties in an Agreement of Sale.*

# EXHIBIT 7



Colorado Department of Regulatory Agencies
Division of Real Estate

**Colorado Division of Real Estate**

# Lookup Detail View

## Contact Details

| Name | Trade Name | Address | County |
|------|-----------|---------|--------|
| Toll Brothers Real Estate Inc | | Denver, CO 80202 | |

## License Details

| License Level | Status | License | Initially Issued | Responsible Individual | Address | Phone | Supervisees |
|---------------|--------|---------|------------------|------------------------|---------|-------|-------------|
| Real Estate Company - Independent | Inactive | IC.040026100 | 02/11/2002 | | Denver, CO 80202 | | |

## Disciplinary Actions

| Discipline |
|------------|
| No discipline or board actions on file for this license. |

Generated on:  6/26/2025 1:56:39 PM

# EXHIBIT 8



Jeffrey Gu <jeffwgu@gmail.com>

---

## License Expiration Date Toll Brothers

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                    Thu, Jun 26, 2025 at 4:30 PM
To: dora_realestate_website@state.co.us

Hello,

I spoke on the phone with Shirley. Just confirming a few details about the conversation.

Cannot conduct real estate transactions

Employing Broker:
Toll Brothers Real Estate Inc
Last active: August 19, 2003
Needs EO Insurance to be active.

Employee:
Nicole Jorgensen
Inactive Since 2022
Needs EO Insurance to be active.

-Jeffrey
[Quoted text hidden]

# EXHIBIT 9

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

In reviewing a licensee's information, please be aware that license discipline information may have been removed from a licensee's record pursuant to Business & Professions Code Section 10083.2 (c). However, discipline information may be available from the California Department of Real Estate upon submittal of a request, or by calling the Department's public information line at 1-877-373-4542.

The license information shown below represents public information. It will not reflect pending licensing changes which are being reviewed for subsequent updating. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

Some historical disciplinary action documents may not be in compliance with certain accessibility functions. For assistance with these documents, please contact the Department's Licensing Flag Section.

License information taken from records of the Department of Real Estate on 6/26/2025 9:28:19 PM

---

**License Type:**              CORPORATION

**Name:**                      Toll Brothers Real Estate Inc

**Mailing Address:**           350 COMMERCE DR
                               STE 200
                               IRVINE, CA 92602

**License ID:**                01206770

**Expiration Date:**           04/03/26

**License Status:**            LICENSED

**Corporation License Issued:** 08/14/96 (Unofficial -- taken from secondary records)

**Former Name(s):**            Mountain View Real Estate Inc

**Main Office:**               350 COMMERCE DR
                               STE 200
                               IRVINE, CA 92602

**Licensed Officer(s):**       DESIGNATED OFFICER
                               01746281 - Expiration Date: 04/03/26
                               Lee, Joyce Chu

                               01202479 - Expiration Date: 08/23/20
                               Boyd, James Whiteley
                               OFFICER CANCELED AS OF 04/21/20

                               01009067 - Expiration Date: 09/25/24
                               Chan, Eunice Fung Kwai
                               OFFICER LICENSE EXPIRED AS OF 09/26/24

                               01441168 - Expiration Date: 08/23/24
                               Lee, Graig Gerrick
                               OFFICER LICENSE EXPIRED AS OF 08/24/24

                               00898690 - Expiration Date: 05/18/04
                               Lemon, Gary William
                               OFFICER LICENSE EXPIRED AS OF 05/19/04

00921308 - Expiration Date: 01/11/15
Tannahill, Donald A
OFFICER CANCELED AS OF 02/14/14

**DBA**                NO CURRENT DBAS

**Branches:**          105 APRON
                       IRVINE, CA 92618

                       110 WOODMERE RD
                       STE 120
                       FOLSOM, CA 95630

                       12075 RED HAWK LN
                       PORTER RANCH, CA 91326

                       1303 CELADON STREET
                       PALM SPRINGS, CA 92262

                       1500 LUND RANCH RD
                       PLEASANTON, CA 94566

                       153 1/2 BEVERLY
                       IRVINE, CA 92618

                       1650 ALOHA CT
                       TRACY, CA 95377

                       1715 HUMMINGBIRD PLACE
                       MONTEBELLO, CA 90640

                       173 1/2 BEVERLY
                       IRVINE, CA 92618

                       18251 CORTE AUGUSTIN
                       MORGAN HILL, CA 95037

                       191 EVERGREEN WAY
                       LAKE FOREST, CA 92630

                       1967 NORTH COAST HWY 101
                       ENCINITAS, CA 92024

                       19685 JUNIPER LOOP
                       MORGAN HILL, CA 95037

                       2000 MATEO MILLER CIR
                       SAN RAMON, CA 94583

                       2747 EVERLY DRIVE
                       SAN DIEGO, CA 92108

                       27780 REEL LANE
                       VALENCIA, CA 91381

                       29918 N CAMINO LOS ROBLES

SANTA CLARITA, CA 91354

306 TEA TREE TERRACE
UNIT 3
SUNNYVALE, CA 94086

3084 EL CAMINO REAL
SANTA CLARA, CA 95051

3155 EL CAMINO REAL
SANTA CLARA, CA 95051

3490 INSPIRATION WAY
FREMONT, CA 94538

3561 OLIVE ORCHARD DR
FOLSOM, CA 95630

36233 KARSTEN STREET
PALM DESERT, CA 92211

3989 BOULDER CREEK WAY
FOLSOM, CA 95630

4005 BOULDER CREEK WAY
FOLSOM, CA 95630

411 1/2 GOLDEN SKY
IRVINE, CA 92618

425 MARIPOSA WAY
MONTEBELLO, CA 90640

4285 TALL OAK COURT
LINCOLN, CA 95648

4557 MISTY PLACE
SAN DIEGO, CA 92117

483 1/2 PROMONTORY
IRVINE, CA 92618

5627 STONERIDGE DR
STE 302
PLEASANTON, CA 94588

595 S LYON ST
SANTA ANA, CA 92705

609 PATTEN AVE
PLACENTIA, CA 92870

612 S MAIN STREET
MILPITAS, CA 95035

675 TRADE ZONE BLVD

MILPITAS, CA 95035

6800 KOLL CENTER PARKWAY
SUITE 230
PLEASANTON, CA 94566

7044 GRAND TETON DR
EL DORADO HILLS, CA 95762

705 ALDER WAY
MONTEBELLO, CA 90640

780 CHAMBRS LN STE 220
SIMI VALLEY, CA 93065

88 GRAND TETON DR
EL DORADO HILLS, CA 95762

9301 CORBIN AVENUE
SUITE 1200
NORTHRIDGE, CA 91324

9563 N ANDORA AVE
CHATSWORTH, CA 91311

9991 MUIRLANDS BLVD
SUITE D
IRVINE, CA 92618

**Broker Associates:**      01459943 - Almonte, Marisol Alicia
License Expiration Date: 10/25/2025

01385614 - Armstrong, Joseph Allen
License Expiration Date: 03/19/2028

01301287 - Calderon, Joshua Ryan
License Expiration Date: 03/08/2027

01009067 - Chan, Eunice Fung Kwai
License Expiration Date: 09/21/2027

01430642 - Flournoy, Tina Marie
License Expiration Date: 12/15/2028

01234089 - Hernandez, Juan Parra
License Expiration Date: 03/09/2028

01776586 - Huang, Fusheng
License Expiration Date: 06/20/2029

01856995 - Huang, Szu-Jo
License Expiration Date: 09/11/2028

01264472 - Koshinsky, John Foster III
License Expiration Date: 03/23/2028

01474174 - Lee, Christopher
License Expiration Date: 06/05/2029

01401203 - Lee, Minji
License Expiration Date: 10/08/2027

02002342 - Nguyen, Hao
License Expiration Date: 10/27/2027

01345571 - Rhee, Elizabeth Y
License Expiration Date: 08/05/2026

02076886 - Truong, Lynna
License Expiration Date: 10/30/2027

**Salespersons:**    There are currently 65 Salespersons affiliated with this Broker/Corporation.
RETRIEVE SALESPERSON LIST

**Comment:**    NO DISCIPLINARY ACTION

06/03/20 - SUPERVISING OFFICER ID 01009067 NAME: Eunice Chan

>>>> Public information request complete <<<<

# EXHIBIT 10

 Jeffrey Gu <jeffwgu@gmail.com>

## Toll Brothers: We've Received Your Offers

3 messages

**Toll Brothers** <tbmailer@tollbrothers.com>                 Sat, Feb 5, 2022 at 6:23 PM
Reply-To: Toll Brothers <tbmailer@tollbrothers.com>
To: jeffwgu@gmail.com



**Your Offers Have Been Submitted**

Thank you for your interest in a Toll Brothers home. Your offers will now
move into the review process.

Hale, Home Site #74
Minimum Price: $597,790
Your Offer: **$646,123**

Wellshire, Home Site #73
Minimum Price: $602,925
Your Offer: **$611,123**

Toll Brothers will review all qualifying offers along with Pre-Application Worksheets or Cash Questionnaires. Toll Brothers reserves the right to verify financial ability and source of deposit funds of customer to purchase a home in The Ridge at Ward Station prior to notice of winning offer.

If yours is not the winning offer, please consider other current and future opportunities to purchase your home in any of our exceptional Toll Brothers communities.

**At your service,**
The Ridge at Ward Station Sales Team
720-640-9393   •   Community Website

Design Center   Blog   Mortgage   Manage Preferences

If you no longer want to receive our emails follow this link to UNSUBSCRIBE



**10TH YEAR ON FORTUNE WORLD'S MOST ADMIRED COMPANIES LIST**
© 2021 FORTUNE Media IP Limited.
Used under license.

Toll Brothers, Inc., 1140 Virginia Drive, Fort Washington, PA 19034 • 855.897.8655



---

**Jeffrey Gu** <jeffwgu@gmail.com>                        Sat, Feb 5, 2022 at 6:25 PM
To: Scott Stang <scott@porchlightgroup.com>, Mom <dilange8888@gmail.com>

I submitted the offers today. We'll see what happens!
[Quoted text hidden]

---

**Di Lan Ge** <dilange8888@gmail.com>                        Sat, Feb 5, 2022 at 7:07 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: Scott Stang <scott@porchlightgroup.com>

Great!
[Quoted text hidden]

# EXHIBIT 11

4647924



Please do not write in this box

ID#6795258

### Agreement of Sale

**This Agreement** of Sale ("Agreement") dated this **12** day of **February, 2022** is by and between **Toll Southwest LLC** ("**Seller**") and **Jeffrey Gu** ("**Buyer**"), whose address is: **2332 N Clay St #3**, **Denver, CO 80211.**

1.     **PURCHASE:** Seller shall sell to Buyer who shall purchase from Seller a **Hale Aberdeen** style home on TBI Lot **0074**, Legal Lot **7**, Block/Tract **5**, in the community known as **The Ridge at Ward Station** having a street address of **5131 Vivian St, Wheat Ridge, CO 80033** (the Lot and the home are hereinafter referred to as the "("Property"). The purchase price shall be **Five Hundred Thirty-Five Thousand Nine Hundred Ninety-Five** Dollars (**$535,995**) payable as follows:

| | |
|---|---|
| Buyer's check on non-binding lot reservation agreement | **$1,000** |
| Buyer's check at signing of this Agreement | **$9,000** |
| Buyer's bank check or federal wired funds at Closing | **$525,995** |
| **Note for balance of 10% down is $43,600.** | |
| TOTAL BASE PRICE | **$535,995** |

2.     **DEED; TITLE:** Title to the Property shall be conveyed by Seller's special warranty deed at closing and shall be insurable as good and marketable by a licensed title company, free and clear of all liens and encumbrances except and subject to the following, to wit: general taxes, assessments and fees for the year of closing and all subsequent years' taxes, assessments and fees; easements and rights of way (actual or recorded); covenants, conditions, reservations and restrictions of record; any state of facts which an accurate surveyor's current physical inspection of the Property would reveal; all federal, state and local laws, ordinances, rules and regulations; and any taxes or assessments arising by reason of the inclusion of the Property in a special improvement district, fire protection district, recreation and park district, water and sanitation district or in a municipality providing these services.

3.     **MORTGAGE APPLICATION:**  Buyer has the right to select a mortgage lender of Buyer's choosing. Buyer shall in good faith make a truthful and complete application to TBI Mortgage and any other lender of Buyer's choosing. Buyer represents to Seller that the information contained in the Pre-Application Worksheet already provided to TBI Mortgage is truthful and accurate as of the date of Buyer's execution hereof.  Buyer understands that Seller is relying on Buyer's information and on Buyer demonstrating that Buyer has or shall have sufficient funds to complete closing in order for Seller to proceed with building the home.

Within 14 days of Buyer's execution of this Agreement ("Mortgage Application Period"), Buyer agrees to submit, at no cost to Buyer, a loan application to TBI Mortgage, under conditions herein stated for a mortgage amount not to exceed **$560,000** ("Loan Amount"), at market rates applicable to the Buyer. Buyer may also submit, at Buyer's own expense, an application to any mortgage lender of Buyer's choosing within the Mortgage Application Period.  If Buyer chooses to apply to a lender other than TBI Mortgage Company, Buyer shall, within the Mortgage Application Period, return to Seller the completed Request for Lender Information form.  Buyer shall cause each prospective mortgage lender to disclose to Seller all requested information regarding Buyer's loan application and credit report.

Buyer shall take all necessary action to secure financing.  Buyer agrees to inform Seller on an ongoing basis of the status of each loan application. Buyer shall furnish all information required by any prospective lender, within 5 days of any such request.  Buyer agrees to immediately send Seller copies of any notice from Buyer's lender(s) rejecting Buyer's loan application(s) ("Rejection Notice").

Within five (5) days of receipt of a loan commitment from the lender that Buyer intends to use for closing, Buyer agrees to (i) accept the commitment and (ii) mail an executed copy of the commitment to Seller. Buyer agrees to execute all documents and pay all fees required to consummate the mortgage

transaction. Buyer agrees to take no action which shall have a materially detrimental impact on Buyer's financial condition. Buyer agrees to be responsible for and bear the risk of meeting all terms and conditions of the commitment, if any, including, but not limited to, the sale of other real estate presently owned by Buyer, and for any changes in the interest rate until the Buyer locks the interest rate. Buyer's failure to fulfill any of such conditions or the termination or expiration of the mortgage commitment after it is received, for any reason, shall not release Buyer from Buyer's obligations under the Agreement. Buyer acknowledges that Buyer may desire or require a loan that exceeds the Loan Amount (if, for example, Buyer desires to finance additional options and upgrades), in which case Buyer shall be solely responsible for securing such additional financing (either, for example, through a modification to the Buyer's loan commitment or a new loan commitment) and Buyer's failure to secure such additional financing for any reason shall not release Buyer from Buyer's obligations under the Agreement.

Within 14 days of receipt of a Rejection Notice, or, if at any time after 45 days from the date of Buyer's execution of this Agreement, Buyer has not been approved for a mortgage, Seller shall have the right, but not the obligation, to declare this Agreement null and void, in which event, if Buyer has timely applied for a mortgage, pursued a mortgage diligently, and otherwise satisfied all obligations under this paragraph, the deposit has been returned to Buyer, together with all sums paid on account of the purchase price and extras without interest, and neither party shall have any further rights or liabilities hereunder.

**4.      CLOSING COSTS; APPORTIONMENTS:** Buyer shall pay for survey, document preparation, real estate transfer taxes, conveyancing, recording and notary fees and all other customary and usual closing cost.   General real estate taxes (base on the most recent levy and assessment) and assessments, general or special, if any, for the year in which the conveyance occurs shall be prorated between Seller and Buyer to the date of closing, based on Seller's best estimate thereof.   Such proration shall be final. Buyer agrees to assume and pay and all further taxes and assessments affecting the Property. Community association assessments and other charges customarily apportioned shall also be prorated between Seller and Buyer to the date of closing and such proration shall be final.

**5.      ESCROW and TITLE INSURANCE:** Seller and Buyer hereby employ Heritage Title Company, or another company designated by Seller, as the designated escrow agent (the "Escrow Agent") to act as agent to facilitate the closing of this transaction. If Buyer elects to order Title Insurance through Westminster Title Company, an affiliate of Seller or another company designated by the Seller, Seller shall pay for a Standard Owner's Policy of Title Insurance insuring title in the amount of the total purchase price for the Property. If Buyer elects to order Title Insurance from any other company, then Buyer shall pay for such cost. If Buyer fails to notify Seller in writing of Buyer's selection within 30 days of Buyer's execution hereof, or if Buyer's title company is unwilling to insure title as good and marketable, then in order to facilitate the preparation of closing documents, Seller is authorized to obtain title insurance for Buyer at Buyer's expense at prevailing rates. If the Property is being mortgaged, Buyer is responsible for paying for the lender's title insurance policy.

**6.      DEFAULT:** (a) If Buyer defaults in performing any of its obligations under this Agreement, and such default continues for 7 days after written notice, Seller shall have the right, as its sole remedy, to terminate this Agreement and retain all sums paid to Seller or its parents, subsidiaries or affiliates and to enforce any promissory notes given by Buyer to Seller or its parents, subsidiaries or affiliates, as liquidated damages. Buyer and Seller agree that such damages are not a penalty, but represent the parties' best estimate of the actual damages which Seller will sustain upon a default by Buyer, which damages are substantial but are not capable of precise determination. No delay or forbearance by Seller in exercising any right or remedy hereunder shall be deemed to be a waiver thereof; (b) If Seller defaults under this Agreement and such default continues for 7 days after written notice, Seller's sole liability shall be the return of all sums paid on account of the purchase price and extras to Buyer and this Agreement shall be terminated in all other respects; (c) Notwithstanding anything contained in this Agreement to the contrary, in the event of Seller's default under Section 10(b) of this Agreement, Buyer shall have all remedies available at law and in equity without limitation or restriction.

**7.      APPROVAL OF SELLER:** This Agreement will not be binding upon Seller unless executed by an officer of Seller within thirty (30) days of Buyer's execution of this Agreement; Seller's salesperson has no

authority to bind Seller hereunder. This Agreement shall constitute an irrevocable offer by Buyer for this thirty (30) day period. Provided, however, if this Agreement is executed by an officer of Seller beyond such thirty (30) day period, Buyer will have five (5) days to provide Seller with a written objection, after which this Agreement shall have the same effect as though executed by an officer of Seller with thirty (30) days. Notwithstanding the foregoing, Seller may deposit into any one or more of its banking accounts any such sums paid on account of the purchase price and extras during said thirty (30) day period. Any such deposit of funds shall not constitute Seller's approval of this Agreement.

**8.     CONSTRUCTION:** The home will be completed substantially similar to the home depicted in the brochure insert, without extras, for the style home set forth in Paragraph 1. The home will be built to the standard specification set forth in Exhibit D. If there is no Exhibit D, the home will be built to the standard specification for the model home, without extras, decorator features, or options, located on Lot **0014**, as applicable to the style home set forth in paragraph 1. Buyer acknowledges that all room dimensions, measurements, and/or sizes contained in the brochure insert are approximations and may vary from construction documents because of field conditions  or as a result of options selected by Buyer. Buyer further acknowledges that all Lot dimension in Exhibit L hereto (if applicable) and in marketing materials are approximations and may not match the description on the actual deed.

The furnishings, decorations, landscaping (including sodding), upgrades and all optional, decorator and other extra cost items displayed in the model home are not included in this sale unless specifically itemized on Exhibits attached hereto.

The Property may include granite, marble, stone, wood and other products that are natural products. Variations in color, texture and surface smoothness in these products can be expected. Natural products have pronounced imperfections (including, without limitation, fissures, pitting and veining) in their finished surface. Variations will exist between the natural product samples that are presented in Seller's sales or design center and the products that will be installed in the Property

The Property will be graded and erosion control will be provided, as required, by the governing authorities, except in undisturbed areas. Seller may remove or leave any trees or other vegetation on the Property in Seller's sole discretion and shall not be liable for any damage to trees or other vegetation. Sitting of the home, final grading of the lot and the number of exterior steps are at Seller's sole discretion. The copy of the plot plan submitted with the Agreement, if any, is only an expression of how Buyer would prefer the home to be placed on the Lot and is not binding on Seller. Seller reserves the right to reverse the plan of the home at Seller's sole discretion. Seller may make substitutions of   material of equivalent value and quality.

Certain items of outside work (e.g. grading, erosion control and driveway) may not be completed prior to closing. Seller agrees to complete such items after closing as soon as practical  and weather permitting, and Buyer agrees that there will be no holdback or escrow of any part of the purchase price.

Pursuant to the provisions and requirements of the Federal Trade Commission Trade Regulation Rule on Labeling on Home Insulation, insulation will be installed in the Property as follows:  exterior walls in conditioned areas and will have at least 3½ inch batts with an R-value of 13. Ceilings in conditioned areas that adjoin unconditioned areas will have at least 9 inch batts or blown insulation with an R-value of 30. All R-values stated above are based on the representations of the manufacturer and/or the installer of the insulation and not on any independent investigation by Seller. Seller has the right to make substitutions as to the type, thickness and R-value of the insulation installed in the Property so long as there are no substantial changes in the overall R-value of the insulation installed in the Property as a whole.

A certificate of occupancy (temporary or permanent) will be provided at closing. If a temporary certificate of occupancy is provided at closing, the permanent certificate of occupancy will be provided when issued by the governing municipality.

**9.    PRE-CLOSING ORIENTATION:**  A pre-closing orientation will take place approximately 5 to 10 days prior to closing, the purpose of which is to identify variances from the performance standards.  Seller will use good faith efforts to remedy prior to closing any variances in the performance standards mutually noted in writing during a pre-closing orientation.

**10.    CLOSING**:  (a) Closing shall be made by Buyer at a place of Seller's choosing within 10 days after written notice by Seller to Buyer.  Should Buyer not fully perform all of its payment and performance obligations on or before the date set for the closing, in addition to all other amounts payable hereunder, Buyer shall pay to Seller to compensate Seller for the delay, interest at a rate of twelve percent (12%) per annum on the entire unpaid portion of the purchase price from the date originally scheduled for the closing to the date that this transaction is actually completed, unless Seller elects to terminate this transaction.  Buyer has the sole responsibility to arrange for utilities to be turned on at the Property and any delays incurred in connection therewith shall not entitle Buyer to delay the closing and Seller shall have no responsibility in connection therewith.

(b)Seller agrees to complete the construction of the Property within a period of 2 years from the date this Agreement is signed by Buyer.  If an Event of Delay occurs, this 2-year period shall be extended for a period of time equal to the length of the Event of Delay.  An Event of Delay is defined as strikes or other labor disputes, shortages of labor or materials, weather conditions, Acts of God, acts of the federal, state or municipal governments or any governmental agency, including, but not limited to, building or other code inspections and approvals, governmental regulations, fire or other casualties and any other delays allowed by law.  It is the express intent of the parties hereto that the parties' rights and obligations under this Agreement be construed in the manner necessary to exempt this Agreement and the sale of the Property from registration under the Interstate Land Sales Full Disclosure Act, and both Buyer and Seller hereby expressly waive any right or provision of this Agreement that would otherwise preclude any exemption, and such right or provision shall be severed from this Agreement and given no effect.

**11.    REMEDIES AND WARRANTIES: SELLER AGREES TO PROVIDE BUYER A LIMITED WARRANTY (THE "HOME WARRANTY").  BUYER ACKNOWLEDGES RECEIPT OF THE HOME WARRANTY, THE HOME CARE AND SERVICE GUIDE AND STANDARDS OF PERFORMANCE.  THE HOME WARRANTY AND REMEDIES THEREIN CONSTITUTE THE EXCLUSIVE EXPRESS WARRANTY AND REMEDIES PROVIDED BY SELLER AND,EXCEPT AS MAY BE PROVIDED IN THE CONSTRUCTION DEFECT ACTION REFORM ACT, COLORADO REVISED STATUES 13-20-801 ET SEQ, SELLER MAKES NO OTHER AND DISCLAIMS ALL OTHER GUARANTIES OR WARRANTIES OF ANY  TYPE OR KIND WHATSOEVER EXPRESS OR IMPLIED WITH REGARD TO THE PROPERTY. SELLER'S LIABILITY FOR CLAIMS MADE UNDER THE HOME WARRANTY ARE LIMITED TO THE REPAIR OF THE PROPERTY IN ACCORDANCE WITH THE HOME WARRANTY STANDARDS AND IN NO EVENT SHALL SELLER BE LIABLE FOR RESCISSION, ANY SPECIAL, EXEMPLARY, INDIRECT OR CONSEQUENTIAL DAMAGES UNDER THE HOME WARRANTY. BUYER FURTHER AGREES THAT THE DISCLAIMERS AND LIMITATIONS ON LIABILITY SET FORTH IN THIS PARAGRAPH ARE MADE ON BEHALF OF AND INURE TO THE BENEFIT OF SELLER AND ITS AFFILIATES, INCLUDING SELLER'S PARENT COMPANY, ITS PARTNERS AND SUBSIDIARIES.  THE PROVISIONS OF THIS PARAGRAPH SHALL ͠VE CLOSING.**

_____  _____  _____
                          Buyer(s) Initials

12.    **ARBITRATION:** Buyer, and Seller agree that all claims by Buyer, or on behalf of Buyer and all residents of the Property, including minor children, hereby agree that any and all disputes with Seller, or its parent company, partners, subsidiaries, affiliates, design professionals, contractors, subcontractors or suppliers arising out of the Property, this Agreement, the Home Warranty, any other agreements, communications or dealings involving Buyer, or the construction or condition of the Property including, but not limited to, disputes concerning breach of contract, express and implied warranties, personal injuries and/or illness, mold-related claims, representations and/or omissions by Seller, on-site and off-site conditions and all other torts and statutory causes of action ("Claims"), shall be resolved by binding arbitration.

(a)  All disputes arising out of the Home Warranty or any other express warranties shall be resolved by binding arbitration in accordance with the rules and procedures set forth in the Home Warranty.

(b)  All other Claims, regardless of the amount in dispute, shall be resolved by binding arbitration by the American Arbitration Association ("AAA") and in accordance with its Expedited Procedures of the Commercial Arbitration Rules, which Rules can be viewed at www.adr.org. If AAA is unable to arbitrate a particular claim, then that claim shall be resolved by binding arbitration by AAA's successor or an equivalent organization mutually agreed upon by the Parties.

(c)  Any arbitration that is brought under this Agreement may not allow for the consolidation of more than one person's claims. The arbitrator may not preside over any form of representative, collective or class proceeding, all of which are hereby expressly waived and precluded by this paragraph

(d)  The provisions of this paragraph shall be governed by the provisions of the Federal Arbitration Act, 9 U.S.C. § §1, et seq. and shall survive closing.

(e)  In addition, Buyer agrees that Buyer may not initiate any arbitration proceeding for any Claim unless and until Buyer first provides a copy of the Demand for Arbitration stating specific written notice of each claim (sent to 1140 Virginia Dr, Fort Washington, PA 19034, Attn: Dispute Resolution – Legal Department) and gives Seller a reasonable opportunity after receipt to cure any default.

(f)  Buyer agrees that Seller may include in any arbitration Seller's claims against its design professionals, contractors, subcontractors and suppliers for contribution, indemnity or any other contractual or common law relief.

JG
_____  _____
Buyer(s) Initials

**BUYER AND SELLER HEREBY WAIVE THE RIGHT TO A PROCEEDING IN A COURT OF LAW (INCLUDING WITHOUT LIMITATION A TRIAL BY JURY) FOR ANY CLAIMS OR COUNTERCLAIMS BROUGHT BY BUYER PURSUANT TO THIS AGREEMENT. THE PROVISIONS OF THIS SECTION SHALL SURVIVE CLOSING.**

JG
_____  _____
Buyer(s) Initials

13.    **SPECIAL TAXING DISTRICT DISCLOSURE PER CRS 38-35.7-101. THE PROPERTY MAY BE LOCATED IN ONE OR MORE SPECIAL TAXING DISTRICTS. SPECIAL TAXING DISTRICTS MAY BE SUBJECT TO GENERAL OBLIGATION INDEBTEDNESS THAT IS PAID BY REVENUES PRODUCED FROM ANNUAL TAX LEVIES ON THE TAXABLE PROPERTY WITHIN SUCH DISTRICTS. PROPERTY OWNERS IN SUCH DISTRICTS MAY BE PLACED AT RISK FOR INCREASED MILL LEVIES AND TAX TO SUPPORT THE SERVICING OF SUCH DEBT WHERE CIRCUMSTANCES ARISE RESULTING IN THE INABILITY OF SUCH A DISTRICT TO DISCHARGE SUCH INDEBTEDNESS WITHOUT SUCH AN INCREASE IN MILL LEVIES. BUYERS SHOULD**

**INVESTIGATE THE SPECIAL TAXING DISTRICTS IN WHICH THE PROPERTY IS LOCATED BY CONTACTING THE COUNTY TREASURER, BY REVIEWING THE CERTICATE OF TAXES DUE FOR THE PROPERTY, AND BY OBTAINING FURTHER INFORMATION FROM THE BOARD OF COUNTY COMMISSIONERS, THE COUNT CLERK AND RECODER, OR THE COUNTY ASSESSOR.**

14.    **OPTIONS AND COLOR SELECTIONS:** Delays in Buyer's selection of colors, flooring, and other options can delay closing.  Certain options in the customization catalogue, including but not limited to all structural options, must be selected at the time of execution of the Agreement.  Buyer shall make all remaining colors, flooring, finishes, and other option selections within 60 (sixty) days of Buyer's execution of this Agreement unless otherwise directed in writing by Seller.  Failure to timely complete any selections constitutes a material default.  If such selections are not made within the required time periods, Seller will have the right (but not the obligation) to select and install standard colors and materials for Buyer.  In the event any options (or finishing materials) selected by Buyer are not available from Seller's ordinary and usual sources of supply or cannot be installed as contemplated due to field conditions, then Buyer shall make substitute selections within ten (10) days following Seller's request; if Buyer fails to make timely substitute selections, Seller may make such substitutions of substantially equivalent materials as may be reasonable and necessary under the circumstances, including the selection of standard colors or material (in which case the purchase price shall be adjusted to reflect such a change).  Seller's inability to timely obtain any option or Buyer's failure to select an alternative option as provided above shall in no even entitle Buyer to delay closing or otherwise excuse Buyer's obligations under this Agreement.

_____   _____
                                          Buyer(s) Initials

15.    **COMMUNITY ASSOCIATION: A community or homeowners association (the "Association") has been established for the benefit of all homeowners and Seller for the purpose of managing, operating, and maintaining certain common areas and community facilities and/or services within the community in which the Lot is located.  Buyer will be a member of the Association and will be subject to the provisions of the declaration of covenants, conditions, easements and restrictions for the Association (the "Declaration"), articles of incorporation and bylaws pursuant to which the Association has been established and will be operated.  Among other things, the Declaration sets forth the certain use and architectural restrictions, including restrictions on the construction and location of swimming pools,  fences, tennis courts, landscaping, signs, clotheslines, antennas, boats, trailers, campers, storage sheds and other structures.  Buyer hereby acknowledges having read and accepts the provisions of the Declaration, articles of incorporation and bylaws relating to the Association and agrees to pay and acknowledges Buyer's continuing liability to pay, when assessed by the Association, a share of the expenses of maintaining and operating the common areas and community facilities of the community in accordance with the provisions of the Declaration, articles of incorporation and bylaws of the Association.  In addition to any other costs incident to the closing hereunder which Buyer has agreed to pay, buyer also agrees to pay at closing the additional sum of One Hundred Ninety Dollars ($190), as may be amended from time to time, as a non-refundable contribution to the working capital and reserves of the Association, such contribution to be in addition to and not in lieu of common expense assessments levied by the Association as they thereafter regularly or specially accrue.**

16.    **COMMON INTEREST COMMUNITY DISCLOSURE PER CRS 38-35.7-102. THE PROPERTY IS LOCATED WITHIN A COMMON INTEREST COMMUNITY AND IS SUBJECT TO THE DECLARATION FOR SUCH COMMUNITY.  THE OWNER OF THE PROPERTY WILL BE REQUIRED TO BE A MEMBER OF THE OWNER'S ASSOCIATION FOR THE COMMUNITY AND WILL BE SUBJECT TO THE BYLAWS AND RULES AND REGULATIONS OF THE ASSOCIATION.  THE DECLARATION, BYLAWS, AND RULES AND REGULATIONS WILL IMPOSE FINANCIAL OBLIGATIONS UPON THE OWNER OF THE PROPERTY, INCLUDING AN OBLIGATION TO PAY ASSESSMENTS OF THE ASSOCIATION. IF THE OWNER DOES NOT PAY THESE ASSESSMENTS, THE ASSOCIATION COULD PLACE A LIEN ON THE PROPERTY AND POSSIBLY SELL IT TO PAY THE DEBT.  THE DECLARATION, BYLAWS, AND RULES AND REGULATIONS OF THE COMMUNITY MAY PROHIBIT**

**THE OWNER FROM MAKING CHANGES TO THE PROPERTY WITHOUT AN ARCHITECTURAL REVIEW BY THE ASSOCIATION (OR A COMMITTEE OF THE ASSOCIATION) AND THE APPROVAL OF THE ASSOCIATION.   PURCHASERS OF PROPERTY WITHIN THE COMMON INTEREST COMMUNITY SHOULD INVESTIGATE THE FINANCIAL OBLIGATIONS OF MEMBERS OF THE ASSOCIATION. PURCHASERS SHOULD  CAREFULLY READ THE DECLARATION FOR THE COMMUNITY AND THE BYLAWS AND RULES AND REGULATIONS OF THE ASSOCIATION.**

**17.     RADON GAS DISCLOSURE AND RELEASE.** The Colorado Department of Health and the United States Environmental Protection Agency have detected elevated levels of naturally occurring radon gas in certain residential structures throughout Colorado.  These agencies have expressed concern that prolonged exposure to high levels of radon gas may result in adverse effects on human health.  The Seller has made no investigation to determine whether the Property is affected by radon but has proactively hired a contractor ("Contractor") to install a passive radon mitigation system in the home. NOTWITHSTANDING ANYTHING TO THE CONTRARY, SELLER DOES NOT PROVIDE ANY REPRESENTATIONS OR WARRANTIES RELATING TO RADON OR RADON LEVEL AND EXPRESSLY DISCLAIMS ANY SUCH REPRESENTATIONS AND WARRANTIES.

**18.     SOILS.**  Buyer hereby acknowledges that Buyer has been advised by Seller, and understands, that the soils within the state of Colorado consist of both expansive soils and low-density soils which may result in shifting or other movement of the foundation or otherwise result in damage to the structural or other parts of the residence if the residence and the Lot upon which it sits are not properly maintained. Buyer further acknowledges receipt of a summary report of the soils analysis and site recommendations in addition to a copy of Special Publication No. 43, as prepared by the Colorado Geological Survey, State of Colorado, Department of Natural Resources, detailing the problems associated with construction on such soils and suggestions for care and maintenance as required by Colorado Revised Statutes 6-6.5-101.  Soil investigations and tests have been made in the subdivision in which the Property is located by an independent soil engineer and the floor slabs, foundation, and footings have been (or will be) installed in substantial accordance with recommendations made by such engineer.  Buyer and Buyer's heirs, administrators, executors, and assigns, accept the soil conditions of the Property and foundation design and floor slabs and footings installed thereon without express or implied warranties other than as may be provided by the Home Warranty, or as may be provided by the Colorado Construction Defect Action Reform Act C.R.S. 13-20-801 et seq. Seller shall in no manner be responsible for landscaping problems of any type or kind.  The provisions of this paragraph shall survive the taking of title to the Property by the Buyer.

**19.     WATER.**  The source of potable water for this Premise is a Water Provider which can be contacted as follows:

Name: Valley Water District
Address: 12101 W 52nd Avenue, Wheat Ridge, CO 80033
Website:_____     Telephone: +1 (303) 424-9661

**SOME WATER PROVIDERS RELY, TO VARYING DEGREES, ON NONRENEWABLE GROUND WATER.  YOU MAY WISH TO CONTACT YOUR PROVIDER (OR INVESTIGATE THE DESCRIBED SOURCE) TO DETERMINE THE LONG-TERM SUFFIECIENCY OF THE PROVIDER'S WATER SUPPLIES.**

**20.     ORAL STATEMENTS OR PROMISES:**  Oral statements or promises may cause disputes between sellers and buyers of new homes.  This section of the Agreement attempts to alleviate potential problems.   Unless oral statements or promises have been reduced to writing and are included in this Agreement, they are not enforceable. BUYER ACKNOWLEDGES THAT BUYER IS NOT RELYING ON ANY ORAL STATEMENTS OR PROMISES THAT ARE NOT INCLUDED IN THIS AGREEMENT.

**21.     MINERAL RIGHTS:   THE SURFACE ESTATE OF THE PROPERTY MAY BE OWNED SEPARATELY FROM THE UNDERLYING MINERAL ESTATE, AND TRANSFER OF THE SURFACE ESTATE MAY NOT NECESSARILY INCLUDE TRANSFER OF THE MINERAL ESTATE OR WATER**

RIGHTS. THIRD PARTIES MAY OWN OR LEASE INTERESTS IN OIL, GAS, OTHER MINERALS, GEOTHERMAL ENERGY OR WATER ON OR UNDER THE SURFACE OF THE PROPERTY, WHICH INTERESTS MAY GIVE THEM RIGHTS TO ENTER AND USE THE SURFACE OF THE PROPERTY TO ACCESS THE MINERAL ESTATE, OIL, GAS OR WATER.

22.     THE USE OF THE SURFACE ESTATE OF THE PROPERTY: TO ACCESS THE OIL, GAS OR MINERALS MAY BE GOVERNED BY A SURFACE USE AGREEMENT, A MEMORANDUM OR OTHER NOTICE OF WHICH MAY BE RECORDED WITH THE COUNTY CLERK AND RECORDER.

OIL AND GAS ACTIVITY THAT MAY OCCUR ON OR ADJACENT TO THE PROPERTY MAY INCLUDE, BUT IS NOT LIMITED TO, SURVEYING, DRILLING, WELL COMPLETION OPERATIONS, STORAGE, OIL AND GAS, OR PRODUCTION FACILITIES, PRODUCING WELLS, REWORKING OF CURRENT WELLS, AND GAS GATHERING AND PROCESSING FACILITIES.

BUYER IS ENCOURAGED TO SEEK ADDITIONAL INFORMATION REGARDING OIL AND GAS ACTIVITY ON OR ADJACENT TO THE PROPERTY, INCLUDING DRILLING PERMIT APPLICATIONS. THIS INFORMATION MAY BE AVAILABLE FROM THE COLORADO OIL AND GAS CONSERVATION COMMISSION.

23.     **VISITATION TO PROPERTY:**  Any visitation by Buyer or Buyer's invitees to the Property prior to closing is subject to the following:

Buyer hereby acknowledges that the Property and adjacent houses are under construction and that active construction sites inherently pose potential safety hazards. If Buyer or Buyer's invitee enters the Property, Buyer expressly assumes the risks of any injury or damage to person or property that may arise as a result of entry onto the Property by Buyer or an invitee of Buyer.  Buyer's invitee may not enter the Property without Buyer.  No children under the age of 16 years are allowed in construction areas at any time.  Buyer hereby releases and agrees to indemnify, defend and hold Seller and Seller's subsidiaries, affiliates, directors, officers, employees, subcontractors and suppliers harmless from all claims and liabilities incurred by Seller resulting from the presence of Buyer or Buyer's invitees on the Property or Seller's other property.

Buyer and Buyer's invitee (provided that Buyer is present) may only enter the Property for the purpose of monitoring the progress of construction and only during Seller's normal working hours.  Before entering any construction areas, Buyer must receive approval at the sales office or the construction office and be issued a hard hat.  Hard hats shall be worn at all times in all construction areas.  Buyer acknowledges that, due to construction conditions, access at certain times may not be feasible.  Buyer acknowledges and understands that keys to the Property may not always be available.  Seller reserves the right at any time to deny access to construction areas and to impose additional rules or conditions upon entry into the community or the Property as determined in Seller's sole and absolute discretion.

24.     **STATUTORY REMEDIES:**  Any claim or action for damages, indemnity, or contribution brought against Seller by Buyer to assert a claim, counterclaim, cross-claim, or third-party claim for damages or loss to, or the loss of use of, real or personal property or personal injury caused by a defect in the design or construction of the Property or any component thereof, shall be subject to and governed by the Construction Defect Action Reform Act, C.R.S. 13-20-801 et seq., and subject to the agreement to arbitrate claims as provided in Section 11 of this Agreement. Nothing in this Agreement or the Home Warranty is intended to and shall not constitute a waiver of, or limitation on, the legal rights, remedies or damages provided by the Construction Defect Action Reform Act, C.R.S. 13-20-801 et seq., or on the ability to enforce such legal rights, remedies, or damages within the time provided by applicable statutes of limitation or repose; provided that limitations on rights, remedies or damages for a claim asserting a breach of the Home Warranty as set forth in the Home Warranty are not abrogated or waived by this provision. In the event there is a conflict between the terms set forth in this Section, and in the Agreement or any other exhibit or addendum, this Section shall prevail.

**25.   MISCELLANEOUS:**

**(a) This Agreement and all Exhibits and Endorsements contain the entire agreement between the parties. No modification of this Agreement shall be binding unless it is in writing and signed by the parties.**

_____ _____ _____ _____
Buyer(s) Initials

(b) This Agreement shall not be recorded.

(c) This Agreement shall be binding upon the respective heirs and successors of the parties.   Buyer may not transfer, sell or assign this Agreement.

(d) Buyer acknowledges that the model home and brochure insert referred to herein, the location and contour of the lot purchased hereunder, the list of standard features and upgraded/decorator items and the customization catalogue for the Property have been inspected by Buyer and that the Property are being purchased by Buyer as a result of said inspection.

(e) Buyer's obligation to pay the entire purchase price, the price of any extras and closing costs shall survive closing.

(f) Until closing, Seller shall assume the risk of loss to the Property due to fire or other casualty.  Seller will not be responsible, however, for any loss or damage caused by the acts or omissions of Buyer or Buyer's agents, representatives or invitees.

(g) To the extent permitted by law, Buyer hereby releases and agrees to indemnify, defend and hold Seller harmless from all claims and liabilities incurred by Seller resulting from the presence of Buyer or Buyer's family members or invitees on the Property or Seller's other Property during the term of this Agreement.

(h) Buyer acknowledges Buyer's receipt of Seller's Affiliated Business Disclosure and understands that Buyer has the right to select the mortgage lender and Title Company for closing.

(i)   Any and all exhibits or endorsements signed by any one Buyer are deemed to be authorized and accepted by all signatories to the Agreement who have signed as Buyer.

(j) Time is of the essence in connection with the transactions contemplated under this Agreement.

(k) Buyer and Seller agree to take such further action and execute such further documentation as may be reasonably required to correct any mutual mistakes and/or scrivener's errors and consummate the transactions contemplated by this Agreement.  The terms and provisions of this section shall survive the closing and shall remain in full force and effect after the date of closing.

            **IN WITNESS WHEREOF,** the parties hereto, intending to be legally bound, have executed and delivered this Agreement on the day and year above written.

BUYER: _____   DATE: _____

BUYER: _____   DATE: _____

SELLER: _____   DATE ACCEPTED: _____ _ ____ _

# EXHIBIT 12

7/1/25, 10:09 PM                                            Division of Corporations - Filing

Delaware.gov                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **5018070** | Incorporation Date / Formation Date: | **7/29/2011** (mm/dd/yyyy) |
| Entity Name: | **TOLL SOUTHWEST LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **UNITED AGENT GROUP INC.** | | |
| Address: | **1521 CONCORD PIKE SUITE 201** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19803** |
| Phone: | **561-508-5033** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT 13




Skip to content | About Secretary Griswold | Español

# Summary

**For this Record...**

Filing history and documents

Get a certificate of good standing

File a form

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Business Home

Business Information

Business Search

FAQs, Glossary and Information

| Details | |
|---|---|
| **Name** | Toll Southwest LLC |
| **Status** | Good Standing |
| **Formation date** | 05/04/2017 |
| **ID number** | 20171351296 |
| **Form** | Foreign Limited Liability Company |
| **Periodic report month** | May |
| **Jurisdiction** | Delaware |
| **Principal office street address** | 1140 Virginia Dr, Fort Washington, PA 19034, US |
| **Principal office mailing address** | 1140 Virginia Dr, Fort Washington, PA 19034, US |

| Registered Agent | |
|---|---|
| **Name** | United Agent Group Inc. |
| **Street address** | 155 E. Boardwalk #490, Fort Collins, CO 80525, United States |
| **Mailing address** | 155 E. Boardwalk #490, Fort Collins, CO 80525, United States |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Subscribe to text notification

Unsubscribe from text notification

Back

Terms & conditions | Accessibility statement | Browser compatibility

# EXHIBIT 14



# EXHIBIT 15

 Jeffrey Gu <jeffwgu@gmail.com>

---

## Ridge at Ward Station - Toll Brothers

---

**David Poppleton** <dpoppleton@dtjdesign.com>                    Wed, Jul 2, 2025 at 11:05 AM
To: Jeffrey Gu <jeffwgu@gmail.com>

Jeff,

Our plans For Sales lot 74 in Building 15, show that there was a 1st floor bedroom option included.

Thanks.

**DAVID POPPLETON, NCARB**
Partner | Architect
**o: 303.443.7533** | **c: 303.990.1975**
**w:** dtjdesign.com



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Date:** Tuesday, July 1, 2025 at 11:18 AM
**To:** David Poppleton <dpoppleton@dtjdesign.com>
**Subject:** Re: Ridge at Ward Station - Toll Brothers

Hi David,

I appreciate your email. I was hoping to confirm whether my home, **Sales Lot 74 in Building 15**, originally had a 3rd bedroom wall per the architectural plans. I have the plans for **Building 19** here.

**Sales Lot 64** is a mirror image of what my plan is supposed to be. **Sales Lot 67** shows the floorplan without a wall.





So, if possible, could you please confirm if **Sales Lot 74** has the 3rd bedroom wall, like **Sales Lot 64**?

-Jeffrey

On Tue, Jul 1, 2025 at 11:33 AM David Poppleton <dpoppleton@dtjdesign.com> wrote:

> Good Morning Mr Gu.
>
> I looked at our contract for the Ridge at Ward Station Townhomes and we were contracted with Toll Brother's Inc. If you are trying to get a copy of your house plans I would recommend contacting their regional office in Greenwood Village. 303-708-0730.

Thanks.

**DAVID POPPLETON, NCARB**
Partner | Architect
**o:** **303.443.7533** | **c:** **303.990.1975**
**w:** dtjdesign.com



architecture
planning
landscape architecture

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

[Quoted text hidden]

# EXHIBIT 16

 Jeffrey Gu <jeffwgu@gmail.com>

## Ridge at Ward Station - Toll Brothers

1 message

**David Poppleton** <dpoppleton@dtjdesign.com>                    Tue, Jul 1, 2025 at 11:33 AM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>
Cc: Randy McLain <rmclain@dtjdesign.com>

Good Morning Mr Gu.

I looked at our contract for the Ridge at Ward Station Townhomes and we were contracted with Toll Brother's Inc. If you are trying to get a copy of your house plans I would recommend contacting their regional office in Greenwood Village. 303-708-0730.

Thanks.

**DAVID POPPLETON, NCARB**
Partner | Architect
**o: 303.443.7533** | **c: 303.990.1975**
**w:** dtjdesign.com

 architecture
planning
landscape architecture

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

# EXHIBIT 17



Jeffrey Gu <jeffwgu@gmail.com>

---

**Your Toll Bros., Inc receipt [#1126-5643]**
1 message

---

**Toll Bros., Inc** <receipts+acct_1AyIkrJKZBIIGsym@stripe.com>    Sat, Feb 12, 2022 at 3:53 PM
Reply-To: "Toll Bros., Inc" <esignature_admins@tollbrothersinc.com>
To: jeffwgu@gmail.com



## Receipt from Toll Bros., Inc

Receipt #1126-5643

AMOUNT PAID                    DATE PAID
$33,475.00                     February 12, 2022

SUMMARY

Payment to Toll Bros., Inc                            $33,475.00

Amount charged                                       $33,475.00

If you have any questions, visit our support site at
https://www.tollbrothers.com, contact us at esignature_admins@
tollbrothersinc.com, or call at +1 855-897-8655.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Toll Bros., Inc, which partners with Stripe to provide invoicing and payment processing. Your payment has been initiated and is currently processing.

# EXHIBIT 18



pennsylvania
DEPARTMENT OF STATE

Home
Search
Initial Forms
? Help

Business
UCC
Trademark
CROP

Login

# Business Search

As of 07/06/2025 we have processed all business filings received in our office through 06/30/2025.

Business Search Info:

Toll Integrated

Advanced ⌄

Results: 1

| Filing Information ⬍ | Initial Filing Date ⬍ | Status ⬍ | Entity Type ⬍ | Formed in ⬍ | Address ⬍ |
|---|---|---|---|---|---|
| **TOLL BROS., INC. (928642)** *Former Name: TOLL INTEGRATED SYSTEMS* ⌄ | 06/30/1986 | Active | Domestic Business Corporation | PENNSYLVANIA | United Agent Group Inc. |

# EXHIBIT 19

 Jeffrey Gu <jeffwgu@gmail.com>

## Building #15 update

1 message

**Dez Kolar** <DKOLAR@tollbrothers.com>                                   Wed, May 11, 2022 at 11:07 AM
Cc: Nicole Jorgensen <njorgensen@tollbrothers.com>

Good news! We have started construction of your home…. Very exciting once we start framing/going vertical :]



Enjoy! Have a great day,

**Dez Kolar**
**Sales Consultant, The Ridge at Ward Station**
Toll Brothers
5129 Vivian St, Wheat Ridge, CO 80033
Office: (720) 640-9393  |  Cell: (970) 708-9017

Days OFF: Thursday & Friday

Click here to fill out our Pre-Application Worksheet



*The information provided herein is for informational purposes only. Nothing contained herein is intended to obligate or bind Seller, its affiliates, parents, subsidiaries, or related entities unless signed by all parties in an Agreement of Sale.*

# EXHIBIT 20



# Toll Brothers Named #1 Homebuilder in FORTUNE Magazine Survey of the World's Most Admired Companies

February 03, 2022

FORT WASHINGTON, Pa., Feb. 03, 2022 (GLOBE NEWSWIRE) -- Toll Brothers, Inc. (NYSE:TOL) (www.Tollbrothers.com), the nation's leading builder of luxury homes, today announced it has been ranked #1 World's Most Admired Homebuilder in FORTUNE Magazine's 2022 survey of the World's Most Admired Companies. It is the seventh year the company has been so honored.

To determine the best-regarded companies, FORTUNE, in partnership with Korn Ferry, conducted its 2022 survey with 640 of the world's highest-revenue companies across 52 industries and 28 countries. Executives, directors, and analysts were asked to rate companies in their own industries on nine criteria, from investment value and quality of management and products to social responsibility and ability to attract talent.

"We are proud to once again be honored as the #1 Homebuilder on FORTUNE World's Most Admired Companies list," said Douglas C. Yearley, Jr., Chairman and Chief Executive Officer of Toll Brothers. "This recognition underscores the many factors that distinguish our company and our luxury brand. Most of all, this award is a tribute to our employees and their dedication to our customers and passion to make us the best."

About Toll Brothers

Toll Brothers, Inc., a FORTUNE 500 Company, is the nation's leading builder of luxury homes. The Company was founded 55 years ago in 1967 and became a public company in 1986. Its common stock is listed on the New York Stock Exchange under the symbol "TOL." The Company serves first-time, move-up, empty-nester, active-adult, and second-home buyers, as well as urban and suburban renters. Toll Brothers builds in over 60 markets in 24 states: Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Maryland, Massachusetts, Michigan, Nevada, New Jersey, New York, North Carolina, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, and Washington, as well as in the District of Columbia. The Company operates its own architectural, engineering, mortgage, title, land development, golf course development, smart home technology, and landscape subsidiaries. The Company also operates its own lumber distribution, house component assembly, and manufacturing operations.

Toll Brothers was named the World's Most Admired Homebuilder in FORTUNE magazine's 2022 survey of the World's Most Admired Companies®, the seventh year it has been so honored. Toll Brothers has also been named Builder of the Year by Builder magazine and is the first two-time

recipient of Builder of the Year from Professional Builder magazine. For more information visit
TollBrothers.com.

©2022 *FORTUNE* Media IP Limited. All rights reserved.  Used under license. *FORTUNE* and *FORTUNE*
Media IP Limited are not affiliated with, and do not endorse the products or services of, Toll
Brothers.

General Media Contact:

Heather Reeves (215) 328-7634

hreeves@tollbrothers.com

Financial Media Contact:

Frederick N. Cooper (215) 938-8312

fcooper@tollbrothers.com

A photo accompanying this announcement is available at

https://www.globenewswire.com/NewsRoom/AttachmentNg/5b6c90f4-baee-4faa-8e3e-655c42942c06

# EXHIBIT 21










May 22, 2022 at 5:34:04PM
12,494 of 31,328

# EXHIBIT 22



June 7, 2022 at 6:21:24 PM
12,520 of 31,328

# EXHIBIT 23



Building Division
Online Services

☐ ☐  Permit Search    Permit Number: 202102734    Inspection Number: 202102734/6

Login

**Permit Number: 202102734**

Full information regarding the selected permit

This permit expired on 02/01/2023

☐ Show Last Completed Inspection

| Permit | Parcel | Contacts | Valuations | Inspections Requested | Inspections Scheduled | Inspections Completed | Notes |
|---|---|---|---|---|---|---|---|

## Main

| | |
|---|---|
| Parcel Code: | 39-174-12-063 |
| Primary Location Code: | B#I0004031 |
| Primary Parcel Address: | 5131 Vivian ST, Wheat Ridge, CO 80033-2027 |
| Improved Parcel: | YES |
| Zone Code: | UA - Unassigned |
| Subdivision Code: | 2927 - PARK MEADOWS |
| Functional Use Code: | UA - Unassigned |
| Parcel Size In Square Feet: | 1350 |
| Annexation Date: | N/A |
| Last Zoning Date: | N/A |

## Legal

# EXHIBIT 24



Building Division
Online Services

Permit Search     Permit Number: 202102734     Inspection Number: 202102734/6

Login

**Inspection Number: 202102734/6**

Full information regarding the selected inspection

| Inspection | Permit Inspections | Notes |

## Main

There is further information about this inspection on the Notes tab

**Permit Number:** 202102734

**Inspection Type Code:** BLD59 - ROUGH FRAME (FIRE BLOCKING, DRAFT STOP & PENETRATIONS COMPLE

**Inspector Code:** AH - ANDREW HAESSLER

**Contractor No:** 190246

**Contractor Name:** TOLL BROTHERS

**Requested Date/Time:**

**Scheduled Date/Time:** 07/15/2022 12:00 PM

**Inspection Date:** 07/15/2022

**Inspection Time:**

**Inspection Status:** PARTIAL

**Time Spent:** 0.00 HOURS

# EXHIBIT 25

    Home   My Network   Jobs   Messaging  Notifications  Me ▾  |   For Business ▾   Try Premium for $0



## Andrew Haessler
Building Inspector | Highly Motivated and Results-Oriented

- City of Littleton
- Lincoln College of Technology-Denver

Parker, Colorado, United States · Contact info

4 connections

Connect

### Activity
4 followers

Andrew hasn't posted yet
Recent posts Andrew shares will be displayed here.

Show all activity →

### Experience

 **Building Inspector/Plans Examiner**
City of Littleton
Apr 2023 - Present · 2 yrs 3 mos

🜄 HVAC, Plumbing and +2 skills

 **Building Inspector**
Charles Abbott Associates, Inc. (CAA) · Full-time
Jan 2021 - Apr 2023 · 2 yrs 4 mos
Wheat Ridge, Colorado, United States

🜄 Building Code Compliance, Building Code Review and +2 skills

 **Home Inspector**
Mueller Reports · Full-time
Feb 2018 - Jan 2021 · 3 yrs
Colorado, United States · Hybrid

🜄 Field Inspection, Construction and +4 skills

### Education

 Lincoln Tech



**Lincoln Tech**
Welding Technology/Welder
2013 - 2014

**Arapahoe Community College**
EMT, Emergency Medical Technology/Technician (EMT Paramedic)
Grade: A

## Licenses & certifications



**Project Management Certification**
Google
Issued May 2024



**Building Inspector**
International Code Council
Issued Aug 2023

 Construction, Mechanical, Electrical, and Plumbing (MEP) and +1 skill

 certificate-B5-9834761.pdf

Show all 6 licenses & certifications  ➔

## Skills

Reporting & Analysis

 Home Inspector at Mueller Reports

Field Inspection

 Home Inspector at Mueller Reports

Show all 12 skills  ➔

## Interests

Companies    Schools

**Lincoln Tech**
69,701 followers



**Arapahoe Community College**
29,029 followers



Show all companies  →


See who's hiring on LinkedIn.

More profiles for you

William Morris  · 3rd+
--



Show all

Explore Premium profiles

 Thomas Gioioso   · 3rd+
HVAC engineering intern at Robert Derector Associates | Student at
University of Maryland  …



 Tim Peterson   · 3rd+
Electrician at Peterson Electric and Solar LLC



 Jay Watson   · 3rd+
Sales Delivery Specialist at Prime Technical Services



 Ashleigh Vega   · 3rd+
Operations Coordinator @ VectorUSA | Operations Management,
Administration  …



People you may know

 Raul Repreza  ✓
Industrial, Commercial, Residential Service Plumber.



 Shawn Smith  in
Vice President Operations AT INFINITY DRYWALL CONTRACTING, INC
Connect



Connect

**Robert White** ✓
Lead Plumber

**Michael Smith** ✓
Chief Estimator at Infinity Drywall Contracting Inc.

**Francisco Acevedo**
Experienced and versatile plumber

Show all

You might like
Pages for you

**Plumber - PlumberMag.com - News, Articles & Products for Plumbing Professionals**
Book and Periodical Publishing
32,798 followers

**Google**
Software Development
37,600,295 followers

Show all



See who's hiring on LinkedIn.

About
Professional Community Policies
Privacy & Terms ▾
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions

Advertising

Small Business

❓ Questions?
Visit our Help Center.

⚙ Manage your account and privacy
Go to your Settings.

🛡 Recommendation transparency
Learn more about Recommended Content.

Select Language

LinkedIn Corporation © 2025

# EXHIBIT 26

PROFESSIONAL BUILDING & SAFETY ENGINEERING · ENVIRONMENTAL & FIRE PROTECTION

July 3, 2017

Mr. Kenneth P. Johnstone, AICP                                    Via email
Community Development Director
City of Wheat Ridge
7500 W. 29th Ave
Wheat Ridge, CO 80033-8001

Subject:  RFP-17-09 On-Call Building Inspection Services
Interim Agreement extension

Dear Mr. Johnstone,

We have been assisting the City of Wheat Ridge meeting its Building and Safety needs since April
24th on an interim agreement basis. This letter shall serve as an extension of our previous interim
agreement for an additional 60 days effective the date of this letter. Our services are Permit
Technician, City Plan Review and Inspection Services including field inspections (not to include
elevator inspections) associated with the City's building, electrical, plumbing, mechanical,
structural and residential codes, and to assume the functions and responsibilities of the Building
Official as desired. This offer is subject to extensions by mutual agreement of CAA and the City
of Wheat Ridge.

The fee for our prescribed services will be $65/ hour for Permit Technician services and $95/hour
for all others to be invoiced monthly on a form approved by the City. Payments shall be made
within 30 days of receiving an invoice for completed work.

We at CAA strive to provide the highest quality service to our clients and we hope to have a long-
term relationship with the City of Wheat Ridge. If you are agreeable to this interim proposal, please
sign below and return a copy to my attention.

Regar

Jay Elbert        BO I EED AP
Regional Director

Kenneth P Johnstone                            7/12/17
Printed Name                        Signature



**CAA**

PROFESSIONAL BUILDING & SAFETY/ENGINEERING/ENVIRONMENTAL & FIRE PREVENTION

June 2, 2017

Mr. Kenneth P. Johnstone, AICP                          Via email
Community Development Director
City of Wheat Ridge
7500 W. 29th Ave
Wheat Ridge, CO 80033-8001

Subject: Amendment to Interim Agreement Dated 4/19 2017

Dear Mr. Johnstone,

This is an amendment to our existing interim agreement dated 4/19/2017. CAA will provide the City of Wheat Ridge a certified Permit Technician as needed. The term of this agreement will be the same as the existing interim agreement.

The fee for our prescribed services will be $65/hour to be invoiced monthly on a form approved by the City. Payments shall be made within 30 days of receiving an invoice for completed work.

We at CAA strive to provide the highest quality service to our clients and we hope to have a long-term relationship with the City of Wheat Ridge. If you are agreeable to this amendment, please sign below and return a copy to my attention.

Regards,

_____, CBO, LEED-AP
Regional Director

Accepted by the City of Wheat Ridge

_____          _____ '2017
                                    Signature            Date



**CAA**

PROFESSIONAL BUILDING & SAFETY/ENGINEERING/ENVIRONMENTAL & FIRE PREVENTION

April 19, 2017

Mr. Kenneth P. Johnstone, AICP                                    Via email
Community Development Director
City of Wheat Ridge
7500 W. 29th Ave
Wheat Ridge, CO 80033-8001

Subject:  RFP-17-09 On-Call Building Inspection Services

Dear Mr. Johnstone,

As a follow-up to our proposal to the RFP referenced above, we learned of the City's immediate
need for Building Inspection Services pending the final approval of our proposal. In the interim,
we are pleased to offer the City Plan Review and Inspection Services including field inspections
(not to include elevator inspections) associated with the City's building, electrical, plumbing,
mechanical, structural and residential codes, and to assume the functions and responsibilities of
the Building Official as desired. This offer is for a period of 60 days effective April 24, 2017,
subject to extensions by mutual agreement of CAA and the City of Wheat Ridge.

The        for our prescribed services will be $95/hour to be invoiced monthly on a form approved
by th        ity. Payments shall be made within 30 days of receiving an invoice for completed work.

We a      AA strive to provide the highest quality service to our clients and we hope to have a long-
term re      tionship with the City of Wheat Ridge. If you are agreeable to this interim proposal, please
sign be      w and return a copy to my attention.

Re      ds,


                PE, CBO, LEED-AP
Regional Director


Accepted by the City of Wheat Ridge

          P J hns ne                              4  -17
Printed Name                        Signature              Date


CHARLES ABBOTT ASSOCIATES INC.
27401 L

ADMINISTRATIVE SERVICES

Purchasing and Contracting • 7500 W. 29th Avenue • Wheat Ridge, CO • 80033-8001 • P: 303.235.2819 • F: 303.234.5924

April 17, 2017

Mr. Jay Elbettar
Charles Abbott Associates, Inc.
390 Interlocken Crescent, 3rd Floor
Broomfield, CO 80021

jayelbettar@caaprofessionals.com

Subject:     RFP-17-09 On-Call Building Inspection Services
             AWARD RECOMMENDATION

Dear Jay,

This letter provides confirmation that our RFP evaluation team has selected your firm to provide professional on-call support services for the City of Wheat Ridge, and subject to further scope and work plan negotiations, this recommendation will be presented to City Council for approval and final award, hopefully by mid-June or sooner. In the mean-time, we sincerely thank you for your offer to work with us on an interim basis to help fill vacation and staffing gaps in the Building Division during this busy time of year.

We appreciate your flexibility and thank you for your interest in doing business with the City of Wheat Ridge. We look forward to a mutually beneficial working relationship with your firm. Should you have any questions, please don't hesitate to call me at 303-235-2811 or email jnellis@ci.wheatridge.co.us .

Respectfully,

Jennifer Nellis
Purchasing Agent, CPPB

Enclosures



## CONSULTANT SERVICES AGREEMENT
## FOR FULL SERVICE
## BUILDING DIVISION SERVICES

**THIS AGREEMENT** made this 13th day of February 2018, having an effective date and time of March 2, 2018 at 11:59 PM, by and between the City of Wheat Ridge, Colorado, hereinafter referred to as the "City" or "Owner" and CHARLES ABBOTT ASSOCIATES, INC., hereinafter referred to as "Consultant", with corporate offices located at 27401 Los Altos, Suite 220, Mission Viejo, CA 92691 and local offices located at 390 Interlocken Crescent, 3rd Floor, Broomfield, CO 80021.

**WITNESSETH**, that the City of Wheat Ridge and the Consultant in consideration of the foregoing and the mutual promises and covenants herein contained, the parties hereto agree as follows:

### ARTICLE 1 – SERVICES

The City proposes to utilize the services of Consultant for Full Service Building Division Services.

The Consultant has represented to the City that the Consultant has the requisite qualifications and experience, and has the requisite facilities to properly perform the proposed services in a thorough competent, professional, and workmanlike manner.

A.    Consultant will perform services and the related work described above, as per the Statement of Work, attached as Exhibit A.

B.    Consultant will perform services based on directives issued by the City. Consultant will not undertake any work, which will result in costs, expenses, or fees without written permission from the City. Consultant will not further subcontract or assign said work to any other individual or company without consent of the City.

C.    The City may require Consultant to provide additional services beyond the items described above. For such services, the rates and quantities will be negotiated between the City and Consultant. If approved by the City, a written work order will be provided.

D.    Consultant will perform the services under this Agreement in a skillful and competent manner and according to the standards observed by a competent practitioner of the work in which Consultant is engaged. Services provided pursuant to this Agreement will be provided in a substantial, first class, and workmanlike manner to conform to the standards of quality normally provided in the field.

### ARTICLE 2 – TERM

This Agreement will take effect upon signing by both parties and issuance of a Notice to Proceed by the City. The initial term of the contract will be 3 years from the effective date, with the option of the Parties to mutually agree to an additional 2-year extension.

Notwithstanding any other provision in the Contract to the contrary, the Parties understand and acknowledge that the City is subject to Article X, § 20 of the Colorado Constitution ("TABOR"). The Contract does not create a multi-fiscal year direct or indirect debt or obligation within the meaning of TABOR and, therefore, notwithstanding anything in the Contract to the contrary, all payment obligations of the City are expressly dependent and conditioned upon the continuing appropriation of funds beyond the term of the City's current fiscal period ending upon the next succeeding December 31. Financial obligations of the City payable after the current fiscal year are contingent upon funds for that purpose being appropriated, budgeted, and otherwise made available in accordance with ordinances and resolutions of the City and other applicable law.

## ARTICLE 3 – PAYMENT AND FEE SCHEDULE

It is understood and agreed, by and between the parties hereto, that the City shall pay the Consultant for services provided based on a percentage of fees collected on a monthly basis. The Consultant shall accept a a Not to Exceed amount of **Eight Hundred Twenty-five Thousand dollars, $825,000** as full payment for such services, except as otherwise approved by City Council, if the earned amount exceeds this annual amount.

Consultant will provide monthly invoices, which will itemize all work performed and related charges for that work. The City will pay each such invoice within 30 days of receipt of each invoice. Consultant will provide an unconditional release for any and all amounts due upon receiving payment from the City. The City will contact Consultant not later than 5 days of receipt of any invoice which is in dispute.

CAA proposes to provide all Building and Safety Services outlined in the Scope of Work for the following percentage of fees collected, except Business License processing and inspection fees will be $95 per license application. Fees below are inclusive of all costs, including general and administrative, travel, per diem, training, materials, supplies, and other items necessary to complete the project. Fees listed include:

- As-Needed Company Liaison
- As-Needed Operational Support
- Certified Building Official
- Certified Building Inspectors
- Certified Plan Reviewer
- Permit Technicians

Additional qualified personnel are available as needed.

| Monthly Fees Collected* | CAA's % of Fees |
|---|---|
| First  $60,000/month | 68% |
| Amounts from $60,001/month - $100,000/month | 60% |
| Over $100,001/month | 55% |

*\* cumulative*
CAA will respond to all emergency inspections after hours at no cost to the city.

A.    Invoices by Task
Invoices will be submitted by the Consultant monthly for services performed and expenses incurred pursuant to this Agreement during the prior month. The processing of payment will be expedited by the Treasurer's Office through proper accounting procedures. Payment will be made to the Consultant within thirty (30) days of the receipt of the approved invoices for services rendered.

B.    Funding
There is in effect within the City of Wheat Ridge, Colorado, a provision of the City's Code of Laws which limits the amount for which the City shall be liable to the amount expressly appropriated by the City Council, either through budgeted appropriation, or contract or bid award. The Consultant is specifically advised of the provisions of this portion of the Code of Laws of the City of Wheat Ridge, which was enacted pursuant to Ordinance 787, Series of 1989, and expressly incorporated herein. This contract is specifically subject to the provisions of said Ordinance and adopted Code Section.

## ARTICLE 4 – INDEPENDENT CONSULTANT

In performing the work under this Agreement, the Consultant acts as an independent Consultant and is solely responsible for necessary and adequate worker's compensation insurance, person injury and property damage insurance, as well as errors and omissions insurance. The Consultant, as an independent Consultant, is obligated to pay federal and state income tax on monies earned. The personnel employed by the Consultant are not and shall not become employees, agents or servants of the City because of the performance of any work by this agreement. The Consultant warrants that it has not employed or retained any company or person, other than a bonafide employee working solely for it, to solicit or secure this Agreement, and that it has not paid or agreed to pay any company or person, other than bona fide employees working solely for the Consultant, any commission, percentage, brokerage fee, gifts, or any other consideration, contingent upon or resulting from the award or making of this Agreement. For breach or violation of this warranty, the City will have the right to annul this Agreement without liability or in its discretion to deduct from the Agreement price or consideration, or otherwise recover the full amount of such fee, commission, percentage, brokerage fee, gift, or contingent fee.

## ARTICLE 5 – INSURANCE

A.    In accordance with Article 4 above, the Consultant shall furnish a certificate of insurance upon notification of award and prior to performance. Consultant will neither work under this Agreement until it has obtained all insurance required hereunder from a company or companies rated A or better, nor will Consultant allow any additional Sub-Consultant to commence work for any part of this agreement until all insurance required of this Agreement (as outlined below) has been obtained.

B.    Throughout the term of this Agreement, at Consultant's sole cost and expense, Consultant will keep, or cause to be kept, in full force and effect, for the mutual benefit of the City and Consultant the following insurance policies:

- General Liability Insurance – Providing protection of $1,000,000 per occurrence / $2,000,000 annual aggregate against claims and liabilities for personal injury, death, or property damage arising from Consultant's activities.
- Professional Liability Insurance – Providing protection for at least $2,000,000 per occurrence/annual aggregate against claims and liabilities of the Consultant.
- Automobile Liability Insurance – Providing protection for at least $1,000,000 combined single limit.
- Worker s Compensation Insurance    In accordance with the provisions of the laws of the State of Colorado.

All insurance required by this Agreement will be carried only with responsible insurance companies licensed to do business in the State of Colorado. General and Auto Liability policies will name the City, its officers, agents and employees as additional insured.

Nothing herein shall be deemed or construed as a waiver of any of the protections to, which the Agencies may be entitled pursuant to the Colorado Governmental Immunity Act, sections 24-10-101, C.R.S., as amended.

## ARTICLE 6 – INDEMNIFICATION

To the fullest extent permitted by law, Contractor agrees to indemnify and hold the City harmless from and against any damage, liability or cost (including reasonable attorney fees and cost of defense) to the extent caused by the Contractor's negligent acts  errors or omiss ons in the performance of the services under the Contract and those of any sub-contractors  sub-consultants or anyone for whom the Contractor is legally liable. It is the intention of the Parties that each shall be responsible for their own negligent acts. These defense and indemnification obligations shall survive the expiration or termination of the Contract. The Parties acknowledge that the provisions of this Paragraph are not intended to waive or alter any of the immunities, limitations  and defenses afforded to the City under the common law, the Colorado Governmental Immunity Act, C.R.S. §§ 24-10-101, et seq. or any other law.

## ARTICLE 7 – CHANGE ORDERS OR EXTENSIONS

The City may, from time to time, require changes in the scope of services of the Consultant to be performed herein. Such changes, including any increase or decrease in the amount of the Consultant's compensation, must be mutually agreed upon in writing by the City and the Consultant. The Consultant shall be compensated for all authorized changes in services, pursuant to the Request for Proposal, or if no provision exists, pursuant to the terms of the Change Order.

## ARTICLE 8 – EQUAL EMPLOYMENT OPPORTUNITY

The Consultant shall not discriminate against any employee or applicant for employment because of age, race, color, religion, sex, or national origin. The Consultant shall adhere to acceptable affirmative action guidelines in selecting employees and shall ensure that employees are treated equally during employment, without regard to their age, race, color, religion, sex, or national origin. Such action shall include, but not be limited to the following: employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship., The Consultant agrees to post in conspicuous places, available to employees and applicants for employment, notices provided by the local public agency setting forth the provisions of this nondiscrimination clause.

The Consultant will cause the foregoing provisions to be inserted in all subcontracts for any work covered by this Agreement so that such provisions will be binding upon each sub-consultant, provided that the foregoing provisions shall not apply to contracts or subcontracts for standard commercial supplies or raw materials.

## ARTICLE 9 – CHARTER, LAWS AND ORDINANCES

The Consultant at all times during the performance of this Agreement, agrees to strictly adhere to all applicable Federal, State and Local laws, rules, regulations, and ordinances that affect or govern the work as contemplated under this Agreement.

## ARTICLE 10 – LAW AND VENUE

The laws of the State of Colorado shall govern as to the interpretation, validity, and effect of this Agreement. The parties agree that venue and jurisdiction for disputes regarding performance of this contract is with the District Court of Jefferson County, Colorado.

## ARTICLE 11 – TERMINATION

This Agreement may be terminated by the City for any reason or for no reason by notifying the Consultant in writing of the same not less than thirty (30) days prior to the intended date of termination. Notwithstanding any other provision of the Contract, upon the City's failure to appropriate funds for payment of the compensation required by the Contract, the Contract shall automatically terminate as of the date prior appropriated funds are exhausted.

Consultant may terminate this agreement by providing the City with written notice, at least 60 days in advance of such termination.

Termination shall not affect rights, duties and liability which accrue prior to termination. In the event of any termination, the City shall be liable to Consultant for payments representing compensation for services up to the point of termination, based on the work competed to such date. The Parties each agree to bear their own attorneys' fees and costs incurred in connection with any termination, including any judicial proceedings resulting therefrom.

**ARTICLE 12 – NOTICES**

**ARTICLE 13 – ASSIGNMENT AND SUB-CONSULTANTS**

The duties and obligations of the Consultant arising hereunder cannot be assigned, delegated, nor subcontracted except with the express written consent of the City. The sub-consultants permitted by the City shall be subject to the requirements of this Agreement, and the Consultant is responsible for all subcontracting arrangements and the delivery of services as set forth in this Agreement. The Consultant shall be responsible for the performance of any sub-consultant.

**ARTICLE 14 – SEVERABILITY**

To the extent that the Agreement may be executed and performance of the obligations of the parties may be accomplished within the intent of the Agreement, the terms of this Agreement are severable, and should any term or provision hereof be declared invalid or become inoperative for any reason, such invalidity or failure shall not affect the validity of any other term or provision hereof. The waiver of any breach of a term hereof shall not be construed as a waiver of any other term, or the same term upon subsequent breach.

**ARTICLE 15 – INTEGRATION OF UNDERSTANDINGS**

This Agreement supersedes any and all agreements, either oral or written, between the parties hereto, and contains all of the covenants and agreements between the parties with respect to rendering of services described herein. This Agreement is intended as the complete integration of all understandings between the parties. No prior or contemporaneous addition, deletion, or other amendment hereto shall have any force and effect whatsoever, unless embodied herein in writing. No subsequent novation, renewal, addition, deletion, or other amendment hereto shall have any force or effect unless embodied in writing and signed by an authorized representative of the City and the Consultant.

**ARTICLE 16 – PROHIBITION ON EMPLOYING OR CONTRACTING WITH ILLEGAL ALIENS**

    A.  The Consultant hereby certifies that at the time of executing this Agreement it does not knowingly employ or contract with an illegal alien who will perform work under this Agreement and that it will participate in either the E-Verify Program or Department Program as those terms are defined in C.R.S. §§ 8-17.5-101(3.7) and (3.3), respectively, (the "Programs") in order to confirm the employment eligibility of all employees who are newly hired for employment to perform work under this Agreement.

    B.  The Consultant shall not knowingly employ or contract with an illegal alien to perform the work under this Agreement or enter into a contract with a sub-consultant that fails to certify to the Consultant that the sub-consultant shall not knowingly employ or contract with an illegal alien to perform work under this Agreement.

    C.  The Consultant has confirmed the employment eligibility of all employees who are newly hired for employment to perform work under the Agreement through participation in either the E-Verify Program or the Department Program.

    D.  The Consultant is prohibited from using the Programs procedures to undertake pre-employment screening of job applicants while this Agreement is being performed.

E.  If the Consultant obtains actual knowledge that a sub-consultant performing the work under this Agreement knowingly employs or contracts with an illegal alien, the Consultant shall be required to: (a) notify the sub-consultant and the City within three (3) days that the Consultant has actual knowledge that the sub-consultant is knowingly employing or contracting with an illegal alien; and (b) terminate the subcontract with the sub-consultant if within three (3) days of receiving the notice, required pursuant to C.R.S. § 8-17.5-102(2)(III)(A), the sub-consultant does not stop employing or contracting with the illegal alien· except that the Consultant shall not terminate the contract with the sub-consultant if during such three (3) days the sub-consultant provides information to establish that the sub-consultant has not knowingly employed or contracted with an illegal alien.

F.  The Consultant shall comply with any reasonable request by the Colorado Department of Labor and Employment (the 'Department") made in the course of an investigation that the Department is undertaking pursuant to the authority established in C.R.S. § 8-17.5-102(5).

## ARTICLE 17 – OWNERSHIP OF DOCUMENTS

Consultant agrees that all original documents, plans, reports, and other materials developed during the course of providing the services specified in the Agreement will be the property of the City and will be provided by the Consultant to the City upon their completion.

## ARTICLE 18 – CONSULTANT'S RECORDS

Consultant will keep records and invoices in connection with its work to be performed under this Agreement. Consultant will maintain complete and accurate records with respect to the costs incurred under this Agreement.  All such records will be clearly identifiable.  Consultant will allow a representative of the City during normal business hours to examine, audit, and make transcripts or copies of such records.  Consultant will allow inspection of all work, data, documents, proceedings, and activities related to the Agreement for a period of five years from the date of final payment under this Agreement.

## ARTICLE 19 – NON-SOLICITATION

During and for a period of six (6) months following termination of this Agreement, the City shall not directly or indirectly solicit for hire or engage any personnel (whether as employee, consultant or in any other capacity) of CAA with responsibilities related to this Agreement without CAA's prior written consent.

## ARTICLE 20 – AUTHORIZATION

Each party represents and warrants that it has the power and ability to enter into this Agreement, to grant the rights granted herein and to perform the duties and obligations described herein.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement in **two** (2) copies, each of which shall be deemed an original on the day and year first written above.

**ATTEST**:

ELLE SHAVER, CITY CL RK

(Seal)

**APPROVED**

GE    DA  L, CITY ATTORNEY

**ATTEST TO CONTRACTOR**:

NAME

TITLE    Relations Manager

DATE    02-14-2018

**OWNER**

**CITY OF WHEAT RIDGE**
**7500 W 29TH AVENUE**
**WHEAT RIDGE, CO   80033**
**303-234-5900**

BUD ST  RK  R, MAYOR

**CONSULTANT**

**Charles Abbott Associates, Inc.**
**27401 Los Altos, Suite 220**
**Mission Viejo, CA 92691**
**PHONE**

A     RI   D SIGNATURE

**Rusty R. Reed**
PRINT NAME

**CEO/President**
TITLE

DAT

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

nt (Notary to cross out lines 1–6 below)
Lines 1–6 to be completed only by document signer[s], *not* Notary)

1

2

3

4

5

6

*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

14          6 6          18,

by

(1)          $R u s$          $R$

(and (2,

*Name(s) of Signer(s)*

SHERRY HALSEY
Notary Public – California
Orange County
Commission # 2217670
My Comm. Expires Nov 7, 2021

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signat

*Place Notary Seal Above*

————— **OPTIONAL** —————

*Though this section is optional, completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of** A          Agreement For full Service

**Title or Type of** I          Service          2-14 2018,
Bu          rvices          A

**Number of Page**   13
Trd          te

©2016 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5910

## EXHIBIT A - STATEMENT OF WORK

Charles Abbott Associates, Inc. (CAA) will provide Full Service Building Division Services to the City of Wheat Ridge (City), including plan review and building inspection services as well as Building Official services. CAA offers to provide the requested services to the City as dictated by workload, including building, electrical, mechanical, plumbing, and residential code inspections and plan check, support staffing at the public counter during regular business hours, complex code interpretation, policy and procedure recommendations, complaint investigations, and all other related activities. CAA will provide guaranteed turnaround times and on-call emergency staff as needed.

CAA is committed to fulfilling these services in a comprehensive and thorough manner with staff that is service oriented, courteous, and reliable. CAA will provide ICC certified staff to serve as the City's Building Official, Permit Technician(s) as well as ICC Certified Building Inspector(s), Plans Examiner(s), and Registered Professionals as dictated by workload. CAA's Building Inspector(s) will be available to conduct all inspection requests no later than the next business day. CAA staff will process and route construction drawings for plan check, calculate permit fees, issue and close out permits, conduct minor plan checks over the counter, and perform related tasks as needed. CAA will provide building code related code enforcement and be available to consult with office staff on building department or permit issues and questions as they arise.

## Administration

CAA will serve as the City's Building Official and be responsible for the administration and enforcement of the City's various codes and ordinances related to building safety while ensuring that the health and safety of the public are maintained through adherence to the requirements established by law for the construction, alteration or use of new and existing buildings. Through cooperation with other departments, CAA is able to assist in protecting the economic interests of the community with the ultimate goal of ensuring the development of safe and sustainable buildings for subsequent generations. Complete Administration of the Building Safety Division includes the following Certified Building Official Responsibilities:

Quality control review of plan checks and inspections

Building codes updates and adoption

Enforce building codes and ADA Standards for Accessible Design

Enforce adopted codes with regard to unsafe structures, existing building, rental property maintenance and energy code compliance

Lend expertise in the plan review and inspection of historic structures

Ensure compliance with zoning conditions, certificate of appropriateness, and conditions of approval

Resolution of residents inquiries and complaints

Building Official Administration, processing of complex Building Code Issues and dispute resolution

Building and Safety Procedures Manual development and maintenance

- Ensure preparation of detailed monthly, quarterly, and annual reports of their activities to the City on accountability report forms approved by the City. The reports will include, but are not limited to, staffing levels provided, staff hours expended, the number of plans reviewed, number of inspections performed, and other statistical information pertinent to the services provided

- Participate in pre-development review and provide comments

- Attendance of Building Code Advisory Board, Planning Commission and Council meetings (as-needed)

- Ensure the maintenance of all necessary equipment to perform the contracted services

- Ensure proper staffing levels, supervision and training of all subordinate team members in order to maintain the minimum production standards

- Ensure records maintenance of approved plans and permits as required by law

- Develop training and educational materials relevant to building safety for dissemination to the elected and appointed officials, contractors and general public

- Attend court hearings regarding building code violations when requested

- Attend meetings of other local building officials to discuss proposed code changes, enforcement issues, new code compliant technology and alternatives

- Review for approval all alternative materials, designs or methods of construction for compliance with the intent and provisions of the code

- Consultation with City staff in other departments/divisions on applicability of building codes and regulations on City projects, such as something like a minor Rec Center remodel.

- Assist in website maintenance and development for Building Division content

- Assist the City in acquiring and implementing new building permitting software

- Building Division Policy and procedure drafting and implementation

- Establish and communicate communications and reporting protocols

- Establish and communicate to the City how CAA will communicate and report out to the City/Community Development Director (CDD)

- Establish billing protocols

- Additional services as needed and as requested

## Building Inspection

CAA will provide the inspection of structures under construction in the City for compliance with all local ordinances, state and federal laws that pertain to Building and Safety and for compliance with the adopted Building Code, Residential Code, Plumbing Code, Electrical Code, Mechanical Code, Property Maintenance Code, City adopted or proposed Sustainability Standards, and Accessibility

and Energy Codes in addition to any Building Division Policy Statements as issued by the Chief Building Official.

CAA will provide inspectors as required by workload. A CAA Building Inspector will be available at all times to conduct urgent building inspections, should they arise.

- **Inspection Personnel Qualifications**

CAA assigned staff will perform inspection services as required by the City. Our staff will meet or exceed the City's minimum qualifications for all position(s). Competent inspectors will be provided whose background, experience, applicable certifications and demeanor demonstrates the ability to conduct inspections in accordance with jurisdiction standards. All CAA inspectors are ICC certified.

- **Inspection Responsibilities**

Inspectors assigned to the City will perform periodic construction inspections to verify that the work of construction is in conformance with the approved project plans, as well as identifying issues of non-compliance with applicable codes. Projects under construction by permit from the City will be inspected for compliance with the City adopted Building, Mechanical, Plumbing, Electrical, Energy, Property Maintenance, and Accessibility Codes, as well as a working familiarity with the Fire Codes. Inspectors are accessible and available to meet with the project design team and/or the client's representatives to work out problems and help resolve issues quickly and efficiently. Our inspection staff easily integrates into client organizations.

- **Guaranteed Response Times**

In an effort to provide quality assurance, CAA proposes to use our "best service guarantee" program. This program assures the City that all turn around times are met or improved, all inspections are conducted when requested, and emergency response is timely and effective.

- CAA will conduct any necessary or required building investigations as directed by the City. Investigations will include field and office research, investigation follow-ups and preparation of notices, letters, or documents.
- CAA will provide and maintain all vehicles and equipment required or necessary to carry out inspections and duties of the Building Services Division.
- CAA will conduct all inspections the following day for all requests received the day before up to 12 A.M.

## Plan Review

CAA will provide the plan review of any and all types of structures including, but not limited to, single family dwellings, multi-family dwellings, industrial and commercial buildings for compliance with all local ordinances and State and Federal laws that pertain to Building and Safety, and for compliance with the adopted Building Code, Residential Code, Plumbing Code, Electrical Code, and Mechanical Code, Building Standards Code, Accessibility and Energy Standards, and the Municipal Code. Plan review will be performed in-house in most cases and off-site when the need arise due to workload variations and in order to meet our committed timelines. All initial reviews will be returned within 10 business days for single family residential, small and large commercial projects, and improvement plans. Rechecks will be returned within 5 working days. These are maximum times, and we typically are able to turn around simple plan reviews in less than half the t ne. CAA will provide Rapid Plan Review services at the public counter on Thursday and Friday mornings

By cooperating and working closely with all of the entities responsible for project approval, CAA forms a collaborative working relationship that centers on successful project processing. As a result, the development approval process with other departments is timely, seamless and efficient. Team members minimize surprises that can lead to costly delays due to plan revisions late in the approval process by beginning work early with the project design team involved in major construction projects. CAA plan reviewers are always willing to meet with clients for pre-design meetings, pre-submittal meetings or as needed to resolve complex code related plan review issues in the most efficient manner possible; this is just part of the facilitative approach to plan review which emphasizes building safety while allowing for innovation to resolve complicated building design issues.

Our approach to plan review ensures that plans submitted to CAA for review are properly tracked and processed. Our system ensures that each plan or permit is assigned, returned, and handled on time and within budget. The status of any plan can easily be determined at any point in time.

Our registered professionals and certified plan examiners review all plans and calculations, thus assuring that the technical components and all code items are thoroughly reviewed. Most of our plans examiners are cross-trained and also certified as inspectors, providing a very efficient use of personnel and expediting the process for the applicant. We provide timely turnaround of plan reviews and re-reviews based on guaranteed turn-around times. Our staff also handles any coordination required as part of the review.

## Building Counter Operations

CAA can provide permit technician assistance at the public counter to receive and review applications, issue permits, license building contractors, respond to in-person queries, be available for scheduled meetings, and provide assistance over the phone and via email to both City staff and the public as required. CAA will also provide staffing to the City's Thursday and Friday morning Rapid Review process.

CAA will provide the processing and issuance of Building permits including building, plumbing, electrical and mechanical permits, plan check submittals, data entry, scanning, reporting, and other related permit technician duties as assigned. Optionally, CAA will provide a Permit Technician with computer skills and knowledge of plan check issues to the City to coordinate the plan check and inspection process, including the tracking, routing, and storage of building plans and filing of building permit applications.

Our staff will provide information regarding building permit applications, plan check, inspection services and related matters to the public in a courteous and expeditious manner.

CAA will calculate and collect all necessary fees and permits for plan submission, permits, and inspections, including contractor license fees and will also facilitate the collection of fees from other departments and/or agencies related to the issuance of a building permit.

## Staffing

CAA will offer employment to the current City Building Division staff contingent on contract award and cover any costs associated with ensuring continuous health insurance coverage during the transition from City employment to CAA employment.

## Operational Cost

CAA will provide all materials, resources, tools and training required for our professionals to perform their assigned duties, including vehicles, cell phones, iPads, and other technology devices that enhance our service. CAA expects CAA employees to receive City badges, business cards, Outlook e-mail access, ADG access, and other IT network access as needed and appropriate, so that they can seamlessly function as an extension of City Staff.

## Fee Schedule

CAA proposes to provide all Building and Safety Services outlined in the Scope of Work for the following percentage of fees collected, except Business License processing and inspection fees will be $95 per license application. Fees below are inclusive of all costs, including general and administrative, travel, per diem, training, materials, supplies, and other items necessary to complete the project. Fees listed include:

- As-Needed Company Liaison
- As-Needed Operational Support
- Certified Building Official
- Certified Building Inspectors
- Certified Plan Reviewer
- Permit Technicians

Additional qualified personnel are available as needed.

| Monthly Fees Collected* | CAA's % of Fees |
|---|---|
| First  $60,000/month | 68% |
| Amounts from $60,001/month - $100,000/month | 60% |
| Over $100,001/month | 55% |

\* cumulative

CAA will respond to all emergency inspections after hours at no cost to the city.

**CITY OF WHEAT RIDGE
AMENDMENT TO THE
FULL-SERVICE BUILDING DIVISION
SERVICES AGREEMENT**

AMENDMENT #1, February 5, 2021:

Pursuant to the original contract having an effective date of March 2, 2018 at 11:59 PM with **Charles Abbott Associates, Inc.,** with corporate offices located at 27401 Los Altos, Suite 220, Mission Viejo, CA 92691, and local offices located at 390 Interlocken Crescent, 3rd Floor, Broomfield, CO 80021, regarding full-service building division services, the City hereby authorizes amendment to the contract term as follows:

1. **Article 2- Term**

    a. The original three-year term is set to expire on March 2, 2021.
    b. The City and Charles Abbott Associates Inc., mutually agree to exercise the option of an additional two-year extension, there-by extending the expiration date to March 2, 2023.

All other conditions of the original agreement remain.

In Witness whereof, the parties hereto have executed or caused to be executed by their duly authorized officials, this Amendment in two (2) copies, each of which shall be deemed an original on the date first written.

"CITY"
City of Wheat Ridge
7500 West 29th Avenue
Wheat Ridge, CO 80033

By:

Bud Starker, Mayor

February 22, 2021
Date

"CONTRACTOR"
Charles Abbott Associates, Inc.
27401 Los Altos, Suite 220
Mission Viejo, CA 92691

By

Authoriz  Si nature

Date

Title

Print  or Ty  e Name

**CITY OF WHEAT RIDGE
AMENDMENT TO Agreement with
Charles Abbott Associates, Inc. for Full-Service
Building Division Services**

AMENDMENT #2, Date: February 13, 2023

Pursuant to the original contract with **Charles Abbott Associates, Inc., 390 Interlocken Crescent, 3rd Floor, Broomfield, CO 80021**, dated February 27, 2018, Amendment #1 dated February 5, 2021 regarding Consultant Services for Full-Service Building Division Services, the City hereby authorizes the amendment to the contract as follows:

1. **Article 1- Scope of Work**:

   a. The originally agreed upon Scope of Work remains in effect with the addition of the following:
   b. Itemized ADU Inspection per the Statement of Work included herein as Exhibit A

2. **Article 2- Term**

   a. This Amendment #2 extends the agreement term until March 2, 2025

3. **Article 3- Compensation**:

   a. ADU Inspection rate is: $95/hour
   b. Adoption of 2023 hourly rate sheet for additional work as needed per Exhibit B

In Witness whereof, the parties hereto have executed or caused to be executed by their duly authorized officials, this Amendment in two (2) copies, each of which shall be deemed an original on the date first written.

Internal review completed by:

DocuSigned by:

*Whitney Mugford-Smith*

C19C69B9CAC2484...

Whitney Mugford-Smith, Procurement Manager                                     Date Signed

DocuSigned by:

*Lauren Mikulak*

8206I383688644B...

Lauren Mikulak, Planning Supervisor, Interim Community Development Dir.     Date Signed

DocuSigned by:

*Patrick Goff*

74AD13EF23AF47B...

Patrick Goff, City Manager                                                              Date Signed


"CITY"                                                    "CONTRACTOR"
City of Wheat Ridge                                       Charles Abbott Associates, Inc.
7500 West 29th Avenue                                     27401 Los Altos, Suite 220
Wheat Ridge, CO  80033                                    Mission Viejo, CA 92691

DocuSigned by:                                            DocuSigned by:

*Bud Starker*                                             *Diann Nolte*

7425644FCA0F406...                                        7I709255DDE94A9...

Bud Starker, Mayor                                        Authorized Signature


_____                              _____
Date                                                     Date


                                                         _____
                                                         Title


                                                         _____
                                                         Print  or Type Name

| ENGINEERING/PUBLIC WORKS CLASSIFICATION | HOURLY RATES | BUILDING & SAFETY CLASSIFICATION | HOURLY RATES |
|---|---|---|---|
| | | | |
| Principal Engineer | 193.00 | Principal Building Official | 160.00 |
| City Engineer | 149.00 | Building Official | 138.00 |
| Project Manager | 160.00 | Senior Building Inspector* | 116.00 |
| Senior Engineer | 154.00 | Building Inspector/Plan Checker | 107.00 |
| Project Engineer | 145.00 | Building Inspector* | 99.00 |
| Associate Engineer | 121.00 | Permit Specialist | 73.00 |
| | | Code Enforcement Officer | 83.00 |
| Senior Design Engineer | 127.00 | | |
| Assistant/Design Engineer | 108.00 | COMMUNITY DEVELOPMENT CLASSIFICATION | HOURLY RATES |
| Senior Plan Check Engineer | 138.00 | | |
| Plan Check Engineer | 116.00 | Community Development Director | 160.00 |
| | | Principal Planner | 154.00 |
| Senior Traffic Engineer/Manager | 165.00 | Senior Planner | 132.00 |
| Transportation Planner | 121.00 | Associate Planner | 107.00 |
| Traffic Engineer Associate | 105.00 | Assistance Planner | 88.00 |
| | | Planning Technician | 77.00 |
| 3-Person Survey Crew | 297.00 | Code Enforcement Officer | 83.00 |
| 2-Person Survey Crew | 231.00 | | |
| | | OTHER CLASSIFICATIONS | HOURLY RATES |
| Senior Draftsperson (CADD) | 105.00 | | |
| Draftsperson (CADD) | 94.00 | | |
| | | Landscape Architect Director | 138.00 |
| Senior Public Works Inspector* | 116.00 | Associate Landscape Architect | 105.00 |
| Public Works Inspector* | 105.00 | Expert Witness Services | 330.00 |
| | | Senior Contract Administrator | 121.00 |
| STORM WATER CLASSIFICATION | HOURLY RATES | Administrative Assistant | 66.00 |
| | | Clerical | 55.00 |
| | | | |
| Environmental Project Manager | 160.00 | | |
| Environmental Program Manager | 127.00 | | |
| Environmental Analyst | 101.00 | | |
| Environmental Associate | 96.00 | | |
| Environmental Inspector | 88.00 | | |

The above hourly rates include general and administrative overhead and fees and employee payroll burden. Rates are subject to an annual adjustment based upon increases adopted by Charles Abbott Associates, Inc. as reflected in the Consumer Price Index (CPI).

*The Hourly Rates identified are for Non-Prevailing Wage project inspection.  Hourly Rates for Prevailing Wage project inspection will be $157.00 for regular time; $198.00 for overtime on Mondays through Saturdays; and $248.00 for overtime on Sundays and Holidays.  Prevailing Wage rates are subject to increases pursuant to the State of California's Department of Industrial Wage Rate Determinations.



ITEM NO: <u>1a</u>
DATE: February 13, 2023

**REQUEST FOR CITY COUNCIL ACTION**



**TITLE:  MOTION TO APPROVE AN AMENDMENT AND
EXTENSION TO THE CONTRACT WITH CHARLES
ABBOTT ASSOCIATES, INC FOR BUILDING DIVISION
SERVICES AND AUTHORIZING ALL SUBSEQUENT
PAYMENTS**

☐ PUBLIC HEARING          ☐ ORDINANCES FOR 1ST READING
☒ BIDS/MOTIONS            ☐ ORDINANCES FOR 2ND READING
☐ RESOLUTIONS

QUASI-JUDICIAL:          ☐   YES          ☒   NO

_____        _____
**Interim Community Development Director**    **City Manager**

**ISSUE:**
Charles Abbott Associates, Inc. has provided contractual Building Division services for the City
since 2018. This request extends their contract by two years, through March 2025.

**PRIOR ACTION:**
The City awarded Charles Abbott Associates (CAA) the contract for on-call building services in
April 2017 after an open bidding process. Later that year, the City began to consider the merits
of awarding a full-service contract to CAA to perform all functions of the City's Building
Division. City Council discussed the approach in a study session in January 2018, and in
February 2018, Council approved a contract award to CAA for contractual Building Division
services.

The initial contract term was three (3) years and could be extended two (2) years by mutual
agreement of the parties. City Council approved a two-year extension in February 2021
(Amendment #1).

**FINANCIAL IMPACT:**
The approved 2023 budget includes $1.22 million for Building Division contractual services.

Council Action Form – CAA Contract Amendment
February 13, 2023
Page 2

**BACKGROUND:**

For many years prior to CAA, the City contracted with an outside professional services firm to augment the City's Building Division functions. The amount of work outsourced to the on-call firm ebbed and flowed based on permit and inspection volume and City staffing levels. This on-call arrangement helped with continuity of inspections during staff absences and vacations. Contracted firms also provided technical expertise in areas such as commercial electrical inspections, elevator inspections, and plan review for complex permits.

The City's relationship with CAA originally began in this on-call capacity. The contract for Building Division support services was periodically put out to public bid. That bidding process occurred in early 2017, and the City changed vendors and awarded the bid to CAA in April 2017.

Shortly thereafter, on May 8, 2017, Wheat Ridge suffered one of Colorado's most destructive hailstorms. As a result of the storm, the vast majority of the City's homes and structures were damaged, and the demand for roofing permits and inspections exploded. In their on-call capacity, CAA was able to bring inspectors and permit technicians to Wheat Ridge from across the country to meet the customer service needs associated with storm-related permits. The City maintained the ability to provide next day inspections, and continuity of service during this period, thanks to the presence CAA staff.

Later in 2017 and after difficulty keeping the division fully staffed, the City began to consider the merits of awarding a full-service contract to CAA to perform the functions of the City's Building Division. Vacancies among the inspector positions were difficult to fill, and the pool of qualified candidates was limited. The pool of Chief Building Official (CBO) candidates was even more limited, and the CBO position was vacant for several extended periods from 2014 to 2018.

Staff discussed this issue with City Council in a study session on January 22, 2018. At the time, several other communities were also using on-call or full-service firms to support Building Division functions.  Based on the study session discussion and consensus, City Council approved a conversion of the CAA contract to a full-service arrangement on February 12, 2018. The City's three Building Division employees were offered CAA employment, and since 2018 the City has used a full-service contract model.

CAA is fully integrated into the department and the City staff team. CAA staff office out of City Hall with the rest of the Community Development Department; they have City email addresses, phone numbers, uniforms, and car decals. Most CAA staff are fully dedicated to the City of Wheat Ridge. This means our CBO, counter staff, lead plans reviewer, and primary inspectors are a consistent daily presence in the office and in the community. CAA staff attend interdepartmental meetings, and many customers probably have no realization that they are contracted employees.

Council Action Form – CAA Contract Amendment
February 13, 2023
Page 3

The CAA contract establishes a payment structure based on them receiving a portion of the
City's building permit revenues (exclusive of building use tax). Those revenues include building
permit fees, plan review fees and contractor license fees. They are also paid a flat fee for
expenses associated with reviewing, approving and inspecting properties for business licenses.
Their fee structure is tiered, such that as Building Division revenues go up, the percentage of
revenues that are paid to CAA goes down. For each monthly billing cycle, the fee structure is as
follows:
- First $60,000 – 68% of monthly revenues paid to CAA
- $60,001 – $100,000 – 60% of monthly revenues paid to CAA
- Over $100,001 – 55% of monthly revenues paid to CAA

The initial contract term with CAA was three (3) years and could be extended an additional two
(2) years by mutual agreement of the parties. A two-year extension was approved by City
Council in February 2021 (Amendment #1). By approving an additional two-year extension, the
CAA contract would go through March 2025 and would be considered Amendment #2.
Continuity of Building Division services over the next couple of years is particularly important
for large active projects, including the new Lutheran hospital at Clear Creek Crossing.

The amendment will not change the fee structure described above. It will adopt CAA's current
rate sheet for any instance when hourly rates are necessary. It also specifies that courtesy
inspections of accessory dwelling units for the purpose of legalizing such units during the City's
2-year grace period will be assessed as a flat fee similar to business license inspections.

A competitive procurement process for Building Division services will be required after this
renewal and is expected to occur in mid- to late-2024.

**RECOMMENDATIONS:**
Staff recommends approving Amendment #2 thereby extending the CAA contract for Building
Division services through March 2025.

**RECOMMENDED MOTION:**
"I move to approve an amendment and extension to the contract with Charles Abbott Associates,
Inc for Building Division services and authorizing all subsequent payments."

Or,

"I move to not approve an amendment and extension to the contract with Charles Abbott
Associates, Inc for Building Division services and authorizing all subsequent payments for the
following reason(s) _____."

**REPORT PREPARED/REVIEWED BY:**
Lauren Mikulak, Interim Community Development Director
Patrick Goff, City Manager

Council Action Form – CAA Contract Amendment
February 13, 2023
Page 4


**ATTACHMENTS:**
1. CAA Amendment #2 and Exhibits

**CITY OF WHEAT RIDGE
AMENDMENT TO THE
FULL-SERVICE BUILDING DIVISION
SERVICES AGREEMENT**

AMENDMENT #1, February 5, 2021:

Pursuant to the original contract having an effective date of March 2, 2018 at 11:59 PM with **Charles Abbott Associates, Inc.,** with corporate offices located at 27401 Los Altos, Suite 220, Mission Viejo, CA 92691, and local offices located at 390 Interlocken Crescent, 3rd Floor, Broomfield, CO 80021, regarding full-service building division services, the City hereby authorizes amendment to the contract term as follows:

   1. **Article 2- Term**

      a.  The original three-year term is set to expire on March 2, 2021.
      b.  The City and Charles Abbott Associates Inc., mutually agree to exercise the option of an additional two-year extension, there-by extending the expiration date to March 2, 2023.

All other conditions of the original agreement remain.

In Witness whereof, the parties hereto have executed or caused to be executed by their duly authorized officials, this Amendment in two (2) copies, each of which shall be deemed an original on the date first written.

"CITY"
City of Wheat Ridge
7500 West 29th Avenue
Wheat Ridge, CO 80033

By:

Bud Starker, Mayor

February 22, 2021
Date

"CONTRACTOR"
Charles Abbott Associates, Inc.
27401 Los Altos, Suite 220
Mission Viejo, CA 92691

By

Authoriz  Si nature

Date

Title

Print  or Ty  e Name

PROFESSIONAL BUILDING & SAFETY ENGINEERING · ENVIRONMENTAL & FIRE PROVIDERS

July 3, 2017

Mr. Kenneth P. Johnstone, AICP                                    Via email
Community Development Director
City of Wheat Ridge
7500 W. 29th Ave
Wheat Ridge, CO 80033-8001

Subject:  RFP-17-09 On-Call Building Inspection Services
Interim Agreement extension

Dear Mr. Johnstone,

We have been assisting the City of Wheat Ridge meeting its Building and Safety needs since April 24th on an interim agreement basis. This letter shall serve as an extension of our previous interim agreement for an additional 60 days effective the date of this letter. Our services are Permit Technician, City Plan Review and Inspection Services including field inspections (not to include elevator inspections) associated with the City's building, electrical, plumbing, mechanical, structural and residential codes, and to assume the functions and responsibilities of the Building Official as desired. This offer is subject to extensions by mutual agreement of CAA and the City of Wheat Ridge.

The fee for our prescribed services will be $65/ hour for Permit Technician services and $95/hour for all others to be invoiced monthly on a form approved by the City. Payments shall be made within 30 days of receiving an invoice for completed work.

We at CAA strive to provide the highest quality service to our clients and we hope to have a long-term relationship with the City of Wheat Ridge. If you are agreeable to this interim proposal, please sign below and return a copy to my attention.

Regar

Jay Elbert            BO FEED AP
Regional Director


Kenneth P Johnstone
Printed Name                          Signature                    7/12/17



**CAA**

PROFESSIONAL BUILDING & SAFETY ENGINEERING/ENVIRONMENTAL & FIRE PREVENTION

June 2, 2017

Mr. Kenneth P. Johnstone, AICP                                    Via email
Community Development Director
City of Wheat Ridge
7500 W. 29th Ave
Wheat Ridge, CO 80033-8001

Subject: Amendment to Interim Agreement Dated 4/19 2017

Dear Mr. Johnstone,

This is an amendment to our existing interim agreement dated 4/19/2017. CAA will provide the
City of Wheat Ridge a certified Permit Technician as needed. The term of this agreement will be
the same as the existing interim agreement.

The fee for our prescribed services will be $65/hour to be invoiced monthly on a form approved
by the City. Payments shall be made within 30 days of receiving an invoice for completed work.

We at CAA strive to provide the highest quality service to our clients and we hope to have a long-
term relationship with the City of Wheat Ridge. If you are agreeable to this amendment, please
sign below and return a copy to my attention.

Regards,

, CBO, LEED-AP
Regional Director

Accepted by the City of Wheat Ridge

_____          _____  '2017
                                 Signature            Date



**CAA**

PROFESSIONAL BUILDING & SAFETY/ENGINEERING/ENVIRONMENTAL & FIRE PREVENTION

April 19, 2017

Mr. Kenneth P. Johnstone, AICP                                          Via email
Community Development Director
City of Wheat Ridge
7500 W. 29th Ave
Wheat Ridge, CO 80033-8001

Subject:  RFP-17-09 On-Call Building Inspection Services

Dear Mr. Johnstone,

As a follow-up to our proposal to the RFP referenced above, we learned of the City's immediate
need for Building Inspection Services pending the final approval of our proposal. In the interim,
we are pleased to offer the City Plan Review and Inspection Services including field inspections
(not to include elevator inspections) associated with the City's building, electrical, plumbing,
mechanical, structural and residential codes, and to assume the functions and responsibilities of
the Building Official as desired. This offer is for a period of 60 days effective April 24, 2017,
subject to extensions by mutual agreement of CAA and the City of Wheat Ridge.

The        for our prescribed services will be $95/hour to be invoiced monthly on a form approved
by th     ity. Payments shall be made within 30 days of receiving an invoice for completed work.

We a    AA strive to provide the highest quality service to our clients and we hope to have a long-
term re  tionship with the City of Wheat Ridge. If you are agreeable to this interim proposal, please
sign be  w and return a copy to my attention.

Re     ds,

PE, CBO, LEED-AP
Regional Director

Accepted by the City of Wheat Ridge

P J hns ne                    K////                    4  -17
Printed Name                  Signature                Date

CHARLES ABBOTT ASSOCIATES INC.
27401 L...

ADMINISTRATIVE SERVICES

Purchasing and Contracting • 7500 W. 29th Avenue • Wheat Ridge, CO • 80033-8001 • P: 303.235.2819 • F: 303.234.5924

April 17, 2017

Mr. Jay Elbettar
Charles Abbott Associates, Inc.
390 Interlocken Crescent, 3rd Floor
Broomfield, CO 80021

jayelbettar@caaprofessionals.com

Subject:     RFP-17-09 On-Call Building Inspection Services
             AWARD RECOMMENDATION

Dear Jay,

This letter provides confirmation that our RFP evaluation team has selected your firm to provide professional on-call support services for the City of Wheat Ridge, and subject to further scope and work plan negotiations, this recommendation will be presented to City Council for approval and final award, hopefully by mid-June or sooner. In the mean-time, we sincerely thank you for your offer to work with us on an interim basis to help fill vacation and staffing gaps in the Building Division during this busy time of year.

We appreciate your flexibility and thank you for your interest in doing business with the City of Wheat Ridge. We look forward to a mutually beneficial working relationship with your firm. Should you have any questions, please don't hesitate to call me at 303-235-2811 or email jnellis@ci.wheatridge.co.us .

Respectfully,

Jennifer Nellis
Purchasing Agent, CPPB

Enclosures



City of
**WheatRidge**

### CONSULTANT SERVICES AGREEMENT
### FOR FULL SERVICE
### BUILDING DIVISION SERVICES

**THIS AGREEMENT** made this 13th day of February 2018, having an effective date and time of March 2, 2018 at 11:59 PM, by and between the City of Wheat Ridge, Colorado, hereinafter referred to as the "City" or "Owner" and CHARLES ABBOTT ASSOCIATES, INC., hereinafter referred to as "Consultant", with corporate offices located at 27401 Los Altos, Suite 220, Mission Viejo, CA 92691 and local offices located at 390 Interlocken Crescent, 3rd Floor, Broomfield, CO 80021.

**WITNESSETH**, that the City of Wheat Ridge and the Consultant in consideration of the foregoing and the mutual promises and covenants herein contained, the parties hereto agree as follows:

## ARTICLE 1 – SERVICES

The City proposes to utilize the services of Consultant for Full Service Building Division Services.

The Consultant has represented to the City that the Consultant has the requisite qualifications and experience, and has the requisite facilities to properly perform the proposed services in a thorough competent, professional, and workmanlike manner.

A.   Consultant will perform services and the related work described above, as per the Statement of Work, attached as Exhibit A.

B.   Consultant will perform services based on directives issued by the City. Consultant will not undertake any work, which will result in costs, expenses, or fees without written permission from the City. Consultant will not further subcontract or assign said work to any other individual or company without consent of the City.

C.   The City may require Consultant to provide additional services beyond the items described above. For such services, the rates and quantities will be negotiated between the City and Consultant. If approved by the City, a written work order will be provided.

D.   Consultant will perform the services under this Agreement in a skillful and competent manner and according to the standards observed by a competent practitioner of the work in which Consultant is engaged. Services provided pursuant to this Agreement will be provided in a substantial, first class, and workmanlike manner to conform to the standards of quality normally provided in the field.

## ARTICLE 2 – TERM

This Agreement will take effect upon signing by both parties and issuance of a Notice to Proceed by the City. The initial term of the contract will be 3 years from the effective date, with the option of the Parties to mutually agree to an additional 2-year extension.

Notwithstanding any other provision in the Contract to the contrary, the Parties understand and acknowledge that the City is subject to Article X, § 20 of the Colorado Constitution ("TABOR"). The Contract does not create a multi-fiscal year direct or indirect debt or obligation within the meaning of TABOR and, therefore, notwithstanding anything in the Contract to the contrary, all payment obligations of the City are expressly dependent and conditioned upon the continuing appropriation of funds beyond the term of the City's current fiscal period ending upon the next succeeding December 31. Financial obligations of the City payable after the current fiscal year are contingent upon funds for that purpose being appropriated, budgeted, and otherwise made available in accordance with ordinances and resolutions of the City and other applicable law.

**ARTICLE  3 – PAYMENT AND FEE SCHEDULE**

It is understood and agreed, by and between the parties hereto, that the City shall pay the Consultant for services provided based on a percentage of fees collected on a monthly basis. The Consultant shall accept a a Not to Exceed amount of **Eight Hundred Twenty-five Thousand dollars, $825,000** as full payment for such services, except as otherwise approved by City Council, if the earned amount exceeds this annual amount.

Consultant will provide monthly invoices, which will itemize all work performed and related charges for that work.  The City will pay each such invoice within 30 days of receipt of each invoice.  Consultant will provide an unconditional release for any and all amounts due upon receiving payment from the City.  The City will contact Consultant not later than 5 days of receipt of any invoice which is in dispute.

CAA proposes to provide all Building and Safety Services outlined in the Scope of Work for the following percentage of fees collected, except Business License processing and inspection fees will be $95 per license application. Fees below are inclusive of all costs, including general and administrative, travel, per diem, training, materials, supplies, and other items necessary to complete the project. Fees listed include:

- As-Needed Company Liaison
- As-Needed Operational Support
- Certified Building Official
- Certified Building Inspectors
- Certified Plan Reviewer
- Permit Technicians

Additional qualified personnel are available as needed.

| Monthly Fees Collected* | CAA's % of Fees |
|---|---|
| First  $60,000/month | 68% |
| Amounts from $60,001/month - $100,000/month | 60% |
| Over $100,001/month | 55% |

*\* cumulative*

CAA will respond to all emergency inspections after hours at no cost to the city.

A.    Invoices by Task

Invoices will be submitted by the Consultant monthly for services performed and expenses incurred pursuant to this Agreement during the prior month.  The processing of payment will be expedited by the Treasurer's Office through proper accounting procedures. Payment will be made to the Consultant within thirty (30) days of the receipt of the approved invoices for services rendered.

B.    Funding

There is in effect within the City of Wheat Ridge, Colorado, a provision of the City's Code of Laws which limits the amount for which the City shall be liable to the amount expressly appropriated by the City Council, either through budgeted appropriation, or contract or bid award.  The Consultant is specifically advised of the provisions of this portion of the Code of Laws of the City of Wheat Ridge, which was enacted pursuant to Ordinance 787, Series of 1989, and expressly incorporated herein. This contract is specifically subject to the provisions of said Ordinance and adopted Code Section.

## ARTICLE 4 – INDEPENDENT CONSULTANT

In performing the work under this Agreement, the Consultant acts as an independent Consultant and is solely responsible for necessary and adequate worker's compensation insurance, person injury and property damage insurance, as well as errors and omissions insurance. The Consultant, as an independent Consultant, is obligated to pay federal and state income tax on monies earned. The personnel employed by the Consultant are not and shall not become employees, agents or servants of the City because of the performance of any work by this agreement. The Consultant warrants that it has not employed or retained any company or person, other than a bonafide employee working solely for it, to solicit or secure this Agreement, and that it has not paid or agreed to pay any company or person, other than bona fide employees working solely for the Consultant, any commission, percentage, brokerage fee, gifts, or any other consideration, contingent upon or resulting from the award or making of this Agreement. For breach or violation of this warranty, the City will have the right to annul this Agreement without liability or in its discretion to deduct from the Agreement price or consideration, or otherwise recover the full amount of such fee, commission, percentage, brokerage fee, gift, or contingent fee.

## ARTICLE 5 – INSURANCE

**A.**     In accordance with Article 4 above, the Consultant shall furnish a certificate of insurance upon notification of award and prior to performance. Consultant will neither work under this Agreement until it has obtained all insurance required hereunder from a company or companies rated A or better, nor will Consultant allow any additional Sub-Consultant to commence work for any part of this agreement until all insurance required of this Agreement (as outlined below) has been obtained.

**B.**     Throughout the term of this Agreement, at Consultant's sole cost and expense, Consultant will keep, or cause to be kept, in full force and effect, for the mutual benefit of the City and Consultant the following insurance policies:

- General Liability Insurance – Providing protection of $1,000,000 per occurrence / $2,000,000 annual aggregate against claims and liabilities for personal injury, death, or property damage arising from Consultant's activities.
- Professional Liability Insurance – Providing protection for at least $2,000,000 per occurrence/annual aggregate against claims and liabilities of the Consultant.
- Automobile Liability Insurance – Providing protection for at least $1,000,000 combined single limit.
- Worker s Compensation Insurance   In accordance with the provisions of the laws of the State of Colorado.

All insurance required by this Agreement will be carried only with responsible insurance companies licensed to do business in the State of Colorado. General and Auto Liability policies will name the City, its officers, agents and employees as additional insured.

Nothing herein shall be deemed or construed as a waiver of any of the protections to, which the Agencies may be entitled pursuant to the Colorado Governmental Immunity Act, sections 24-10-101, C.R.S., as amended.

## ARTICLE 6 – INDEMNIFICATION

To the fullest extent permitted by law, Contractor agrees to indemnify and hold the City harmless from and against any damage, liability or cost (including reasonable attorney fees and cost of defense) to the extent caused by the Contractor's negligent acts  errors or omiss ons in the performance of the services under the Contract and those of any sub-contractors  sub-consultants or anyone for whom the Contractor is legally liable. It is the intention of the Parties that each shall be responsible for their own negligent acts. These defense and indemnification obligations shall survive the expiration or termination of the Contract. The Parties acknowledge that the provisions of this Paragraph are not intended to waive or alter any of the immunities, limitations  and defenses afforded to the City under the common law, the Colorado Governmental Immunity Act, C.R.S. §§ 24-10-101, et seq. or any other law.

**ARTICLE 7 – CHANGE ORDERS OR EXTENSIONS**

The City may, from time to time, require changes in the scope of services of the Consultant to be performed herein. Such changes, including any increase or decrease in the amount of the Consultant's compensation, must be mutually agreed upon in writing by the City and the Consultant. The Consultant shall be compensated for all authorized changes in services, pursuant to the Request for Proposal, or if no provision exists, pursuant to the terms of the Change Order.

**ARTICLE 8 – EQUAL EMPLOYMENT OPPORTUNITY**

The Consultant shall not discriminate against any employee or applicant for employment because of age, race, color, religion, sex, or national origin. The Consultant shall adhere to acceptable affirmative action guidelines in selecting employees and shall ensure that employees are treated equally during employment, without regard to their age, race, color, religion, sex, or national origin. Such action shall include, but not be limited to the following: employment, upgrading, demotion or transfer, recruitment or recruitment advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training, including apprenticeship., The Consultant agrees to post in conspicuous places, available to employees and applicants for employment, notices provided by the local public agency setting forth the provisions of this nondiscrimination clause.

The Consultant will cause the foregoing provisions to be inserted in all subcontracts for any work covered by this Agreement so that such provisions will be binding upon each sub-consultant, provided that the foregoing provisions shall not apply to contracts or subcontracts for standard commercial supplies or raw materials.

**ARTICLE 9 – CHARTER, LAWS AND ORDINANCES**

The Consultant at all times during the performance of this Agreement, agrees to strictly adhere to all applicable Federal, State and Local laws, rules, regulations, and ordinances that affect or govern the work as contemplated under this Agreement.

**ARTICLE 10 – LAW AND VENUE**

The laws of the State of Colorado shall govern as to the interpretation, validity, and effect of this Agreement. The parties agree that venue and jurisdiction for disputes regarding performance of this contract is with the District Court of Jefferson County, Colorado.

**ARTICLE 11 – TERMINATION**

This Agreement may be terminated by the City for any reason or for no reason by notifying the Consultant in writing of the same not less than thirty (30) days prior to the intended date of termination. Notwithstanding any other provision of the Contract, upon the City's failure to appropriate funds for payment of the compensation required by the Contract, the Contract shall automatically terminate as of the date prior appropriated funds are exhausted.

Consultant may terminate this agreement by providing the City with written notice, at least 60 days in advance of such termination.

Termination shall not affect rights, duties and liability which accrue prior to termination. In the event of any termination, the City shall be liable to Consultant for payments representing compensation for services up to the point of termination, based on the work competed to such date. The Parties each agree to bear their own attorneys' fees and costs incurred in connection with any termination, including any judicial proceedings resulting therefrom.

**ARTICLE 12 – NOTICES**

**ARTICLE 13 – ASSIGNMENT AND SUB-CONSULTANTS**

The duties and obligations of the Consultant arising hereunder cannot be assigned, delegated, nor subcontracted except with the express written consent of the City. The sub-consultants permitted by the City shall be subject to the requirements of this Agreement, and the Consultant is responsible for all subcontracting arrangements and the delivery of services as set forth in this Agreement. The Consultant shall be responsible for the performance of any sub-consultant.

**ARTICLE 14 – SEVERABILITY**

To the extent that the Agreement may be executed and performance of the obligations of the parties may be accomplished within the intent of the Agreement, the terms of this Agreement are severable, and should any term or provision hereof be declared invalid or become inoperative for any reason, such invalidity or failure shall not affect the validity of any other term or provision hereof. The waiver of any breach of a term hereof shall not be construed as a waiver of any other term, or the same term upon subsequent breach.

**ARTICLE 15 – INTEGRATION OF UNDERSTANDINGS**

This Agreement supersedes any and all agreements, either oral or written, between the parties hereto, and contains all of the covenants and agreements between the parties with respect to rendering of services described herein. This Agreement is intended as the complete integration of all understandings between the parties. No prior or contemporaneous addition, deletion, or other amendment hereto shall have any force and effect whatsoever, unless embodied herein in writing. No subsequent novation, renewal, addition, deletion, or other amendment hereto shall have any force or effect unless embodied in writing and signed by an authorized representative of the City and the Consultant.

**ARTICLE 16 – PROHIBITION ON EMPLOYING OR CONTRACTING WITH ILLEGAL ALIENS**

A. The Consultant hereby certifies that at the time of executing this Agreement it does not knowingly employ or contract with an illegal alien who will perform work under this Agreement and that it will participate in either the E-Verify Program or Department Program as those terms are defined in C.R.S. §§ 8-17.5-101(3.7) and (3.3), respectively, (the "Programs") in order to confirm the employment eligibility of all employees who are newly hired for employment to perform work under this Agreement.

B. The Consultant shall not knowingly employ or contract with an illegal alien to perform the work under this Agreement or enter into a contract with a sub-consultant that fails to certify to the Consultant that the sub-consultant shall not knowingly employ or contract with an illegal alien to perform work under this Agreement.

C. The Consultant has confirmed the employment eligibility of all employees who are newly hired for employment to perform work under the Agreement through participation in either the E-Verify Program or the Department Program.

D. The Consultant is prohibited from using the Programs procedures to undertake pre-employment screening of job applicants while this Agreement is being performed.

E.  If the Consultant obtains actual knowledge that a sub-consultant performing the work under this Agreement knowingly employs or contracts with an illegal alien, the Consultant shall be required to: (a) notify the sub-consultant and the City within three (3) days that the Consultant has actual knowledge that the sub-consultant is knowingly employing or contracting with an illegal alien; and (b) terminate the subcontract with the sub-consultant if within three (3) days of receiving the notice, required pursuant to C.R.S. § 8-17.5-102(2)(III)(A), the sub-consultant does not stop employing or contracting with the illegal alien· except that the Consultant shall not terminate the contract with the sub-consultant if during such three (3) days the sub-consultant provides information to establish that the sub-consultant has not knowingly employed or contracted with an illegal alien.

F.  The Consultant shall comply with any reasonable request by the Colorado Department of Labor and Employment (the 'Department") made in the course of an investigation that the Department is undertaking pursuant to the authority established in C.R.S. § 8-17.5-102(5).

## ARTICLE 17 – OWNERSHIP OF DOCUMENTS

Consultant agrees that all original documents, plans, reports, and other materials developed during the course of providing the services specified in the Agreement will be the property of the City and will be provided by the Consultant to the City upon their completion.

## ARTICLE 18 – CONSULTANT'S RECORDS

Consultant will keep records and invoices in connection with its work to be performed under this Agreement. Consultant will maintain complete and accurate records with respect to the costs incurred under this Agreement.  All such records will be clearly identifiable.  Consultant will allow a representative of the City during normal business hours to examine, audit, and make transcripts or copies of such records.  Consultant will allow inspection of all work, data, documents, proceedings, and activities related to the Agreement for a period of five years from the date of final payment under this Agreement.

## ARTICLE 19 – NON-SOLICITATION

During and for a period of six (6) months following termination of this Agreement, the City shall not directly or indirectly solicit for hire or engage any personnel (whether as employee, consultant or in any other capacity) of CAA with responsibilities related to this Agreement without CAA's prior written consent.

**ARTICLE 20 – AUTHORIZATION**

Each party represents and warrants that it has the power and ability to enter into this Agreement, to grant the rights granted herein and to perform the duties and obligations described herein.

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement in **two** (2) copies, each of which shall be deemed an original on the day and year first written above.

**ATTEST**:

ELLE SHAVER, CITY CLERK

(Seal)

**APPROVED**

GERALD DAHL, CITY ATTORNEY

**ATTEST TO CONTRACTOR**:

NAME

TITLE    Relations Manager

DATE    02-14-2018

**OWNER**

**CITY OF WHEAT RIDGE**
**7500 W 29TH AVENUE**
**WHEAT RIDGE, CO   80033**
**303-234-5900**

BUD STARKER, MAYOR

**CONSULTANT**

**Charles Abbott Associates, Inc.**
**27401 Los Altos, Suite 220**
**Mission Viejo, CA 92691**
**PHONE**

AUTHORIZED SIGNATURE

Rusty R. Reed
PRINT NAME

CEO/President
TITLE

DATE

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**        GOVERNMENT CODE § 8202

nt (Notary to cross out lines 1–6 below)
Lines 1–6 to be completed only by document signer[s], *not* Notary)

1 ____ _____        _____

2 _____ _____        ____ _____

3 _____ ____        _____

4 ___ _____        _____ _____

5 _____ __ _____        _____ __

6

*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

14        cc        18.

by
(1)        Rus    R

(and (2,        ,
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

SHERRY HALSEY
Notary Public – California
Orange County
Commission # 2217670
My Comm. Expires Nov 7, 2021

Signat

*Place Notary Seal Above*

─────── **OPTIONAL** ───────

*Though this section is optional, completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of** ⌐        Agreement For full service

**Title or Type of** ⌐        Servic        2-14 2018.

Bu        ervices        A

**Number of Page**   13        te

Trcl

©2016 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5910

## EXHIBIT A - STATEMENT OF WORK

Charles Abbott Associates, Inc. (CAA) will provide Full Service Building Division Services to the City of Wheat Ridge (City), including plan review and building inspection services as well as Building Official services. CAA offers to provide the requested services to the City as dictated by workload, including building, electrical, mechanical, plumbing, and residential code inspections and plan check, support staffing at the public counter during regular business hours, complex code interpretation, policy and procedure recommendations, complaint investigations, and all other related activities. CAA will provide guaranteed turnaround times and on-call emergency staff as needed.

CAA is committed to fulfilling these services in a comprehensive and thorough manner with staff that is service oriented, courteous, and reliable. CAA will provide ICC certified staff to serve as the City's Building Official, Permit Technician(s) as well as ICC Certified Building Inspector(s), Plans Examiner(s), and Registered Professionals as dictated by workload. CAA's Building Inspector(s) will be available to conduct all inspection requests no later than the next business day. CAA staff will process and route construction drawings for plan check, calculate permit fees, issue and close out permits, conduct minor plan checks over the counter, and perform related tasks as needed. CAA will provide building code related code enforcement and be available to consult with office staff on building department or permit issues and questions as they arise.

## Administration

CAA will serve as the City's Building Official and be responsible for the administration and enforcement of the City's various codes and ordinances related to building safety while ensuring that the health and safety of the public are maintained through adherence to the requirements established by law for the construction, alteration or use of new and existing buildings. Through cooperation with other departments, CAA is able to assist in protecting the economic interests of the community with the ultimate goal of ensuring the development of safe and sustainable buildings for subsequent generations. Complete Administration of the Building Safety Division includes the following Certified Building Official Responsibilities:

> Quality control review of plan checks and inspections

> Building codes updates and adoption

> Enforce building codes and ADA Standards for Accessible Design

> Enforce adopted codes with regard to unsafe structures, existing building, rental property maintenance and energy code compliance

> Lend expertise in the plan review and inspection of historic structures

> Ensure compliance with zoning conditions, certificate of appropriateness, and conditions of approval

> Resolution of residents inquiries and complaints

> Building Official Administration, processing of complex Building Code Issues and dispute resolution

> Building and Safety Procedures Manual development and maintenance

- Ensure preparation of detailed monthly, quarterly, and annual reports of their activities to the City on accountability report forms approved by the City. The reports will include, but are not limited to, staffing levels provided, staff hours expended, the number of plans reviewed, number of inspections performed, and other statistical information pertinent to the services provided

- Participate in pre-development review and provide comments

- Attendance of Building Code Advisory Board, Planning Commission and Council meetings (as-needed)

- Ensure the maintenance of all necessary equipment to perform the contracted services

- Ensure proper staffing levels, supervision and training of all subordinate team members in order to maintain the minimum production standards

- Ensure records maintenance of approved plans and permits as required by law

- Develop training and educational materials relevant to building safety for dissemination to the elected and appointed officials, contractors and general public

- Attend court hearings regarding building code violations when requested

- Attend meetings of other local building officials to discuss proposed code changes, enforcement issues, new code compliant technology and alternatives

- Review for approval all alternative materials, designs or methods of construction for compliance with the intent and provisions of the code

- Consultation with City staff in other departments/divisions on applicability of building codes and regulations on City projects, such as something like a minor Rec Center remodel.

- Assist in website maintenance and development for Building Division content

- Assist the City in acquiring and implementing new building permitting software

- Building Division Policy and procedure drafting and implementation

- Establish and communicate communications and reporting protocols

- Establish and communicate to the City how CAA will communicate and report out to the City/Community Development Director (CDD)

- Establish billing protocols

- Additional services as needed and as requested

## Building Inspection

CAA will provide the inspection of structures under construction in the City for compliance with all local ordinances, state and federal laws that pertain to Building and Safety and for compliance with the adopted Building Code, Residential Code, Plumbing Code, Electrical Code, Mechanical Code, Property Maintenance Code, City adopted or proposed Sustainability Standards, and Accessibility

and Energy Codes in addition to any Building Division Policy Statements as issued by the Chief Building Official.

CAA will provide inspectors as required by workload. A CAA Building Inspector will be available at all times to conduct urgent building inspections, should they arise.

- **Inspection Personnel Qualifications**

CAA assigned staff will perform inspection services as required by the City. Our staff will meet or exceed the City's minimum qualifications for all position(s). Competent inspectors will be provided whose background, experience, applicable certifications and demeanor demonstrates the ability to conduct inspections in accordance with jurisdiction standards. All CAA inspectors are ICC certified.

- **Inspection Responsibilities**

Inspectors assigned to the City will perform periodic construction inspections to verify that the work of construction is in conformance with the approved project plans, as well as identifying issues of non-compliance with applicable codes. Projects under construction by permit from the City will be inspected for compliance with the City adopted Building, Mechanical, Plumbing, Electrical, Energy, Property Maintenance, and Accessibility Codes, as well as a working familiarity with the Fire Codes. Inspectors are accessible and available to meet with the project design team and/or the client's representatives to work out problems and help resolve issues quickly and efficiently. Our inspection staff easily integrates into client organizations.

- **Guaranteed Response Times**

In an effort to provide quality assurance, CAA proposes to use our "best service guarantee" program. This program assures the City that all turn around times are met or improved, all inspections are conducted when requested, and emergency response is timely and effective.

- CAA will conduct any necessary or required building investigations as directed by the City. Investigations will include field and office research, investigation follow-ups and preparation of notices, letters, or documents.
- CAA will provide and maintain all vehicles and equipment required or necessary to carry out inspections and duties of the Building Services Division.
- CAA will conduct all inspections the following day for all requests received the day before up to 12 A.M.

## Plan Review

CAA will provide the plan review of any and all types of structures including, but not limited to, single family dwellings, multi-family dwellings, industrial and commercial buildings for compliance with all local ordinances and State and Federal laws that pertain to Building and Safety, and for compliance with the adopted Building Code, Residential Code, Plumbing Code, Electrical Code, and Mechanical Code, Building Standards Code, Accessibility and Energy Standards, and the Municipal Code. Plan review will be performed in-house in most cases and off-site when the need arise due to workload variations and in order to meet our committed timelines. All initial reviews will be returned within 10 business days for single family residential, small and large commercial projects, and improvement plans. Rechecks will be returned within 5 working days. These are maximum times, and we typically are able to turn around simple plan reviews in less than half the t ne. CAA will provide Rapid Plan Review services at the public counter on Thursday and Friday mornings

By cooperating and working closely with all of the entities responsible for project approval, CAA forms a collaborative working relationship that centers on successful project processing. As a result, the development approval process with other departments is timely, seamless and efficient. Team members minimize surprises that can lead to costly delays due to plan revisions late in the approval process by beginning work early with the project design team involved in major construction projects. CAA plan reviewers are always willing to meet with clients for pre-design meetings, pre-submittal meetings or as needed to resolve complex code related plan review issues in the most efficient manner possible; this is just part of the facilitative approach to plan review which emphasizes building safety while allowing for innovation to resolve complicated building design issues.

Our approach to plan review ensures that plans submitted to CAA for review are properly tracked and processed. Our system ensures that each plan or permit is assigned, returned, and handled on time and within budget. The status of any plan can easily be determined at any point in time.

Our registered professionals and certified plan examiners review all plans and calculations, thus assuring that the technical components and all code items are thoroughly reviewed. Most of our plans examiners are cross-trained and also certified as inspectors, providing a very efficient use of personnel and expediting the process for the applicant. We provide timely turnaround of plan reviews and re-reviews based on guaranteed turn-around times. Our staff also handles any coordination required as part of the review.

## Building Counter Operations

CAA can provide permit technician assistance at the public counter to receive and review applications, issue permits, license building contractors, respond to in-person queries, be available for scheduled meetings, and provide assistance over the phone and via email to both City staff and the public as required. CAA will also provide staffing to the City's Thursday and Friday morning Rapid Review process.

CAA will provide the processing and issuance of Building permits including building, plumbing, electrical and mechanical permits, plan check submittals, data entry, scanning, reporting, and other related permit technician duties as assigned. Optionally, CAA will provide a Permit Technician with computer skills and knowledge of plan check issues to the City to coordinate the plan check and inspection process, including the tracking, routing, and storage of building plans and filing of building permit applications.

Our staff will provide information regarding building permit applications, plan check, inspection services and related matters to the public in a courteous and expeditious manner.

CAA will calculate and collect all necessary fees and permits for plan submission, permits, and inspections, including contractor license fees and will also facilitate the collection of fees from other departments and/or agencies related to the issuance of a building permit.

## Staffing

CAA will offer employment to the current City Building Division staff contingent on contract award and cover any costs associated with ensuring continuous health insurance coverage during the transition from City employment to CAA employment.

## Operational Cost

CAA will provide all materials, resources, tools and training required for our professionals to perform their assigned duties, including vehicles, cell phones, iPads, and other technology devices that enhance our service. CAA expects CAA employees to receive City badges, business cards, Outlook e-mail access, ADG access, and other IT network access as needed and appropriate, so that they can seamlessly function as an extension of City Staff.

## Fee Schedule

CAA proposes to provide all Building and Safety Services outlined in the Scope of Work for the following percentage of fees collected, except Business License processing and inspection fees will be $95 per license application. Fees below are inclusive of all costs, including general and administrative, travel, per diem, training, materials, supplies, and other items necessary to complete the project. Fees listed include:

- As-Needed Company Liaison
- As-Needed Operational Support
- Certified Building Official
- Certified Building Inspectors
- Certified Plan Reviewer
- Permit Technicians

Additional qualified personnel are available as needed.

| Monthly Fees Collected* | CAA's % of Fees |
|---|---|
| First  $60,000/month | 68% |
| Amounts from $60,001/month - $100,000/month | 60% |
| Over $100,001/month | 55% |

\* cumulative

CAA will respond to all emergency inspections after hours at no cost to the city.

# EXHIBIT 27



Jeffrey Gu <jeffwgu@gmail.com>

## Change orders for 5131 Vivian St

CommDev Permits <Permits@ci.wheatridge.co.us>                Mon, Jun 16, 2025 at 10:01 AM
To: Jeffrey Gu <jeffwgu@gmail.com>

Good morning,

I do not see any revision application for this address or permit number.

Thank you,

Jessica Silva

Permit Technician

303.235.2855 Opt 1

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop, for permitting, licensing, and inspections.  In 2025 and beyond, all permit applications and contractor licenses will be submitted and processed in the new OpenGov permit portal.  Visit the city website for more information on building permits and right-of-way permits.



From: Jeffrey Gu <jeffwgu@gmail.com>
Sent: Sunday, June 15, 2025 12:42 PM
To: CommDev Permits <Permits@ci.wheatridge.co.us>
Subject: Change orders for 5131 Vivian St

You don't often get email from jeffwgu@gmail.com. Learn why this is important

Caution: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

Hello,

I was hoping to get some information for any change orders for my house during the month of September 2022, Permit Number: 202102734. Does your office have any records of this or keep records of change orders (or something by a different name)?



-Jeffrey

# EXHIBIT 28



August 7, 2022 at 6:19:34PM
12,920 of 31,328








# EXHIBIT 29



Jeffrey Gu <jeffwgu@gmail.com>

---

## Pre-drywall walk

---

**Dez Kolar** <DKOLAR@tollbrothers.com>                                              Wed, Sep 7, 2022 at 4:46 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: Nicole Jorgensen <njorgensen@tollbrothers.com>

Hi Jeffrey-

I can confirm I have you on Nates schedule for 1pm on 9/13/22. Please stop by the sales office for a hard hat, then
Nate will meet you at your homesite. Thank you,

**Dez Kolar**
**Sales Consultant, The Ridge at Ward Station**
Toll Brothers
5129 Vivian St, Wheat Ridge, CO 80033
Office: (720) 640-9393  |  Cell: (970) 708-9017

Days OFF: Thursday & Friday

Click here to fill out our Pre-Application Worksheet



*The information provided herein is for informational purposes only. Nothing contained herein is intended to obligate or
bind Seller, its affiliates, parents, subsidiaries, or related entities unless signed by all parties in an Agreement of Sale.*

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, September 07, 2022 4:40 PM
**To:** Dez Kolar <DKOLAR@tollbrothers.com>
**Cc:** Nicole Jorgensen <njorgensen@tollbrothers.com>
**Subject:** Re: Pre-drywall walk

**EXTERNAL EMAIL : Use caution with links and attachments**

Hi Dez,

Could I please schedule for Sept 13th at 1pm, and if not then 11am that day?

-Jeffrey

On Wed, Sep 7, 2022 at 12:09 PM Dez Kolar <DKOLAR@tollbrothers.com> wrote:

Good afternoon-

Good news! Nate is ready to schedule your Pre-drywall walks. Please see the available dates/times below & advise which may work best with your schedule (1st come/1st served):

- Tuesday, Sept 13th at 11am or 1pm
- Wednesday, Sept 14th at 2pm
- Thursday, Sept 15th at 8am or 1pm
- Friday, Sept 16th at 8am or 11am

Thank you & have a great day,

**Dez Kolar**
**Sales Consultant, The Ridge at Ward Station**
Toll Brothers
5129 Vivian St, Wheat Ridge, CO 80033
Office: (720) 640-9393  |  Cell: (970) 708-9017

Days OFF: Thursday & Friday

Click here to fill out our Pre-Application Worksheet



*The information provided herein is for informational purposes only. Nothing contained herein is intended to obligate or bind Seller, its affiliates, parents, subsidiaries, or related entities unless signed by all parties in an Agreement of Sale.*

# EXHIBIT 30

**J. Vince Busnardo**
**Home Systems Data, Inc**
**7305 E Peakview Ave**
**Centennial CO 80112**
**303-888-9667**

Printed Monday, September 12, 2022

Inspected By:                                    Agent
**Vince Busnardo ASHI #247100**              **Scott Stang**

Client Information:     Record Number Gu

**Gu, Jeff**
**5131 Vivian St**
**Wheat Ridge, CO 80033**

**920-539-2513**

Inspected 9/12/22 1:00 PM, Buyer Present, Pre Drywall New Construction Inspection, Faces East, Sunny 80+-, $230.00 This Report Is Non Transferable

FRONT VIEW OF HOME      *PHOTO*



# Inspection Summary

J. Vince Busnardo
Home Systems Data, Inc
7305 E Peakview Ave
Centennial CO 80112
303-888-9667

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## Service/Repair/Replace

### FURNACE

#### Distribution System Type

There are mechanical dampers present in the supply duct work at the furnace.  This indicates that you may have multiple thermostats and zone control, verify with builder that this is the design,.
If so then a balance tube with an atmospheric damper is needed between the supply and return ducts to allow proper flow of air when one zone is off.

#### Distribution System Material

The top floor has supply and return ducts at the ceiling level, best practice is to have supply and return at opposite levels of the area.  If supply is at the ceiling the return should be near the floor to pull the conditioned air through the room and remove the unconditioned air.  With both at the ceiling level, especially with heating, the conditioned air will stay a few feet off the ceiling and go to the return rather than moving through the room.

Recommend duct cleaning to remove construction dust and debris once construction is complete.



#### Filter System

No filter currently installed.
Recommend a properly sized filter be installed before system is made operable.
Recommend changing filter(s) monthly.

### COOLING

#### Condensate Drain

Recommend secondary condensation drain be opened and have a kill switch installed to alert of issue with primary drain.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# Service/Repair/Replace

## ROOF

### ROOF

Roof is not dried in a front porch and unable to verify it is at upper
roof due to height.





## GUTTERS

### GUTTER SYSTEM

No gutters installed.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# Service/Repair/Replace

## EXTERIOR

### Siding

Siding is in process of being installed at time of inspection.
It was noticed that several nails were over driven in the zip system sheathing and these should be detailed according to manufacturers specifications before siding is installed.  Some siding may need to be removed to verify over driven nails are not present behind.
Two penetrations at the south side have rubber boots that are too large and do not seal tot he pipes they are meant to seal.  Correct size boots are needed before installing siding/cladding.
Dirt should be cleaned off sheathing before siding is installed.









### Grading

Recommend soil be sloped away from house to improve drainage.  Poor drainage can cause water intrusion into bsmt/crawl space areas, as well as damage to foundation.
General rule of thumb is 1/2 inch of fall for every 12 inches of run.  Final grade is not complete.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## Service/Repair/Replace

### Trim Work

Cut edges of trim and siding need to be primed before painting.



### Glass

Broken glass at top floor second bedroom southern window.



### GROUNDS

### GROUNDS

Front porch posts look to be temporary units, not installed in a manner for final support.



Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# Service/Repair/Replace

## ELECTRIC

### Interior House Wiring

Warped studs resulting in crooked junction boxes, replace studs or shim/adjust boxes.

Speaker wire/junction box is not positioned well, suggest moving to other side of window.

Junction box in attic for future solar should be labeled and cover should be secured.







## LAUNDRY

### Misc

No floor drain present at laundry room, advise adding as it is three floors up and small leak could result in damage to all three levels.



Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# Service/Repair/Replace

## PLUMBING

### Interior Waste/Vent Pipes

Several locations where drain pipes run through framing need metal protector plates including ground floor bathroom and half bathroom.





## BATHROOM

### Bathroom Exhaust System

Ground floor bathroom fan house needs to be installed.



## ATTIC

### Attic Ventilation

Roof vents are covered, these will need to be opened once roof is shingles to ensure proper ventilation of the attic space.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# Service/Repair/Replace

## INTERIOR

### INTERIOR ROOMS

Several framing issues including but not limited tot he following conditions.
Recommend all be corrected before drywall is installed.
Broken stud at top floor staircase into closet, repair/replace.
Primary bathroom shower southwestern corner has warped 2X6 stud and the next 2X4 stud is spliced together.  Replace.
Primary bedroom closet has a warped stud, adjust or replace.
Strap needed at second floor to right of staircase.
Ground floor stud blocking at wall near staircase needs shimming or shaving to make flush.











Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## Service/Repair/Replace

### Stairways

Broken stair tread at top floor, replace.



### Windows

Three windows have issues with lift assist ballasts, one is broken, one is loose, and the one does not lock well.







Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## PERMITS

### PERMITS

This inspection does not include checking for permits.  Documentation should be provided that all remodeling, repairs, and any upgrades were performed with a building permit.  These permits should be signed with final approval by the local municipality's building departments.

Complementary, under separate cover is a BuildFax Property History Report; a permit searching tool supplied by a third party. The report may not show full representation of permit history for this house, and is not as comprehensive as contacting the local building department directly.

## GENERAL INFORMATION

### GENERAL INFORMATION

Recommend all corrections be made by a QUALIFIED contractor with current license if applicable, further evaluation/corrections be made before transfer of title, and documenting paperwork be provided that corrections have been completed by a qualified contractor.

Corrections should include but not be limited to conditions listed in this report.

Recommend all models/serial #'s be checked for recalls, appliances should be registered with manufacturer if possible.

Not all photos taken are used in report, nor are photos taken of all conditions.

Personal items and/or furniture are not moved to access windows, doors, or other areas.  A vacant house is ideal for inspection.

This inspection service does NOT include a warranty.  A home buyers warranty is advised.

Inspector has no specific knowledge of HOA/Party Wall documentation or HOA/Party Wall scope of responsibility including any potential assessments. Obtain and review such information, including recent meeting minutes. Consider insuring yourself against potential HOA special assessment costs

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## FURNACE

### FURNACE

Photo shows model/serial #'s
Circa 2022, 60,000 BTU
System is not yet operable.





### Forced Air System 1 Approx. Age

Average life expectancy is 20years, unit is circa 2022.
Recommend when a furnace reaches five, ten, fifteen years, and every year thereafter it be cleaned, serviced and certified for safe operation by a licensed HVAC contractor.
This service should include removal of burners and blower housing for proper cleaning of these components and visual inspection of underside of heat exchanger as well as use of a combustion analyzer.
Some manufacturers are requiring annual service records if a warranty claim is made.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## COOLING

### COOLING SYSTEM

Photo shows serial/model #'s.
Only the evaporator coil (interior) is installed.  The condenser coil (exterior) is not present and the cooling line set is not connected to the evaporator.
Circa 2022, 2.5 Ton, R-410A
Cooling a multi story home with one system is difficult, cold air tends to settle and is heavier than warm air.  Closing bsmt vents, utilizing ceiling fans, shades, adding air return vents, and increasing attic ventilation may help.  The top level may not cool as well as other levels.





### Cooling System 1 Approx. Age

Average life expectancy is 20 years, circa 2022.
Some manufacturers are requiring annual service records if a warranty claim is made.

## W. HEATER

### WATER HEATER

No water heater installed/present at time of inspection.

## ROOF

### Roof Access Restricted

Roof could not be inspected due to height.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## EXTERIOR

### EXTERIOR

Documenting photos.





## ELECTRIC

### ELECTRICAL SYSTEM

Rough wiring is installed from panels to junction boxes.

### Main Electrical Service

No main electrical cables are present at this time.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## Main Electrical Distribution Panel Location

Breaker panels present, most breakers are not installed.



## Sub Panel(s)

Amperage of sub panel is not know at this time as wire and breaker are not present/connected.

## GARAGE

### GARAGE

Documenting photos.



## LAUNDRY

### LAUNDRY

Documenting photo.



Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## PLUMBING

### PLUMBING

Water service is not connected, no water present.
Majority of plumbing fixtures are not present.

### Main Water Shut Off

Photo shows the main shut off valve.



### Main Gas Valve

Gas meter and service not yet installed.

### Sewer Scope

Main sewer line to street is not visible, unable to inspect.  Recommend a sewer scope to insure drain pipe was not damaged during construction, was properly installed, and connected.

### Shut Off Valves

Shut off valves are not operated as they could fail during operation and per ASHI standards.

### Water Pressure

Water pressure was not tested, no water at time of inspection.
40-80psi is advised.

## BASEMENT

### BASEMENT

No bsmt or crawlspace, slab on grade construction.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## KITCHEN

### KITCHEN

Documenting photo.



## HALF BATH

### HALF BATH

Documenting photo.



Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## BATHROOM

BATHROOM

Documenting photos.







Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments

## INTERIOR

### Interior Photos

Interior photos.









Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

# General Comments



## RADON

### RADON

Passive radon vent present.
Once house has been completed and no workers will be in and out for a minimum of 48 hours it is advised you have the radon levels tested.

## PESTS

### PESTS

Expect wildlife and insects of all sorts on and around the property.

## ENVIRONMENTAL

### ENVIRONMENTAL

No testing or inspection for any environmental conditions including soil contaminants or gases, asbestos, lead, mold, etc.  Radon testing is available at additional cost once the house is finished.

# Inspection Report Details

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## PERMITS

**General Comments**

### PERMITS - Not Verified

This inspection does not include checking for permits. Documentation should be provided that all remodeling, repairs, and any upgrades were performed with a building permit. These permits should be signed with final approval by the local municipality's building departments.

Complementary, under separate cover is a BuildFax Property History Report; a permit searching tool supplied by a third party. The report may not show full representation of permit history for this house, and is not as comprehensive as contacting the local building department directly.

## GENERAL INFORMATION

**General Comments**

### GENERAL INFORMATION - Contractors, Corrections, Recalls, Photos, Limitations, Warranty, HOA/Party Wall

Recommend all corrections be made by a QUALIFIED contractor with current license if applicable, further evaluation/corrections be made before transfer of title, and documenting paperwork be provided that corrections have been completed by a qualified contractor.

Corrections should include but not be limited to conditions listed in this report.

Recommend all models/serial #'s be checked for recalls, appliances should be registered with manufacturer if possible.

Not all photos taken are used in report, nor are photos taken of all conditions.

Personal items and/or furniture are not moved to access windows, doors, or other areas. A vacant house is ideal for inspection.

This inspection service does NOT include a warranty. A home buyers warranty is advised.

Inspector has no specific knowledge of HOA/Party Wall documentation or HOA/Party Wall scope of responsibility including any potential assessments. Obtain and review such information, including recent meeting minutes. Consider insuring yourself against potential HOA special assessment costs

## FURNACE

**General Comments**

### FURNACE - General Comment

Photo shows model/serial #'s
Circa 2022, 60,000 BTU
System is not yet operable.

**Inspected**    **Forced Air System 1 BTU Per Hour - 45,000 +**

**General Comments**

### Forced Air System 1 Approx. Age - 1

Average life expectancy is 20years, unit is circa 2022.
Recommend when a furnace reaches five, ten, fifteen years, and every year thereafter it be cleaned, serviced and certified for safe operation by a licensed HVAC contractor.
This service should include removal of burners and blower housing for proper cleaning of these components and visual inspection of underside of heat exchanger as well as use of a combustion analyzer.
Some manufacturers are requiring annual service records if a warranty claim is made.

**Inspected**    **Forced Air System Energy Source - Gas**

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## FURNACE

| Inspected | **Hot Air System - Direct Drive** |

| Inspected | **Heat Exchanger Flame Pattern - Limited Inspection** |

| Service/Repair/Re place | **Distribution System Type - Up Flow** |

There are mechanical dampers present in the supply duct work at the furnace.  This indicates that you may have multiple thermostats and zone control, verify with builder that this is the design,.
If so then a balance tube with an atmospheric damper is needed between the supply and return ducts to allow proper flow of air when one zone is off.

| Service/Repair/Re place | **Distribution System Material - Metal Duct, Insul. Flex Duct** |

The top floor has supply and return ducts at the ceiling level, best practice is to have supply and return at opposite levels of the area.  If supply is at the ceiling the return should be near the floor to pull the conditioned air through the room and remove the unconditioned air.  With both at the ceiling level, especially with heating, the conditioned air will stay a few feet off the ceiling and go to the return rather than moving through the room.

Recommend duct cleaning to remove construction dust and debris once construction is complete.

| Inspected | **Flue Piping - Plastic** |

| Service/Repair/Re place | **Filter System - Disposable** |

No filter currently installed.
Recommend a properly sized filter be installed before system is made operable.
Recommend changing filter(s) monthly.

| Inspected | **Combustion Air - +90 Direct Air Supply** |

## COOLING

| General Comments | **COOLING SYSTEM - General Comment** |

Photo shows serial/model #'s.
Only the evaporator coil (interior) is installed.  The condenser coil (exterior) is not present and the cooling line set is not connected to the evaporator.
Circa 2022, 2.5 Ton, R-410A
Cooling a multi story home with one system is difficult, cold air tends to settle and is heavier than warm air.  Closing bsmt vents, utilizing ceiling fans, shades, adding air return vents, and increasing attic ventilation may help.  The top level may not cool as well as other levels.

| Inspected | **Refrigerant Type - R-410A** |

| Inspected | **Cooling System 1 Tonnage - 2.5 Ton** |

| General Comments | **Cooling System 1 Approx. Age - 1** |

Average life expectancy is 20 years, circa 2022.
Some manufacturers are requiring annual service records if a warranty claim is made.

| Service/Repair/Re place | **Condensate Drain - Plastic** |

Recommend secondary condensation drain be opened and have a kill switch installed to alert of issue with primary drain.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## W. HEATER

**General Comments** — **WATER HEATER - General Comment**

No water heater installed/present at time of inspection.

## ROOF

**Service/Repair/Replace** — **ROOF - General Comment**

Roof is not dried in a front porch and unable to verify it is at upper roof due to height.

**Inspected** — **How Inspected - From Ground, Through Windows**

**General Comments** — **Roof Access Restricted - Height**

Roof could not be inspected due to height.

**Inspected** — **Roof Style - Gable**

## GUTTERS

**Service/Repair/Replace** — **GUTTER SYSTEM - General Comment**

No gutters installed.

## EXTERIOR

**General Comments** — **EXTERIOR - General Comment**

Documenting photos.

**Inspected** — **Type of Home - Frame, Townhome, Multi-Level**

**Inspected** — **Exposed Foundation - Poured Concrete**

**Inspected** — **Soffit\Fascia - Hardboard**

**Service/Repair/Replace** — **Siding - Hardboard**

Siding is in process of being installed at time of inspection.
It was noticed that several nails were over driven in the zip system sheathing and these should be detailed according to manufacturers specifications before siding is installed.  Some siding may need to be removed to verify over driven nails are not present behind.
Two penetrations at the south side have rubber boots that are too large and do not seal tot he pipes they are meant to seal.  Correct size boots are needed before installing siding/cladding.
Dirt should be cleaned off sheathing before siding is installed.

**Service/Repair/Replace** — **Grading - Inadequate**

Recommend soil be sloped away from house to improve drainage.  Poor drainage can cause water intrusion into bsmt/crawl space areas, as well as damage to foundation.
General rule of thumb is 1/2 inch of fall for every 12 inches of run.  Final grade is not complete.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## EXTERIOR

**Service/Repair/Replace** · **Trim Work - Wood, Hardboard**

Cut edges of trim and siding need to be primed before painting.

**Inspected** · **Window Character Material - Vinyl**

**Service/Repair/Replace** · **Glass - Insulated**

Broken glass at top floor second bedroom southern window.

## GROUNDS

**Service/Repair/Replace** · **GROUNDS  - General Comment**

Front porch posts look to be temporary units, not installed in a manner for final support.

**Inspected** · **Walks - Concrete**

## ELECTRIC

**General Comments** · **ELECTRICAL SYSTEM - General Comment**

Rough wiring is installed from panels to junction boxes.

**General Comments** · **Main Electrical Service - Underground Lateral Cable**

No main electrical cables are present at this time.

**Inspected** · **Voltage Available - 120/240**

**Inspected** · **Main Electrical Distribution Panel Accessibility - Typical**

**General Comments** · **Main Electrical Distribution Panel Location - Garage**

Breaker panels present, most breakers are not installed.

**Inspected** · **Electrical Disconnect - Breaker**

**Inspected** · **Main Panel - 150**

**General Comments** · **Sub Panel(s) - Other**

Amperage of sub panel is not know at this time as wire and breaker are not present/connected.

**Service/Repair/Replace** · **Interior House Wiring - Copper**

Warped studs resulting in crooked junction boxes, replace studs or shim/adjust boxes.

Speaker wire/junction box is not positioned well, suggest moving to other side of window.

Junction box in attic for future solar should be labeled and cover should be secured.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## ELECTRIC

| Inspected | Type of House Wire - Non Metallic Sheathed Cable (Romex) |

| Inspected | Grounding - Water Pipe, UFER ground |

## GARAGE

| General Comments | GARAGE - General Comment |

Documenting photos.

| Inspected | Garage Type - 2 Car Attached |

| Inspected | Garage Floor - Concrete |

## LAUNDRY

| General Comments | LAUNDRY - General Comment |

Documenting photo.

| Inspected | Washer Drains - Trapped Line |

| Inspected | Dryer Vented - Ceiling |

| Inspected | Laundry Energy Source - 240 Volt |

| Service/Repair/Replace | Misc - Misc |

No floor drain present at laundry room, advise adding as it is three floors up and small leak could result in damage to all three levels.

## PLUMBING

| General Comments | PLUMBING - General Comment |

Water service is not connected, no water present.
Majority of plumbing fixtures are not present.

| Inspected | Water Source - Municipal |

| Inspected | Water Main Supply Size - 3/4 |

| Inspected | Water Main Supply Type - Copper |

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## PLUMBING

**General Comments**    **Main Water Shut Off - Utility Room**

Photo shows the main shut off valve.

**General Comments**    **Main Gas Valve - Outside**

Gas meter and service not yet installed.

**Inspected**    **Interior Visible Water Pipes - Copper, PEX**

**Inspected**    **Waste System - Municipal**

**Service/Repair/Replace**    **Interior Waste/Vent Pipes - Plastic**

Several locations where drain pipes run through framing need metal protector plates including ground floor bathroom and half bathroom.

**General Comments**    **Sewer Scope - Not Inspected**

Main sewer line to street is not visible, unable to inspect. Recommend a sewer scope to insure drain pipe was not damaged during construction, was properly installed, and connected.

**Inspected**    **Gas Pipe Type - Black Iron**

**General Comments**    **Shut Off Valves - Ball**

Shut off valves are not operated as they could fail during operation and per ASHI standards.

**General Comments**    **Water Pressure - Not Tested**

Water pressure was not tested, no water at time of inspection.
40-80psi is advised.

## BASEMENT

**General Comments**    **BASEMENT - General Comment**

No bsmt or crawlspace, slab on grade construction.

## KITCHEN

**General Comments**    **KITCHEN - General Comment**

Documenting photo.

**Inspected**    **Surface Cook top - Gas, Electrical**

## HALF BATH

**General Comments**    **HALF BATH - General Comment**

Documenting photo.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## BATHROOM

**General Comments**  BATHROOM - General Comment

Documenting photos.

**Service/Repair/Replace**  Bathroom Exhaust System - Fan

Ground floor bathroom fan house needs to be installed.

## ATTIC

**Inspected**  Attic Entry Access - Hatch

**Inspected**  Attic Access Location - Hallway

**Inspected**  Attic Structural Framing Type - Trusses

**Inspected**  Attic Sheathing - OSB

**Service/Repair/Replace**  Attic Ventilation - Roof Vents, Soffit

Roof vents are covered, these will need to be opened once roof is shingles to ensure proper ventilation of the attic space.

**Inspected**  Attic Exhaust - Vents Outside

## INTERIOR

**Service/Repair/Replace**  INTERIOR ROOMS - General Comment

Several framing issues including but not limited tot he following conditions.
Recommend all be corrected before drywall is installed.
Broken stud at top floor staircase into closet, repair/replace.
Primary bathroom shower southwestern corner has warped 2X6 stud and the next 2X4 stud is spliced together. Replace.
Primary bedroom closet has a warped stud, adjust or replace.
Strap needed at second floor to right of staircase.
Ground floor stud blocking at wall near staircase needs shimming or shaving to make flush.

**Service/Repair/Replace**  Stairways - Other

Broken stair tread at top floor, replace.

**Service/Repair/Replace**  Windows - Operated

Three windows have issues with lift assist ballasts, one is broken, one is loose, and the one does not lock well.

**General Comments**  Interior Photos - Interior Photos

Interior photos.

Record Gu - Gu, Jeff 5131 Vivian St, Wheat Ridge, CO 80033

## RADON

**General Comments**  **RADON - System Present**

Passive radon vent present.
Once house has been completed and no workers will be in and out for a minimum of 48 hours it is advised you have the radon levels tested.

## PESTS

**General Comments**  **PESTS - General Comment**

Expect wildlife and insects of all sorts on and around the property.

## ENVIRONMENTAL

**General Comments**  **ENVIRONMENTAL - No Testing**

No testing or inspection for any environmental conditions including soil contaminants or gases, asbestos, lead, mold, etc.  Radon testing is available at additional cost once the house is finished.

Gu, Jeff

5131 Vivian St

Wheat Ridge, CO 80033

920-539-2513

Inspection Number: Gu


Comments

Inspected 9/12/22 1:00 PM, Buyer Present, Pre Drywall New Construction Inspection, Faces
East, Sunny 80+-, $230.00 This Report Is Non Transferable



## Environmental Hazards:

No comprehensive tests were done for any hazardous materials or indoor pollution unless specifically stated in this report (per ASHI® Standards). The presence of lead or mercury based paints was not inspected or evaluated. No inspection or test was made for lead solder on water pipes, solids lead pipes or lead in water or any other contaminants in the water was made unless stated specifically in the report. MOLDS or the potential for mold allergies or any deleterious effects caused by molds or any other allergens were not inspected or evaluated. No geologic hazards were inspected or evaluated, such as expansive or unstable soils, landslides, earthquake hazards, underground mines, sink holes, water tables, flood plains, etc. however, the effects of any of these conditions would be described in the report, if present and visible. EXPANSIVE SOIL, for example, is an on going concern in the Denver area. There are no warranties or guarantees for the continued structural stability of a home inspected by HSDI. No search was made for underground storage tanks. No evaluation or inspection for ground water contaminants or ground surface contaminants was made (such as oil spills, any other hydrocarbon or chemical contamination, PCBs, etc). CHILD SAFETY CONCERNS (such as electrical hazards, stairways, railings, and others) were not evaluated except as stated in the report. No GENERAL SAFETY INSPECTION was made. No inspection or air test was made for UREA FORMALDEHYDE FOAM INSULATION or any OTHER AIRBORNE CHEMICAL. No evaluation or inspection was made for PCBs (polychlorinated biphenyl's) HEAVY METALS, etc. in any material. ELECTROMAGNETIC FIELDS were not evaluated or surveyed unless described in this report or accompanying report. ASBESTOS was not inspected or sampled except subject to the conditions described below. RADON is recommended to be tested; test results are described below or in an accompanying report unless the client elected not to perform a test. CARCINOGENS generally are not inspected except radon. No public/governmental agency records were searched as part of this inspection and no environmental audit such as Phase One was performed on this property as these and all others named above are beyond the scope of this inspection, and are specialties requiring expertise beyond that of the general home inspector. Essentially, no environmental hazards were evaluated or inspected unless specifically reported in this report or an accompanying report. If there are any doubts or concerns about any of the above, a qualified professional should be retained before closing the sale of the property to perform appropriate tests, surveys, or audits.

### ASBESTOS:

In homes built before 1980, almost any material may contain asbestos. In homes built after 1980, it is possible that some materials may contain asbestos. Home Systems Data, Inc. does not inspect for asbestos (per ASHI ® standards) but may, in passing point out materials which may contain asbestos, based on the inspector's experience; however, this information should not be relied upon as authoritative or conclusive, in any way. This information is also not exhaustive or technically exhaustive. Other asbestos containing materials may be present in the home which were hidden, such as in wall plaster, or drywall, and other materials may contain asbestos which are not hidden but have escaped the attention of the inspector either through lack of complete knowledge of all household materials which may contain asbestos, or lack of testing, or both. Unless a sample is taken , any materials pointed out as possible asbestos-containing are not confirmed to contain asbestos by testing. IN ALL CASES, WHETHER POSSIBLE ASBESTOS-CONTAINING MATERIALS ARE POINTED OUT BY INSPECTOR OR NOT, A CERTIFIED ASBESTOS PROFESSIONAL SHOULD BE CONSULTED FOR AN ASBESTOS INSPECTION AND FOR RECOMMENDATIONS.

### **RADON**

If a radon test was requested by the Buyers Agent or the Buyer, the results will be available after 48 hours and under separate cover.

Gu, Jeff
5131 Vivian St
Wheat Ridge, CO 80033
920-539-2513
Inspection Number: Gu

Comments
Inspected 9/12/22 1:00 PM, Buyer Present, Pre Drywall New Construction Inspection, Faces East, Sunny 80+-, $230.00 This
Report Is Non Transferable

Date: _____/_____/_____                                              Inspection Fee: $
Customer:
Subject Property Address:

THIS IS A LEGALLY BINDING DOCUMENT,  IT CONTAINS LIMITATIONS ON THE SCOPE OF
INSPECTION, REMEDIES AND LIABILITY.  PLEASE READ IT CAREFULLY.

    Customer hereby authorizes Home Systems Data, Inc. ("Company") to perform an inspection of the Subject Property
in accordance with the terms and conditions of this Contract, and agrees to pay Company the Inspection Fee specified
above at the time of the inspection.  Company has the right to not release its Inspection Report without payment in full.
Customer's signature below acknowledges he/she has read, understands and agrees to be bound by the terms and
conditions below and intends to bind his/her spouse, heirs and successors as his/her/their authorized agent.  Any
acceptance or use of the Inspection Report shall constitute acceptance of all of the terms and conditions below.  Initially,
Customer has selected whether he/she desires to remove a liability limitation from this Contract as follows:

_____  (Customer's Initials)  I have received, had the opportunity to read, and have read all pages of the Contract and I
DO NOT ELECT TO PAY AN ADDITIONAL FEE FOR THE REMOVAL OF THE LIMITATION OF LIABILITY
AND LIQUIDATED DAMAGES described in paragraph 5 for this inspection and report.  If no option box is initialed,
Customer selects this option.

_____  (Customer's Initials)  I have received, had the opportunity to read, and have read all pages of the Contract and I
ELECT TO PAY AN ADDITIONAL FEE OF $2,500.00 FOR THE REMOVAL OF THE LIMITATION OF
LIABILITY AND LIQUIDATED DAMAGES described in paragraph 5 for this inspection and report.

        [ ]     Company is authorized to release copies of the Inspection Report to:
                [ ] the selling agent      [ ] the listing agent      [ ] the seller
                [ ] other parties involved in this specific transaction
                    [Specify: _____].
                (_____) Customer's Initials

By his or her signature below, Customer acknowledges that he or she has read and understands the entire Contract and
intends to be bound by its terms.

Contract Agreed and Accepted by Customer:

1.        The scope of this inspection ("Scope") is limited to the visual examination of the safely and readily accessible (in
the sole determination of the inspector) portions of the structural, heating, cooling, plumbing, roofing, electrical and
permanently attached kitchen appliance systems and components of the Subject Property specified in this Contract and
the Inspection Report for conditions which are adversely affecting their normally intended function or operation within
the limits set forth in this Contract and the Inspection Report.  No other systems, items or appliances are included in this
inspection.

2.        Excluded is any inspection of any systems or items not included in the Inspection Report including but not
limited to the following: any information pertaining to manufacturers' recalls of any component or "class action"
litigation or settlements against contractors or manufacturers, detached buildings or equipment, the presence of insects or
other pests, low-voltage systems, swimming pools, saunas, spa, whirlpool, and hot tubs systems, electrostatic precipitators
or electronic air cleaners or filters, septic systems, gray water systems, any component or system which is underground,
private water systems or equipment, wells and well pumps, cisterns, surface or subsurface water collection systems,
ponds, fountains, water quality or volume, water conditioning systems, elevators, lifts, dumbwaiters, audio and video
systems, central vacuum systems, fencing, landscaping, retaining walls, irrigation systems, active and passive solar
systems, soils, security systems, and any inspection of or sampling or testing for any harmful, toxic or dangerous
substances or environmental hazards including but not limited to carbon monoxide, mold, bacteria, asbestos, lead, gases

including radon (except pursuant to a separate contract) other than gases typically used as fuel for home heating systems, formaldehyde, chemicals, contaminants or compounds, or any system or item not included in the Inspection Report. In the event the Inspection Report or the Inspector supplies information about any of the forgoing, this information shall be deemed to be informational only and supplied as a courtesy to the Customer, shall not be deemed to be an amendment to or waiver of the forgoing exclusions, and shall not be deemed to acknowledge or create any duty not otherwise expressly specified in this Contract.

3.        This inspection is not technically exhaustive.  This is not an engineering inspection or analysis, and no engineering tests will be made.  This is not an inspection for lead based paint or methamphetamine contamination.  No examination will be made to determine compliance with any governmental ordinance, regulation or code (notwithstanding any reference in the Inspection Report to any code provision).  No testing by the introduction of water or any other substance will be made of any sump or surface or subsurface drainage component or system.  The inspection performed is not intended as a substitute for a seller's disclosure statement.  The Inspection Report is not to be considered an implied or express warranty or insurance on the Subject Property or its components concerning value, safety, future use, operability, habitability, insurability, or suitability, or the impact on any of these concerns arising from the condition of any system or component.  Customer acknowledges and agrees that it is the Customer's intention to use the inspection and report for the purpose of becoming better informed regarding some of the conditions of the subject property and not for the purpose of negotiating other contracts.  The sole purpose of a limited visual inspection is for Customer to be informed of as many conditions as possible within the brief period of time allotted for the inspection and the limited access to the Subject Property which is made available by the owner.  CUSTOMER HAS NO EXPECTATION OF BEING NOTIFIED OF ALL CONDITIONS, and waives any claim to conditions which are not reported.  Company is not responsible for any condition affecting any system or component which occurs subsequent to the inspection or is intermittent and not detectable during the inspection.  This inspection will be conducted with reasonable care and will comply with the STANDARDS OF PRACTICE OF THE AMERICAN SOCIETY OF HOME INSPECTORS (available online at www.homeinspector.org/standards <http://www.homeinspector.org/standards>) (herein "Standards of Practice"), except as modified by this Contract and the limits set forth in this Contract and the Inspection Report.

4.        CUSTOMER ACKNOWLEDGES THAT COMPANY WARRANTS SOLELY THAT ITS INSPECTION SERVICES WILL BE PERFORMED IN ACCORDANCE WITH THE SCOPE, THE INSPECTION REPORT AND THE STANDARDS OF PRACTICE .  THIS IS A LIMITED AND NONTRANSFERABLE WARRANTY AND IS THE ONLY WARRANTY GIVEN BY COMPANY.  COMPANY MAKES AND CUSTOMER RECEIVES NO OTHER WARRANTY, EXPRESS OR IMPLIED.  ALL OTHER WARRANTIES INCLUDING WARRANTIES OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE ARE EXPRESSLY EXCLUDED.  THIS STATED EXPRESS WARRANTY IS IN LIEU OF ALL LIABILITIES OR OBLIGATIONS OF COMPANY FOR DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE PERFORMANCE OF THE INSPECTION AND ANY DELIVERY AND USE OF AND RELIANCE ON THE INSPECTION REPORT.  CUSTOMER WAIVES ANY CLAIM FOR CONSEQUENTIAL, EXEMPLARY OR INCIDENTAL DAMAGES, EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.  CUSTOMER EXPRESSLY INTENDS AND AGREES THAT THE INSPECTOR AND COMPANY HAVE NO OBLIGATION OR DUTY TO CUSTOMER EXCEPT AS EXPRESSLY SET FORTH IN THIS CONTRACT.

5.        IN THE EVENT OF A BREACH OR A FAILURE OF THE FOREGOING WARRANTY, OR A CLAIM OF MISREPRESENTATION OR NEGLIGENT INSPECTION BY COMPANY (EXCLUDING WILLFUL MISCONDUCT), CUSTOMER AGREES THAT THE LIABILITY OF COMPANY, AND OF ITS AGENTS, EMPLOYEES AND INSPECTORS, FOR CLAIMS OR DAMAGES, COSTS OF DEFENSE AND SUIT, ATTORNEYS' FEES, AND EXPENSES AND PAYMENTS ARISING OUT OF OR IN ANY WAY CONNECTED WITH ERRORS OR OMISSIONS IN THE INSPECTION OR THE INSPECTION REPORT SHALL BE LIMITED TO LIQUIDATED DAMAGES IN AN AMOUNT EQUAL TO THE AMOUNT OF THE HOME INSPECTION FEE PAID TO COMPANY BY CUSTOMER.  Customer and Company acknowledge the liquidated damages are not intended as a penalty but are intended (i) to reflect the fact actual damages other than the full contract amount may be difficult and impractical to ascertain; (ii) to allocate risk among Company and Customer; (iii) to reflect the reasonably anticipated amount of damage which Customer would suffer; and (iv) to enable Company to perform the inspection at the stated inspection fee.  IN THE EVENT OF THE TENDER BY COMPANY OF A REFUND OF THE INSPECTION FEE, SUCH REFUND SHALL BE FULL AND FINAL SETTLEMENT OF ALL PRESENT AND FUTURE CLAIMS AND CAUSES OF ACTION (EXCLUDING WILLFUL MISCONDUCT) AND COMPANY AND ITS AGENTS, EMPLOYEES AND INSPECTORS SHALL BE THEREUPON GENERALLY AND FULLY RELEASED.

6.        EXCEPT AS EXPRESSLY PROVIDED HEREIN, CUSTOMER AGREES TO INDEMNIFY AND HOLD COMPANY AND ITS INSPECTOR(S) HARMLESS (INCLUDING COSTS OF DEFENSE AND ATTORNEYS' FEES) FROM AND AGAINST ALL LIABILITY, CLAIMS, CAUSES OF ACTION, DAMAGES AND ACTIONS, INCLUDING THE COMPANY'S BREACH OF CONTRACT, MISREPRESENTATION AND NEGLIGENCE, AND INCURRING COSTS AND ATTORNEYS FEES, RELATED TO OR ARISING FROM THE CONDUCT OF THE

INSPECTION OR THE DELIVERY OF THE INSPECTION REPORT WHICH ARE THE SUBJECT OF THIS CONTRACT (EXCLUDING ONLY WILLFUL MISCONDUCT).

7.    CUSTOMER HEREBY EXPRESSLY WAIVES AND RELEASES ANY CLAIMS AND CAUSE OF ACTION AGAINST THE INSPECTOR(S) PERSONALLY, EXCLUDING ONLY WILLFUL MISCONDUCT, AND AGREES TO LOOK SOLELY TO COMPANY FOR ANY AND ALL LIABILITY RELATED TO THE INSPECTION INCLUDING THE MISREPRESENTATION OR NEGLIGENCE OF THE INSPECTOR(S).  CUSTOMER HEREBY AGREES TO INDEMNIFY THE INSPECTOR(S) PERSONALLY FOR ANY AND ALL CLAIMS AND CAUSES OF ACTION, INCLUDING COSTS OF DEFENSE AND ATTORNEYS' FEES, RELATED TO OR ARISING FROM ANY CLAIM BROUGHT BY CUSTOMER AGAINST THE INSPECTOR(S).

8.    It is the responsibility of Customer to make the Subject Property and its components fully accessible for this inspection.  Company inspectors are not authorized to turn on gas mains or valves, water mains or valves, activate electrical power or pilot lights, nor move items in order to gain access to an area or component.  Except for the removal of electrical service panels (where possible without damage to property), furnace and water heater inspection panels (excluding flame shields), inspectors will not remove panels, or disassemble any item for access to a component which is contained by fasteners that require tools for entry.  Areas containing standing water or mud are considered inaccessible.  Decisions relating to safety are at the inspector's discretion, but they are specifically prohibited from climbing on roofs during high winds, roofs that are slippery or high pitched, or entering areas in which potentially dangerous pets are contained.  INSPECTORS ARE NOT REQUIRED OR EXPECTED TO MOVE OR REMOVE ANY PERSONAL PROPERTY FROM OR AT THE SUBJECT PROPERTY IN ORDER TO CONDUCT THE INSPECTION.  CUSTOMER AGREES TO INDEMNIFY AND HOLD COMPANY AND ITS INSPECTOR(S) HARMLESS (INCLUDING COSTS OF DEFENSE AND ATTORNEYS' FEES) FOR ANY AND ALL CLAIMS BY THE OWNER(S) OF THE SUBJECT PROPERTY FOR ANY AND ALL CAUSES OF ACTION, INCLUDING PERSONAL INJURY OR DAMAGE TO PROPERTY, WHICH DO NOT ARISE OUT OF THE INSPECTOR'S WILLFUL MISCONDUCT.  CUSTOMER ADDITIONALLY AGREES THAT UNLESS CUSTOMER HAS ELECTED ON THE FIRST PAGE OF THIS CONTRACT TO REMOVE THE LIMITATION OF LIABILITY AND LIQUIDATED DAMAGES, CUSTOMER ASSUMES AND ACCEPTS ALL RISK OF OWNER CONCEALMENT OR MISREPRESENTATION.  IN THE ABSENCE OF SUCH AN ELECTION BY CUSTOMER, IF CUSTOMER MAKES A DEMAND OR BRINGS AN ACTION AGAINST OWNERS, SELLERS OR AGENTS FOR FRAUD, CONCEALMENT OR MISREPRESENTATION REGARDING A CONDITION OR COMPONENT OF THE SUBJECT PROPERTY, CUSTOMER HEREBY WAIVES AND RELEASES ANY AND ALL CLAIMS OR LIABILITY AGAINST COMPANY AND INSPECTOR(S) FOR DAMAGES RELATED TO THE CONDITION OR COMPONENT FOR WHICH THE DEMAND OR CLAIM IS MADE AGAINST THE OWNERS, SELLERS OR AGENTS.

9.    Company reserves the right to terminate the inspection and to return the inspection fee (if paid), in its absolute discretion, for any reason or for no reason and without any obligation to state a reason, at any time prior to delivery of the Inspection Report.  Such termination and refund shall terminate all relationships between Company and Customer with regard to the inspection, and Customer agrees that Company owes no duty whatsoever to Customer, and Customer will not use or rely on any information obtained during the course of the inspection.  The stated fee is for a single trip to the Subject Property.  Additional trips for re-inspection, or to perform or complete an inspection, for reasons beyond the control of Company (e.g. weather, inaccessibility of the items normal to the inspection, inactive utilities, or an inability to gain access to the Subject Property), will be performed at an additional fee plus any applicable trip charges.  Company reserves the right to modify the written Inspection Report by a written addendum for a period of forty-eight (48) hours after the Inspection Report has been delivered to the Customer.  If Company exercises this right to modify the written report within the time as specified above, Company shall provide telephone, fax, or email notification of the need for such addendum to the Customer or authorized agent and Customer agrees that the Inspection Report is not complete until receipt of the written addendum.  Any such written addendum shall be mailed, emailed, faxed to the Customer, or made available for pickup by Customer, within two (2) business days of the date of the Inspection Report.

10.    IN THE EVENT CUSTOMER HAS A CLAIM OF A BREACH OR FAILURE OF WARRANTY, MISREPRESENTATION OR NEGLIGENT INSPECTION, CUSTOMER SHALL PROVIDE COMPANY WITH THREE WORKING DAYS TO RE-INSPECT THE COMPONENT OR ITEM BEFORE CUSTOMER REPAIRS OR REPLACES THE COMPONENT OR ITEM (unless the repair or replacement is of an urgent nature, in which case Customer shall notify Company within three working days and retain all parts and materials for inspection by Company within 30 days).  This right of re-inspection is to protect Company and Customer from the business practices of contractors.  IF CUSTOMER FAILS TO HONOR COMPANY'S RIGHT OF RE-INSPECTION, CUSTOMER WAIVES ANY CLAIM AGAINST COMPANY WITH RESPECT TO THE COMPONENT OR ITEM.

11.    In the event any dispute arises regarding this Contract or the contents of the Inspection Report it is agreed that

Customer shall provide Company with a detailed written statement of the dispute and thereafter all parties shall attempt in good faith to settle such disputes between themselves.  In the event such attempts fail to resolve such disputes, prior to the filing of any legal action by the Customer, the Customer shall submit to Company written notification of Customer's intent to file a legal action, and Company shall have the right but not the obligation within thirty (30) days to submit the dispute to binding arbitration in Denver, Colorado.  Any dispute, controversy, interpretation, or claim, including claims for, but not limited to, breach of contract, any form of negligence, fraud or misrepresentation, and/or any violation of any law, statute, regulation, ordinance, or any other theory of liability arising out of, from or related to this Contract or arising out of, from or related to the Inspection or the Report shall be submitted to final and binding arbitration as conducted by and according to the Rules and Procedures of Construction Dispute Resolution Services, LLC or Resolute Systems, Inc. The decision of the arbitrator appointed by either arbitration provider shall be final and binding and judgment on the decision may be entered in any Court of competent jurisdiction. All proceedings must be held in the state where the inspection was performed.  NOTICE: YOU AND WE WOULD HAVE A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION. Each party further agrees to pay its own arbitration costs.  IN THE EVENT OF ANY LAWSUIT OR OTHER JUDICIAL PROCEEDINGS, THE PARTIES KNOWINGLY AND VOLUNTARILY, AND HAVING HAD AN OPPORTUNITY TO CONSULT WITH COUNSEL, WAIVE ALL RIGHTS TO TRIAL BY JURY, AND AGREE THAT ANY AND ALL MATTERS SHALL BE DECIDED BY A JUDGE WITHOUT A JURY TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW.

12.      Due to the inherent degradation of the systems and components of the Subject Property as a result of the passage of time which makes impossible a precise determination of conditions which were in existence at the time of the inspection, Customer agrees that no action, regardless of the legal theory under which the action is brought (expressly including negligence and negligent misrepresentation but excluding willful misconduct), shall be brought against Company or the inspector beyond the earlier of two years following the date of the Inspection Report or 180 days after discovery by Customer of the condition which forms the basis of the action.

13.      If a claim is made against Company for any alleged error or omission or other act arising out of the performance of this inspection, whether in court or in arbitration, and if Customer fails to prove such claim, Customer agrees to pay all costs and attorneys' fees incurred by Company and its inspectors.

14.      The Inspection Report is not intended for use by anyone other than the Customer.  No third party shall have any right arising from this Contract or the Inspection Report.  In consideration of the furnishing of the Inspection Report, and subject to all terms and limitations of this Contract, the Customer agrees to indemnify and hold harmless Company, and its inspectors for all costs, expenses, legal fees, awards, settlements and judgments in any legal proceeding brought by any third party who claims that he/she relied on representations made in such Inspection Report and was damaged thereby.  If Customer releases or  requests that Company release copies of the Inspection Report to any third party, such release shall be at Customer's risk with respect to the contents of this paragraph.

15.      Customer acknowledges that neither the Company nor the inspector have any interest in the Subject Property, have no independent, prior or existing knowledge of the Subject Property (in the event the Company has previously inspected the Subject Property, due to the potential of changing conditions, the inspector will inspect the Subject Property as if it was an original inspection), and will have only a limited opportunity to observe the Subject Property. Accordingly, Customer acknowledges and agrees that Customer will receive only a summary of visual observations. Customer acknowledges, agrees and warrants that Customer will not receive, and neither the Company nor the inspector can or will make, (a) representations as to the characteristics, ingredients, uses, benefits, alterations, or quantities of the Subject Property, (b) representations that the Subject Property is of a particular standard, quality, or grade, or of a particular style or model; or (c) statements of the inspector's own knowledge.  Customer agrees that to protect Company and the inspector from false claims of fraud, Customer shall make no claim for fraud and hereby stipulates to the dismissal without prejudice of any claim for fraud unless Customer can attach to such claim credible documentary or sworn evidence demonstrating first hand knowledge that the inspector knowingly conspired with a third party with the intent to defraud Customer as to a specific material fact regarding the Subject Property (with "material" stipulated as having a value of more than $5,000).  Customer agrees to indemnify the Company and the inspector for any breach by Customer of the forgoing agreement and warranty.

# EXHIBIT 31



Jeffrey Gu <jeffwgu@gmail.com>

---

## Pre-drywall items

---

**Megan Thompson** <megan@sparkinteriorscolorado.com>                    Mon, Sep 26, 2022 at 4:22 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: Dez Kolar <DKOLAR@tollbrothers.com>, Mom <dilange8888@gmail.com>, Nicole Jorgensen
<njorgensen@tollbrothers.com>, Scott Stang <scott@porchlightgroup.com>

Thanks for keeping me in the loop.

- I believe Nate mentioned the HVAC vent, but since the wall was forgotten, it may have also gotten forgotten about.
- I am curious about the outlets going behind the toilet as well, is there a code concern, or can they be moved?
- I completely agree on the switching placement in relation to the upstairs bedroom doors. Is there too much framing to place the 3-gang between the entry door to the secondary bedroom and the bathroom door?
- That exterior outlet does need to be added on the second floor balcony.
- Good eye on the light fixture alignment in the stairwells and the main living area. As for the closets and showers, they may have taken the benches into account, but I am interested to hear what they say.

Let me know if there is anything you need me to go peek at, happy to pop in for a quick few minutes and send images over if needed.

Cheers,

**Megan Thompson**



Megan Thompson
Principal | Founder
Associate IIDA & Member GFDA

Denver Office: 720-446-9327, opt. 4
Mountain Office: 970-368-7291, opt. 4
www.sparkinteriorscolorado.com

**M | T | F - Studio Days**
**W | Th - Field Days**

On Sat, Sep 24, 2022 at 6:44 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:
> Hi Nicole,
>
> Here are the things I found when I stopped by the last 2 times. I brought some of these up with Nate on the last Monday call, but I'm including pictures this time for clarity.
>
> - Will there be an HVAC hopper installed between the first floor bedroom and the hallway? Currently there's no return venting installed in that bedroom.
> - Outlet placement by powder room toilet. The hope here was to hide the outlet behind the toilet. The current placement is quite far and would be more ideally closer to the center, as in the diagrams.





ELECTRICAL SECOND FLOOR

LIVING
10' - 0" CLG.

EXHAUST FAN AND LIGHT
TO BE ON SAME SWITCH
10" PDR
10' - 0" CLG.

84"

GFI

DN

CD S

DINING
10' - 0" CLG.

TO LIGHTS
ABOVE

UP

GFI

REF
20 AMP
DED

3'-0"

SWITCHES CANNOT
BE LOCATED HERE,
THIS IS A HALF WALL

KITCHEN
10' - 0" CLG.

GFI

GFI

E106

GFI

E105

E108

1 HORIZONTAL OUTLETS
SEE DETAILS

GFI
USB

GFI

GFI

DW

GFI

GFI GFI



- Same for the ground floor and third floor bathrooms:







- Switch placement in the master bedroom and third floor bedroom. These are both misplaced, and if these stay as installed, the door placement would feel awkward. The master bedroom one should be installed below where the thermostat is, and the secondary bedroom switches need to clear the length of the door.



W.I.C.
9' - 0" CLG

BATH 2
EXHAUST FAN AND LIGHTS
TO BE ON SAME SWITCH
9' - 0" CLG.

84"

10"

LAUN
9' - 0" CLG.

EXHAUST FAN AND LIGHT
TO BE ON SAME SWITCH
10"

84"

PRIMARY BATH
9' - 0" CLG.

TO SWITCH
BELOW

84"

W.I.C.
9' - 0" CLG.

PRIMARY
BEDROOM
9' - 0" CLG.

DocuSigned by:

X                                          X    4/10/2022        OUTLET L



X                                                              X   4/10/2022                    OUTLET L





- Missing outlet on the balcony. I see the wire, but there should be an outlet:

ELECTRICAL SECOND FLOOR





- Can light in the master bathroom shower. Can this be double checked to be centered minus the bench? It doesn't currently look that way, but I'm not sure.



- Can lights in bedroom closets. Can these be checked to be centered minus the width of a shelf. Shelves should

really only protrude 8-12 inches. The one in the secondary bedroom looks misplaced, and the ones in the master look placed too far.





-Slight misalignment of middle can light in 3rd floor stairwell



- Misalignment of can light near kitchen



# EXHIBIT 32



Building Division
Online Services

□ □  Inspection Number: 202102734/3 __  Inspection Number: 202102734/2 __  Inspection Number: 202102734/1 __        Login

## Inspection Number: 202102734/11

Full information regarding the selected inspection

| Inspection | Permit Inspections | Notes |

### Main

There is further information about this inspection on the Notes tab

| | |
|---|---|
| **Permit Number:** | 202102734 |
| **Inspection Type Code:** | ELE59 - ROUGH ELECTRICAL |
| **Inspector Code:** | EB - ERIC BOWMAN |
| **Contractor No:** | 190246 |
| **Contractor Name:** | TOLL BROTHERS |
| **Requested Date/Time:** | |
| **Scheduled Date/Time:** | 09/21/2022 07:45 AM |
| **Inspection Date:** | 09/21/2022 |
| **Inspection Time:** | 08:00 |
| **Inspection Status:** | INCOMPLETE |
| **Time Spent:** | 0.00 HOURS |

# EXHIBIT 33



Building Division
Online Services

☐ ☐    Inspection Number: 202102734/3    Inspection Number: 202102734/2    Inspection Number: 202102734/1    Login

## Inspection Number: 202102734/11

Full information regarding the selected inspection

| Inspection | Permit Inspections | Notes |

**09/21/2022 08:11 AM**
Wiring not complete on first floor

# EXHIBIT 34



# EXHIBIT 35



Building Division
Online Services

☐ ☐    Inspection Number: 202102734/2    Inspection Number: 202102734/1    Inspection Number: 202102734/1        Login

# Inspection Number: 202102734/13

Full information regarding the selected inspection

| Inspection | Permit Inspections | Notes |

## Main

| | |
|---|---|
| **Permit Number:** | 202102734 |
| **Inspection Type Code:** | ELE59 - ROUGH ELECTRICAL |
| **Inspector Code:** | EB - ERIC BOWMAN |
| **Contractor No:** | 190246 |
| **Contractor Name:** | TOLL BROTHERS |
| **Requested Date/Time:** | |
| **Scheduled Date/Time:** | 09/26/2022 07:30 AM |
| **Inspection Date:** | 09/26/2022 |
| **Inspection Time:** | 07:45 |
| **Inspection Status:** | COMPLETE |
| **Time Spent:** | 0.00 HOURS |

# EXHIBIT 36



Building Division
Online Services

☐ ☐    Permit Number: 202102734     Contractor Number: 190246     Inspection Number: 202102734/6     Inspection Number: 202102734/1

Login

## Inspection Number: 202102734/14

Full information regarding the selected inspection

| Inspection | Permit Inspections | Notes |

### Main

| | |
|---|---|
| Permit Number: | 202102734 |
| Inspection Type Code: | BLD59 - ROUGH FRAME (FIRE BLOCKING, DRAFT STOP & PENETRATIONS COMPLE |
| Inspector Code: | AH - ANDREW HAESSLER |
| Contractor No: | 190246 |
| Contractor Name: | TOLL BROTHERS |
| Requested Date/Time: | |
| Scheduled Date/Time: | 09/27/2022 08:00 AM |
| Inspection Date: | 09/27/2022 |
| Inspection Time: | |
| Inspection Status: | COMPLETE |
| Time Spent: | 0.00 HOURS |

# EXHIBIT 37



# EXHIBIT 38

October 8, 2022 at 2:20:09 PM
13,466 of 31,328



# EXHIBIT 39

October 8, 2022 at 2:39:09 PM
13,467 of 31,328



# EXHIBIT 40

**Excerpt From:** 2018 International Residential Code (IRC)

**R602.6 Drilling and notching of studs.** INSIGHTS (1)

Drilling and notching of studs shall be in accordance with the following:

1. Notching. Any stud in an exterior wall or bearing partition shall be permitted to be cut or notched to a depth not exceeding 25 percent of its width. Studs in nonbearing partitions shall be permitted to be notched to a depth not to exceed 40 percent of a single stud width.

2. Drilling. Any stud shall be permitted to be bored or drilled, provided that the diameter of the resulting hole is not more than 60 percent of the stud width, the edge of the hole is not more than 5⁄8 inch (16 mm) to the edge of the stud, and the hole is not located in the same section as a cut or notch. Studs located in exterior walls or bearing partitions drilled over 40 percent and up to 60 percent shall be doubled with not more than two successive doubled studs bored. See Figures R602.6(1) and R602.6(2).

    **Exception:** Use of *approved* stud shoes is permitted where they are installed in accordance with the manufacturer's recommendations.

> **INSIGHTS (1)**

2018 International Residential Code (IRC) / CHAPTER 6 / SECTION R602 / R602.6

# EXHIBIT 41

**FIGURE R602.6(1)**
**NOTCHING AND BORED HOLE LIMITATIONS FOR EXTERIOR WALLS AND BEARING WALLS**



# EXHIBIT 42



7500 W. 29th Ave
Wheat Ridge CO 80033-6713

## CERTIFICATE OF OCCUPANCY

*Permit#: 202102734*

*Date: 01/18/23*

**5131 Vivian St,  Wheat Ridge, CO 80033-2027**

This certificate verifies that the building constructed and/or the use proposed of the building and/or premises, under the above permit number and on property described below, does comply with the Wheat Ridge Building Code, Zoning and other related land use and development laws of the City of Wheat Ridge, and may be occupied for the use specified.

OWNER:         TOLL SOUTHWEST LLC
                       10 Inverness Dr 125,  Englewood, CO 80112

CONTRACTOR:  TOLL BROTHERS
                       10 Inverness Dr E,  Englewood, CO 80112

PARCEL:        39-174-12-063
                       5131 Vivian St,  Wheat Ridge, CO 80033-2027

ZONING:        UA                              TYPE OF CONST:      MIS

OCCUPANCY:                                    OCC LOAD:             0

CODE EDITION:  2018 ICC/2020 NEC              SPRINKLERS:          No

FOR THE PURPOSE: SFD:Single Family - New

Limitations/Stipulations:none

No change shall be made in the Use of this building without prior notice and a new CERTIFICATE OF OCCUPANCY from the City of Wheat Ridge

Certificate MUST be posted by front door of commercial occupancies

Chief Building Official  _____          Planning/Zoning Administrator  _____
                                    Renee Meriaux                                                              Lauren Mikulak

# EXHIBIT 43



## Inspection Number: 202102734/19

Full information regarding the selected inspection

| Inspection | Permit Inspections | Notes |

### ▼ Main

**Permit Number:** 202102734

**Inspection Type Code:** BLD65 - DRYWALL FASTENING / MOISTURE BOARD

**Inspector Code:** AH - ANDREW HAESSLER

**Contractor No:** 190246

**Contractor Name:** TOLL BROTHERS

**Requested Date/Time:**

**Scheduled Date/Time:** 10/25/2022 08:00 AM

**Inspection Date:** 10/25/2022

**Inspection Time:**

**Inspection Status:** COMPLETE

**Time Spent:** 0.00 HOURS

Permit Search    Permit Number: 202102734    Inspection Number: 202102734/1

Login

# EXHIBIT 44

November 25, 2022 at 3:09:35 PM
13,772 of 31,329



# EXHIBIT 45

# ENCLOSED DOCUMENTS LIST

## UNITED WHOLESALE MORTGAGE, LLC

Loan #:   1222749704

Date:   January 12, 2023

Borrower(s):   Jeffrey Gu

The following documents are enclosed.
1. [  ] Enclosed Documents List
2. [  ] Closing Disclosure
3. [  ] Anti-steering Disclosure of Loan Options
4. [  ] Mortgage Fraud Is Investigated By The FBI
5. [  ] Lock Information
6. [  ] Privacy Policy

*DocMagic eForms*
20230112100957-1222749704-ED



# Closing Disclosure

This form is a statement of final loan terms and closing costs. Compare this document with your Loan Estimate.

**Closing Information**

| | |
|---|---|
| **Date Issued** | 1/12/2023 |
| **Closing Date** | 1/19/2023 |
| **Disbursement Date** | 1/19/2023 |
| **Settlement Agent** | Heritage Title Company, Inc. |
| **File #** | 132-22000532-TBI |
| **Property** | 5131 Vivian St |
| | Wheat Ridge , CO 80033 |
| **Sale Price** | $726,731 |

**Transaction Information**

| | |
|---|---|
| **Borrower** | Jeffrey Gu |
| | 2332 N. Clay St |
| | Denver , CO 80211 |
| **Seller** | Toll Southwest, LLC |
| | 1140 Virginia Drive |
| | Fort Washington , PA 19034 |
| **Lender** | United Wholesale Mortgage, LLC |

**Loan Information**

| | |
|---|---|
| **Loan Term** | 30 years |
| **Purpose** | Purchase |
| **Product** | Fixed Rate |
| **Loan Type** | ☒ Conventional ☐ FHA |
| | ☐ VA ☐ _____ |
| **Loan ID #** | 1222749704 |
| **MIC #** | |

## Loan Terms

| Loan Terms | Can this amount increase after closing? |
|---|---|
| **Loan Amount** $654,058 | **NO** |
| **Interest Rate** 5.999% | **NO** |
| **Monthly Principal & Interest** See Projected Payments below for your Estimated Total Monthly Payment $3,920.99 | **NO** |
| | **Does the loan have these features?** |
| **Prepayment Penalty** | **NO** |
| **Balloon Payment** | **NO** |

## Projected Payments

| Payment Calculation | Years 1 - 9 | Years 10 - 30 |
|---|---|---|
| Principal & Interest | $3,920.99 | $3,920.99 |
| Mortgage Insurance | + 141.71 | + _____ |
| Estimated Escrow Amount can increase over time | + 448.42 | + 448.42 |
| **Estimated Total Monthly Payment** | **$4,511.12** | **$4,369.41** |

| Estimated Taxes, Insurance & Assessments Amount can increase over time See page 4 for details | $543.42 a month | This estimate includes | In escrow? |
|---|---|---|---|
| | | ☒ Property Taxes | YES |
| | | ☒ Homeowner's Insurance | YES |
| | | ☒ Other: HOA Dues | NO |
| | | See Escrow Account on page 4 for details. You must pay for other property costs separately. | |

## Costs at Closing

| Costs at Closing | | |
|---|---|---|
| **Closing Costs** | $11,144.45 | Includes $6,303.11 in Loan Costs + $4,977.23 in Other Costs -$135.89 in Lender Credits. See page 2 for details. |
| **Cash to Close** | $34,931.30 | Includes Closing Costs. See Calculating Cash to Close on page 3 for details. |

Page 1

*DocMagic eForms*

20230112100957-1222749704-ED
LOAN ID # 1222749704-3



## Closing Cost Details

| Loan Costs | Borrower-Paid | | Seller-Paid | | Paid by Others |
|---|---|---|---|---|---|
| | At Closing | Before Closing | At Closing | Before Closing | |
| **A. Origination Charges** | **$1,055.00** | | | | |
| 01  % of Loan Amount (Points) | | | | | |
| 02 Origination Fee to Compass Mortgage Planners LLC | | | | | (L) $13,331.16 |
| 03 Underwriting Fee | $1,055.00 | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **B. Services Borrower Did Not Shop For** | **$1,973.11** | | | | |
| 01 Appraisal Fee                    to Tyler McQueen | | $650.00 | | | |
| 02 Credit Report                   to Advantage Plus Credit Reporting (Re) | $55.16 | | | | |
| 03 Electronic Registration (MERS) Fee   to Mortgage Electronic Registration Syste | $24.95 | | | | |
| 04 Final Inspection Fee              to Tyler McQueen | $200.00 | | | | |
| 05 Flood Certification              to Corelogic Flood Services | $8.00 | | | | |
| 06 Tax Service                     to United Wholesale Fbo Corelogic | $85.00 | | | | |
| 07 Third Party Processing Fee        to Sandra Leigh Borkovic/Central Park Pr | $895.00 | | | | |
| 08 Verification of Employment Fee      to Other | $55.00 | | | | |
| 09 | | | | | |
| 10 | | | | | |
| **C. Services Borrower Did Shop For** | **$3,275.00** | | | | |
| 01 Title - Closing Protection Letter Fee  to Heritage Title Company, Inc. | $25.00 | | | | |
| 02 Title - Escrow Fee               to Heritage Title Company, Inc. | $400.00 | | | | |
| 03 Title - Premium for Lender's Coverage  to Heritage Title Company, Inc. | $2,400.00 | | | | |
| 04 Title - Settlement Or Closing Fee   to Heritage Title Company, Inc. | $450.00 | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | **$6,303.11** | | | | |
| Loan Costs Subtotals (A + B + C) | $5,653.11 | $650.00 | | | |

| Other Costs | | | | | |
|---|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | **$388.67** | | | | |
| 01 Recording Fees       Deed: $28.00    Mortgage: $163.00 | $191.00 | | | | |
| 02 State Tax/Stamps            to Co Tax Recorder | $72.67 | | | | |
| 03 Transfer Tax              to Jefferson County Recorder | $125.00 | | | | |
| **F. Prepaids** | **$2,345.48** | | | | |
| 01 Homeowner's Insurance Premium (12 mo.) to Spinnaker Insurance Company | $948.00 | | | | |
| 02 Mortgage Insurance Premium (  mo.) | | | | | |
| 03 Prepaid Interest ($107.50 per day from 1/19/23 to 2/1/23) | $1,397.48 | | | | |
| 04 Property Taxes (   mo.) | | | | | |
| 05 | | | | | |
| **G. Initial Escrow Payment at Closing** | **$1,768.08** | | | | |
| 01 Homeowner's Insurance $79.00 per month for 3 mo. | $237.00 | | | | |
| 02 Mortgage Insurance         per month for  mo. | | | | | |
| 03 Property Taxes      $369.42 per month for 5 mo. | $1,847.10 | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 Aggregate Adjustment | -$316.02 | | | | |
| **H. Other** | **$475.00** | | | | |
| 01 Buyers Agent Real Estate Commission     to Porchlight Real Estate Group | | | $21,801.93 | | |
| 02 HOA/Planned Unit Dev/Condo Transfer Fee to the Ridge at Ward Station | $190.00 | | | | |
| 03 Homeowners Association (Hoa) Fee / Dues to the Ridge at Ward Station | $285.00 | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | **$4,977.23** | | | | |
| Other Costs Subtotals (E + F + G + H) | $4,977.23 | | | | |
| | | | | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | **$11,144.45** | | | | |
| Closing Costs Subtotals (D + I) | $10,630.34 | $650.00 | $21,801.93 | | $13,331.16 |
| Lender Credits | -$135.89 | | | | |



DocMagic *eForms*
20230112100957-1222749704-ED
LOAN ID # 1222749704-3

## Calculating Cash to Close

Use this table to see what has changed from your Loan Estimate.

| | Loan Estimate | Final | Did this change? |
|---|---|---|---|
| Total Closing Costs (J) | $22,656.00 | $11,144.45 | YES • See **Total Loan Costs (D)** and **Total Other Costs (I)** |
| Closing Costs Paid Before Closing | $0 | -$650.00 | YES • You paid these Closing Costs **before closing** |
| Closing Costs Financed (Paid from your Loan Amount) | $0 | $0 | NO |
| Down Payment/Funds from Borrower | $72,673.00 | $72,673.00 | NO |
| Deposit | -$48,388.00 | -$48,388.00 | NO |
| Funds for Borrower | $0 | $0 | NO |
| Seller Credits | $0 | $0 | NO |
| Adjustments and Other Credits | $152.00 | $151.85 | YES • See details in **Sections K and L** |
| **Cash to Close** | $47,093.00 | $34,931.30 | |

## Summaries of Transactions

Use this table to see a summary of your transaction.

### BORROWER'S TRANSACTION

| **K. Due from Borrower at Closing** | **$737,377.30** |
|---|---|
| 01 Sale Price of Property | $726,731.00 |
| 02 Sale Price of Any Personal Property Included In Sale | |
| 03 Closing Costs Paid at Closing (J) | $10,494.45 |
| 04 | |
| **Adjustments** | |
| 05 | |
| 06 | |
| 07 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 08 City/Town Taxes          to | |
| 09 County Taxes    1/1/23  to  1/20/23 | $115.08 |
| 10 Assessments          to | |
| 11 HOA    1/20/23  to  2/1/23 | $36.77 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |

| **L. Paid Already by or on Behalf of Borrower at Closing** | **$702,446.00** |
|---|---|
| 01 Deposit (EMD: $48,388.00 / Cash Deposit: $0.00) | $48,388.00 |
| 02 Loan Amount | $654,058.00 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 | |
| 05 Seller Credit | $0.00 |
| **Other Credits** | |
| 06 | |
| 07 | |
| **Adjustments** | |
| 08 | |
| 09 | |
| 10 | |
| 11 | |
| **Adjustments for Items Unpaid by Seller** | |
| 12 City/Town Taxes          to | |
| 13 County Taxes          to | |
| 14 Assessments          to | |
| 15 | |
| 16 | |
| 17 | |

| CALCULATION | |
|---|---|
| Total Due from Borrower at Closing (K) | $737,377.30 |
| Total Paid Already by or on Behalf of Borrower at Closing (L) | -$702,446.00 |
| **Cash to Close** ☒ **From** ☐ **To Borrower** | **$34,931.30** |

### SELLER'S TRANSACTION

| **M. Due to Seller at Closing** | **$726,882.85** |
|---|---|
| 01 Sale Price of Property | $726,731.00 |
| 02 Sale Price of Any Personal Property Included in Sale | |
| 03 | |
| 04 | |
| 05 | |
| 06 | |
| 07 | |
| 08 | |
| **Adjustments for Items Paid by Seller in Advance** | |
| 09 City/Town Taxes          to | |
| 10 County Taxes    1/1/23  to  1/20/23 | $115.08 |
| 11 Assessments          to | |
| 12 HOA    1/20/23  to  2/1/23 | $36.77 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |

| **N. Due from Seller at Closing** | **$21,801.93** |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $21,801.93 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan | |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | $0.00 |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes          to | |
| 15 County Taxes          to | |
| 16 Assessments          to | |
| 17 | |
| 18 | |
| 19 | |

| CALCULATION | |
|---|---|
| Total Due to Seller at Closing (M) | $726,882.85 |
| Total Due from Seller at Closing (N) | -$21,801.93 |
| **Cash to Close** ☐ **From** ☒ **To Seller** | **$705,080.92** |

DocMagic *eForms*

20230112100957-1222749704-ED
LOAN ID # 1222749704-3



# Additional Information About This Loan

## Loan Disclosures

**Assumption**
If you sell or transfer this property to another person, your lender
☐ will allow, under certain conditions, this person to assume this
loan on the original terms.
☒ will not allow assumption of this loan on the original terms.

**Demand Feature**
Your loan
☐ has a demand feature, which permits your lender to require early
repayment of the loan. You should review your note for details.
☒ does not have a demand feature.

**Late Payment**
If your payment is more than 15 days late, your lender will charge a
late fee of  5% of your overdue payment of principal and interest.

**Negative Amortization**  (Increase in Loan Amount)
Under your loan terms, you
☐ are scheduled to make monthly payments that do not pay all of
the interest due that month. As a result, your loan amount will
increase (negatively amortize), and your loan amount will likely
become larger than your original loan amount. Increases in your
loan amount lower the equity you have in this property.
☐ may have monthly payments that do not pay all of the interest
due that month. If you do, your loan amount will increase
(negatively amortize), and, as a result, your loan amount may
become larger than your original loan amount. Increases in your
loan amount lower the equity you have in this property.
☒ do not have a negative amortization feature.

**Partial Payments**
Your lender
☐ may accept payments that are less than the full amount due
(partial payments) and apply them to your loan.
☐ may hold them in a separate account until you pay the rest of the
payment, and then apply the full payment to your loan.
☒ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

**Security Interest**
You are granting a security interest in
5131 Vivian St , Wheat Ridge , CO 80033

You may lose this property if you do not make your payments or
satisfy other obligations for this loan.

**Escrow Account**
**For now,** your loan
☒ will have an escrow account (also called an "impound" or "trust"
account) to pay the property costs listed below. Without an escrow
account, you would pay them directly, possibly in one or two large
payments a year. Your lender may be liable for penalties and interest
for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $7,081.56 | Estimated total amount over year 1 for your escrowed property costs: Hazard Insurance Reserves Mortgage Insurance Reserve See attached page for additional information |
| Non-Escrowed Property Costs over Year 1 | $1,140.00 | Estimated total amount over year 1 for your non-escrowed property costs: Homeowners Association Dues You may have other property costs. |
| Initial Escrow Payment | $1,768.08 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $590.13 | The amount included in your total monthly payment. |

☐ will not have an escrow account because ☒ you declined it ☐ your
lender does not offer one. You must directly pay your property
costs, such as taxes and homeowner's insurance. Contact your
lender to ask if your loan can have an escrow account.

| No Escrow | | |
|---|---|---|
| Estimated Property Costs over Year 1 | | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | | |

**In the future,**
Your property costs may change and, as a result, your escrow pay-
ment may change. You may be able to cancel your escrow account,
but if you do, you must pay your property costs directly. If you fail
to pay your property taxes, your state or local government may (1)
impose fines and penalties or (2) place a tax lien on this property. If
you fail to pay any of your property costs, your lender may (1) add
the amounts to your loan balance, (2) add an escrow account to your
loan, or (3) require you to pay for property insurance that the lender
buys on your behalf, which likely would cost more and provide fewer
benefits than what you could buy on your own.

DocMagic *eForms*
20230112100957-1222749704-ED
LOAN ID # 1222749704-3



## Loan Calculations

**Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. $1,433,850.58

**Finance Charge.** The dollar amount the loan will cost you. $776,487.42

**Amount Financed.** The loan amount available after paying your upfront finance charge. $649,662.57

**Annual Percentage Rate (APR)** Your costs over the loan term expressed as a rate. This is not your interest rate. 6.205%

**Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. 116.028%

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not received it yet, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,
☐ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.
☒ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.

## Contact Information

| Name | Lender | Mortgage Broker | Real Estate Broker (B) | Real Estate Broker (S) | Settlement Agent |
|---|---|---|---|---|---|
| Name | United Wholesale Mortgage, LLC | Compass Mortgage Planners LLC | Porchlight Real Estate Group | | Heritage Title Company, Inc. |
| Address | 585 South Blvd E Pontiac, MI 48341 | 1840 East Warner Road Suite 102, Tempe, AZ 85284 | 201 University Blvd Suite 200, Denver, CO 80206 | | 10375 Park Meadows Dr Suite 550, Lone Tree, CO 80124 |
| NMLS ID | 3038 | 1735867 | | | |
| CO License ID | | | EC040037495 | | 44452 |
| Contact | | Buddy McGill | Scott Stang | | J Ellis |
| Contact NMLS ID | | 2010318 | | | |
| Contact CO License ID | | | FA040046008 | | |
| Email | | buddy@cmp.loans | scott@porchlightgroup.com | | jellis@heritagetco.com |
| Phone | (800) 981-8898 | (281) 736-3265 | (303) 733-5335 | | (303) 662-1855 |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

_____     _____
Jeffrey Gu                                                    Date



*DocMagic eForms*
20230112100957-1222749704-ED
LOAN ID # 1222749704-3

## Addendum

### Loan Disclosures

**Escrow Account**

Escrow

| Escrowed Property Costs over Year 1 | | City Property Taxes |
| --- | --- | --- |
| | | County Property Taxes |
| | | Flood Insurance |
| | | Village/Town/School Tax |
| | | Wind and Hail Insurance |
| | | Mud Tax |

**DocMagic eForms**

20230112100957-1222749704-ED
LOAN ID # 1222749704-3



# ANTI-STEERING DISCLOSURE OF LOAN OPTIONS

Loan #:  1222749704

Date:  January 12, 2023

Serv. #:

MIN:

Loan Originator:   Compass Mortgage Planners LLC

Borrower(s):   Jeffrey Gu

Property Address:  5131 Vivian St
                   Wheat Ridge, Colorado 80033

- During the origination process, the loan originator provided me/us with loan options in accordance with Regulation 12 CFR §1026.36(e) which prohibits a loan originator from steering a consumer to a transaction with less favorable terms in order to increase the loan originator' s compensation.

- The loan originator presented me/us with loan options for each type of transaction in which I/we have expressed an interest and explained to me/us all available loan options to my/our satisfaction. These loan options included a loan with the lowest interest rate, a loan with the lowest interest rate without non-standard features, and a loan with the lowest total dollar amount for origination points or fees and discount points.

_____
Borrower Jeffrey Gu                        Date



Loan Number: 1222749704

# MORTGAGE FRAUD IS
# INVESTIGATED BY THE FBI



**Mortgage Fraud is investigated by the Federal Bureau of Investigation and is punishable by up to 30 years in federal prison or $1,000,000 fine, or both. It is illegal for a person to make any false statement regarding income, assets, debt, or matters of identification, or to willfully overvalue any land or property, in a loan and credit application for the purpose of influencing in any way the action of a financial institution.**

*Some of the applicable Federal criminal statutes which may be charged in connection with Mortgage Fraud include:*

18 U.S.C. § 1001 - Statements or entries generally
18 U.S.C. § 1010 - HUD and Federal Housing Administration Transactions
18 U.S.C. § 1014 - Loan and credit applications generally
18 U.S.C. § 1028 - Fraud and related activity in connection with identification documents
18 U.S.C. § 1341 - Fraud and swindles by Mail
18 U.S.C. § 1342 - Fictitious name or address
18 U.S.C. § 1343 - Fraud by wire
18 U.S.C. § 1344 - Bank Fraud
42 U.S.C. § 408(a) - False Social Security Number

*Unauthorized use of the FBI seal, name, and initials is subject to prosecution under Sections 701, and 709, and 712 of Title 18 of the United States Code. This advisement may not be changed or alerted without the specific written consent of the Federal Bureau of Investigation, and is not an endorsement of any product or service.*

---
Signature  Jeffrey Gu                          Date



**YOUNITED**



**Borrower Name:** Jeffrey Gu

**Loan Number:** 1222749704

**Property Address:** 5131 Vivian St
Wheat Ridge, Colorado 80033

# LOCK INFORMATION

**Your loan has been locked at a**     5.999 **% interest rate.**

**Your lock will expire on**     January 27, 2023     **at**     5:00 pm EST     .



Loan Number: 1222749704

rev. 11/12

| **FACTS** | **WHAT DOES UNITED WHOLESALE MORTGAGE, LLC DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protec t your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>■ Social Security number and income<br>■ and Account Balances and Payment History<br>■ and Credit History and Credit Scores |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons **UNITED WHOLESALE MORTGAGE, LLC** chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does UNITED WHOLESALE MORTGAGE, LLC share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don' t share |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | No | We don' t share |
| **For non-affiliates to market to you** | No | We don' t share |

| **Questions?** | **Call** (800) 981-8898 |
|---|---|



Loan Number: 1222749704

**Page 2**

| **What we do** | |
|---|---|
| **How does UNITED WHOLESALE MORTGAGE, LLC protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does UNITED WHOLESALE MORTGAGE, LLC collect my personal information?** | We collect your personal information, for example, when you:<br>■ Apply for a loan or give us your contact information;<br>■ Give us your income information or provide employment information;<br>■ Show your government-issued ID<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>■ sharing for affiliates' everyday business purposes - information about your creditworthiness<br>■ affiliates from using your information to market to you<br>■ sharing for non-affiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. |

| **Definitions** | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and non-financial companies. Our affiliates include non-financial companies such as First Look Appraisals. |
| **Non-affiliates** | Companies not related by common ownership or control. They can be financial and non-financial companies.<br><br>■ **UNITED WHOLESALE MORTGAGE, LLC** does not share with non-affiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you.<br><br>■ **UNITED WHOLESALE MORTGAGE, LLC** doesn't jointly market. |



## DocMagic eSign Certificate

| eSign Id: | 78955732 | Reference Id: | 1014010347 | From: | UWM DOCMAGICINTEGRATION | Status: | In Progress |
|---|---|---|---|---|---|---|---|
| Documents Type: | CLOSING DISCLOSURE DOCUMENTS | Loan Id: | 1222749704 | Documents: | 6 | Signatures: | Y |

## List of Signers

| Name/Email | Signature | Created Date | Started Date | Consented Date | Viewed Date | Completed Date |
|---|---|---|---|---|---|---|
| JEFFREY GU jeffwgu@gmail.com | | 01/12/23 10:10:02 AM | 01/12/23 12:47:19 PM | 12/28/22 03:25:29 PM | 01/12/23 12:47:19 PM | |

## Audit Log

| Date/Time | Person | IP Address | Action |
|---|---|---|---|
| 2023-01-12 10:10:02 | System User | | eSign event created |
| 2023-01-12 10:10:02 | Jeffrey Gu | 10.1.220.206 | Invitation sent to jeffwgu@gmail.com |
| 2023-01-12 12:47:19 | Jeffrey Gu | 174.198.136.126 | eSign event started |
| 2023-01-12 12:47:19 | Jeffrey Gu | 174.198.136.126 | Consent previously obtained on December 28, 2022 at 03:25 PM |
| 2023-01-12 12:47:19 | Jeffrey Gu | 174.198.136.126 | Closing Disclosure Documents version 2 prepared on January 12, 2023, 10:10 AM PST displayed |

## List of Documents

| Document Name | Page(s) | Mark(s) | Signer(s) |
|---|---|---|---|
| ENCLOSED DOCUMENTS LIST | 1 | 0 | 0 |
| CLOSING DISCLOSURE | 6 | 1 | 1 |
| ANTI-STEERING DISCLOSURE OF LOAN OPTIONS | 1 | 1 | 1 |
| MORTGAGE FRAUD IS INVESTIGATED BY THE FBI | 1 | 1 | 1 |
| LOCK INFORMATION | 1 | 0 | 0 |
| PRIVACY POLICY | 2 | 0 | 0 |

## Print Copy Transaction Log

| Version | Requested | DSI Printed | DSI Mailed | Requester | Transaction ID |
|---|---|---|---|---|---|

Copyright (c) 2016 DocMagic, Inc. - ALL RIGHTS RESERVED

# EXHIBIT 46

**Commission Position 1 - Contracts provided by Principals Selling Real Property**

(Recodification adoption August 02, 2022: CP-1 Commission Policy on Homebuilder's Exemption from Licensing recodified to CP 1 - Contracts provided by Principals Selling Real Property)

---

Unlicensed individuals or entities selling real property ("Selling Principals") such as bank owned properties (REOs), homebuilders, iBuyers (Instant Buyers) and any other individual or entity identified in section 12-10-201(6)(b), C.R.S., are exempt from being licensed and, as sellers, are not required to use Commission-Approved Forms.

Broker Representing Buyer:

Brokers representing a buyer purchasing property from Selling Principals utilizing the Selling Principals' own contract forms are permitted to help the buyer with the transaction; however, the Broker is not permitted to advise the buyer regarding the legalities and risks associated with forms and contracts that are not Commission-Approved Forms as set forth in Rule 7.1. Brokers should advise the buyer to seek legal counsel if the buyer has questions or concerns about the Selling Principals' contract or forms.

Broker Representing Selling Principals:

Many Selling Principals may require the use of their own listing contract and/or sales contract forms. While use of non-Commission-Approved Listing Contracts is permitted, Brokers must also use the Commission-Approved Brokerage Duties Disclosure to Seller (REO and Non-CREC Approved Listing Agreements). A Broker may not perform any Real Estate Brokerage Services, such as submitting information into a property exchange or multiple listing service, until they have an executed Listing Contract. Additionally, a Broker is required to perform all of the uniform, limited duties imposed by the license law and must maintain a complete transaction file as set forth in Rule 6.20. for every property in which the Broker performs Real Estate Brokerage Services on behalf of a Selling Principal.

Additionally, Brokers should advise Selling Principals that the Commission-Approved Contract to Buy and Sell Real Estate may not be appropriate to use for the sale of the Selling Principals' property. For instance, the Commission-Approved Contract to Buy and Sell Real Estate is appropriate for the purchase and sale of existing construction but should not be used when the seller is selling new, incomplete, or speculative construction. Brokers should advise Selling Principals to seek legal counsel regarding whether a contract form should be drafted specifically for the seller and/or the transaction. Brokers representing the Selling Principal may insert transaction specific information into the Client form provided the Selling Principal has given the Broker written instructions to do so as set forth in Rule 7.1.C.

Broker Acting as a Selling Principal on their own account:

Brokers acting in the capacity of a Selling Principal have a duty to disclose their License status as set forth in Rule 6.17.B. and should exercise care when buying or selling property on their own account. (*see* CP 14 – Broker Buying Property). A Broker acting as a Selling Principal outside of their Brokerage Firm may either use the Commission-Approved Forms or their own contract forms. However, a Broker acting as a Selling Principal through their Brokerage Firm must use the Commission-Approved Forms when appropriate to do so for the transaction. Brokers acting in the capacity of a Selling Principal are still under the jurisdiction of the Commission and must conduct their activity in conformance of the license law and Commission Rules. Brokers acting as a Selling Principal should also consult with their Brokerage Firm's Office Policy Manual regarding their purchase and sale of property as a principal.

*All defined terms referenced in the Commission Position statements are codified in 4 CCR 725-1, Chapter 1 of the Rules regarding Real Estate Brokers.*

# EXHIBIT 47



Jeffrey Gu <jeffwgu@gmail.com>

## Colorado Division of Real Estate Complaint 2025-1291: Toll Brothers

1 message

**dre_complaint_intake - DORA , DORA** <dora_dre_complaint_intake@state.co.us>          Tue, Aug 19, 2025 at 3:54 PM
To: jeffwgu@gmail.com

Dear Jeffrey Gu,

This office has received and reviewed your complaint **2025-1291 against Toll Brothers Real Estate Inc.**  The Colorado Real Estate Commission is responsible for ensuring that licensees comply with the license law.

Although the license law is extensive, it does not encompass everything that a licensee might do or every dispute that a person might have with a licensee. Our role in the Enforcement Section is to investigate complaints and determine whether there is enough evidence to prove a violation. Our review of the information and materials provided does not suggest that a license law violation has taken place.

It does not appear that your concerns address a potential license law violation over which the Division of Real Estate has jurisdiction.  The Colorado Real Estate Commission has not previously determined that the formation and use of subsidiary entities disqualifies the homebuilder exemption.  The concerns referenced in your complaint are not addressed in the license law.   You may choose to contact legal counsel to determine other legal options that may be available.

Your complaint will be retained as a part of our records for one year. Should additional complaints of a similar nature be received from you or others, your complaint may again be reviewed, if appropriate.

Please be reminded that the Commission's action does not affect any civil remedies that may be available to you through a court of appropriate jurisdiction.

Thank you,

**Complaint Intake**
**Colorado Division of Real Estate**



P303.894.2166  I  F303.894.2683
1560 Broadway, Suite 925, Denver, CO 80202
dora.colorado.gov/dre

***Please take 60 seconds and tell us how we are doing***

# EXHIBIT 48

2023004043        1/23/2023 10:19 AM
PGS   2        $18.00     DF $72.67
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder  TD1000Y

HTC    **Order No.:** HS0810477

**Doc Fee:** $72.67

## SPECIAL WARRANTY DEED

**THIS DEED,** Made this 19th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jeffrey Gu, as Tenant in Severalty**

whose legal address is **5131 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS,** That the grantor(s), for and in consideration of the sum of **Seven Hundred Twenty-Six Thousand Seven Hundred Thirty-One And No/100 Dollars ($726,731.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 7, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Assessors No.: 39-174-12-134
> Pin/Schedule: 300516237

also known by street and number as **5131 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever.  The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: _____
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this _19_ day of
_January_ 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC,
a Delaware limited liability company General Partner

Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

# EXHIBIT 49

Arizona Corporation Commission - RECEIVED: 4/7/2023
Arizona Corporation Commission - FILED: 4/7/2023

AGE: 002 OF 007                                      23040709320495

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# ARTICLES OF AMENDMENT
# TO FOREIGN REGISTRATION STATEMENT

*Read the Instructions L017i*

1. **ENTITY NAME –** give the exact name of the LLC as currently shown in A.C.C. records:

   Toll Southwest LLC

## *CHECK THE BOX NEXT TO EACH CHANGE BEING MADE AND COMPLETE THE REQUESTED INFORMATION FOR THAT CHANGE.*

2. ☐ **LLC NAME CHANGE – NAME IN STATE OR COUNTRY OF FORMATION** (Foreign Name) – type or print the exact NEW name:

   _____

3. ☐ **LLC NAME CHANGE – NAME USED IN ARIZONA** (Entity Name) – type or print the exact NEW name. NOTE: If you are a Foreign Series LLC, the new name must have "series" in it:

   _____

4. ☐ **ENTITY TYPE CHANGE –** check one and follow instructions:
   NOTE: you may not change to or from a Foreign Series LLC.

   ☐ Changing to a PROFESSIONAL LLC – number 6 must also be completed.

   ☐ Changing to a NON-PROFESSIONAL LLC (professional LLC becoming a regular LLC).

5. ☐ **PROFESSIONAL SERVICES CHANGE –** list the NEW type of professional services the professional LLC will render:

   _____

6. ☐ **FOREIGN DOMICILE CHANGE –** list the NEW domicile state or country:

   _____

4/7/2023 9:05 AM  FROM: Fax   TO: 4-602-542-0900   PAGE: 003 OF 007        23040709320495

DocuSign Envelope ID: D8287284-CB2E-46A3-9DBB-915B5E5B726C

**7.** ☐ **PURPOSE / CHARACTER OF BUSINESS CHANGE** – state the NEW purpose or character of business:

_____

**8.** ☑ **MEMBERS CHANGE (CHANGE IN MEMBERS)** – _see Instructions L017i_ – if a change is being made with respect to one or more members, complete and attach the Amendment Attachment for Members form L044.  _The filing will be rejected if it is submitted without the attachment._

**9.** ☑ **MANAGERS CHANGE (CHANGE IN MANAGERS)** – _see Instructions L017i_ – if a change is being made with respect to one or more managers, complete and attach the Amendment Attachment for Managers form L043.  _The filing will be rejected if it is submitted without the attachment._

**10.** ☐ **MANAGEMENT STRUCTURE CHANGE** – _see Instructions L017i_ – check only one box below and follow instructions (all persons will be listed on the appropriate attachment form):

  ☐ CHANGING TO _MANAGER_-MANAGED LLC – complete and attach the Manager Structure Attachment form L040. _The filing will be rejected if it is submitted without the attachment._

  ☐ CHANGING TO _MEMBER_-MANAGED LLC – complete and attach the Member Structure Attachment form L041. _The filing will be rejected if it is submitted without the attachment._

---

**11.** ☐  **STATUTORY AGENT CHANGE – NEW AGENT APPOINTED** – _see Instructions L017i_:

| **11.1** REQUIRED – give the **name** (can be an individual or an entity) **and** **physical** **or street address** (not a P.O. Box) in Arizona of the NEW statutory agent: | **11.2** REQUIRED - Mailing address in Arizona of NEW Statutory Agent, if different from street address (can be a P.O. Box): ☐ Check box if same as street address. |
|---|---|
| Statutory Agent Name | |
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City · State · Zip | City · State · Zip |

**11.3** **REQUIRED** – the Statutory Agent Acceptance form M002 must be submitted along with these Articles of Amendment

---

**12.** ☐  **STATUTORY AGENT CHANGE – ADDRESS OF EXISTING STATUTORY AGENT –** complete 12.1 and 12.2:

| **12.1 NEW physical or street address** (not a P.O. Box) in Arizona of the existing statutory agent: | **12.2 NEW mailing address** in Arizona of the existing statutory agent (can be a P.O. Box): |
|---|---|
| Attention (optional) | Attention (optional) |
| Address 1 | Address 1 |
| Address 2(optional) | Address 2 (optional) |
| City · State · Zip | City · State · Zip |

4/7/2023 9:05 AM FROM: Fax  TO: 4-602-542-0900   PAGE: 004 OF 007        23040709320495

DocuSign Envelope ID: D8287284-CB2E-46A3-9DBB-915B5E5B726C

**13.** ☑  **PRINCIPAL ADDRESS CHANGE –** list the NEW address:

| 8767 E. Via de Ventura, #390 | | |
|---|---|---|
| Attention (optional) | | |
| | | |
| Address 1 | | |
| | | |
| Address 2 (optional) | | |
| Scottsdale | AZ | 85258 |
| City | State or Province | Zip |
| Country  UNITED STATES ▼ | | |

**14.** ☒  **JURISDICTION OF FORMATION INFORMATION:**

**14.1**  List the NEW Foreign LLC street address in jurisdiction of formation:

| | | |
|---|---|---|
| Attention (optional) | | |
| 3411 SILVERSIDE ROAD TATNALL BUILDING #104 | | |
| Address 1 | | |
| | | |
| Address 2 (optional) | | |
| WILMINGTON | DE | 19810 |
| City | State or Province | Zip |
| Country ▼ | | |

United States

**14.2**  List the NEW statutory agent in the jurisdiction of formation and the statutory agent's NEW street and mailing addresses.

Statutory agent name:    UNITED AGENT GROUP INC.

Street address in jurisdiction of formation:

| | | |
|---|---|---|
| Attention (optional) | | |
| 3411 SILVERSIDE ROAD TATNALL BUILDING #104 | | |
| Address 1 | | |
| | | |
| Address 2 (optional) | | |
| WILMINGTON | DE | 19810 |
| City | State or Province | Zip |
| Country  United States ▼ | | |

4/7/2023 9:05 AM  FROM: Fax   TO: 4-602-542-0900   PAGE: 005 OF 007                **23040709320495**

DocuSign Envelope ID: D8287284-CB2E-46A3-9DBB-915B5E5B726C

Mailing address in jurisdiction of formation:

| Attention (optional) | | | |
|---|---|---|---|
| 3411 SILVERSIDE ROAD TATNALL BUILDING #104 | | | |
| Address 1 | | | |
| | | | |
| Address 2 (optional) | | | |
| WILMINGTON | | DE | 19810 |
| City | | State or Province | Zip |
| Country | United States ▼ | | |

**15.** ☐  **AMENDMENT IN FOREIGN JURISDICTION** - if this amendment to the Foreign Registration
Statement was due to an amendment or restatement of the LLC's Articles in the foreign
domicile, you must attach a certified copy of that foreign amendment, and it must be dated
not more than 60 days prior to its delivery to the Arizona Corporation Commission.

**SIGNATURE:**  By checking the box marked "I accept" below, I acknowledge *under penalty
of law* that this document together with any attachments is submitted in
compliance with Arizona law.

☑ I ACCEPT

DocuSigned by:

_____        Kenneth J. Greenspan              4/06/2023
203B41A0FB8D4B3.
Signature                       Printed Name                      Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ■ I am an **individual** authorized to sign this document. | ☐ I am signing on behalf of an **entity** that is authorized to sign this document. |
|---|---|
| | |

**Expedited or Same Day/Next Day services are available for an additional fee – see Instructions or Cover sheet for prices.**

| Filing Fee: $25.00 (regular processing)<br>All fees are nonrefundable - see Instructions. | Mail:  Arizona Corporation Commission - Examination Section<br>        1300 W. Washington St., Phoenix, Arizona  85007<br>Fax (for Regular or Expedite Service ONLY): 602-542-4100<br>Fax (for Same Day/Next Day Service ONLY): 602-542-0900 |
|---|---|

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute.  You should seek private legal counsel for those matters that may pertain
to the individual needs of your business.  All documents filed with the Arizona Corporation Commission are **public record** and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

4/7/2023 9:05 AM  FROM: Fax  TO: 4-602-542-0900  PAGE: 006 OF 007

23040709320495

DocuSign Envelope ID: D8287284-CB2E-46A3-9DBB-915B5E5B726C

[ Clear Form ]                                              [ Print Form ]

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## AMENDMENT ATTACHMENT FOR MEMBERS

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   Toll Southwest LLC

2. **Check one box only to indicate what document the Attachment goes with:**

   ☐ Articles of Amendment    ☑ Articles of Amendment to Foreign Registration Statement

3. **MEMBERS CHANGE (CHANGE IN MEMBERS)** – Use one block per person:
   To REMOVE a member - list the name only of the member being removed and check "Remove member."
   To ADD a member - list the name and address of the member being added and check "Add member."
   To CHANGE ADDRESS only - list the name and NEW address and check "Address change."
   To CHANGE NAME of existing member - list the current name, then the NEW name, and check "Name change."
   If more space is needed, complete and attach the <u>Amendment Attachment for Members</u>.

| | |
|---|---|
| Toll Bros., Inc. <br> Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| 1140 Virginia Drive <br> Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Fort Washington    PA    19034 <br> City    State or Province    Zip | City    State or Province    Zip |
| UNITED STATES ▼ <br> Country | ▼ <br> Country |
| ☑ Address change   ☐ Add member <br> ☐ Name change   ☐ Remove member | ☐ Address change   ☐ Add member <br> ☐ Name change   ☐ Remove member |
| Name currently shown in ACC records | Name currently shown in ACC records |
| NEW Name | NEW Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City    State or Province    Zip | City    State or Province    Zip |
| Country | Country |
| ☐ Address change   ☐ Add member <br> ☐ Name change   ☐ Remove member | ☐ Address change   ☐ Add member <br> ☐ Name change   ☐ Remove member |

L044.004
Rev. 4/2020

Arizona Corporation Commission - Corporations Division
Page 1 of 1

4/7/2023 9:05 AM  FROM: Fax  TO: 4-602-542-0900  PAGE: 007 OF 007

23040709320495

DocuSign Envelope ID: D8287284-CB2E-46A3-9DBB-915B5E5B726C

[ Clear Form ]                                                        [ Print Form ]

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## AMENDMENT ATTACHMENT FOR MANAGERS

**1.  ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

Toll Southwest LLC

**2.  Check one box only to indicate what document the Attachment goes with:**

☐ Articles of Amendment      ☑ Articles of Amendment to Foreign Registration Statement

**3.  MANAGERS CHANGE (CHANGE IN MANAGERS) – Use one block per person -**
To REMOVE a manager - list the name only of the manager being removed and check "Remove manager."
To ADD  a manager - list the name and address of the manager being added and check "Add as manager."
To CHANGE ADDRESS only - list the name and NEW address and check "Address change."
To CHANGE NAME of existing manager - list the current name, then the NEW name, and check "Name change."
If more space is needed, complete and attach the Amendment Attachment for Managers.

| Richard T. Hartman | | | Robert Parahus | | |
|---|---|---|---|---|---|
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name | | | NEW Name 1140 Virginia Drive | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) Fort Washington | PA | 19034 |
| City | State or Province ▾ | Zip | City UNITED STATES ▾ | State or Province | Zip |
| Country | | | Country | | |
| ☐ Address change  ☐ Add as manager | | | ☐ Address change  ☑ Add as manager | | |
| ☐ Name change  ☒ Remove manager | | | ☐ Name change  ☐ Remove manager | | |

| Douglas C. Yearley, Jr. | | | Martin P. Connor | | |
|---|---|---|---|---|---|
| Name currently shown in ACC records | | | Name currently shown in ACC records | | |
| NEW Name 1140 Virginia Drive | | | NEW Name 1140 Virginia Drive | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) Fort Washington | PA | 19034 | Address 2 (optional) Fort Washington | PA | 19034 |
| City UNITED STATES ▾ | State or Province | Zip | City UNITED STATES ▾ | State or Province | Zip |
| Country | | | Country | | |
| ☑ Address change  ☐ Add as manager | | | ☑ Address change  ☐ Add as manager | | |
| ☐ Name change  ☐ Remove manager | | | ☐ Name change  ☐ Remove manager | | |

L043.004
Rev. 4/2020

Arizona Corporation Commission - Corporations Division
Page 1 of 1

# EXHIBIT 50

AZ Corp. Commission

06106715

ARIZONA CORP COMMISSION
FILED

OCT 2 4 2017

FILE NO. R 222 9S  pop

Clear Form                                                          Print Form

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# APPLICATION FOR REGISTRATION
# OF FOREIGN LIMITED LIABILITY COMPANY
*Please read Instructions L025I*

1. **ENTITY TYPE – check only one** to indicate the type of entity applying for registration:

    [X] LIMITED LIABILITY COMPANY      [ ] PROFESSIONAL LIMITED LIABILITY COMPANY

2. **NAME IN STATE OR COUNTRY OF FORMATION (FOREIGN NAME) –** enter the exact, true name of the foreign LLC:

    Toll Southwest LLC

3. **NAME TO BE USED IN ARIZONA (ENTITY NAME) –** identify the name the foreign LLC will use in Arizona by checking 3.1 *or* 3.2 (check only one), and follow instructions:

    3.1  [X]  **Name in state or country of formation**, with no changes or additions – go to number 4 and continue.

    3.2  [ ]  **Fictitious name –** check this if the foreign LLC's name in its state or country of formation is not available for use in Arizona or if that name does not contain an LLC identifier, and enter the name in number 3.3 below. **NOTE –** a resolution of the company adopting the fictitious name must be attached to and submitted with this form.

    3.3  **If you checked 3.2**, enter or print the name to be used in Arizona:

    _____

4. **PROFESSIONAL LIMITED LIABILITY COMPANY SERVICES –** if professional LLC is checked in number 1 above, describe the professional services that the professional LLC will provide (examples: law firm, accounting, medical):

    _____

5. **FOREIGN DOMICILE –** list the state or country in which the foreign LLC was formed:

    Delaware

6. **DATE OF FORMATION IN FOREIGN DOMICILE:** 7/29/2011

7. **PURPOSE OR GENERAL CHARACTER OF BUSINESS –** describe or state the purpose of the foreign LLC or the general character of the business it proposes to transact in Arizona:

    Serve as general partner of limited partnership

L025.001
Rev: 2010

AZ063 - 4/15/2015 Wolters Kluwer Online

Arizona Corporation Commission - Corporations Division
Page 1 of 3

**8. STATUTORY AGENT IN ARIZONA:**

| **8.1** REQUIRED – give the **name** (can be an individual or an entity) **and** *physical or street address* (not a P.O. Box) in Arizona of the statutory agent: | | | **8.2** OPTIONAL – Mailing address in Arizona of statutory agent, if different from street address (can be a P.O. Box): | | |
|---|---|---|---|---|---|
| C T Corporation System | | | | | |
| Statutory Agent Name (required) | | | | | |
| Attention (optional) | | | Attention (optional) | | |
| 3800 North Central Avenue, Suite 460 | | | | | |
| Address 1 | | | Address 1 | | |
| Address 2 (optional) | | | Address 2 (optional) | | |
| City Phoenix | State AZ | Zip 85012 | City | State | Zip |

**8.3** REQUIRED – the <u>Statutory Agent Acceptance</u> form M002 must be submitted along with this Application For Registration.

**9. PRINCIPAL OFFICE ADDRESS – FOREIGN DOMICILE STREET ADDRESS –** <u>*see Instructions L025I*</u> – give the **physical or street address** (not a P.O. Box) of the foreign LLC required to be maintained in its state of organization, or, if not so required, of the foreign LLC's statutory agent in its state or country of organization:

| The Corporation Trust Company | | |
|---|---|---|
| Attention (optional) Corporation Trust Center | | |
| Address 1 1209 Orange Street | | |
| Address 2 (optional) Wilmington | DE | 19801 |
| City | State or Province | Zip |
| Country UNITED STATES | | |

**10. OPTIONAL – ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

**10.1** Is the Arizona known place of business street address the same as the **street address** of the statutory agent?  ☐ Yes  – go to the next page and continue.
☐ No  – complete number 10.2 and continue.

**10.2** If you answered "no" to number 10.1, give the physical or street address (not a P.O. Box) of the known place of business of the LLC in Arizona:

| Attention (optional) | | |
|---|---|---|
| Address 1 | | |
| Address 2 (optional) | | |
| City | State or Province | Zip |
| Country | | |

**COMPLETE NUMBER 11 OR NUMBER 12 – NOT BOTH.**

11.    **MANAGER-MANAGED LLC** – *see Instructions L025I* – check this box ☒ if management of
the LLC is vested in a manager or managers, and complete and attach the <u>Manager Structure
Attachment form L040</u>. *The filing will be rejected if it is submitted without the attachment.*

12.    **MEMBER-MANAGED LLC** – *see Instructions L025I* – check this box ☐ if management of the
LLC is reserved to the members, and complete and attach the <u>Member Structure Attachment</u>
form L041. *The filing will be rejected if it is submitted without the attachment.*

13.    **SIGNATURE:**        By checking the box marked "I accept" below, I acknowledge *under penalty
of perjury* that this document together with any attachments is submitted in
compliance with Arizona law.

☒ I ACCEPT

Mark J. Warshauer                    10/20/17

Signature                                Printed Name                    Date

**REQUIRED** – check only one and fill in the corresponding blank if signing for an entity:

| ☐ I am the individual **Manager** of this manager-managed LLC **or** I am signing for an **entity manager** named: | ☐ I am a **Member** of this member-managed LLC **or** I am signing for an **entity member** named: | ☒ I am a duly **authorized agent** for this LLC. |
|---|---|---|

| Filing Fee: $150.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable - see instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the **minimum** provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

L025.001
Rev: 2010

Arizona Corporation Commission - Corporations Division
Page 3 of 3

AZ063 - 4/15/2015 Wolters Kluwer Online

Clear Form    Print Form

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# MANAGER STRUCTURE ATTACHMENT

1. **ENTITY NAME** – give the exact name of the LLC (foreign LLCs – give name in domicile state or country):

   Toll Southwest LLC

2. **A.C.C. FILE NUMBER** (If known):_____
   Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

3. **MANAGERS / MEMBERS** – give the name and address of each and every **manager** and list all
   **members who own 20% or more** of the profits or capital of the LLC. **Use one block per
   person.** Members who own less than 20% may also be listed, but it is not required. Check the
   appropriate box or boxes below each person listed - *do not check both member boxes.* If more
   space is needed, use another <u>Manager Structure Attachment</u> form.

| 1. Douglas C. Yearley, Jr. | 2. Richard T. Hartman |
|---|---|
| Name | Name |
| 250 Gibraltar Road | 250 Gibraltar Road |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Horsham — PA — 19044 | Horsham — PA — 19044 |
| City — State or Province — Zip | City — State or Province — Zip |
| UNITED STATES | UNITED STATES |
| Country | Country |
| ☒ Manager  ☐ 20% or more member  ☐ Less than 20% member | ☒ Manager  ☐ 20% or more member  ☐ Less than 20% member |
| 3. Martin P. Connor | 4. Toll Bros., Inc. |
| Name | Name |
| 250 Gibraltar Road | 250 Gibraltar Road |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| Horsham — PA — 19044 | Horsham — PA — 19044 |
| City — State or Province — Zip | City — State or Province — Zip |
| UNITED STATES | UNITED STATES |
| Country | Country |
| ☒ Manager  ☐ 20% or more member  ☐ Less than 20% member | ☐ Manager  ☒ 20% or more member  ☐ Less than 20% member |
| 5. | 6. |
| Name | Name |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional) |
| City — State or Province — Zip | City — State or Province — Zip |
| Country | Country |
| ☐ Manager  ☐ 20% or more member  ☐ Less than 20% member | ☐ Manager  ☐ 20% or more member  ☐ Less than 20% member |

L040.002
Rev: 2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

AZ076 - 04/29/2014 Wolters Kluwer Online

[Clear Form]                                                                                          [Print Form]

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

# STATUTORY AGENT ACCEPTANCE
*Please read Instructions M002I*

1. **ENTITY NAME** – give the **exact** name in Arizona of the corporation or LLC that has appointed the Statutory Agent (this must match exactly the name as listed on the document appointing the statutory agent, e.g., Articles of Organization or Article of Incorporation):

   Toll Southwest LLC

2. **STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be *either* an individual or an entity). *NOTE* - the name must match **exactly** the statutory agent name as listed in the document that appoints the statutory agent (e.g. Articles of Incorporation or Articles of Organization), including any middle initial or suffix:

   C T Corporation System

3. **STATUTORY AGENT SIGNATURE:**

   By the signature appearing below, the individual or entity named in number 2 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the appointing entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

   The person signing below declares and certifies *under penalty of perjury* that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

                                                      **ANN J. WILLIAMS**
                                                      **Assistant Vice President**

   _Ann J. Williams_                                                              10/24/2017
   Signature                                  Printed Name                        Date

**REQUIRED** – check only one:

| ☐ **Individual as statutory agent:** I am signing on behalf of myself as the individual (natural person) named as statutory agent. | ☒ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity. |
|---|---|

| Filing Fee:  none (regular processing) Expedited processing – not applicable. All fees are nonrefundable - see Instructions. | Mail: | Arizona Corporation Commission - Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona  85007 |
|---|---|---|
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute.  You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

M002.003
Rev: 8/2014

Arizona Corporation Commission – Corporations Division
Page 1 of 1

AZ073 - 03/24/2015 Wolters Kluwer Online

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TOLL SOUTHWEST LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF OCTOBER, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

5018070  8300

SR# 20176765521

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203451974

Date: 10-24-17