# EXHIBIT 51



Jeffrey Gu <jeffwgu@gmail.com>

---

**Helpful information about caring for your new home**

1 message

---

**Toll Brothers** <reply@emails.tollbrothers.com>                    Sat, Jan 28, 2023 at 11:17 AM
Reply-To: Toll Brothers <reply-fe9915737362057d70-111_HTML-242183367-7286224-91@emails.tollbrothers.com>
To: jeffwgu@gmail.com



💗 **LIVE:** Your New Home Journey

**Dear Jeffrey,**

Owning a brand-new home is exciting and we know you want to keep it looking its best for years to come.

Our online homebuying guide—Your New Home Journey—provides a simple home care and maintenance schedule you may follow to keep your home's features, systems, and structure in tip-top shape.

Your Home's Care and Maintenance

As always, your local team is available to help in any way they can.

Sincerely,

The The Ridge at Ward Station Sales Team

**Find a Home**    **Design Studio**    **Mortgage**    **Blog**    **MANAGE PREFERENCES**

Prices and offers subject to change without notice. This is not an offering where prohibited by law. Images are for representational purposes only and actual product may differ. See online or onsite sales consultants for details.

You are receiving our email because jeffwgu@gmail.com signed up to receive emails or because your organization has a business relationship with Toll Brothers, Inc. If you no longer want to receive our emails follow this link to UNSUBSCRIBE

Having trouble viewing this email? View in Browser



     

Toll Brothers, 1140 Virginia Drive, Fort Washington, PA 19034



# EXHIBIT 52



Jeffrey Gu <jeffwgu@gmail.com>

---

## How was your Toll Brothers Home Building Experience?

---

**Toll Brothers** <customersurvey@tollbrothersinc.com>    Tue, Jan 31, 2023 at 1:00 AM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>





**Toll Brothers Home Building Feedback**

**Congratulations on your new Toll Brothers Home.**

At Toll Brothers we are continuously looking for ways to improve our homes and our service. The link below will take you to a quick questionnaire about your home building experience. We are hopeful you will take a few minutes to complete it as feedback from our homeowners is critical in making us even better builders.

**Click here to provide feedback**

Sincerely,



Doug Yearley, CEO

Reply to this email if you would prefer to be contacted by phone. Please include your contact information as well as the best time to reach you.

     

**Find a Home    Design Center    Mortgage    Toll Talks**

---

Toll Brothers, Inc. · **1140 Virginia Drive, Fort Washington, Pennsylvania 19034** · 855.897.8655

# EXHIBIT 53

English

**ICANN** | L O O K U P (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

tollbrothersinc.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars. (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## Domain Information

**Name:** TOLLBROTHERSINC.COM

**Registry Domain ID:** 687783_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)
serverDeleteProhibited (https://icann.org/epp#serverDeleteProhibited)
serverTransferProhibited (https://icann.org/epp#serverTransferProhibited)
serverUpdateProhibited (https://icann.org/epp#serverUpdateProhibited)

**Nameservers:**
JASON.NS.CLOUDFLARE.COM
KATELYN.NS.CLOUDFLARE.COM

### Dates

**Registry Expiration:** 2025-12-07 05:00:00 UTC

**Updated:** 2024-11-05 09:05:36 UTC

**Created:** 1997-12-08 05:00:00 UTC

## Contact Information

### Administrative:

**Handle:** 687783_DOMAIN_COM-VRSN

**Name:** REDACTED REGISTRAR

**Mailing Address:** PA

**ISO-3166 Code:** US

**Contact Uri:** https://domains.markmonitor.com/whois/contact/tollbrothersinc.com (https://domains.markmonitor.com/whois/contact/tollbrothersinc.com)

*redacted for privacy:*
*some of the data in this object has been removed.*

### Registrant:

**Handle:** 687783_DOMAIN_COM-VRSN

**Name:** REDACTED REGISTRANT

**Organization:** Toll Brothers Inc.

**Mailing Address:** PA

**ISO-3166 Code:** US

**Contact Uri:** https://domains.markmonitor.com/whois/contact/tollbrothersinc.com (https://domains.markmonitor.com/whois/contact/tollbrothersinc.com)

*redacted for privacy:*
*some of the data in this object has been removed.*

### Technical:

**Handle:** 687783_DOMAIN_COM-VRSN

**Name:** REDACTED REGISTRAR

**Mailing Address:** PA

**ISO-3166 Code:** US

**Contact Uri:** https://domains.markmonitor.com/whois/contact/tollbrothersinc.com (https://domains.markmonitor.com/whois/contact/tollbrothersinc.com)

*redacted for privacy:*
*some of the data in this object has been removed.*

## Registrar Information

**Name:** Markmonitor Inc.

**IANA ID:** 292

**Abuse contact email:** abusecomplaints@markmonitor.com

**Abuse contact phone:** +1.2086851750

## DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/tollbrothersinc.com (https://rdap.verisign.com/com/v1/domain/tollbrothersinc.com)

**Last updated from Registry RDAP DB:** 2025-06-27T14:48:54Z

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/TOLLBROTHERSINC.COM (https://rdap.markmonitor.com/rdap/domain/TOLLBROTHERSINC.COM)

**Last updated from Registrar RDAP DB:** 2025-06-27T14:48:54Z

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed.

### Notices:

**Terms of Use**

By submitting an RDAP query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
(2) enable high volume, automated, or electronic processes that send queries,
data, or email to Markmonitor (or its systems) or the domain name contacts (or
its systems).
Markmonitor reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.
Markmonitor Domain Management(TM)
Protecting companies and consumers in a digital world.
Visit Markmonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220

https://www.markmonitor.com/legal/domain-management-terms-and-conditions (https://www.markmonitor.com/legal/domain-management-terms-and-conditions)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

☐ Youtube (https://www.youtube.com/icannnews)    ☐ Twitter (https://www.twitter.com/icann)    ☐ Linkedin (https://www.linkedin.com/company/icann)    ☐ Flickr (https://www.flickr.com/photos/icann)

☐ Facebook (https://www.facebook.com/icannorg)    ✉ Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)    " Community Wiki (https://community.icann.org/)

▭ ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**    **CONTACT US**    **ACCOUNTABILITY AND TRANSPARENCY**    **GOVERNANCE**    **HELP**    **DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.    Privacy Policy (https://www.icann.org/privacy/policy)    Terms of Service
(https://www.icann.org/privacy/tos)    Cookies Policy (https://www.icann.org/privacy/cookies)

# EXHIBIT 54


Jeffrey Gu <jeffwgu@gmail.com>

## [Request received] Garage door won't properly close

2 messages

---

**Toll Brothers** <customercare@tollbrothers.com>                    Thu, Aug 31, 2023 at 4:40 PM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

Hello Jeffrey,

Your service request (ID #1117319) has been received and will be reviewed by our Customer Care staff within the next 2 business days.

If you need to provide additional details, please reply to this email. Otherwise, you will hear from us soon.

Sincerely,

Toll Brothers Customer Care


[ZKNJP9-EYRXP]

---

**Madison Thomas (Toll Brothers)** <customercare@tollbrothers.com>                    Tue, Sep 5, 2023 at 10:30 AM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>


**Madison Thomas** (Toll Brothers Home Care)

Good morning,

We are in receipt of your Warranty Request that was submitted. Someone from our Warranty Department should be in contact with you shortly regarding this request.

Sincerely,


Madison Thomas

Toll Brothers Customer Care


[Quoted text hidden]

# EXHIBIT 55



Jeffrey Gu <jeffwgu@gmail.com>

---

## [Request received] Large amount of LVP bubbling/unevenness in 2 areas

---

**Toll Brothers** <customercare@tollbrothers.com>                    Thu, Dec 28, 2023 at 10:03 AM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

Hello Jeffrey,

Your service request (ID #1228317) has been received and will be reviewed by our Customer Care staff within the next 2 business days.

If you need to provide additional details, please reply to this email. Otherwise, you will hear from us soon.

Sincerely,

Toll Brothers Customer Care



[ZGK5K1-39D5P]

# EXHIBIT 56



Jeffrey Gu <jeffwgu@gmail.com>

---

## [Request received] Large amount of LVP bubbling/unevenness in 2 areas

---

**Nathaniel Emery (Toll Brothers)** <customercare@tollbrothers.com>
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

Thu, Feb 15, 2024 at 5:34 PM

---

    **Nathaniel Emery** (Toll Brothers Home Care)

Hello Jeffrey,

After careful review of your service request ID #1228317 we have determined that the item mentioned is beyond the scope of the warranty.

Although we are closing the ticket now, we can always reopen it after the discussion with your private inspector in Friday 2/16.

For comprehensive details of what's covered, refer to your warranty documents.

Thanks,


Toll Brothers Customer Care

[Quoted text hidden]

# EXHIBIT 57



Jeffrey Gu <jeffwgu@gmail.com>

## Re: On-Hold: Large cracks in slab

2 messages

**Nathaniel Emery (Toll Brothers)** <customercare@tollbrothers.com>          Tue, Mar 12, 2024 at 11:18 AM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>



**Nathaniel Emery** (Toll Brothers Home Care)

Hello Jeffrey,

In reviewing your request ID #1280827, we have determined that we need to place it on hold due to our trade partner's availability. For more information about service holds for trade partner availability, please see this article: On-Hold Service Requests.

We are working diligently to locate the right support for your service request, and will keep you apprised of any availability updates. Thank you for your understanding.

We are eager to find the support you need and get this matter resolved.

Respectfully,

Toll Brothers Customer Care



[0GK129-G4P60]

**Nathaniel Emery (Toll Brothers)** <customercare@tollbrothers.com>          Thu, Aug 15, 2024 at 4:48 PM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>



**Nathaniel Emery** (Toll Brothers Home Care)

Hello Jeffrey,

After careful review of your service request ID #1280827 we have determined that the item mentioned is beyond the scope of the warranty.

This article provides a summary of warranty coverage related to your request and may be helpful:
**[agents - please insert relevant article or delete paragraph]**

For comprehensive details of what's covered, refer to your warranty documents.

Thanks,

Toll Brothers Customer Care



[0GK129-G4P60]

# EXHIBIT 58

 Gmail

Jeffrey Gu <jeffwgu@gmail.com>

## [Request received] Garage door closes inconsistently

6 messages

**Toll Brothers** <customercare@tollbrothers.com>                    Mon, Apr 22, 2024 at 1:49 PM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

Hello Jeffrey,

Your service request (ID #1329205) has been received and will be reviewed by our Customer Care staff within the next 2 business days.

If you need to provide additional details, please reply to this email. Otherwise, you will hear from us soon.

Sincerely,

Toll Brothers Customer Care



[P3X5D1-J5J0N]

**Madison Thomas (Toll Brothers)** <customercare@tollbrothers.com>          Mon, Apr 22, 2024 at 2:37 PM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

 **Madison Thomas** (Toll Brothers Home Care)

Good afternoon,

We are in receipt of your Warranty Request that was submitted. Someone from our Warranty Department should be in contact with you shortly regarding this request.

Sincerely,


Madison Thomas

Toll Brothers Customer Care

---

[Quoted text hidden]

---

**Nathaniel Emery (Toll Brothers)** <customercare@tollbrothers.com>          Thu, Apr 25, 2024 at 4:44 PM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

 **Nathaniel Emery** (Toll Brothers Home Care)

Hello Jeffrey,

Your request requires an **[on -site inspection]** and or  **[warranty work]**. Can you please provide us with some dates and times that work for you?

Respectfully,

Toll Brothers Customer Care

---

[Quoted text hidden]

---

**Toll Brothers** <customercare@tollbrothers.com>          Mon, Apr 29, 2024 at 3:01 PM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

This is a polite reminder that we are awaiting your reply on your request ID #1329205. More information is below.

 **Nathaniel Emery** (Toll Brothers Home Care)

Hello Jeffrey,

Your request requires an **[on -site inspection]** and or  **[warranty work]**. Can you please provide us

with some dates and times that work for you?

Respectfully,

Toll Brothers Customer Care

---



**Madison Thomas** (Toll Brothers Home Care)

Good afternoon,

We are in receipt of your Warranty Request that was submitted. Someone from our Warranty Department should be in contact with you shortly regarding this request.

Sincerely,

Madison Thomas
Toll Brothers Customer Care

---



**Je!rey Gu**

Image

Attachment(s)
IMG_6005.heic

---



**Je!rey Gu**

The door semi-frequently needs to be manually closed. I hope we can get to the bottom of this problem, as it has happened throughout the last year.

[Quoted text hidden]

---

**Toll Brothers** <customercare@tollbrothers.com>                    Thu, May 2, 2024 at 12:01 PM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

This is a polite reminder that we are awaiting your reply on your request ID #1329205. More information is below:

 **Nathaniel Emery** (Toll Brothers Home Care)

Hello Jeffrey,

Your request requires an **[on -site inspection]** and or  **[warranty work]**. Can you please provide us with some dates and times that work for you?

Respectfully,

Toll Brothers Customer Care

[Quoted text hidden]

**Nathaniel Emery (Toll Brothers)** <customercare@tollbrothers.com>                Fri, May 3, 2024 at 11:44 AM
Reply-To: Toll Brothers <customercare@tollbrothers.com>
To: Jeffrey Gu <jeffwgu@gmail.com>

 **Nathaniel Emery** (Toll Brothers Home Care)

Hello Jeffrey,

We recently completed service for your request, **ID #1329205 Garage door closes inconsistently** . Please take a moment to acknowledge the work is complete by **clicking here** and selecting the green button. Hearing from you is an important step in our effort to provide exceptional service.

This acknowledgement is for a single item. You will receive separate emails for any other active service requests.

Thank you!

Toll Brothers Customer Care

[Quoted text hidden]

# EXHIBIT 59

Toll Brothers Inc                                                                    6/16/25
1140 Virginia Dr,
Fort Washington, PA 19034

CC:
United Agent Group Inc.
155 E. Boardwalk #490,
Fort Collins, CO 80525

Phone: (303) 708-0730

**RE: CDARA Notice of Claim – Structural Defects at 5131 Vivian St**

To Whom It May Concern:

Pursuant to the Colorado Construction Defect Action Reform Act (CDARA), this letter serves as formal notice of a claim regarding construction defects and associated damages at my residence located at **5131 Vivian St, Wheat Ridge, CO 80033**, which was constructed and sold by Toll Brothers Inc (NYSE: TOL).

## Description of Defects

I have identified multiple symptoms of structural failure that significantly impair the value, safety, and use of the home. These include but are not limited to the following:

- Bowing and deflection of the second-story flooring system near the kitchen island, powder bathroom, and elsewhere;
- Tenting of carpeting on the third-story near the laundry closet;
- A long, straight crack in the second floor ceiling, along the same axis as the tenting of the carpet;
- A door and doorframe increasingly out of alignment in a 3rd story bedroom;
- Significant cracking in the concrete of the garage;
- Numerous malfunctions of the tension garage door.

## Damages

As a direct result of the above, I have experienced or will experience the following, which is not an exhaustive list:

- Diminution in value of the residence, affecting tax payments, future resale, and insurability;
- Interference with intended use of the structure and garage;
- Interruption of normal leasing activity, as well as the need to issue rent concessions;
- Out-of-pocket expenses to investigate these conditions.

**Demand for Inspection and Cure**

As required under CDARA, I hereby demand that Toll Brothers inspect the property within the statutorily required time of this notice and provide a written offer to remedy the defects or otherwise resolve this matter. I will make the property available for reasonable inspection appointments by your designated personnel and/or any third parties you retain.

Please coordinate inspection logistics via email at jeffreygu@proffer.info and/or 720-593-1548. Any mail should be sent to Jeffrey Gu at 746 Country Club Ln, Fond du Lac, WI 54935.

**Reservation of Rights**

This Notice is not exhaustive of all claims or defects and does not constitute a waiver of any rights or remedies available under law, including but not limited to rights under the sales agreement, the Colorado Consumer Protection Act, or common law causes of action. I reserve the right to supplement this claim as further facts and documentation emerge.

Sincerely,


**Jeffrey Gu**

Partner, Proffer LLC

jeffreygu@proffer.info

# EXHIBIT 60

Toll Brothers Inc                                                    6/18/25
1140 Virginia Dr,
Fort Washington, PA 19034

CC:
United Agent Group Inc.
155 E. Boardwalk #490,
Fort Collins, CO 80525

Phone: (303) 708-0730

**RE: CDARA Notice of Claim – Horizontal Sliding Window Water Intrusion**

To Whom It May Concern:

Pursuant to the Colorado Construction Defect Action Reform Act (CDARA), this letter serves as formal notice of a claim regarding construction defects and associated damages at my residence located at **5131 Vivian St, Wheat Ridge, CO 80033**, which was constructed and sold by Toll Brothers Inc (NYSE: TOL).

**Horizontal Sliding Window Water Intrusion (Exterior Envelope Failure):**

The residence contains two large horizontal sliding windows, located on the 2nd and 3rd floors facing the back, which have exhibited water intrusion into the interior of the home. Specifically, during normal rain conditions, water penetrates the window assemblies and enters the conditioned space, indicating a failure of the window installation, sealing system, or surrounding framing and flashing. This condition constitutes a violation of industry standards for moisture protection and breaches the implied warranty of habitability and fitness for use. This defect exposes the home to ongoing moisture damage, including but not limited to wall system deterioration, microbial growth, and reduced thermal insulation performance.

**Demand for Inspection and Cure**

As required under CDARA, I hereby demand that Toll Brothers inspect the property within the statutorily required time of this notice and provide a written offer to remedy the defects or otherwise resolve this matter. I will make the property available for reasonable inspection appointments by your designated personnel and/or any third parties you retain.

Please coordinate inspection logistics via email at jeffreygu@proffer.info and/or 720-593-1548. Any mail should be sent to Jeffrey Gu at 746 Country Club Ln, Fond du Lac, WI 54935.

**Reservation of Rights**

This Notice is not exhaustive of all claims or defects and does not constitute a waiver of any rights or remedies available under law, including but not limited to rights under the sales

agreement, the Colorado Consumer Protection Act, or common law causes of action. I reserve
the right to supplement this claim as further facts and documentation emerge.

Sincerely,


**Jeffrey Gu**

Partner, Proffer LLC

jeffreygu@proffer.info

# EXHIBIT 61



# EXHIBIT 62



# EXHIBIT 63



Wed, Jan 15 at 3:15 PM



The crack seems to be longer and deeper

# EXHIBIT 64



Jeffrey Gu <jeffwgu@gmail.com>

## {Matter No.[BCP-25-05-017481]}{Gu, Jeffrey}Pennsylvania Office of Attorney General

1 message

**Murray, Brian** <bmurray@attorneygeneral.gov>                                  Wed, Jun 18, 2025 at 7:19 AM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>

Please see the attached document(s) related to the consumer complaint that you filed with the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.

Sincerely,

Pennsylvania Office of Attorney General
Bureau of Consumer Protection

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.  Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com

📄 **LTR20A - Complaint receipt acknowledgement_3837135.docx**
69K

# EXHIBIT 65

 Jeffrey Gu <jeffwgu@gmail.com>

---

**RE: EXT MAIL - The Ridge at Ward Station Structural Plans**

**Jeffrey Gu** <jeffwgu@gmail.com>
To: "David Sparks, S.E., P.E." <David.Sparks@feltengroup.com>

Hi David,

Just leaving this here for the record. I got off the phone with Mr. Matthews, who, while cordial, did not provide me with which Toll Brothers entity your company signed the contract to do work with. I was very clear
he only ever said "Toll Brothers".

-Jeffrey

On Wed, Jun 25, 2025 at 3:01 PM David Sparks, S.E., P.E. <David.Sparks@feltengroup.com> wrote:

Jeffrey,

It is always wise to get a second opinion.

**David Sparks, S.E., P.E.**

**Vice President of Research & Development**



Arizona
18325 North Allied Way, Suite 200 | Phoenix, AZ 85054
Office: 602-867-2500   Fax: 602-867-2503

Colorado
9025 East Mineral Circle, Suite 200 | Centennial, CO 80112
Office: 720-638-6355

Washington
23175 224th Pl SE Suite C | Maple Valley, WA 98038
Office: 425-531-7950

The information contained in this e-mail message is confidential and may be legally privileged and is intended only for the use of the individual or entity named above. If you are not an intended recipient or if you have received this message in error,
you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by return e-mail or telephone if the sender's phone number is listed above,
then promptly and permanently delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might negatively affect any computer system into which it is received and opened,
it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender or Felten Group, Inc.
for any loss or damage arising in any way in the event that such a virus or defect exists.
We report ALL Spam.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, June 25, 2025 1:51 PM
**To:** David Sparks, S.E., P.E. <David.Sparks@feltengroup.com>
**Subject:** Re: EXT MAIL - The Ridge at Ward Station Structural Plans

I understand, thank you David. While I would prefer to have your understanding of the initial question I answered, I will ask another civil engineer about what industry best practices are in that situation, which I

October 8, 2022 at 2:39:09 PM
13,467 of 31,328





On Wed, Jun 25, 2025 at 2:46 PM David Sparks, S.E., P.E. <David.Sparks@feltengroup.com> wrote:

Jeffrey,

We had an inspection team that was available for those services as additional services should the builder choose to contract for them.  We were not contracted for that type of work for your subdivision pertai
department as of October 2024.  So those services aren't even offered any longer.  Typically, the municipality provides strap and shear inspections or the builder will contract with a third party.

**David Sparks, S.E., P.E.**

**Vice President of Research &
Development**



Arizona
18325 North Allied Way, Suite 200 | Phoenix, AZ 85054
Office: 602-867-2500   Fax: 602-867-2503

Colorado
9025 East Mineral Circle, Suite 200 | Centennial, CO 80112
Office: 720-638-6355

Washington

23175 224th Pl SE Suite C | Maple Valley, WA 98038
Office: 425-531-7950

The information contained in this e-mail message is confidential and may be legally privileged and is intended only for the use of the individual or entity named above. If you are not an intended recipient or if you have received this message in error,
you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by return e-mail or telephone if the sender's phone number is listed above and
then promptly and permanently delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might negatively affect any computer system on which it is received and opened,
it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender or Felten Group, Inc.
for any loss or damage arising in any way in the event that such a virus or defect exists.
We report ALL Spam.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, June 25, 2025 1:41 PM
**To:** David Sparks, S.E., P.E. <David.Sparks@feltengroup.com>
**Subject:** Re: EXT MAIL - The Ridge at Ward Station Structural Plans

I see. Well, your company website states that "Our field staff walks framed structures to observe the construction for compliance with the engineered design."

Is this a normal service, or one that was specifically excluded in the contract with the Toll Brothers?

On Wed, Jun 25, 2025 at 2:36 PM David Sparks, S.E., P.E. <David.Sparks@feltengroup.com> wrote:

Jeffrey,

Structural construction documents with respect to the vertical and lateral loads.  For the post-tensioned slab, we performed tendon placement and stressing observations.

**David Sparks, S.E., P.E.**

**Vice President of Research & Development**



Arizona
18325 North Allied Way, Suite 200 | Phoenix, AZ 85054
Office: 602-867-2500   Fax: 602-867-2503

Colorado
9025 East Mineral Circle, Suite 200 | Centennial, CO 80112
Office: 720-638-6355

Washington
23175 224th Pl SE Suite C | Maple Valley, WA 98038
Office: 425-531-7950

The information contained in this e-mail message is confidential and may be legally privileged and is intended only for the use of the individual or entity named above. If you are not an intended recipient or if you have received this message in error,
you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by return e-mail or telephone if the sender's phone number is listed above and
then promptly and permanently delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might negatively affect any computer system on which it is received and opened,
it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender or Felten Group, Inc.
for any loss or damage arising in any way in the event that such a virus or defect exists.
We report ALL Spam.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, June 25, 2025 1:24 PM
**To:** David Sparks, S.E., P.E. <David.Sparks@feltengroup.com>
**Subject:** Re: EXT MAIL - The Ridge at Ward Station Structural Plans

Sure, I have another question then, of a different scope. Was your company only contracted to plan here, or did it also perform walks to confirm compliance?

On Wed, Jun 25, 2025 at 2:18 PM David Sparks, S.E., P.E. <David.Sparks@feltengroup.com> wrote:

Jeffrey,

You'll need to contact Toll.

**David Sparks, S.E., P.E.**

**Vice President of Research & Development**



Arizona
18325 North Allied Way, Suite 200 | Phoenix, AZ 85054
Office: 602-867-2500   Fax: 602-867-2503

Colorado
9025 East Mineral Circle, Suite 200 | Centennial, CO 80112
Office: 720-638-6355

Washington
23175 224th Pl SE Suite C | Maple Valley, WA 98038
Office: 425-531-7950

The information contained in this e-mail message is confidential and may be legally privileged and is intended only for the use of the individual or entity named above. If you are not an intended recipient or if you have received this message in error, you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by return e-mail or telephone if the sender's phone number is listed then promptly and permanently delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might negatively affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender or Felten Group, Inc. for any loss or damage arising in any way in the event that such a virus or defect exists.
We report ALL Spam.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, June 25, 2025 1:15 PM
**To:** David Sparks, S.E., P.E. <David.Sparks@feltengroup.com>
**Subject:** Re: EXT MAIL - The Ridge at Ward Station Structural  Plans

Hi David,

I am asking a technical question, not a warranty question, and you are the stamped engineer on the structural plans. Could you please comment?

-Jeffrey

On Wed, Jun 25, 2025 at 2:09 PM David Sparks, S.E., P.E. <David.Sparks@feltengroup.com> wrote:

Jeffrey,

You'll need to get ahold of your warranty rep at Toll Brothers because they are our client.

Thanks,

**David Sparks, S.E., P.E.**

**Vice President of Research & Development**



Arizona
18325 North Allied Way, Suite 200 | Phoenix, AZ 85054
Office: 602-867-2500   Fax: 602-867-2503

Colorado
9025 East Mineral Circle, Suite 200 | Centennial, CO 80112
Office: 720-638-6355

Washington
23175 224th Pl SE Suite C | Maple Valley, WA 98038
Office: 425-531-7950

The information contained in this e-mail message is confidential and may be legally privileged and is intended only for the use of the individual or entity named above. If you are not an intended recipient or if you have received this message in error,
you are hereby notified that any dissemination, distribution or copy of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by return e-mail or telephone if the sender's phone number is listed above,
then promptly and permanently delete this message. Although this email and any attachments are believed to be free of any virus or other defect that might negatively affect any computer system into which it is received and opened,
it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender or Felten Group, Inc.
for any loss or damage arising in any way in the event that such a virus or defect exists.
We report ALL Spam.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, June 25, 2025 12:56 PM
**To:** David Sparks, S.E., P.E. <David.Sparks@feltengroup.com>
**Subject:** EXT MAIL - The Ridge at Ward Station Structural Plans

  **IRONSCALES couldn't recognize this email as this is the first time you received an email from this sender jeffwgu @ gmail.com**

Hi David,

I was hoping to ask you about the structural plans for these townhomes. This is a somewhat specific question, but it will help me understand the planned design of these models.



Would the circled area on the right be a cross member that extends from the bathroom to the outer area continuously?

-Jeffrey

This email is from an EXTERNAL SOURCE, Do not click on links unless you were expecting this email. Contact Felten Group Administrator with questions.

# EXHIBIT 66



Jeffrey Gu <jeffwgu@gmail.com>

---

## The Ridge at Ward Station

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                    Tue, Jul 1, 2025 at 3:07 PM
To: Chris Ferguson <cferguson@tollbrothers.com>
Cc: Eric Lehman <elehman@tollbrothers.com>

Hi Chris and Eric,

From your silence, I'll have to assume both of you have been coached not to discuss employment with outside parties.

-Jeffrey

On Mon, Jun 30, 2025 at 4:34 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Chris,

You have indeed not responded. Seemingly you cannot answer this in an unambiguous manner, unfortunately.

Have you been coached to answer in this manner, or are you doing so under your own volition?

-Jeffrey

On Mon, Jun 30, 2025 at 4:29 PM Chris Ferguson <cferguson@tollbrothers.com> wrote:

Mr. Gu,

I have already made it clear I work for Toll Brothers. I am more than happy to assist you if you have any questions about your warranty or home. I will not be able to respond further regarding your questions about name of my employer, as I have already responded.

Regards,

**Christopher Ferguson**
Director, Production & Quality
Toll Brothers
Colorado
7100 Belleview Ave, Suite 200, Greenwood Village, CO 80111



©2025 FORTUNE Media IP Limited. All rights reserved. Used under license.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Saturday, June 28, 2025 9:33 AM
**To:** Eric Lehman <elehman@tollbrothers.com>
**Cc:** Chris Ferguson <cferguson@tollbrothers.com>
**Subject:** Re: The Ridge at Ward Station

Hi Mr. Lehman, I'm a concerned homeowner who bought a house at the Ridge at Ward Station. I've been trying to get an understanding of who employs Mr. Ferguson. Could you possibly share this, and who you work for as well? -Jeffrey On Fri, Jun

Hi Mr. Lehman,

I'm a concerned homeowner who bought a house at the Ridge at Ward Station. I've been trying to get an understanding of who employs Mr. Ferguson. Could you possibly share this, and who you work for as well?

-Jeffrey

On Fri, Jun 27, 2025 at 3:31 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Chris,

I'd like to ask again, who do you work for, the exact name please?

-Jeffrey

On Fri, Jun 27, 2025 at 1:48 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Chris,
>
> Admittedly, I do not feel it's a question a lawyer should need to answer. I am asking you
> who you work for, not who is on any contract documentation.
>
> -Jeffrey
>
> On Fri, Jun 27, 2025 at 1:42 PM Chris Ferguson <cferguson@tollbrothers.com> wrote:
>
>> Jeffrey,
>>
>> You would have the check your purchase agreement for the correct Toll entity. I'm not sure how else to
>> respond, I am not a lawyer.
>>
>> Did you have a question regarding your home that I can assist with?
>>
>> Regards,
>>
>> **Christopher Ferguson**
>> Director, Production & Quality
>> Toll Brothers
>> Colorado
>> 7100 Belleview Ave, Suite 200, Greenwood Village, CO 80111



FORTUNE WORLD'S MOST ADMIRED COMPANIES 10+ YEARS IN A ROW

©2025 FORTUNE Media IP Limited. All rights reserved. Used under license.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 10:11 AM
**To:** Chris Ferguson <cferguson@tollbrothers.com>
**Subject:** Re: The Ridge at Ward Station

Yes I am, I am the owner of 5131 Vivian St. Just for my understanding, do you mean "Toll Brothers Real Estate, Inc.", "Toll Brothers, Inc.", or "Toll Southwest LLC"? On Fri, Jun 27, 2025 at 11:04 AM Chris Ferguson

Yes I am, I am the owner of 5131 Vivian St. Just for my understanding, do you mean "Toll Brothers Real Estate, Inc.", "Toll Brothers, Inc.", or "Toll Southwest LLC"?

On Fri, Jun 27, 2025 at 11:04 AM Chris Ferguson <cferguson@tollbrothers.com> wrote:

> Jeffrey,
>
> I work for Toll Brothers. Are you reaching out regarding your home at Ward Station?
>
> Regards,
>
> **Christopher Ferguson**
> Director, Production & Quality
> Toll Brothers

Colorado
7100 Belleview Ave, Suite 200, Greenwood Village, CO 80111



©2025 FORTUNE Media IP Limited. All rights reserved. Used under license.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 9:55 AM
**To:** Chris Ferguson <cferguson@tollbrothers.com>
**Subject:** Re: The Ridge at Ward Station

Thank you, Chris. I have a clarifying question first, do you work for "Toll Brothers, Inc.", or with another company? -Jeffrey
On Fri, Jun 27, 2025 at 10:33 AM Chris Ferguson <cferguson@tollbrothers.com> wrote: Jeffrey, Thank

Thank you, Chris.


I have a clarifying question first, do you work for "Toll Brothers, Inc.", or with another company?


-Jeffrey


On Fri, Jun 27, 2025 at 10:33 AM Chris Ferguson <cferguson@tollbrothers.com> wrote:

> Jeffrey,

Thank you for reaching out. I'd be happy to look into any questions you may have, please feel free to send them my way.


Regards,


**Christopher Ferguson**
Director, Production & Quality
Toll Brothers
Colorado
7100 Belleview Ave, Suite 200, Greenwood Village, CO 80111



©2025 FORTUNE Media IP Limited. All rights reserved. Used under license.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 7:00 AM
**To:** Chris Ferguson <cferguson@tollbrothers.com>
**Subject:** The Ridge at Ward Station


Hello Mr. Ferguson, I have a few questions about the Ridge at Ward Station. Could I please send them over to you? - Jeffrey

Hello Mr. Ferguson,


I have a few questions about the Ridge at Ward Station. Could I please send

them over to you?

-Jeffrey

# EXHIBIT 67



MATTHEW CARE, ESQUIRE
ATTORNEY

DIRECT DIAL: (215) 938-8195
EMAIL: mcare@tollbrothers.com

July 9, 2025

**VIA EMAIL**
Brian Murray, Agent
Office of Attorney General
Bureau of Consumer Protection
1251 Waterfront Place, Mezzanine Level
Pittsburgh, Pennsylvania 15222
Email: bmurray@attorneygeneral.gov

      **Re:   Jeffrey Gu: BCP-25-05-017481**

Dear Mr. Murray:

      I am in-house counsel for Toll Brothers, Inc. and I am writing in response to your letter of June 18, 2025 transmitting the consumer Complaint made by Jeffrey Gu.

      We have reviewed the Complaint and disagree with the allegations made therein and advise that Toll obtained all the necessary permits relating to construction of the home. Moreover, we believe this complaint was improperly directed to your attention since the Complaint relates to a home in Colorado and the Complainant mentions they similarly directed the complaint to the Colorado Attorney General. Finally, the homeowner has provided Toll Brothers, Inc. with pre-litigation Notice of Claim relating this issue. Toll has requested an opportunity to inspect the home and while Toll disagrees with the allegations, Toll would welcome the opportunity to further discuss or evaluate issues with the Complainant if he would like.

      Please let me know if you have any questions.

      Sincerely,

      Matt Care

# EXHIBIT 68



Jeffrey Gu <jeffwgu@gmail.com>

---

## BCP-25-05-017481

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                    Tue, Jul 22, 2025 at 9:47 AM
To: "Murray, Brian" <bmurray@attorneygeneral.gov>

Thank you, Mr. Murray. I already have a copy of the July 17 letter, that is not the issue here.

In this July 21 email, Mr. Care provides no proof of a request for inspection on or prior to the July 9 letter to you and actually tries to avoid answering on that subject directly. He has been unwilling and/or unable to produce such proof for you, an agent of the government, for a week and a half despite multiple requests, so I suppose at least I'll conclude that he and/or the company never sent such a communication and thus lied in the initial communication with you. Notably they only started communicating on this matter after these requests for proof.

I just want to keep the record straight. If this is the extent of answers we will get from TB, I am okay with closing this file as I think I have what I need.

On Tue, Jul 22, 2025 at 9:34 AM Murray, Brian <bmurray@attorneygeneral.gov> wrote:

Good morning, Mr. Gu,

Please see the attached responses that I received from Toll Brothers.

Thanks,

## Brian Murray

Consumer Protection Agent

PA Office of Attorney General | Bureau of Consumer Protection

1251 Waterfront Place, Mezzanine Level

Pittsburgh, PA 15222



**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Monday, July 21, 2025 11:15 AM
**To:** Murray, Brian <bmurray@attorneygeneral.gov>

**Subject:** Re: [ EXTERNAL ] BCP-25-05-017481

Thank you, Mr. Murray. I just hope to ensure that the record is clear.

On Mon, Jul 21, 2025 at 11:06 AM Murray, Brian <bmurray@attorneygeneral.gov> wrote:

> Good morning, Mr. Gu,
>
> I requested this from them again, and will let you know if they provide a response.
>
> Thanks,
>
> Brian Murray
>
> Consumer Protection Agent
>
> PA Office of Attorney General l Bureau of Consumer Protection
>
> 1251 Waterfront Place, Mezzanine Level
>
> Pittsburgh, PA 15222
>
> 
>
> ---
>
> **From:** Murray, Brian
> **Sent:** Monday, July 21, 2025 11:03 AM
> **To:** 'Jeffrey Gu' <jeffwgu@gmail.com>
> **Subject:** RE: [ EXTERNAL ] BCP-25-05-017481
>
> Good morning, Mr. Gu,
>
> They have not provided that information to me.
>
> I will reach out to them and attempt to obtain those details.

Thanks,

Brian Murray

Consumer Protection Agent

PA Office of Attorney General | Bureau of Consumer Protection

1251 Waterfront Place, Mezzanine Level

Pittsburgh, PA 15222



**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, July 18, 2025 11:59 AM
**To:** Murray, Brian <bmurray@attorneygeneral.gov>
**Subject:** Re: [ EXTERNAL ] BCP-25-05-017481

Hi Mr. Murray,

Has Matt Care provided the date and time that Toll Brothers initially requested an inspection with me?

-Jeffrey

On Wed, Jul 16, 2025 at 9:51 AM Murray, Brian <bmurray@attorneygeneral.gov> wrote:

Good morning,

I've sent the response to them, and will reply if I receive a response.

Thanks,

Brian Murray

Consumer Protection Agent

PA Office of Attorney General l Bureau of Consumer Protection

1251 Waterfront Place, Mezzanine Level

Pittsburgh, PA 15222



**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, July 16, 2025 10:40 AM
**To:** Murray, Brian <bmurray@attorneygeneral.gov>
**Subject:** Re: [ EXTERNAL ] BCP-25-05-017481

Hi Mr. Murray,

Please note that Mr. Care's response does not at all describe when the company called.

I would like to again ask for evidence of a communication about this request for inspection on or before their July 9 letter.

-Jeffrey

On Wed, Jul 16, 2025 at 9:28 AM Murray, Brian <bmurray@attorneygeneral.gov> wrote:

> Mr. Gu,
>
> I just received this response right after I emailed them this morning.
>
> Thanks,
>
> Brian Murray
>
> Consumer Protection Agent
>
> PA Office of Attorney General l Bureau of Consumer Protection

1251 Waterfront Place, Mezzanine Level

Pittsburgh, PA 15222



**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, July 16, 2025 10:26 AM
**To:** Murray, Brian <bmurray@attorneygeneral.gov>
**Subject:** Re: [ EXTERNAL ] BCP-25-05-017481

I understand, thank you. I am curious to see what they say.

On Wed, Jul 16, 2025 at 9:23 AM Murray, Brian <bmurray@attorneygeneral.gov> wrote:

> Mr. Gu,
>
> I emailed them again requesting and update or response, and will provide you with any information that I receive from them.
>
> Thanks,
>
> Brian Murray
>
> Consumer Protection Agent
>
> PA Office of Attorney General l Bureau of Consumer Protection
>
> 1251 Waterfront Place, Mezzanine Level
>
> Pittsburgh, PA 15222



**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, July 16, 2025 10:16 AM
**To:** Murray, Brian <bmurray@attorneygeneral.gov>
**Subject:** Re: [ EXTERNAL ] BCP-25-05-017481

Hi Mr. Murray,

Since we have not heard back from Mr. Care and Toll Brothers Inc, I suppose we can conclude that they
did not actually do what they said.

I appreciate your help on this, just trying to keep the record clear.

-Jeffrey

On Tue, Jul 15, 2025 at 8:42 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Mr. Murray,

I suppose waiting 3 business days for this is sufficient in order to recover information that should have
already existed. Would it be possible to please reach out to Mr. Care again for it?

While someone did reach out to me at 3:45pm CT on July 10 about the property, this individual could
not identify the company they worked for, and as such I could not necessarily discuss with them
without this baseline of transparency.

-Jeffrey

On Thu, Jul 10, 2025 at 11:23 AM Murray, Brian <bmurray@attorneygeneral.gov> wrote:

Good afternoon,

I can send them your request for that information.  Do you want the request sent as the
emails that you have provided to me, or do you want to send another email to me asking
them this request specifically for me to send?

Thanks,

Brian Murray

Consumer Protection Agent

PA Office of Attorney General | Bureau of Consumer Protection

1251 Waterfront Place, Mezzanine Level

Pittsburgh, PA 15222



**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Thursday, July 10, 2025 12:21 PM
**To:** Murray, Brian <bmurray@attorneygeneral.gov>
**Subject:** Re: [ EXTERNAL ] BCP-25-05-017481

Hi Brian,

I assume that if they make a claim, they should be able to back it up. Would it be possible to request the aforementioned correspondence from them? If they cannot provide it, it reasonably means that their counsel was lying.

-Jeffrey

On Thu, Jul 10, 2025 at 11:19 AM Murray, Brian <bmurray@attorneygeneral.gov> wrote:

Good afternoon, Mr. Gu,

The only information that they provided to me was the letter that they sent as their response.

Thanks,

Brian Murray

Consumer Protection Agent

PA Office of Attorney General | Bureau of Consumer Protection

1251 Waterfront Place, Mezzanine Level

Pittsburgh, PA 15222



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Thursday, July 10, 2025 10:03 AM
**To:** Murray, Brian <bmurray@attorneygeneral.gov>
**Subject:** [ EXTERNAL ] BCP-25-05-017481

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Pennsylvania Office of Attorney General

Hi Mr. Murray,

I received your letter. Mr Care indicates that "Toll has requested an opportunity to inspect the home."

Did they provide proof of correspondence to you? Because to date I have not personally received anything on the matter.

-Jeffrey

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.  Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com

# EXHIBIT 69



MATTHEW CARE, ESQUIRE
ATTORNEY

DIRECT DIAL: (215) 938-8195
EMAIL: mcare@tollbrothers.com

July 17, 2025

**VIA OVERNIGHT MAIL AND EMAIL**
Jeffrey Gu
746 Country Club Ln
Fond du Lac, WI 54935
Email: jeffreygu@proffer.info

Re:    CDARA Notices for the Property Located at 5131 Vivian Street, Wheat Ridge,
CO 80033

Dear Mr. Gu:

I am in-house counsel for Toll Brothers, Inc. ("Toll") and I am writing in response to your CDARA Notices dated June 16, 2025 and June 18, 2025 relating to the property located at 5131 Vivian Street, Wheat Ridge, CO 80033 (your "Home").

I have had the opportunity to review your concerns with the local team.  Since closing on your Home, you have submitted 35 warranty tickets related to various items in your Home, of which Toll responded to all 35.  More specifically, related to the concerns raised in your June 16 CDARA Notice regarding cracks in the concrete slab of the garage, you submitted a warranty ticket to Toll on February 26, 2024.  Prior to that submission, you mentioned it on a separate warranty ticket related to the flooring on January 25, 2024.  Toll engaged CTL Thompson to inspect the concrete slab on July 2, 2024.  CTL did not find any structural concerns with the concrete slab cracks.  After careful review, Toll determined that the cracks were not covered under your Limited Warranty and closed the warranty ticket on August 15, 2024.  Also raised in your June 16 CDARA notice were your concerns with the flooring near the powder bathroom.  You submitted a warranty ticket to Toll on December 28, 2023 related to this claim, indicating there was a hump in the flooring.  The flooring installer also met with Toll's construction team and determined the hump was related to the expansion of the LVP under the weight of the pool table on the second floor.  Upon completion of both inspections, Toll determined the flooring issue was not covered under your Limited Warranty and closed the warranty ticket on August 16, 204.

Your June 18, 2025 CDARA Notice is related to "Horizontal Sliding Window Water Intrusion".  Toll does not have record of having received any warranty tickets related to this claim and is unaware of any issues you may be experiencing, other than what is outlined in your CDARA Notice.

As you know, you emailed Chris Ferguson on June 27, 2025 asking if you could send him questions about issues in your home.  Chris Ferguson replied to you on three separate occasions on June 27 and again on June 30 indicating he would be happy to assist in answering questions you may have; however, you refused to send him your questions until he told you who he works for.  Mr. Ferguson told you in each communication that he works for Toll Brothers, but you were not satisfied with his response.  I can only assume that the information you were trying to gather is which Toll Brothers entity employs Mr. Ferguson.  I understand there may be confusion as to

Jeffery Gu
July 16, 2025
Page 2 of 2
_____

whether Toll has offered to inspect the home again in addition to the previous inspections. To be clear, Toll is explicitly requesting permission to view any known issues in your home.

While I understand that Toll has verbally requested to inspect your Home, you have not been agreeable. Specifically, you indicated that you would not allow anyone in your home to inspect any purported defects, including telling Mr. Ferguson that he could not inspect your home unless he provided you with the name of the legal entity on his W2. You also refused to elaborate on any known issues. I would like to remind you that you are obligated under CDARA to provide reasonable access to your Home for inspection by Toll. Toll takes the claims raised in both CDARA Notices seriously and stands behind its product. Please consider this Toll's formal request to inspect your Home and the claims raised in both of your CDARA Notices. Please provide me with the dates in the next couple of weeks that Toll may access your Home to complete its inspection.

Additionally, I do not want this to be a letter writing campaign. To the extent there is a warrantable issue, Toll stands behind its warranty and standard of performance. Please contact me with your concerns and any questions.

Sincerely,

Matt Care

# EXHIBIT 70

☐ 100% ☐          ☐ ☐ ☐ ☐          *Search the website*          ☐

☐ *I need to...*          ☐

**FOR ATTORNEYS FOR THE PUBLIC CASES NEWS & MEDIA ABOUT**

*Quick Links*

**BROWSE RULES**
*Browse the rules that govern attorneys.*

**FILE A COMPLAINT**
*File a complaint against an attorney.*

**LOOK UP AN ATTORNEY**
*View an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**
*Search Supreme Court and Disciplinary Board Opinions.*

☐ Back to Search

# Care, Matthew Charles

*Public Information*

*Pending Proceedings*          *History*

**RECENT CASES**

*Search Supreme Court and Disciplinary Board Actions.*

| | |
|---|---|
| **Attorney ID:** | 322785 |
| **Current Status:** | Active |
| **Date of Admission:** | 10/18/2016 |
| **Employer:** | Toll Bros., Inc. |
| **Address:** | TOLL BROTHERS
1140 VIRGINIA DRIVE
FORT WASHINGTON, PENNSYLVANIA 19034 |
| **Country:** | UNITED STATES |
| **Telephone:** | (215) 630-6822 |
| **Fax:** | N/A |
| **County:** | MONTGOMERY |
| **District:** | District 2 |

**Professional Liability Insurance:**

I do not maintain professional liability insurance because I do not have private clients and have no possible exposure to malpractice actions (e.g. retired, full-time in-house counsel, prosecutor, full-time government counsel, etc.)



Pennsylvania Judicial Center
601 Commonwealth Ave, Suite 5600
P.O. Box 62625
Harrisburg, PA 17106-2625

Phone: 717.231.3380
Fax: 717.231.3381

**FOR ATTORNEYS**
Rules
Forms
Attorney Registration
Reinstatement
Pro Bono
Attorney Gateway
Update My Information
Successorship
Lawyer Well-Being
FAQs & Resources

**FOR THE PUBLIC**
File a Complaint
Look Up Attorney
FAQs & Resources

**CASES**
Pending Cases
Recent Cases
Conservatorships
Search Opinions
Case Research Collection
Upcoming Public Proceedings

**NEWS & MEDIA**
Newsletter Archives

**ABOUT**
Our Structure
The Discipline Process
The Reinstatement Process
Annual Report
Leadership
Contact Us

News letter Sign-up

Please enter your email address to sign up for the newsletter

**Email**

**SIGN UP !**

Follow us on Face
Follow us on Lin
Follow us on You
Follow us on Blu

©2007-2025 The Disciplinary Board of the Supreme Court of Pennsylvania.   Disclaimer   |   ADA Policy

# EXHIBIT 71

Jeffrey Gu <jeffreygu@proffer.info>

## Toll CDARA Response

**Matthew Care** <MCare@tollbrothers.com>                    Wed, Jul 30, 2025 at 1:11 PM
To: "Jeffrey Gu" <jeffreygu@proffer.info>
Cc: <ATURULL-TELLINGTON@tollbrothers.com>

Mr. Gu:

Thank you for the phone call just now. You informed me that you believe you have sent additional emails to me, which you further indicated that you would forward as I do not have them.

I again requested the opportunity to allow Toll to inspect. You stated that you are not in a position to allow Toll to inspect until additional, extraneous questions are answered notwithstanding the plain language of CDARA.

Best,

**Matt Care**
Litigation Attorney
Toll Brothers
1140 Virginia Drive, Fort Washington, PA 19034
Office: (215) 938-8195



**From:** Matthew Care
**Sent:** Friday, July 25, 2025 10:52 AM
**To:** Jeffrey Gu <jeffreygu@proffer.info>
**Cc:** Anna Turull <ATURULL-TELLINGTON@tollbrothers.com>
**Subject:** RE: Toll CDARA Response

Mr. Gu:

Thank you for your response. I can confirm for you that Chris Ferguson works for Toll Brothers. While I can understand your curiosity with respect to corporate formalities, the CDARA process does not include providing the information that you are requesting.

I am more than happy to facilitate an inspection so we may better understand your claims, should you wish to proceed. However, to date, you have refused to allow Toll to inspect your home, despite CDARA unequivocally granting that right to Toll.

Best,

**Matt Care**
Litigation Attorney
Toll Brothers
1140 Virginia Drive, Fort Washington, PA 19034
Office: (215) 938-8195



---

**From:** Jeffrey Gu <jeffreygu@proffer.info>
**Sent:** Thursday, July 24, 2025 4:00 PM
**To:** Matthew Care <MCare@tollbrothers.com>
**Cc:** Anna Turull <ATURULL-TELLINGTON@tollbrothers.com>
**Subject:** Re: Toll CDARA Response

Hi Mr. Care,

I appreciate your response. However, I'd like to clarify a few things before we proceed.


1) I understand that Mr. Chris Ferguson called me that day, ostensibly about the CDARA notice (though he never explicitly mentioned it). Could you or someone at your office please clarify what legal entity he works for?

2) The Certificate of Occupancy ambiguously shows "Toll Brothers" with the Colorado HQ address, but I understand the corporate HQ is in Pennsylvania. Could you please clarify what legal entity is signified by this name?

3) Could the company please provide evidence of the authority of Reginald Carveth to sign on behalf of Toll Southwest LLC?

Jeffrey Gu

Partner, Proffer LLC
720-593-1548

On Jul 17 2025, at 9:15 am, Matthew Care <MCare@tollbrothers.com> wrote:

# EXHIBIT 72



Jeffrey <jeffreyguwisconsin@gmail.com>

---

## Re: Toll CDARA Response

---

**Jeffrey** <jeffreyguwisconsin@gmail.com>                                Wed, Aug 6, 2025 at 10:25 AM
To: Matthew Care <MCare@tollbrothers.com>
Cc: Anna Turull <ATURULL-TELLINGTON@tollbrothers.com>

Hi Mr. Care,

I've never refused the offer for inspection, so I'd appreciate it if you did not mischaracterize the situation here.

You say you're the attorney for the seller of my home, which on my closing disclosure and deed states Toll Southwest LLC. Does that mean you are an attorney for Toll Southwest LLC? If so, please provide confirmation of this employment relationship.

If you feel we are going in circles, it is because of your obfuscation and refusal to answer these fundamental questions.

-Jeffrey

On Tue, Aug 5, 2025 at 11:15 AM Matthew Care <MCare@tollbrothers.com> wrote:

> Mr. Gu:
>
> We seem to be going in circles here. You submitted a statutory construction defect notice, which entitles the seller of your home (who I am an attorney for) to inspect. You have now refused three times.
>
> Unfortunately, your requests for information that is not pertinent to the CDARA process are unhelpful here. Toll desires to inspect, and, if there is a warrantable condition, remedy the same in accordance with the Limited Warranty. We want to ensure we are living up to our end of the Limited Warranty, but we cannot do that without your cooperation.
>
> Given that you have emailed and called numerous Toll employees (as well as Toll contractors and vendors), I think it prudent if we contain our conversation to the strictures of the statutory process. There is no waiver or admission intended by this response, and you should not take it as such.
>
> I will continue to refer to this email in future correspondence for Toll's response to questions unrelated to claimed defects.
>
> Please let me know when you are willing to follow the CDARA process.
>
> Best,

**Matt Care**
Litigation Attorney
Toll Brothers
1140 Virginia Drive, Fort Washington, PA 19034
Office: (215) 938-8195



---

**From:** Jeffrey <jeffreyguwisconsin@gmail.com>
**Sent:** Thursday, July 31, 2025 10:09 AM
**To:** Matthew Care <MCare@tollbrothers.com>
**Cc:** TURULL-TELLINGTON@tollbrothers.com
**Subject:** Re: Toll CDARA Response

Hi Mr. Care,

It appears that emails from my other gmail address are not being received, so here is another attempt to get this email to you:

Hi Mr. Care,

You know as well as I know that "Toll Brothers" is a brand, not a legal entity, so what you've provided is yet another non-answer. And while it might not be spelled out specifically in the CDARA process, proper entity

identification is a necessary prerequisite in order to ensure that the appropriate construction professional is providing or authorizing the repair and inspection.

I'll also add that not being specifically within the bounds of the CDARA process doesn't make the requested information irrelevant to the purchase as a whole, so I'd like to ask again for evidence of Reginald Carveth's authority to sign on behalf of Toll Southwest LLC. I'll take any further avoidance of responding with the requested evidence as evidence of its absence.

I do verily wish to proceed, but only once there is some good faith transparency with whom I am and have been interacting with, of which there has been none so far.

Jeffrey Gu

Partner, Proffer LLC
720-593-1548

# EXHIBIT 73



MATTHEW CARE, ESQUIRE
ATTORNEY

DIRECT DIAL: (215) 938-8195
EMAIL: mcare@tollbrothers.com

August 8, 2025

**VIA REGISTERED MAIL AND EMAIL**
Jeffrey Gu
746 Country Club Ln
Fond du Lac, WI 54935
Email:  jeffreygu@proffer.info

   **Re: Cease & Desist**

Mr. Jeffrey Gu:

  As you know, I am an attorney for Toll Brothers and its affiliated entities. It has recently come to our attention that you have created at least seven entities in Colorado using the Toll Brothers name or are named substantially similar to established Toll Brothers entities. We cannot think of any legitimate reason for you to create these entities except to create confusion, engage in misleading conduct, create havoc, or other nefarious/illegal reasons.

  The unlawful entities you have created include, but are not limited to:

  **Toll Brothers LLC** (SOS ID 20251788593; formed 22 Jul 2025)
  **TB Proprietary Corp LLC** (SOS ID 20251788617 formed 22 Jul 2025)
  **Toll Architecture LLC** (SOS ID 20251788662; formed 22 Jul 2025)
  **Toll Holdings LLC** (SOS ID 20251788793; formed 22 Jul 2025)
  **TB Proprietary Corp.** (SOS ID 20251789773; formed 22 Jul 2025)
  **Toll Architecture, Inc** (SOS ID 20251789796; formed 22 Jul 2025)
  **Toll Brothers, Inc** (SOS ID 20251789813; formed 22 Jul 2025)

  Your creation of these (and any other Toll Brothers related) entities violates federal and state unfair competition laws. Toll demands you immediately dissolve the above entities and cease and desist from any further use of the Toll Brothers name or trademark in a manner that is false, misleading or likely to cause confusion. Please immediately:

1. Inform us, in writing, of any actions you have taken with any entity that you formed that includes "Toll Brothers" "Toll" "TB" or other similar names that utilize Toll Brothers' intellectual property.
2. Dissolve the entities.
3. Cease and desist any further use of Toll Brothers' name or intellectual property.
4. Provide written assurance that you will cease your wrongful conduct and will cease the unauthorized use of the Toll Brothers name and intellectual property.

  Please provide written assurance of the above within five business days.  And please be advised we intend to file a report of fraudulently registered business names with the Colorado Secretary of State and applicable authorities. Toll takes these matters extremely seriously and will pursue legal action if necessary to protect its rights.  Toll reserves all rights.

Jeffery Gu
August 8, 2025
Page 2 of 2
_____

Sincerely,

Matt Care

# EXHIBIT 74

                                                    Jeffrey Gu <jeffwgu@gmail.com>

---

## Toll Brother Inc Contractor Info

---

Renee Meriaux <RMeriaux@ci.wheatridge.co.us>                    Tue, Jul 1, 2025 at 10:17 AM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: Gerald Dahl <gdahl@mdbrlaw.com>, Steve Peck <SPeck@ci.wheatridge.co.us>, Lauren Mikulak
<lmikulak@ci.wheatridge.co.us>

Mr. Gu:

I recognize you are in the process of researching what entities might be responsible for the conditions observed in
on your property, and I respect that. However, be advised that the City is not required to assist in that research,
other than to respond to public records requests, each of which must be on the form you have been given. By this
message I am informing you that I will not continue to follow up on your questions as you pursue your efforts vid-
s-vis the contractors/builders. I will, though, respond to CORA requests as they are received. As to this last, if you
send the form, I will be able to respond.

Renee

**Renee Meriaux CBO MCP CASp**
**Chief Building Official**
**rmeriaux@ci.wheatridge.co.us**
**Phone: 303-235-2803**
**www.ci.wheatridge.co.us**
**7500 W. 29th Ave.**
**Wheat Ridge, CO 80033-8001**

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop, for permitting,
licensing, and inspections.  In 2025 and beyond, all permit applications and contractor licenses will be
submitted and processed in the new OpenGov permit portal.  Visit the city website for more information
on building permits and right-of-way permits.



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Monday, June 30, 2025 3:11 PM
**To:** Renee Meriaux <RMeriaux@ci.wheatridge.co.us>
**Cc:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: Toll Brother Inc Contractor Info

   **Caution:** This email originated from outside the organization. Do not click links or open attachments unless you
   recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

Hi Renee,

Could you please send me the records you have on that being the DBA name of Toll Southwest LLC?

-Jeffrey

On Mon, Jun 30, 2025 at 3:48 PM Renee Meriaux <RMeriaux@ci.wheatridge.co.us> wrote:

Good Afternoon Mr. Gu,

1. Yes, we accepted this COI as Toll Brothers is a DBA of Toll Southwest, LLC
2. We do not regulate SOS requirements.

Renee

**Renee Meriaux CBO MCP CASp**
**Chief Building Official**
**rmeriaux@ci.wheatridge.co.us**
**Phone: 303-235-2803**
**www.ci.wheatridge.co.us**
**7500 W. 29th Ave.**
**Wheat Ridge, CO 80033-8001**

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop, for
permitting, licensing, and inspections.  In 2025 and beyond, all permit applications and contractor
licenses will be submitted and processed in the new OpenGov permit portal.  Visit the city website for
more information on building permits and right-of-way permits.



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 2:56 PM
**To:** Renee Meriaux <RMeriaux@ci.wheatridge.co.us>
**Cc:** Steve Peck <SPeck@ci.wheatridge.co.us>; Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: Toll Brother Inc Contractor Info

**Caution:** This email originated from outside the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank
you.

I'm not asking about if you regulate if businesses are registered or not. I'm asking if you'd approve a contractor if

A) does not list the same business name as on the COI
B) is not even registered with the SOS?

On Fri, Jun 27, 2025 at 3:54 PM Renee Meriaux <RMeriaux@ci.wheatridge.co.us> wrote:

You will be receiving the COI shortly in response to your CORA request and Toll is listed as
the insured on the certificate.

We do not regulate is the business is registered with the State.

**Renee Meriaux CBO MCP CASp**
**Chief Building Official**
**rmeriaux@ci.wheatridge.co.us**
**Phone: 303-235-2803**
**www.ci.wheatridge.co.us**

**7500 W. 29th Ave.**
**Wheat Ridge, CO 80033-8001**

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop, for permitting, licensing, and inspections.  In 2025 and beyond, all permit applications and contractor licenses will be submitted and processed in the new OpenGov permit portal.  Visit the city website for more information on building permits and right-of-way permits.



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 2:51 PM

**To:** Renee Meriaux <RMeriaux@ci.wheatridge.co.us>
**Cc:** Steve Peck <SPeck@ci.wheatridge.co.us>; Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: Toll Brother Inc Contractor Info

   **Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

And to be more clear, I would like to understand, given that the company "Toll Brothers" is not registered under the SOS or even named as the insured in the COI, would it be allowed it to operate if it provided essentially these same documents again?

On Fri, Jun 27, 2025 at 3:18 PM Renee Meriaux <RMeriaux@ci.wheatridge.co.us> wrote:

Thank you for the clairfication

**Renee Meriaux CBO MCP CASp**
**Chief Building Official**
**rmeriaux@ci.wheatridge.co.us**
**Phone: 303-235-2803**
**www.ci.wheatridge.co.us**
**7500 W. 29th Ave.**
**Wheat Ridge, CO 80033-8001**

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop, for permitting, licensing, and inspections.  In 2025 and beyond, all permit applications and contractor licenses will be submitted and processed in the new OpenGov permit portal.  Visit the city website for more information on building permits and right-of-way permits.



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 2:13 PM
**To:** Renee Meriaux <RMeriaux@ci.wheatridge.co.us>
**Cc:** Steve Peck <SPeck@ci.wheatridge.co.us>; Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: Toll Brother Inc Contractor Info

Caution: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

I think Mr Dahl could understand what I'm referring to.

While "Toll Brothers" could be a DBA name, I have not been able to find it in SOS records. Moreover, I do believe the insured name on the COI should match the contracting entity, or else it's legally meaningless.

On Fri, Jun 27, 2025 at 3:11 PM Renee Meriaux <RMeriaux@ci.wheatridge.co.us> wrote:

Good Afternoon Mr. Gu.

What exact information are you asking I'm not sure -

Are you asking to see a copy of Toll Brothers Certificate of Insurance? Yes please submit that as a CORA request.

Not sure what you mean by "The company "Toll Brothers" is not registered here in Colorado. While some longer versions of this may exist, it exactly does not."

Thanks

**Renee Meriaux CBO MCP CASp**
**Chief Building Official**
**rmeriaux@ci.wheatridge.co.us**
**Phone: 303-235-2803**
**www.ci.wheatridge.co.us**
**7500 W. 29th Ave.**
**Wheat Ridge, CO 80033-8001**

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop, for permitting, licensing, and inspections.  In 2025 and beyond, all permit applications and contractor licenses will be submitted and processed in the new OpenGov permit portal.  Visit the city website for more information on building permits and right-of-way permits.



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 2:08 PM
**To:** Steve Peck <SPeck@ci.wheatridge.co.us>
**Cc:** Gerald Dahl <gdahl@mdbrlaw.com>; Renee Meriaux <RMeriaux@ci.wheatridge.co.us>
**Subject:** Re: Toll Brother Inc Contractor Info

Caution: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

Also, I'd like to point out that I was not inquiring about obtaining information on my first email. I was asking the city to analyze the information it has on file, which is likely the same provided to the town of Superior.

On Fri, Jun 27, 2025 at 2:51 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Sure fair enough. Superior was faster in getting it to me, but we can confirm if Wheat Ridge has the same

info on file.

On Fri, Jun 27, 2025 at 2:41 PM Steve Peck <SPeck@ci.wheatridge.co.us> wrote:

Mr. Gu,

While I can't comment on information received from different jurisdictions, I would
ask that your requests for public information be submitted using the CORA form that
you've already used in the past.

Thanks,

**Steven Peck, CBO, MCP**
Deputy Building Official
Office Phone:  303-231-1331

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop,
for permitting, licensing, and inspections.  In 2025 and beyond, all permit applications and
contractor licenses will be submitted and processed in the new OpenGov permit portal.  Visit
the city website for more information on building permits and right-of-way permits.



---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 27, 2025 1:28 PM
**To:** Steve Peck <SPeck@ci.wheatridge.co.us>; Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Toll Brother Inc Contractor Info

**Caution:** This email originated from outside the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe. Report any suspicious activities to
the IT Division. Thank you.

Hi Steve,

I obtained this permitting info from the Town of Superior. There are a few confusing things here I hope
the city could clear up:

1) The license company name does not match the insured name on the COI.
2) The company "Toll Brothers" is not registered here in Colorado. While some longer versions of this
may exist, it exactly does not.

Could the city please clarify these matters?

-Jeffrey

# EXHIBIT 75



# CITY OF WHEAT RIDGE

Building Division
7500 W 29TH AVE
WHEAT RIDGE CO 80033-8001 (303)235-2855

## Contractor's License # - 190246

```
TOLL BROTHERS                          Bus Phone: (720)537-4011
PUBLIC                                        Fax:
10 INVERNESS DR E
ENGLEWOOD CO 80112
```

```
Type of License                     Expires On    Amount
---------------------------------- ----------- --------
Class 2 - Limited Construction       10/31/2025   125.00
  Persons to pull permits:  Eric Lehman Chris Ferguso
  n Andrea Brandow Jermie Langer Kyle Neumann
```

_____
Chief Building Official     10/14/2024

# EXHIBIT 76



Jeffrey Gu <jeffwgu@gmail.com>

---

## Building plan CORA request

---

**Gerald Dahl** <gdahl@mdbrlaw.com>                                    Wed, Jun 25, 2025 at 1:41 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: Renee Meriaux <rmeriaux@ci.wheatridge.co.us>

I am informed the City will reach out to the professionals under the protocol it uses for that purpose. The City was the victim of a sophisticated Russian cyberattack which affected quite a lot of data, so be assured the City did not "lose" that data. The staff will be in touch with you when they have gone through the protocol with the professionals who stamped plans.

Gerald E. Dahl

Murray Dahl Beery & Renaud LLP

710 Kipling Street Suite 300

Lakewood CO  80215

gdahl@mdbrlaw.com

Direct:  303-493-6686

Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, June 25, 2025 8:35 AM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: Building plan CORA request

EXTERNAL

Hello Mr. Dahl,

I had a fruitful conversation with the CBO and the deputy on Monday. I have not been able to get the structural diagrams from the builder or the engineering company, so I would appreciate it if the city could come to a determination on releasing the diagrams for a different building.

As you probably understand, the city lost the digital versions of the plans for my building, so I believe it would be fair to provide me one that shows the same model of home.

-Jeffrey

On Fri, Jun 20, 2025 at 3:25 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

I understand, thank you Mr. Dahl.

On Fri, Jun 20, 2025 at 3:19 PM Gerald Dahl <gdahl@mdbrlaw.com> wrote:

Mr. Gu,

Your message received. I will need to check with the city on the specific facts here. Someone will respond to you.

Gerald E. Dahl

Murray Dahl Beery & Renaud LLP

710 Kipling Street Suite 300

Lakewood CO  80215

gdahl@mdbrlaw.com

Direct:  303-493-6686

Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, June 20, 2025 8:59 AM
**To:** gdahl@ci.co.wheatridge.us; Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Building plan CORA request

EXTERNAL

Hi Mr. Dahl,


I'm currently working with the Wheat Ridge Building Department to obtain framing plans for my own home as well as for a few nearby homes built under the same model by the same builder. While the department has been helpful in providing documents for my own property, I was informed they may be unable to release plans for the other addresses—even with redactions.


To be clear, I am not requesting proprietary reuse or republication of these plans—only to view the publicly approved framing layouts as part of an effort to assess possible deviations in my own home's construction. I'm more than willing to accept redacted versions that exclude personally identifying or builder-sensitive details.


Given that these plans were submitted and approved as part of the public permitting process, can you clarify whether it is permissible to release redacted framing plans for these other addresses under CORA or another disclosure standard?


I'd appreciate your guidance on whether the department has legal flexibility to provide these records with appropriate safeguards in place.


-Jeffrey

# EXHIBIT 77



Jeffrey Gu <jeffwgu@gmail.com>

---

## FW: Online Form Submittal: Public Information Request Form (C.O.R.A)

17 messages

---

**Margy Greer** <MGreer@ci.wheatridge.co.us>                    Tue, Jul 1, 2025 at 2:28 PM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>

Hello –

This is the link we use to verify -

https://www.sec.gov/edgar/search/#/ciks=0000794170&entityName=Toll%2520Brothers%252C%2520Inc.%2520(TOL)%2520(CIK%25200000794170)

Thank you

**Margy Greer**

Senior Deputy City Clerk

Administrative Services

7500 W. 29th Avenue

Wheat Ridge, Colorado 80033

Office Phone:  (303) 235-2996

www.ci.wheatridge.co.us



CONFIDENTIALITY NOTICE: This e-mail contains business-confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.  Thank you.

**From:** no-reply@ci.wheatridge.co.us <no-reply@ci.wheatridge.co.us>
**Sent:** Monday, June 30, 2025 11:09 PM
**To:** City Clerk <CityClerk@ci.wheatridge.co.us>; Robin Eaton <reaton@ci.wheatridge.co.us>; Margy
Greer <MGreer@ci.wheatridge.co.us>
**Subject:** Online Form Submittal: Public Information Request Form (C.O.R.A)

## Public Information Request Form (C.O.R.A)

**Please list specifically what documents you want reproduced. Allow three (3) working days for a search of the records. Per the State of Colorado Open Records Act (C.R.S. 24- 72-203), if the request is substantially large, an extension of seven (7) working days is permitted. You will be notified prior to the three (3) days of any extension and all estimated costs.**

**If you need copies of Police Records or Accident Reports please go to https://www.ci.wheatridge.co.us/467/Police-Records**

**Please note you will need to go to either West Metro, Arvada Fire or Fairmont Fire Districts for Fire Department records and to CO Dept. Of Health for HazMat or underground tank inquiries.**

| | |
|---|---|
| Name | Jeffrey Gu |
| Email Address | jeffwgu@gmail.com |
| Phone Number | 7205931548 |
| Address 1 | 5131 Vivian St |
| Address 2 | *Field not completed.* |
| City | Wheat Ridge |

| State | CO |
| --- | --- |

| Zip | 80033 |
| --- | --- |

| Describe in detail the records you are requesting | All documentation the City of Wheat Ridge relied on to confirm that 'Toll Brothers' was a registered DBA of Toll Southwest LLC at the time permits were issued and the Certificate of Occupancy was approved, around 2020 and after. |
| --- | --- |

| Are you needing an ADA Accessible Document? | No |
| --- | --- |

## Fees

Fees for copying, research, retrieval, and redaction involved in Public Information Requests are assessed per C.R.S. 24-72-203.

• Copies are $.25 each after the first 10 copies

• Certified copies are $2.00 each

• Research & Retrieval $41/hour after the first hour (15-minute increments)

It is the City's policy, in the context of requests for a large quantity of records, to require a deposit of 50% of the cost estimate as an affirmation of the party's willingness to proceed with the records request and pay the costs thereof.

• Information transfer to Computer Media $30.00 each

• Video DVD or Audio CD $30.00 each

• Postage & Packaging for Mailing are Actual Costs

 Fees for other types of information requests will be assessed based on the City's cost to copy or reproduce the requested item

| Acknowledgement of Fees | I acknowledge that there may be fees associated with the records I am requesting. |
| --- | --- |

Email not displaying correctly? View it in your browser.

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                      Tue, Jul 1, 2025 at 2:31 PM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

Can you please verify if this is standard protocol in how the City verifies commercial entities?

-Jeffrey
[Quoted text hidden]

---

**Gerald Dahl** <gdahl@mdbrlaw.com>                                     Sat, Jul 5, 2025 at 8:51 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

Mr. Gu,


I am not involved in that process.


Gerald E. Dahl

Murray Dahl Beery & Renaud LLP

710 Kipling Street Suite 300

Lakewood CO  80215

gdahl@mdbrlaw.com

Direct:  303-493-6686

Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which
may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that

any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Tuesday, July 1, 2025 12:32 PM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Fwd: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)


EXTERNAL

[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                      Mon, Jul 7, 2025 at 12:22 PM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

I have a favor to ask. Could you or the City request the document from "that company" that delegates authority from Toll Bros, Inc. to individuals acting on behalf of Toll Southwest LLC?

Toll Southwest LLC is a manager-run LLC, according to this Arizona-submitted corporate document. Given this, one of the managers could provide delegation authority to outsiders, or the single member (Toll Bros, Inc.) could if it's allowed to in its operating agreement. Bottom line, they should have a delegation of authority somewhere.

I could ask, but they're not going to give a lowly homeowner this document, even if it has substantial legal meaning. The City has a stake in verifying it, too, I believe.

-Jeffrey
[Quoted text hidden]

 **Toll Southwest 2017.pdf**
1816K

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                      Wed, Jul 9, 2025 at 11:12 AM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

I'm just circling back to see if the City could help on clarifying this matter.

-Jeffrey
[Quoted text hidden]

---

**Gerald Dahl** <gdahl@mdbrlaw.com>                                     Wed, Jul 9, 2025 at 1:05 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

I am sorry that I cannot help.

[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                         Wed, Jul 9, 2025 at 1:19 PM
To: Gerald Dahl <gdahl@mdbrlaw.com>

I understand, Mr. Dahl. I just want to confirm, you cannot help despite the City itself signing an SIA agreement with the
entity? This is not just an individual homeowner matter, and I have attached the said agreement, signed in 2019.

[Quoted text hidden]

 **Wheat Ridge Toll Agreement 2019069061.pdf**
1598K

---

**Gerald Dahl** <gdahl@mdbrlaw.com>                                        Thu, Jul 10, 2025 at 1:14 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

Mr. Gu,


I understand your desire to research the Toll Bros entity. The work under this SIA is complete, the City has no need
to enquire, and I must decline to research on your behalf.

[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                         Thu, Jul 10, 2025 at 1:17 PM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

I must remind you that it is not only on my behalf, it is also on behalf of the other households who relied on the due
diligence of the City when buying property in this subdivision.

Could you please clarify why the City views this as a matter unique to me, rather than one implicating broader public
reliance and potential exposure?

-Jeffrey
[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                         Thu, Jul 10, 2025 at 2:29 PM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

I would again like to confirm. You and the City are refusing to send a verification letter to Toll Brothers, Inc., despite,
essentially, my allegation of fraud?

Again, my stance is very clear. The City and various homeowners signed documents where the Toll Southwest LLC
signatory may not have had clear authority to do so.

-Jeffrey
[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                         Fri, Jul 11, 2025 at 2:53 PM

To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

Just circling back again to confirm your answer, and I have another question. If the Ridge at Ward Station HOA ran into problems with the infrastructure built by Toll Southwest LLC and asked for this verification, would you assist in obtaining it?

-Jeffrey
[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                      Fri, Jul 11, 2025 at 4:56 PM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

I am still waiting on your confirmation of not wanting to assist homeowners in verifying the authority of the signatories of those agreements. Your help could be key in helping us find resolution with the developer.

-Jeffrey
[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                      Sun, Jul 13, 2025 at 9:00 AM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

I'd like to be even more explicit about my findings.

1) In the SIA, "Toll Southwest LLC" is referred to as a "Colorado Limited Liability Company", which is factually inaccurate according to the CO SOS website and other state SOS filings. It is indeed a Delaware LLC.



2) An SOS filing from Arizona shows only 3 managers for Toll Southwest LLC, and Mr. Mark Bailey is not one of them.



3) A statement of authority from slightly before the signing of the SIA, notarized in Larimer County, has a factual inaccuracy, saying the LLC was formulated under the laws of "Pennsylvania", which contradicts many other SOAs and

deeds signed before and after this time.

| 2019051691 | 6/21/2019 12:21 PM | |
|---|---|---|
| PGS    1 | $13.00 | DF $0.00 |

Electronically Recorded Jefferson County, CO
George P Stem, Clerk and Recorder    TD1000  N

### STATEMENT OF AUTHORITY

1.  This Statement of Authority relates to an entity[1] named the Toll Southwest LLC, a Delaware limited liability company and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2.  This entity is a:

- ☐ corporation
- ☐ nonprofit corporation
- ☒ limited liability company
- ☐ general partnership
- ☐ limited partnership
- ☐ other:

- ☐ registered limited liability partnership
- ☐ registered limited liability limited partnership
- ☐ limited partnership association
- ☐ government or governmental subdivision or agency
- ☐ trust (Section 38-30-108.5, C.R.S.)

3.  The entity is formed under the laws of:  Pennsylvania

4.  The mailing address for the entity is:  250 Gibralter Road, Horsham, PA 19044

5.  The ☒ name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

Barry A. Depew, Regional President or
Mark G. Bailey, Division President or
Michael I. Snyder, Senior Vice President & Secretary or
Kathryn L. Gaffney, Vice President or
Christopher Stull, Division Vice President or
Reginald E. Carveth, Division Vice President

6.[2] The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

7.  Other matters concerning the manner in which the entity deals with interests in real property:
Construction and Development

4) Press releases and his own LinkedIn only show that Mr. Bailey has worked for "Toll Brothers", and no entity with the name of "Toll Southwest LLC".

**Experience**



Toll Brothers
24 yrs 5 mos

Regional President
Full-time
Nov 2022 - Present · 2 yrs 9 mos

Group President, Colorado & Idaho
Mar 2001 - Present · 24 yrs 5 mos
Englewood, CO

I have heard from members of the board of the HOA that there are indeed infrastructural problems at the subdivision level, and knowing the truth behind this authority would help us find who is ultimately responsible for these problems.

Please let me know again if you are unwilling to help based upon the details I have outlined here, as this seems to be more than an individual homeowner problem, as you were trying to characterize it as before.

-Jeffrey
[Quoted text hidden]

---

**4 attachments**

 **Larimer 6-20-2019 PA.pdf**
40K

**Mark Bailey | LinkedIn.pdf**
553K

**Wheat Ridge Toll Agreement 2019069061.pdf**

1614K

 **Toll Southwest 2023.pdf**
3449K

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                Tue, Jul 15, 2025 at 10:37 AM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Hi Mr. Dahl,

I am simply circling back to see if you had a chance to review this more explicitly provided information.

-Jeffrey
[Quoted text hidden]

---

**Gerald Dahl** <gdahl@mdbrlaw.com>                              Tue, Jul 15, 2025 at 2:18 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

Mr. Gu,

I have reviewed your materials and have not changed my position on the City's involvement in the matter.

Sincerely,

Gerald E. Dahl

Murray Dahl Beery & Renaud LLP

710 Kipling Street Suite 300

Lakewood CO  80215

gdahl@mdbrlaw.com

Direct:  303-493-6686

Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which
may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that
any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have
received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message
without making a copy.  Thank you.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Tuesday, July 15, 2025 8:37 AM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)

EXTERNAL

Hi Mr. Dahl,

I am simply circling back to see if you had a chance to review this more explicitly provided information.

-Jeffrey

On Sun, Jul 13, 2025 at 8:00 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Mr. Dahl,
>
> I'd like to be even more explicit about my findings.
>
> 1) In the SIA, "Toll Southwest LLC" is referred to as a "Colorado Limited Liability Company", which is factually inaccurate according to the CO SOS website and other state SOS filings. It is indeed a Delaware LLC.

**DEVELOPER**
Toll Southwest, LLC a Colorado Limited Liability Company

By: _____

Name: Mark Bailey
Title: Colorado Division President

STATE OF COLORADO        )
                          )   SS.
COUNTY OF Arapahoe        )

The foregoing instrument was acknowledged before me this 24 day of

July , 2019 , by Mark Bailey , as

Colorado Division President of Toll Southwest, LLC a Colorado Limited Liability

Company.

Witness my hand and official seal.

My commission expires: 8-16-22 .

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Notary Public

( S E A L )

2) An SOS filing from Arizona shows only 3 managers for Toll Southwest LLC, and Mr. Mark Bailey is not one of them.

DO NOT WRITE THIS LINE, RESERVED FOR ACC USE ONLY.

**AMENDMENT ATTACHMENT FOR MANAGERS**

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   Toll Southwest LLC

2. Check one box only to indicate what document the Attachment goes with:

   ☐ Articles of Amendment    ☒ Articles of Amendment to Foreign Registration Statement

3. **MANAGERS CHANGE (CHANGE IN MANAGERS) – Use one block per person –**
   To REMOVE a manager - list the name only of the manager being removed and check "Remove manager."
   To ADD a manager - list the name and address of the manager being added and check "Add as manager."
   To CHANGE ADDRESS only - list the name and NEW address and check "Address change."
   To CHANGE NAME of existing manager - list the current name, then the NEW name, and check "Name change."
   If more space is needed, complete and attach the Amendment Attachment for Managers.

| | |
|---|---|
| Name currently shown in ACC records<br>Richard T. Hartman | Name currently shown in ACC records<br>Robert Parahus |
| NEW Name | NEW Name<br>1140 Virginia Drive |
| Address 1 | Address 1 |
| Address 2 (optional) | Address 2 (optional)<br>Fort Washington    PA    19034 |
| City _____ ▼    State or Province    Zip | City  UNITED STATES ▼    State or Province    Zip |
| Country | Country |
| ☐ Address change  ☒ Add as manager<br>☐ Name change  ☒ Remove manager | ☐ Address change  ☐ Add as manager<br>☐ Name change  ☐ Remove manager |
| Name currently shown in ACC records<br>Douglas C. Yearley, Jr. | Name currently shown in ACC records<br>Martin P. Connor |
| NEW Name<br>1140 Virginia Drive | NEW Name<br>1140 Virginia Drive |
| Address 1 | Address 1 |
| Address 2 (optional)<br>Fort Washington    PA    19034 | Address 2 (optional)<br>Fort Washington    PA    19034 |
| City  UNITED STATES ▼    State or Province    Zip | City  UNITED STATES ▼    State or Province    Zip |
| Country | Country |
| ☒ Address change  ☐ Add as manager<br>☐ Name change  ☐ Remove manager | ☒ Address change  ☐ Add as manager<br>☐ Name change  ☐ Remove manager |

LF043.004
Rev. 4-2020

Arizona Corporation Commission – Corporations Division
Page 1 of 1

3) A statement of authority from slightly before the signing of the SIA, notarized in Larimer County, has a factual inaccuracy, saying the LLC was formulated under the laws of "Pennsylvania", which contradicts many other SOAs and deeds signed before and after this time.

2019051691          6/21/2019 12:21 PM
PGS  1              $13.00        DF $0.00
Electronically Recorded Jefferson County, CO
George P Stem, Clerk and Recorder    TD1000  N

## STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity[1] named the Toll Southwest LLC, a Delaware limited liability company and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. This entity is a:

   ☐ corporation                     ☐ registered limited liability partnership
   ☐ nonprofit corporation           ☐ registered limited liability limited partnership
   ☒ limited liability company       ☐ limited partnership association
   ☐ general partnership             ☐ government or governmental subdivision or agency
   ☐ limited partnership             ☐ trust (Section 38-30-108.5, C.R.S.)
   ☐ other:

3. The entity is formed under the laws of:  Pennsylvania

4. The mailing address for the entity is: 250 Gibraltar Road, Horsham, PA 19044

5. The ☒ name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

   Barry A. Depew, Regional President or
   Mark G. Bailey, Division President or
   Michael I. Snyder, Senior Vice President & Secretary or
   Kathryn L. Gaffney, Vice President or
   Christopher Stull, Division Vice President or
   Reginald E. Carveth, Division Vice President

6.[2] The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

7. Other matters concerning the manner in which the entity deals with interests in real property:
   Construction and Development

4) Press releases and his own LinkedIn only show that Mr. Bailey has worked for "Toll Brothers", and no entity with the name of "Toll Southwest LLC".

**Experience**



**Toll Brothers**
24 yrs 5 mos

**Regional President**
Full-time
Nov 2022 – Present · 2 yrs 9 mos

**Group President, Colorado & Idaho**
Mar 2001 – Present · 24 yrs 5 mos
Englewood, CO

[Quoted text hidden]
[Quoted text hidden]

---

**Jeffrey Gu** <jeffwgu@gmail.com>                              Tue, Jul 15, 2025 at 2:27 PM
To: Gerald Dahl <gdahl@mdbrlaw.com>

Sure, Mr. Dahl, and what would that position exactly be?

[Quoted text hidden]

---

**Gerald Dahl** <gdahl@mdbrlaw.com>                              Wed, Jul 16, 2025 at 7:01 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

Mr. Gu:

You already have my message to you of July 10:  *"I understand your desire to research the Toll Bros entity. The work under this SIA is complete, the City has no need to enquire, and I must decline to research on your behalf."*

Respectfully, it is clear you are not satisfied with my responses for the City; however, repeating the request will not change my position. Accordingly, I will not respond to additional repeated requests.

[Quoted text hidden]

# EXHIBIT 78

 **Gmail**

Jeffrey Gu <jeffwgu@gmail.com>

---

## FW: Online Form Submittal: Public Information Request Form (C.O.R.A)

**Gerald Dahl** <gdahl@mdbrlaw.com>                                            Wed, Jul 16, 2025 at 7:01 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

Mr. Gu:

You already have my message to you of July 10: *"I understand your desire to research the Toll Bros entity. The work under this SIA is complete, the City has no need to enquire, and I must decline to research on your behalf."*

Respectfully, it is clear you are not satisfied with my responses for the City; however, repeating the request will not change my position. Accordingly, I will not respond to additional repeated requests.

Sincerely,


Gerald E. Dahl

Murray Dahl Beery & Renaud LLP

710 Kipling Street Suite 300

Lakewood CO  80215

gdahl@mdbrlaw.com

Direct:  303-493-6686

Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Tuesday, July 15, 2025 12:27 PM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)

EXTERNAL

Sure, Mr. Dahl, and what would that position exactly be?


On Tue, Jul 15, 2025 at 1:18 PM Gerald Dahl <gdahl@mdbrlaw.com> wrote:

> Mr. Gu,
>
>
> I have reviewed your materials and have not changed my position on the City's involvement in the matter.
>
>
> Sincerely,
>
>
>
> Gerald E. Dahl
>
> Murray Dahl Beery & Renaud LLP
>
> 710 Kipling Street Suite 300
>
> Lakewood CO  80215
>
> gdahl@mdbrlaw.com
>
> Direct:  303-493-6686
>
> Fax: 303-945-7960
>
>
>
> This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.
>
>
> ---
>
> **From:** Jeffrey Gu <jeffwgu@gmail.com>
> **Sent:** Tuesday, July 15, 2025 8:37 AM
> **To:** Gerald Dahl <gdahl@mdbrlaw.com>
> **Subject:** Re: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)
>
>
> EXTERNAL

Hi Mr. Dahl,

I am simply circling back to see if you had a chance to review this more explicitly provided information.

-Jeffrey

On Sun, Jul 13, 2025 at 8:00 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Mr. Dahl,

I'd like to be even more explicit about my findings.

1) In the SIA, "Toll Southwest LLC" is referred to as a "Colorado Limited Liability Company", which is factually inaccurate according to the CO SOS website and other state SOS filings. It is indeed a Delaware LLC.

DEVELOPER
Toll Southwest, LLC a Colorado Limited Liability Company

By: _____
Name: Mark Bailey
Title: Colorado Division President

STATE OF COLORADO          )
                           )  SS.
COUNTY OF Arapahoe         )

The foregoing instrument was acknowledged before me this 24 day of
July , 2019 , by Mark Bailey , as
Colorado Division President of Toll Southwest, LLC a Colorado Limited Liability
Company.

Witness my hand and official seal.

My commission expires: 8-16-22 .

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Notary Public

( S E A L )

2) An SOS filing from Arizona shows only 3 managers for Toll Southwest LLC, and Mr. Mark Bailey is not one of them.

DO NOT WRITE ABOVE THIS LINE, RESERVED FOR ACC USE ONLY

**AMENDMENT ATTACHMENT FOR MANAGERS**

1. **ENTITY NAME** – give the exact name of the LLC as currently shown in A.C.C. records:

   Toll Southwest LLC

2. **Check one box only to indicate what document the Attachment goes with:**

   ☐ Articles of Amendment    ☒ Articles of Amendment to Foreign Registration Statement

3. **MANAGERS CHANGE (CHANGE IN MANAGERS) – Use one block per person –**
   To REMOVE a manager – list the name only of the manager being removed and check "Remove manager."
   To ADD a manager – list the name and address of the manager being added and check "Add as manager."
   To CHANGE ADDRESS only – list the name and NEW address and check "Address change."
   To CHANGE NAME of existing manager – list the current name, then the NEW name, and check "Name change."
   If more space is needed, complete and attach the Amendment Attachment for Managers.

   | | |
   |---|---|
   | Richard T. Hartman | Robert Parahus |
   | Name currently shown in ACC records | Name currently shown in ACC records |
   | | 1140 Virginia Drive |
   | Address 1 | Address 1 |
   | | Fort Washington    PA    19034 |
   | City    State or Province    Zip | City    State or Province    Zip |
   | | UNITED STATES |
   | Country | Country |
   | ☐ Address change  ☐ Add as manager | ☐ Address change  ☒ Add as manager |
   | ☒ Name change  ☒ Remove manager | ☐ Name change  ☐ Remove manager |
   | Douglas C. Yearley, Jr. | Martin P. Connor |
   | Name currently shown in ACC records | Name currently shown in ACC records |
   | 1140 Virginia Drive | 1140 Virginia Drive |
   | Address 1 | Address 1 |
   | Fort Washington    PA    19034 | Fort Washington    PA    19034 |
   | City    State or Province    Zip | City    State or Province    Zip |
   | UNITED STATES | UNITED STATES |
   | Country | Country |
   | ☒ Address change  ☐ Add as manager | ☒ Address change  ☐ Add as manager |
   | ☐ Name change  ☐ Remove manager | ☐ Name change  ☐ Remove manager |

   Arizona Corporation Commission – Corporations Division
   Page 1 of 1

<span style="color:purple">3) A statement of authority from slightly before the signing of the SIA, notarized in Larimer County, has a factual inaccuracy, saying the LLC was formulated under the laws of "Pennsylvania", which contradicts many other SOAs and deeds signed before and after this time.</span>

2019051691    6/21/2019 12:21 PM
PGS  1    $13.00    DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder    TD1000   N

**STATEMENT OF AUTHORITY**

1. This Statement of Authority relates to an entity[1] named the Toll Southwest LLC, a Delaware limited liability company and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. This entity is a:

   | | |
   |---|---|
   | ☐ corporation | ☐ registered limited liability partnership |
   | ☐ nonprofit corporation | ☐ registered limited liability limited partnership |
   | ☒ limited liability company | ☐ limited partnership association |
   | ☐ general partnership | ☐ government or governmental subdivision or agency |
   | ☐ limited partnership | ☐ trust (Section 38-30-108.5, C.R.S.) |
   | ☐ other: | |

3. The entity is formed under the laws of: Pennsylvania

4. The mailing address for the entity is: 250 Gibraltar Road, Horsham, PA 19044

5. The name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

   Barry A. Depew, Regional President or
   Mark G. Bailey, Division President or
   Michael I. Snyder, Senior Vice President & Secretary or
   Kathryn L. Gaffney, Vice President or
   Christopher Stull, Division Vice President or
   Reginald E. Carveth, Division Vice President

6.[2] The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

7. Other matters concerning the manner in which the entity deals with interests in real property:
   Construction and Development

<span style="color:purple">4) Press releases and his own LinkedIn only show that Mr. Bailey has worked for "Toll Brothers", and no entity with the name of "Toll Southwest LLC".</span>

**Experience**

**Toll Brothers**
24 yrs 5 mos

**Regional President**
Full-time
Nov 2022 - Present · 2 yrs 9 mos

**Group President, Colorado & Idaho**
Mar 2001 - Present · 24 yrs 5 mos
Englewood, CO

I have heard from members of the board of the HOA that there are indeed infrastructural problems at the subdivision level, and knowing the truth behind this authority would help us find who is ultimately responsible for these problems.

Please let me know again if you are unwilling to help based upon the details I have outlined here, as this seems to be more than an individual homeowner problem, as you were trying to characterize it as before.

-Jeffrey

On Fri, Jul 11, 2025 at 3:56 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Mr. Dahl,

I am still waiting on your confirmation of not wanting to assist homeowners in verifying the authority of the signatories of those agreements. Your help could be key in helping us find resolution with the developer.

-Jeffrey

On Fri, Jul 11, 2025 at 1:53 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Mr. Dahl,

Just circling back again to confirm your answer, and I have another question. If the Ridge at Ward Station HOA ran into problems with the infrastructure built by Toll Southwest LLC and asked for this verification, would you assist in obtaining it?

-Jeffrey

On Thu, Jul 10, 2025 at 1:29 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Mr. Dahl,

I would again like to confirm. You and the City are refusing to send a verification letter to Toll Brothers, Inc.,

despite, essentially, my allegation of fraud?

Again, my stance is very clear. The City and various homeowners signed documents where the Toll Southwest LLC signatory may not have had clear authority to do so.

-Jeffrey

On Thu, Jul 10, 2025 at 12:17 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Mr. Dahl,
>
> I must remind you that it is not only on my behalf, it is also on behalf of the other households who relied on the due diligence of the City when buying property in this subdivision.
>
> Could you please clarify why the City views this as a matter unique to me, rather than one implicating broader public reliance and potential exposure?
>
> -Jeffrey
>
> On Thu, Jul 10, 2025 at 12:14 PM Gerald Dahl <gdahl@mdbrlaw.com> wrote:
>
>> Mr. Gu,
>>
>> I understand your desire to research the Toll Bros entity. The work under this SIA is complete, the City has no need to enquire, and I must decline to research on your behalf.
>>
>> Gerald E. Dahl
>>
>> Murray Dahl Beery & Renaud LLP
>>
>> 710 Kipling Street Suite 300
>>
>> Lakewood CO  80215
>>
>> gdahl@mdbrlaw.com
>>
>> Direct:  303-493-6686
>>
>> Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender

which may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, July 9, 2025 11:20 AM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)

EXTERNAL

I understand, Mr. Dahl. I just want to confirm, you cannot help despite the City itself signing an SIA agreement with the entity? This is not just an individual homeowner matter, and I have attached the said agreement, signed in 2019.

On Wed, Jul 9, 2025 at 12:05 PM Gerald Dahl <gdahl@mdbrlaw.com> wrote:

> I am sorry that I cannot help.
>
> Gerald E. Dahl
>
> Murray Dahl Beery & Renaud LLP
>
> 710 Kipling Street Suite 300
>
> Lakewood CO  80215
>
> gdahl@mdbrlaw.com
>
> Direct:  303-493-6686
>
> Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, July 9, 2025 9:13 AM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Re: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)

EXTERNAL

Hi Mr. Dahl,

I'm just circling back to see if the City could help on clarifying this matter.

-Jeffrey

On Mon, Jul 7, 2025 at 11:22 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:

Hi Mr. Dahl,

I have a favor to ask. Could you or the City request the document from "that company" that delegates authority from Toll Bros, Inc. to individuals acting on behalf of Toll Southwest LLC?

Toll Southwest LLC is a manager-run LLC, according to this Arizona-submitted corporate document. Given this, one of the managers could provide delegation authority to outsiders, or the single member (Toll Bros, Inc.) could if it's allowed to in its operating agreement. Bottom line, they should have a delegation of authority somewhere.

I could ask, but they're not going to give a lowly homeowner this document, even if it has substantial legal meaning. The City has a stake in verifying it, too, I believe.

-Jeffrey

On Sat, Jul 5, 2025 at 7:51 PM Gerald Dahl <gdahl@mdbrlaw.com> wrote:

Mr. Gu,

I am not involved in that process.

Gerald E. Dahl

Murray Dahl Beery & Renaud LLP

710 Kipling Street Suite 300

Lakewood CO  80215

gdahl@mdbrlaw.com

Direct:  303-493-6686

Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy.  Thank you.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Tuesday, July 1, 2025 12:32 PM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>
**Subject:** Fwd: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)

EXTERNAL

Hi Mr. Dahl,

Can you please verify if this is standard protocol in how the City verifies commercial entities?

-Jeffrey

---------- Forwarded message ---------
From: **Margy Greer** <MGreer@ci.wheatridge.co.us>
Date: Tue, Jul 1, 2025 at 1:28 PM
Subject: FW: Online Form Submittal: Public Information Request Form (C.O.R.A)
To: jeffwgu@gmail.com <jeffwgu@gmail.com>

Hello –

This is the link we use to verify -

https://www.sec.gov/edgar/search/#/ciks=0000794170&entityName=Toll%2520Brothers%

252C%2520Inc.%2520(TOL)%2520(CIK%25200000794170)

Thank you

**Margy Greer**

Senior Deputy City Clerk

Administrative Services

7500 W. 29th Avenue

Wheat Ridge, Colorado 80033

Office Phone:  (303) 235-2996

www.ci.wheatridge.co.us



CONFIDENTIALITY NOTICE: This e-mail contains business-confidential information.  It is intended only for the use of the
individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution,
electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us
immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to
which your computer is connected.  Thank you.

---

**From:** no-reply@ci.wheatridge.co.us <no-reply@ci.wheatridge.co.us>
**Sent:** Monday, June 30, 2025 11:09 PM
**To:** City Clerk <CityClerk@ci.wheatridge.co.us>; Robin Eaton
<reaton@ci.wheatridge.co.us>; Margy Greer <MGreer@ci.wheatridge.co.us>
**Subject:** Online Form Submittal: Public Information Request Form (C.O.R.A)

## Public Information Request Form (C.O.R.A)

**Please list specifically what documents you want reproduced. Allow three (3) working
days for a search of the records. Per the State of Colorado Open Records Act (C.R.S.
24- 72-203), if the request is substantially large, an extension of seven (7) working days**

**is permitted. You will be notified prior to the three (3) days of any extension and all estimated costs.**

**If you need copies of Police Records or Accident Reports please go to https://www.ci.wheatridge.co.us/467/Police-Records**

**Please note you will need to go to either West Metro, Arvada Fire or Fairmont Fire Districts for Fire Department records and to CO Dept. Of Health for HazMat or underground tank inquiries.**

| | |
|---|---|
| Name | Jeffrey Gu |
| Email Address | jeffwgu@gmail.com |
| Phone Number | 7205931548 |
| Address 1 | 5131 Vivian St |
| Address 2 | *Field not completed.* |
| City | Wheat Ridge |
| State | CO |
| Zip | 80033 |
| Describe in detail the records you are requesting | All documentation the City of Wheat Ridge relied on to confirm that 'Toll Brothers' was a registered DBA of Toll Southwest LLC at the time permits were issued and the Certificate of Occupancy was approved, around 2020 and after. |
| Are you needing an ADA Accessible Document? | No |

Fees

Fees for copying, research, retrieval, and redaction involved in Public Information Requests are assessed per C.R.S. 24-72-203.

• Copies are $.25 each after the first 10 copies

• Certified copies are $2.00 each

• Research & Retrieval $41/hour after the first hour (15-minute increments)

It is the City's policy, in the context of requests for a large quantity of records, to require a deposit of 50% of the cost estimate as an affirmation of the party's willingness to proceed with the records request and pay the costs thereof.

• Information transfer to Computer Media $30.00 each

• Video DVD or Audio CD $30.00 each

• Postage & Packaging for Mailing are Actual Costs

 Fees for other types of information requests will be assessed based on the City's cost to copy or reproduce the requested item

---

**Acknowledgement of Fees**     I acknowledge that there may be fees associated with the records I am requesting.

---

Email not displaying correctly? View it in your browser.

# EXHIBIT 79



Jeffrey Gu <jeffwgu@gmail.com>

## Toll Brothers in Colorado

**Jeffrey Gu** <jeffwgu@gmail.com>                                          Fri, Sep 12, 2025 at 10:43 AM
To: Gerald Dahl <gdahl@mdbrlaw.com>
Cc: Renee Meriaux <rmeriaux@ci.wheatridge.co.us>

Hi Mr. Dahl and Ms. Meriaux,

I called the permitting department at 8:34am this morning and spoke with Cheri and Steve.

I asked "why Mr. Dahl and Ms. Meriaux are still ignoring my emails?", and I was told that any communication from me would need to be made in writing. I was also told that they are not "allowed" to talk to me.

Could you please tell me why you are ignoring my emails and also please answer the questions in my other emails?

-Jeffrey

On Thu, Sep 11, 2025 at 11:35 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:
Hi Mr. Dahl and Ms. Meriaux,

I called the CAA headquarters this morning at 8:38am MT and was on the phone for 35 minutes. I spoke to a Regional Director named Tim Engels who informed me that the processes for vetting a potential company for contractor licensing are determined by the City Attorney. Has this been and is this currently the case?

-Jeffrey

On Thu, Sep 11, 2025 at 10:38 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:
Hi Mr. Dahl and Ms. Meriaux,

I called the building department again at 8:31am MT for 2 minutes this morning and again spoke with Cheri. I asked her a few questions:

1) Could you please tell me why Mr. Dahl and Ms. Meriaux are ignoring my questions?
2) Do you work for CAA?
3) Do you work for the City of Wheat Ridge?
4) What is your email address?
5) Is this policy of submitting this in writing particular to me or a general policy?
6) Who directed instituting this policy?

She did not answer any of these questions and instead emphasized to me that everything I sent to the city or her had to be in writing.

Could either of you please answer the above questions?

-Jeffrey

On Wed, Sep 10, 2025 at 1:07 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:
Hi Mr. Dahl and Ms. Meriaux,

I called the Wheat Ridge Building Department at 10:46AM today for a duration of 13 minutes and spoke to someone named Cheri. I asked her several questions:

1) Could you please tell me why Mr. Dahl and Ms. Meriaux are ignoring my questions?
2) Do you work for CAA?
3) Do you work for the City of Wheat Ridge?
4) How do you spell your first name?
5) How do you spell your last name?
6) Is requiring that I make my questions in writing a general policy?

She did not answer any of these questions except the last one, and she informed me that all my communications would have to be made in writing.

She then transferred me to Mr. Steve Peck. I asked him these questions:
1) Could you please tell me why Mr. Dahl and Ms. Meriaux are ignoring my questions?
2) Is requiring that I make my questions in writing a general policy?

He simply informed me that all my communications would have to be made in writing.

Could you please tell me if this policy of having all questions and communications be made in writing is a general policy for individuals who contact  the City of Wheat Ridge Building Department?

-Jeffrey

On Wed, Sep 10, 2025 at 12:27 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:
> Hi Mr. Dahl,
>
> Could you and the City please tell me the reasons for ignoring my questions?
>
> -Jeffrey
>
> On Thu, Aug 28, 2025 at 1:49 PM Gerald Dahl <gdahl@mdbrlaw.com> wrote:
>> Mr. Gu:
>>
>>
>> Your August 21 message and attachments were received and filed. Nothing further at this time.
>>
>>
>> Sincerely,
>>
>>
>>
>>
>> Gerald E. Dahl
>>
>> Murray Dahl Beery & Renaud LLP
>>
>> 710 Kipling Street Suite 300
>>
>> Lakewood CO  80215
>>
>> gdahl@mdbrlaw.com
>>
>> Direct:  303-493-6686
>>
>> Fax: 303-945-7960

This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Monday, August 25, 2025 11:36 AM
**To:** Gerald Dahl <gdahl@mdbrlaw.com>; Renee Meriaux <rmeriaux@ci.wheatridge.co.us>
**Subject:** Re: Toll Brothers in Colorado

EXTERNAL

Hello Mr. Dahl and Ms. Meriaux,


It has been 2 business days since my last email. Would it be possible to answer my questions?


-Jeffrey



-Jeffrey


On Thu, Aug 21, 2025 at 12:33 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hello Mr. Dahl and Ms. Meriaux,
>
>
> I'm reaching out because I have new information. A lawyer contacting me on behalf of Toll Brothers, Inc of Delaware recently sent me a cease and desist letter about the Toll Brothers, Inc registration I recently made in Colorado. This creates a serious contradiction.
>
>
> A previous email from the Senior Deputy City Clerk, Margy Greer, states that the City used the SEC EDGAR search tool to verify that the entity "Toll Brothers, Inc" for the purposes of contractor's license #190246. However, the cease and desist letter I received confirms that Toll Brothers, Inc. was never registered in Colorado at the time of license approval.

Given this evidence, I am requesting that the City of Wheat Ridge:

1. Acknowledge that the license issued under "Toll Brothers" was improper because the named entity was not registered in Colorado.
2. Clarify whether the City intends to revoke, amend, or re-issue those permits under the correct legal entity.
3. Provide a written explanation of how this irregularity will be addressed to protect homeowners from reliance on improperly issued permits

-Jeffrey

# EXHIBIT 80

 Outlook

## Fw: Phone Call with Jeffrey Gu

**From** Renee Meriaux <RMeriaux@ci.wheatridge.co.us>
**Date** Wed 9/10/2025 3:32 PM
**To** Diana Snodgrass <dianasnodgrass@caa.inc>

FYI - Just keeping you in the loop. City Attorney told us to tell him all of his requests must be in writing and we will no longer respond over the phone.

**Renee Meriaux CBO MCP CASp**
**Project Manager**
**rmeriaux@ci.wheatridge.co.us**
**Phone: 303-235-2803**
**www.ci.wheatridge.co.us**
**7500 W. 29th Ave.**
**Wheat Ridge, CO 80033-8001**

NEW PERMIT PORTAL! The city has officially launched OpenGov—a new one-stop shop, for permitting, licensing, and inspections.  In 2025 and beyond, all permit applications and contractor licenses will be submitted and processed in the new OpenGov permit portal.  Visit the city website for more information on building permits and right-of-way permits.



# EXHIBIT 81

Megan Thompson

Selected opt1
"Sheree" answered.
I asked the question.

She asked my address.
Then said "uhm hold on one second."
I've been on hold for 3:30

Megan Thompson

Megan Thompson

▼ |||||||||||||||||||||||||||||||||||||||||||||||   00:45

OK so she was gone for a long time and she came back and she apologized for taking so long and she said the best person to talk to is the inspector but the inspector was on a call so she took my phone number and my name and address and he's supposed to call me back with my answer abou... ⌄

At least she didn't tell you to ask things in writing right away.

She may be suspicious haha.

Yes you ought to ask them.

# EXHIBIT 82


MURRAY
DAHL
BEERY
RENAUD LLP
ATTORNEYS AT LAW

September 12, 2025

Via email: jeffwgu@gmail.com

Via US Mail to:

Jeffrey Gu
2332 N. Clay Street, Apt 3
Denver, CO 80211

Re: Your property at Ridge at Ward Station

Mr.Gu:

You have made a series of requests for the City of Wheat Ridge to assist you in various ways in pursuing your claim against Toll Brothers for alleged construction defects at your property at the Ridge at Ward Station. The City has responded to those requests by informing you that the work for public improvements under the site improvements agreement for this project has long been completed and the City has no need to pursue the matter. Nevertheless, you have continued to request information and assistance from the City, including, but not limited to:

- On July 13 and August 21, 2025, you provided certain research you had performed on the corporate organizational structure for various Toll Brothers entities, again requesting that the City assist you. In response, I reiterated to you that the City has no need or obligation to research or contact the Toll Brothers entities. The materials you provided to me included correspondence from Toll Bothers' counsel stating that on or about July 22, 2025 you registered seven entitites with the Colorado Secretary of State, all including variations of the Toll Brothers or similar name, and requesting that you cease and desist on trademark grounds.

- On July 25, 2025, you filed a notice of claim against the City under Colorado's Governmental Immunity Act, claiming $293,244.44 - essentially, the entire amount you have spent in acquiring your unit and making mortgage payments on it.

- In the recent few weeks, you have made multiple calls and emails to various City staff asking them to respond to your questions. These contacts have become more frequent and reptitive. In light of your repeated prior requests, and my statements to you that the City

Re: property at the Ridge at Ward Station
September 12, 2025
Page 2

will not engage in an effort to assist you in your claims against Toll Brothers, I have informed the City staff to request that any contacts you make with the City be in writing. As to your repeated written requests, I have told you, and say so again here that there is nothing further the City can or will do on this subject, despite your repeated requests that it do so.

- Under the Colorado Open Records Act, CRS 24-72-201, et seq, you have made various requests for various public documents, including specifically the plans for the building in which your unit is located. In June 2025 the City's Chief Building Official provided you with all the plans in the City's possession responsive to your request. You have been informed that the City does not have some documents as a result of sophisticated cyber attack which deleted many documents from the City's computer system. Nevertheless, all the documents in the City's possession responsive to your request for building plans have been provided to you. In addition, you had lengthy conversations with the City's Chief Building Official and others in that department who described to you the City's limited role in building inspections in connection with this project.

While the City will of course respond to any further requests for public documents within the constraints and limitations of the Open Records Act, it reserves the right to not respond to repeated telephone and email requests, which are duplicative of the several requests you have made, for the City to join in research, assist or take independent action with respect to the Toll Brothers entities. As you have been informed, repeated requests for the same actions and questions will not produce different results or answers from those you have already been given. Additionally, your contacts have become increasingly frequent and repetitive, and City staff have the right to be free from harassment.

Additional correspondence from you will be retained, and may or may not be responded to as appropriate in the sole discretion of the City.

Gerald Dahl
City Attorney

# EXHIBIT 83

 **Jeffrey Gu <jeffwgu@gmail.com>**

## Mr. GU - Online Form Submittal: Public Records Request Form (C.O.R.A)
1 message

**City Clerk** <CityClerk@ci.wheatridge.co.us>                    Mon, Sep 15, 2025 at 5:57 PM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>

Mr. Gu:


In response to your records request dated September 10, 2025:


- Documents constituting attorney-client communications are privileged information under CRS 24-72-204(3)
  (a)(IV) and may not be disclosed.
- Document responsive to your request and not privileged attached.


Thank you.


Sincerely,



**Onorina Z. Maloney**

Deputy City Clerk

7500 W. 29th Avenue

Wheat Ridge, Colorado 80033

Office Phone:  (303) 235-2816

omaloney@ci.wheatridge.co.us

www.ci.wheatridge.co.us




CONFIDENTIALITY NOTICE: This e-mail contains business-confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original

message from your computer, and any network to which your computer is connected.  Thank you.

---

**From:** no-reply@ci.wheatridge.co.us <no-reply@ci.wheatridge.co.us>
**Sent:** Wednesday, September 10, 2025 11:46 AM
**To:** City Clerk <CityClerk@ci.wheatridge.co.us>; Margy Greer <MGreer@ci.wheatridge.co.us>
**Subject:** Online Form Submittal: Public Records Request Form (C.O.R.A)

## Public Records Request Form (C.O.R.A)

**Please list specifically what documents you want reproduced. Allow three (3) working days for a search of the records. Per the State of Colorado Open Records Act (C.R.S. 24- 72-203), if the request is substantially large, an extension of seven (7) working days is permitted. You will be notified prior to the three (3) days of any extension and all estimated costs.**

**If you need copies of Police Records or Accident Reports please go to https://www.ci.wheatridge.co.us/467/Police-Records**

**Please note you will need to go to either West Metro, Arvada Fire or Fairmont Fire Districts for Fire Department records and to CO Dept. Of Health for HazMat or underground tank inquiries.**

| | |
|---|---|
| Name | Jeffrey Gu |
| Email Address | jeffwgu@gmail.com |
| Phone Number | 7205931548 |
| Address 1 | 5131 Vivian St |
| Address 2 | *Field not completed.* |
| City | Wheat Ridge |

| State | CO |
|---|---|

| Zip | 80033 |

| Describe in detail the records you are requesting | All communications directing employees in the building department or other departments that any questions or calls from Jeffrey Gu "need to be made in writing"<br><br>Those communications may have come from Gerald Dahl, Renee Meriaux, or other individuals. |

| Are you needing an ADA Accessible Document? | No |

## Fees

Fees for copying, research, retrieval, and redaction involved in Public Information Requests are assessed per C.R.S. 24-72-203.

• Copies are $.25 each after the first 10 copies

• Certified copies are $2.00 each

• Research & Retrieval $41/hour after the first hour (15-minute increments)

It is the City's policy, in the context of requests for a large quantity of records, to require a deposit of 50% of the cost estimate as an affirmation of the party's willingness to proceed with the records request and pay the costs thereof.

• Information transfer to Computer Media $30.00 each

• Video DVD or Audio CD $30.00 each

• Postage & Packaging for Mailing are Actual Costs

 Fees for other types of information requests will be assessed based on the City's cost to copy or reproduce the requested item

| Acknowledgement of Fees | I acknowledge that there may be fees associated with the records I am requesting. |

Email not displaying correctly? View it in your browser.

 **Document_2025-09-15_131255.pdf**
611K

# EXHIBIT 84

 **Gmail**

Jeffrey Gu <jeffwgu@gmail.com>

## Mr. Gu- 09-15-2025 Request - Online Form Submittal: Public Records Request Form

1 message

**City Clerk** <CityClerk@ci.wheatridge.co.us>                    Thu, Sep 18, 2025 at 3:27 PM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>

Good afternoon, Mr. Gu,

The City has no documents responsive to this request.

Thank you.

Best Regards,

**Onorina Z. Maloney**

Deputy City Clerk

7500 W. 29th Avenue

Wheat Ridge, Colorado 80033

Office Phone:  (303) 235-2816

omaloney@ci.wheatridge.co.us

www.ci.wheatridge.co.us



CONFIDENTIALITY NOTICE: This e-mail contains business-confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.  Thank you.

**From:** no-reply@ci.wheatridge.co.us <no-reply@ci.wheatridge.co.us>
**Sent:** Monday, September 15, 2025 6:15 PM
**To:** City Clerk <CityClerk@ci.wheatridge.co.us>; Margy Greer <MGreer@ci.wheatridge.co.us>

**Subject:** Online Form Submittal: Public Records Request Form (C.O.R.A)

## Public Records Request Form (C.O.R.A)

**Please list specifically what documents you want reproduced. Allow three (3) working days for a search of the records. Per the State of Colorado Open Records Act (C.R.S. 24- 72-203), if the request is substantially large, an extension of seven (7) working days is permitted. You will be notified prior to the three (3) days of any extension and all estimated costs.**

**If you need copies of Police Records or Accident Reports please go to
https://www.ci.wheatridge.co.us/467/Police-Records**

**Please note you will need to go to either West Metro, Arvada Fire or Fairmont Fire Districts for Fire Department records and to CO Dept. Of Health for HazMat or underground tank inquiries.**

| | |
|---|---|
| Name | Jeffrey Gu |
| Email Address | jeffwgu@gmail.com |
| Phone Number | 7205931548 |
| Address 1 | 5131 Vivian St |
| Address 2 | *Field not completed.* |
| City | Wheat Ridge |
| State | CO |
| Zip | 80033 |

| | |
|---|---|
| Describe in detail the records you are requesting | The privilege logs related to the documents withheld in my CORA Request from 9/10/25 where I asked the following:<br><br>All communications directing employees in the building department or other departments that any questions or calls from Jeffrey Gu "need to be made in writing"<br><br>Those communications may have come from Gerald Dahl, Renee Meriaux, or other individuals. |
| Are you needing an ADA Accessible Document? | No |

## Fees

Fees for copying, research, retrieval, and redaction involved in Public Information Requests are assessed per C.R.S. 24-72-203.

• Copies are $.25 each after the first 10 copies

• Certified copies are $2.00 each

• Research & Retrieval $41/hour after the first hour (15-minute increments)

It is the City's policy, in the context of requests for a large quantity of records, to require a deposit of 50% of the cost estimate as an affirmation of the party's willingness to proceed with the records request and pay the costs thereof.

• Information transfer to Computer Media $30.00 each

• Video DVD or Audio CD $30.00 each

• Postage & Packaging for Mailing are Actual Costs

 Fees for other types of information requests will be assessed based on the City's cost to copy or reproduce the requested item

| | |
|---|---|
| Acknowledgement of Fees | I acknowledge that there may be fees associated with the records I am requesting. |

Email not displaying correctly? View it in your browser.

# EXHIBIT 85



# EXHIBIT 86

7/1/25, 10:45 PM                                        Division of Corporations - Filing

Delaware.gov                                          Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2132020 | Incorporation Date / Formation Date: | 7/14/1987 (mm/dd/yyyy) |
| Entity Name: | TB PROPRIETARY CORP. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | UNITED AGENT GROUP INC. | | |
| Address: | 1521 CONCORD PIKE SUITE 201 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19803 |
| Phone: | 561-508-5033 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT 87



# EXHIBIT 88

| State | Real Estate License? | TGI Brokers, Inc. | TGI Property Group, Inc. | TGI Holdings, Inc. | TGI Brokers, Inc. | TGI Sotheby's, LLC | TGI Architecture, Inc. | Sec. State Search | Real Estate License Search |
|---|---|---|---|---|---|---|---|---|---|
| Arizona | Yes | No | No | No | Yes | No | No | | |
| California | Yes | No | No | No | Yes | No | No | | |
| Colorado | No | No | No | Yes | Yes | No | No | | |
| Colorado | No | No | No | Yes | Yes | Yes | No | | |
| Connecticut | No | No | No | No | Yes | No | No | | |
| Delaware | No | Yes | No | No | Yes | Yes | No | | |
| Florida | No | No | No | Yes | Yes | No | No | | |
| Georgia | Yes | No | No | Yes | No | No | No | | |
| Idaho | Yes | No | No | Yes | Yes | Yes | No | | |
| Indiana | No | No | No | Yes | Yes | No | No | | |
| Maryland | No | No | No | Yes | Yes | No | No | | |
| Massachusetts | No | No | No | Yes | Yes | No | No | | |
| Michigan | No | No | No | Yes | Yes | No | No | | |
| Nevada | No | No | No | Yes | Yes | No | No | | |
| New Jersey | No | No | No | Yes | Yes | No | No | | |
| New York | Yes | No | No | Yes | Yes | No | No | | |
| North Carolina | Yes | No | Yes | Yes | Yes | No | No | | |
| Oregon | No | No | No | Yes | Yes | No | No | | |
| Pennsylvania | Yes | No | No | Yes | No | No | Yes | | |
| South Carolina | No | No | No | Yes | Yes | No | No | | |
| Tennessee | No | No | No | Yes | Yes | Yes | No | | |
| Texas | No | No | No | Yes | Yes | No | No | | |
| Utah | Yes | No | No | Yes | Yes | No | No | | |
| Virginia | Yes | No | No | Yes | Yes | No | No | | |
| Washington | Yes | No | No | Yes | Yes | No | No | | |
| Washington D.C. | Yes | No | No | Yes | Yes | No | No | | |

# EXHIBIT 89

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS     DOCUMENTS     MAINTENANCE                                    Back to Search        Print

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-09-17 15:32:59 EDT |
| **Mark:** | TOLL BROTHERS |

TOLL BROTHERS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73636618 | **Application Filing Date:** | Dec. 22, 1986 |
| **US Registration Number:** | 1453539 | **Registration Date:** | Aug. 18, 1987 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** |  |

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | The registration has been renewed. |
| **Status Date:** | Sep. 22, 2017 |
| **Publication Date:** | May 26, 1987 |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | TB PROPRIETARY CORP. |
| **Owner Address:** | SUITE 200-A BAYNARD BUILDING<br>3411 SILVERSIDE ROAD<br>WILMINGTON, DELAWARE UNITED STATES 19810 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

# EXHIBIT 90

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE    Back to Search    Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-09-17 15:33:28 EDT |
| **Mark:** | TOLL BROTHERS AMERICA'S LUXURY HOME BUILDER |

TOLL BROTHERS AMERICA'S LUXURY HOME BUILDER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 78215271 | **Application Filing Date:** | Feb. 14, 2003 |
| **US Registration Number:** | 3111105 | **Registration Date:** | Jul. 04, 2006 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | The registration has been renewed. |
| **Status Date:** | Sep. 15, 2016 |
| **Publication Date:** | Apr. 11, 2006 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | TB Proprietary Corp. | | |
| **Owner Address:** | 1105 North Market Street, Suite 1250 Wilmington, DELAWARE UNITED STATES 19801 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# EXHIBIT 91

# Toll Bros., Inc.

## Corporate Organizational Chart

### CONTRACTOR LICENSE

County of Douglas, Colorado
Community Development Department
Building Division

| ENTITY | CORPORATE OFFICERS | | STATE/DATE QUALIFIED | STATE/DATE FORMED | | F.E.I.N. |
|---|---|---|---|---|---|---|
| **Toll Bros., Inc.** *(Applicant for Contractor License Renewal)* | Robert I. Toll | Chairman, CEO, Director | DE  06/30/86 | AZ | 07/28/95 | |
| | Zvi Barzilay | President, COO, Director | | CA | 08/25/93 | |
| | Joel H. Rassman | EVP, CFO, Treasurer, Director | | CO | 09/22/98 | |
| | Michael I. Snyder | Secretary | | CT | 11/06/91 | |
| | Douglas C. Yearley, Jr. | Regional President | | FL | 11/14/94 | |
| | Roger A. Brush | Group President | | GA | 08/29/03 | |
| | John Vitella | Division President | | IL | 10/29/98 | |
| | Robert A. Johnson | Vice President | | IN | 01/10/06 | |
| | | | | MA | 12/22/89 | |
| | | | | MD | 12/22/89 | |
| | | | | MI | 07/07/97 | |
| | | | | MN | 07/08/03 | |
| | | | | NV | 10/20/97 | |
| | | | | NH | 01/26/01 | |
| | | | | NJ | 12/12/89 | |
| | | | | NY | 02/26/93 | |
| | | | | NC | 02/17/94 | |
| | | | | OH | 02/06/97 | |
| | | | | RI | 10/29/99 | |
| | | | | SC | 09/21/01 | |
| | | | | TN | 03/06/97 | |
| | | | | VA | 09/05/91 | |
| | | | | WV | 08/18/05 | |
| **Toll Holdings, Inc.** *(100% ownership of Toll Bros., Inc)* | Robert I. Toll | Chairman, CEO, Director | DE  08/01/89 | | | |
| | Zvi Barzilay | President, COO, Director | | | | |
| | Joel H. Rassman | EVP, CFO, Treasurer, Director | | | | |
| | Michael I. Snyder | Secretary | | | | |
| | Douglas C. Yearley, Jr. | Regional President | | | | |
| | Roger A. Brush | Group President | | | | |
| | John Vitella | Division President | | | | |
| | Robert A. Johnson | Vice President | | | | |

# EXHIBIT 92

7/1/25, 10:51 PM                                    Division of Corporations - Filing

Delaware.gov                              Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 2203715 | Incorporation Date / Formation Date: | 8/1/1989 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **TOLL HOLDINGS, INC.** | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | **UNITED AGENT GROUP INC.** | | |
|---|---|---|---|
| Address: | **1521 CONCORD PIKE SUITE 201** | | |
| City: | **WILMINGTON** | County: | New Castle |
| State: | **DE** | Postal Code: | 19803 |
| Phone: | **561-508-5033** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.

Would you like ○ Status  ○ Status,Tax & History Information

[Submit]

[New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

# EXHIBIT 93

# Toll Bros., Inc.

## Corporate Organizational Chart (page 2)

### CONTRACTOR LICENSE

County of Douglas, Colorado
Community Development Department
Building Division

| ENTITY | CORPORATE OFFICERS | | STATE/DATE QUALIFIED | STATE/DATE FORMED | F.E.I.N. |
|---|---|---|---|---|---|
| **Toll Brothers, Inc.**<br>*(100% ownership of Toll Holdings, Inc.)*<br>(1)<br>(2) | Robert I. Toll<br>Zvi Barzilay<br>Joel H. Rassman<br>Michael I. Snyder<br>Douglas C. Yearley, Jr.<br>Roger A. Brush<br>John Viella<br>Robert A. Johnson | Chairman, CEO, Director<br>President, COO, Director<br>EVP, CFO, Treasurer, Director<br>Secretary<br>Regional President<br>Group President<br>Division President<br>Vice President | DE    05/28/86 | PA    07/11/86 | |

(1) (No individual or outside investor owns 10% or more of the outstanding stock of Toll Brothers, Inc. ("Company") with the exception of Robert I. Toll who owns 17.3% of the outstanding stock of the Company).

(2) (Pursuant to Company Proxy Statement, dated February 1, 2006, prepared in respect of the Annual Meeting of Stockholders on March 14, 2006).

# EXHIBIT 94

POSASR 1 s3posars2tol.htm POSASR

As filed with the Securities and Exchange Commission on March 7, 2017

Registration No. 333-202046

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

———————————————

# POST-EFFECTIVE AMENDMENT NO. 2
# TO
# FORM S-3
# REGISTRATION STATEMENT
### UNDER
### *THE SECURITIES ACT OF 1933*

———————————————

# Toll Brothers, Inc.*
### (Exact name of registrant as specified in its charter)

———————————————

| | |
|---|---|
| **Delaware** | **23-2416878** |
| **(State or other jurisdiction of incorporation or organization of registrant)** | **(I.R.S. Employer Identification No.)** |

———————————————

**250 Gibraltar Road**
**Horsham, PA 19044**
**(215) 938-8000**
**(Address, including zip code, and telephone number, including area code, of each registrant's principal executive offices)**

———————————————

**John K. McDonald**
**General Counsel**
**Toll Brothers, Inc.**
**250 Gibraltar Road**
**Horsham, PA 19044**
**(215) 938-8000**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

———————————————

*Copy to:*

**Joseph D. Zavaglia, Esq.**
**Cravath, Swaine & Moore LLP**
**825 Eighth Avenue**

**New York, NY 10019**
**(212) 474-1724**

---

**Approximate date of commencement of proposed sale to the public:** From time to time after the effective date of this Registration Statement.

If the only securities being registered on this Form are to be offered pursuant to dividend or interest reinvestment plans, please check the following box.  ☐

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, as amended (the "Securities Act"), other than securities offered only in connection with dividend or interest reinvestment plans, check the following box.  ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.  ☐

If this Form is a registration statement pursuant to General Instruction I.D. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box.  ☒

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.D. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer  ☒                                                                Accelerated filer          ☐

Non-accelerated filer  ☐ (Do not check if a smaller reporting company)           Smaller reporting company  ☐

## CALCULATION OF REGISTRATION FEE

|  | Amount to be Registered | Proposed Maximum Offering Price Per Unit | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock (1) | (2) | (2) | (2) | (2) |
| Preferred Stock | (2) | (2) | (2) | (2) |
| Warrants | (2) | (2) | (2) | (2) |
| Senior Debt Securities | (2) | (2) | (2) | (2) |
| Subordinated Debt Securities | (2) | (2) | (2) | (2) |
| Guarantees | (2), (3) | (2), (3) | (2), (3) | (2), (3) |

(1) Each share of common stock registered hereunder includes associated Rights to Purchase Series A Junior Participating Preferred Stock ("Rights") of Toll Brothers, Inc. Until the occurrence of certain prescribed events, the Rights are not exercisable, will be evidenced by the certificate for the common stock and will be transferred along with and only with the common stock. Upon the occurrence of such events, the Rights will separate from the common stock and separate certificates representing the Rights will be distributed to the holders of the common stock.

(2) Omitted pursuant to Form S-3 General Instruction II.E. An indeterminate aggregate initial offering price or number of the securities of each identified class is being registered as may from time to time be issued at indeterminate prices. Separate consideration may or may not be received for securities that are issuable on exercise, conversion or exchange of other

securities or that are issued in units or represented by depositary shares. In accordance with Rules 456(b) and 457(r), the registrants are deferring payment of all of the registration fee.

(3) Pursuant to Rule 457(n), no separate registration fee is payable with regard to the guarantees.

*The co-registrants listed on the following pages are also included in this Form S-3 Registration Statement as additional registrants.

The following direct and indirect subsidiaries of Toll Brothers, Inc. may issue the senior debt securities, subordinated debt securities and/or guarantee the senior debt securities and subordinated debt securities and are co-registrants under this registration statement. The address, including zip code, and telephone number, including area code, for each of the co-registrants is 250 Gibraltar Road, Horsham, Pennsylvania 19044, 215 938-8000.

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| First Huntingdon Finance Corp. | Delaware | 23-2485787 |
| Toll Brothers Finance Corp. | Delaware | 23-3097271 |
| Toll Corp. | Delaware | 23-2485860 |

The following direct and indirect subsidiaries of Toll Brothers, Inc. may guarantee the senior debt securities and subordinated debt securities and are co-registrants under this registration statement. The address, including zip code, and telephone number, including area code, for each of the co-registrants is 250 Gibraltar Road, Horsham, Pennsylvania 19044, 215 938-8000.

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| 110-112 Third Ave. Realty Corp. | New York | 13-1940046 |
| Amwell Chase, Inc. | Delaware | 23-2551304 |
| ESE Consultants, Inc. | Delaware | 23-2432981 |
| Fairway Valley, Inc. | Delaware | 23-2432976 |
| First Brandywine Investment Corp. II | Delaware | 23-2731790 |
| First Brandywine Investment Corp. IV | Delaware | 61-1443340 |
| Franklin Farms G.P., Inc. | Delaware | 23-2486303 |
| HQZ Acquisitions, Inc. | Michigan | 38-3149633 |
| MA Limited Land Corporation | Delaware | 23-2523560 |
| PRD Investors, Inc. | Delaware | 46-5522455 |
| SH Homes Corporation | Michigan | 38-3392296 |
| Shapell Homes, Inc. | Delaware | 94-3490626 |
| Shapell Industries, Inc. | Delaware | 95-2578030 |
| SI Investment Corporation | Michigan | 38-3298884 |
| TB Proprietary Corp. | Delaware | 23-2485790 |
| Tenby Hunt, Inc. | Delaware | 23-2682947 |
| The Silverman Building Companies, Inc. | Michigan | 38-3075345 |
| Toll Architecture I, P.A. | Delaware | 20-4889260 |
| Toll Architecture, Inc. | Delaware | 20-3532291 |
| Toll AZ GP Corp. | Delaware | 23-2815680 |
| Toll Bros. of Arizona, Inc. | Arizona | 23-2906398 |
| Toll Bros. of North Carolina, Inc. | North Carolina | 23-2777389 |
| Toll Bros. of North Carolina II, Inc. | North Carolina | 23-2990315 |
| Toll Bros. of North Carolina III, Inc. | North Carolina | 23-2993276 |
| Toll Bros., Inc. | Delaware | 23-2600117 |
| Toll Bros., Inc. | Pennsylvania | 23-2417123 |
| Toll Bros., Inc. | Texas | 23-2896374 |

| | | |
|---|---|---|
| Toll Brothers AZ Construction Company | Arizona | 23-2832024 |
| Toll Brothers Canada USA, Inc. | Delaware | 61-1756936 |
| Toll Brothers Real Estate, Inc. | Pennsylvania | 23-2417116 |
| Toll Buckeye Corp. | Delaware | 56-2489916 |
| Toll CA GP Corp. | California | 23-2748091 |
| Toll CA Holdings, Inc. | Delaware | 45-4751630 |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| Toll Centennial Corp. | Delaware | 56-2489913 |
| Toll CO GP Corp. | Colorado | 23-2978190 |
| Toll Development Company, Inc. | Michigan | 38-3180742 |
| Toll Diamond Corp. | Delaware | 57-1195241 |
| Toll FL GP Corp. | Florida | 23-2796288 |
| Toll GA GP Corp. | Georgia | 20-5853882 |
| Toll Golden Corp. | Delaware | 56-2489904 |
| Toll Granite Corp. | Delaware | 57-1195215 |
| Toll Holdings, Inc. | Delaware | 23-2569047 |
| Toll IL GP Corp. | Illinois | 23-2967049 |
| Toll Land Corp. No. 6 | Pennsylvania | 23-2417134 |
| Toll Land Corp. No. 10 | Delaware | 23-2551776 |
| Toll Land Corp. No. 20 | Delaware | 23-2551793 |
| Toll Land Corp. No. 43 | Delaware | 23-2737488 |
| Toll Land Corp. No. 50 | Delaware | 23-2860513 |
| Toll MD Builder Corp. | Maryland | 20-0355148 |
| Toll MI GP Corp. | Michigan | 23-2917543 |
| Toll Mid-Atlantic LP Company, Inc. | Delaware | 57-1195257 |
| Toll Mid-Atlantic Note Company, Inc. | Delaware | 57-1195252 |
| Toll Midwest Note Company, Inc. | Delaware | 56-2489923 |
| Toll MN GP Corp. | Minnesota | 20-0099962 |
| Toll NC GP Corp. | North Carolina | 23-2760759 |
| Toll NH GP Corp. | New Hampshire | 23-3048998 |
| Toll NJX-I Corp. | Delaware | 51-0413821 |
| Toll Northeast LP Company, Inc. | Delaware | 57-1195250 |
| Toll Northeast Note Company, Inc. | Delaware | 57-1195240 |
| Toll Northeast Services, Inc. | Delaware | 20-3714378 |
| Toll NV GP Corp. | Nevada | 23-2928710 |
| Toll OH GP Corp. | Ohio | 23-2878722 |
| Toll PA Builder Corp. | Pennsylvania | 87-0693313 |
| Toll PA GP Corp. | Pennsylvania | 23-2687561 |
| Toll PA II GP Corp. | Pennsylvania | 03-0395069 |
| Toll PA III GP Corp. | Pennsylvania | 20-1934096 |
| Toll Palmetto Corp. | Delaware | 57-1195245 |
| Toll Peppertree, Inc. | New York | 23-2709097 |
| Toll Realty Holdings Corp. I | Delaware | 23-2954512 |
| Toll Realty Holdings Corp. II | Delaware | 23-2954511 |
| Toll RI GP Corp. | Rhode Island | 23-3020194 |
| Toll SC GP Corp. | South Carolina | 23-3094328 |
| Toll Southeast LP Company, Inc. | Delaware | 57-1195213 |
| Toll Southeast Note Company, Inc. | Delaware | 57-1195261 |

| | | |
|---|---|---|
| Toll Southwest Note Company, Inc. | Delaware | 56-2489921 |
| Toll SW Holding I Corp. | Nevada | 26-3753963 |
| Toll TN GP Corp. | Tennessee | 23-2886926 |
| Toll TX GP Corp. | Delaware | 23-2796291 |
| Toll VA GP Corp. | Delaware | 23-2551790 |
| Toll VA Member Two, Inc. | Delaware | 51-0385726 |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| Toll WA GP Corp. | Washington | 45-3717010 |
| Toll WestCoast Note Company, Inc. | Delaware | 59-3790049 |
| Toll WV GP Corp. | West Virginia | 20-3337780 |
| Toll YL, Inc. | California | 23-2898272 |
| Upper K Investors, Inc. | Delaware | 46-5531792 |
| Ashford Land Company, L.P. | Delaware | 20-8437831 |
| Audubon Ridge, L.P. | Pennsylvania | 23-2668976 |
| Belmont Land, L.P. | Virginia | 23-2810333 |
| Binks Estates Limited Partnership | Florida | 23-2796300 |
| Broad Run Associates, L.P. | Pennsylvania | 23-2979479 |
| Byers Commercial LP | Pennsylvania | 20-1606337 |
| CC Estates Limited Partnership | Massachusetts | 23-2748927 |
| Cold Spring Hunt, L.P. | Pennsylvania | 23-2702468 |
| Coleman-Toll Limited Partnership | Nevada | 23-2928708 |
| Dominion Country Club, L.P. | Virginia | 23-2984309 |
| Estates at Princeton Junction, L.P. | New Jersey | 23-2760779 |
| Fairfax Investment, L.P. | Virginia | 23-2982190 |
| First Brandywine Partners, L.P. | Delaware | 51-0385730 |
| Greens at Waynesborough, L.P. | Pennsylvania | 23-2740013 |
| Hoboken Land LP | New Jersey | 20-1466751 |
| Hockessin Chase, L.P. | Delaware | 23-2944970 |
| Laurel Creek, L.P. | New Jersey | 23-2796297 |
| Loudoun Valley Associates, L.P. | Virginia | 23-3025878 |
| NC Country Club Estates Limited Partnership | North Carolina | 23-2917299 |
| Porter Ranch Development Co. | California | 95-2952018 |
| Silverman-Toll Limited Partnership | Michigan | 23-2986323 |
| Sorrento at Dublin Ranch I LP | California | 20-3337641 |
| Sorrento at Dublin Ranch III LP | California | 20-3337665 |
| South Riding, L.P. | Virginia | 23-2994369 |
| South Riding Amberlea LP | Virginia | 20-0383954 |
| South Riding Partners Amberlea LP | Virginia | 20-0384024 |
| South Riding Partners, L.P. | Virginia | 23-2861890 |
| Southport Landing Limited Partnership | Connecticut | 23-2784609 |
| Springton Pointe, L.P. | Pennsylvania | 23-2810340 |
| Stone Mill Estates, L.P. | Pennsylvania | 23-3013974 |
| Swedesford Chase, L.P. | Pennsylvania | 23-2939504 |
| TBI/Palm Beach Limited Partnership | Florida | 23-2891601 |
| The Bird Estate Limited Partnership | Massachusetts | 23-2883360 |
| Toll at Brier Creek Limited Partnership | North Carolina | 23-2954264 |
| Toll at Westlake, L.P. | New Jersey | 23-2963549 |
| Toll at Whippoorwill, L.P. | New York | 23-2888554 |

| | | |
|---|---|---|
| Toll Brooklyn L.P. | New York | 20-1941153 |
| Toll Brothers AZ Limited Partnership | Arizona | 23-2815685 |
| Toll CA, L.P. | California | 23-2963547 |
| Toll CA II, L.P. | California | 23-2838417 |
| Toll CA III, L.P. | California | 23-3031827 |
| Toll CA IV, L.P. | California | 23-3029688 |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| Toll CA V, L.P. | California | 23-3091624 |
| Toll CA VI, L.P. | California | 23-3091657 |
| Toll CA VII, L.P. | California | 20-1972440 |
| Toll CA VIII, L.P. | California | 20-2328888 |
| Toll CA IX, L.P. | California | 20-3454571 |
| Toll CA X, L.P. | California | 20-3454613 |
| Toll CA XI, L.P. | California | 20-3532036 |
| Toll CA XII, L.P. | California | 20-3733386 |
| Toll CA XIX, L.P. | California | 20-5853968 |
| Toll CA XX, L.P. | California | 47-3678669 |
| Toll CO, L.P. | Colorado | 23-2978294 |
| Toll CO II, L.P. | Colorado | 46-1812136 |
| Toll CO III, L.P. | Colorado | 47-2088497 |
| Toll CT Limited Partnership | Connecticut | 23-2963551 |
| Toll CT II Limited Partnership | Connecticut | 23-3041974 |
| Toll CT III Limited Partnership | Connecticut | 27-3790650 |
| Toll CT IV Limited Partnership | Connecticut | 45-4291419 |
| Toll DE LP | Delaware | 20-0660934 |
| Toll DE II LP | Delaware | 26-1358236 |
| Toll Estero Limited Partnership | Florida | 72-1539292 |
| Toll FL Limited Partnership | Florida | 23-3007073 |
| Toll FL II Limited Partnership | Florida | 73-1657686 |
| Toll FL III Limited Partnership | Florida | 20-0135814 |
| Toll FL IV Limited Partnership | Florida | 20-1158717 |
| Toll FL V Limited Partnership | Florida | 20-2862720 |
| Toll FL VI Limited Partnership | Florida | 20-3161585 |
| Toll FL VII Limited Partnership | Florida | 20-3482591 |
| Toll FL VIII Limited Partnership | Florida | 20-4232188 |
| Toll FL X Limited Partnership | Florida | 27-1476302 |
| Toll FL XII Limited Partnership | Florida | 46-5669537 |
| Toll FL XIII Limited Partnership | Florida | 47-2556249 |
| Toll Ft. Myers Limited Partnership | Florida | 82-0559443 |
| Toll GA LP | Georgia | 20-5854013 |
| Toll Grove LP | New Jersey | 20-0215496 |
| Toll Hudson LP | New Jersey | 20-0465460 |
| Toll IL HWCC, L.P. | Illinois | 75-2985312 |
| Toll IL, L.P. | Illinois | 23-2963552 |
| Toll IL II, L.P. | Illinois | 23-3041962 |
| Toll IL III, L.P. | Illinois | 03-0382404 |
| Toll IL IV, L.P. | Illinois | 20-3733446 |
| Toll IL WSB, L.P. | Illinois | 20-1000885 |

| | | |
|---|---|---|
| Toll Jacksonville Limited Partnership | Florida | 20-0204373 |
| Toll Land IV Limited Partnership | New Jersey | 23-2737490 |
| Toll Land V Limited Partnership | New York | 23-2796637 |
| Toll Land VI Limited Partnership | New York | 23-2796640 |
| Toll Land IX Limited Partnership | Virginia | 23-2939502 |
| Toll Land X Limited Partnership | Virginia | 23-2774670 |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| Toll Land XI Limited Partnership | New Jersey | 23-2796302 |
| Toll Land XV Limited Partnership | Virginia | 23-2810342 |
| Toll Land XVI Limited Partnership | New Jersey | 23-2810344 |
| Toll Land XVIII Limited Partnership | Connecticut | 23-2833240 |
| Toll Land XIX Limited Partnership | California | 23-2833171 |
| Toll Land XX Limited Partnership | California | 23-2838991 |
| Toll Land XXI Limited Partnership | Virginia | 23-2865738 |
| Toll Land XXII Limited Partnership | California | 23-2879949 |
| Toll Land XXIII Limited Partnership | California | 23-2879946 |
| Toll Land XXV Limited Partnership | New Jersey | 23-2867694 |
| Toll MA Land Limited Partnership | Massachusetts | 20-4889176 |
| Toll MA Land III Limited Partnership | Massachusetts | 81-4230212 |
| Toll MD AF Limited Partnership | Maryland | 23-2740412 |
| Toll MD Builder I, L.P. | Maryland | 20-0355209 |
| Toll MD Limited Partnership | Maryland | 23-2963546 |
| Toll MD II Limited Partnership | Maryland | 23-2978195 |
| Toll MD III Limited Partnership | Maryland | 23-3044366 |
| Toll MD IV Limited Partnership | Maryland | 71-0890813 |
| Toll MD V Limited Partnership | Maryland | 81-0610742 |
| Toll MD VI Limited Partnership | Maryland | 20-1756721 |
| Toll MD VII Limited Partnership | Maryland | 20-2101938 |
| Toll MD VIII Limited Partnership | Maryland | 20-3675884 |
| Toll MD IX Limited Partnership | Maryland | 20-3733408 |
| Toll MD X Limited Partnership | Maryland | 20-5469282 |
| Toll MD XI Limited Partnership | Maryland | 20-8406566 |
| Toll MI Limited Partnership | Michigan | 23-2999200 |
| Toll MI II Limited Partnership | Michigan | 23-3015611 |
| Toll MI III Limited Partnership | Michigan | 23-3097778 |
| Toll MI IV Limited Partnership | Michigan | 20-1501161 |
| Toll MI V Limited Partnership | Michigan | 20-2489523 |
| Toll MI VI Limited Partnership | Michigan | 47-2837197 |
| Toll MN, L.P. | Minnesota | 20-0099987 |
| Toll MN II, L.P. | Minnesota | 20-4804528 |
| Toll Naval Associates | Pennsylvania | 23-2454576 |
| Toll NC, L.P. | North Carolina | 20-2087335 |
| Toll NC II LP | North Carolina | 20-5208447 |
| Toll NC III LP | North Carolina | 27-1931828 |
| Toll NJ Builder I, L.P. | New Jersey | 41-2089798 |
| Toll NJ, L.P. | New Jersey | 23-2963550 |
| Toll NJ II, L.P. | New Jersey | 23-2991953 |
| Toll NJ III, L.P. | New Jersey | 23-2993263 |

| | | |
|---|---|---|
| Toll NJ IV, L.P. | New Jersey | 23-3038827 |
| Toll NJ V, L.P. | New Jersey | 23-3091620 |
| Toll NJ VI, L.P. | New Jersey | 23-3098583 |
| Toll NJ VII, L.P. | New Jersey | 20-2635402 |
| Toll NJ VIII, L.P. | New Jersey | 20-3337736 |
| Toll NJ XI, L.P. | New Jersey | 20-5088496 |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| Toll NJ XII LP | New Jersey | 46-5647446 |
| Toll NV Limited Partnership | Nevada | 23-3010602 |
| Toll NY L.P. | New York | 20-3887115 |
| Toll NY III L.P. | New York | 26-3893230 |
| Toll NY IV L.P. | New York | 27-1500651 |
| Toll NY V L.P. | New York | 47-3281922 |
| Toll Orlando Limited Partnership | Florida | 20-2862679 |
| Toll PA Development LP | Pennsylvania | 47-3741797 |
| Toll PA Management LP | Pennsylvania | 47-3751893 |
| Toll PA, L.P. | Pennsylvania | 23-2879956 |
| Toll PA II, L.P. | Pennsylvania | 23-3063349 |
| Toll PA III, L.P. | Pennsylvania | 23-3097666 |
| Toll PA IV, L.P. | Pennsylvania | 23-3097672 |
| Toll PA V, L.P. | Pennsylvania | 03-0395087 |
| Toll PA VI, L.P. | Pennsylvania | 47-0858909 |
| Toll PA VIII, L.P. | Pennsylvania | 20-0969010 |
| Toll PA IX, L.P. | Pennsylvania | 20-0969053 |
| Toll PA X, L.P. | Pennsylvania | 20-2172994 |
| Toll PA XI, L.P. | Pennsylvania | 20-3733420 |
| Toll PA XII, L.P. | Pennsylvania | 20-1934037 |
| Toll PA XIII, L.P. | Pennsylvania | 20-4889135 |
| Toll PA XIV, L.P. | Pennsylvania | 26-1603357 |
| Toll PA XV, L.P. | Pennsylvania | 26-1415588 |
| Toll PA XVI, L.P. | Pennsylvania | 47-1237726 |
| Toll PA XVII, L.P. | Pennsylvania | 47-1248397 |
| Toll PA XVIII, L.P. | Pennsylvania | 47-1051800 |
| Toll PA XIX, L.P. | Pennsylvania | 47-2858350 |
| Toll Realty Holdings LP | Delaware | 23-2954509 |
| Toll RI, L.P. | Rhode Island | 23-3020191 |
| Toll RI II, L.P. | Rhode Island | 27-0043852 |
| Toll SC, L.P. | South Carolina | 23-3094632 |
| Toll SC II, L.P. | South Carolina | 82-0574725 |
| Toll SC III, L.P. | South Carolina | 20-4249465 |
| Toll SC IV, L.P. | South Carolina | 26-2314893 |
| Toll Stonebrae LP | California | 20-3192668 |
| Toll VA, L.P. | Virginia | 23-2952674 |
| Toll VA II, L.P. | Virginia | 23-3001131 |
| Toll VA III, L.P. | Virginia | 23-3001132 |
| Toll VA IV, L.P. | Virginia | 75-2972033 |
| Toll VA V, L.P. | Virginia | 47-0887401 |
| Toll VA VI, L.P. | Virginia | 20-1972394 |

| | | |
|---|---|---|
| Toll VA VII, L.P. | Virginia | 20-3675918 |
| Toll VA VIII, L.P. | Virginia | 47-1670570 |
| Toll WA LP | Washington | 35-2425736 |
| Toll WV LP | West Virginia | 20-4249451 |
| Toll YL II, L.P. | California | 80-0014182 |
| Toll-Dublin, L.P. | California | 23-3070669 |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
| --- | --- | --- |
| Village Partners, L.P. | Pennsylvania | 81-0594073 |
| 89 Park Avenue LLC | New York | 23-2796637** |
| 126-142 Morgan Street Urban Renewal LLC | New Jersey | 20-5088496** |
| 134 Bay Street LLC | Delaware | 20-2635402** |
| 1400 Hudson LLC | New Jersey | 20-1466751** |
| 1451 Hudson LLC | New Jersey | 20-1466751** |
| 1450 Washington LLC | New Jersey | 20-1466751** |
| 1500 Garden St. LLC | New Jersey | 20-1466751** |
| 353-357 Broadway LLC | New York | 47-1495579 |
| 353-357 Broadway Member LLC | New York | 57-1195250** |
| 700 Grove Street Urban Renewal, LLC | New Jersey | 20-0215496** |
| Arbor Hills Development LLC | Michigan | 20-1501161** |
| Arbors Porter Ranch, LLC | California | 95-2952018** |
| Belmont Country Club I LLC | Virginia | 23-2810333** |
| Belmont Country Club II LLC | Virginia | 23-2810333** |
| Block 255 LLC | New Jersey | 20-1466751** |
| Block 268 LLC | New Jersey | 20-1466751** |
| Brier Creek Country Club I LLC | North Carolina | 23-2954264** |
| Brier Creek Country Club II LLC | North Carolina | 23-2954264** |
| Byers Commercial LLC | Delaware | 23-3063349** |
| Component Systems I LLC | Delaware | 23-2417123** |
| Component Systems II LLC | Delaware | 23-2417123** |
| CWG Construction Company LLC | New Jersey | 20-1104737 |
| Dominion Valley Country Club I LLC | Virginia | 23-2984309** |
| Dominion Valley Country Club II LLC | Virginia | 23-2984309** |
| Enclave at Long Valley I LLC | New Jersey | 23-3038827** |
| Enclave at Long Valley II LLC | New Jersey | 23-3038827** |
| First Brandywine LLC I | Delaware | 23-2731790** |
| First Brandywine LLC II | Delaware | 23-2731790** |
| Frenchman's Reserve Realty, LLC | Florida | 23-2417123** |
| Goshen Road Land Company LLC | Pennsylvania | 57-1195257** |
| Hatboro Road Associates LLC | Pennsylvania | 23-3097666** |
| Hoboken Cove LLC | New Jersey | 20-1466751** |
| Hoboken Land I LLC | Delaware | 20-1466751** |
| Jacksonville TBI Realty LLC | Florida | 23-2417123** |
| Liseter Land Company LLC | Pennsylvania | 23-2687561** |
| Liseter, LLC | Delaware | 23-2687561** |
| Long Meadows TBI, LLC | Maryland | 23-3044366** |
| Martinsburg Ventures, L.L.C. | Virginia | 23-2865738** |
| Mizner Realty, L.L.C. | Florida | 23-2417123** |
| Morgan Street JV LLC | Delaware | 20-5088496** |

| | | |
|---|---|---|
| Naples TBI Realty, LLC | Florida | 23-2417123** |
| Orlando TBI Realty LLC | Florida | 23-2417123** |
| Placentia Development Company, LLC | California | 95-2578030** |
| Plum Canyon Master LLC | Delaware | 95-2578030** |
| PRD Investors, LLC | Delaware | 95-2578030** |
| PT Maxwell Holdings, LLC | New Jersey | 20-3153303 |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| PT Maxwell, L.L.C. | New Jersey | 20-3153303** |
| Rancho Costera LLC | Delaware | 95-2578030** |
| Regency at Denville LLC | New Jersey | 23-2810344** |
| Regency at Dominion Valley LLC | Virginia | 23-2984309** |
| Regency at Washington I LLC | New Jersey | 23-3098583** |
| Regency at Washington II LLC | New Jersey | 23-3098583** |
| Shapell Hold Properties No. 1, LLC | Delaware | 95-2578030** |
| Shapell Land Company, LLC | Delaware | 95-2578030** |
| South Riding Realty LLC | Virginia | 23-2861890** |
| SR Amberlea LLC | Virginia | 20-0383954** |
| SRLP II LLC | Virginia | 23-2994639** |
| Tampa TBI Realty LLC | Florida | 23-2417123** |
| TB Kent Partners LLC | Delaware | 20-3887115** |
| The Regency Golf Club I LLC | Virginia | 23-2984309** |
| The Regency Golf Club II LLC | Virginia | 23-2984309** |
| Toll Austin TX LLC | Texas | 26-0389752** |
| Toll Austin TX II LLC | Texas | 46-4823022 |
| Toll Austin TX III LLC | Texas | 47-2161571 |
| Toll BBC LLC | Texas | 26-0389704** |
| Toll BBC II LLC | Texas | 26-0389704** |
| Toll CA I LLC | California | 23-2838417** |
| Toll CA III LLC | California | 95-2578030** |
| Toll CA Note II LLC | California | 23-2838417** |
| Toll Cedar Hunt LLC | Virginia | 23-2994369** |
| Toll CO I LLC | Colorado | 23-2978294** |
| Toll Corners LLC | Delaware | 23-2963551** |
| Toll Dallas TX LLC | Texas | 26-0389704 |
| Toll EB, LLC | Delaware | 23-2810344** |
| Toll Equipment, L.L.C. | Delaware | 23-2417123** |
| Toll FL I, LLC | Florida | 23-3007073** |
| Toll FL IV LLC | Florida | 20-2862720** |
| Toll FL V LLC | Florida | 27-3790713** |
| Toll Glastonbury LLC | Connecticut | 23-3041974** |
| Toll Henderson LLC | Nevada | 23-2417123** |
| Toll Hoboken LLC | Delaware | 20-0465460** |
| Toll Houston Land LLC | Texas | 27-0876926** |
| Toll Houston TX LLC | Texas | 27-0876926 |
| Toll ID I LLC | Idaho | 23-2417123** |
| Toll IN LLC | Indiana | 23-2417123** |
| Toll Jupiter LLC | Florida | 20-3368529** |
| Toll Land VII LLC | New York | 57-1195250** |

| | | |
|---|---|---|
| Toll Lexington LLC | New York | 27-3767977 |
| Toll MA Development LLC | Massachusetts | 57-1195250** |
| Toll MA Holdings LLC | Delaware | 57-1195250** |
| Toll MA Land II GP LLC | Delaware | 57-1195250** |
| Toll MA Management LLC | Massachusetts | 57-1195250** |
| Toll MA I LLC | Massachusetts | 23-2748927** |

| Exact Name of Registrant As Specified in its Charter | State or Other Jurisdiction of Incorporation or Organization | I.R.S. Employer Identification Number |
|---|---|---|
| Toll MA II LLC | Massachusetts | 23-2748927** |
| Toll MA III LLC | Massachusetts | 23-2748927** |
| Toll MA IV LLC | Massachusetts | 23-2748927** |
| Toll MD I, L.L.C. | Maryland | 23-2737488** |
| Toll MD II LLC | Maryland | 23-2740412** |
| Toll MD III LLC | Maryland | 20-2101938** |
| Toll MD IV LLC | Maryland | 20-2101938** |
| Toll Midwest LLC | Delaware | 57-1195250** |
| Toll Morgan Street LLC | Delaware | 20-5088496** |
| Toll NC I LLC | North Carolina | 23-2917299** |
| Toll NC IV LLC | North Carolina | 20-5208447** |
| Toll NC Note LLC | North Carolina | 23-2917299** |
| Toll NC Note II LLC | North Carolina | 23-2917299** |
| Toll NJ I, L.L.C. | New Jersey | 23-3091620** |
| Toll NJ II, L.L.C. | New Jersey | 23-3091620** |
| Toll NJ III, LLC | New Jersey | 23-2417123** |
| Toll NJ IV LLC | New Jersey | 57-1195250** |
| Toll NY II LLC | New York | 57-1195250** |
| Toll North LV LLC | Nevada | 23-2417123** |
| Toll North Reno LLC | Nevada | 23-2417123** |
| Toll NV GP I LLC | Nevada | 23-2928710** |
| Toll NV Holdings LLC | Nevada | 23-2417123** |
| Toll PA Twin Lakes LLC | Pennsylvania | 57-1195257** |
| Toll Prasada LLC | Arizona | 23-2417123** |
| Toll San Antonio TX LLC | Texas | 20-4888966** |
| Toll South LV LLC | Nevada | 23-2417123** |
| Toll South Reno LLC | Nevada | 23-2417123** |
| Toll Southwest LLC | Delaware | 23-2417123** |
| Toll Southwest II LLC | Delaware | 23-2417123** |
| Toll Stratford LLC | Virginia | 20-3116806 |
| Toll SW Holding LLC | Nevada | 26-3754027 |
| Toll TX Note LLC | Texas | 26-0389704** |
| Toll VA L.L.C. | Delaware | 51-0385728 |
| Toll VA III L.L.C. | Virginia | 23-2417123** |
| Toll Van Wyck, LLC | New York | 23-2796637** |
| Toll Vanderbilt II LLC | Rhode Island | 51-1195217** |
| Toll-Dublin, LLC | California | 23-3070669** |
| Toll West Coast LLC | Delaware | 23-2417123** |
| Toll West Coast II LLC | Delaware | 23-2417123** |
| Upper K Investors, LLC | Delaware | 95-2578030** |
| Upper K-Shapell, LLC | Delaware | 95-3017628 |

| | | |
|---|---|---|
| Vanderbilt Capital LLC | Rhode Island | 56-2421664 |
| Virginia Construction Co. I, LLC | Virginia | 23-2417123** |
| Virginia Construction Co. II, LLC | Virginia | 23-2417123** |

** Uses Employer Identification Number used by its sole member.

**EXPLANATORY NOTE**

This Amendment No. 2 to the Registration Statement on Form S-3 (Registration No. 333-202046) (the "Registration Statement") is being filed for the following purposes:

i)  adding the following subsidiaries of Toll Brothers, Inc. as co-registrants to the Registration Statement to allow such subsidiaries to guarantee the debt securities covered by the Registration Statement:

| | |
|---|---|
| Byers Commercial LP | Toll NJ IV LLC |
| Toll MA Land III Limited Partnership | Toll PA Twin Lakes LLC |
| 1451 Hudson, LLC | Toll Prasada LLC |
| Byers Commercial LLC | Toll Southwest II LLC |
| Toll ID I LLC | Toll West Coast II LLC |

ii)  adding such guarantees of debt securities to the Registration Statement; and

iii)  removing the following subsidiaries a co-registrants to the Registration Statement due to their dissolution:

| | |
|---|---|
| 51 N. 8th Street L.P. | 51 N. 8th Street I LLC |
| Blue Bell County Club, L.P. | Arthur's Woods, LLC |
| Estates at Rivers Edge, L.P. | C.B.A.Z. Construction Company, LLC |
| Farmwell Hunt, L.P. | C.B.A.Z. Holding Company, LLC |
| Great Falls Hunt, L.P. | First Brandywine LLC III |
| Greenwich Chase, L.P. | First Brandywine LLC IV |
| Huckins Farm Limited Partnership | Golf I Country Club Estates at Moorpark LLC |
| TBI/Naples Limited Partnership | Golf II Country Club Estates at Moorpark LLC |
| Toll at Honey Creek Limited Partnership | Hawthorn Woods Country Club II LLC |
| Toll Land XXVI Limited Partnership | Lighthouse Point Land Company, LLC |
| Toll Livingston at Naples Limited Partnership | Longmeadow Properties LLC |
| Toll NH Limited Partnership | Paramount Village LLC |
| Toll Northville Limited Partnership | Phillips Drive LLC |
| Toll YL, L.P. | Prince William Land I LLC |
| West Amwell Limited Partnership | Prince William Land II LLC |
| Wilson Concord, L.P. | Regency at Mansfield I LLC |
| 110-112 Third Ave, GC II LLC | Regency at Mansfield II LLC |
| 110-112 Third Ave, GC LLC | The Ridges at Belmont Country Club I LLC |
| 2301 Fallston Road, LLC | The Ridges at Belmont Country Club II LLC |
| 5-01 - 5-17 48th Avenue, GC II LLC | Toll Realty L.L.C. |
| 5-01 - 5-17 48th Avenue, GC LLC | Toll Vanderbilt I LLC |
| 5-01 - 5-17 48th Avenue II LLC | |
| 5-01 - 5-17 48th Avenue LLC | |
| 51 N. 8th Street GC LLC | |
| 51 N. 8th Street GC II LLC | |

No changes or additions are being made hereby to the base prospectus that already forms a part of the Registration Statement. Accordingly, the base prospectus is omitted from this filing.

## PART II

### Information Not Required In Prospectus

**Item 14. Other Expenses of Issuance and Distribution.**

The following is a statement of estimated expenses in connection with the issuance and distribution of the securities being registered, other than underwriting discounts.

| | |
|---|---|
| SEC registration fee | (1) |
| Fees and expenses of independent accountants | (2) |
| Trustee fees and expenses | (2) |
| Legal fees and expenses | (2) |
| Printing and delivery expenses | (2) |
| Blue sky fees | (2) |
| Rating agency fees | (2) |
| Miscellaneous expenses | (2) |
| Total | (1)(2) |

(1) Because an indeterminate amount of securities are covered by this Registration Statement, we are deferring payment of the registration fee pursuant to Rules 456(b) and 457(r) under the Securities Act.

(2) Because an indeterminate amount of securities are covered by this Registration Statement and the number of offerings are indeterminable, the expenses in connection with the issuance and distribution of the securities are not currently determinable.

**Item 15. Indemnification of Directors and Officers**

**Arizona Registrants**

*Toll Bros. of Arizona, Inc. and Toll Brothers AZ Construction Company are incorporated under the laws of Arizona.*

Section 10-851 of the Arizona Corporations and Associations Act ("ACAA") provides that, subject to certain limitations, a corporation may indemnify a director against liability incurred in the proceeding if all of certain specified conditions exist, or as provided in the corporation's articles of incorporation. A corporation may not indemnify a director who was adjudged liable on the basis that financial benefit was improperly received by the director. Indemnification is limited to reasonable expenses incurred in connection with the proceeding. Section 10-851 of the ACAA permits an Arizona corporation to eliminate or limit in its articles of incorporation the liability of a director to the corporation or its shareholders for money damages for any action taken or any failure to take any action as a director, except under certain specified circumstances and permits an Arizona corporation to include in its articles of incorporation a provision permitting or making obligatory indemnification of a director for liability to any person for any action taken, or any failure to take any action, as a director, except for certain exceptions.

*Toll Brothers AZ Limited Partnership is registered under the laws of Arizona.*

A partnership shall indemnify a withdrawn general partner whose interest is being purchased against all partnership liabilities, whether incurred before or after the withdrawal, except: (a) liabilities incurred by an act of the withdrawn general partner under § 29-1062 of Arizona Revised Statutes (the "A.R.S.") and (b) liabilities for which the partner was not liable pursuant to § 29-215 of A.R.S. or 29-1026 of A.RS.

*Toll Prasada LLC is registered under the laws of Arizona.*

The Arizona Limited Liability Company Act ("ALLCA").Section 29610(A)(13) of the ALLCA permits a limited liability company to indemnify a member, manager, employee, officer, agent or any other person.

**<u>California Registrants</u>**

*Toll CA GP Corp. and Toll YL, Inc. are incorporated under the laws of California.*

Section 317 of the California Corporations Code provides that a corporation shall have the power to indemnify any person who was or is a party or is threatened to be made a party to any proceeding or action by reason of the fact that she is or was a

director, officer, employee or other agent of such corporation or is or was serving at the request of the corporation as a director, officer, employee or agent of another corporation or other enterprise. The person must have (a) acted in good faith (b) reasonably believed her conduct was in the best interests of the corporation, and (c) in the case of criminal proceedings, had no reasonable cause to believe her conduct was unlawful. Section 317 also grants authority to a corporation to include in its articles of incorporation indemnification provisions in excess of that permitted in Section 317, subject to certain limitations.

*Porter Ranch Development Co., Sorrento at Dublin Ranch I LP, Sorrento at Dublin Ranch III LP, Toll CA, L.P., Toll CA II, L.P., Toll CA III, L.P., Toll CA IV, L.P., Toll CA V, L.P., Toll CA VI, L.P., Toll CA VII, L.P., Toll CA VIII, L.P., Toll CA IX, L.P., Toll CA X, L.P., Toll CA XI, L.P., Toll CA XII, L.P., Toll CA XIX, L.P., Toll CA XX, L.P., Toll Land XIX Limited Partnership, Toll Land XX Limited Partnership, Toll Land XXII Limited Partnership, Toll Land XXIII Limited Partnership, Toll Stonebrae LP, Toll YL II, L.P., and Toll-Dublin, L.P. are registered under the laws of California.*

Section 15904.06 of the 2008 California Revised Limited Partnership Act provides that a limited partnership shall reimburse a general partner for payments made, and indemnify a general partner for liabilities incurred by the general partner, in the ordinary course of the activities of the partnership or for the preservation of its activities or property.

*Arbors Porter Ranch, LLC, Placentia Development Company, LLC, Toll CA I LLC, Toll CA III LLC, Toll CA Note II LLC, and Toll-Dublin, LLC are registered under the laws of California.*

Section 17701.05 of the California Revised Uniform Limited Liability Company Act provides, subject to any limitations contained in the articles of organization and to compliance with this title and any other applicable laws, a limited liability company shall have all the power to indemnify or hold harmless any person.

**Colorado Registrants**

*Toll CO GP Corp is incorporated under the laws of Colorado.*

Section 7-109-102 of the Colorado Business Corporation Act permits indemnification of a director of a Colorado corporation, in the case of a third party action, if the director (a) conducted himself in good faith, (b) reasonably believed that (i) in the case of conduct in his official capacity, his conduct was in the corporation's best interest, or (ii) in all other cases, his conduct was not opposed to the corporation's best interest, and (c) in the case of any criminal proceeding, had no reasonable cause to believe that his conduct was unlawful. The section further provides for mandatory indemnification of directors and officers who are successful on the merits or otherwise in litigation. The statute limits the indemnification that a corporation may provide to its directors in two key respects. A corporation may not indemnify a director in a derivative action in which the director is held liable to the corporation or in any proceeding in which the director is held liable on the basis of his improper receipt of a personal benefit. The statute permits a corporation to indemnify and advance litigation expenses to officers, employees and agents who are not directors to a greater extent than directors if consistent with law and provided for by the articles of incorporation, the bylaws, a resolution of directors or shareholders, or a contract between the corporation and the officer, employee or agent.

*Toll CO, L.P., Toll CO II, L.P., and Toll CO III, L.P. are registered under the laws of the Colorado.*

Section 7-64-401 of the Colorado Uniform Partnership Act (1997) provides that a partnership shall indemnify a partner for liabilities incurred by the partner in the ordinary course of the business of the partnership, unless the liabilities were incurred in violation of the partner's duties to the partnership or the other partners.

*Toll CO I LLC is registered under the laws of Colorado.*

Section 7-80-407 of the Colorado Limited Liability Company Act permits indemnification of a member or manager in respect of payments made and personal liabilities reasonably incurred by that member or manager in the ordinary and proper conduct of the company's business or for the preservation of the company's business or property.

**Connecticut Registrants**

*Southport Landing Limited Partnership, Toll CT II Limited Partnership, Toll CT III Limited Partnership, Toll CT IV Limited Partnership, Toll CT Limited Partnership, and Toll Land XVIII Limited Partnership are registered under the laws of Connecticut.*

Section 34-335 of the Connecticut Uniform Partnership Act provides that a partnership shall reimburse a partner for payments made and indemnify a partner for liabilities incurred by the partner in the ordinary course of the business of the partnership or for

the preservation of its business or property.


*Toll Glastonbury LLC is registered under the laws of Connecticut.*

Section 143 of the Connecticut General Statutes provides an operating agreement may: (1) Eliminate or limit the personal liability

of a member or manager for monetary damages for breach of any duty provided for in section 34-141; and (2) provide for indemnification of a member or manager for judgments, settlements, penalties, fines or expenses incurred in a proceeding to which an individual is a party because such individual is or was a member or manager.

## Delaware Registrants

*Amwell Chase, Inc., ESE Consultants, Inc., Fairway Valley, Inc., First Brandywine Investment Corp. II, First Brandywine Investment Corp. IV, First Huntingdon Finance Corp., Franklin Farms G.P., Inc. MA Limited Land Corporation, PRD Investors, Inc., Shapell Homes, Inc., Shapell Industries, Inc., TB Proprietary Corp., Tenby Hunt, Inc., Toll Architecture I, P.A., Toll Architecture, Inc., Toll AZ GP Corp., Toll Bros., Inc., Toll Brothers Canada USA, Inc. Toll Brothers Finance Corp., Toll Buckeye Corp., Toll CA Holdings, Inc., Toll Centennial Corp., Toll Corp., Toll Diamond Corp., Toll Golden Corp., Toll Granite Corp., Toll Holdings, Inc., Toll Land Corp. No. 10, Toll Land Corp. No. 20, Toll Land Corp. No. 43, Toll Land Corp. No. 50, Toll Mid-Atlantic LP Company, Inc., Toll Mid-Atlantic Note Company, Inc., Toll Midwest Note Company, Inc., Toll NJX-I Corp., Toll Northeast LP Company, Inc., Toll Northeast Note Company, Inc., Toll Northeast Services, Inc., Toll Palmetto Corp., Toll Realty Holdings Corp. I, Toll Realty Holdings Corp. II, Toll Southeast LP Company, Inc., Toll Southeast Note Company, Inc., Toll Southwest Note Company, Inc., Toll TX GP Corp., Toll VA GP Corp., Toll VA Member Two, Inc., Toll WestCoast Note Company, and Upper K Investors, Inc. are incorporated under the laws of Delaware.*

Section 145 of the Delaware General Corporation Law (the "DGCL") provides that a corporation may indemnify directors and officers as well as other employees and individuals against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement in connection with specified actions, suits or proceedings, whether civil, criminal, administrative or investigative (other than an action by or in the right of the corporation-a "derivative action"), if they acted in good faith and in a manner they reasonably believed to be in or not opposed to the best interests of the corporation and, with respect to any criminal actions or proceedings, had no reasonable cause to believe their conduct was unlawful. A similar standard is applicable in the case of derivative actions, except that indemnification only extends to expenses (including attorneys' fees) actually and reasonably incurred in connection with the defense or settlement of such action, and the DGCL requires court approval before there can be any indemnification where the person seeking indemnification has been found liable to the corporation. The DGCL provides that it is not exclusive of other indemnification that may be granted by a corporation's bylaws, disinterested director vote, stockholder vote, agreement or otherwise.

*Ashford Land Company, L.P., Byers Commercial LP, First Brandywine Partners, L.P., Hockessin Chase, L.P., Toll DE LP, Toll DE II LP, and Toll Realty Holdings LP.*

Section 17-108 of the Delaware Revised Uniform Limited Partnership Act provides that a limited partnership may, and shall have the power to, indemnify and hold harmless any partner or other person from and against any and all claims and demands whatsoever, subject to such standards and restrictions set forth in the partnership agreement.

*134 Bay Street LLC, Component Systems I LLC, Component Systems II LLC, First Brandywine LLC I, First Brandywine LLC II, Hoboken Land I LLC, Liseter, LLC, Morgan Street JV LLC, Plum Canyon Master LLC, PRD Investors, LLC, Rancho Costera LLC, Shapell Hold Properties No. 1, LLC, Shapell Land Company, LLC, TB Kent Partners LLC, Toll Corners LLC, Toll EB, LLC, Toll Equipment, L.L.C., Toll Hoboken LLC, Toll MA Holdings LLC, Toll MA Land II GP LLC, Toll Midwest LLC, Toll Morgan Street LLC, Toll Southwest LLC, Toll Southwest II LLC, Toll VA L.L.C., Toll West Coast LLC, Toll West Coast II LLC, Upper K Investors, LLC, and Upper K-Shapell, LLC are registered under the laws of Delaware.*

Section 18-108 of the Delaware Limited Liability Company Act provides that subject to such standards and restrictions, if any, as are set forth in its limited liability company agreement, a company may indemnify and hold harmless any member or manager or other person from and against any and all claims and demands whatsoever.

## Florida Registrants

*Toll FL GP Corp. is incorporated under the laws of Florida.*

Section 850 of the Florida Business Corporation Act provides that a Florida corporation may indemnify any person who was or is a party to any proceeding (other than an action by, or in the right of, the corporation), by reason of the fact that he or she is or was a director, officer, employee, or agent if she acted in good faith and in a manner she reasonably believed to be in the best interests of the corporation and, with respect to any criminal action or proceeding, had no reasonable cause to believe his or her conduct was unlawful. However, a Florida corporation is not permitted to indemnify any director, officer, employee, or agent if a judgment or

other final adjudication establishes that her actions, or omissions to act, were material to the cause of action so adjudicated and constitute: (a) a violation of the criminal law, unless the director, officer, employee, or agent had reasonable cause to believe her conduct was lawful or had no reasonable cause to believe her conduct was unlawful; (b) a transaction from which the director, officer, employee, or agent derived an improper personal benefit; (c) in the case of a director, a circumstance

under which the liability provisions of Section 834 of the Florida Statute are applicable; or (d) willful misconduct or a conscious disregard for the best interests of the corporation in a proceeding by or in the right of the corporation to procure a judgment in its favor or in a proceeding by or in the right of a shareholder.

*Binks Estates Limited Partnership, TBI/Palm Beach Limited Partnership, Toll Estero Limited Partnership, Toll FL Limited Partnership, Toll FL II Limited Partnership, Toll FL III Limited Partnership, Toll FL IV Limited Partnership, Toll FL V Limited Partnership, Toll FL VI Limited Partnership, Toll FL VII Limited Partnership, Toll FL VIII Limited Partnership, Toll FL X Limited Partnership, Toll FL XII Limited Partnership, Toll FL XIII Limited Partnership, Toll Ft. Myers Limited Partnership, Toll Jacksonville Limited Partnership, and Toll Orlando Limited Partnership are registered under the laws of Florida.*

Section 620.1303 of the Florida Revised Uniform Limited Partnership Act provides that a limited partner is not personally liable, directly or indirectly, by way of contribution or otherwise, for an obligation of the limited partnership solely by reason of being a limited partner, even if the limited partner participates in the management and control of the limited partnership.

*Frenchman's Reserve Realty, LLC, Jacksonville TBI Realty LLC, Mizner Realty, L.L.C., Naples TBI Realty, LLC, Orlando TBI Realty LLC, Tampa TBI Realty LLC, Toll FL I, LLC, Toll FL IV LLC, Toll FL V LLC, and Toll Jupiter LLC are registered under the laws of Florida.*

Section 605.0409 of the Florida Revised Limited Liability Company Act provides a limited liability company may indemnify and hold harmless a person with respect to a claim or demand against the person and a debt, obligation, or other liability incurred by the person by reason of the person's former or present capacity as a member or manager if the claim, demand, debt, obligation, or other liability does not arise from certain circumstances enumerated under the Act.

### Georgia Registrants

*Toll GA GP Corp. is incorporated under the laws of Georgia.*

The Georgia Business Corporation Code permits a corporation to indemnify a director or officer if the director or officer seeking indemnification acted in good faith and reasonably believed: (a) in the case of conduct in his or her official capacity, that her action was in the best interest of the corporation, (b) in all other cases, that her action was at least not opposed to the best interests of the corporation, and (c) in the case of any criminal proceedings, that she had no reasonable cause to believe his or her conduct was unlawful, provided that indemnification in connection with a proceeding by or in the right of the corporation is limited to reasonable expenses incurred in connection with the proceeding. The Georgia Business Corporation Code prohibits indemnification of a director in connection with a proceeding by or in the right of the corporation (other than for reasonable expenses) if it is determined that the director has not met the relevant standard of conduct, or with respect to conduct for which he or she was adjudged liable on the basis that a personal benefit was improperly received by him or her, whether or not involving action in his or her official capacity. The Georgia Business Corporation Code additionally prohibits indemnification of an officer for liability arising in connection with appropriation of a business opportunity of the corporation, intentional or knowing violation of law, improper distributions or improper personal benefit.

*Toll GA LP is registered under the laws of Georgia.*

Section 14-9-108 of the Georgia Revised Uniform Limited Partnership Act provides that a limited partnership may, and shall have the power to, indemnify and hold harmless any partner or other person from and against any and all claims and demands whatsoever, provided that he partnership shall not indemnify any person: (a) for intentional misconduct or a knowing violation of law; or (b) for any transaction for which the person received a personal benefit in violation or breach of any provision of the partnership agreement.

### Idaho Registrants

*Toll ID I LLC is registered under the laws of Idaho.*

Section 53-624 of the Idaho Limited Liability Company Act provides for indemnification of a member or manager for judgments, settlements, penalties, fines or expenses incurred in a proceeding to which a person is a party because the person is or was a member or manager.

**Illinois Registrants**

*Toll IL GP Corp. is incorporated under the laws of Illinois.*

Section 8.75 of the Illinois Business Corporation Act (the "IBCA") provides generally and in pertinent parts that an Illinois corporation may indemnify its directors, officers, employees and agents, or anyone serving at the request of the corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise, against expenses (in the case of actions by or in the right of the corporation) or against expenses, judgments, fines, and settlements (in all other

cases) actually and reasonably incurred by them in connection with any action, suit, or proceeding if, in connection with the matters in issue, they acted in good faith and in a manner they reasonably believed to be in, or not opposed to, the best interests of the corporation and, in connection with any criminal suit or proceeding, if in connection with the matters in issue, they had no reasonable cause to believe their conduct was unlawful, provided that no indemnification shall be made with respect to any claim, issue, or matter as to which such person has been adjudged to have been liable to the corporation, unless and only to the extent that the court in which such action or suit was brought shall determine upon application that, despite the adjudication of liability, such person is fairly and reasonably entitled to indemnity. If a present or former director, officer or employee of an Illinois corporation has been successful in the defense of any such action, suit or proceeding, claim, issue or matter, such person shall be indemnified by the corporation against expenses.

*Toll IL HWCC, L.P., Toll IL, L.P., Toll IL II, L.P., Toll IL III, L.P., Toll IL IV, L.P., and Toll IL WSB, L.P. are registered under the laws of Illinois.*

Section 406 of the Illinois Uniform Limited Partnership Act (2001) provides that a limited partnership shall reimburse a general partner for payments made and indemnify a general partner for liabilities incurred by the general partner in the ordinary course of the activities of the partnership or for the preservation of its activities or property.

*Toll IN LLC is registered under the laws of Illinois.*

Section 180/15-7 of the Illinois Limited Liability Company Act provides that a limited liability company shall reimburse a member or manager for payments made and indemnify a member or manager for liabilities incurred by the member or manager in the ordinary course of the business the company or for the preservation of its business or property.

**Indiana Registrants**

*Toll IN LLC is registered under the laws of Indiana.*

Chapter 2 of the Indiana Business Flexibility Act provides that, subject to any standards and restrictions set forth in a company's operating agreement, a limited liability company may indemnify and hold harmless any member, manager, agent or employee from and against any and all claims and demands, unless the action or failure to act for which indemnification is sought constitutes willful misconduct or recklessness.

**Maryland Registrants**

*Toll MD Builder Corp. is incorporated under the laws of Maryland.*

The Maryland General Corporation Law (the "MGCL") requires a corporation (unless its charter provides otherwise) to indemnify a director or officer who has been successful, on the merits or otherwise, in the defense of any proceeding to which he is made a party by reason of his service in that capacity. The MGCL permits a corporation to indemnify its present and former directors and officers, among others, against judgments, penalties, fines, settlements and reasonable expenses actually incurred by them in connection with any proceeding to which they may be made a party to, or witness in, by reason of their service in those or other capacities unless it is established that (a) the act or omission of the director or officer was material to the matter giving rise to the proceeding and (i) was committed in bad faith or (ii) was the result of active and deliberate dishonesty, (b) the director or officer actually received an improper personal benefit in money, property or services or (c) in the case of any criminal proceeding, the director or officer had reasonable cause to believe that the act or omission was unlawful. However, under the MGCL, a Maryland corporation may not indemnify for an adverse judgment in a suit by or in the right of the corporation or for a judgment of liability on the basis that personal benefit was improperly received, unless in either case a court orders indemnification and then only for expenses.

*Toll MD AF Limited Partnership, Toll MD Builder I, L.P., Toll MD Limited Partnership, Toll MD II Limited Partnership, Toll MD III Limited Partnership, Toll MD IV Limited Partnership, Toll MD V Limited Partnership, Toll MD VI Limited Partnership, Toll MD VII Limited Partnership., Toll MD VIII Limited Partnership, Toll MD IX Limited Partnership, Toll MD X Limited Partnership, and Toll MD XI Limited Partnership are registered under the laws of Maryland.*

Section 9A-401 of the Maryland Revised Uniform Partnership Act provides that a partnership shall reimburse a partner for payments made and indemnify a partner for liabilities incurred by the partner in the ordinary course of the business of the partnership or for the preservation of its business or property.

*Long Meadows TBI, LLC, Toll MD I, L.L.C., Toll MD II LLC, Toll MD III LLC, and Toll MD IV LLC are registered under the laws of Maryland.*

Section 4A-203 of Maryland's Corporation and Associations statute provides a limited liability company may indemnify and hold harmless any member, agent or employee from and against any and all claims and demands, except in the case of action or failure to act by the member, agent, or employee which constitutes willful misconduct or recklessness, and subject to the standards and restrictions, if any, set forth in the articles of organization or operating agreement.

**Massachusetts Registrants**

*CC Estates Limited Partnership, The Bird Estate Limited Partnership, Toll MA Land Limited Partnership, and Toll MA Land III Limited Partnership are registered under the laws of Massachusetts.*

Section 19 of Chapter 109 of the Massachusetts General Laws provides that a limited partner is not liable for the obligations of a limited partnership unless he is also a general partner or, in addition to the exercise of his rights and powers as a limited partner, he participates in the control of the business; provided, however, that if the limited partner participates in the control of the business, he is liable only to persons who transact business with the limited partnership reasonably believing, based upon the limited partner's conduct, that the limited partner is a general partner.

*Toll MA Development LLC, Toll MA Management LLC, Toll MA I LLC, Toll MA II LLC, Toll MA III LLC, and Toll MA IV LLC are registered under the laws of Massachusetts.*

Section 8 of the Massachusetts Limited Liability Company Act provides that a limited liability company may, and shall have the power to, indemnify and hold harmless any member or manager or other person from and against any and all claims and demands whatsoever.

**Michigan Registrants**

*HQZ Acquisitions, Inc. SH Homes Corporation,, SI Investment Corporation, The Silverman Building Companies, Inc., Toll Development Company, Inc., and Toll MI GP Corp. are incorporated under the laws of Michigan.*

The Michigan Business Corporation Act (the "MBCA") contains provisions governing the indemnification of directors and officers by Michigan corporations. The MBCA provides that a corporation has the power to indemnify a person who was or is a party or is threatened to be made a party to a threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative and whether formal or informal (other than an action by or in the right of the corporation) by reason of the fact that she is or was a director, officer, employee or agent of the corporation, or is or was serving at the request of the corporation as a director, officer, partner, trustee, employee or agent of another foreign or domestic corporation, partnership, joint venture, trust or other enterprise, whether for profit or not, against expenses (including attorneys' fees), judgments, penalties, fines and amounts paid in settlement actually and reasonably incurred by her in connection with the action, suit or proceeding, if the person acted in good faith and in a manner she reasonably believed to be in or not opposed to the best interests of the corporation or its shareholders, and with respect to a criminal action or proceeding, if the person had no reasonable cause to believe his or her conduct was unlawful.

*Silverman-Toll Limited Partnership, Toll MI Limited Partnership, Toll MI II Limited Partnership, Toll MI III Limited Partnership, Toll MI IV Limited Partnership, Toll MI V Limited Partnership, and Toll MI VI Limited Partnership are registered under the laws of Michigan.*

Section 449.1303 of the Michigan Revised Uniform Limited Partnership Act provides that a limited partner is not liable for the obligations of the limited partnership unless the limited partner is also a general partner or the limited partner takes part in the control of the business.

*Arbor Hills Development LLC is registered under the laws of Michigan.*

Section 216 of the Michigan Limited Liability Company Act provides that, except as otherwise provided in an operating agreement, a limited liability company may indemnify, hold harmless, and defend a member, manager, or other person from and against any and all losses, expenses, claims, and demands sustained by that person, except that the company may not indemnify the person for liability in connection with the receipt of a financial benefit to which the person is not entitled, voting or assenting to a distribution in violation of the company's operating agreement or the law, or a knowing violation of the law.

**Minnesota Registrants**

*Toll MN GP Corp. is incorporated under the laws of Minnesota.*

Section 302A.521 of the Minnesota Business Corporation Act provides that a corporation shall indemnify any person who is made or is threatened to be made a party to any proceeding by reason of the former or present official capacity (as defined) of such person against judgments, penalties, fines (including, without limitation, excise taxes assessed against such person with respect to

any employee benefit plan), settlements and reasonable expenses, including attorneys' fees and disbursements, incurred by such person in connection with the proceeding if, with respect to the acts or omissions of such person complained of in the proceeding, such person: (a) has not been indemnified therefor by another organization or employee benefit plan; (b) acted in good faith; (c) received no improper personal benefit and Section 302A.255 (with respect to director conflicts of

interest), if applicable, has been satisfied; (d) in the case of a criminal proceeding, had no reasonable cause to believe the conduct was unlawful; and (e) reasonably believed that the conduct was in the best interests of the corporation in the case of acts or omissions in such person's official capacity for the corporation or reasonably believed that the conduct was not opposed to the best interests of the corporation in the case of acts or omissions in such person's official capacity for other affiliated organizations.

*Toll MN, L.P. and Toll MN II, L.P. are registered under the laws of Minnesota.*

Section 321.0302 of the Minnesota Uniform Partnership Act (2001) provides limited partner is not personally liable, directly or indirectly, by way of contribution or otherwise, for an obligation of the limited partnership solely by reason of being a limited partner, even if the limited partner participates in the management and control of the limited partnership.

**Nevada Registrants**

*Toll NV GP Corp., and Toll SW Holding I Corp. are incorporated under the laws of Nevada.*

Section 78.7502 of Chapter 78 of the Nevada Revised Statutes empowers a corporation to indemnify any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative (other than an action by or in the right of the corporation) by reason of the fact that he is or was a director, officer, employee or agent of the corporation, or is or was serving at the request of the corporation as a director, officer, employee or agent of another corporation or enterprise, against expenses, including attorneys' fees, judgments, fines and amounts paid in settlement actually and reasonably incurred by him in connection with such action, suit or proceeding if he: (a) acted in good faith and in a manner he reasonably believed to be in or not opposed to the best interests of the corporation, and, with respect to any criminal action or proceedings, had no reasonable cause to believe his conduct was unlawful; or (b) is not liable under Section 78.138 of the Nevada Business Corporation Act. Under that Section, a director or officer is not liable to the corporation unless such person breached their fiduciary duty and such breach involved intentional misconduct, fraud or a knowing violation of law.

*Coleman-Toll Limited Partnership, and Toll NV Limited Partnership are registered under the laws of Nevada.*

Section 88.430 of the Nevada Revised Statutes provides that a limited partner is not liable for the obligations of a limited partnership unless the limited partner is also a general partner and participates in the control of the business.

*Toll Henderson LLC, Toll North LV LLC, Toll North Reno LLC, Toll NV GP I LLC, Toll NV Holdings LLC, Toll South LV LLC, Toll South Reno LLC, and Toll SW Holding LLC are registered under the laws of Nevada.*

Section 86.411 of the Nevada Limited Liability Company Act provides a limited-liability company may indemnify any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative, subject to specific standards and restrictions.

**New Hampshire Registrants**

*Toll NH GP Corp. is incorporated under the laws of New Hampshire.*

Section 293-A:8.51 of the New Hampshire Business Corporation Act provides that a corporation may indemnify an individual made a party to a proceeding because he is or was a director against liability incurred in the proceeding if: (a) he conducted himself in good faith; and (b) he reasonably believed (i) in the case of conduct in his official capacity with the corporation, that his conduct was in its best interests; and (ii) in all other cases, that his conduct was at least not opposed to its best interests; and (c) in the case of any criminal proceeding, he had no reasonable cause to believe his conduct was unlawful.

**New Jersey Registrants**

*Estates at Princeton Junction, L.P., Hoboken Land LP, Laurel Creek, L.P., Toll at Westlake, L.P., Toll Grove LP, Toll Hudson LP, Toll Land IV Limited Partnership, Toll Land XI Limited Partnership, Toll Land XVI Limited Partnership, Toll Land XXV Limited Partnership, Toll NJ Builder I, L.P., Toll NJ, L.P., Toll NJ II, L.P., Toll NJ III, L.P., Toll NJ IV, L.P., Toll NJ V, L.P., Toll NJ VI, L.P., Toll NJ VII, L.P., Toll NJ VIII, L.P., Toll NJ XI, L.P., and Toll NJ XII LP are registered under the laws of New Jersey.*

Section 42:2A-67 of New Jersey's Uniform Partnership Act (1996) provides that a domestic limited partnership may indemnify any general partner made a party to an action in the right of a limited partnership to procure a judgment in its favor by reason of his being or having been a general partner in the limited partnership, against the reasonable expenses, including attorney's fees, actually

and necessarily incurred by him in connection with the defense of the action, or in connection with an appeal therein if

the general partner acted in good faith and in a manner the general partner reasonably believed to be in or not opposed to the best interests of the limited partnership.

*126-142 Morgan Street Urban Renewal LLC, 1400 Hudson LLC, 1450 Washington LLC, 1451 Hudson LLC, 1500 Garden St. LLC, 700 Grove Street Urban Renewal, LLC, Block 255 LLC, Block 268 LLC, CWG Construction Company LLC, Enclave at Long Valley I LLC, Enclave at Long Valley II LLC, Hoboken Cove LLC, PT Maxwell Holdings, LLC, PT Maxwell, L.L.C., Regency at Denville LLC, Regency at Washington I LLC, Regency at Washington II LLC, Toll NJ I, L.L.C., Toll NJ II, L.L.C., Toll NJ III, LLC, and Toll NJ IV LLC are registered under the laws of New Jersey.*

Section 42: 2C-38 of the New Jersey Revised Uniform Limited Liability Company Act provides that a limited liability company shall indemnify a company agent against any debt, obligation, expense or other liability incurred by that company agent in the course of the company agent's activities on behalf of the limited liability company or another enterprise at the request of the limited liability company, if, in making the payment or incurring the debt, obligation, expense or other liability, the company agent complied with the duties.

## New York Registrants

*110-112 Third Ave. Realty Corp. and Toll Peppertree, Inc. are incorporated under the laws of New York.*

Section 722 of the New York Business Corporation Law provides a corporation may indemnify any person made, or threatened to be made, a party to an action or proceeding (other than one by or in the right of the corporation to procure a judgment in its favor), whether civil or criminal, including an action by or in the right of any other corporation or any type or kind, domestic or foreign, or any partnership, joint venture, trust, employee benefit plan or other enterprise, which any director or office of the corporation served in any capacity at the request of the corporation, by reason of the fact that he, his testator or intestate, was a director or office of the corporation, or served such other corporation, partnership, joint venture, trust, employee benefit plan or other enterprise in any capacity, against judgments, fines, amounts paid in settlement and reasonable expenses, including attorneys' fees actually and necessarily incurred as a result of such action or proceeding, or any appeal therein, if such director officer acted, in good faith, for a purpose which he reasonably believed to be in the best interests of the corporation, and in criminal actions, had no reasonable cause to believe that his conduct was unlawful.

*Toll at Whippoorwill, L.P., Toll Brooklyn L.P., Toll Land V Limited Partnership, Toll Land VI Limited Partnership, Toll NY L.P., Toll NY III L.P., Toll NY IV L.P., and Toll NY V L.P. are registered under the laws of New York.*

Section 115-c of New York Code partnership law provides a limited partnership may indemnify any general partner, made a party to an action in the right of a limited partnership to procure a judgment in its favor by reason of the fact that he, his testator or intestate was a general partner in the limited partnership, against the reasonable expenses, including attorneys' fees, actually and necessarily incurred by him in connection with the defense of such action, or in connection with an appeal therein, except in relation to matters as to which such general partner is adjudged to have breached his duty to the limited partnership.

*89 Park Avenue LLC, 353-357 Broadway LLC, 353-357 Broadway Member LLC, Toll Land VII LLC, Toll Lexington LLC, Toll NY II LLC, and Toll Van Wyck, LLC are registered under the laws of New York.*

Section 420 of the New York Limited Liability Company Law provides that, subject to such standards and restrictions, if any, as are set forth in its operating agreement, a limited liability company may, and shall have the power to, indemnify and hold harmless, and advance expenses to, any member or manager or other person from and against any and all claims and demands whatsoever. However, no indemnification may be made to or on behalf of any member, manager or other person if a judgment or other final adjudication adverse to such member, manager or other person establishes that (i) such person's acts were committed in bad faith or were the result of active and deliberate dishonesty and were material to the cause of action so adjudicated, or (ii) such person personally gained in fact a financial profit or other advantage to which such person was not legally entitled.

## North Carolina Registrants

*Toll Bros. of North Carolina, Inc., Toll Bros. of North Carolina II, Inc., Toll Bros. of North Carolina III, Inc., and Toll NC GP Corp are incorporated under the laws of North Carolina.*

Section 55-8-51 of the North Carolina General Statutes provides a corporation may indemnify an individual made a party to a proceeding because he is or was a director against liability incurred in the proceeding if: (a) he conducted himself in good faith; and (b) he reasonably believed (i) in the case of conduct in his official capacity with the corporation, that his conduct was in its best

interests; and (ii) in all other cases, that his conduct was at least not opposed to its best interests; and (c) in the case of any criminal proceeding, he had no reasonable cause to believe his conduct was unlawful.  A corporation may not indemnify a director under if the director was adjudged liable to the corporation improperly received by him.

---

*NC Country Club Estates Limited Partnership, Toll at Brier Creek Limited Partnership, Toll NC, L.P., Toll NC II LP, and Toll NC III LP are registered under the laws of North Carolina.*

Section 45 of the North Carolina's Uniform Limited Partnership Act provides a partner in a registered limited liability partnership is not individually liable, directly or indirectly, including by indemnification, contribution, assessment, or otherwise, for the debts, obligations, and liabilities of, or chargeable to, the registered limited liability partnership that arise from errors, omissions, negligence, malpractice, incompetence, or malfeasance committed by another partner or by an employee, agent, or other representative of the partnership; provided, however, nothing in this Chapter shall affect the liability of a partner of a professional registered limited liability partnership for his or her own errors, omissions, negligence, malpractice, incompetence, or malfeasance committed in the rendering of professional services.

*Brier Creek Country Club I LLC, Brier Creek Country Club II LLC, Toll NC I LLC, Toll NC IV LLC, Toll NC Note LLC, and Toll NC Note II LLC are registered under the laws of North Carolina.*

Section 57D-3-31 of the North Carolina Limited Liability Company Act provides that a limited liability company must indemnify a person who is wholly successful on the merits or otherwise in the defense of any proceeding to which the person was a party because the person is or was a member, a manager, or other company official if the person also is or was an interest owner at the time to which the claim relates, acting within the person's scope of authority as a manager, member, or other company official against expenses incurred by the person in connection with the proceeding. A North Carolina limited liability company is required to reimburse a person who is or was a member for any payment made and indemnify the person for any obligation, including any judgment, settlement, penalty, fine, or other cost, incurred or borne in the authorized conduct of the business or preservation of the business or property, whether acting in the capacity of a manager, member, or other company official if, in making the payment or incurring the obligation, the person complied with the duties and standards of conduct (i) under General Statute 57D-3-21 (relating to duties and standards of conduct of managers), as modified or eliminated by the operating agreement or (ii) otherwise imposed by applicable law.

## Ohio Registrants

*Toll OH GP Corp. is incorporated under the laws of Ohio.*

Pursuant to Section 1701.13(E) of the Ohio Revised Code, a corporation may indemnify any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative (other than an action by or in the right of the corporation) by reason of the fact that she is or was a director, officer, employee or agent of the corporation, or is or was serving at the request of the corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, trust or other enterprise, against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by such person in connection with such action, suit or proceeding (i) if such person acted in good faith and in a manner that person reasonably believed to be in or not opposed to the best interests of the corporation and (ii) with respect to any criminal action or proceeding, if he or she had no reasonable cause to believe such conduct was unlawful.

## Pennsylvania Registrants

*Toll Bros., Inc., Toll Brothers Real Estate, Inc., Toll Land Corp. No. 6, Toll PA Builder Corp., Toll PA GP Corp., Toll PA II GP Corp., and Toll PA III GP Corp. are incorporate under the laws of Pennsylvania.*

Section 1741 of the Pennsylvania Business Corporation Law provides that unless otherwise restricted in its bylaws, a business corporation shall have power to indemnify any person who was or is a party or is threatened to be made a party to any threatened, pending or completed action or proceeding, whether civil, criminal, administrative or investigative (other than an action by or in the right of the corporation), by reason of the fact that he is or was a representative of the corporation, or is or was serving at the request of the corporation as a representative of another domestic or foreign corporation for profit or not-for-profit, partnership, joint venture, trust or other enterprise, against expenses (including attorneys' fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by him in connection with the action or proceeding if he acted in good faith and in a manner he reasonably believed to be in, or not opposed to, the best interests of the corporation and, with respect to any criminal proceeding, had no reasonable cause to believe his conduct was unlawful.

*Audubon Ridge, L.P., Broad Run Associates, L.P., Byers Commercial, LP, Cold Spring Hunt, L.P., Greens at Waynesborough, L.P., Springton Pointe, L.P., Stone Mill Estates, L.P., Swedesford Chase, L.P., Toll Naval Associates, Toll PA Development LP, Toll PA*

*Management LP, Toll PA, L.P., Toll PA II, L.P., Toll PA III, L.P., Toll PA IV, L.P., Toll PA V, L.P., Toll PA VIII, L.P., Toll PA VI, L.P., Toll PA IX, L.P., Toll PA X, L.P., Toll PA XI, L.P., Toll PA XII, L.P., Toll PA XIII, L.P., Toll PA XIV, L.P., Toll PA XV, L.P., Toll PA XVI, L.P., Toll PA XVII, L.P., Toll PA XVIII, L.P., Toll PA XIX L.P., and Village Partners, L.P. are registered under the laws of Pennsylvania.*

Section 8510 of the Pennsylvania Revised Uniform Limited Partnership Act provides that subject to such standards and restrictions, if any, as are set forth in the partnership agreement, a limited partnership may, and shall have the power to, indemnify and hold harmless any partner or other person from and against any and all claims and demands whatsoever.

*Goshen Road Land Company LLC, Hatboro Road Associates LLC, Liseter Land Company LLC, and Toll PA Twin Lakes LLC are registered under the laws of Pennsylvania.*

Section 8945 of the Pennsylvania Limited Liability Company Law of 1994 provides that a Pennsylvania limited liability company may and shall have the power to indemnify and hold harmless any member or manager or other person from and

against any and all claims and demands whatsoever; provided, however, that a limited liability company may not indemnify a manager, member or other person for an act that is determined by a court to constitute willful misconduct or recklessness.

### Rhode Island Registrants

*Toll RI GP Corp. is incorporated under the laws of Rhode Island.*

Under Section 7-1.2-814 of the Rhode Island Business Corporation Act ("RIBCA"), a Rhode Island corporation has the power, under specified circumstances, to indemnify any individual made a party to any threatened, pending or completed action, suit, or proceeding, whether civil, criminal, administrative, or investigative, by reason of the fact that he or she is or was an officer or director if: (a) she conducted herself in good faith (b) she reasonably believe , in the case of conduct of her official capacity with the corporation, that her actions were in the corporation's best interest, and in all other cases, that her conduct was at least not opposed to the corporation's best interests (c) in criminal proceedings, she had no reasonable cause to believe that her conduct was unlawful or (d) she engaged in conduct for which broader indemnification has been made permissible or obligatory under a provision of the articles of incorporation.

*Toll RI, L.P. and Toll RI II, L.P. are registered under the laws of Rhode Island.*

Chapter 7-13-66 of Rhode Island General Laws provides that subject to any standards and restrictions that are set forth in the partnership agreement, a limited partnership has the power to indemnify and hold harmless any partner or other person from any claims and demands.

*Toll Vanderbilt II LLC and Vanderbilt Capital LLC are registered under the laws of Rhode Island.*

Section 7-16-4 of the Rhode Island Limited Liability Company Act provides subject to any standards and restrictions that are set forth in its partnership agreement, a limited partnership has the power to indemnify and hold harmless any partner or other person from any claims and demands.

### South Carolina Registrants

*Toll SC GP Corp. is incorporated under the laws of South Carolina.*

Section 33-8-510 of South Carolina Code of Laws provides that a corporation may indemnify an individual made a party to a proceeding because she is a or was a director against liability incurred in the proceeding if: (a) she conducted herself in good faith; (b) reasonably believed (i) in the case of conduct in her official capacity with the corporation that her conduct was in its best interest; and (ii) in all other cases, that her conduct was at least not opposed to its best interests; and (c) in case of any criminal proceeding, she had no reason to believe her conduct was wrong. A corporation may not indemnify a director under this section if the director in connection with the proceeding was adjudged liable to the corporation or the director was adjudged liable on the basis that she improperly received a personal benefit.

*Toll SC, L.P., Toll SC II, L.P., Toll SC III, L.P., and Toll SC IV, L.P. are registered under the laws of South Carolina.*

Section 33-42-430 of South Carolina's Uniform Limited Partnership Act provides that a limited partner is not liable for the obligations of a limited partnership unless he is also a general partner, or in addition to the exercise of his rights and powers as a limited partner, he takes part in the control of the business.

### Tennessee Registrants

*Toll TN GP Corp. is incorporated under the laws of Tennessee.*

Section 48-18-507 of the Tennessee Business Corporation Act provides a corporation may indemnify an individual made a party to a proceeding because the individual is or was a director against liability incurred in the proceeding if: (a) the individual's conduct was in good faith; and (b) the individual reasonably believed: (i) in the case of conduct in the individual's official capacity with the corporation, that the individual's conduct was in its best interest; and (ii) In all other cases, that the individual's conduct was at least not opposed to its best interests; and (c) in the case of any criminal proceeding, the individual had no reasonable cause to believe the individual's conduct was unlawful. The termination of a proceeding by judgment, order, settlement, conviction, or upon a plea of nolo contendere or its equivalent is not, of itself, determinative that the director did not meet the standard of conduct described in this section. A corporation may not indemnify a director if in connection with a proceeding by or in the right of the corporation in which the director was adjudged liable to the corporation; or in connection with any other proceeding charging improper personal

benefit to the director, whether or not involving action in the director's official capacity, in which the director was adjudged liable on the basis that personal benefit was improperly received by the director.

**Virginia Registrants**

*Belmont Land, L.P., Dominion Country Club, L.P., Fairfax Investment, L.P., Loudoun Valley Associates, L.P., South Riding, L.P., South Riding Amberlea LP, South Riding Partners Amberlea LP, South Riding Partners, L.P., Toll Land IX Limited Partnership, Toll Land X Limited Partnership, Toll Land XV Limited Partnership, Toll Land XXI Limited Partnership, Toll VA, L.P., Toll VA II, L.P., Toll VA III, L.P., Toll VA IV, L.P., Toll VA V, L.P., Toll VA VI, L.P., Toll VA VII, L.P., and Toll VA VIII, L.P. are registered under the laws of Virginia.*

The Virginia Revised Uniform Limited Partnership Act provides a limited partner is not liable for the obligations of a limited partnership unless he is also a general partner or, in addition to the exercise of his rights and powers as a limited partner, he participates in the control of the business.

*Belmont Country Club I LLC, Belmont Country Club II LLC, Dominion Valley Country Club I LLC, Dominion Valley Country Club II LLC, Martinsburg Ventures, L.L.C., Regency at Dominion Valley LLC, South Riding Realty LLC, SR Amberlea LLC, SRLP II LLC, The Regency Golf Club I LLC, The Regency Golf Club II LLC, Toll Cedar Hunt LLC, Toll Stratford LLC, Toll VA III L.L.C., Virginia Construction Co. I, LLC, and Virginia Construction Co. II, LLC are registered under the laws of Virginia.*

Section 13.1-1009 of the Virginia Limited Liability Company Act permits a Virginia limited liability company, subject to the standards and restrictions set forth in its articles of organization or operating agreement, to indemnify and hold harmless any member, manager or other person from and against any and all claims and demands whatsoever, and to pay for or reimburse any member, manager or other person for reasonable expenses incurred by such a person who is party to a proceeding in advance of final disposition of the proceeding.

**Texas Registrants**

*Toll Bros., Inc. is incorporated under the laws of Texas.*

Under Article 2.02-1 of the Texas Business Corporation Act, a corporation may indemnify a person who was, is, or is threatened to be made a named defendant or respondent in a proceeding because the person is or was a director only if it is determined that the person: (a) conducted himself in good faith; (b) reasonably believed: (i) in the case of conduct in his official capacity as a director of the corporation, that his conduct was in the corporation's best interests; and (ii) in all other cases, that his conduct was at least not opposed to the corporation's best interests; and (c) in the case of any criminal proceeding, had no reasonable cause to believe his conduct was unlawful. A director may not be indemnified if the person is found liable on the basis that personal benefit was improperly received by him, whether or not the benefit resulted from an action taken in the person's official capacity; or the person is found liable to the corporation.

*Toll Austin TX LLC, Toll Austin TX II LLC, Toll Austin TX III LLC, Toll BBC LLC, Toll BBC II LLC, Toll Dallas TX LLC, Toll Houston Land LLC, Toll Houston TX LLC, Toll San Antonio TX LLC, and Toll TX Note LLC are registered under the laws of Texas.*

Article 2.20 of the Texas Limited Liability Company Act authorizes a limited liability company to indemnify members and managers, officers, and other persons and purchase and maintain liability insurance for such persons. To the extent that at law or in equity, a member, manager, officer, or other person has duties (including fiduciary duties) and liabilities relating thereto to a limited liability company or to another member or manager, such duties and liabilities may be expanded or restricted by provisions in the regulations.

**Washington Registrants**

*Toll WA GP Corp. is incorporated under the laws of Washington.*

Section 23B.08.510 of the Washington business corporation act permits a corporation to indemnify an individual who is a party to a proceeding because she is a director or officer against liability incurred in the proceeding if she conducted himself or herself in good faith and reasonably believed that her conduct was in the best interests of the corporation or at least not opposed to the best interests of the corporation; and in the case of any criminal proceeding, she had no reasonable cause to believe his or her conduct was unlawful; or engaged in conduct for which broader indemnification has been made permissible or obligatory under a provision of the articles of incorporation. A director may not be indemnified if the person is found liable on the basis that personal benefit was improperly received by him, whether or not the benefit resulted from an action taken in the person's official capacity; or the person is found liable to the corporation.

*Toll WA LP is registered under the laws of Washington.*

Section 421 of Washington's Uniform Limited Partnership provides a limited partnership shall reimburse a general partner for payments made and indemnify a general partner for liabilities incurred by the general partner in the ordinary course of activities of the partnership or for the preservation of its activities or property.

**West Virginia Registrants**

*Toll WV GP Corp. is incorporated under the laws of West Virginia.*

Section 31D-8-851 of the West Virginia Business Corporation Act provides that a corporation may indemnify an individual made a party to a proceeding because she is or was a director against liability incurred in the proceeding if: (a) she conducted herself in good faith; (b) reasonably believed (i) in the case of conduct in her official capacity with the corporation that her conduct was in its best interest; and (ii) in all other cases, that her conduct was at least not opposed to its best interests; and (c) in case of any criminal proceeding, she had no reason to believe her conduct was wrong. A corporation may not indemnify a director under this section if the director in connection with the proceeding was adjudged liable to the corporation or the director was adjudged liable on the basis that she improperly received a personal benefit.

*Toll WV LP is registered under the laws of West Virginia.*

West Virginia's Uniform Limited Partnership Act provides that a limit partner is not liable for the obligations of a limited partnership unless she is a general partner or exercises the rights and powers of a limited partner in addition to taking part in controlling the business.

The Company carries directors' and officers' liability insurance that covers certain liabilities and expenses of its directors and officers. We have also entered into individual indemnification agreements with each of our directors.

**Item 16. Exhibits**

| | |
|---|---|
| 1.1*** | Underwriting Agreement. |
| 3.1 | Second Restated Certificate of Incorporation of the Registrant, dated September 8, 2005, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Form 10-Q for the quarter ended July 31, 2005. |
| 3.2 | Certificate of Amendment of the Second Restated Certificate of Incorporation of the Registrant, filed with the Secretary of State of the State of Delaware, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on March 22, 2010. |
| 3.3 | Certificate of Amendment of the Second Restated Certificate of Incorporation of the Registrant, as amended, filed with the Secretary of State of the State of Delaware, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on March 18, 2011. |
| 3.4 | Certificate of Amendment of the Second Restated Certificate of Incorporation of the Registrant, dated as of March 8, 2016, is hereby incorporated by reference to Annex B to the Registrant's definitive proxy statement on Schedule 14A its 2016 Annual Meeting of Stockholders filed with the Securities and Exchange Commission on February 2, 2016. |
| 3.5 | By-laws of the Registrant, as Amended and Restated June 11, 2008, are hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 13, 2008. |
| 3.6 | Amendment to the By-laws of the Registrant, dated as of September 24, 2009, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on September 24, 2009. |
| 3.7 | Amendment to the By-laws of the Registrant, dated as of June 15, 2011, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 16, 2011. |
| 3.8 | Amendment to the By-laws of the Registrant, dated as of January 20, 2016, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on January 20, 2016. |
| 3.9 | Amendment to the By-laws of the Registrant, dated as of September 20, 2016, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on September 20, 2016. |
| 4.1 | Specimen Common Stock Certificate is hereby incorporated by reference to Exhibit 4.1 of the Registrant's Form 10-K for the fiscal year ended October 31, 1991. |
| 4.2 | Certificate of Amendment of Certificate of Designations, Preferences and Rights of Series A Junior Participating Preferred Stock of the Registrant is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Form 8-K filed on June 18, 2007. |
| 4.3*** | Form of stock certificate for the Preferred Stock of the Registrant. |
| 4.4*** | Form of Debt Securities. |
| 4.5*** | Form of Warrant Agreement. |
| 4.6*** | Form of Warrant Certificate. |
| 4.7*** | Form of Guarantee of Debt Securities. |
| 4.8 | Form of Indenture for Senior Debt Securities is hereby incorporated by reference to Exhibit 4.1 to the Registrant's Form 8-K filed on February 7, 2012. |
| 4.9 | Form of Indenture for Subordinated Debt Securities is hereby incorporated by reference to Exhibit 4.11 to the Registrant's Form S-3ASR filed on October 29, 2008. |
| 4.10 | Rights Agreement dated as of June 13, 2007, by and between the Registrant and American Stock Transfer & Trust Company, as Rights Agent, is hereby incorporated by reference to Exhibit 4.1 to the Registrant's Form 8-K filed on |

June 18, 2007.

5.1*        Opinion of Cravath, Swaine & Moore LLP, New York, New York.

5.2*        Opinion of John K. McDonald, Esq., Senior Vice President and General Counsel.

12**        Statement Regarding Computation of Ratio of Earnings to Fixed Charges.

23.1*       Consent of Cravath, Swaine & Moore LLP (included as part of Exhibit 5.1).

23.2*       Consent of John K. McDonald, Esq., Senior Vice President and General Counsel (included as part of Exhibit 5.2).

23.3*       Consent of Ernst & Young LLP Independent Registered Public Accounting Firm.

24**        Power of Attorney (included in signature pages hereto).

25.1*       Statement of Eligibility of The Bank of New York Mellon on Form T-1 under the Trust Indenture Act of 1939, of the trustee for the form of senior debt indenture.

25.2*    Statement of Eligibility of the Bank of New York Mellon on Form T-1 under the Trust Indenture Act of 1939, of the trustee for the form of subordinated debt indenture.

\*       Previously filed.

\*\*      Filed herewith.

\*\*\*     To be filed by amendment or as an exhibit to a report filed under the Exchange Act and incorporated herein by reference.

**Item 17. Undertakings**

(a) The undersigned registrant hereby undertakes:

(1) To file, during any period in which offers or sales are being made, a post-effective amendment of this registration statement:

(i) To include any prospectus required by Section 10(a)(3) of the Securities Act;

(ii) To reflect in the prospectus any facts or events arising after the effective date of the registration statement (or the most recent post-effective amendment thereof) which, individually or in the aggregate, represent a fundamental change in the information set forth in the registration statement. Notwithstanding the foregoing, any increase or decrease in volume of securities offered (if the total dollar value of securities offered would not exceed that which was registered) and any deviation from the low or high end of the estimated maximum offering range may be reflected in the form of prospectus filed with the Commission pursuant to Rule 424(b) if, in the aggregate, the changes in volume and price represent no more than a 20% change in the maximum aggregate offering price set forth in the "Calculation of Registration Fee" table in the effective registration statement; and

(iii) To include any material information relating to the plan of distribution not previously disclosed in the registration statement or any material change to such information in the registration statement; Provided, however, that paragraphs (a)(1)(i), (a)(1)(ii) and (a)(1)(iii) do not apply if the registration statement is on Form S-3 or Form F-3, and the information required to be included in a post-effective amendment by those paragraphs is contained in reports filed with or furnished to the Commission by the registrant pursuant to Section 13 or Section 15(d) of the Exchange Act that are incorporated by reference in this registration statement, or is contained in a form of prospectus filed pursuant to Rule 424(b) that is part of this registration statement.

(2) That, for purposes of determining any liability under the Securities Act, each such post-effective amendment shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof.

(3) To remove from registration by means of a post-effective amendment any of the securities being registered which remain unsold at the termination of the offering.

(4) That, for the purpose of determining liability under the Securities Act to any purchaser:

(i) If the registrant is relying on Rule 430B:

(A)   Each prospectus filed by the registrant pursuant to Rule 424(b)(3) shall be deemed to be part of this registration statement as of the date the filed prospectus was deemed part of and included in this registration statement; and

(B)   Each prospectus required to be filed pursuant to Rule 424(b)(2), (b)(5), or (b)(7) as part of this registration statement in reliance on Rule 430B relating to an offering made pursuant to Rule 415(a)(1)(i), (vii), or (x) for the purpose of providing the information required by section 10(a) of the Securities Act shall be deemed to be part of and included in this registration statement as of the earlier of the date such form of prospectus is first used after effectiveness or the date of the first contract of sale of securities in the offering described in the prospectus. As provided in Rule 430B, for liability purposes of the issuer and any person that is at that date an underwriter, such date shall be deemed to be a new effective date of this registration statement relating to the securities in this registration statement to which that prospectus relates, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof. Provided, however, that no statement made in a registration statement or prospectus that is part of this registration statement or made in a document incorporated or deemed incorporated by reference into this registration statement or prospectus that is part of the registration statement will, as to a purchaser with a time of contract of sale prior to such effective date, supersede or modify any statement that was made in this registration statement or prospectus that was part of this registration statement or made in any such document immediately prior to such effective date.

(5) That, for the purpose of determining liability of the registrant under the Securities Act to any purchaser in the initial distribution of the securities:

The undersigned registrant undertakes that in a primary offering of securities of the undersigned registrant pursuant to this registration statement, regardless of the underwriting method used to sell the securities to the purchaser, if the securities are offered or sold to such purchaser by means of any of the following communications, the undersigned registrant will be a seller to the purchaser and will be considered to offer or sell such securities to such purchaser:

(i)     Any preliminary prospectus or prospectus of the undersigned registrant relating to the offering required to be filed pursuant to Rule 424;

(ii)     Any free writing prospectus relating to the offering prepared by or on behalf of the undersigned registrant or used or referred to by the undersigned registrant;

(iii)     The portion of any other free writing prospectus relating to the offering containing material information about the undersigned registrant or its securities provided by or on behalf of the undersigned registrant; and

(iv)     Any other communication that is an offer in the offering made by the undersigned registrant to the purchaser.

(b)     The undersigned registrant hereby undertakes that, for purposes of determining any liability under the Securities Act, each filing of the registrant's annual report pursuant to section 13(a) or section 15(d) of the Exchange Act (and, where applicable, each filing of an employee benefit plan's annual report pursuant to Section 15(d) of the Exchange Act) that is incorporated by reference in the registration statement shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time will be deemed to be the initial bona fide offering thereof.

(c)     Insofar as indemnification for liabilities arising under the Securities Act may be permitted to directors, officers and controlling persons of the registrant pursuant to the provisions described under Item 15 above, or otherwise, the registrant has been advised that in the opinion of the Securities and Exchange Commission such indemnification is against public policy as expressed in the Act and is, therefore, unenforceable. In the event that a claim for indemnification against such liabilities (other than the payment by the registrant of expenses incurred or paid by a director, officer or controlling person of the registrant in the successful defense of any action, suit or proceeding) is asserted by such director, officer or controlling person in connection with the securities being registered, the registrant will, unless in the opinion of its counsel the matter has been settled by controlling precedent, submit to a court of appropriate jurisdiction the question whether such indemnification by it is against public policy as expressed in the Act and will be governed by the final adjudication of such issue.

(d)     The undersigned registrant hereby undertakes to file an application for the purpose of determining the eligibility of the trustee to act under subsection (a) of Section 310 of the Trust Indenture Act ("Act") in accordance with the rules and regulations prescribed by the Commission under Section 305(b)(2) of the Act.

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Toll Brothers, Inc. certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

TOLL BROTHERS, INC.

| | |
|---|---|
| By: | /s/ Joseph R. Sicree |
| Name: | Joseph R. Sicree |
| Title: | Senior Vice President and Chief Accounting Officer |

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Robert I. Toll, Douglas C. Yearley, Jr., Richard T. Hartman, Martin P. Connor, John K. McDonald, Joseph R. Sicree and Kevin J. McMaster, and each of them, jointly and severally, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments to this registration statement), and to file the same with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents or any of them full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| * <br> Robert I. Toll | Executive Chairman of the Board of Directors |
| * <br> Douglas C. Yearley, Jr. | Chief Executive Officer and Director <br> (Principal Executive Officer) |
| * <br> Richard T. Hartman | Chief Operating Officer and President |
| * <br> Martin P. Connor | Senior Vice President and Chief Financial Officer <br> (Principal Financial Officer) |
| /s/ Joseph R. Sicree <br> Joseph R. Sicree | Senior Vice President and Chief Accounting Officer <br> (Principal Accounting Officer) |
| * | Director |

Edward G. Boehne

| | |
|---|---|
| _____\*_____ | Director |
| Richard J. Braemer | |
| | |
| _____\*_____ | Director |
| Christine N. Garvey | |
| | |
| _____\*_____ | Director |
| Carl B. Marbach | |
| /s/ John A. McLean | Director |
| John A. McLean | |
| | |
| _____\*_____ | Director |
| Stephen A. Novick | |
| | |
| _____\*_____ | Director |
| Paul E. Shapiro | |

\* By:    /s/ Joseph R. Sicree

Name:  Joseph R. Sicree

Title:   Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, each of the Registrants, as listed on the attached Schedule I of Additional Registrants, certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Registrants (As Listed on Schedule I of Additional Registrants)

By:      /s/ Richard T. Hartman

Name:    Richard T. Hartman

Title:   President of each Registrant listed on Schedule I of Additional Registrants that is a corporation or limited liability company and President of the corporate general partner or corporate managing partner or limited liability company general partner of each Registrant listed on Schedule I of Additional Registrants that is a general or limited partnership

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated* on March 7, 2017.

*      Except as otherwise provided herein, each of the following persons hold each of the positions listed next to his/her name for each Registrant listed on Schedule I of Additional Registrants. Where the Registrant is a limited partnership, this registration statement has been signed by the following persons on behalf of such entities' corporate general partner in the capacities indicated.

| Signature | Title |
|---|---|
| *<br>Douglas C. Yearley, Jr. | Chief Executive Officer and Director (as to corporate Registrants)/Manager (as to limited liability company Registrants) (Principal Executive Officer) |
| /s/ Richard T. Hartman<br>Richard T. Hartman | President, Chief Operating Officer, Assistant Secretary and Director (as to corporate Registrants)/Manager (as to limited liability company Registrants) |
| *<br>Martin P. Connor | Senior Vice President, Chief Financial Officer, Assistant Secretary and Director (as to corporate Registrants)/Manager (as to limited liability company Registrants) (Principal Financial Officer) |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

\* By:    /s/ Richard T. Hartman

Name:  Richard T. Hartman

Title:  Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, each of the Registrants, as listed on the attached Schedule II of Additional Registrants, certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Registrants (As Listed on Schedule II of
Additional Registrants)

By:    /s/ Joseph R. Sicree

Name:   Joseph R. Sicree

Title:   Senior Vice President and Chief Accounting Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated* on March 7, 2017.

*    Except as otherwise provided herein, each of the following persons holds each of the positions listed next to his/her name for each Registrant listed on Schedule II of Additional Registrants. Where the Registrant is a limited partnership, this registration statement has been signed by the following persons on behalf of such entities' corporate general partner in the capacities indicated.

| Signature | Title |
| --- | --- |
| *<br>Douglas C. Yearley, Jr. | Director (as to corporate Registrants)/Manager (as to limited liability company Registrants (Principal Executive Officer) |
| *<br>Richard T. Hartman | President and Director (as to corporate Registrants)/Manager (as to limited liability company Registrants) |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Financial Officer and Principal Accounting Officer) |

* By:    /s/ Joseph R. Sicree

Name:  Joseph R. Sicree

Title:  Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, each of the Registrants, as listed on the attached Schedule III of Additional Registrants, certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Registrants (As Listed on Schedule III of
Additional Registrants)

| By: | /s/ Joseph R. DeSanto |
|---|---|
| Name: | Joseph R. DeSanto |
| Title: | President of each Registrant listed on Schedule III of Additional Registrants that is a corporation or limited liability company and President of the corporate general partner of each Registrant listed on Schedule III of Additional Registrants that is a limited partnership and President of the corporate managing member of each applicable limited liability company Registrant on Schedule III of Additional Registrants |

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated* on March 7, 2017.

\* Except as otherwise provided herein, each of the following persons holds each of the positions listed next to his/her name for each Registrant listed on Schedule III of Additional Registrants. Where the Registrant is a limited liability company, this registration statement has been signed by the following persons on behalf of such entities' corporate manager in the capacities indicated. Where the Registrant is a limited partnership, this registration statement has been signed by the following persons on behalf of such entities' corporate general partner in the capacities indicated.

| Signature | Title |
|---|---|
| /s/ Joseph R. DeSanto<br>Joseph R. DeSanto | President, Treasurer, Secretary and Director (as to corporate Registrants)/ Manager (as to limited liability company Registrants) (Principal Executive Officer) (Principal Financial Officer) (Principal Accounting Officer) |
| *<br>Michael McDevitt | Director (as to corporate Registrants)/Manager (as to limited liability company Registrants) |
| *<br>Ann DiFiore | Vice President and Director (as to corporate Registrants)/Manager (as to limited liability company Registrants) |

| Signature | Title |
|---|---|
| | |

| | Vice President and Director (as to corporate |
|---|---|
| * | Registrants)/Manager (as to limited liability company |
| Mark J. Warshauer | Registrants) |

\* By:    /s/ Joseph R. Sicree

Name:   Joseph R. Sicree

Title:   Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, each of the Registrants, as listed on the attached Schedule IV of Additional Registrants, certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Registrants (As Listed on Schedule IV of Additional Registrants)

| | |
|---|---|
| By: | /s/ Joseph R. Sicree |
| Name: | Joseph R. Sicree |
| Title: | Senior Vice President and Chief Accounting Officer |

POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Robert I. Toll, Douglas C. Yearley, Jr., Richard T. Hartman, Martin P. Connor, John K. McDonald, Joseph R. Sicree and Kevin J. McMaster, and each of them, jointly and severally, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments to this registration statement), and to file the same with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents or any of them full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| * <br> Maurice Darbyshire | President and Manager (Principal Executive Officer) |
| /s/ Donald A. Smith <br> Donald A. Smith | Vice President, Secretary, Treasurer and Manager |
| * <br> Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree <br> Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

\* By:   /s/ Joseph R. Sicree

Name:  Joseph R. Sicree

Title:  Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, each of the Registrants, as listed on the attached Schedule V of Additional Registrants, certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Registrants (As Listed on Schedule V of
Additional Registrants)

By:    /s/ Joseph R. Sicree
Name:   Joseph R. Sicree
Title:    Senior Vice President and Chief Accounting Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| * <br> Gary M. Mayo | President, Secretary and Manager (Principal Executive Officer) |
| * <br> Richard T. Hartman | Manager |
| * <br> Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree <br> Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:   /s/ Joseph R. Sicree
Name:  Joseph R. Sicree
Title:   Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, each of the Registrants, as listed on the attached Schedule VI of Additional Registrants, certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Registrants (As Listed on Schedule VI of
Additional Registrants)

| | |
|---|---|
| By: | /s/ Joseph R. Sicree |
| Name: | Joseph R. Sicree |
| Title: | Senior Vice President and Chief Accounting Officer |

POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Robert I. Toll, Douglas C. Yearley, Jr., Richard T. Hartman, Martin P. Connor, John K. McDonald, Joseph R. Sicree and Kevin J. McMaster, and each of them, jointly and severally, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments to this registration statement), and to file the same with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents or any of them full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| /s/ Kevin R. Brown<br>Kevin R. Brown | President and Manager (Principal Executive Officer) |
| *<br>Jean Sweet | Manager and Secretary |
| *<br>Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:  /s/ Joseph R. Sicree

Name:  Joseph R. Sicree

Title:  Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, ESE Consultants, Inc. certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

ESE Consultants, Inc.

By:      /s/ Joseph R. Sicree
Name:    Joseph R. Sicree
Title:    Senior Vice President and Chief Accounting Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| *<br>Barry Depew | Chief Executive Officer and Director (Principal Executive Officer) |
| *<br>Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| *<br>Timothy Gibbon | Vice President, Secretary and Director |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:    /s/ Joseph R. Sicree
Name:   Joseph R. Sicree
Title:   Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Toll Architecture, Inc. certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Toll Architecture, Inc.

By:     /s/ Joseph R. Sicree
Name:   Joseph R. Sicree
Title:  Senior Vice President and Chief Accounting Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| * <br> Jed Gibson | President, Secretary, Treasurer and Director (Principal Executive Officer) |
| * <br> Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree <br> Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:    /s/ Joseph R. Sicree
Name:  Joseph R. Sicree
Title:   Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Toll Architecture I, P.A. certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Toll Architecture I, P.A.

By:    /s/ Jed Gibson
Name:   Jed Gibson
Title:   President

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| /s/ Jed Gibson<br>Jed Gibson | President, Secretary, Treasurer and Director (Principal Executive Officer, Principal Financial Officer and Principal Accounting Officer) |

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Toll Northeast Services, Inc. certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Toll Northeast Services, Inc.

By:    /s/ Joseph R. Sicree
Name:    Joseph R. Sicree
Title:    Senior Vice President and Chief Accounting Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| *<br>Richard T. Hartman | President (Principal Executive Officer) |
| *<br>Joseph R. DeSanto | Vice President, Secretary and Director |
| *<br>Michael McDevitt | Director |
| *<br>Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:    /s/ Joseph R. Sicree
Name:    Joseph R. Sicree
Title:    Attorney-in-Fact

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Frenchman's Reserve Realty, LLC certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Frenchman's Reserve Realty, LLC

By:     /s/ Joseph R. Sicree
_____

Name:    Joseph R. Sicree

Title:     Senior Vice President and Chief Accounting Officer

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Robert I. Toll, Douglas C. Yearley, Jr., Richard T. Hartman, Martin P. Connor, John K. McDonald, Joseph R. Sicree and Kevin J. McMaster, and each of them, jointly and severally, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments to this registration statement), and to file the same with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents or any of them full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| /s/ Fredrick W. Pfister<br>Fredrick W. Pfister | President and Manager (Principal Executive Officer) |
| *<br>Mark Smietana | Secretary and Manager |
| *<br>Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:    /s/ Joseph R. Sicree
_____

Name:   Joseph R. Sicree
Title:    Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Jacksonville TBI Realty, LLC certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Jacksonville TBI Realty, LLC

| | |
|---|---|
| By: | /s/ Joseph R. Sicree |
| Name: | Joseph R. Sicree |
| Title: | Senior Vice President and Chief Accounting Officer |

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| * <br> Kelly Hofelt | President and Manager (Principal Executive Officer) |
| * <br> Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree <br> Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

| | |
|---|---|
| * By: | /s/ Joseph R. Sicree |
| Name: | Joseph R. Sicree |
| Title: | Attorney-in-Fact |

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Mizner Realty L.L.C. certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Mizner Realty L.L.C.

By:      /s/ Joseph R. Sicree
Name:    Joseph R. Sicree
Title:   Senior Vice President and Chief Accounting Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| *<br>Robert Parahus | President, Secretary and Manager (Principal Executive Officer) |
| *<br>Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:    /s/ Joseph R. Sicree
Name:    Joseph R. Sicree
Title:   Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Orlando TBI Realty, LLC certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Orlando TBI Realty, LLC

By:        /s/ Joseph R. Sicree
Name:    Joseph R. Sicree
Title:     Senior Vice President and Chief Accounting Officer

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
| --- | --- |
| *<br>Lynda Stephens | President, Secretary and Manager (Principal Executive Officer) |
| *<br>Martin P. Connor | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| /s/ Joseph R. Sicree<br>Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |

* By:     /s/ Joseph R. Sicree
Name:   Joseph R. Sicree
Title:    Attorney-in-Fact

SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, Toll Jupiter LLC certifies that it has reasonable grounds to believe that it meets all of the requirements for filing on Form S-3 and has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the Township of Horsham, Commonwealth of Pennsylvania, on March 7, 2017.

Toll Jupiter LLC

|  |  |  |
|---|---|---|
| By: | /s/ Joseph R. Sicree | |
| Name: | Joseph R. Sicree | |
| Title: | Senior Vice President and Chief Accounting Officer | |

POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below hereby constitutes and appoints Robert I. Toll, Douglas C. Yearley, Jr., Richard T. Hartman, Martin P. Connor, John K. McDonald, Joseph R. Sicree and Kevin J. McMaster, and each of them, jointly and severally, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this registration statement (including post-effective amendments to this registration statement), and to file the same with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents or any of them full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities indicated on March 7, 2017.

| Signature | Title |
|---|---|
| * | Manager and President (Principal Executive Officer) |
| Robert Parahus | |
| /s/ Fredrick W. Pfister | Manager and Vice President |
| Fredrick W. Pfister | |
| * | Senior Vice President and Secretary |
| Michael I. Snyder | |
| * | Senior Vice President and Chief Financial Officer (Principal Financial Officer) |
| Martin P. Connor | |
| /s/ Joseph R. Sicree | Senior Vice President, Chief Accounting Officer, and Assistant Secretary (Principal Accounting Officer) |
| Joseph R. Sicree | |

\* By:  /s/ Joseph R. Sicree
_____
Name:  Joseph R. Sicree
Title:  Attorney-in-Fact

**Schedule I of Additional Registrants**
Exact Name of Registrant as Specified in its Charter

110-112 Third Ave. Realty Corp.
Fairway Valley, Inc.
First Huntingdon Finance Corp.
Franklin Farms G.P., Inc.
HQZ Acquisitions, Inc.
MA Limited Land Corporation
PRD Investors, Inc.
SH Homes Corporation
Shapell Homes, Inc.
Shapell Industries, Inc.
SI Investment Corporation
The Silverman Building Companies, Inc.
Tenby Hunt, Inc.
Toll AZ GP Corp.
Toll Bros. of Arizona, Inc.
Toll Bros. of North Carolina, Inc.
Toll Bros. of North Carolina II, Inc.
Toll Bros. of North Carolina III, Inc.
Toll Bros., Inc.
Toll Bros., Inc.
Toll Bros., Inc.
Toll Brothers AZ Construction Company
Toll Brothers Canada USA, Inc.
Toll Brothers Finance Corp.
Toll Brothers Real Estate, Inc.
Toll CA GP Corp.
Toll CA Holdings, Inc.
Toll CO GP Corp.
Toll Corp.
Toll Development Company, Inc.
Toll FL GP Corp.
Toll GA GP Corp.
Toll Holdings, Inc.
Toll IL GP Corp.
Toll Land Corp. No. 20
Toll Land Corp. No. 43
Toll Land Corp. No. 50
Toll MD Builder Corp.
Toll MI GP Corp.
Toll MN GP Corp.
Toll NC GP Corp.
Toll NH GP Corp.
Toll NV GP Corp.
Toll OH GP Corp.
Toll PA Builder Corp.
Toll PA GP Corp.
Toll PA II GP Corp.
Toll PA III GP Corp.
Toll Peppertree, Inc.
Toll Realty Holdings Corp. I
Toll Realty Holdings Corp. II
Toll RI GP Corp.

Toll SC GP Corp.
Toll TN GP Corp.
Toll TX GP Corp.
Toll VA GP Corp.

**Schedule I of Additional Registrants (continued)**
Exact Name of Registrant as Specified in its Charter

Toll WA GP Corp.
Toll WV GP Corp.
Toll YL, Inc.
Upper K Investors, Inc.
Ashford Land Company, L.P.
Audubon Ridge, L.P.
Belmont Land, L.P.
Binks Estates Limited Partnership
The Bird Estate Limited Partnership
Broad Run Associates, L.P.
Byers Commercial LP
CC Estates Limited Partnership
Cold Spring Hunt, L.P.
Coleman-Toll Limited Partnership
Dominion Country Club, L.P.
Fairfax Investment, L.P.
Greens at Waynesborough, L.P.
Hockessin Chase, L.P.
Loudoun Valley Associates, L.P.
NC Country Club Estates Limited Partnership
Porter Ranch Development Co.
Silverman-Toll Limited Partnership
Sorrento at Dublin Ranch I LP
Sorrento at Dublin Ranch III LP
South Riding Amberlea LP
South Riding, L.P.
South Riding Partners Amberlea LP
South Riding Partners, L.P.
Southport Landing Limited Partnership
Springton Pointe, L.P.
Stone Mill Estates, L.P.
Swedesford Chase, L.P.
TBI/Palm Beach Limited Partnership
Toll at Brier Creek Limited Partnership
Toll at Whippoorwill, L.P.
Toll Brooklyn L.P.
Toll Brothers AZ Limited Partnership
Toll CA, L.P.
Toll CA II, L.P.
Toll CA III, L.P.
Toll CA IV, L.P.
Toll CA V, L.P.
Toll CA VI, L.P.
Toll CA VII, L.P.
Toll CA VIII, L.P.
Toll CA IX, L.P.
Toll CA X, L.P.
Toll CA XI, L.P.

Toll CA XIX, L.P.
Toll CA XX, L.P.
Toll CO, L.P.

Toll CO II, L.P.
Toll CO III, L.P.

**Schedule I of Additional Registrants (continued)**
Exact Name of Registrant as Specified in its Charter

Toll CT Limited Partnership
Toll CT II Limited Partnership
Toll CT III Limited Partnership
Toll CT IV Limited Partnership
Toll DE LP
Toll DE II LP
Toll-Dublin, L.P.
Toll Estero Limited Partnership
Toll FL Limited Partnership
Toll FL II Limited Partnership
Toll FL III Limited Partnership
Toll FL IV Limited Partnership
Toll FL V Limited Partnership
Toll FL VI Limited Partnership
Toll FL VII Limited Partnership
Toll FL VIII Limited Partnership
Toll FL X Limited Partnership
Toll FL XII Limited Partnership
Toll FL XIII Limited Partnership
Toll Ft. Myers Limited Partnership
Toll GA LP
Toll IL HWCC, L.P.
Toll IL, L.P.
Toll IL II, L.P.
Toll IL III, L.P.
Toll IL IV, L.P.
Toll IL WSB, L.P.
Toll Jacksonville Limited Partnership
Toll Land V Limited Partnership
Toll Land VI Limited Partnership
Toll Land IX Limited Partnership
Toll Land X Limited Partnership
Toll Land XV Limited Partnership
Toll Land XVIII Limited Partnership
Toll Land XIX Limited Partnership
Toll Land XX Limited Partnership
Toll Land XXI Limited Partnership
Toll Land XXII Limited Partnership
Toll Land XXIII Limited Partnership
Toll MA Land Limited Partnership
Toll MA Land IIII Limited Partnership
Toll MD AF Limited Partnership
Toll MD Builder I, L.P.
Toll MD Limited Partnership
Toll MD II Limited Partnership
Toll MD III Limited Partnership
Toll MD IV Limited Partnership
Toll MD V Limited Partnership
Toll MD VI Limited Partnership
Toll MD VII Limited Partnership
Toll MD VIII Limited Partnership
Toll MD IX Limited Partnership

**Schedule I of Additional Registrants (continued)**
Exact Name of Registrant as Specified in its Charter

Toll MD X Limited Partnership
Toll MD XI Limited Partnership
Toll MI Limited Partnership
Toll MI II Limited Partnership
Toll MI III Limited Partnership
Toll MI IV Limited Partnership
Toll MI V Limited Partnership
Toll MI VI Limited Partnership
Toll MN, L.P.
Toll MN II, L.P.
Toll Naval Associates
Toll NC, L.P.
Toll NC II LP
Toll NC III LP
Toll NV Limited Partnership
Toll NY L.P.
Toll NY III L.P.
Toll NY IV L.P.
Toll NY V L.P.
Toll Orlando Limited Partnership
Toll PA, L.P.
Toll PA II, L.P.
Toll PA III, L.P.
Toll PA IV, L.P.
Toll PA V, L.P.
Toll PA VI, L.P.
Toll PA VIII, L.P.
Toll PA IX, L.P.
Toll PA X, L.P.
Toll PA XI, L.P.
Toll PA XII, L.P.
Toll PA XIII, L.P.
Toll PA XIV, L.P.
Toll PA XV, L.P.
Toll PA XVI, L.P.
Toll PA XVII, L.P.
Toll PA XVIII, L.P.
Toll PA XIX, L.P
Toll PA Development LP
Toll PA Management LP
Toll Realty Holdings LP
Toll RI, L.P.
Toll RI II, L.P.
Toll SC, L.P.
Toll SC II, L.P.
Toll SC III, L.P.
Toll SC IV, L.P.
Toll Stonebrae LP
Toll VA, L.P.
Toll VA II, L.P.
Toll VA III, L.P.

**Schedule I of Additional Registrants (continued)**
Exact Name of Registrant as Specified in its Charter

Toll VA IV, L.P.
Toll VA V, L.P.
Toll VA VI, L.P.
Toll VA VII, L.P.
Toll VA VIII, L.P.
Toll WA LP
Toll WV, L.P.
Toll YL II, L.P.
Village Partners, L.P.
353-357 Broadway LLC
353-357 Broadway Member LLC
89 Park Avenue LLC
Arbor Hills Development LLC
Arbors Porter Ranch, LLC
Block 268 LLC
Byers Commercial LLC
Component Systems I LLC
Component Systems II LLC
Goshen Road Land Company LLC
Hatboro Road Associates LLC
Hoboken Land I LLC
Liseter Land Company LLC
Liseter, LLC
Long Meadows TBI, LLC.
Martinsburg Ventures, L.L.C.
Placentia Development Company LLC
Plum Canyon LLC
PRD Investors, LLC
Rancho Costera LLC
Regency at Dominion Valley LLC
Shapell Hold Properties No. 1, LLC
Shapell Land Company, LLC
SR Amberlea LLC
SRLP II LLC
TB Kent Partners LLC
Toll Austin TX LLC
Toll Austin TX II LLC
Toll Austin TX III LLC
Toll BBC LLC
Toll BBC II LLC
Toll CA I LLC
Toll CA III LLC
Toll CA Note II LLC
Toll Cedar Hunt LLC
Toll CO I LLC
Toll Corners LLC
Toll Dallas TX LLC
Toll-Dublin, LLC
Toll Equipment, L.L.C.
Toll FL I, LLC
Toll FL IV LLC
Toll FL V LLC

Toll Glastonbury LLC

**Schedule I of Additional Registrants (continued)**
Exact Name of Registrant as Specified in its Charter

Toll Houston Land LLC
Toll Houston TX LLC
Toll ID I LLC
Toll IN LLC
Toll Land VII LLC
Toll Lexington LLC
Toll MA I LLC
Toll MA II LLC
Toll MA III LLC
Toll MA IV LLC
Toll MD I, L.L.C.
Toll MD II LLC
Toll MD III LLC
Toll MD IV LLC
Toll MA Development LLC
Toll MA Holdings LLC
Toll MA Land II GP LLC
Toll MA Management LLC
Toll NC I LLC
Toll NC IV LLC
Toll NC Note LLC
Toll NC Note II LLC
Toll NY II LLC
Toll PA Twin Lakes LLC
Toll Prasada LLC
Toll San Antonio TX LLC
Toll Southwest II LLC
Toll Stratford LLC
Toll TX Note LLC
Toll VA L.L.C.
Toll VA III L.L.C.
Toll Van Wyck, LLC
Toll Vanderbilt II LLC
Toll West Coast LLC
Toll West Coast II LLC
Upper K Investors, LLC
Upper K-Shapell, LLC
Vanderbilt Capital LLC
Virginia Construction Co. I, LLC
Virginia Construction Co. II, LLC

**Schedule II of Additional Registrants**
Exact Name of Registrant as Specified in its Charter

Amwell Chase, Inc.
Toll Land Corp. No. 6
Toll Land Corp. No. 10
Estates at Princeton Junction, L.P.
Hoboken Land LP
Laurel Creek, L.P.
Toll at Westlake, L.P.
Toll Grove LP
Toll Hudson LP
Toll Land IV Limited Partnership
Toll Land XI Limited Partnership
Toll Land XVI Limited Partnership
Toll Land XXV Limited Partnership
Toll NJ, L.P.
Toll NJ II, L.P.
Toll NJ III, L.P.
Toll NJ IV, L.P.
Toll NJ V, L.P.
Toll NJ VI, L.P.
Toll NJ VII, L.P.
Toll NJ VIII, L.P.
Toll NJ XI, L.P.
Toll NJ XII LP
126-142 Morgan Street Urban Renewal LLC
134 Bay Street LLC
700 Grove Street Urban Renewal, LLC
1400 Hudson LLC
1451 Hudson LLC
1450 Washington LLC
1500 Garden St. LLC
Block 255 LLC
CWG Construction Company LLC
Enclave at Long Valley I LLC
Enclave at Long Valley II LLC
Hoboken Cove LLC
Morgan Street JV LLC
PT Maxwell Holdings, LLC
PT Maxwell, L.L.C.
Regency at Denville, LLC
Regency at Washington I LLC
Regency at Washington II LLC
Toll EB, LLC
Toll Hoboken LLC
Toll Morgan Street LLC
Toll NJ I, L.L.C.
Toll NJ II, L.L.C.
Toll NJ III, LLC
Toll NJ IV LLC

**<u>Schedule III of Additional Registrants</u>**
Exact Name of Registrant as Specified in its Charter

First Brandywine Investment Corp. II
First Brandywine Investment Corp. IV
TB Proprietary Corp.
Toll Buckeye Corp.
Toll Centennial Corp.
Toll Diamond Corp.
Toll Golden Corp.
Toll Granite Corp.
Toll Mid-Atlantic LP Company, Inc.
Toll Mid-Atlantic Note Company, Inc.
Toll Midwest Note Company, Inc.
Toll NJX-I Corp.
Toll Northeast LP Company, Inc.
Toll Northeast Note Company, Inc.
Toll Palmetto Corp.
Toll Southeast LP Company, Inc.
Toll Southeast Note Company, Inc.
Toll Southwest Note Company, Inc.
Toll VA Member Two, Inc.
Toll WestCoast Note Company, Inc.
First Brandywine Partners, L.P.
Toll NJ Builder I, L.P.
First Brandywine LLC I
First Brandywine LLC II
Toll Midwest LLC
Toll Southwest LLC

**<u>Schedule IV of Additional Registrants</u>**
Exact Name of Registrant as Specified in its Charter

Belmont Country Club I LLC
Belmont Country Club II LLC
Brier Creek Country Club I LLC
Brier Creek Country Club II LLC
Dominion Valley Country Club I LLC
Dominion Valley Country Club II LLC
The Regency Golf Club I LLC
The Regency Golf Club II LLC

**<u>Schedule V of Additional Registrants</u>**
Exact Name of Registrant as Specified in its Charter

Toll SW Holding I Corp.
Toll Henderson LLC
Toll North LV LLC
Toll North Reno LLC
Toll NV GP I LLC
Toll NV Holdings LLC
Toll SW Holding LLC
Toll South LV LLC
Toll South Reno LLC

**<u>Schedule VI of Additional Registrants</u>**

Naples TBI Realty, LLC
Tampa TBI Realty LLC

# EXHIBIT INDEX

1.1***      Underwriting Agreement.

3.1         Second Restated Certificate of Incorporation of the Registrant, dated September 8, 2005, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Form 10-Q for the quarter ended July 31, 2005.

3.2         Certificate of Amendment of the Second Restated Certificate of Incorporation of the Registrant, filed with the Secretary of State of the State of Delaware, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on March 22, 2010.

3.3         Certificate of Amendment of the Second Restated Certificate of Incorporation of the Registrant, as amended, filed with the Secretary of State of the State of Delaware, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on March 18, 2011.

3.4         Certificate of Amendment of the Second Restated Certificate of Incorporation of the Registrant, dated as of March 8, 2016, is hereby incorporated by reference to Annex B to the Registrant's definitive proxy statement on Schedule 14A its 2016 Annual Meeting of Stockholders filed with the Securities and Exchange Commission on February 2, 2016.

3.5         By-laws of the Registrant, as Amended and Restated June 11, 2008, are hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 13, 2008.

3.6         Amendment to the By-laws of the Registrant, dated as of September 24, 2009, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on September 24, 2009.

3.7         Amendment to the By-laws of the Registrant, dated as of June 15, 2011, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 16, 2011.

3.8         Amendment to the By-laws of the Registrant, dated as of January 20, 2016, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on January 20, 2016.

3.9         Amendment to the By-laws of the Registrant, dated as of September 20, 2016, is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on September 20, 2016.

4.1         Specimen Common Stock Certificate is hereby incorporated by reference to Exhibit 4.1 of the Registrant's Form 10-K for the fiscal year ended October 31, 1991.

4.2         Certificate of Amendment of Certificate of Designations, Preferences and Rights of Series A Junior Participating Preferred Stock of the Registrant is hereby incorporated by reference to Exhibit 3.1 of the Registrant's Form 8-K filed on June 18, 2007.

4.3***      Form of stock certificate for the Preferred Stock of the Registrant.

4.4***      Form of Debt Securities.

4.5***      Form of Warrant Agreement.

4.6***      Form of Warrant Certificate.

4.7***      Form of Guarantee of Debt Securities.

4.8         Form of Indenture for Senior Debt Securities is hereby incorporated by reference to Exhibit 4.1 to the Registrant's Form 8-K filed on February 7, 2012.

4.9         Form of Indenture for Subordinated Debt Securities is hereby incorporated by reference to Exhibit 4.11 to the Registrant's Form S-3ASR filed on October 29, 2008.

4.10        Rights Agreement dated as of June 13, 2007, by and between the Registrant and American Stock Transfer & Trust Company, as Rights Agent, is hereby incorporated by reference to Exhibit 4.1 to the Registrant's Form 8- K filed on

June 18, 2007.

5.1*        Opinion of Cravath, Swaine & Moore LLP, New York, New York.

5.2*        Opinion of John K. McDonald, Esq., Senior Vice President and General Counsel.

12**       Statement Regarding Computation of Ratio of Earnings to Fixed Charges.

23.1*      Consent of Cravath, Swaine & Moore LLP (included as part of Exhibit 5.1).

23.2*      Consent of John K. McDonald, Esq., Senior Vice President and General Counsel (included as part of Exhibit 5.2).

23.3*      Consent of Ernst & Young LLP Independent Registered Public Accounting Firm.

24**       Power of Attorney (included in signature pages hereto).

25.1*      Statement of Eligibility of The Bank of New York Mellon on Form T-1 under the Trust Indenture Act of 1939, of the trustee for the form of senior debt indenture.

25.2*        Statement of Eligibility of the Bank of New York Mellon on Form T-1 under the Trust Indenture Act of 1939, of the trustee for the form of subordinated debt indenture.


*            Previously filed.

**           Filed herewith.

***          To be filed by amendment or as an exhibit to a report filed under the Exchange Act and incorporated herein by reference.

# EXHIBIT 95

# Permit Search

Find a permit by its allocated city number. For permits issued in the current year, enter the last 5 digits of the number, including leading zeroes.

202102734 - B#I0004031-5131 Vivian ST

| Permit | Parcel | Contacts | Valuations | Inspections Requested | Inspections Scheduled | Inspections Completed | Notes |
|---|---|---|---|---|---|---|---|

This permit expired on 02/01/2023

Show Last Completed Inspection

Show 10 entries

Search:

| Contractor No | Name | Relationship | License Class | Primary |
|---|---|---|---|---|
| 190246 | TOLL SOUTHWEST LLC | Owner | | |
| | TOLL BROTHERS | General Contractor | Class 2 - Limited Construction | |
| 021693 | IDEAL ELECTRIC INC | Subcontractor | Electrical Contractor | |
| 190314 | CHR PLUMBING | Subcontractor | Plumbing Contractor | |
| 017790 | FOUR SEASONS HEATING, INC. | Inactive | Mechanical Contractor | |
| 080125 | STEELE BROS.HEATING, INC. | Subcontractor | Mechanical Contractor | |

Showing 1 to 6 of 6 entries

Previous 1 Next

# EXHIBIT 96



# CITY OF WHEAT RIDGE

Building Division
7500 W 29TH AVE
WHEAT RIDGE CO 80033-8001 (303)235-2855

## Contractor's License # - 190246

```
TOLL BROTHERS                          Bus Phone: (720)537-4011
PUBLIC                                        Fax:
10 INVERNESS DR E
ENGLEWOOD CO 80112
```

```
       Type of License                   Expires On    Amount
       ----------------------------------- ---------- --------
       Class 2 - Limited Construction      10/31/2025   125.00
         Persons to pull permits:  Eric Lehman Chris Ferguso
         n Andrea Brandow Jermie Langer Kyle Neumann
```

_____
Chief Building Official      10/14/2024

# EXHIBIT 97



Jeffrey Gu <jeffwgu@gmail.com>

## FW: Mr. Gu- 09-11-2025 Request Online Form Submittal: Public Records Request Form (C.O.R.A)

3 messages

**Onorina Maloney** <omaloney@ci.wheatridge.co.us>     Wed, Sep 17, 2025 at 9:59 AM
To: "jeffwgu@gmail.com" <jeffwgu@gmail.com>

Dear Mr. Gu,

I sent this yesterday and I wish to ensure it reached you.

Thank you and wishing you a good day ahead.

Best regards.

**Onorina Z. Maloney**

Deputy City Clerk

7500 W. 29th Avenue

Wheat Ridge, Colorado 80033

Office Phone:  (303) 235-2816

omaloney@ci.wheatridge.co.us

www.ci.wheatridge.co.us



CONFIDENTIALITY NOTICE: This e-mail contains business-confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.  Thank you.

**From:** City Clerk
**Sent:** Tuesday, September 16, 2025 4:52 PM
**To:** effwgu@gmail.com

**Subject:** Mr. Gu- 09-11-2025 Request Online Form Submittal: Public Records Request Form (C.O.R.A)

Dear Mr. Gu,

In response to your public records request received on September 11, 2025, please see attached document.

Thank you.

Best regards,

**Onorina Z. Maloney**

Deputy City Clerk

7500 W. 29th Avenue

Wheat Ridge, Colorado 80033

Office Phone:  (303) 235-2816

omaloney@ci.wheatridge.co.us

www.ci.wheatridge.co.us



CONFIDENTIALITY NOTICE: This e-mail contains business-confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.  Thank you.

---

**From:** no-reply@ci.wheatridge.co.us <no-reply@ci.wheatridge.co.us>
**Sent:** Thursday, September 11, 2025 9:16 AM
**To:** City Clerk <CityClerk@ci.wheatridge.co.us>; Margy Greer <MGreer@ci.wheatridge.co.us>
**Subject:** Online Form Submittal: Public Records Request Form (C.O.R.A)

Public Records Request Form (C.O.R.A)

**Please list specifically what documents you want reproduced. Allow three (3) working days for a search of the records. Per the State of Colorado Open Records Act (C.R.S. 24- 72-203), if the request is substantially large, an extension of seven (7) working days is permitted. You will be notified prior to the three (3) days of any extension and all estimated costs.**

**If you need copies of Police Records or Accident Reports please go to**
**https://www.ci.wheatridge.co.us/467/Police-Records**

**Please note you will need to go to either West Metro, Arvada Fire or Fairmont Fire Districts for Fire Department records and to CO Dept. Of Health for HazMat or underground tank inquiries.**

| | |
|---|---|
| Name | Jeffrey Gu |
| Email Address | jeffwgu@gmail.com |
| Phone Number | 7205931548 |
| Address 1 | 5131 Vivian St |
| Address 2 | *Field not completed.* |
| City | Wheat Ridge |
| State | CO |
| Zip | 80033 |
| Describe in detail the records you are requesting | Any materials submitted and communications created in the process of the application for the contractor's license for Toll Brothers, License # 190246 |
| Are you needing an ADA Accessible Document? | No |

Fees

Fees for copying, research, retrieval, and redaction involved in Public Information Requests
are assessed per C.R.S. 24-72-203.

• Copies are $.25 each after the first 10 copies

• Certified copies are $2.00 each

• Research & Retrieval $41/hour after the first hour (15-minute increments)

It is the City's policy, in the context of requests for a large quantity of records, to require a
deposit of 50% of the cost estimate as an affirmation of the party's willingness to proceed
with the records request and pay the costs thereof.

• Information transfer to Computer Media $30.00 each

• Video DVD or Audio CD $30.00 each

• Postage & Packaging for Mailing are Actual Costs

 Fees for other types of information requests will be assessed based on the City's cost to
copy or reproduce the requested item

---

Acknowledgement of Fees          I acknowledge that there may be fees associated with the
                                 records I am requesting.

---

Email not displaying correctly? View it in your browser.

---


**9.11.25 J.Gu CORA response.pdf**
4240K

---

**Jeffrey Gu** <jeffwgu@gmail.com>                                    Wed, Sep 17, 2025 at 10:09 AM
To: Onorina Maloney <omaloney@ci.wheatridge.co.us>

Thanks Ms. Maloney, received.
[Quoted text hidden]

**Onorina Maloney** <omaloney@ci.wheatridge.co.us>                    Wed, Sep 17, 2025 at 10:11 AM
To: Jeffrey Gu <jeffwgu@gmail.com>

Thank you, Mr. Gu.

**Onorina Z. Maloney**

Deputy City Clerk

7500 W. 29th Avenue

Wheat Ridge, Colorado 80033

Office Phone:  (303) 235-2816

omaloney@ci.wheatridge.co.us

www.ci.wheatridge.co.us



 CONFIDENTIALITY NOTICE: This e-mail contains business-confidential information.  It is intended only for the use of the individual or entity named
above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is
prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original
message from your computer, and any network to which your computer is connected.  Thank you.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, September 17, 2025 8:10 AM
**To:** Onorina Maloney <omaloney@ci.wheatridge.co.us>
**Subject:** Re: FW: Mr. Gu- 09-11-2025 Request Online Form Submittal: Public Records Request Form
(C.O.R.A)

**Caution:** This email originated from outside the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

[Quoted text hidden]

# EXHIBIT 98

| | |
|---|---|
| **From:** | Kyle Neumann |
| **To:** | Jessica Silva |
| **Cc:** | Chris Ferguson; Kyle Neumann; Jermie Langer |
| **Subject:** | RE: Toll Brothers- The Ridge at Ward Station- Insurance and License Renewal |
| **Date:** | Thursday, August 31, 2023 9:03:22 AM |
| **Attachments:** | image001.png |
| | City of Wheat Ridge license - Kyle.pdf |
| | City of Wheat Ridge.pdf |

**Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

Good Morning,

Please see COI and license that are needed to renew.

**Kyle Neumann**
**Area Production Manager, Colorado Division**
Toll Brothers
12013 Ridge Rd., Wheat Ridge, CO 80033



## Toll Brothers

#1 HOME BUILDER

**FORTUNE WORLD'S MOST
ADMIRED COMPANIES
2023**

©2023 Fortune Media IP Limited. Used under license.

**From:** Jessica Silva <JSilva@ci.wheatridge.co.us>
**Sent:** Wednesday, August 30, 2023 10:04 AM
**To:** Kyle Neumann <kneumann@tollbrothers.com>
**Cc:** Chris Ferguson <cferguson@tollbrothers.com>
**Subject:** RE: Toll Brothers- The Ridge at Ward Station- Insurance and License Renewal

Morning,

Please submit your new updated COI and will update it in our system.

Thank you,

Jessica Silva
Permit Technician
City of Wheat Ridge
th

7500 W. 29 Ave.
Wheat Ridge, CO 80033
303.235.2855 Opt 1



City of
**Wheat Ridge**
COMMUNITY DEVELOPMENT

**From:** Kyle Neumann <kneumann@tollbrothers.com>
**Sent:** Wednesday, August 30, 2023 8:49 AM
**To:** CommDev Permits <Permits@ci.wheatridge.co.us>
**Cc:** Kyle Neumann <kneumann@tollbrothers.com>; Chris Ferguson <cferguson@tollbrothers.com>
**Subject:** Toll Brothers- The Ridge at Ward Station- Insurance and License Renewal

**Caution:** This email originated from outside the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe. Report any
suspicious activities to the IT Division. Thank you.

Good Morning,

I hope all is well. We recently got a notification that our insurance and license needs to be renewed.
Is this something I can coordinate through you? We have inspections and closings coming up in the
next couple of weeks and would like to avoid delays. I appreciate your help.

**Thank you,**

**Kyle Neumann**
**Area Production Manager, Colorado Division**
Toll Brothers
12013 Ridge Rd., Wheat Ridge, CO 80033



**Toll Brothers**

#1 HOME BUILDER

**FORTUNE WORLD'S MOST
ADMIRED COMPANIES
2023**

©2023 Fortune Media IP Limited. Used under license.

**From:** CommDev Permits
**To:** Andrea Brandow
**Cc:** Kyle Neumann
**Subject:** RE: Contractor License Renewal Request - 190246
**Date:** Monday, October 14, 2024 1:32:00 PM
**Attachments:** image002.png
image003.png

Hello,

We have instated your GC license. Contractor number - 190246

Please call us asap at 303-235-2855 Option 1 to pay the $125.00 license fee to complete your renewal.

Thank you,

Cheriee Villa
Permit Technician
Building Division



**From:** Andrea Brandow <abrandow@tollbrothers.com>
**Sent:** Monday, October 14, 2024 11:58 AM
**To:** CommDev Permits <Permits@ci.wheatridge.co.us>
**Cc:** Kyle Neumann <kneumann@tollbrothers.com>
**Subject:** Contractor License Renewal Request - 190246

> **Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report any suspicious activities to the IT Division. Thank you.

Good Morning,

Could you please renew our contractor license 190246?

**Persons to pull permits:**

**Eric Lehman**

**Chris Ferguson**
**Andrea Brandow**
**Jermie Langer**
**Kyle Neumann**

Let me know if you need any more information to renew.

Thank you,

**Andrea Brandow**
**Operations Coordinator , Colorado**
Toll Brothers
7100 E Belleview Ave, Suite 200, Greenwood Village, CO 80111



**Toll Brothers**

**FORTUNE WORLD'S MOST**
**ADMIRED COMPANIES**
**10 YEARS IN A ROW**

**ACORD®**

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
08/30/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | | |
|---|---|---|---|---|
| Marsh USA LLC | PHONE (A/C, No, Ext): | | FAX (A/C, No): | |
| 1717 Arch Street | E-MAIL ADDRESS: | | | |
| Philadelphia, PA 19103 | | | | |
| | **INSURER(S) AFFORDING COVERAGE** | | | NAIC # |
| CN101294894-Toll -GAW-23-24    090126 | INSURER A : National Fire & Marine Insurance Company | | | 20079 |
| **INSURED** | INSURER B : Old Republic Insurance Company | | | 24147 |
| Toll Southwest LLC | INSURER C : | | | |
| 1140 Virginia Drive | INSURER D : | | | |
| Fort Washington, PA 19034 | INSURER E : | | | |
| | INSURER F : | | | |

## COVERAGES

**CERTIFICATE NUMBER:** CLE-006468860-14    **REVISION NUMBER:** 2

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | 42-HBL-150447-02 | 09/01/2023 | 09/01/2024 | EACH OCCURRENCE | $ 5,000,000 |
| | | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | X | B/PD | | | | | | MED EXP (Any one person) | EXCLUDED |
| | X | $500,000 SIR | | | | | | PERSONAL & ADV INJURY | $ 5,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 5,000,000 |
| | X | POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 5,000,000 |
| | | OTHER: | | | | | | | $ |
| | | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED RETENTION $ | | | | | | | $ |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y / N | | | MWC30267709 | 09/01/2023 | 09/01/2024 | X PER STATUTE OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N | N / A | | | | E.L. EACH ACCIDENT | $ 2,000,000 |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 2,000,000 |
| | | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 2,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Evidence of coverage pertaining to the application for a Contractors License for the performance of all development and construction, including permits, for the project known as Ridge at Ward Station in Wheat Ridge, Co.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Wheat Ridge 7500 W 95th Avenue Wheat Ridge, CO 80033 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE  *Marsh USA LLC* |

ACORD 25 (2016/03)

The ACORD name and logo are registered marks of ACORD

© 1988-2016 ACORD CORPORATION. All rights reserved.

AGENCY CUSTOMER ID: CN101294894

LOC #: Philadelphia

**ACORD®**

## ADDITIONAL REMARKS SCHEDULE

Page _2_ of _2_

| AGENCY | NAMED INSURED |
|---|---|
| Marsh USA LLC | Toll Southwest LLC |
| **POLICY NUMBER** | 1140 Virginia Drive |
| | Fort Washington, PA 19034 |
| **CARRIER**          NAIC CODE | |
| | **EFFECTIVE DATE:** |

ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ___25___   FORM TITLE: Certificate of Liability Insurance

The general liability policy evidenced above is subject to self-insured retentions for various perils covered. If you would like additional information regarding these self-insured retentions, please contact the insured at 215-938-3009.

ACORD 101 (2008/01)

The ACORD name and logo are registered marks of ACORD          © 2008 ACORD CORPORATION. All rights reserved.

# EXHIBIT 99

12:24



### Building Division Online Services
Department of Public Works Engineering, Building Division

## Contractor Details

Help

*A Contractor is required to renew registration and keep insurance policies in effect for the period of the registration. No permits may be obtained, nor may work already under permit be continued if renewal of registration and the required insurance policies are not maintained. You can print registration information below.*

| | |
|---|---|
| Contractor Name: | TOLL BROS., INC. |
| Owner Name: | TOLL HOLDINGS INC |
| Address: | 1140 VIRGINIA DR ATTN: TAGGERT LEGAL FT WASHINGTON, PA 19034 |

**Liability Certificate Expiration:**  09/01/2025

**Workers' Comp Certificate Expiration:**  09/01/2025

### Registrations

| Registration Number | Type | Status | Expiration Date | |
|---|---|---|---|---|
| A02120 | General A | Current | 12/13/2025 | Print Registration Information |

## Associated Permits

Results Per Page:  25

Sort by:  Permit Number Ascending

Filter

Displaying records 1 to 25 of 747

| | Permit Number | Issue Date | Description of Work | Status |
|---|---|---|---|---|
| View Project | 02-0051 | 02/04/2002 | AU - Other | Voided |
| View Project | 02-0052 | 02/04/2002 | AU - Other | Voided |
| View Project | 02-0138 | 01/28/2002 | AU - Other | Completed |
| View Project | 02-0344 | 07/09/2002 | AU - Other | Voided |

apps.douglas.co.us

# EXHIBIT 100



Home | Setup an Account    Log In    Public    User Name: _____ Password: _____ LOGIN    ☐ Remember Me    Forgot Password /Forgot Username

**Permits**
Apply for New Permit
Search Permit
Pay Fees
View on Map

**Planning**
Apply for New Project
Search Projects
Pay Fees
View on Map

**Contractor**
Apply For A New Contractor License
Search Contractors
Pay Fees

**Properties**
Search Property
View on Map

**Inspections**
Schedule
View on Map
Cancel
Scheduled

**Licenses**
Apply for New Licenses
Search Licenses
Pay Fees
Renew

**Map**
View Map
Locate My Address

**Shopping Cart**
Pay All Fees
Paid Items

**Contact**
Contact us

# *Search Contractors*

Search By: Company
Search Operator: Begins With
Search Value: Toll

Click here for search examples

SEARCH

## *Search Results*

🔍 **Search Results**

Registration No
AEC000964

# License #AEC000964

AEC Info      Lic Types      Contacts (3)

| | |
|---|---|
| Registration #: | AEC000964 |
| Issue: | 10/2/2024 |
| Expire: | 10/2/2025 |
| Type: | CONTRACTOR |
| Sub-Type: | |
| Status: | ACTIVE |
| Company: | Toll Southwest LLC - Class B |
| Phone: | (720) 660-5188 |
| Cell: | |
| Pager: | |
| Fax: | |
| Owner Name: | |

**Linked Activities:**

⊟ **Project(s)**

ADR24-0023    ADDRESSING    COMPLETE

⊟ **Permit(s)**

SEWAPP25-0222    SEWER TAP APPLICATION    RECEIVED

SEWAPP25-0220    SEWER TAP APPLICATION    RECEIVED

SEWAPP25-0219    SEWER TAP APPLICATION    RECEIVED

SEWAPP25-0218    SEWER TAP APPLICATION    RECEIVED

SEWAPP25-0194    SEWER TAP APPLICATION    FINALED

SEWAPP25-0193    SEWER TAP APPLICATION    FINALED

SEWAPP25-0192    SEWER TAP APPLICATION    FINALED

SEWAPP25-0191    SEWER TAP APPLICATION    FINALED

SEWAPP25-0190    SEWER TAP APPLICATION    FINALED

SEWAPP25-0189    SEWER TAP APPLICATION    FINALED

SEWAPP25-0188    SEWER TAP APPLICATION    FINALED

RES25-0859    RESIDENTIAL    UNDER REVIEW

RES25-0858    RESIDENTIAL    UNDER REVIEW

| | | |
|---|---|---|
| RES25-0858 | RESIDENTIAL | UNDER REVIEW |
| RES25-0857 | RESIDENTIAL | UNDER REVIEW |
| RES25-0856 | RESIDENTIAL | UNDER REVIEW |
| SEWAPP25-0180 | SEWER TAP APPLICATION | FINALED |
| RES25-0701 | RESIDENTIAL | ISSUED |
| RES25-0700 | RESIDENTIAL | ISSUED |
| RES25-0699 | RESIDENTIAL | ISSUED |
| RES25-0697 | RESIDENTIAL | ISSUED |
| RES25-0694 | RESIDENTIAL | ISSUED |
| RES25-0693 | RESIDENTIAL | ISSUED |
| RES25-0692 | RESIDENTIAL | ISSUED |
| SEWAPP25-0151 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0150 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0149 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0148 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0147 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0146 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0145 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0144 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0143 | SEWER TAP APPLICATION | FINALED |
| RES25-0433 | RESIDENTIAL | ISSUED |
| RES25-0432 | RESIDENTIAL | ISSUED |
| RES25-0431 | RESIDENTIAL | ISSUED |
| RES25-0430 | RESIDENTIAL | ISSUED |
| RES25-0429 | RESIDENTIAL | ISSUED |
| RES25-0229 | RESIDENTIAL | ISSUED |
| RES25-0228 | RESIDENTIAL | ISSUED |
| RES25-0227 | RESIDENTIAL | ISSUED |
| RES25-0226 | RESIDENTIAL | ISSUED |
| COM25-0032 | COMMERCIAL | ISSUED |
| SEWAPP25-0032 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0010 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0008 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0006 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0011 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0009 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0007 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0005 | SEWER TAP APPLICATION | FINALED |

| SEWAPP25-0005 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0004 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0003 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0002 | SEWER TAP APPLICATION | FINALED |
| SEWAPP25-0001 | SEWER TAP APPLICATION | FINALED |
| COM24-0201 | COMMERCIAL | ISSUED |
| COM24-0130 | COMMERCIAL | RESUBMITTAL PENDING |
| RESTNH24-0011 | RESIDENTIAL | ISSUED |
| RESTNH24-0010 | RESIDENTIAL | ISSUED |
| RESTNH24-0009 | RESIDENTIAL | ISSUED |
| RESTNH24-0008 | RESIDENTIAL | ISSUED |
| RESTNH24-0007 | RESIDENTIAL | ISSUED |
| RESTNH24-0006 | RESIDENTIAL | ISSUED |
| RESTNH24-0005 | RESIDENTIAL | ISSUED |
| RESTNH24-0004 | RESIDENTIAL | ISSUED |
| RESTNH24-0003 | RESIDENTIAL | ISSUED |
| RESTNH24-0002 | RESIDENTIAL | ISSUED |
| RESTNH24-0001 | RESIDENTIAL | ISSUED |
| COM24-0060 | COMMERCIAL | ISSUED |
| COM24-0016 | COMMERCIAL | CO |
| RESTNH23-0003 | RESIDENTIAL | HOLD |
| RESTNH23-0002 | RESIDENTIAL | HOLD |
| RESTNH23-0001 | RESIDENTIAL | HOLD |
| MFAM23-0012 | MULTI FAMILY | ISSUED |
| MFAM23-0011 | MULTI FAMILY | ISSUED |
| MFAM23-0010 | MULTI FAMILY | ISSUED |
| MFAM23-0009 | MULTI FAMILY | ISSUED |
| MFAM23-0008 | MULTI FAMILY | ISSUED |
| MFAM23-0007 | MULTI FAMILY | ISSUED |
| MFAM23-0006 | MULTI FAMILY | ISSUED |
| MFAM23-0005 | MULTI FAMILY | ISSUED |
| MFAM23-0004 | MULTI FAMILY | ISSUED |
| COM23-0133 | COMMERCIAL | ISSUED |
| COM23-0132 | COMMERCIAL | ISSUED |
| COM23-0131 | COMMERCIAL | ISSUED |
| COM23-0130 | COMMERCIAL | ISSUED |
| COM23-0129 | COMMERCIAL | ISSUED |
| COM23-0128 | COMMERCIAL | ISSUED |

| COM23-0127 | COMMERCIAL | ISSUED |
| COM23-0126 | COMMERCIAL | ISSUED |
| COM23-0125 | COMMERCIAL | ISSUED |
| COM23-0124 | COMMERCIAL | ISSUED |
| COM23-0123 | COMMERCIAL | ISSUED |
| COM23-0122 | COMMERCIAL | ISSUED |
| COM23-0121 | COMMERCIAL | ISSUED |
| COM23-0120 | COMMERCIAL | ISSUED |
| COM23-0016 | COMMERCIAL | FINALED |
| DEMO22-0031 | DEMOLITION | FINALED |
| DEMO22-0030 | DEMOLITION | FINALED |

**Upon request the city will make reasonable accommodations for alternative access to the documents listed in eTrakit.**
Submit the **accommodations request here.**
**Digital Accessibility Statement**

**The City of Littleton, CO makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation. Utilization of this website indicates understanding and acceptance of this statement.**

2255 W Berry Ave, Littleton City of Littleton, CO 80120

HOME  |  CONTACT

©1990-2025 CentralSquare Technologies, LLC. All Rights Reserved.