IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No: 1:25-cv-02884-CYC

**TOLL BROTHERS, INC., et al.,**

    Plaintiffs,

v.

**JEFFREY GU, et al.,**

    Defendant/Counterclaim Plaintiff,

and

**Toll Brothers, Inc.,**

**Toll Southwest LLC,**

**TB Proprietary Corp,**

    Counterclaim Defendants.

## MOTION TO COMPEL DISCLOSURE STATEMENTS

## PURSUANT TO FED. R. CIV. P. 7.1 AND D.C.COLO.LCivR 7.4

Counterclaim Plaintiff Jeffrey Gu respectfully moves this Court for an order directing Counterclaim Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. to file the disclosure statements required by Federal Rule of Civil Procedure 7.1 and District of Colorado Local Civil Rule 7.4. This omission is not a mere oversight; it is consistent with the

very conduct alleged in Counterclaim Plaintiff's counterclaims. Toll Brothers, Inc. and its affiliates rely on entity obfuscation and selective disclosure to mislead consumers, regulators, and now, this Court. The purpose of Rule 7.4 is to ensure transparency, avoid conflicts of interest, and clarify the true parties in interest. At every stage of this litigation, the core issue resurfaces: Plaintiffs and their affiliates rely on a shifting maze of single-purpose entities to obscure who actually holds liability.

1. **Rule Requirements.**
    - Fed. R. Civ. P. 7.1(a) requires any nongovernmental corporate party to a case in federal court to file a disclosure statement identifying parent corporations and publicly held entities owning 10% or more of its stock.
    - D.C.COLO.LCivR 7.4 expands this requirement to "any nongovernmental corporate party or other legal entity," including limited liability companies, and mandates disclosure of parent entities and publicly held owners.

2. **Noncompliance.**
    - To date, Counterclaim Defendant Toll Brothers, Inc., a nongovernmental corporation, has not filed a disclosure statement.
    - To date, Counterclaim Defendant Toll Southwest LLC, a nongovernmental limited liability company, has not filed a disclosure statement.
    - To date, Counterclaim Defendant TB Proprietary Corp., a nongovernmental corporation, has not filed a disclosure statement.
    - This omission deprives the Court of critical information necessary for conflict-of-interest checks and violates mandatory local and federal rules.

3. **Relief Requested.**

- Defendant/Counterclaim Plaintiff respectfully requests that the Court order Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. to cure this deficiency by filing proper disclosure statements within 7 days.

**WHEREFORE**, Defendant/Counterclaim Plaintiff requests that the Court:

1. Order Counterclaim Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. to comply with Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4 within 7 days; and
2. Grant such further relief as the Court deems just and proper.

Respectfully submitted,

_____    October 1, 2025

Jeffrey Gu, Defendant and Counterclaim Plaintiff, Pro Se

2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548, Pro Se