IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No: 1:25-cv-02884-CYC

**TOLL BROTHERS, INC., et al.,**

    Plaintiffs,

v.

**JEFFREY GU, et al.,**

    Defendant/Counterclaim Plaintiff,

and

**Toll Brothers, Inc.,**

**Toll Southwest LLC,**

**TB Proprietary Corp,**

    Counterclaim Defendants.

## MOTION TO STRIKE VERIFICATION OF COMPLAINT

Defendant/Counterclaim Plaintiff Jeffrey Gu respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(f), to strike the Verification appended to Plaintiffs' Complaint, as it is defective, misleading, and inconsistent with official bar records. At every stage of this litigation, the core

issue resurfaces: Plaintiffs and their affiliates rely on a shifting maze of single-purpose entities to obscure who actually holds liability.

The entity identified in Matthew Care's PA attorney registration—**Toll Bros. Inc.**—appears to be the same entity that received earnest money in the sale of the property at 5131 Vivian St. (See Counterclaim ¶¶ 46–50.) The variation in usage further exemplifies Defendants' pattern of inconsistent entity designation that forms the basis of Plaintiff's claims.

## I. BACKGROUND

1. Plaintiffs filed their Verified Complaint in this matter on September 12, 2025, attaching a Verification signed by Mr. Care.

2. In the Verification, Mr. Care swore under penalty of perjury that he is "counsel for Toll Brothers, Inc." and that the factual statements in the Complaint are "true and correct to the best of [his] knowledge and belief."

3. However, official attorney registration records maintained by the Disciplinary Board of Supreme Court of Pennsylvania identify Mr. Care's employer as Toll Bros., Inc. of Pennsylvania–a legally distinct entity from Toll Brothers, Inc. of Delaware. (See Exhibit A)

4. These inconsistencies raise material doubts as to whether the Complaint was properly verified by counsel of record for the named Plaintiff, or whether counsel executed the Verification on behalf of an entity not before the Court.

## II. ARGUMENT

1. **The Verification misidentifies the signatory's role.** Mr. Care swore that he is "counsel for Toll Brothers, Inc." while his official bar registration lists a different corporate employer, "Toll Bros., Inc." (See Exhibit A) The discrepancy is not a clerical nit: it implicates whether Mr. Care verified the pleading on behalf of the actual named Plaintiff or a distinct, non-party entity.

2. **Verifications must be reliable.** A verified complaint carries greater weight because the Court and opposing parties may rely on its sworn truth. If the Verification is ambiguous or executed by someone without clear authority, its value is undermined.

3. **This inconsistency mirrors the larger dispute.** Plaintiffs' use of overlapping, nearly indistinguishable corporate names lies at the heart of the Counterclaim allegations. The Verification itself now exemplifies this confusion, reinforcing the need for clarity and candor in this case.

## III. RELIEF REQUESTED

For these reasons, Defendant respectfully requests that this Court strike the Verification of Plaintiffs' Complaint as defective. In the alternative, Defendant requests that the Court order Plaintiffs to file a corrected Verification clarifying the precise entity on whose behalf Mr. Care executed his attestation.

## IV. CONCLUSION

The Verification, as currently filed, creates material doubt as to whether the Complaint is truly "verified" by counsel for the named Plaintiff. The Court should strike it or, at minimum, require Plaintiffs to cure the defect.

**Certificate of Conferral (D.C.COLO.LCivR 7.1(a))**

Plaintiff certifies that he conferred in good faith with opposing counsel by email on October 6, 2025 regarding the issues raised in this motion but was unable to reach resolution, with the opposing counsel responding with "I have no idea what you are talking about. We see nothing wrong with the verification." (See Exhibit B)

Respectfully submitted,

_____   October 6, 2025

Jeffrey Gu, Defendant and Counterclaim Plaintiff, Pro Se

2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548, Pro Se