IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation; TOLL SOUTHWEST LLC, a Colorado limited liability company and TB PROPRIETARY CORP., a Delaware Corporation

    *Plaintiffs*,

v.

JEFFREY GU, an individual; CITY OF TOLL BROTHERS LLC, a Colorado Limited Liability Company; TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company; TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company; TOLL HOLDINGS LLC, a Colorado Limited Liability Company; TB PROPRIETARY CORP., a Colorado Corporation;  TOLL ARCHITECTURE, INC, a Colorado Corporation; TOLL BROTHERS, INC, a Colorado Corporation; and TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

    *Defendants*.

**MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S ANSWER AND COUNTERCLAIMS**

Plaintiffs / Counterclaim Defendants, Toll Brothers Inc., Toll Southwest LLC, and TB Proprietary Corp. (collectively, "Plaintiffs"), by and through their counsel, Fox Rothschild LLP, respectfully request that this Court to review Defendant Jeffrey Gu's Answer and Counterclaims pursuant to Local Rule 8.1(a). Plaintiffs / Counterclaim Defendants also move for an extension of time to respond to Defendant Jeffrey Gu's

Case No. 1:25-cv-02884-PAB-CYC   Document 28   filed 10/07/25   USDC Colorado
pg 2 of 4

Answer and Counterclaims pursuant to Local Rule 6.1(b). In support of this motion, Plaintiffs state as follows:

## CERTIFICATION

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Plaintiffs advise that they have conferred with Defendant Jeffrey Gu, regarding the relief sought herein and he has advised that he opposes this motion.

1. On September 12, 2025, Plaintiffs filed a Complaint against Jeffrey Gu ("Gu") and eight entities that Gu formed.

2. On September 29, 2025, Gu, acting *pro se*, filed his Answer and Counterclaims, naming Plaintiffs, the City of Wheat Ridge, Gerald Dahl, Renee Meriaux, Charles Abbot Associates, Inc., Felton Group, Inc., Marsh & McLennan Companies, Inc., Marsh LLC, Marsh USA LLC, The New Home Company, Inc, and Bert L Howe and Associates, Inc as Counterclaim Defendants.

3. Gu's Answer and Counterclaims are 108 pages and include 514 paragraphs of rambling, inaccurate, immaterial "factual" allegations, 26 pages of outlandish claims, and 201 irrelevant exhibits spanning 1,490 pages. It reads more like a sprawling, grievance-filled manifesto than a legal pleading.

4. The United States District Court for the District of Colorado Local Rule 8.1 states:

> A judicial officer designated by the Chief Judge shall review the pleadings of a pro se party … to determine whether the pleadings should be dismissed summarily. … The time for filing an answer or response shall be tolled until the designated judicial officer determines that the pleadings should not be dismissed summarily at which time the judicial officer shall issue an order directing service of the order and the pleadings on the defendant(s) or respondent(s)."

D.C.COLO.LCivR 8.1(a).

5.  Therefore, Plaintiffs respectfully request that Gu's Answer and Counterclaims are reviewed under Local Rule 8.1(a) and the Federal Rules of Civil Procedure Rule 8.

6.  Due to the extraordinary length of Gu's Answer and Counterclaims, Plaintiffs respectfully request that the Court hold in abeyance Plaintiffs' requirement to respond until after the Court's determination under Local Rule 8.1(a).

7.  Plaintiffs respectfully request that, if the Court determines that the pleadings should not be dismissed pursuant to Local Rule 8.1(a), that Plaintiffs be given 21 days from the date of the Court's ruling under Local Rule 8.1(a) to respond to Mr. Gu's Counterclaims.

8.  Undersigned counsel certifies that this motion is brought in good faith and is not for purposes of delay.

Respectfully submitted on October 7, 2025.

Fox Rothschild, LLP

*/s/ Henry M. Baskerville*
Henry M. Baskerville
Kiana J. Rugar
1225 17th St., Suite 2200
Denver, CO  80202
303-292-1200
hbaskerville@foxrothschild.com
krugar@foxrothschild.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

    This is to certify that on October 7, 2025, a true and correct copy of the foregoing was e-filed via CM/ECF to all parties of record.

                                        */s/ Rho Rudolph*
                                        Rho Rudolph