IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation; TOLL SOUTHWEST LLC, a Colorado limited liability company and TB PROPRIETARY CORP., a Delaware Corporation

    Plaintiffs,

v.

JEFFREY GU, an individual; TOLL BROTHERS LLC, a Colorado Limited Liability Company; TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company; TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company; TOLL HOLDINGS LLC, a Colorado Limited Liability Company; TB PROPRIETARY CORP., a Colorado Corporation;  TOLL ARCHITECTURE, INC, a Colorado Corporation; TOLL BROTHERS, INC, a Colorado Corporation; and TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

    Defendants,

**CORPORATE DISCLOSURE STATEMENT – TB PROPRIETARY CORP.**

    Plaintiff, TB Proprietary Corp., by and through its counsel, Fox Rothschild LLP, hereby make the following disclosures pursuant to Fed. R. Civ. P. 7.1:

    1. In accordance with Fed. R. Civ. P. 7.1(a)(1), TB Proprietary Corp. is a non-governmental corporate party and its parent company is Toll Holdings, Inc. No publicly held corporation directly owns a 10% or more interest TB Proprietary Corp., although ultimately, TB Proprietary Corp. is owned by Toll Brothers, Inc., which is publicly traded.

2. In accordance with Fed. R. Civ. P. 7.1(a)(2), TB Proprietary Corp. is a corporation under the laws of Delaware and has a principal place of business in Fort Washington, PA. TB Proprietary Corp. is a citizen of Delaware and Pennsylvania for purposes of diversity jurisdiction.

Dated October 13, 2025.

Respectfully submitted,

Fox Rothschild, LLP

*/s/ Henry M. Baskerville*
Henry M. Baskerville
Kiana J. Rugar
1225 17th St., Suite 2200
Denver, CO  80202
303-292-1200
hbaskerville@foxrothschild.com
krugar@foxrothschild.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2025, a true and correct copy of the foregoing was e-filed via CM/ECF to all counsel of record.

*/s/ Rho Rudolph*
Rho Rudolph

2