IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware
corporation; TOLL SOUTHWEST LLC, a
Colorado limited liability company and TB
PROPRIETARY CORP., a Delaware Corporation

      Plaintiffs,

v.

JEFFREY GU, an individual; TOLL BROTHERS
LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado
Limited Liability Company; TOLL
ARCHITECTURE LLC, a Colorado Limited
Liability Company; TOLL HOLDINGS LLC, a
Colorado Limited Liability Company; TB
PROPRIETARY CORP., a Colorado
Corporation;  TOLL ARCHITECTURE, INC, a
Colorado Corporation; TOLL BROTHERS, INC,
a Colorado Corporation; and TOLL
SOUTHWEST LLC, a Wisconsin Limited Liability
Company

      Defendants,

---

**CORPORATE DISCLOSURE STATEMENT – TOLL SOUTHWEST, LLC**

---

Plaintiff, Toll Southwest, LLC, by and through its counsel, FOX ROTHSCHILD LLP,

hereby make the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. In accordance with Fed. R. Civ. P. 7.1(a)(1), Toll Southwest, LLC is a non-

governmental limited liability company and its parent company is Toll Bros., Inc. No

publicly held corporation directly owns a 10% or more interest in Toll Southwest, LLC,

although ultimately, Toll Southwest, LLC is owned by Toll Brothers, Inc., which is

publicly traded.

2. In accordance with Fed. R. Civ. P. 7.1(a)(2), Toll Southwest, LLC is a limited

liability company under the laws of Delaware and has a principal place of business Fort

Washington, Pennsylvania. Toll Southwest, LLC is a citizen of Delaware and

Pennsylvania for purposes of diversity jurisdiction.

Dated October 13, 2025.             Respectfully submitted,

                                    Fox Rothschild, LLP

                                    */s/ Henry M. Baskerville*
                                    Henry M. Baskerville
                                    Kiana J. Rugar
                                    1225 17th St., Suite 2200
                                    Denver, CO  80202
                                    303-292-1200
                                    hbaskerville@foxrothschild.com
                                    krugar@foxrothschild.com

                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2025, a true and correct copy of the foregoing was e-filed via CM/ECF to all counsel of record.

                                    */s/ Rho Rudolph*
                                    Rho Rudolph

2