IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation; TOLL SOUTHWEST LLC, a Colorado limited liability company and TB PROPRIETARY CORP., a Delaware Corporation

    Plaintiffs,

v.

JEFFREY GU, an individual; TOLL BROTHERS LLC, a Colorado Limited Liability Company; TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company; TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company; TOLL HOLDINGS LLC, a Colorado Limited Liability Company; TB PROPRIETARY CORP., a Colorado Corporation;  TOLL ARCHITECTURE, INC, a Colorado Corporation; TOLL BROTHERS, INC, a Colorado Corporation; and TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

    Defendants,

## CORPORATE DISCLOSURE STATEMENT – TOLL BROTHERS, INC.

Plaintiff, Toll Brothers, Inc., by and through its counsel, Fox Rothschild LLP, hereby make the following disclosures pursuant to Fed. R. Civ. P. 7.1:

1. In accordance with Fed. R. Civ. P. 7.1(a)(1), Toll Brothers, Inc. is a non-governmental corporate party. It is publicly traded on the NYSE but does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

2. In accordance with Fed. R. Civ. P. 7.1(a)(2), Toll Brothers, Inc. is a corporation

that is incorporated under the laws of Delaware and has a principal place of business in Fort Washington, Pennsylvania. Toll Brothers, Inc. is a citizen of Delaware and Pennsylvania for purposes of diversity jurisdiction.

Dated October 13, 2025.

Respectfully submitted,

Fox Rothschild, LLP

*/s/ Henry M. Baskerville*
Henry M. Baskerville
Kiana J. Rugar
1225 17th St., Suite 2200
Denver, CO  80202
303-292-1200
hbaskerville@foxrothschild.com
krugar@foxrothschild.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2025, a true and correct copy of the foregoing was e-filed via CM/ECF to all counsel of record.

*/s/ Rho Rudolph*
Rho Rudolph