IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Civil Action No: 1:25-cv-02884-PAB**

**TOLL BROTHERS, INC., et al.,**

    Plaintiffs,

v.

**JEFFREY GU, et al.,**

    Defendant/Counterclaim Plaintiff

## NOTICE OF RELATED CASE

Defendant Jeffrey Gu respectfully submits this Notice of Related Case pursuant to D.C.COLO.LCivR 3.2.

Defendant is also a party to a pending civil action in the **United States District Court for the Central District of California**, captioned *Jeffrey Gu v. City of Irvine, et al.*, Case No. **8:2025-cv-02134** (C.D. Cal., amended complaint filed October 8, 2025), in which the Plaintiffs named in this action are named as defendants.

That case involves overlapping factual circumstances and parties connected to the matters raised in this action, including conduct by corporate affiliates and related entities of the Plaintiffs named here, as well as municipal lapses and enforcement irregularities arising in California. The California action asserts related federal and state civil-rights claims arising from alleged

retaliation and from licensing and permitting irregularities that originate in the same course of dealings underlying certain allegations cited by Plaintiffs in their original complaint.

This Notice is provided solely for the purpose of judicial economy and transparency. Defendant does not seek consolidation, transfer, or any change in assignment, but files this Notice to inform the Court of the existence of potentially related federal proceedings.

Respectfully submitted,

_____   October 17, 2025

Jeffrey Gu, Defendant and Counterclaim Plaintiff, Pro Se

2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548, Pro Se