IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Civil Action No: 1:25-cv-02884-PAB-CYC**

**TOLL BROTHERS, INC., et al.,**

    Plaintiffs,

v.

**JEFFREY GU, et al.,**

    Defendant/Counterclaim Plaintiff

## MOTION FOR ENTRY OF DEFAULT BY THE CLERK

Defendant and Counterclaim Plaintiff Jeffrey Gu respectfully moves the Clerk of Court to enter default against Plaintiffs and Counterclaim Defendants Toll Brothers, Inc., TB Proprietary Corp., and Toll Southwest LLC under Fed. R. Civ. P. 55(a) for failure to answer or otherwise respond to Defendant's Counterclaims.

**1. Procedural Background**

1. Defendant filed and served his Answer and Counterclaims on September 29, 2025 (ECF No. 17).
2. Under Fed. R. Civ. P. 12(a)(1)(B), a party must serve an answer to a counterclaim within 21 days after service.
3. Accordingly, Plaintiffs' deadline to respond was October 20, 2025.

4. Plaintiffs filed a motion under D.C.COLO.LCivR 8.1 on October 7, 2025 (ECF No. 28), which does not constitute a responsive pleading or motion under Rule 12. No answer or Rule 12 motion addressing Defendant's Counterclaims has been filed.

5. Plaintiffs filed their required corporate disclosure under Fed. R. Civ. P. 7.1 on October 13, 2025 (ECF Nos. 36-38)—31 days after filing the complaint on September 12 (ECF No. 1)—despite that disclosure being mandatory at the time of filing, further illustrating a pattern of delayed compliance with basic procedural obligations.

## 2. Relief Requested

Pursuant to Rule 55(a), Defendant requests that the Clerk enter default against Plaintiffs Toll Brothers, Inc., TB Proprietary Corp., and Toll Southwest LLC for failure to plead or otherwise defend.

## 3. Supporting Declaration

A declaration verifying these facts may accompany this motion (see Exhibit A).

**WHEREFORE**, Defendant respectfully requests that the Clerk enter default against the above-named Plaintiffs and grant such further relief as deemed just.

Respectfully submitted,

_____   October 21, 2025

Jeffrey Gu, Defendant and Counterclaim Plaintiff, Pro Se

2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548, Pro Se