IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation;
TOLL SOUTHWEST LLC, a Delaware limited liability company and
TB PROPRIETARY CORP., a Delaware Corporation

    Plaintiffs,

v.

JEFFREY GU, an individual;

    Defendant.

TOLL BROTHERS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company;
TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company;
TOLL HOLDINGS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP, a Colorado Corporation;
TOLL ARCHITECTURE, INC, a Colorado Corporation;
TOLL BROTHERS, INC, a Colorado Corporation; and
TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

    Nominal Defendants.

---

## PLAINTIFFS' NOTICE OF FILING AMENDED EXHIBIT

---

Plaintiffs Toll Brothers, Inc., Toll Southwest LLC and TB Proprietary Corp. ("Plaintiffs"), through undersigned counsel, hereby file this notice of filing an amended Exhibit K (ECF 179-11) to Plaintiffs' Motion for Default Judgment as to Nominal Defendants (ECF 179) filed on July 26, 2026. The amended Exhibit K is attached hereto.

Dated February 2, 2026.           Respectfully submitted,

                                             Fox Rothschild, LLP

                                             */s/ Henry M. Baskerville*
                                             Henry M. Baskerville
                                             Kiana J. Rugar
                                             1225 17th St., Suite 2200
                                             Denver, CO  80202
                                             303-292-1200
                                             hbaskerville@foxrothschild.com
                                             krugar@foxrothschild.com
                                             *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on February 2, 2026, a true and correct copy of the foregoing was e-filed CM/ECF to all counsel and parties of record.

                                             */s/ Rho Rudolph*
                                             Rho Rudolph