IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation;
TOLL SOUTHWEST LLC, a Delaware limited liability company and
TB PROPRIETARY CORP., a Delaware Corporation

      Plaintiffs,

v.

JEFFREY GU, an individual;

      Defendant.

TOLL BROTHERS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company;
TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company;
TOLL HOLDINGS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP, a Colorado Corporation;
TOLL ARCHITECTURE, INC, a Colorado Corporation;
TOLL BROTHERS, INC, a Colorado Corporation; and
TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

      Nominal Defendants.

---

## DECLARATION OF HENRY BASKERVILLE IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST NOMINAL DEFENDANTS

---

I, Henry Baskerville, Esq., declare as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where states as based upon information and belief, and if called upon to testify, could and would do so.

2. I am an attorney licensed to practice law in the State of Colorado. I am a partner at Fox Rothschild LLP.

3. I have practiced law since 2005. I am admitted as an attorney in Illinois, Colorado, and Wyoming. My primary practice has been in Colorado since 2015. I am a partner of Fox Rothschild LLP in Denver.

4. Prior to joining Fox Rothschild in 2025, for seven years, I was a Managing Partner of a boutique law firm named Fortis Law Partners. While at Fortis, it was my job to keep my finger on the pulse of what other firms in Colorado were charging to ensure that we kept our rates competitive and consistent with our competition, including with large law firms.

5. In order to keep track of what other firms were charging, I routinely spoke to colleagues at other firms about their rates, I spoke to clients about what they had been quoted by other firms, and I read the studies of attorney fee rates that were periodically published by the Colorado Bar Association.

6. I have received an AV Preeminent rating from Martindale Hubbell and a Lead Counsel Verification from Thompson Reuters. I have been selected as a Colorado Super Lawyer every year since 2017, and a member of Best Lawyers in America every year since 2017. I have been listed as a "Litigation Star" by Benchmark Litigation for 2025 and 2026. I am also a Fellow in the Litigation Counsel of America.

7. I have tried dozens of cases in state and federal courtrooms in Maryland, Illinois, and Colorado. I have also handled cases in California, Florida, Texas, Arizona, and Wyoming.

8. I have been qualified as an expert in the reasonableness of legal fees twice by Colorado Courts and testified in both cases as to the reasonableness of my firm's fees. In one case, *Batenburg v. Pentelute, et al.*, Case No. 2019CV34536, Denver District Court, the Court accepted my opinions wholesale and awarded 100% of our legal fees. Those fees were affirmed by the Colorado Court of Appeals in Case Nos. 23CA1586 and 24CA137. The other case in which I testified as an expert on the reasonableness of fees settled before the Court ruled on our motion for fees and costs.

9. I represent Plaintiffs Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. (collectively, "Plaintiffs") in the above-captioned matter.

10. This Declaration is submitted in connection with Plaintiffs' Motion for Default Judgment against Defendants Toll Brothers LLC, TB Proprietary Corp LLC, Toll Architecture LLC, Toll Holdings LLC, TB Proprietary Corp, Toll Architecture, Inc., Toll Brothers, Inc. and Toll Southwest LLC (collectively, "Nominal Defendants").

11. The statements contained herein are based on my personal knowledge, reasonable inquiry, and/or my review of documentation maintained and kept by Fox in the ordinary course of business.

12. On December 15, 2025, the Court entered a default against Nominal Defendants on Plaintiffs' Complaint.

13. Nominal Defendants have failed to appear or otherwise respond to the Complaint.

14. Nominal Defendants are a combination of Colorado and Wisconsin corporations and limited liability companies.

15. Nominal Defendants are not minor or incompetent persons.

2

16. Nominal Defendants have not made an appearance in this matter.

17. Nominal Defendants are not in the military service and are not entitled to protections afforded under the Soldiers and Sailors Civil Relief Act of 1940, as amended and renamed the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

18. The costs of this action total $5,588.55. In my opinion, those costs were reasonable and necessary to the prosecution of this action. See Cost Summary attached as **Exhibit K-1**.

Executed on February 2, 2026.

*/s/ Henry M. Baskerville*

_____

Henry M. Baskerville