| Matter Name | Description | Amount | |
|---|---|---|---|
| JEFFREY GU | WESTLAW, RESEARCH | $ | 4,825.15 |
| JEFFREY GU | DOCUMENT RETRIEVAL | $ | 50.25 |
| JEFFREY GU | COURT FILINGS | $ | 639.00 |
| JEFFREY GU | MESSENGER SERVICE/DELIVERY | $ | 73.75 |
| JEFFREY GU | REPROGRAPHICS - BLACK/WHITE | $ | 0.40 |
| | | **$** | **5,588.55** |

EXHIBIT K-1