**Jeffrey Gu**
**jeffwgu@gmail.com**
**2332 N Clay St Apt 3**
**Denver, CO 80211**
**1-720-593-1548**
**Defendant/Counterclaim Plaintiff Pro Se**

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **Toll Brothers, Inc. et al,** <br> **Counterclaim Plaintiff** <br> **v.** <br> **Gu et al,** <br> **Defendants.** | **Case No.: 1:25-cv-02884-PAB-CYC** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Counterclaim Plaintiff

Jeffrey Gu hereby files this Notice of Voluntary Dismissal Without Prejudice as to specified

Counterclaim Defendants in the above-captioned matter.

In support of this Notice, Counterclaim Plaintiff states as follows:

1. Under Fed. R. Civ. P. 41(a)(1)(A)(i), a party has an absolute, self-executing right to
   dismiss an action without a court order by filing a notice of dismissal at any time before
   the opposing party serves either an answer or a motion for summary judgment.

2. None of the Counterclaim Defendants named below have served an answer or a motion
   for summary judgment in this action.

3. Counterclaim Plaintiff hereby voluntarily **DISMISSES WITHOUT PREJUDICE** all claims and causes of action asserted against the following Counterclaim Defendants:

   ○ **City of Wheat Ridge**;

   ○ **Gerald Dahl**;

   ○ **Renee Meriaux**;

   ○ **Charles Abbott Associates, Inc.**;

   ○ **Risewell Homes Inc.**;

   ○ **Bert L. Howe & Associates, Inc.**;

   ○ **Felten Group, Inc.**;

   ○ **Marsh & McLennan Companies, Inc.**;

   ○ **Marsh LLC**; and

   ○ **Marsh USA LLC**.

4. This Notice of Voluntary Dismissal applies exclusively to the ten Counterclaim Defendants listed above. This Notice does not apply to, release, or affect any counterclaims, causes of action, or pending proceedings against Counterclaim Defendants Toll Brothers, Inc., Toll Southwest LLC, TB Proprietary Corp., or any related individual officers or title conduits affiliated to them.

5. This voluntary dismissal is submitted in good faith to streamline the issues before the Court, conserve judicial resources, and focus the litigation exclusively on the real property claims against the primary builder entities.

Respectfully submitted,

_____    August 12, 2026

Jeffrey Gu, Defendant and Counterclaim Plaintiff, Pro Se

2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548, Pro Se