Gmail

Jeffrey Gu <jeffwgu@gmail.com>

# Request to stipulate or confer regarding FAAC for Toll Brothers, Inc. et al v. Gu et al, Case No. 1:2025-cv-02884

**Jeffrey Gu** <jeffwgu@gmail.com> Mon, Aug 17, 2026 at 10:00 AM
To: "Baskerville, Henry M." <hbaskerville@foxrothschild.com>
Cc: "Rugar, Kiana" <krugar@foxrothschild.com>

Hi Henry,

I am sending you copies of the FAAC that I intend to submit with my motion tomorrow. Compared to what I sent you previously, Count 6, related to C.R.S. §§ 38-30-172 & 38-35-201, is more detailed in pointing out exactly why the Statements of Authority and Special Warranty Deed are spurious documents. While I understand that Toll Southwest LLC may indeed have internal manager resolutions from Mr. Yearley, Mr. Hartman, or Mr. Connor granting the authority I contend is nonexistent, the company has not yet provided those resolutions (thus, I assume they don't exist). If Toll Southwest LLC has those resolutions, producing them would save the Court time and your client money.

-Jeffrey

Exhibit 4 Exhibits 202-232.pdf

On Fri, Aug 14, 2026 at 5:00 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> No worries, Henry. I believe we discussed the main point of contention in my mind, the existence or non-existence of actual delegation of authority to the individuals mentioned in the demand letter and amended counterclaim. I intend to file the motion on Tuesday, pending the deadline of the demand letter.
>
> On Fri, Aug 14, 2026 at 4:30 PM Baskerville, Henry M. <hbaskerville@foxrothschild.com> wrote:
>
>> Jeffrey, I am sorry. My day got away from me and I wasn't able to find time to call you back. I believe we have completed our conferral, but if would like to discuss further, I am happy to do so on Monday.
>>
>> Thanks
>>
>> Henry
>>
>> **Henry M. Baskerville**
>>
>> **Partner**
>>
>> **Fox Rothschild LLP**
>>
>> Denver

(303) 209-3357

hbaskerville@foxrothschild.com

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, August 14, 2026 8:09 AM
**To:** Baskerville, Henry M. <hbaskerville@foxrothschild.com>; Rugar, Kiana <krugar@foxrothschild.com>
**Subject:** [EXT] Re: Request to stipulate or confer regarding FAAC for Toll Brothers, Inc. et al v. Gu et al, Case No. 1:2025-cv-02884

Hi Henry,

I've added a Count 9 for common law conversion. Please view this version of the FAAC as the one to be submitted.

-Jeffrey

On Thu, Aug 13, 2026 at 1:18 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Henry,
>
> I'd like to please request to stipulate or confer regarding a motion for leave of court to file a First Amended Answer and Counterclaim (FAAC), which will amend Doc. No. 17. Briefly, the FAAC will
>
> 1) Add new defendants, specifically those who are or have been employed or owned (at some level) by Toll Brothers, Inc.;
>
> 2) Add new causes of action relating to C.R.S. § 38-30-172, C.R.S. § 38-35-109(3), and C.R.S. § 18-4-405 and update old causes of action against these new defendants;
>
> 3) Add 1 more affirmative defense.
>
> I have attached the Stipulation, the Proposed Order, the FAAC, a redline version, and the new exhibits. The stipulation is based on the one written for the California case.
>
> Please let me know of a good time within the next 3 days to confer, or, if you agree to stipulate, please return the signature page.

-Jeffrey

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

**2 attachments**

**Exhibit 3 FAAC Redline.pdf**
1321K

**Exhibit 2 FAAC.pdf**
1121K