**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| **Toll Brothers, Inc. et al,**<br>**Plaintiffs and**<br>**Counterclaim Defendants**<br>**v.**<br>**Gu et al,**<br>**Defendants and**<br>**Counterclaim Plaintiff** | **Case No.: 1:25-cv-02884-PAB-CYC**<br><br>**[PROPOSED] ORDER** |

**LEAVE TO FILE A**

**FIRST AMENDED ANSWER AND COUNTERCLAIM:**

**[PROPOSED] ORDER**

**PURSUANT TO COUNTERCLAIM PLAINTIFF'S MOTION,**

**IT IS SO ORDERED.**

1. Counterclaim Plaintiff Jeffrey Gu is granted leave to file the First Amended Answer and Counterclaim (FAAC), clean and redlined copies of which were attached to the Motion as Exhibits 2 and 3, along with the FAAC's extra exhibits, Exhibit 4.
2. Counterclaim Plaintiff shall electronically file the FAAC and all its exhibits within three (3) calendar days of the entry of this Order.
3. Counterclaim Defendants shall file their answers, motions, or other responsive pleadings to the FAAC within twenty-one (21) days of the date the FAAC is electronically filed.
4. For any newly joined Counterclaim Defendant, the time to answer, move, or otherwise respond shall run twenty-one (21) days from the date personal service of process is effectuated or waived.

Dated: ________________ , 2026

______________________________