**Jeffrey Gu**
**jeffwgu@gmail.com**
**2332 N Clay St Apt 3**
**Denver, CO 80211**
**1-720-593-1548**
**Counterclaim Plaintiff Pro Se**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| **Toll Brothers, Inc. et al,**<br>**Plaintiffs and**<br>**Counterclaim Defendants**<br>**v.**<br>**Gu et al,**<br>**Defendants and**<br>**Counterclaim Plaintiff** | **Case No.: 1:25-cv-02884-PAB-CYC** |

# NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM WITHOUT PREJUDICE

Defendant and Counterclaim Plaintiff Jeffrey Gu respectfully submits this **Notice of Withdrawal** of his pending Motion for Leave to File First Amended Answer and Counterclaim (Motion) and states as follows:

1. On August 17, 2026, Counterclaim Plaintiff filed the Motion pursuant to Federal Rule of Civil Procedure 15(a)(2). See ECF No. 188.
2. As of the date of this filing, Plaintiffs/Counterclaim Defendants have not filed a response or opposition to the pending motion.
3. Due to newly discovered transactional facts that require the joinder of additional parties and consolidated allegations regarding the closing and settlement of the subject property, Counterclaim Plaintiff hereby withdraws his pending Motion without prejudice.
4. Counterclaim Plaintiff intends to promptly file a revised, comprehensive Motion with an updated proposed amended pleading attached.

Respectfully submitted,

August 27, 2026

Jeffrey Gu, Counterclaim Plaintiff, Pro Se

jeffwgu@gmail.com, 2332 N Clay St Apt 3, Denver, CO 80211, 720-593-1548