Gmail

Jeffrey Gu <jeffwgu@gmail.com>

# Request to stipulate or confer regarding FAAC for Toll Brothers, Inc. et al v. Gu et al, Case No. 1:2025-cv-02884

**Jeffrey Gu** <jeffwgu@gmail.com> Mon, Aug 31, 2026 at 8:42 AM
To: "Baskerville, Henry M." <hbaskerville@foxrothschild.com>
Cc: "Rugar, Kiana" <krugar@foxrothschild.com>

Thank you, Henry, I will call this afternoon. Just to note, I have added the property's mortgage servicer, Rocket Mortgage, LLC, to the pleading as a required party under Count 5. And I have also revised some sentences in Counts 6-11, but the core allegations remain the same.

-Jeffrey

Exhibits 202-247.pdf

On Fri, Aug 28, 2026 at 3:54 PM Baskerville, Henry M. <hbaskerville@foxrothschild.com> wrote:

> Jeffrey:
> I have reviewed your proposal, and I cannot stipulate to your motion for leave to amend. If you would like to confer further, I can chat on Monday afternoon or most of the day on Tuesday.
>
> Thanks,
>
> Henry
>
> **Henry M. Baskerville**
>
> **Partner**
>
> **Fox Rothschild LLP**
>
> Denver
>
> (303) 209-3357
>
> hbaskerville@foxrothschild.com

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, August 28, 2026 1:24 PM
**To:** Baskerville, Henry M. <hbaskerville@foxrothschild.com>
**Cc:** Rugar, Kiana <krugar@foxrothschild.com>
**Subject:** Re: [EXT] Re: Request to stipulate or confer regarding FAAC for Toll Brothers, Inc. et al v. Gu et al, Case No. 1:2025-cv-02884

Hi Henry,

I was hoping to confer, perhaps Monday or Tuesday, for the 2nd motion for leave to file a first amended answer and counterclaim. This FAAC, compared to the one filed earlier, includes 3 new parties, Heritage Title, Chicago Title, and FNF. I also revamped Counts 5-11, now including allegations that those 3 parties breached their statutory duties during the transaction. Please let me know if we could stipulate on this, or a good time to talk on those days if possible.

-Jeffrey

Exhibits 202-245.pdf

On Mon, Aug 17, 2026 at 10:00 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Henry,
>
> I am sending you copies of the FAAC that I intend to submit with my motion tomorrow. Compared to what I sent you previously, Count 6, related to C.R.S. §§ 38-30-172 & 38-35-201, is more detailed in pointing out exactly why the Statements of Authority and Special Warranty Deed are spurious documents. While I understand that Toll Southwest LLC may indeed have internal manager resolutions from Mr. Yearley, Mr. Hartman, or Mr. Connor granting the authority I contend is nonexistent, the company has not yet provided those resolutions (thus, I assume they don't exist). If Toll Southwest LLC has those resolutions, producing them would save the Court time and your client money.
>
> -Jeffrey
>
> Exhibit 4 Exhibits 202-232.pdf
>
> On Fri, Aug 14, 2026 at 5:00 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

No worries, Henry. I believe we discussed the main point of contention in my mind, the existence or non-existence of actual delegation of authority to the individuals mentioned in the demand letter and amended counterclaim. I intend to file the motion on Tuesday, pending the deadline of the demand letter.

On Fri, Aug 14, 2026 at 4:30 PM Baskerville, Henry M. <hbaskerville@foxrothschild.com> wrote:

Jeffrey, I am sorry. My day got away from me and I wasn't able to find time to call you back. I believe we have completed our conferral, but if would like to discuss further, I am happy to do so on Monday.

Thanks

Henry

**Henry M. Baskerville**

**Partner**

**Fox Rothschild LLP**

Denver

(303) 209-3357

hbaskerville@foxrothschild.com

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Friday, August 14, 2026 8:09 AM
**To:** Baskerville, Henry M. <hbaskerville@foxrothschild.com>; Rugar, Kiana <krugar@foxrothschild.com>
**Subject:** [EXT] Re: Request to stipulate or confer regarding FAAC for Toll Brothers, Inc. et al v. Gu et al, Case No. 1:2025-cv-02884

Hi Henry,

I've added a Count 9 for common law conversion. Please view this version of the FAAC as the one to be submitted.

-Jeffrey

On Thu, Aug 13, 2026 at 1:18 PM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Henry,
>
> I'd like to please request to stipulate or confer regarding a motion for leave of court to file a First Amended Answer and Counterclaim (FAAC), which will amend Doc. No. 17. Briefly, the FAAC will
>
> 1) Add new defendants, specifically those who are or have been employed or owned (at some level) by Toll Brothers, Inc.;
>
> 2) Add new causes of action relating to C.R.S. § 38-30-172, C.R.S. § 38-35-109(3), and C.R.S. § 18-4-405 and update old causes of action against these new defendants;
>
> 3) Add 1 more affirmative defense.
>
> I have attached the Stipulation, the Proposed Order, the FAAC, a redline version, and the new exhibits. The stipulation is based on the one written for the California case.
>
> Please let me know of a good time within the next 3 days to confer, or, if you agree to stipulate, please return the signature page.
>
> -Jeffrey

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

**2 attachments**

**FAAC.pdf**
1089K

**FAAC Redline.pdf**
1236K