# Exhibit 202

2023016539 3/23/2023 1:59 PM
PGS 2 $18.00 DF $65.08
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:**

**Doc Fee:** $65.08

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 22nd day of March, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Biswanath P Bandyopadhyay and Irina T Bandyopadyhyay, as Joint Tenants and Sharmila Bandyopadhyay**

whose legal address is **12288 W 52nd Ave, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty Thousand Seven Hundred Seventy-Nine And No/100 Dollars ($650,779.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 2, Block 6, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
> Reception 2020098997, County of Jefferson, State of Colorado.
> Assessors Parcel No.: 39-174-05-104
> Pin/Schedule No.: 300516245

also known by street and number as **12288 W 52nd Ave, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the grantor has executed this on the date set forth above.

TOLL CO I, L.P., a Colorado limited partnership
BY:Toll Southwest LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22nd day of March 2023 by Reginald E. Carveth as Division President of Toll CO I, L.P. a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner(Successor by merger to Toll CO GP Corp.)

______________________________
Notary Public
My Commission Expires: 2/25/2025

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

**2023015853** **3/21/2023 8:41 AM**
**PGS 2** **$18.00** **DF $64.03**
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0814189

**Doc Fee:** $64.03

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 17th day of March, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Krystal Brownfield and Cory Courtney, as Joint Tenants**

whose legal address is **12292 West 52nd Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Forty Thousand Three Hundred Eleven And No/100 Dollars ($640,311.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 1, Block 6, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
Apn: 39-174-05-103
Acct No.: 300516244

also known by street and number as **12292 West 52nd Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 17th day of March, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

________________________________________
Notary Public
My Commission Expires: 2/25/2025

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2026

2023014881 3/15/2023 3:40 PM
PGS 2 $18.00 DF $59.07
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0814312

**Doc Fee:** $59.07

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 14th day of March, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Hunter L Eichman and Taylor E Eichman, as Joint Tenants**

whose legal address is **12270 W 52nd Ave, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Ninety Thousand Seven Hundred Sixteen And No/100 Dollars ($590,716.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 3, Block 6, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
Apn: 39-174-05-105
Pin/Schedule.: 300516246

also known by street and number as **12270 W 52nd Ave, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 14th day of March, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

________________________________
Notary Public
My Commission Expires: 2/25/2025

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

2023010808 2/27/2023 10:41 AM
PGS 2 $18.00 DF $66.25
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:**

**Doc Fee:** $66.25

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 23rd day of February, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Yexue Song, as Tenant in Severalty**

whose legal address is **5145 Vivian St., Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Sixty-Two Thousand Five Hundred Forty-Three And No/100 Dollars ($662,543.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 12, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado
> Apn: 39-174-12-140
> Acct No.: 300516242

also known by street and number as **5145 Vivian St., Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 23 day of February, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

2023010285 2/23/2023 9:40 AM
PGS 2 $18.00 DF $65.31
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC Order No.: HS0813687

Doc Fee: $65.31

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 22nd day of February, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Michael Jon Van Sickle and Nelva J Van Sickle, as Joint Tenants**

whose legal address is **5149 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Three Thousand Seventy-Seven And No/100 Dollars ($653,077.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 13, Block 5 In The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-141
Acct No.: 300516243

also known by street and number as **5149 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 22 day of February, 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

2023010186 2/22/2023 2:03 PM
PGS 2 $18.00 DF $70.85
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0812813

**Doc Fee:** $70.85

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 21st day of February, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Natenapa Bunkrong, as Tenant in Severalty**

whose legal address is **5143 Vivian St, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Eight Thousand Five Hundred Forty-Five And No/100 Dollars ($708,545.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 11, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-139
> Acct No.: 300516241

also known by street and number as **5143 Vivian St, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 21 day of February, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

____________________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

2023005863 1/31/2023 8:42 AM
PGS 2 $18.00 DF $66.82
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0812052

**Doc Fee:** $66.82

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 27th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Blake A Young and Taylor J Condon, as Joint Tenants**

whose legal address is **5155 Vivian St, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Sixty-Eight Thousand One Hundred Fifty-Seven And No/100 Dollars ($668,157.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 18, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
Apn: 39-174-12-099
Acct No.: 300516209

also known by street and number as **5155 Vivian St, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 27 day of January 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

______________________________

Notary Public
My Commission Expires:

2023005854 1/31/2023 8:39 AM
PGS 2 $18.00 DF $67.48
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0811277

**Doc Fee:** $67.48

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 27th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Breanne Wernars, as Tenant in Severalty**

whose legal address is **5153 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Seventy-Four Thousand Eight Hundred Fourteen And No/100 Dollars ($674,814.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

**For APN/Parcel ID(s):** **39-174-12-100**
**For Tax Map ID(s):** **300516210**

Lot 19, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-100
Acct No.: 300516210

also known by street and number as **5153 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 27 day of January 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 06, 2026

2023005547 1/30/2023 1:26 PM
PGS 3 $23.00 DF $62.94
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:**

**Doc Fee:** $62.94

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Paul Blankley and Victoria Blankley, as Joint Tenants**

whose legal address is **5159 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Twenty-Nine Thousand Three Hundred Eighty-Five And No/100 Dollars ($629,385.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

also known by street and number as **5159 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of January 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

______________________
Notary Public
My Commission Expires:

# LEGAL DESCRIPTION

**Order No.:** HS0811349

The Land is described as follows:
Lot 16, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
Reception 2020098997, County of Jefferson, State of Colorado.
Apn: 39-174-12-097
Acct No.: 300516207

2023005413 1/30/2023 11:14 AM
PGS 2 $18.00 DF $65.68
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0810479

**Doc Fee:** $65.68

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jillian K. Jacobs, as Tenant in Severalty**

whose legal address is **5135 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Six Thousand Eight Hundred Fourteen And No/100 Dollars ($656,814.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 9, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
Reception 2020098997, County of Jefferson, State of Colorado.
Assessors No.: 39-174-12-136
Pin/Schedule No.: 300516239

also known by street and number as **5135 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of January 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

2023005482 1/30/2023 11:36 AM
PGS 2 $18.00 DF $59.41
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0811884

**Doc Fee:** $59.41

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Joshua Misthal, as Tenant in Severalty**

whose legal address is **5157 Vivian St., Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Ninety-Four Thousand Ninety-Five And No/100 Dollars ($594,095.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 17, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 39-174-12-098
> Acct No.: 300516208

also known by street and number as **5157 Vivian St., Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of January 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

2023004043 1/23/2023 10:19 AM
PGS 2 $18.00 DF $72.67
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0810477

**Doc Fee:** $72.67

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 19th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jeffrey Gu, as Tenant in Severalty**

whose legal address is **5131 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Twenty-Six Thousand Seven Hundred Thirty-One And No/100 Dollars ($726,731.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 7, Block 5, In The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Assessors No.: 39-174-12-134
> Pin/Schedule: 300516237

also known by street and number as **5131 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 day of January 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

2023003762 1/19/2023 1:14 PM
PGS 2 $18.00 DF $65.12
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0810565

**Doc Fee:** $65.12

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 18th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Allison Loftsgordon and Peter Loftsgordon, as Joint Tenants** ARL 3011 Sunset Dr.

whose legal address is ~~5133 Vivian Street, Wheat Ridge, CO 80033~~ Golden, CO 80401

grantee(s);

**WITNESS,** That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-One Thousand Two Hundred Forty-One And No/100 Dollars ($651,241.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 8, Block 5 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 39-174-12-135
> Acct No.: 300516238

also known by street and number as **5133 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

\

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 18 day of January 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

**2023003478** **1/19/2023 9:04 AM**
**PGS 2** **$18.00** **DF $65.30**
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000Y

HTC **Order No.:** HS0810408

**Doc Fee:** $65.30

## SPECIAL WARRANTY DEED

**THIS DEED**, Made this 17th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Laura J. Yanoviak, as Tenant in Severalty**

whose legal address is **5137 Vivan Streat, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Two Thousand Nine Hundred Eighty-Eight And No/100 Dollars ($652,988.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 10, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Assessors No.: 39-174-12-137
> Pin/Schedule No.: 300516240

also known by street and number as **5137 Vivan Streat, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the grantor has executed this on the date set forth above.

TOLL CO I, L.P., a Colorado limited partnership
BY:Toll Southwest LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)

By: ________________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 17 day of January 2023 by Reginald E. Carveth as Division President of Toll CO I, L.P. a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner(Successor by merger to Toll CO GP Corp.)

________________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
Notary Public
State of Colorado
Notary ID 20024034115
My Commission Expires: October 08, 2026

**2023002388** **1/12/2023 12:48 PM**
**PGS 2** **$18.00** **DF $0.00**
Electronically Recorded Jefferson County, CO
Amanda M Gonzalez, Clerk and Recorder TD1000 N

**2022098969** **11/1/2022 1:14 PM**
**PGS 2** **$18.00** **DF $65.94**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0809235

***** Re-recorded to correct vesting*****

**Doc Fee:** $65.94

## SPECIAL WARRANTY DEED

**THIS DEED**, Made this 28th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Eric Olson**, As Tenant in Severalty

whose legal address is **12381 West 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Nine Thousand Four Hundred Ten And No/100 Dollars ($659,410.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 1, Block 4 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 39-174-12-117
> Acct No.: 300516223

also known by street and number as **12381 West 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 28 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

2022110710 12/27/2022 11:27 AM
PGS 2 $18.00 DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 N

2022098969 11/1/2022 1:14 PM
PGS 2 $18.00 DF $65.94
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC Order No.: HS0809235 **Re-Recording to correct Tenancy from Joint to Tenant in Severalty**

Doc Fee: $65.94

# SPECIAL WARRANTY DEED

THIS DEED, Made this 28th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Eric Olson**, As Tenant in Severalty

whose legal address is **12381 West 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Nine Thousand Four Hundred Ten And No/100 Dollars ($659,410.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 1, Block 4 In The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-117
Acct No.: 300516223

also known by street and number as **12381 West 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 28 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

2022098969 11/1/2022 1:14 PM
PGS 2 $18.00 DF $65.94
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0809235

**Doc Fee:** $65.94

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 28th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Eric Olson, as Joint Tenants**

whose legal address is **12381 West 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Nine Thousand Four Hundred Ten And No/100 Dollars ($659,410.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 1, Block 4 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-117
Acct No.: 300516223

also known by street and number as **12381 West 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 28 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

**2022097733** **10/27/2022 11:24 AM**
**PGS 2** **$18.00** **DF $65.26**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0807091

**Doc Fee:** $65.26

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**James M. Anthony and Monica A. Anthony, as Joint Tenants**

whose legal address is **12385 West 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Two Thousand Six Hundred Forty-One And No/100 Dollars ($652,641.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 3, Block 4 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street and number as **12385 West 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

2022097726 10/27/2022 11:12 AM
PGS 2 $18.00 DF $61.45
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0807837

**Doc Fee:** $61.45

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Francisco W. Arriaga, as Tenant in Severalty**

whose legal address is **5167 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fourteen Thousand Four Hundred Seventy-Nine And No/100 Dollars ($614,479.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 12, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12,2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street and number as **5167 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

REBECCA SCHNEIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19964008981
MY COMMISSION EXPIRES 06/27/2025

REBECCA SCHNEIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19964008981
MY COMMISSION EXPIRES 06/27/2025

2022097557 10/26/2022 3:50 PM
PGS 2 $18.00 DF $62.70
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0808756

**Doc Fee:** $62.70

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 25th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Adam C. Porter, as Tenant in Severalty**

whose legal address is **12387 West 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Twenty-Six Thousand Nine Hundred Sixty-Three And No/100 Dollars ($626,963.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 4, Block 4, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-120
> Pin/Schedule.: 300516226

also known by street and number as **12387 West 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 25 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________

Notary Public
My Commission Expires:

REBECCA SCHNEIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19964008981
MY COMMISSION EXPIRES 06/27/2025

2022097003 10/25/2022 12:39 PM
PGS 2 $18.00 DF $70.58
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0808394

**Doc Fee:** $70.58

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 24th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Victoria A. Lytle and Bruce A. Lytle, as Joint Tenants**

whose legal address is **25227 Red Cloud Drive, Conifer, CO 80433**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Five Thousand Eight Hundred Forty-Four And No/100 Dollars ($705,844.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 2, Block 4, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-118
> Pin/Schedule No.: 300516224

also known by street and number as **12383 West 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 24 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

**2022096695** **10/24/2022 2:23 PM**
**PGS 2** **$18.00** **DF $65.48**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0808211

**Doc Fee:** $65.48

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 21st day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Tracy L. Reiman and Gregory A. Reiman and Jessica T. Padilla and Robert Luigi Doretti, as Joint Tenants**

whose legal address is **932 Alkire Court, Golden, CO 80401**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifty-Four Thousand Seven Hundred Seventy-Four And No/100 Dollars ($654,774.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 15, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
Apn: 39-174-12-096
Pin/Schedule No.: 300516206

also known by street and number as **5161 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 21 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

2022096284 10/24/2022 9:45 AM
PGS 2 $18.00 DF $60.67
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0808204

**Doc Fee:** $60.67

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 20th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Douglas Nicholas Leigh, as Tenant in Severalty**

whose legal address is **5163 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Six Thousand Seven Hundred Three And No/100 Dollars ($606,703.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 14, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-095
> Pin/Schedule No.: 300516205

also known by street and number as **5163 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 20 day of October 2021 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

REBECCA SCHNEIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID [illegible]
MY COMMISSION EXPIRES 06/27/2025

**2022096032** **10/20/2022 1:39 PM**
**PGS 2** **$18.00** **DF $60.26**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0808012

**Doc Fee:** $60.26

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 19th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Bradley Alan Peyton, as Tenant in Severalty**

whose legal address is **5165 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Two Thousand Six Hundred Twenty-Two And No/100 Dollars ($602,622.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 13, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-094
> Pin/Acct No.: 300516204

also known by street and number as **5165 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________

Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 16, 2022

2022092093 10/6/2022 2:59 PM
PGS 2 $18.00 DF $59.88
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0806405

**Doc Fee:** $59.88

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this ~~30th day of September~~ Oct 5th, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Tiffany Pham and Tony Pham, as Joint Tenants**

whose legal address is **5183 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Ninety-Eight Thousand Seven Hundred Ninety-Seven And No/100 Dollars ($598,797.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 2, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 300516193
> Acct No.: 39-174-12-082

also known by street and number as **5183 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 day of October 202 2 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034116
My Commission Expires October 18, 2022

2022090550 10/3/2022 11:24 AM
PGS 2 $18.00 DF $60.65
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0806658

**Doc Fee:** $60.65

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 29th day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Stephen C Voss, as Tenant in Severalty**

whose legal address is **5181 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Six Thousand Four Hundred Ninety-Two And No/100 Dollars ($606,492.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 1, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-081
> Pin/Schedule No.: 300516192

also known by street and number as **5181 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 29 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________

Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022089711 9/27/2022 12:42 PM
PGS 2 $18.00 DF $64.84
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0806365

**Doc Fee:** $64.84

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 23rd day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Kimberly B. Adams and Richard L. Adams, as Joint Tenants**

whose legal address is **256 Blue Ridge Rd, Silverthorne, CO 80498**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Forty-Eight Thousand Three Hundred Ninety-Seven And No/100 Dollars ($648,397.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 3, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 39-174-12-083
> Acct No.: 300516194

also known by street and number as **5185 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 23 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034110
My Commission Expires October 18, 2022

2022088530 9/21/2022 4:58 PM
PGS 2 $18.00 DF $61.19
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0806388

**Doc Fee:** $61.19

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 20th day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jacob Singer and Paulina Singer, as Joint Tenants**

whose legal address is **5189 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Eleven Thousand Eight Hundred Ninety-Two And No/100 Dollars ($611,892.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 4, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-084
> Acct No.: 300516195

also known by street and number as **5189 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 20 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022087193 9/19/2022 11:48 AM
PGS 2 $18.00 DF $59.29
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HIC Order No.: HS0805016

Doc Fee: $59.29

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 15th day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Corey Zallis and Daria Zallis, as Joint Tenants**

whose legal address is **5193 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Ninety-Two Thousand Nine Hundred Eight And No/100 Dollars ($592,908.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

**For APN/Parcel ID(s): 39-174-12-085**
**For Tax Map ID(s): Ridge Ward Station**

Lot 5, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-085
Acct No.: 300516196

also known by street and number as **5193 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 15 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034118
My Commission Expires October 18, 2022

2022086931 9/15/2022 2:40 PM
PGS 2 $18.00 DF $62.13
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0805167

**Doc Fee:** $62.13

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 13th day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Maureen E. Geoghegan and Annice L. Tatken, as Joint Tenants**

whose legal address is **5951 W. Warwick Avenue, Chicago, IL 60634**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Twenty-One Thousand Two Hundred Fifty-Five And No/100 Dollars ($621,255.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 7, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 39-174-12-087
> Acct No.: 300516198

also known by street and number as **5197 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 13 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024004118
My Commission Expires October 16, 2026

**2022086911 9/15/2022 1:42 PM**
**PGS 2 $18.00 DF $61.03**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0805979

**Doc Fee:** $61.03

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 14th day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Bhagyashree P. Bokade, as Tenant in Severalty**

whose legal address is **650 Leora Ln, 10114, The Colony, TX 75056**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Ten Thousand Three Hundred Twenty-Three And No/100 Dollars ($610,323.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 6, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
Apn: 39-174-12-086
Acct No.: 300516197

also known by street and number as **5195 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 14 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022086506 9/14/2022 2:17 PM
PGS 2 $18.00 DF $61.55
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0805669

**Doc Fee:** $61.55

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 12th day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jessica Sanchez, as Tenant in Severalty**

whose legal address is **5199 Vivian Street, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Fifteen Thousand Five Hundred Forty-Four And No/100 Dollars ($615,544.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 8, Block 2, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> Apn: 39-174-12-088
> Acct No.: 300516199

also known by street and number as **5199 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 12 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

**2022082001** **8/29/2022 4:01 PM**
**PGS 2** **$18.00** **DF $51.30**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0805060

**Doc Fee:** $51.30

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Eyabane Patasse, as Tenant in Severalty**

whose legal address is **1808 S. Copper Crest Circle, Sioux Falls, SD 57110**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Thirteen Thousand Forty-One And No/100 Dollars ($513,041.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 4, Block 1 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
> APN:39-174-12-076
> Acct No.:300516189

also known by street and number as **12328 West 52nd Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2026

**2022081738** **8/29/2022 11:43 AM**
**PGS 2** **$18.00** **DF $53.84**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0805003

**Doc Fee:** $53.84

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 25th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Michael T. Donohue and Theresa K. Costello, as Joint Tenants**

whose legal address is **12302 West 52nd Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Thirty-Eight Thousand Three Hundred Fifty-One And No/100 Dollars ($538,351.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 6, Block 1, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado
> Apn: 39-174-12-078
> Pin/Schedule: 300516191

also known by street and number as **12302 West 52nd Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 25 day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024084115
My Commission Expires October 19, 2022

2022081365 8/25/2022 4:11 PM
PGS 2 $18.00 DF $58.87
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0803767

**Doc Fee:** $58.87

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 24th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Corey C. Wagehoft, as Tenant in Severalty**

whose legal address is **12310 West 52nd Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Eighty-Eight Thousand Six Hundred Fifty-Five And No/100 Dollars ($588,655.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 5, Block 1 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-077
Acct No.: 300516190

also known by street and number as **12310 West 52nd Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 24 day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022080813 8/24/2022 2:50 PM
PGS 2 $18.00 DF $55.60
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HIC **Order No.:** HS0804670

**Doc Fee:** $55.60

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 18th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Erin Jorgenson, as Tenant in Severalty**

whose legal address is **12336 West 52nd Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Fifty-Six Thousand Fifteen And No/100 Dollars ($556,015.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 3, Block1, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado
Apn: 39-174-12-075
Pin/Schedule: 300516188

also known by street and number as **12336 West 52nd Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 18th day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022079522 8/22/2022 11:13 AM
PGS 2 $18.00 DF $59.64
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0804734

**Doc Fee:** $59.64

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 17th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Sarah Marie Drewes, as Tenant in Severalty**

whose legal address is **12342 West 52nd Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Ninety-Six Thousand Three Hundred Sixty And No/100 Dollars ($596,360.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 2, Block 1, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-074
Pin/Schedule No.: 300516187

also known by street and number as **12342 West 52nd Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 17 day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022078978 8/17/2022 3:24 PM
PGS 2 $18.00 DF $61.85
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0802496

**Doc Fee:** $61.85

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 16th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Mary C. Chipman and Shawn R. Chipman, as Joint Tenants**

whose legal address is **12354 West 52nd Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Eighteen Thousand Four Hundred Sixty-Five And No/100 Dollars ($618,465.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 1, Block 1 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
Reception 2020098997, County of Jefferson, State of Colorado.
Assessors No.: 39-174-12-073
Pin/Schedule No.: 300516186

also known by street and number as **12354 West 52nd Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 16 day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

**2022077741** **8/15/2022 11:05 AM**
**PGS 2** **$18.00** **DF $52.88**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0803396

**Doc Fee:** $52.88

## SPECIAL WARRANTY DEED

**THIS DEED**, Made this 11th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jacob Henry Friesen, as Tenant in Severalty**

whose legal address is **5188 Ward Road, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Twenty-Eight Thousand Seven Hundred Ninety-Eight And No/100 Dollars ($528,798.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 1, Block 3, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
>
> APN: 39-174-12-102
> Acct No.: 300516211

also known by street and number as **5188 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 11 day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034116
My Commission Expires October 18, 2022

**2022077458** **8/11/2022 3:10 PM**
**PGS 2** **$18.00** **DF $53.67**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0802717

**Doc Fee:** $53.67

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 9th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**James Todd Totten, as Tenant in Severalty**

whose legal address is **660 S Dahlia Circle, Q-201, Glendale, CO 80246**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Thirty-Six Thousand Six Hundred Eighty-One And No/100 Dollars ($536,681.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 3, Block 3, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
>
> Assessors Parcel No.: 39-174-12-104
> Pin/Schedule 300516213

also known by street and number as **5176 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 9 day of August 202 5 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

MICHELLE L HELM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19984020154
MY COMMISSION EXPIRES JANUARY 8, 2025

2022077363 8/11/2022 12:57 PM
PGS 2 $18.00 DF $53.93
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0803409

**Doc Fee:** $53.93

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 9th day of August, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Walter B. Geoghegan, III and Karen A. Geoghegan and Janice Kaufman and Randal Kaufman, as Joint Tenants**

whose legal address is **5184 Ward Road, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Thirty-Nine Thousand Two Hundred Seventy-One And No/100 Dollars ($539,271.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 2, Block 3, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
Apn: 39-174-12-103
Pin/Schedule.: 300516212

also known by street and number as **5184 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 9 day of August 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

**2022074133** **8/2/2022 3:12 PM**
**PGS 2** **$18.00** **DF $57.26**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Order No.:** HS0802287

**Doc Fee:** $57.26

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 28th day of July, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Nicole M. Johnson, as Tenant in Severalty**

whose legal address is **5160 Ward Road, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Seventy-Two Thousand Six Hundred Forty-Nine And No/100 Dollars ($572,649.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 6, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

APN: 39-174-12-107
Acct No.: 300516216

also known by street and number as **5160 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 28th day of June 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

MICHELLE L HELM
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19964020154
MY COMMISSION EXPIRES JANUARY 8, 2025

**2022071586** **7/27/2022 3:39 PM**
**PGS 2** **$18.00** **DF $54.87**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Order No.:** HS0803255

**Doc Fee:** $54.87

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of July, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Colin H. McKenney, as Tenant in Severalty**

whose legal address is **5164 Ward Road, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Forty-Eight Thousand Six Hundred Seventy-Three And No/100 Dollars ($548,673.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 5, Block 3, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 20200989977, County of Jefferson, State of Colorado.

Assessors No.: 39-174-12-106
Account No.: 300516215

also known by street and number as **5164 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of July 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022070143 7/25/2022 2:48 PM
PGS 2 $18.00 DF $55.11
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Order No.:** HS0802192

**Doc Fee:** $55.11

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 22nd day of July, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jay Selby and Shirley Pasco, as Joint Tenants**

whose legal address is **7152 Middlemoor Ln, Middletown, OH 45042**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Fifty-One Thousand One Hundred Forty-Eight And No/100 Dollars ($551,148.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 4, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jeferson, State of Colorado.

APN: 39-174-12-105
Account No.: 300516214

also known by street and number as **5172 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 day of July 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID [illegible]
My Commission Expires [illegible]

2022053716 6/1/2022 12:41 PM
PGS 2 $18.00 DF $57.52
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 N

HTC **Order No.:** HS0800500

**Doc Fee:** $

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of May, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Brittany A. Zambrano and Joshua D. Ward, as Joint Tenants**

whose legal address is **12397 W. 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Seventy-Five Thousand Two Hundred One And No/100 Dollars ($575,201.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 6 Block 4 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
> Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 39-174-12-122
> Acct No.: 300516228

also known by street and number as **12397 W. 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

TOLL CO, L.P., a Colorado limited partnership
BY:Toll Southwest LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)
By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26th day of May 2022 by Reginald E. Carveth as Division President of Toll CO, L.P. a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner(Successor by merger to Toll CO GP Corp.)

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022053474 5/31/2022 3:54 PM
PGS 2 $18.00 DF $57.52
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0800500

**Doc Fee:** $

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of May, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Brittany A. Zambrano and Joshua D. Ward, as Joint Tenants**

whose legal address is **12397 W. 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Five Hundred Seventy-Five Thousand Two Hundred One And No/100 Dollars ($575,201.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

> Lot 6 Block 4 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
> Reception 2020098997, County of Jefferson, State of Colorado.
> APN: 39-174-12-122
> Acct No.: 300516228

also known by street and number as **12397 W. 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

TOLL CO, L.P., a Colorado limited partnership
BY:Toll Southwest LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)
By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this________day of ________________202___by Reginald E. Carveth as Division President of Toll CO, L.P. a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner(Successor by merger to Toll CO GP Corp.)

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022053134 5/31/2022 1:16 PM
PGS 2 $18.00 DF $66.02
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0800473

**Doc Fee:** $

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of May, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Timothy C Gough and Troy M. Robinson, as Joint Tenants**

whose legal address is **12399 W 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Sixty Thousand One Hundred Seventy-Seven And No/100 Dollars ($660,177.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 5 Block 4 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

APN: 39-174-12-121
Acct No.: 300516227

also known by street and number as **12399 W 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 25 day of May 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________

Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022051919 5/24/2022 2:59 PM
PGS 2 $18.00 DF $64.23
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0800432

**Doc Fee:** $64.23

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 23rd day of May, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

(1) **Alicia Afsaneh Heydari and Amir Jamal Heydari, as Joint Tenants**

whose legal address is **12393 West 51St Avenue, Wheat Ridge, CO 80033-2023**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Forty-Two Thousand Two Hundred Fifty-Three And No/100 Dollars ($642,253.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

**For APN/Parcel ID(s): 39-174-12-052**
**For Tax Map ID(s): 39-174-12-052**

Lot 7, Block 4, Ridge At Ward Station, County Of Jefferson, State Of Colorado.

also known by street and number as **12393 West 51St Avenue, Wheat Ridge, CO 80033-2023**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 23 day of May 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires: 6-1-26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19984015019
My Commission Expires: JUNE 01, 2026

2022051450 5/23/2022 4:23 PM
PGS 2 $18.00 DF $60.74
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

HTC **Order No.:** HS0800680

**Doc Fee:** $60.74

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 20th day of May, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Lynne M. Walter, as Tenant in Severalty**

whose legal address is **12391 West 51st Avenue, Wheat Ridge, CO 80033**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Seven Thousand Four Hundred Thirty-Eight And No/100 Dollars ($607,438.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Jefferson, State of COLORADO, described as follows:

Lot 8, Block 4 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12,2020, at Reception 2020098997, County of Jefferson, State of Colorado.

APN: 39-174-12-124
Account No.: 300516230

also known by street and number as **12391 West 51st Avenue, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), his heirs, and assigns forever. The grantor(s), for himself, his heirs and personal representatives or successors, does covenant and agree that he shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), his heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

TOLL CO I, L.P., a Colorado limited partnership
BY:Toll Southwest LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 20 day of May ________________ 2022 by Reginald E. Carveth as Division President of Toll CO I, L.P. a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner(Successor by merger to Toll CO GP Corp.)

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022042231 5/4/2022 8:06 AM
PGS 2 $18.00 DF $49.84
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $49.84**

**SPECIAL WARRANTY DEED**

**This Deed**, made **April 28, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Brian Noel and Berenice Bejarano, as Joint Tenants,** whose legal address is **5128 Ward Road , Wheat Ridge, CO 80033-2020** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH**, That the grantor(s), for and in the consideration of the sum of FOUR HUNDRED NINETY-EIGHT THOUSAND FOUR HUNDRED TWENTY-SIX DOLLARS AND NO/100'S **($498,426.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 7, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

APN: 39-174-12-109
Acct No.: 300516217

also known by street and number as **5128 Ward Road, Wheat Ridge, CO 80033-2020**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 28 day of April 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

2022041079 5/2/2022 12:22 PM
PGS 2 $18.00 DF $51.35
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $51.35**

**SPECIAL WARRANTY DEED**

**This Deed**, made **April 27, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Erin Lin Weir, a Tenant in Severalty,** whose legal address is **5124 Ward Rd , Wheat Ridge, CO 80033-2020** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH**, That the grantor(s), for and in the consideration of the sum of FIVE HUNDRED THIRTEEN THOUSAND FIVE HUNDRED THIRTY-FIVE DOLLARS AND NO/100'S **($513,535.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 8, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
APN: 39-174-12-110
Acct No.: 300516218

also known by street and number as **5124 Ward Rd, Wheat Ridge, CO 80033-2020**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

TOLL CO, L.P., a Colorado limited partnership
BY:Toll Southwest LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)
By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 27 day of April 2022 by Reginald E. Carveth as Division President of Toll CO, L.P. a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner(Successor by merger to Toll CO GP Corp.)

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

**2022040096** **4/27/2022 3:52 PM**
**PGS 2** **$18.00** **DF $50.29**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $50.29**

**SPECIAL WARRANTY DEED**

**This Deed**, made **April 26, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Alexander Stringham, a Tenant in Severalty,** whose legal address is **5116 Ward Road , Wheat Ridge, CO 80033** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH**, That the grantor(s), for and in the consideration of the sum of **Five Hundred Two Thousand Nine Hundred Thirty-Eight Dollars and No/100's ($502,938.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 9, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

APN: 39-174-12-111
Acct No.: 300516219

also known by street and number as **5116 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of April 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022039977 4/27/2022 1:38 PM
PGS 2 $18.00 DF $50.03
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $50.03**

## SPECIAL WARRANTY DEED

**This Deed**, made **April 26, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Jamie Schingeck, a Tenant in Severalty,** whose legal address is **5112 Ward Road , Wheat Ridge, CO 80033** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH**, That the grantor(s), for and in the consideration of the sum of FIVE HUNDRED THOUSAND THREE HUNDRED FORTY-EIGHT DOLLARS AND NO/100'S **($500,348.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 10, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
Reception 2020098997, County of Jefferson, State of Colorado.

also known by street and number as **5112 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN **WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 26 day of April 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/25/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

2022038606 4/25/2022 2:40 PM
PGS 2 $18.00 DF $58.96
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $54.75**

# SPECIAL WARRANTY DEED

**This Deed**, made **April 22, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Jonathan D. Ahalt, Trustee of the Jonathan D. Ahalt Revocable Trust dated March 2nd, 2022 and any amentments thereto,** whose legal address is **5104 Ward Road , Wheat Ridge, CO 80033** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH,** That the grantor(s), for and in the consideration of the sum of FIVE HUNDRED EIGHTY-NINE THOUSAND FIVE HUNDRED EIGHTY-EIGHT DOLLARS AND NO/100'S (**$589,588.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 11, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at
Reception 2020098997, County of Jefferson, State of Colorado.

APN: 39-174-12-113
Acct No.: 300516221

also known by street and number as **5104 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 day of April 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

2022038296 4/25/2022 10:47 AM
PGS 2 $18.00 DF $52.41
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $52.41**

## SPECIAL WARRANTY DEED

**This Deed**, made **April 21, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Michael K. Shea and Nadia A. Alsadoun, as Joint Tenants,** whose legal address is **5100 Ward Road , Wheat Ridge, CO 80033** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH,** That the grantor(s), for and in the consideration of the sum of FIVE HUNDRED TWENTY-FOUR THOUSAND NINETY-SEVEN DOLLARS AND NO/100'S **($524,097.00 )** the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 12, Block 3 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado

also known by street and number as **5100 Ward Road, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.



HTC

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 21 day of April 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19864011005
My Commission Expires: April 20, 2026

2022031496 4/4/2022 10:58 AM
PGS 2 $18.00 DF $53.99
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $53.99**

**SPECIAL WARRANTY DEED**

**This Deed**, made **March 30, 2022**
Between **Toll Southwest LLC, a Delaware limited liability companyToll Southwest LLC,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Ivan Lee Ross and Kenady Chisholm, as Joint Tenants,** whose legal address is **5171 Vivian Street , Wheat Ridge, CO 80033** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH**, That the grantor(s), for and in the consideration of the sum of **Five Hundred Thirty-Nine Thousand Eight Hundred Ninety-Three Dollars and No/100's ($539,893.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 11, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

APN: 39-174-12-092
Acct No.: 300516202

also known by street and number as **5171 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor has executed this on the date set forth above.

## SEE ATTACHED SELLER SIGNATURE PAGE

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 30 day of March 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________

Notary Public
My Commission Expires:

CYNDI SCHOBINGER
Notary Public
State of Colorado
My Commission Expires: JUNE 01, 2022
LIC# 19984015019

2022031426 4/4/2022 10:27 AM
PGS 2 $18.00 DF $54.77
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $54.77**

**SPECIAL WARRANTY DEED**

**This Deed,** made **March 29, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Timothy J. Ake and R. Star Ake, as co-Trustees of the Timothy and Star Ake Trust, dated March 12, 2021, ,** whose legal address is **5177 Vivian Street , Wheat Ridge, CO 80033** County of **Jefferson**, and State of **COLORADO,** grantee(s)

**WITNESSETH**, That the grantor(s), for and in the consideration of the sum of FIVE HUNDRED FORTY-SEVEN THOUSAND SIX HUNDRED SIXTY-FOUR DOLLARS AND NO/100'S (**$547,664.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson,** State of **COLORADO** described as follows:

Lot 9, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street and number as **5177 Vivian Street, Wheat Ridge, CO 80033**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the grantor has executed this on the date set forth above.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 29 day of March 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

**2022031407** **4/4/2022 10:10 AM**
**PGS 2** **$18.00** **DF $55.18**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

**Doc Fee: $55.18**

**SPECIAL WARRANTY DEED**

**This Deed**, made **March 31, 2022**
Between **Toll Southwest LLC, a Delaware limited liability company,** of the County **Arapahoe**, State of **COLORADO**, grantor(s) and **Annka O'Brien and Devaughn O'Brien, as Joint Tenants,** whose legal address is **5173 VIVIAN ST , WHEAT RIDGE, CO 80033-2027** County of **Jefferson**, and State of **COLORADO**, grantee(s) :

**WITNESSETH**, That the grantor(s), for and in the consideration of the sum of FIVE HUNDRED FIFTY-ONE THOUSAND SEVEN HUNDRED SIXTY-NINE DOLLARS AND NO/100'S (**$551,769.00** ) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Jefferson**, State of **COLORADO** described as follows:

Lot 10, Block 2 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.
also known by street and number as **5173 VIVIAN ST, WHEAT RIDGE, CO 80033-2027**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

**Subject to general taxes for the year 2022; and easements, reservations, restrictions, covenants and rights of way of record, if any; and distribution utility easements; and inclusion of the property within any special taxing district; and the benefits and burdens of any declaration and party wall agreements, if any.**

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor has executed this on the date set forth above.

IN WITNESS WHEREOF, the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 31 day of March 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public,
My Commission Expires:

JENNIFER N ELLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024034115
My Commission Expires October 18, 2022

2022018761 2/17/2022 2:22 PM
PGS 2 $18.00 DF $48.47
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 02|17|2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Evan J. Genders and Dana M. Genders, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12377 W 51st Ave., Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee $48.47**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED EIGHTY-FOUR THOUSAND SIX HUNDRED NINETY-SEVEN AND NO/100** Dollars (**$484,697.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 1 Block 5 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12377 W 51st Ave., Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-12-127**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Reginald E. Carveth
Title: Division Vice President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 10, 2022 by Reginald E. Carveth as Division Vice President of TOLL SOUTHWEST LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2022018101 2/16/2022 9:53 AM
PGS 2 $18.00 DF $45.50
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 02|15|2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Bryan J. Kruse, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12371 W 51st Avenue, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee $**45.50

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY-FIVE THOUSAND TWENTY AND NO/100** Dollars (**$455,020.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado,** described as follows:

Lot 2 Block 5 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12371 W 51st Avenue, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-12-128**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Reginald E. Carveth
Title: Division Vice President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 4, 2022 by Reginald E. Carveth as Division Vice President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2022012704 1/31/2022 7:26 AM
PGS 2 $18.00 DF $50.78
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 01/27/2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Matthew H. Bosold, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12367 W 51st Avenue, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $50.78

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED SEVEN THOUSAND EIGHT HUNDRED THIRTY-NINE AND NO/100** Dollars **($507,839.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 3 Block 5 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12367 W 51st Avenue, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-12-129**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Reginald E. Carveth
Title: Division Vice President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 7, 2022 by Reginald E. Carveth as Division Vice President of TOLL SOUTHWEST LLC, a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2022012145 1/27/2022 8:02 AM
PGS 2 $18.00 DF $45.23
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 01/26/2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ruslan A. Pshichenko, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12363 W 51st Avenue, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $45.23

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY-TWO THOUSAND THREE HUNDRED FORTY-NINE AND NO/100** Dollars (**$452,349.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 4 Block 5 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12363 W 51st Avenue, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-12-130**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Reginald E. Carveth
Title: Division Vice President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 7, 2022 by Reginald E. Carveth as Division Vice President of TOLL SOUTHWEST LLC, a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2022009495 1/24/2022 1:14 PM
PGS 2 $18.00 DF $55.25
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 01/20/2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **John R. Whalen, Jr. and Adrienne M. Casanova, as Trustees of The Casanova-Whalen Revocable Trust dated November 23, 2021, and any amendments thereto, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12355 W 51st Ave., Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $55.25

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED FIFTY-TWO THOUSAND FOUR HUNDRED NINETY-EIGHT AND NO/100** Dollars (**$552,498.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 5 Block 5 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12355 W 51st Ave., Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-12-131**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 17, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2022007957 1/19/2022 1:54 PM
PGS 2 $18.00 DF $49.92
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 01/18/2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ashley F. Treese, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12351 W 51st Ave., Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $49.92

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED NINETY-NINE THOUSAND TWO HUNDRED THIRTY-TWO AND NO/100** Dollars (**$499,232.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 6 Block 5 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12351 W 51st Ave., Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-12-132**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 17, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2022006069 1/13/2022 3:50 PM
PGS 2 $18.00 DF $47.25
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 01/13/2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Charles D. Zimmerman, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12321 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $47.25

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SEVENTY-TWO THOUSAND FOUR HUNDRED EIGHTY-FIVE AND NO/100** Dollars (**$472,485.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 18 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12321 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-078**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 16, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2022005603 1/13/2022 11:34 AM
PGS 2 $18.00 DF $47.80
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 01|11|2022, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Robert Leighton Moreland, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12337 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $47.80

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SEVENTY-SEVEN THOUSAND NINE HUNDRED EIGHTY-EIGHT AND NO/100** Dollars (**$477,988.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 14 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12337 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-074**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 16, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021176776 12/21/2021 3:30 PM
PGS 2 $18.00 DF $46.85
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 12/21/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Frances E. Mathias, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12339 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $46.85

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SIXTY-EIGHT THOUSAND FIVE HUNDRED FORTY-TWO AND NO/100** Dollars (**$468,542.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 13 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12339 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-073**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this November 29, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021175945 12/20/2021 3:59 PM
PGS 2 $18.00 DF $51.61
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 12/17/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Gabriela Taveira Chater and Andre Vidal Alves, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12325 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $51.61

**WITNESS**, that the Grantor, for and in consideration of the sum of **FIVE HUNDRED SIXTEEN THOUSAND ONE HUNDRED TEN AND NO/100** Dollars (**$516,110.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 16 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12325 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-076**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this November 29, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021175146 12/20/2021 11:49 AM
PGS 2 $18.00 DF $47.54
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 12/16/2021 and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Farjad Yousaf, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12331 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $47.54

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SEVENTY-FIVE THOUSAND THREE HUNDRED NINETY-SEVEN AND NO/100** Dollars (**$475,397.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado,** described as follows:

Lot 15, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12331 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-075**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Balley
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this November 29, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021170640 12/8/2021 4:39 PM
PGS 2 $18.00 DF $46.09
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 12|07|2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Christine Moore, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12323 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $46.09

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SIXTY THOUSAND EIGHT HUNDRED SIXTY-SEVEN AND NO/100** Dollars **($460,867.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 17, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12323 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-077**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this November 29, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021162143 11/17/2021 12:57 PM
PGS 2 $18.00 DF $44.58
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 11/10/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Nathanael David Cleaves and Maria de los Angeles Calzada-Bague, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5101 Vivian St, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $44.58

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FORTY-FIVE THOUSAND SEVEN HUNDRED SIXTY AND NO/100** Dollars (**$445,760.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 13 Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5101 Vivian St, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-103**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 20, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021158686 11/9/2021 4:40 PM
PGS 2 $18.00 DF $48.75
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 11/9/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Nancy V. Gee, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **5105 Vivian St, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $48.75

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED THREE AND NO/100** Dollars (**$487,503.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 12, Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5105 Vivian St, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-102**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 20, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021154115 11/1/2021 9:52 AM
PGS 2 $18.00 DF $51.82
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/28/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Theresa Marie Husak, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **5117 Vivian St, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $51.82

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED EIGHTEEN THOUSAND TWO HUNDRED TWENTY AND NO/100** Dollars (**$518,220.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 10 Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5117 Vivian St, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-100**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 12, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021153521 10/28/2021 11:49 AM
PGS 2 $18.00 DF $47.38
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/27/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Eric K. Peratt and Maryann Peratt, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **7654 Umber Ct, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $47.38

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SEVENTY-THREE THOUSAND EIGHT HUNDRED THIRTY-THREE AND NO/100** Dollars (**$473,833.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 11, Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5109 Vivian St, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-101**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 12, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021150671 10/21/2021 3:05 PM
PGS 2 $18.00 DF $44.65
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/21/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Kyle Mathena and Allison Mathena and Patricia M. Mathena, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5098 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $44.65

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FORTY-SIX THOUSAND FIVE HUNDRED FORTY-FIVE AND NO/100** Dollars (**$446,545.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 1, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5098 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-058**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 5, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021147550 10/18/2021 11:12 AM
PGS 2 $18.00 DF $45.07
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/14/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Samantha L. Galloway, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **5082 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $45.07

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY THOUSAND SEVEN HUNDRED TWENTY-ONE AND NO/100** Dollars (**$450,721.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 5 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5082 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-062**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 20, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021146832 10/14/2021 5:08 PM
PGS 2 $18.00 DF $44.02
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/13/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Holly E. Thach, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **2128 Evans Way, Costa Mesa, California 92627** of the County of **Jefferson**, State of **California**.

**State Doc Fee** $44.02

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FORTY THOUSAND TWO HUNDRED FORTY-THREE AND NO/100** Dollars (**$440,243.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 2, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5094 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-059**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 5, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021146522 10/14/2021 7:22 AM
PGS 2 $18.00 DF $49.60
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/12/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Jose S. Zuniga, Jr. and Charina I. Zuniga, as Trustees of the Zuniga 2008 Trust, dated July 29, 2008 and any amendments and restatements thereto, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **5090 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $49.60

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED NINETY-FIVE THOUSAND NINE HUNDRED SIXTY-SEVEN AND NO/100** Dollars (**$495,967.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 3, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5090 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-060**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 5, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021144969 10/11/2021 1:57 PM
PGS 2 $18.00 DF $48.12
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/8/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **David Farmer and Michelle Carr, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5080 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $48.12

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED EIGHTY-ONE THOUSAND ONE HUNDRED SEVENTY-THREE AND NO/100** Dollars (**$481,173.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 6 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5080 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-063**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 20, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

**2021144570** **10/11/2021 10:29 AM**
**PGS 2** **$18.00** **DF $43.88**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/8/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Austin N. Smith and Kelly A. Smith, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5086 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $43.88

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED THIRTY-EIGHT THOUSAND SEVEN HUNDRED FIFTY AND NO/100** Dollars (**$438,750.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 4, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5086 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-061**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 20, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021141014 10/4/2021 9:05 AM
PGS 2 $18.00 DF $41.76
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/30/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Tani Ventures, LLC, A Colorado limited liability company, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **11757 W Ken Caryl Ave, Suite F-416, Littleton, Colorado 80127** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee $41.76**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SEVENTEEN THOUSAND FIVE HUNDRED EIGHTY-FIVE AND NO/100** Dollars (**$417,585.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 8 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5070 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-010**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 20, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021140900 10/4/2021 8:19 AM
PGS 2 $18.00 DF $45.29
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/29/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Riley Mehl and Ariana Bravo, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5074 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $45.29

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY-TWO THOUSAND NINE HUNDRED AND NO/100** Dollars **($452,900.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 7 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5074 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-009**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ____________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 20, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

____________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021138297 9/27/2021 12:28 PM
PGS 2 $18.00 DF $45.23
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/16/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Jay C. Henry and Jody S. Henry, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5062 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $45.23

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY-TWO THOUSAND THREE HUNDRED TWENTY-TWO AND NO/100** Dollars (**$452,322.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 10 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5062 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-012**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 15, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021137755 9/27/2021 7:18 AM
PGS 2 $18.00 DF $43.08
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/23/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Darla M. Okada and Michael J. Okada, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5066 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $43.08

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED THIRTY THOUSAND EIGHT HUNDRED TWENTY-SEVEN AND NO/100** Dollars (**$430,827.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 9 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5066 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-011**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley,* if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 15, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021137695 9/23/2021 3:21 PM
PGS 2 $18.00 DF $52.04
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/22/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Peter A. Lichtman, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12345 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $52.04

**WITNESS**, that the Grantor, for and in consideration of the sum of **FIVE HUNDRED TWENTY THOUSAND FOUR HUNDRED TEN AND NO/100** Dollars (**$520,410.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 12 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12345 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-014**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 15, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021137060 9/22/2021 1:50 PM
PGS 2 $18.00 DF $44.99
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/21/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Margaret A. Manfre and Martial G. Manfre and Madeline Grace Manfre, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5058 Ward Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $44.99

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FORTY-NINE THOUSAND EIGHT HUNDRED EIGHTY-EIGHT AND NO/100** Dollars (**$449,888.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 11 Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5058 Ward Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-013**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this Septermber 15, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021128735 9/1/2021 4:08 PM
PGS 2 $18.00 DF $52.20
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/26/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Christopher M. Puckett and Robert M. Puckett, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12332 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $52.20

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED NINETY-ONE AND NO/100** Dollars (**$521,991.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 4 Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12332 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-036**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 19, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021121163 8/16/2021 11:38 AM
PGS 2 $18.00 DF $43.18
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/13/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Pamela G. Domina, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12346 W. 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $43.18

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED THIRTY-ONE THOUSAND EIGHT HUNDRED FORTY AND NO/100** Dollars (**$431,840.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 1 Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12346 W. 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-033**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 4, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021120879 8/16/2021 8:42 AM
PGS 2 $18.00 DF $54.65
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/12/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Joshua C. Franzen and Mallory W. Franzen, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12306 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $54.65

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED FORTY-SIX THOUSAND FOUR HUNDRED EIGHTY-SEVEN AND NO/100** Dollars (**$546,487.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 5 Block 10 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12306 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-054**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 4, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021119624 8/10/2021 3:15 PM
PGS 2 $18.00 DF $42.78
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/10/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Anthony Gallegos and Felicia Marie Gallegos, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12340 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $42.79

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED TWENTY-SEVEN THOUSAND EIGHT HUNDRED TWENTY-ONE AND NO/100** Dollars (**$427,821.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 2 Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12340 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-034**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 22, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021116853 8/4/2021 2:11 PM
PGS 2 $18.00 DF $48.07
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/3/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Megan Thompson and Torrin Landolina, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12300 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $48.07

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED EIGHTY THOUSAND SIX HUNDRED EIGHTY-FOUR AND NO/100** Dollars (**$480,684.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 7 Block 10 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12300 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-056**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 22, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021116303 8/3/2021 3:06 PM
PGS 2 $18.00 DF $51.52
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **July 30, 2021**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Alan A. Brown, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12304 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $51.52

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED FIFTEEN THOUSAND TWO HUNDRED EIGHT AND NO/100** Dollars (**$515,208.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 6, Block 10 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12304 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-055**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 22, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021113987 7/29/2021 2:16 PM
PGS 2 $18.00 DF $42.10
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 7/28/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania,** and **Tammy R. Kehe and Eric J. Kehe and Trevor J. Kehe and Gannon M. Kehe, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12338 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $42.10

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED TWENTY THOUSAND NINE HUNDRED EIGHTY-FIVE AND NO/100** Dollars (**$420,985.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado,** described as follows:

Lot 3, Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12338 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-035**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 22, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021111564 7/26/2021 1:24 PM
PGS 2 $18.00 DF $46.43
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 7/23/2021 and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Douglas Garcia and Cassie M. Garcia, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12324 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $46.43

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SIXTY-FOUR THOUSAND TWO HUNDRED FIFTY-FOUR AND NO/100** Dollars (**$464,254.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 5, Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12324 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-037**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley,* if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 8, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021110038 7/22/2021 10:19 AM
PGS 2 $18.00 DF $111.98
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **July 21, 2021**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **James D. Manatt and Pamela J. Manatt, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16502 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $111.98

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ONE HUNDRED NINETEEN THOUSAND SEVEN HUNDRED EIGHTY-SEVEN AND NO/100** Dollars (**$1,119,787.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 18 Block 30 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16502 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-019**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 8, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021103879 7/12/2021 4:42 PM
PGS 2 $18.00 DF $46.28
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 7/9/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Scott Parker Little and Kelley Michelle Little, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12320 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $46.28

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED SIXTY-TWO THOUSAND SEVEN HUNDRED FIFTY-THREE AND NO/100** Dollars (**$462,753.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 6 Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12320 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-038**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 1, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021092427 6/17/2021 3:23 PM
PGS 2 $18.00 DF $50.16
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 6/17/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Rebecca M. Ledden, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12314 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $50.16

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED ONE THOUSAND SIX HUNDRED FORTY-NINE AND NO/100** Dollars (**$501,649.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 3 Block 10 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12314 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-052**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ___________________________
Name: Matt Foran
Title: Division Vice President

STATE OF COLORADO

COUNTY OF ADAMS

The foregoing instrument was acknowledged before me this June 9, 2021 by Matt Foran as Division Vice President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

___________________________
Notary Public
My Commission Expires: 01|27|2024

CYNTHIA ROXANA DA SILVA
Notary Public
State of Colorado
Notary ID # 20164003505
My Commission Expires 01-27-2024

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021085724 6/7/2021 2:25 PM
PGS 2 $18.00 DF $49.29
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 6/4/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Kelly L. Buckley, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12316 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $49.29

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED NINETY-TWO THOUSAND EIGHT HUNDRED SEVENTY-SEVEN AND NO/100** Dollars (**$492,877.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 2 Block 10 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12316 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-051**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 27, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021082780 6/1/2021 3:08 PM
PGS 2 $18.00 DF $72.84
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 5/28/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Emerald Meadow Murphy and Jonathan Jay Bomba, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is [redacted] of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $72.84

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED TWENTY-EIGHT THOUSAND THREE HUNDRED FIFTY-FOUR AND NO/100** Dollars (**$728,354.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

[redacted]

also known by street address as: [redacted]
and assessor's schedule or parcel [redacted]

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 17, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021081488 5/27/2021 9:25 AM
PGS 2 $18.00 DF $45.68
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 5/26/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Patricia E. Boeff, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12318 W 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $45.68

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY-SIX THOUSAND SEVEN HUNDRED EIGHTY-EIGHT AND NO/100** Dollars (**$456,788.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 1 Block 10 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12318 W 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-050**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 17, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021080467 5/25/2021 2:14 PM
PGS 2 $18.00 DF $44.85
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 5/21/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Matthew S. Huff and Natalie M. Huff, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12312 W. 51st Ave, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee $44.85**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FORTY-EIGHT THOUSAND FIVE HUNDRED TEN AND NO/100** Dollars (**$448,510.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 4 Block 10 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12312 W. 51st Ave, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-053**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 6, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021066407 4/27/2021 3:07 PM
PGS 2 $18.00 DF $87.41
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 4/26/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **David Patrick Hall and Monica Ann Hall, as Trustees of The Hall Family Trust dated February 14, 2018, and any amendments thereto, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **16702 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $87.41

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED SEVENTY-FOUR THOUSAND SEVENTY-NINE AND NO/100** Dollars (**$874,079.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 13 Block 30 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16702 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-014**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF**, the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 8, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021056607 4/12/2021 9:42 AM
PGS 2 $18.00 DF $119.38
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 4|9|2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **David J. Swicegood and Erin E. Swicegood, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **1127 N. 14th St, Coeur d Alene, Idaho 83814** of the County of **Jefferson**, State of **Idaho**.

**State Doc Fee** $119.38

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ONE HUNDRED NINETY-THREE THOUSAND EIGHT HUNDRED NINETEEN AND NO/100** Dollars (**$1,193,819.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 9 Block 28 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9596 Poppy Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-08-050**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this March 26, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

**2021052573** **4/5/2021 9:10 AM**
**PGS 2** **$18.00** **DF $89.50**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 4/2/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Melisa Seiler and Joey Seiler, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16582 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $89.50

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED NINETY-FIVE THOUSAND TWENTY-FIVE AND NO/100** Dollars (**$895,025.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 16 Block 30 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16582 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-017**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this March 26, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021037430 3/8/2021 1:20 PM
PGS 2 $18.00 DF $102.96
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 3/5/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Susan Kiker and Mark Kiker, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16322 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $102.96

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION TWENTY-NINE THOUSAND FIVE HUNDRED SEVENTY-SIX AND NO/100** Dollars (**$1,029,576.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 44 Block 25 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16322 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-004**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 24, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021029294 2/23/2021 8:18 AM
PGS 2 $18.00 DF $50.74
Electronically Recorded Jefferson County, CO
George P Stem, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 2/22/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Joshua L. Bejarano and Priscilla M. Bejarano, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **12303 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $50.74

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED SEVEN THOUSAND THREE HUNDRED FIFTY-FIVE AND NO/100** Dollars (**$507,355.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 24, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12303 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-029**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 6, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021024893 2/16/2021 11:19 AM
PGS 2 $18.00 DF $97.31
Electronically Recorded Jefferson County, CO
George P Stem, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 2\12\2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Meagan McGehee and Andrew Gleason, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16542 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $97.31

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED SEVENTY-THREE THOUSAND ONE HUNDRED FORTY-SIX AND NO/100** Dollars (**$973,146.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 17, Block 30, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16542 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-018**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 4, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2021015468 1/28/2021 1:47 PM
PGS 2 $18.00 DF $101.10
Electronically Recorded Jefferson County, CO
George P Stem, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 1\27\2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Patrick T. Flynn, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **16342 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $101.10

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ELEVEN THOUSAND ONE AND NO/100** Dollars (**$1,011,001.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 45, Block 25, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16342 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-003**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 21, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020165054 12/14/2020 2:09 PM
PGS 2 $18.00 DF $85.50
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 12/11/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Spencer Squires Tucker and Ena Tucker, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16662 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $85.50

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED FIFTY-FIVE THOUSAND EIGHT AND NO/100** Dollars (**$855,008.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 14, Block 30, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16662 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-015**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 4, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020158163 12/1/2020 11:49 AM
PGS 2 $18.00 DF $45.32
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **November 30, 2020**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Mark Charles Troutman, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **5121 Vivian Street, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $45.32

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FIFTY-THREE THOUSAND ONE HUNDRED FIFTY-THREE AND NO/100** Dollars (**$453,153.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 9, Block 9 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **5121 Vivian Street, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-042**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: Matt Foran
Name: Matt Foran
Title: Division Vice President

STATE OF COLORADO

COUNTY OF ~~ARAPAHOE~~ ADAMS

The foregoing instrument was acknowledged before me this November 16, 2020 by Matt Foran as Division Vice President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Diane L Blakey
Notary Public
My Commission Expires: 11/23/20

DIANE L BLAKEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19964001088
MY COMMISSION EXPIRES NOVEMBER 23, 2020

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020155363 11/23/2020 2:33 PM
PGS 2 $18.00 DF $76.39
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 11/20/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ian Mestdagh and Katrina Mestdagh, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16242 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee $76.39**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED SIXTY-THREE THOUSAND EIGHT HUNDRED SIXTY-FOUR AND NO/100** Dollars (**$763,864.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 39, Block 25, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16242 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-009**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this November 3, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020139780 10/26/2020 11:51 AM
PGS 2 $18.00 DF $94.19
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/23/2020 and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Naing Moe Aye and Hnin Shwe War, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16622 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $94.19

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED FORTY-ONE THOUSAND NINE HUNDRED FOURTEEN AND NO/100** Dollars (**$941,914.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 15 Block 30 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16622 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-016**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 12, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-15-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020136359 10/19/2020 11:53 AM
PGS 2 $18.00 DF $44.70
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/15/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Jaime Tavarez, Jr., as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12315 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $44.70

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FORTY-SEVEN THOUSAND TWENTY-SEVEN AND NO/100** Dollars (**$447,027.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 20, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12315 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-025**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 2, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020119692 9/21/2020 12:11 PM
PGS 2 $18.00 DF $43.56
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/18/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Nicholas Eaton, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12319 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $43.56

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED THIRTY-FIVE THOUSAND FIVE HUNDRED FIFTY-TWO AND NO/100** Dollars (**$435,552.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado,** described as follows:

Lot 19, Block 8 in The Ridge at Ward Station on the plat recorded June 11, 2019, at Reception 2019047882, County of Jefferson, State of Colorado.

also known by street address as: **12319 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-024**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley,* if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 10, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020119553 9/21/2020 11:22 AM
PGS 2 $18.00 DF $93.36
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/17/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Danielle N. Vaughan and Jeremy D. Vaughan, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16202 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $93.36

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED THIRTY-THREE THOUSAND FIVE HUNDRED FIFTY-TWO AND NO/100** Dollars (**$933,552.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 37, Block 25, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16202 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-011**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley,* if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 11, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020108266 9/1/2020 8:34 AM
PGS 2 $18.00 DF $42.59
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/28/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Gregory Thomason, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12309 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $42.59

**WITNESS**, that the Grantor, for and in consideration of the sum of **FOUR HUNDRED TWENTY-FIVE THOUSAND EIGHT HUNDRED SEVENTY-EIGHT AND NO/100** Dollars (**$425,878.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 22, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12309 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-027**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 17th, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Joyce M Bish
Notary Public
My Commission Expires: Nov 30, 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020102890 8/19/2020 3:07 PM
PGS 2 $18.00 DF $44.09
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/19/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Lisa L. Carrender, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12311 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee $44.09**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED FORTY THOUSAND NINE HUNDRED FORTY-SEVEN AND NO/100** Dollars (**$440,947.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 21, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12311 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-026**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 7th, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Joyce M. Bish
Notary Public
My Commission Expires: Nov. 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020102733 8/19/2020 1:47 PM
PGS 2 $18.00 DF $149.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8|18|2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Taylor Randall Goggins and Diane Kristine Goggins, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16462 W 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $149.00

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION FOUR HUNDRED NINETY THOUSAND AND NO/100** Dollars (**$1,490,000.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 19 Block 30 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16462 W 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-020**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 30, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020102032 8/18/2020 2:50 PM
PGS 2 $18.00 DF $42.46
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/17/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Melissa E. Marshall, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **12307 Ridge Road, Wheat Ridge, Colorado 80033** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $42.46

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED TWENTY-FOUR THOUSAND FIVE HUNDRED EIGHTY-FOUR AND NO/100** Dollars (**$424,584.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 23, Block 8 in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

also known by street address as: **12307 Ridge Road, Wheat Ridge, CO 80033**
and assessor's schedule or parcel no.: **39-174-13-028**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Matt Foran
Title: Division Vice President

STATE OF COLORADO

COUNTY OF ADAMS

The foregoing instrument was acknowledged before me this July 30, 2020 by Matt Foran as Division Vice President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires: 01-27-2024

CYNTHIA ROXANA DA SILVA
Notary Public
State of Colorado
Notary ID # 20164003505
My Commission Expires 01-27-2024

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

# Exhibit 203

**2020090395** **7/28/2020 7:48 AM**
**PGS 2** **$18.00** **DF $79.50**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **July 24, 2020**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Matthew Lee Campbell and Annette Borchardt Campbell, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16222 W 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $79.50

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED NINETY-FIVE THOUSAND AND NO/100** Dollars (**$795,000.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 38 Block 25 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16222 W 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-010**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 9, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020082598 7/13/2020 4:40 PM
PGS 2 $18.00 DF $107.71
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 7/10/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Chad M. Peters and Courtney Peters, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16302 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $107.71

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION SEVENTY-SEVEN THOUSAND ONE HUNDRED AND NO/100** Dollars (**$1,077,100.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 43 Block 25 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16302 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-005**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 2, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020082297 7/13/2020 2:00 PM
PGS 2 $18.00 DF $136.15
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 7|9|2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **David M. J. Frechette and Nichelle R. Frechette, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16362 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $136.15

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION THREE HUNDRED SIXTY-ONE THOUSAND FIVE HUNDRED SIX AND NO/100** Dollars (**$1,361,506.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 46, Block 25, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16362 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-002**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this June 19, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019118877 12/12/2019 8:17 AM
PGS 2 $18.00 DF $76.75
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated Dec. 11, 2019, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Paul Ritzdorf and Jessica Hobbs, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16641 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $76.75

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED SIXTY-SEVEN THOUSAND FIVE HUNDRED FORTY-SIX AND NO/100** Dollars (**$767,546.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 2 Block 29 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16641 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-04-006**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 2, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019113616 11/25/2019 2:22 PM
PGS 2 $18.00 DF $100.96
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **November 8, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ryan Watson, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **16511 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $100.96

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION NINE THOUSAND SIX HUNDRED EIGHTEEN AND NO/100** Dollars (**$1,009,618.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 6 Block 29 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16511 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-04-002**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this November 8, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019103507 10/30/2019 2:02 PM
PGS 2 $18.00 DF $97.16
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **October 18, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Brent Faulhaber and Diem Faulhaber, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **3585 Rosincress Dr, San Ramon, California 94582** of the County of **Jefferson**, State of **California**.

**State Doc Fee** $97.16

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED SEVENTY-ONE THOUSAND FIVE HUNDRED SIXTY-SIX AND NO/100** Dollars (**$971,566.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 6, Block 28, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9587 Poppy Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-08-053**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 18, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

**2019102270 10/28/2019 1:28 PM**
**PGS 2 $18.00 DF $85.41**
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **October 18, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Charles A. Roberts and Patricia C. Roberts, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16671 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee $**84.41

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED FIFTY-FOUR THOUSAND ONE HUNDRED ONE AND NO/100** Dollars (**$854,101.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 1 Block 29 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16671 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-04-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ________________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 18, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

________________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019101192 10/24/2019 3:00 PM
PGS 2 $18.00 DF $84.90
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **October 18, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **David J. Nuss and Kathline J. Nuss, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9576 Poppy Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $84.90

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED FORTY-NINE THOUSAND TEN AND NO/100** Dollars (**$849,010.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 10 Block 28 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9576 Poppy Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-08-049**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 18, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019100375 10/23/2019 10:41 AM
PGS 2 $18.00 DF $99.11
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **October 1, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Brandon T. Jenkins and Kellie Jenkins, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9585 Poppy Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $99.11

**WITNESS**, that the Grantor, for and in consideration of the sum of **NINE HUNDRED NINETY-ONE THOUSAND EIGHTY-TWO AND NO/100** Dollars (**$991,082.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 5, Block 28, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9585 Poppy Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-08-054**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 1, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019090838 9/30/2019 11:41 AM
PGS 2 $18.00 DF $93.30
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **September 16, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Duyen N.K. Vo, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **16262 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $93.30

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED THIRTY-THREE THOUSAND TWENTY-ONE AND NO/100** Dollars (**$933,021.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 40 Block 25 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16262 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-008**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 16, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019089508 9/26/2019 11:44 AM
PGS 2 $18.00 DF $83.80
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **September 3, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Lan T. Van and Thanh T. Le, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9531 Orion Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $83.80

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED THIRTY-SEVEN THOUSAND NINE HUNDRED FIFTY-SEVEN AND NO/100** Dollars (**$837,957.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 34 Block 25 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9531 Orion Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-014**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 3, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC, a Delaware limited liability company
General Partner

Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019087948 9/23/2019 3:16 PM
PGS 2 $18.00 DF $104.16
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **September 16, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Mark Doeseckle and Heather Doeseckle, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9577 Poppy Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $104.16

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION FORTY-ONE THOUSAND FIVE HUNDRED EIGHTY-FIVE AND NO/100** Dollars (**$1,041,585.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 4 Block 28 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9577 Poppy Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-08-055**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 16, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019073046 8/16/2019 2:47 PM
PGS 2 $18.00 DF $155.69
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **August 6, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Mohammad Nazir Safi and Shukira Husna Safi, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9599 Poppy Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $155.69

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION FIVE HUNDRED FIFTY-SIX THOUSAND NINE HUNDRED TWENTY-THREE AND NO/100** Dollars (**$1,556,923.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado,** described as follows:

Lot 8 Block 28 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9599 Poppy Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-08-051**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 6, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019066604 8/1/2019 9:45 AM
PGS 2 $18.00 DF $100.37
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **July 8, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Paul Frederick Harstad, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **9575 Poppy Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $100.37

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION THREE THOUSAND SIX HUNDRED EIGHTY-NINE AND NO/100** Dollars (**$1,003,689.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 3, Block 28, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9575 Poppy Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-08-056**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 8, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019066297 7/31/2019 3:58 PM
PGS 2 $18.00 DF $70.91
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **July 22, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Peter Gore, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **9521 Orion Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $70.91

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED NINE THOUSAND SEVENTY-SEVEN AND NO/100** Dollars (**$709,077.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 33 Block 25 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9521 Orion Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-015**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 22, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019059650 7/15/2019 2:54 PM
PGS 2 $18.00 DF $78.99
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **June 25, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Donald L. Dragoo and Anita M. Dragoo, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9511 Orion Way, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado.**

**State Doc Fee** $78.99

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED EIGHTY-NINE THOUSAND NINE HUNDRED THIRTY-EIGHT AND NO/100** Dollars (**$789,938.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 32, Block 25, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **9511 Orion Way, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-016**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this June 25, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2019051718 6/21/2019 1:49 PM
PGS 2 $18.00 DF $118.76
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **June 14, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Trent W Kutler, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **16292 W 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $118.76

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ONE HUNDRED EIGHTY-SEVEN THOUSAND SIX HUNDRED SEVENTEEN AND NO/100** Dollars (**$1,187,617.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 42, Block 25, Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16292 W 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-242-09-006**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ________________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this June 14, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

________________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

2020077336 7/1/2020 3:49 PM
PGS 2 $18.00 DF $106.32
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 Y

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 6/30/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Nandakishore Srinivas and Nirupama Sripathi, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **16742 W. 95th Lane, Arvada, Colorado 80007** of the County of **Jefferson**, State of **Colorado**.

**State Doc Fee** $106.32

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION SIXTY-THREE THOUSAND ONE HUNDRED EIGHTY AND NO/100** Dollars (**$1,063,180.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Jefferson** and State of **Colorado**, described as follows:

Lot 12 Block 30 Candelas Filing No. 1 on the plat recorded April 21, 2011, in instrument number 2011039877, County of Jefferson, State of Colorado.

also known by street address as: **16742 W. 95th Lane, Arvada, CO 80007**
and assessor's schedule or parcel no.: **20-231-03-013**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this June 5, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

# Exhibit 204

04049306 06/03/2024 03:34 PM
RF: $18.00 DF: $82.31 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0831992-413

**Doc Fee:** $82.31

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 31st day of May, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Umar Haroon, as Tenant in Severalty**

whose legal address is **2370 Feathergrass Lane, Superior, CO 80027-8748**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Twenty-Three Thousand One Hundred Thirty-Seven And No/100 Dollars ($823,137.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): 157519421029**
**For Tax Map ID(s): R0612080**

Lot 29, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2370 Feathergrass Lane, Superior, CO 80027-8748**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 31 day of May 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 6-1-26

CYNDI SPROBINGER
Notary Public
State of Colorado
Notary ID 19984015019
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04045597 05/01/2024 04:45 PM
RF: $18.00 DF: $114.59 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

**Order No.:** HS0830217

**Doc Fee:** $114.59

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 29th day of April, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Le Hoang Truong, as Tenant in Severalty**

whose legal address is **2331 Feathergrass Lane, Superior, CO 80027-8748**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million One Hundred Forty-Five Thousand Nine Hundred Thirty-One And No/100 Dollars ($1,145,931.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612088**
**For Tax Map ID(s): 1575-19-4-21-037**

Lot 37, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751129, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2331 Feathergrass Lane, Superior, CO 80027-8748**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 30th day of April, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

Jennifer M[illegible]
Notary Public
State of Colorado
Notary ID 202[illegible]
My Commission Expires February 25, 2026

________________________________
Notary Public
My Commission Expires:

Unofficial Copy

04047771 05/20/2024 04:43 PM
RF: $18.00 DF: $90.72 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0831140-413

**Doc Fee:** $90.72

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 17th day of May, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

*grantor(s), and*

**Rachel Viele, as Tenant in Severalty**

whose legal address is **805 Promenade Drive, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Seven Thousand One Hundred Sixty-One And No/100 Dollars ($907,161.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612056**
**For Tax Map ID(s): 1575-19-4-21-005**

Lot 5, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction
recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **805 Promenade Drive, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 17 day of May 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19984013619
My Commission Expires: JUNE 01, 2026

______________________
Notary Public
My Commission Expires: 6-1-26

Unofficial Copy

04044919 04/25/2024 03:24 PM
RF: $18.00 DF: $111.19 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0828478-413

**Doc Fee:** $111.19

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 24th day of April, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Robert P Risch and Patricia A Risch, as Joint Tenants**

whose legal address is **2320 Miner Lane, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million One Hundred Eleven Thousand Nine Hundred Fourteen And No/100 Dollars ($1,111,914.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612090**
**For Tax Map ID(s): 1575-19-4-22-001**

Lot 1, Block 19, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2320 Miner Lane, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 24 day of April, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

Jennifer Mostow
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04019721 08/28/2023 11:59 AM
RF: $18.00 DF: $81.27 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0821172

**Doc Fee:** $81.27

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 25th day of August, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Veruska Malave**

whose legal address is **700 Superior Drive, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Twelve Thousand Seven Hundred Twenty And No/100 Dollars ($812,720.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 17, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
> Assessor's Parcel No.: 157519331017

also known by street and number as **700 Superior Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 25 day of August, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires: 2/25/25

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007704
My Commission Expires: February 25, 2025

Unofficial Copy

03998935 03/02/2023 02:04 PM
RF: $18.00 DF: $94.80 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0811988

**Doc Fee:** $94.80

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 1st day of March, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Gregory Joseph Butler and Lisa Braton Butler, as Joint Tenants**

whose legal address is **2225 Central Park Way, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Forty-Eight Thousand And No/100 Dollars ($948,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 2, Block 16, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
> Assessor's Parcel No.: 157519330002
> Account No.: R0611993

also known by street and number as **2225 Central Park Way, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 1 day of March, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19984015019
My Commission Expires: JUNE 01, 2026

______________________________
Notary Public
My Commission Expires: 6-1-26

Unofficial Copy

04033866 01/16/2024 08:32 AM
RF: $18.00 DF: $100.61 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0827343

**Doc Fee:** $100.61

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 11th day of January, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Joseph T Gruber and Angela M Gruber, as Joint Tenants**

whose legal address is **2351 Feathergrass Lane, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million Six Thousand Eighty-Eight And No/100 Dollars ($1,006,088.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612086**
**For Tax Map ID(s): 1575-19-4-21-035**

Lot 35, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2351 Feathergrass Lane, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 11th day of January, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04045425 04/30/2024 03:42 PM
RF: $18.00 DF: $80.43 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0830313-413

**Doc Fee:** $80.43

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of April, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Sherri Kae Nierste and Alexander Stephen Miller, as Joint Tenants**

whose legal address is **801 Promenade Drive, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Four Thousand Two Hundred Eighty And No/100 Dollars ($804,280.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612057**
**For Tax Map ID(s): 1575-19-4-21-006**

Lot 6, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120 and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **801 Promenade Drive, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 30th day of April, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires February 25, 2025

______________________________
Notary Public
My Commission Expires:

Unofficial Copy

04010906 06/14/2023 01:38 PM
RF: $18.00 DF: $72.42 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0818436

**Doc Fee:** $72.42

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this ~~8th~~ 13th day of June, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jianwen Li and Zhen Lin, as Joint Tenants**

whose legal address is **791 Promenade Drive, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Twenty-Four Thousand One Hundred Eighty-Five And No/100 Dollars ($724,185.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 2, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
> Assessor's Parcel No.: 157519331002
> Account No.: R0612011

also known by street and number as **791 Promenade Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 13th day of June, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company, General Partner

Witness my hand and official seal.

________________________________
Notary Public
My Commission Expires: 6/1/26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19864015019
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04031093 12/14/2023 09:25 AM
RF: $18.00 DF: $99.28 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0825674

**Doc Fee:** $99.28

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 11th day of December, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Brian Darnell Yost and Laura Suzanne Yost, as Joint Tenants**

whose legal address is **2350 Discovery Pkwy, Superior, CO 80027-8737**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Ninety-Two Thousand Eight Hundred Eight And No/100 Dollars ($992,808.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 30, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2350 Discovery Pkwy, Superior, CO 80027-8737**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:_______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 11th day of December, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

_______________________________
Notary Public
My Commission Expires: 2/25/2025

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04083152 04/14/2025 09:39 AM
RF: $18.00 DF: $68.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 132-25000121-TBI

**Doc Fee:** $68.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 9th day of April, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Mario Munoz and Ecaterina Angel, as Joint Tenants**

whose legal address is **2570 Josephine Way, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Eighty Thousand And No/100 Dollars ($680,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612227**
**For Tax Map ID(s): 1575-19-3-32-020**

Lot 20, Block 23, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751420, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2570 Josephine Way, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**GRANTOR:**

Toll Southwest, LLC, a Delaware limited liability company

BY: ______________________
Reginald Carveth, Division President

State of Colorado

}ss

County of Arapahoe

The foregoing instrument was acknowledged before me this 9 of April, 2025 by Reginald Carveth, Division President, Toll Southwest, LLC, a Delaware limited liability company, and acknowledged to me that he/she executed the same.

______________________

Witness my hand and official seal.
My Commission Expires: 1-23-28

(SEAL)

ELIZABETH L AVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires January 23, 2028

Unofficial Copy

04081256 03/31/2025 09:44 AM
RF: $18.00 DF: $80.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0842833

**Doc Fee:** $80.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 27th day of March, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Brian Farivar and Alyssa Manning, as Joint Tenants**

whose legal address is **681 Harness St, Erie, CO 80516-7079**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Ninety-Nine Thousand Nine Hundred Ninety-Five And No/100 Dollars ($799,995.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0616644**
**For Tax Map ID(s): 1465-24-0-37-048**

LOT 48, BLOCK 5, OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO.

also known by street and number as **681 Harness St, Erie, CO 80516-7079**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113 revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 22 day of May, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

____________________________
Notary Public
My Commission Expires:

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04081651 04/01/2025 03:42 PM
RF: $18.00 DF: $102.74 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

**Order No.:** HS0842223

**Doc Fee:** $102.74

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 31st day of March, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Wai Tsui and Xiao Xiao, as Joint Tenants**

whose legal address is **930 Promenade Dr, Superior, CO 80027-8744**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million Twenty-Seven Thousand Three Hundred Sixty-One And No/100 Dollars ($1,027,361.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612273**
**For Tax Map ID(s): 1575-19-4-27-018**

Lot 27, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction
recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **930 Promenade Dr, Superior, CO 80027-8744**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 31 day of March, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

____________________________
Notary Public
My Commission Expires: 10/4/26

KRISTINE M RYAN
Notary Public
State of Colorado
Notary ID 19934025731
My Commission Expires October 04, 2026

Unofficial Copy

04082431 04/07/2025 04:15 PM
RF: $18.00 DF: $94.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0843396

**Doc Fee:** $94.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 4th day of April, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Yingchun Cai and James Bullard, as Joint Tenants**

whose legal address is **965 Promenade Dr, Superior, CO 80027-8744**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Forty Thousand And No/100 Dollars ($940,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612105**
**For Tax Map ID(s): 1575-19-4-22-016**

Lot 16, Block 19, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **965 Promenade Dr, Superior, CO 80027-8744**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed set forth above.

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 4 day of April, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

____________________________________
Notary Public
My Commission Expires:

ELIZABETH L AVEDIS
Notary Public
State of Colorado
Notary ID 19914006798
My Commission Expires: January 23, 2028

04071203 12/23/2024 02:26 PM
RF: $18.00 DF: $107.80 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0839398

**Doc Fee:** $107.80

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 20th day of December, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jessica Miceli and Eric Miceli, as Joint Tenants**

whose legal address is **771 Promenade Dr, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million Seventy-Seven Thousand Nine Hundred Eighty-Three And No/100 Dollars ($1,077,983.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612291**
**For Tax Map ID(s): 1575-19-4-27-036**

Lot 45, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **912 Meridian Ln, Superior, CO 80027-8741**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this ___ day of ____________, 202_ by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

________________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04063610 10/15/2024 03:55 PM
RF: $18.00 DF: $83.60 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0835940

**Doc Fee:** $83.60

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 11th day of October, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jianxiang Qiao and Yang Ye, as Joint Tenants**

whose legal address is **860 Superior Dr, Superior, CO 80027-8752**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Thirty-Six Thousand Three And No/100 Dollars ($836,003.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612068**
**For Tax Map ID(s): 1575-19-4-21-017**

Lot 17, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyors Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **860 Superior Dr, Superior, CO 80027-8752**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this ___ day of ________________, 202_ by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

____________________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04074450 01/28/2025 08:56 AM
RF: $18.00 DF: $76.59 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0840721

**Doc Fee:** $76.59

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 27th day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Nima Y Sherpa and Nyima Tsering, as Joint Tenants**

whose legal address is **750 Josephine Way, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Sixty-Five Thousand Eight Hundred Seventy-One And No/100 Dollars ($765,871.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612183**
**For Tax Map ID(s): 1575-19-4-25-014**

Lot 14, Block 22, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **750 Josephine Way, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 27 day of January, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal

________________________________
Notary Public
My Commission Expires: 1-23-28

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04074513 01/28/2025 12:33 PM
RF: $18.00 DF: $112.60 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0840435

**Doc Fee:** $112.60

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 24th day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Derek Kidd and Beck Kidd, as Joint Tenants**

whose legal address is **850 Promenade Dr, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million One Hundred Twenty-Five Thousand Nine Hundred Eighty-Four And No/100 Dollars ($1,125,984.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612263**
**For Tax Map ID(s): 1575-19-4-27-008**

Lot 17, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **850 Promenade Dr, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 14 day of January, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

________________________________
Notary Public
My Commission Expires: 1-23-28

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04062650 10/07/2024 08:50 AM
RF: $18.00 DF: $74.49 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0836981

**Doc Fee:** $74.49

## SPECIAL WARRANTY DEED

**THIS DEED**, Made this 3rd day of October, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Hari Yalamanchili and Vineela Battini, as Joint Tenants**

whose legal address is **820 Superior Dr, Superior, CO 80027-8752**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Forty-Four Thousand Eight Hundred Sixty-One And No/100 Dollars ($744,861.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612064**
**For Tax Map ID(s): 1575-19-4-21-013**

Lot 13, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado

also known by street and number as **820 Superior Dr, Superior, CO 80027-8752**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 2nd day of ________________, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04074053 01/23/2025 08:24 AM
RF: $18.00 DF: $101.49 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0840219-413

**Doc Fee:** $101.49

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 22nd day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Robert A. VanAkkeren**

whose legal address is **715 Harness St, Erie, CO 80516**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million Fourteen Thousand Nine Hundred Five And No/100 Dollars ($1,014,905.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0616649**
**For Tax Map ID(s): 1465-24-0-37-053**

LOT 53, BLOCK 5, OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO.

also known by street and number as **715 Harness St, Erie, CO 80516**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 22 day of January, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires: 1-23-28

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04076189 02/13/2025 02:23 PM
RF: $18.00 DF: $84.50 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC Order No.: HS0841431

Doc Fee: $84.50

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 12th day of February, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jessica R Guitar, as Tenant in Severalty**

whose legal address is **958 Superior Dr, Superior, CO 80027-8745**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Forty-Five Thousand And No/100 Dollars ($845,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612103**
**For Tax Map ID(s): 1575-19-4-22-014**

Lot 14, Block 19, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03760478, County of Boulder, State of Colorado.

also known by street and number as **958 Superior Dr, Superior, CO 80027-8745**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 17th day of January, 2021 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

______________________________
Notary Public
My Commission Expires:

Unofficial Copy

04085227 04/29/2025 07:57 AM
RF: $18.00 DF: $93.50 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC Order No.: 132-25000219-TBI

Doc Fee: $93.50

# SPECIAL WARRANTY DEED

THIS DEED, Made this 28th day of April, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Wendy T. Wipper and David F. Wipper, as Joint Tenants**

whose legal address is **840 Promenade Dr, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Thirty-Five Thousand And No/100 Dollars ($935,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612261**
**For Tax Map ID(s): 1575-19-4-27-006**

Lot 15, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction
recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **840 Promenade Dr, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 21st day of April, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

________________________
Notary Public
My Commission Expires:

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006798
My Commission Expires: January 23, 2028

Unofficial Copy

04088631 05/22/2025 03:22 PM
RF: $18.00 DF: $69.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC Order No.: 132-25000240-TBI

Doc Fee: $69.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 21st day of May, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Ramses Chavarria and Brittani Johnson, as Joint Tenants**

whose legal address is **2527 Blue Grama** Ln, **Superior, CO 80027**

grantee(s);

**WITNESS,** That the grantor(s), for and in consideration of the sum of **Six Hundred Ninety Thousand And No/100 Dollars ($690,000.00),** the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612180**
**For Tax Map ID(s): 1575-19-4-25-011**

Lot 11, Block 22, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120 and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2527 Blue Grama Ln, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 21 day of May, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

____________________
Notary Public
My Commission Expires:

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04092824 06/26/2025 02:33 PM
RF: $18.00 DF: $93.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0846741

**Doc Fee:** $93.00

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 25th day of June, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Gregory Scott Turner and Renny Jay Turner, as Joint Tenants**

whose legal address is **950 Promenade Dr, Superior, CO 80027-8744**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Thirty Thousand And No/100 Dollars ($930,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612276**
**For Tax Map ID(s): 1575-19-4-27-021**

Lot 30, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **950 Promenade Dr, Superior, CO 80027-8744**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 25 day of June, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

ELIZABETH L AVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

______________________________
Notary Public
My Commission Expires:

Unofficial Copy

04092620 06/25/2025 01:49 PM
RF: $18.00 DF: $90.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0846482

**Doc Fee:** $90.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 24th day of June, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Monica Lynn Wilkinson and Bambi Lynn Ocmond, as Joint Tenants**

whose legal address is **959 Promenade Dr, Superior, CO 80027-8744**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Thousand And No/100 Dollars ($900,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s):** **R0612106**
**For Tax Map ID(s):** **1575-19-4-22-017**

Lot 17, Block 19, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado

also known by street and number as **959 Promenade Dr, Superior, CO 80027-8744**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 24 day of June, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

____________________
Notary Public
My Commission Expires:

Unofficial Copy

04041900 04/01/2024 03:42 PM
RF: $18.00 DF: $89.50 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0829200-413

**Doc Fee:** $89.50

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 28th day of March, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Stephen Johnstone, as Tenant in Severalty**

whose legal address is **815 Promenade Drive, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Ninety-Five Thousand Seven And No/100 Dollars ($895,007.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612054**
**For Tax Map ID(s): 1575-19-4-21-003**

Lot 3, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **815 Promenade Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 10 day of March, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal

________________________________
Notary Public
My Commission Expires:

Jennifer Moslowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04037649 02/26/2024 08:44 AM
RF: $18.00 DF: $72.50 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS082676

**Doc Fee:** $72.50

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 22nd day of February, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Thomas Sloan**

whose legal address is **2332 Blue Gramma Lane, Superior, CO 80027-8735**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Twenty-Four Thousand Nine Hundred Ninety-Five And No/100 Dollars ($724,995.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612042**
**For Tax Map ID(s): 1575-19-3-31-040**

Lot 33, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction
recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2332 Blue Gramma Lane, Superior, CO 80027-8735**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 22nd day of February, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company, General Partner

Witness my hand and official seal.

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

________________________________
Notary Public
My Commission Expires: 2/25/2025

Unofficial Copy

04061518 09/25/2024 01:47 PM
RF: $18.00 DF: $74.50 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0836419

**Doc Fee:** $74.50

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 24th day of September, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Maureen Elizabeth Masiulis, as Tenant in Severalty**

whose legal address is **798 Superior Dr, Superior, CO 80027-8739**

grantee(s);

**WITNESS,** That the grantor(s), for and in consideration of the sum of **Seven Hundred Forty-Four Thousand Nine Hundred Ninety-Five And No/100 Dollars ($744,995.00),** the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612036**
**For Tax Map ID(s): 1575-19-3-31-027**

Lot 27, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **798 Superior Dr, Superior, CO 80027-8739**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By: ______________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 24 day of September, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04069830 12/11/2024 08:13 AM
RF: $18.00 DF: $86.45 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0839107

**Doc Fee:** $86.45

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 9th day of December, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Lisa K Lowrey and Martin J Lowrey, as Joint Tenants**

whose legal address is **703 Harness St, Erie, CO 80516**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Sixty-Four Thousand Five Hundred Forty-One And No/100 Dollars ($864,541.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0616647**
**For Tax Map ID(s): 1465-24-0-37-051**

LOT 51, BLOCK 5 OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO

also known by street and number as **703 Harness St, Erie, CO 80516**

**TOGETHER** *with all and singular the hereditaments and appurtenances thereunto belonging, or in* anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** *the said premises above bargained and described, with the appurtenances,* unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

*The singular number shall include the plural, the plural the singular, and the use of any gender shall be* applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this ___ day of ___Dec___, 202_4_ by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires: 6/1/26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19954015019
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04063613 10/15/2024 03:59 PM
RF: $18.00 DF: $89.82 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0836458-413

**Doc Fee:** $89.82

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 11th day of October, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Patricia Bellac and Jonathan Kates, as Joint Tenants**

whose legal address is **830 Superior Dr, Superior, CO 80027-8752**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Ninety-Eight Thousand One Hundred Ninety-Two And No/100 Dollars ($898,192.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612065**
**For Tax Map ID(s): 1575-19-4-21-014**

Lot 14, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado

also known by street and number as **830 Superior Dr, Superior, CO 80027-8752**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

*The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.*

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this ____ day of ________________, 202__ by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19984015019
My Commission Expires: JUNE 01, 2026

____________________________________
Notary Public
My Commission Expires:

Unofficial Copy

04058709 08/29/2024 02:13 PM
RF: $18.00 DF: $82.90 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

Order No.: HS0835265

Doc Fee: $82.90

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 28th day of August, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**TAJ Property Two, LLC, a Missouri Limited Liability Company** Initial AJ Initial JJ

whose legal address is **115 Mason Ave, Webster Groves, MO 63119**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Twenty-Eight Thousand Nine Hundred Ninety-Five And No/100 Dollars ($828,995.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

For APN/Parcel ID(s): R0612060
For Tax Map ID(s): 1575-19-4-21-009

Lot 9, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recordedNovember 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2355 Discovery Parkway, Superior, CO 80027-8747**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 28 day of August, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

________________________________
Notary Public
My Commission Expires:

Katarina Davis
Notary Public
State of Colorado
Notary ID 20224020721
My Commission Expires: May 24, 2026

Unofficial Copy

04073059 01/13/2025 01:31 PM
RF: $18.00 DF: $68.36 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0839716

**Doc Fee:** $68.36

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 10th day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Radhika Hendre and Swapnil Sudhir Hendre, as Joint Tenants**

whose legal address is **676 Saddle Dr, Erie, CO 80516**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Eighty-Three Thousand Six Hundred Thirty-Six And No/100 Dollars ($683,636.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0616602**
**For Tax Map ID(s): 1465-24-0-37-006**

LOT 6, BLOCK 5 OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO.

also known by street and number as **676 Saddle Dr, Erie, CO 80516**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 10 day of January, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04074816 01/30/2025 02:51 PM
RF: $18.00 DF: $73.21 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0836108

**Doc Fee:** $73.21

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 29th day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Ajay Malhotra and Namrata Verma, as Joint Tenants**

whose legal address is **790 Josephine Way, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Thirty-Two Thousand Eighty And No/100 Dollars ($732,080.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612187**
**For Tax Map ID(s): 1575-19-4-25-018**

Lot 18, Block 22, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **790 Josephine Way, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF**, **the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 29 day of January, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

________________________________________
Notary Public
My Commission Expires:

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04073907 01/22/2025 10:02 AM
RF: $18.00 DF: $81.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0840158-413

**Doc Fee:** $81.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 21st day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Lori A Slagel and David J Slagel, as Joint Tenants**

whose legal address is **6996 Corazon Drive, Dublin, OH 43016**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Ten Thousand And No/100 Dollars ($810,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): 1465-24-0-37-0532**
**For Tax Map ID(s): R0616648**

LOT 52, BLOCK 5, OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO.

also known by street and number as **709 Harness St, Erie, CO 80516**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 21 day of Jan 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________
Notary Public
My Commission Expires: 6/1/26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19984015019
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04055553 07/31/2024 01:50 PM
RF: $18.00 DF: $94.03 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0833206

**Doc Fee:** $94.03

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 30th day of July, 2024, between

**Toll Southwest LLC, a Delaware limited liability company**

grantor(s), and

**Michael R Williamson, as Tenant in Sevealty**

whose legal address is **818 Promenade Drive, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Forty Thousand Two Hundred Seventy And No/100 Dollars ($940,270.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612256**
**For Tax Map ID(s): 1575-19-4-27-001**

Lot 10, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **818 Promenade Drive, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF,** **the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 30th day of July, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04092783 06/26/2025 11:47 AM
RF: $18.00 DF: $92.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0846936

**Doc Fee:** $92.00

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 25th day of June, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Hunter H Barry, as Tenant in Severalty**

whose legal address is **920 Promenade Dr, Superior, CO 80027-8744**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Twenty Thousand And No/100 Dollars ($920,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612271**
**For Tax Map ID(s): 1575-19-4-27-016**

Lot 25, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction
recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **920 Promenade Dr, Superior, CO 80027-8744**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 25 day of June, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

KRISTINE M RYAN
Notary Public
State of Colorado
Notary ID 19984025731
My Commission Expires: October 04, 2025

Unofficial Copy

04089694 06/02/2025 02:31 PM
RF: $18.00 DF: $68.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0845387

**Doc Fee:** $68.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 30th day of May, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**John Lerchen, as Tenant in Severalty**

whose legal address is **2510 Josephine Way, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Eighty Thousand And No/100 Dollars ($680,000.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612221**
**For Tax Map ID(s): 1575-19-3-32-014**

Lot 14, Block 23, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2510 Josephine Way, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 30 day of May, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

____________________________________
Notary Public
My Commission Expires:

ELIZABETH L AVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04081361 03/31/2025 10:43 AM
RF: $18.00 DF: $69.14 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

**Order No.:** HS0839998

**Doc Fee:** $69.14

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 28th day of March, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Xiaoxia Duan and Qixuan Zhong, as Joint Tenants**

whose legal address is **2537 Blue Grama Ln, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Ninety-One Thousand Three Hundred Fifty-Five And No/100 Dollars ($691,355.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): 157519425012**
**For Tax Map ID(s): R0612181**

Lot 12, Block 22, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2537 Blue Grama Ln, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 28 day of Mar, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

________________________________________
Notary Public
My Commission Expires:

ELIZABETH L AVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04078892 03/10/2025 12:09 PM
RF: $18.00 DF: $72.64 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0841511

**Doc Fee:** $72.64

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 6th day of March, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jennifer Haynes and Heath Haynes, as Joint Tenants**

whose legal address is **2525 Josephine Way, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Twenty-Six Thousand Four Hundred Two And No/100 Dollars ($726,402.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612176**
**For Tax Map ID(s): 1575-19-4-25-007**

Lot 7, Block 22, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyors Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2525 Josephine Way, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:________________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 6 day of March, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

________________________________
Notary Public
My Commission Expires:

ELIZABETH L AVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04079621 03/17/2025 09:40 AM
RF: $18.00 DF: $94.01 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0842678

**Doc Fee:** $94.01

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 14th day of March, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Lee R. Steur, as Tenant in Severalty**

whose legal address is **928 Promenade Drive, Superior, CO 80027-8744**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Forty Thousand Seventy-Nine And No/100 Dollars ($940,079.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612272**
**For Tax Map ID(s): 1575-19-4-27-017**

Lot 26, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **928 Promenade Drive, Superior, CO 80027-8744**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 14th day of March, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________
Notary Public
My Commission Expires:

ELIZABETH L AVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04074371 01/27/2025 12:34 PM
RF: $18.00 DF: $99.68 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0839894-413

**Doc Fee:** $99.68

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 24th day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Sivakumar Thangavelu and Kiruthika Shanmugham, as Joint Tenants**

whose legal address is **870 Promenade Dr, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Ninety-Six Thousand Seven Hundred Fifty-Seven And No/100 Dollars ($996,757.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612266**
**For Tax Map ID(s): 1575-19-4-27-011**

Lot 20, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **870 Promenade Dr, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 24th day of January, 2025 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal

______________________________
Notary Public
My Commission Expires: 1-23-28

ELIZABETH LAVEDIS
Notary Public
State of Colorado
Notary ID 19914006796
My Commission Expires: January 23, 2028

Unofficial Copy

04072984 01/13/2025 09:50 AM
RF: $18.00 DF: $95.65 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0836107

**Doc Fee:** $95.65

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 10th day of January, 2025, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Kathleen Ann Pete and Justin Charles Pete, as Joint Tenants**

whose legal address is **848 Promenade Dr, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Fifty-Six Thousand Five Hundred Forty-Four And No/100 Dollars ($956,544.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s):** **R0612262**
**For Tax Map ID(s):** **1575-19-4-27-007**

Lot 16, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **848 Promenade Dr, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 10th day of January, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04072113 01/02/2025 02:29 PM
RF: $18.00 DF: $69.00 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0839347

**Doc Fee:** $69.00

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this ~~30th~~ 31st day of December, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Melissa Monday, as Tenant in Severalty**

whose legal address is **658 Saddle Dr, Erie, CO 80516**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Eighty-Nine Thousand Nine Hundred Ninety-Five And No/100 Dollars ($689,995.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0616605**
**For Tax Map ID(s): 1465-24-0-37-009**

LOT 9, BLOCK 5 OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO.

also known by street and number as **658 Saddle Dr, Erie, CO 80516**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:__________________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 31st day of
December, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

__________________________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

04070889 12/19/2024 10:39 AM
RF: $18.00 DF: $91.82 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0839249

**Doc Fee:** $91.82

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 18th day of December, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jonathan R. Lange and Shawna Henry-Lange, Trustees of the Lange Trust dated March 9, 2020,and any amendments thereto**

whose legal address is **7930 Dover Street**, Arvada, Co 80005 RC

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Eighteen Thousand One Hundred Ninety-Eight And No/100 Dollars ($918,198.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0616621**
**For Tax Map ID(s): 1465-24-0-37-025**

LOT 25, BLOCK 5 OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO.

also known by street and number as **696 Belay St, Erie, CO 80516**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing Instrument was acknowledged before me this 10 day of December, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

____________________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: Feb...

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04067541 11/18/2024 02:04 PM
RF: $18.00 DF: $110.78 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0836934-413

**Doc Fee:** $110.78

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 15th day of November, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Michael Sean Rogers and Karen L Oppenheimer, as Joint Tenants**

whose legal address is **852 Meridian Ln, Superior, CO 80027-8750**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million One Hundred Seven Thousand Eight Hundred Forty-Five And No/100 Dollars ($1,107,845.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612292**
**For Tax Map ID(s): 1575-19-4-27-037**

Lot 46, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado

also known by street and number as **852 Meridian Ln, Superior, CO 80027-8750**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this ___ day of March, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04061104 09/23/2024 10:49 AM
RF: $18.00 DF: $84.80 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0836694

**Doc Fee:** $84.80

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 20th day of September, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Eloy Yanez, as Tenant in Severalty**

whose legal address is **810 Superior Dr, Superior, CO 80027-8752**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Forty-Eight Thousand Thirty-Nine And No/100 Dollars ($848,039.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612063**
**For Tax Map ID(s): 1575-19-4-21-012**

Lot 12, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **810 Superior Dr, Superior, CO 80027-8752**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

***IN WITNESS WHEREOF*, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 20 day of September, 2024 by Reginald E. Carveth, as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04060278 09/16/2024 09:45 AM
RF: $18.00 DF: $86.63 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

**Order No.:** HS0835640

**Doc Fee:** $86.63

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 11th day of September, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**James Foster, as Tenant In Severalty**

whose legal address is **2341 Junegrass Ln, Superior, CO 80027-8749**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Sixty-Six Thousand Two Hundred Eighty-Six And No/100 Dollars ($866,286.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612073**
**For Tax Map ID(s): 1575-19-4-21-022**

Lot 22, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2341 Junegrass Ln, Superior, CO 80027-8749**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By: ______________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 12 day of Sept, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________
Notary Public
My Commission Expires: 6-1-26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 1998[illegible]
My Commission Expires: JUNE 01, 2026

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 1998[illegible]
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04058903 09/03/2024 11:02 AM
RF: $18.00 DF: $68.87 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

Order No.: HS0834805

Doc Fee: $68.87

# SPECIAL WARRANTY DEED

THIS DEED, Made this 29th day of August, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Alan Goodman, as Tenant in Severalty**

whose legal address is **840 Superior Drive, Superior, CO 80027-8752**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Eighty-Eight Thousand Seven Hundred Forty-Two And No/100 Dollars ($688,742.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612066**
**For Tax Map ID(s): 1575-19-4-21-015**

Lot 15, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **840 Superior Drive, Superior, CO 80027-8752**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 27 day of August, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________

Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04065209 10/28/2024 02:53 PM
RF: $18.00 DF: $87.50 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0836933

**Doc Fee:** $87.50

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 25th day of October, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Michael Beckwith and Amanda Amundson, as Joint Tenants**

whose legal address is **693 Harness St, Erie, CO 80516**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Seventy-Four Thousand Nine Hundred Ninety-Five And No/100 Dollars ($874,995.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0616646**
**For Tax Map ID(s): 1465-24-0-37-050**

LOT 50, BLK 5, OF THE ERIE FOUR CORNERS SUBDIVISION FILING NO. 1 RECORDED AUGUST 24, 2022, AT RECEPTION NO. 03978307 IN THE OFFICIAL RECORDS OF THE CLERK AND RECORDER, COUNTY OF BOULDER, STATE OF COLORADO

also known by street and number as **693 Harness St, Erie, CO 80516**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________

Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 22 day of Oct, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________

Notary Public
My Commission Expires: 6-1-26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19904015019
My Commission Expires: JUNE 01, 2026

Unofficial Copy

03987133 10/31/2022 11:44 AM
RF: $18.00 DF: $78.56 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0808100

**Doc Fee:** $78.56

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 28th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Elizabeth Barnett, Trustee, or her successors in interest, of the Elizabeth Barnett Revocable Living Trust Dated November 15, 2021, and any amendments thereto**

whose legal address is **731 Promenade Drive, Superior, CO 80027**

grantee(s):

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Eighty-Five Thousand Six Hundred Fifteen And No/100 Dollars ($785,615.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 8, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
> Assessor's Parcel No.:157519331008

also known by street and number as **731 Promenade Drive, Superior, CO 80027**

**TOGETHER** with all and singular, the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

**Name:** Reginald E. Carveth
**Title:** Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 28th day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________

Notary Public
My Commission Expires:

REBECCA SCHNEIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19984006981
MY COMMISSION EXPIRES 06/27/2025

Unofficial Copy

03983593 10/03/2022 08:35 AM
RF: $23.00 DF: $93.75 Page: 1 of 3
Electronically recorded in Boulder County Colorado. Recorded as received.

**Order No.:** HS0806286

**Doc Fee:** $93.75

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 29th day of September, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Joongyn Shin and Junghee Kang, as Joint Tenants**

whose legal address is **740 Promenade Drive, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Thirty-Seven Thousand Five Hundred Forty-Five And No/100 Dollars ($937,545.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

also known by street and number as **740 Promenade Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 29 day of September 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011006
My Commission Expires April 20, 2026

Unofficial Copy

# EXHIBIT "A"

Legal Description

Lot 9, Block 16, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
Assessor's Parcel No.: 157519330009
Account No.: R0612000

Unofficial Copy

03987028 10/31/2022 08:18 AM
RF: $18.00 DF: $91.93 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0808030

**Doc Fee:** $91.93

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 27th day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Sanaz Zakeri and Mahdi Salavatian, as Joint Tenants**

whose legal address is **919 Stagecoach Drive, Lafayette, CO 80026**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Nine Hundred Nineteen Thousand Two Hundred Sixty-Five And No/100 Dollars ($919,265.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 10, Block 16, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
> Assessor's Parcel No.: 157519330010
> Acct No.: R0612001

also known by street and number as **750 Promenade Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________

Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 27 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011006
My Commission Expires: April 20, 2026

Unofficial Copy

04027506 11/06/2023 03:29 PM
RF: $18.00 DF: $88.98 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0824438

**Doc Fee:** $88.98

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 3rd day of November, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Andrew Brendan Scott and Mar P Gutierrez Navarro, as Joint Tenants**

whose legal address is **760 Superior Drive, Superior, CO 80027-8739**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Eight Hundred Eighty-Nine Thousand Eight Hundred Forty-Two And No/100 Dollars ($889,842.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612032**
**For Tax Map ID(s): 1575-19-3-31-023**

Lot 23, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
Assessor's Parcel No.: 157519331023

also known by street and number as **760 Superior Drive, Superior, CO 80027-8739**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:____________________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 2nd day of November, 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

____________________________________
Notary Public
My Commission Expires: 2/25/2025

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

03987498 11/02/2022 10:33 AM
RF: $18.00 DF: $111.81 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0808086

**Doc Fee:** $111.81

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 31st day of October, 2022, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Kanay Investments LLC**

whose legal address is **17805 North 92nd Street, Scottsdale, AZ 85255**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million One Hundred Eighteen Thousand One Hundred Forty-Two And No/100 Dollars ($1,118,142.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): 157519333003**
**For Tax Map ID(s): R0612249**

Lot 3, Block 24, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **730 Discovery Parkway, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 31 day of October 2022 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 4/20/26

PATTY CHAVEZ
Notary Public
State of Colorado
Notary ID 19984011005
My Commission Expires: April 20, 2026

Unofficial Copy

03995052 01/19/2023 02:39 PM
RF: $18.00 DF: $76.02 Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0811651

**Doc Fee:** $76.02

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 18th day of January, 2023, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Jessie Li, as Tenant in Severalty**

whose legal address is **2345 Central Park Way, Superior, CO 80027**

grantee(s);

**WITNESS,** That the grantor(s), for and in consideration of the sum of **Seven Hundred Sixty Thousand One Hundred Fifty-Seven And No/100 Dollars ($760,157.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

Lot 14, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
Assessor's Parcel No.: 157519331014
Account No.: R0612023

also known by street and number as **2345 Central Park Way, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 18 day of Jan 2023 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires: 6-1-26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19984015014
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04038561 03/05/2024 01:18 PM
RF: $18.00 DF: $72.84 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** HS0828683

**Doc Fee:** $72.84

# SPECIAL WARRANTY DEED

**THIS DEED,** Made this 1st day of March, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Yingli Lou and Jizhao Zang, as Joint Tenants**

whose legal address is **825 Promenade Drive, Superior, CO 80027**

grantee(s);

**WITNESS,** That the grantor(s), for and in consideration of the sum of **Seven Hundred Twenty-Eight Thousand Four Hundred Thirty-Six And No/100 Dollars ($728,436.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612052**
**For Tax Map ID(s): 1575-19-4-21-001**

Lot 1, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **825 Promenade Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By: ______________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 1st day of March, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________
Notary Public
My Commission Expires: 2/25/2025

Jennifer Mosbowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04051853 06/27/2024 12:56 PM
RF: $18.00 DF: $107.05 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

Order No.: HS0833207

**Doc Fee:** $107.05

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 26th day of June, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Hayoung Jung and Heejeong Lee, as Joint Tenants**

whose legal address is **929 Promenade Drive, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **One Million Seventy Thousand Five Hundred Two And No/100 Dollars ($1,070,502.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 23, Block 19, Superior Residential Filing No. 18 Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado

also known by street and number as **929 Promenade Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 24 day of June, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires: 6-1-26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19964015019
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04045789 05/06/2024 09:02 AM
RF: $18.00 DF: Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

**Order No.:** 200-HS0830800-413

**Doc Fee:** $79.57

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 2nd day of May, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Oulin Yao, as Tenant in Severalty**

whose legal address is **811 Promenade Drive, Superior, CO 80027-8751**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Ninety-Five Thousand Six Hundred Sixty-Two And No/100 Dollars ($795,662.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612055**
**For Tax Map ID(s): 1575-19-4-21-004**

Lot 4, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **811 Promenade Drive, Superior, CO 80027-8751**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO )ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 2nd day of May, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

Witness my hand and official seal.

______________________________
Notary Public
My Commission Expires: 6-1-26

CYNDI SCHOBINGER
Notary Public
State of Colorado
Notary ID 19984015019
My Commission Expires: JUNE 01, 2026

Unofficial Copy

04048687 05/29/2024 12:52 PM
RF: $18.00 DF: $71.98 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

HTC **Order No.:** 200-HS0831525-413

**Doc Fee:** $71.98

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this 23rd day of May, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Craig Kemper and Karl Kemper, as Joint Tenants**

whose legal address is **2390 Feathergrass Lane, Superior, CO 80027-8748**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Seven Hundred Nineteen Thousand Eight Hundred Forty And No/100 Dollars ($719,840.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

**For APN/Parcel ID(s): R0612082**
**For Tax Map ID(s): 1575-19-4-21-031**

Lot 31, Block 18, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded
November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction
recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.

also known by street and number as **2390 Feathergrass Lane, Superior, CO 80027-8748**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll Southwest LLC,
a Delaware limited liability company General Partner

By: ______________________________
Name: Reginald E. Carveth
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 23rd day of May 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company General Partner

______________________________
Notary Public
My Commission Expires:

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

04034990 01/29/2024 11:42 AM
RF: $18.00 DF: $66.46 Page 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

DocuSign Envelope ID: 22402F1B-0FC7-4247-B69F-061C7F2F55C8

HTC **Order No.:** 200-HS0818793-413

**Doc Fee:** $66.46

# SPECIAL WARRANTY DEED

**THIS DEED**, Made this ~~24th~~ 25th day of January, 2024, between

**Toll Southwest, LLC, a Delaware limited liability company**

grantor(s), and

**Ling Lin , as Tenant in Severalty**

whose legal address is **780 Superior Drive, Superior, CO 80027**

grantee(s);

**WITNESS**, That the grantor(s), for and in consideration of the sum of **Six Hundred Sixty-Four Thousand Six Hundred Thirty-Six And No/100 Dollars ($664,636.00)**, the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), their heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of Boulder, State of COLORADO, described as follows:

> Lot 25, Block 17, Superior Residential Filing No. 1B Replat No. 6 Final Plat, according to the Plat recorded November 25, 2019 under Reception No. 03751120, and as amended by Surveyor's Affidavit of Correction recorded January 30, 2020 under Reception No. 03763478, County of Boulder, State of Colorado.
> Assessor's Parcel No.: 157519331025
> Account No.: R0612034

also known by street and number as **780 Superior Drive, Superior, CO 80027**

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor(s), either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances except for taxes for the current year, a lien but not yet due and payable, subject to statutory exceptions as defined in CRS 38-30-113, revised.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the grantee(s), their heirs, and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will **WARRANT AND FOREVER DEFEND** the above bargained premises in the quiet and peaceable possession of the grantee(s), their heirs ~~and assigns~~, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF**, the grantor(s) has executed this deed on the date set forth above.

**GRANTOR:**

Unofficial Copy

**IN WITNESS WHEREOF, the Grantor has executed this deed set forth above.**

BY: Toll Southwest LLC, a Delaware limited liability company
General Partner

By:______________________
Name :Reginald E. Carveth
Title : Division President

STATE OF COLORADO }ss:
COUNTY OF Arapahoe

The foregoing instrument was acknowledged before me this 25th day of January, 2024 by Reginald E. Carveth as Division President of Toll Southwest LLC, a Delaware limited liability company
General Partner

Witness my hand and official seal.

______________________
Notary Public
My Commission Expires: 2/25/2025

Jennifer Mostowy
Notary Public
State of Colorado
Notary ID 20214007764
My Commission Expires: February 25, 2025

Unofficial Copy

# Exhibit 205

2017014295 SWD 12/14/2017 04:17 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $48.85
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **December 11, 2017**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Sherry L. Domenie Revocable Trust dated May 9, 2012 and Restated June 12, 2015** (whether one, or more than one), the "Grantee," whose legal address is **15695 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $48.85**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FOUR HUNDRED EIGHTY-EIGHT THOUSAND FOUR HUNDRED EIGHTY-THREE AND NO/100** Dollars **($488,483.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County **of Broomfield** and **State of Colorado**, described as follows:

LOT 340 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15695 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-022**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 11, 2017 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2017015328 SWD 12/15/2017 02:34 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $60.13
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **December 11, 2017**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Alan Gross and Nancy Gross, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15610 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $60.13**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED ONE THOUSAND TWO HUNDRED EIGHTY-FOUR AND NO/100** Dollars **($601,284.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 346 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15610 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-031**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 11, 2017 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2017016336 SWD 12/15/2017 02:35 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $62.19
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **December 11, 2017**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Joanne O'Neill and Nelson Goldhammer, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15727 Bison Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $62.19**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED NINE AND NO/100** Dollars **($621,909.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 325 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15727 Bison Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-041**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner

Official Copy

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 11, 2017 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2017015946 SWD 12/28/2017 04:03 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $135.98
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **December 27, 2017**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania, and Robert B Fisher, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15649 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $135.98**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION THREE HUNDRED FIFTY-NINE THOUSAND EIGHT HUNDRED THIRTY-SEVEN AND NO/100** Dollars (**$1,359,837.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 283 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15649 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-34-008**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.



Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Reginald E. Carveth as Division Assistant Vice President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 27th of December 2017 by Reginald E. Carveth as Division Assistant Vice President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

[redacted]
Notary Public
My Commission Expires: June 28th 2021

ERIK T. ISAACSON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174026395
MY COMMISSION EXPIRES 6-28-2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Unofficial Copy

2018000403 SWD 01/11/2018 01:10 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $66.80
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **December 11, 2017**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Jeffrey N Wall and Katie M Arguello, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15687 Bison Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $66.80**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED SIXTY-EIGHT THOUSAND FIVE AND NO/100** Dollars **($668,005.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 321 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15687 Bison Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-037**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee, and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner
(Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 11, 2017 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000457 SWD 01/12/2018 03:37 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $69.25
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 8, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Michael D Lahey and Kathryn L McMullan, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15697 Bison Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $69.25**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED NINETY-TWO THOUSAND FIVE HUNDRED THIRTY-FOUR AND NO/100** Dollars **($692,534.00),** the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 322 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15697 Bison Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-038**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 8 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/30/2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000466 SWD 01/12/2018 03:51 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $85.06
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 8, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Constance J Moramarco and Jon Moramarco, as Trustees of the 2004 Moramarco Family Trust** (whether one, or more than one), the "Grantee," whose legal address is **15718 Bison Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $85.06**

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED FIFTY THOUSAND SIX HUNDRED TWENTY-FOUR AND NO/100** Dollars **($850,624.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 314 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15718 Bison Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-002**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 8 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/30/2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000641 SWD 01/18/2018 02:40 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $50.29
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 8, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Harold Schoen and Lynne Schoen, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4853 Fishers Peak Dr, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee** $50.29

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED TWO THOUSAND EIGHT HUNDRED FIFTY-FOUR AND NO/100** Dollars (**$502,854.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 386 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4853 Fishers Peak Dr, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-005**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO

Official Copy

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 8 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/30/2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000737 SWD 01/22/2018 04:25 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $86.69
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 8, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Thomas J. Romanello, Jr., Trustee of the Thomas J. Romanello Living Trust dated December 17, 2010, and any amendments thereto** (whether one, or more than one), the "Grantee," whose legal address is **15666 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $86.69**

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED SIXTY-SIX THOUSAND NINE HUNDRED THIRTY-FIVE AND NO/100** Dollars **($866,935.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 365 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15666 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-34-022**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

Official

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 8 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000762 SWD 01/23/2018 12:21 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $63.12
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 8, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ronald G. Pestine and Maureen D. Pestine, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4824 Sleepy Cat Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee** $63.12

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED THIRTY-ONE THOUSAND ONE HUNDRED FIFTY-EIGHT AND NO/100** Dollars (**$631,158.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 376 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4824 Sleepy Cat Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-009**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee, and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 8 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll CO GP Corp, a Colorado Corporation as General Partner.

[redacted]
Notary Public
My Commission Expires: 11/30/2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000772 SWD 01/23/2018 01:59 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $62.81
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 8, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **James R Phee and Susan Phee, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4884 Sleepy Cat Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $62.81**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED TWENTY-EIGHT THOUSAND EIGHTY-FOUR AND NO/100** Dollars **($628,084.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 373 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4884 Sleepy Cat Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-012**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 8 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll CO GP Corp, a Colorado Corporation as General Partner.

[redacted]

Notary Public
My Commission Expires: 11/30/2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000910 SWD 01/25/2018 03:29 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $91.89
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 22, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Deborah J. Vigna, as Trustee of the Deborah J. Vigna Declaration of Trust dated February 14, 2008** (whether one, or more than one), the "Grantee," whose legal address is **15639 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee** $91.89

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED EIGHTEEN THOUSAND NINE HUNDRED THIRTY-TWO AND NO/100** Dollars **($918,932.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 361 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15639 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-34-018**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,

Official Copy

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11-30-2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000916 SWD 01/25/2018 04:03 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $59.19
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 22, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Mary Jane Bogoger, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15676 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $59.19**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED NINETY-ONE THOUSAND EIGHT HUNDRED SIXTY-SEVEN AND NO/100** Dollars (**$591,867.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 333 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15676 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-032**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11-30-2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018000969 SWD 01/26/2018 02:06 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $57.52
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 22, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **J Diane Silver and Ann L Foster, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15717 Bison Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee** $57.52

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED SEVENTY-FIVE THOUSAND ONE HUNDRED NINETY-THREE AND NO/100** Dollars (**$575,193.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and **State of Colorado**, described as follows:

LOT 324 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15717 Bison Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-040**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11-30-2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001069 SWD 01/30/2018 01:58 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $71.40
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 22, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Rebecca E Culbertson, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15700 Columbus Mountain Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $71.40**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED FOURTEEN THOUSAND AND NO/100** Dollars **($714,000.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 188 OF ANTHEM FILING NO. 22, REPLAT "A" RECORDED MAY 29, 2014 AS RECEPTION NO. 2014004581, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15700 Columbus Mountain Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-12-015**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11-30-2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049146
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001096 SWD 01/31/2018 09:56 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $58.64
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 22, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Jay G. Manor and Susan E. Manor, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15705 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $58.64**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED EIGHTY-SIX THOUSAND FOUR HUNDRED FORTY-EIGHT AND NO/100** Dollars **($586,448.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 341 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15705 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-023**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee, and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11-30-2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001173 SWD 02/01/2018 02:24 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $75.81
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 8, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Joyce Budd and Sydnee M. Nelson and Taylor J. Nelson, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4567 Rio Grande Place, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $75.81**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED FIFTY-EIGHT THOUSAND SEVENTY-FOUR AND NO/100** Dollars **($758,074.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 219 OF ANTHEM FILING NO. 22, REPLAT "A" RECORDED MAY 29, 2014 AS RECEPTION NO. 2014004581, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4567 Rio Grande Place, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-14-005**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

Official Copy

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 31, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004299 SWD 02/05/2018 12:49 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $68.12
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 2, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Lynne W. Allen, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15677 Bison Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $68.12**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED EIGHTY-ONE THOUSAND TWO HUNDRED SEVEN AND NO/100** Dollars (**$681,207.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 320 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15677 Bison Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-036**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

Official Copy

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this FEB 2, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001389 SWD 02/06/2018 04:12 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $60.34
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 22, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Michael R. Rader or Nancy Rader, Trustees under the Rader Family Living Trust dated December 1, 2015, as amended** (whether one, or more than one), the "Grantee," whose legal address is **15685 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $60.34**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED THREE THOUSAND FOUR HUNDRED FOURTEEN AND NO/100** Dollars **($603,414.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 339 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15685 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-021**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 22 January 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11-30-2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001422 SWD 02/08/2018 10:33 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $60.13
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Scott D. Shepherd and Odette F. Shepherd, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15686 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $60.13**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED ONE THOUSAND TWO HUNDRED EIGHTY-NINE AND NO/100** Dollars **($601,289.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 332 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15686 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-031**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 Febraury 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001661 SWD 02/15/2018 11:21 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $107.32
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Dawn Roberts and Michael Roberts, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15651 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $107.32**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION SEVENTY-THREE THOUSAND ONE HUNDRED SEVENTY-FOUR AND NO/100** Dollars (**$1,073,174.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 282 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15651 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-34-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 Febraury 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001675 SWD 02/15/2018 12:38 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $55.30
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Harry Jones, II and Kimberly Charlotte Krull, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4760 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $55.30**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED FIFTY-THREE THOUSAND FOUR AND NO/100** Dollars **($553,004.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 256 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4760 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-013**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 Febraury 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11. 30. 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001691 SWD 02/15/2018 03:09 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $76.38
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Michael G. Carpenter and Sherida L. Carpenter, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15837 Fishers Peak Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $76.38**

**WITNESS**, that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED SIXTY-THREE THOUSAND EIGHT HUNDRED EIGHT AND NO/100** Dollars (**$763,808.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 304 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15837 Fishers Peak Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-30-006**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 Febraury 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11. 30. 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001719 SWD 02/16/2018 10:48 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $60.36
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **David M. Walba and Cassandra Geneson** (whether one, or more than one), the "Grantee," whose legal address is **4844 Sleepy Cat Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $60.36**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED THREE THOUSAND SIX HUNDRED ONE AND NO/100** Dollars **($603,601.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 375 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4844 Sleepy Cat Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-010**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 Febraury 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001755 SWD 02/20/2018 08:07 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $52.27
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **John Henjum, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **4833 Fishers Peak Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee** $52.27

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED TWENTY-TWO THOUSAND SEVEN HUNDRED TWENTY-THREE AND NO/100** Dollars (**$522,723.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 385 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4833 Fishers Peak Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-004**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 February 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001757 SWD 02/20/2018 08:08 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $64.98
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Don W. Gunhus and, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **4547 Rio Grande Place, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $64.98**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED FORTY-NINE THOUSAND SEVEN HUNDRED FIFTY-FOUR AND NO/100** Dollars (**$649,754.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 218 OF ANTHEM FILING NO. 22, REPLAT "A" RECORDED MAY 29, 2014 AS RECEPTION NO. 2014004581, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4547 Rio Grande Place, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-14-004**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 February 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11. 30. 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001786 SWD 02/20/2018 01:58 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $65.85
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Deborah Lynn Gleeson and David Ronald Gleeson, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4864 Sleepy Cat Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee** $65.85

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED FIFTY-EIGHT THOUSAND FIVE HUNDRED EIGHT AND NO/100** Dollars (**$658,508.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 374 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4864 Sleepy Cat Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-011**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 Feb 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001378 SWD 02/22/2018 01:07 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $70.38
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **John M. Forester, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15807 Fishers Peak Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $70.38**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED THREE THOUSAND EIGHT HUNDRED TWENTY-SEVEN AND NO/100** Dollars **($703,827.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 301 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15807 Fishers Peak Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-30-009**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this19 Feb 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018001919 SWD 02/23/2018 11:10 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $56.03
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **William B. Dodds and Connie James, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4680 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee** $56.03

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED SIXTY THOUSAND TWO HUNDRED SEVENTY-FOUR AND NO/100** Dollars **($560,274.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 252 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4680 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-009**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee, and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this19 Feb 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002398 SWD 03/07/2018 01:40 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $101.46
City and County of Broomfield

2663 Monocacy Ford Rd.
Frederick, MD 21701

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **February 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ernest W. Angell, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15805 Diamond Point, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $101.46**

**WITNESS**, that the Grantor, for and in consideration of the sum of **ONE MILLION FOURTEEN THOUSAND FIVE HUNDRED NINETY-THREE AND NO/100** Dollars (**$1,014,593.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 291 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15805 Diamond Point, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-023**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, ***but not any adjoining vacated street or alley***, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this19 Feb 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11.30.2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002499 SWD 03/09/2018 03:08 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $51.58
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **5 March 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Carol Moore Ferguson, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **4740 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $51.58**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED FIFTEEN THOUSAND SEVEN HUNDRED SIXTY-TWO AND NO/100** Dollars **($515,762.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 255 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4740 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-012**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this March 5th, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002507 SWD 03/09/2018 04:46 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $58.49
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 5, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Howard C. Goldberg and Ellen R. Goldberg, Trustees, of the Howard and Ellen Goldberg Living Trust dated September 16, 2016, and any amendments thereto,** (whether one, or more than one), the "Grantee," whose legal address is **4660 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $58.49**

**WITNESS**, that the Grantor, for and in consideration of the sum of **FIVE HUNDRED EIGHTY-FOUR THOUSAND EIGHT HUNDRED SEVENTY-FIVE AND NO/100** Dollars (**$584,875.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 251 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4660 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-008**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 5 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002651 SWD 03/14/2018 03:38 PM
Total Pages: 1 Rec Fee: $13.00 Doc Fee: $57.40
City and County of Broomfield

2

**Doc Fee: $57.40**

# SPECIAL WARRANTY DEED

**This Deed, made March** 15 **, 2018**
**Between Toll CO II, L.P., a Colorado limited partnership**, of the County **Montgomery**, State of **Pennsylvania**, grantor(s) and **Mary L. Broeker Declaration of Trust and Trust Agreement, a Tenant in Severalty**, whose legal address is **120 Grand Victorian Place, Washington, IL 61571 County of________________, and State of Illinois, grantee(s)**

**WITNESSETH,** That the grantor(s), for and in the consideration of the sum of FIVE HUNDRED SEVENTY-FOUR THOUSAND SEVEN DOLLARS AND NO/100'S (**$574,007.00**) the receipt and sufficiency of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm, unto the grantee(s), his heirs and assigns forever, all the real property together with improvements, if any, situate, lying and being in the County of **Broomfield**, State of **COLORADO** described as follows:

Lot 338, Anthem Filing No. 22 Replat "B", City and County of Broomfield, State of Colorado.

also known by street and number as **15675 Puma Run, Broomfield, CO 80023-9449**

**TOGETHER** with all and singular hereditaments and appurtenances, thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** said premises above bargained and described, with the appurtenances, unto the grantee, their heirs and assigns forever. The grantor(s), for themselves, their heirs and personal representatives or successors, does covenant and agree that they shall and will WARRANT AND FOREVER DEFEND the above-bargained premises in the quiet and peaceable possession of the grantee(s), their heirs and assigns, against all and every person or persons claiming the whole or any part thereof, by, through or under the grantor(s).

The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

**IN WITNESS WHEREOF,** the grantor has executed this on the date set forth above.

**SELLER:**

**Toll CO II, L.P., A Colorado Limited Partnership**
**By: TOLL SOUTHWEST LLC, a Delaware limited liability company GP**

(X) [redacted]

**By Mark G. Bailey, Division President**

STATE OF COLORADO
COUNTY OF } ss:

The foregoing instrument was acknowledged before me March 13 ____, 2018 by **Mark G. Bailey, Division President of Toll CO II, L.P., A Colorado Limited Partnership By TOLL SOUTHWEST LLC, a Delaware limited liability company General Partner(Successor by merger to Toll CO GP Corp..**

Witness my hand and official seal.

[redacted]
Notary Public

My Commission expires:

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

WDSpecial

ESCROW NO. 592-H0527759-043-ME3

HTC

Unofficial Copy

2018002795 SWD 03/19/2018 01:08 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $66.22
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 14, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **The Michele L. Sottile Trust dated November 17, 2008** (whether one, or more than one), the "Grantee," whose legal address is **15656 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $66.22**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED SIXTY-TWO THOUSAND ONE HUNDRED FIFTY-THREE AND NO/100** Dollars **($662,153.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 335 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15656 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-034**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this March 14, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002798 SWD 03/19/2018 01:34 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $138.94
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 14, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Patricia Ann Ross and Rick A Ross, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15825 Diamond Point, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $138.94**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION THREE HUNDRED EIGHTY-NINE THOUSAND THREE HUNDRED NINETY-EIGHT AND NO/100** Dollars (**$1,389,398.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 293 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15825 Diamond Point, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-021**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 14 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002907 SWD 03/21/2018 01:51 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $75.03
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Michael A. Rothmier and Sherrill S. Rothmier, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15816 Diamond Point, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee** $75.03

**WITNESS**, that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED FIFTY THOUSAND TWO HUNDRED SIXTY-TWO AND NO/100** Dollars **($750,262.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 298 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15816 Diamond Point, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-015**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002910 SWD 03/21/2018 02:36 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $68.63
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **19 March 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Karlyn A. Kamm and Edward R. Kamm, as joint tenants with full rights of survivorship** (whether one, or more than one), the "Grantee," whose legal address is **15817 Fishers Peak Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $68.63**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED EIGHTY-SIX THOUSAND THREE HUNDRED AND NO/100** Dollars **($686,300.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 302 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15817 Fishers Peak Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-30-008**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 8/19/2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018002928 SWD 03/22/2018 10:16 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $60.92
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Bruce J. Unverzagt and Joann Brewster, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4784 Sleepy Cat Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $60.92**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED NINE THOUSAND TWO HUNDRED TWENTY-NINE AND NO/100** Dollars (**$609,229.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 378 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4784 Sleepy Cat Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018003041 SWD 03/26/2018 11:10 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $60.33
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Laurance Omer Hubbard, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **4620 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $60.33**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED THREE THOUSAND TWO HUNDRED SIXTY-SEVEN AND NO/100** Dollars **($603,267.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 249 OF ANTHEM FILING NO. 22, REPLAT "A" RECORDED MAY 29, 2014 AS RECEPTION NO. 2014004581, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4620 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-15-010**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018003094 SWD 03/26/2018 03:57 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $122.42
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Debra W. Menk, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **4865 Sleepy Cat Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $122.42**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION TWO HUNDRED TWENTY-FOUR THOUSAND TWO HUNDRED THIRTY-ONE AND NO/100** Dollars (**$1,224,231.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 290 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4865 Sleepy Cat Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-024**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018003244 SWD 03/29/2018 12:40 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $56.00
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Gary W. Collins and Esther E. Collins, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15706 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $56.00**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED SIXTY THOUSAND AND NO/100** Dollars (**$560,000.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 330 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO.

also known by street address as: **15706 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-029**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018003252 SWD 03/29/2018 04:05 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $53.62
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Kenneth D Rider and Karen S Rider, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4640 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $53.62**

**WITNESS**, that the Grantor, for and in consideration of the sum of **FIVE HUNDRED THIRTY-SIX THOUSAND ONE HUNDRED SEVENTY AND NO/100** Dollars **($536,170.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 250 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4640 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-30-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018003305 SWD 03/30/2018 03:47 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $118.02
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **March 19, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Johanna C. Hurley, as Tenant In Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15815 Diamond Point, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $118.02**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ONE HUNDRED EIGHTY THOUSAND TWO HUNDRED TWO AND NO/100** Dollars (**$1,180,202.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 292 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15815 Diamond Point, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-022**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 19 March 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018003625 SWD 04/06/2018 11:52 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $54.70
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 2, 2018,** and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **David S. Biondi, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **4780 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $54.70**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED FORTY-SIX THOUSAND NINE HUNDRED EIGHTY-SEVEN AND NO/100** Dollars (**$546,987.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 257 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4780 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-014**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 2, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]

Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018003876 SWD 04/12/2018 02:41 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $105.10
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 2, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **The Jodie L. Damioli Family Trust, dated September 23, 1998** (whether one, or more than one), the "Grantee," whose legal address is **15679 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $105.10**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION FIFTY-ONE THOUSAND FORTY-TWO AND NO/100** Dollars **($1,051,042.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 271 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO.

also known by street address as: **15679 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-021**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee, and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 3, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004078 SWD 04/18/2018 11:14 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $79.66
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 2, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Victor Barron and Natalie Barron, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15664 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $79.66**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED NINETY-SIX THOUSAND FIVE HUNDRED EIGHTY-FOUR AND NO/100** Dollars **($796,584.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 364 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15664 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-34-021**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 3, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024036132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004087 SWD 04/18/2018 11:37 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $67.72
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 2, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Andrew J. Stasko and Karen S Stasko, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15827 Fishers Peak Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $67.72**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SIX HUNDRED SEVENTY-SEVEN THOUSAND TWO HUNDRED THREE AND NO/100** Dollars (**$677,203.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 303 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15827 Fishers Peak Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-30-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 3, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004095 SWD 04/18/2018 01:46 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $58.12
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 2, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Walter R. Konauka and Louise C. Konauka, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15614 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $58.12**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED EIGHTY-ONE THOUSAND ONE HUNDRED SEVENTY AND NO/100** Dollars (**$581,170.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 344 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15614 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-029**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 3, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: 11/22/2018

CHRISTINA BARTELMEY
Notary Public – State of Colorado
Notary ID 20024038132
My Commission Expires Nov 22, 2018

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004319 SWD 04/25/2018 09:04 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $79.42
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 16, 2018,** and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Edith R. McBride, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15637 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $79.42**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED NINETY-FOUR THOUSAND TWO HUNDRED THIRTY-FOUR AND NO/100** Dollars **($794,234.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 360 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15637 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-34-017**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee, and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 16, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004474 SWD 04/27/2018 02:23 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $58.77
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 16, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Diane Deboer, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **4430 White Rock Drive, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $58.77**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED EIGHTY-SEVEN THOUSAND SIX HUNDRED FIFTY-SIX AND NO/100** Dollars **($587,656.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 237 OF ANTHEM FILING NO. 22, REPLAT "A" RECORDED MAY 29, 2014 AS RECEPTION NO. 2014004581, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **4430 White Rock Drive, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-071-15-013**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 16 April 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004483 SWD 04/27/2018 03:00 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $52.78
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 16, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ruth Nina Meyer as to a undivided 40% interest and Rena Lis Horwitz as to a undivided 60% interest, as Tenants In Common** (whether one, or more than one), the "Grantee," whose legal address is **15666 Puma Run, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $52.78**

**WITNESS,** that the Grantor, for and in consideration of the sum of **FIVE HUNDRED TWENTY-SEVEN THOUSAND SEVEN HUNDRED NINETY AND NO/100** Dollars **($527,790.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 334 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15666 Puma Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-32-033**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 16, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30 2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018004495 SWD 04/30/2018 08:21 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $122.44
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 16, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Larry L. Doehring and Diane S. Doehring, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15632 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $122.44**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION TWO HUNDRED TWENTY-FOUR THOUSAND THREE HUNDRED FIFTY-SIX AND NO/100** Dollars (**$1,224,356.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 288 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15632 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-31-027**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 16, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018005093 SWD 05/11/2018 03:38 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $77.02
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **April 27, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Robert C. Knowles, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **15635 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $77.02**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED SEVENTY THOUSAND TWO HUNDRED FORTY-EIGHT AND NO/100** Dollars **($770,248.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 359 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15635 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-34-016**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this April 27, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov. 30, 2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018005385 SWD 05/21/2018 08:17 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $104.07
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **May 14, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Karen L. Huffstutter and Carl E. Huffstutter, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15665 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $104.07**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION FORTY THOUSAND SIX HUNDRED SIXTY-EIGHT AND NO/100** Dollars (**$1,040,668.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 275 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15665 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-026**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 14, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30, 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018005312 SWD 05/22/2018 04:11 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $82.53
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **May 14, 2018,** and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania,** and **John J. Garcia and Nancy S. Love-Garcia, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15688 Bison Run, Broomfield, Colorado 80023** of the County of **Broomfield,** State of **Colorado.**

**State Doc Fee** $82.53

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED TWENTY-FIVE THOUSAND THREE HUNDRED EIGHT AND NO/100** Dollars **($825,308.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 317 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15688 Bison Run, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-005**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee, and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 14, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30, 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018005580 SWD 05/24/2018 12:57 PM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $128.54
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **May 14, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **The Linda C. Sullivan Trust Dated December 3, 2004** (whether one, or more than one), the "Grantee," whose legal address is **15667 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee $128.54**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION TWO HUNDRED EIGHTY-FIVE THOUSAND FOUR HUNDRED THIRTY-ONE AND NO/100** Dollars (**$1,285,431.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 274 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15667 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-025**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 14, 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30, 2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018005894 SWD 06/01/2018 10:31 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $106.95
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **May 29, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Kenneth P. Bertelson and Jeanette S. Bertelson, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **15687 Deer Mountain Circle, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado**.

**State Doc Fee $106.95**

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION SIXTY-NINE THOUSAND FIVE HUNDRED THIRTY-SIX AND NO/100** Dollars **($1,069,536.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (**not in tenancy in common, but in joint tenancy**) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado**, described as follows:

LOT 269 OF ANTHEM FILING NO. 22, REPLAT "B" RECORDED FEBRUARY 25, 2015 AS RECEPTION NO. 2015002071, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO

also known by street address as: **15687 Deer Mountain Circle, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-072-33-019**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 29 May 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30, 2021

JOYCE M. BISH
Notary Public - State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

2018[illegible]896 SWD 06/01/2018 10:31 AM
Total Pages: 2 Rec Fee: $18.00 Doc Fee: $74.22
City and County of Broomfield

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **May 29, 2018**, and is made between **Toll CO II, L.P., a Colorado limited partnership** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Paul A. Pande and Cecie S. Pande, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **4198 San Luis Way, Broomfield, Colorado 80023** of the County of **Broomfield**, State of **Colorado.**

**State Doc Fee** $74.22

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED FORTY-TWO THOUSAND ONE HUNDRED SIXTY-FIVE AND NO/100** Dollars **($742,165.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Broomfield** and State of **Colorado,** described as follows:

LOT 146 IN BLOCK 1 OF ANTHEM FILING NO. 22, RECORDED MARCH 31, 2009 AS RECEPTION NO. 2009003716, CITY AND COUNTY OF BROOMFIELD, STATE OF COLORADO.

also known by street address as: **4198 San Luis Way, Broomfield, CO 80023**
and assessor's schedule or parcel no.: **1573-071-07-150**
with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Official Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

Toll CO II, L.P., a Colorado limited partnership
By: TOLL SOUTHWEST LLC,
a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.)

BY: [redacted]
Mark Bailey, Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 29 May 2018 by Mark Bailey as Division President of Toll CO II, L.P., a Colorado limited partnership by Toll Southwest LLC, a Delaware limited liability company General Partner (Successor by merger to Toll CO GP Corp.).

[redacted]
Notary Public
My Commission Expires: Nov 30, 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Official Copy

# Exhibit 206

Ref #2021035702, Date: 3/18/2021 9:18 AM, Pages: 1 of 2 ,RECORDING $13.00 Doc Fee $134.47
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 3/16/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Jeremy Taylor Huff and Carmen Helayne Huff, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5828 Timber Point Way, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $134.47

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION THREE HUNDRED FORTY-FOUR THOUSAND SEVEN HUNDRED TWENTY AND NO/100** Dollars (**$1,344,720.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 21 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5828 Timber Point Way, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-004**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 24, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 2/25/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Morey W. Ferguson and Allison M. Ferguson, Trustees, or their successors in interest, of the Morey and Allison Ferguson Trust dated September 11, 2012, and any amendments, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **9287 Timber Point Drive, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $119.22

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ONE HUNDRED NINETY-TWO THOUSAND ONE HUNDRED SIXTY-SIX AND NO/100** Dollars (**$1,192,166.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 15 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9287 Timber Point Drive, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-011**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 8, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2021023691, Date: 2/24/2021 2:39 PM, Pages: 1 of 2 ,RECORDING $13.00 Doc Fee $101.74
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 2/23/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Micky Ray Burris and Heidi Jo Burris, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9371 Lone Timber Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee** $101.74

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION SEVENTEEN THOUSAND FOUR HUNDRED FORTY-FIVE AND NO/100** Dollars (**$1,017,445.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 9 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9371 Lone Timber Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-005**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 5, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

---

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **January 28, 2021**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ryan H. Komata and Cariann M. Komata, Trustees of the Ryan H. Komata Revocable Living Trust, dated October 7, 2014, as to an undivided 50% interest and Cariann M. Komata and Ryan H. Komata, Trustees of the Cariann M. Komata Revocable Living Trust dated October 7, 2014, as to an undivided 50% interest** (whether one, or more than one), the "Grantee," whose legal address is **5875 Timber Point Way, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee** $116.81

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ONE HUNDRED SIXTY-EIGHT THOUSAND ONE HUNDRED THIRTY-NINE AND NO/100** Dollars (**$1,168,139.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 18 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5875 Timber Point Way, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-001**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: __________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 20, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

__________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

________________________________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2021009226, Date: 1/25/2021 8:18 AM, Pages: 1 of 2 ,RECORDING $13.00 Doc Fee $127.57
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 1\21\2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Mario M. Bauer, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **5827 Timber Point Way, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee $**127.57

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION TWO HUNDRED SEVENTY-FIVE THOUSAND SIX HUNDRED SEVENTY-THREE AND NO/100** Dollars (**$1,275,673.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 20 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5827 Timber Point Way, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-003**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 6, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2021006651, Date: 1/19/2021 10:32 AM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $123.14
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 1|15|2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Brian Mortimore and Melanie Mortimore, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9235 Lone Timber Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $123.14

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION TWO HUNDRED THIRTY-ONE THOUSAND THREE HUNDRED NINETY-EIGHT AND NO/100** Dollars (**$1,231,398.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 6 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9235 Lone Timber Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-073-03-002**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this January 6, 2021 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020126226, Date: 12/21/2020 10:34 AM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $96.34
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 12/17/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Neal A. Sholl and Virginia H. Sholl, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5851 Timber Point Way, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee** $96.34

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED SIXTY-THREE THOUSAND THREE HUNDRED SIXTY AND NO/100** Dollars (**$963,360.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 19 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5851 Timber Point Way, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-002**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF**, the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 4, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20164032749
My Commission Expires 08-16-2022

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020124685, Date: 12/16/2020 3:22 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $80.42
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 12/15/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Roger J. Campbell and Laura D. Campbell, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9399 Timber Point Drive, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $80.42

**WITNESS**, that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED FOUR THOUSAND ONE HUNDRED FIFTY-TWO AND NO/100** Dollars (**$804,152.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 11 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9399 Timber Point Drive, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this December 4, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020116167, Date: 11/25/2020 1:18 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $105.44
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 11/24/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Peter Edgar Makowski and Cynthia Renee Makowski, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9359 Timber Point Drive, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $105.44

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION FIFTY-FOUR THOUSAND THREE HUNDRED SIXTY-ONE AND NO/100** Dollars (**$1,054,361.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 12 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9359 Timber Point Drive, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-008**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Ref #2020105881, Date: 10/30/2020 12:48 PM, Pages: 1 of 2, RECORDING $18.00 Doc Fee $92.20
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10\29\2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **George Augustus Ort, III and Kelley Powers Ort, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5874 Timber Point Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $92.20

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED TWENTY-ONE THOUSAND NINE HUNDRED SIXTY-NINE AND NO/100** Dollars (**$921,969.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 28 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5874 Timber Point Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-011**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 12, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020104825, Date: 10/28/2020 1:36 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $90.61
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/27/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **James Douglas Wells and Kathleen Wells, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9337 Timber Point Drive, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee** $90.61

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED SIX THOUSAND NINETY-ONE AND NO/100** Dollars (**$906,091.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 13 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9337 Timber Point Drive, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-009**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Ref #2020100479, Date: 10/15/2020 4:05 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $95.50
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 10/13/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Ryon B. Pulsipher and Monica Lyn Pulsipher, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5876 Timber Point Way, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee $95.50**

**WITNESS**, that the Grantor, for and in consideration of the sum of **NINE HUNDRED FIFTY-FIVE THOUSAND AND NO/100** Dollars (**$955,000.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 23 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5876 Timber Point Way, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-006**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 2, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/29/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Robert David Fox and Karen Anne Costie, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9228 Lone Timber Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee $**110.11

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION ONE HUNDRED ONE THOUSAND ONE HUNDRED THIRTEEN AND NO/100** Dollars (**$1,101,113.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 3 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9228 Lone Timber Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-003**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 10, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020091153, Date: 9/23/2020 12:50 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $82.99
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/22/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Roger Campbell and Christie Campbell, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9311 Timber Point Drive, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $82.99

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED TWENTY-NINE THOUSAND EIGHT HUNDRED FIFTY-ONE AND NO/100** Dollars (**$829,851.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 14 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9311 Timber Point Drive, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-010**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this September 10, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020086490, Date: 9/11/2020 1:38 PM, Pages: 1 of 2 ,RECORDING $13.00 Doc Fee $90.29
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9|10|2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Gregory T. Mills and Sara A. Mills, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5873 Timber Point Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee** $90.29

**WITNESS,** that the Grantor, for and in consideration of the sum of **NINE HUNDRED TWO THOUSAND NINE HUNDRED TWENTY AND NO/100** Dollars (**$902,920.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado,** described as follows:

Lot 25 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5873 Timber Point Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-008**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 28, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Joyce M. Bish
Notary Public
My Commission Expires: Nov 30, 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020086156, Date: 9/10/2020 4:55 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $87.29
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 9/8/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Dennis A. Pearce and Mary H. Pearce, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9438 Timber Point Drive, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee** $87.29

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED SEVENTY-TWO THOUSAND NINE HUNDRED NINE AND NO/100** Dollars (**$872,909.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 30 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9438 Timber Point Drive, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-013**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 28, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires: Nov. 30, 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020079365, Date: 8/25/2020 2:09 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $107.53
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/24/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Mark A. Teerlinck and Megan A. Teerlinck, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9250 Lone Timber Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $107.53

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION SEVENTY-FIVE THOUSAND TWO HUNDRED SIXTY-FIVE AND NO/100** Dollars (**$1,075,265.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 2 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9250 Lone Timber Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-002**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 30, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020078200, Date: 8/21/2020 2:16 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $138.63
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/20/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Walter W. Weiss and Terri M. Weiss, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5850 Timber Point Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $138.63

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION THREE HUNDRED EIGHTY-SIX THOUSAND TWO HUNDRED SIXTY-SIX AND NO/100** Dollars (**$1,386,266.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 27 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5850 Timber Point Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-010**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this August 7th, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Joyce M. Bish
Notary Public
My Commission Expires: Nov. 30, 2021

JOYCE M. BISH
Notary Public – State of Colorado
Notary ID 20174049148
My Commission Expires Nov 30, 2021

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020073318, Date: 8/10/2020 4:42 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $89.65
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8\10\2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Rouzbeh Bighash and Fatemeh N. Bighash, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **5895 Timber Point Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado.**

**State Doc Fee** $89.65

**WITNESS,** that the Grantor, for and in consideration of the sum of **EIGHT HUNDRED NINETY-SIX THOUSAND FOUR HUNDRED FIFTY-THREE AND NO/100** Dollars (**$896,453.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado,** described as follows:

Lot 24 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5895 Timber Point Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 30, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________________

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020070189, Date: 8/3/2020 12:36 PM, Pages: 1 of 2 ,RECORDING $13.00 Doc Fee $75.94
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 7/30/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Paul A. Leonard, as Tenant in Severalty** (whether one, or more than one), the "Grantee," whose legal address is **5849 Timber Point Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee $75.94**

**WITNESS**, that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED FIFTY-NINE THOUSAND FOUR HUNDRED FOUR AND NO/100** Dollars **($759,404.00)**, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 26 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **5849 Timber Point Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-09-009**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this 7/13/2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Ref #2020079365, Date: 8/25/2020 2:09 PM, Pages: 1 of 2 ,RECORDING $18.00 Doc Fee $107.53
Electronically Recorded Douglas County, CO. Merlin Klotz, Clerk and Recorder

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 8/24/2020, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Mark A. Teerlinck and Megan A. Teerlinck, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **9250 Lone Timber Court, Parker, Colorado 80134** of the County of **Douglas**, State of **Colorado**.

**State Doc Fee** $107.53

**WITNESS,** that the Grantor, for and in consideration of the sum of **ONE MILLION SEVENTY-FIVE THOUSAND TWO HUNDRED SIXTY-FIVE AND NO/100** Dollars (**$1,075,265.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Douglas** and State of **Colorado**, described as follows:

Lot 2 of Pinery Filing 32, recorded June 11, 2018 at Reception No. 2018034929, County of Douglas, State of Colorado.

also known by street address as: **9250 Lone Timber Court, Parker, CO 80134**
and assessor's schedule or parcel no.: **2347-182-06-002**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this July 30, 2020 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

______________________
Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

# Exhibit 207

# SPECIAL WARRANTY DEED

**THIS DEED** is dated **May 28, 2019**, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Chong Y. Vue and Blhai Kou Lo, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **14233 Kearney Loop, Thornton, Colorado 80602** of the County of **Adams**, State of **Colorado.**

**State Doc Fee $74.74**

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED FORTY-SEVEN THOUSAND FOUR HUNDRED FIVE AND NO/100** Dollars (**$747,405.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Adams** and State of **Colorado**, described as follows:

Lot 12A in Block 10 of Holly Hills Estates Filing No. 1 - 1st Amendment, recorded May 19, 2017 at Reception No. 2017000043301, County of Adams, State of Colorado.

also known by street address as: **14233 Kearney Loop, Thornton, CO 80602**
and assessor's schedule or parcel no.: **1571-202-10-022**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________________
Name: Mark Bailey
Title: Division President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this May 28, 2019 by Mark Bailey as Division President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________________
Notary Public
My Commission Expires:

ANGELA SMITH
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

# Exhibit 208

SPECIAL WARRANTY DEED
06/23/2021 10:14 AM RF: $18.00 DF: $79.81
Arapahoe County Clerk, CO
Page: 1 of 2
Joan Lopez, Clerk & Recorder
Electronically Recorded
E1100013

# SPECIAL WARRANTY DEED

**THIS DEED** is dated 6/22/2021, and is made between **Toll Southwest LLC, a Delaware limited liability company** (whether one, or more than one), the "Grantor", of the County of **Montgomery** and State of **Pennsylvania**, and **Alejandro Baena and Alexandria Adamchak, as Joint Tenants** (whether one, or more than one), the "Grantee," whose legal address is **27748 E. Ottawa Ave, Aurora, Colorado 80016** of the County of **Arapahoe**, State of **Colorado.**

**State Doc Fee** $79.81

**WITNESS,** that the Grantor, for and in consideration of the sum of **SEVEN HUNDRED NINETY-EIGHT THOUSAND ONE HUNDRED TWENTY-NINE AND NO/100** Dollars (**$798,129.00**), the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys and confirms unto the Grantee (not in tenancy in common, but in joint tenancy) and the Grantee's heirs and assigns forever, all the real property, together with any improvements thereon, located in the County of **Arapahoe** and State of **Colorado**, described as follows:

Lot 7 in Block 8 of Southshore at Aurora Subdivision Filing No. 17, recorded November 16, 2018 at Reception No. D8113347, County of Arapahoe, State of Colorado.

also known by street address as: **27748 E. Ottawa Ave, Aurora, CO 80016**
and assessor's schedule or parcel no.: **2071-28-1-19-007**

with all appurtenances.

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, the reversions, remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances;

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances, unto the Grantee and the Grantee's heirs and assigns forever. The Grantor, for the Grantor and the Grantor's heirs and assigns, does covenant and agree that the Grantor shall and will WARRANT THE TITLE AND DEFEND the above described premises, *but not any adjoining vacated street or alley*, if any, in the quiet and peaceable possession of the Grantee and the heirs and assigns of the Grantee, against all and every person or persons claiming the whole or any part thereof, by, through or under the Grantor except and subject to: ☒ none; or ☐ the following matters:

**DEED ACCEPTANCE** Buyer acknowledges and agrees to accept a deed at closing that prevents Buyers or their successors and assigns from voting in favor of or otherwise consenting to any restrictive covenant or other measure directly or indirectly subjecting Seller, the declarant, or any of its affiliates, to any additional restrictive covenants, fees, assessment, taxes or other burdens that do not apply proportionally to other lots or owners in the community.

Unofficial Copy

**IN WITNESS WHEREOF,** the Grantor has executed this deed on the date set forth above.

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner
By: ______________________
Name: Mark Bailey
Title: Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this June 15, 2021 by Mark Bailey as Group President of TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

______________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

Name and Address of Person Creating Newly Created Legal Description (§ 38-35-106.5, C.R.S.)

After Recording Return To:

Unofficial Copy

# Exhibit 209

Unofficial
20 Document

65
Ga

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

**Escrow Number:**
65007475

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Richard K. Gonzalez and Kimberly E. Dempster-Gonzalez, Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 11-17-17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 11-17-17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65007475-065-TF

## LEGAL DESCRIPTION

Parcel 1:
Lot 33 of Blackstone at Vistancia Parcels B6 & B9 according to the Final Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1144 of Maps, Page 18.

Parcel 2:
A non-exclusive easement in and to the common areas as set forth in the Declaration of Covenants, Conditions, Restrictions, Assessment, Charges, Servitudes, Liens, Reservations and Easements recorded in Document No. 2005-1147459; Tract Declaration recorded as Document No. 2008-019552 Thereafter, Assignment of Declarant's Rights recorded in Document No. 2009-0812809

Unofficial Document

20170832845

ESCROW NO.: **65007475 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Richard K. Gonzalez and Kimberly E. Dempster-Gonzalez, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Richard K. Gonzalez and Kimberly E. Dempster-Gonzalez, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: November 8, 2017

**GRANTEES:**

Unofficial Document

[signature] **Richard K. Gonzalez**

[signature] **Kimberly E. Dempster-Gonzalez**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of maricopa } ss:

The foregoing document was acknowledged before me this 16th day of November 2017 by Richard K. Gonzalez and Kimberly E. Dempster-Gonzalez

(Seal)

[signature]
Notary Public

My commission expires: 12-15-17

Gretchen Goldstein
Notary Public
Maricopa County, Arizona
My Comm. Expires 12-15-2017



Acctcp

Escrow No.: 65007475-065-TF

**EXHIBIT "A"**
**Legal Description**

Parcel 1: Lot 33 of Blackstone at Vistancia Parcels B6 & B9 according to the Final Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1144 of Maps, Page 18.

Parcel 2: A non-exclusive easement in and to the common areas as set forth in the Declaration of Covenants, Conditions, Restrictions, Assessment, Charges, Servitudes, Liens, Reservations and Easements recorded in Document No. 2005-1147459; Tract Declaration recorded as Document No. 2008-019552 Thereafter, Assignment of Declarant's Rights recorded in Document No. 2009-0812809.

Unofficial Document

Unofficial
20 Document

88
Ho

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88018909

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Jody Collins and Peter Bronstein, wife and husband,**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 2·26·2021, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3·18·2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Unofficial Document

20210474162

Escrow No. **88018909-088-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

PARCEL NO. 1: Lot 135 of VISTA VERDE UNIT ONE, according to the plat recorded in Book 971 of Maps, page 13, records of Maricopa County, Arizona.

PARCEL NO. 2:
A non-exclusive easement in and to the common areas as set forth in the Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602114; and in the Amended and Restated Supplemental Declaration and Builder Designation under Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602115, records of Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **88018909 088 TEF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Jody Collins and Peter Bronstein, wife and husband,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Jody Collins and Peter Bronstein, wife and husband** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: April 20, 2021

**GRANTEES:**

Unofficial Document

**Jody Collins** **Peter Bronstein**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona ______________
County of Maricopa ______________ } ss:

The foregoing document was acknowledged before me this 20th day of April, 2021,
by Jody Collins and Peter Bronstein

(Seal)

**DEANNA HILLIS**
**Notary Public - Arizona**
**Maricopa Co. / #594075**
**Expires 12/15/2024**

My commission expires: 12/15/2024

Notary Public

Acptcp

20210474182

Escrow No. **88018909-088-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

PARCEL NO. 1: Lot 135 of VISTA VERDE UNIT ONE, according to the plat recorded in Book 971 of Maps, page 13, records of Maricopa County, Arizona.

PARCEL NO. 2:
A non-exclusive easement in and to the common areas as set forth in the Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602114; and in the Amended and Restated Supplemental Declaration and Builder Designation under Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602115, records of Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

65
an

**RECORDED AT THE REQUEST OF:**

**WHEN RECORDED RETURN TO:**

Toll Brothers
8767 East Via De Ventura, No. 390
Scottsdale, AZ 85258
Attn: Office Manager
Toll Brothers at Whitewing, Lot 67

Above Space for Recorder's Use Only

**MEMORANDUM OF REPURCHASE OPTION**

This MEMORANDUM OF REPURCHASE OPTION ("**Memorandum**") is made and effective as of **January 30, 2019** by and between **Toll Brothers AZ Limited Partnership** ("**Optionee**"), and **Christopher Moore & Christina Moore** ("**Optionor**"), with reference to the facts set forth below.

**RECITALS**

A. Optionor has acquired fee title from Optionee to that certain real property situated in the City of **Gilbert,** County of **Maricopa,** State of Arizona, more particularly described on Exhibit "A" attached hereto and incorporated herein ("**Property**").

B. Optionor has granted to Optionee a right to repurchase the Property upon the terms and conditions set forth in that certain Arizona Disclosures Endorsement to Agreement of Sale executed by and between Optionor and Optionee ("**Buyer's Declaration and Occupancy Agreement**").

NOW THEREFORE, the parties hereto wish to record this Memorandum to give notice of the Buyer's Declaration and Occupancy Agreement and the terms thereof, including the terms set forth below.

1. Optionor grants to Optionee a right to purchase the Property on the terms and conditions set forth in the Buyer's Declaration and Occupancy Agreement ("**Option**").

2. The term of the Option shall be for a period of one year from the Optionor's Close of Escrow for the Property.

3. A violation of the Buyer's Declaration and Occupancy Agreement by Buyer shall not defeat or render invalid the lien of any first mortgage or deed of trust made in good faith and for value by Buyer, and that the covenants and provisions of the Buyer's Declaration and Occupancy Agreement shall be inferior and subordinate to the lien of any such first mortgage or deed of trust recorded concurrently with the deed conveying the Property to Buyer.

4. This Memorandum is being recorded to give notice of the Buyer's Declaration and Occupancy Agreement hereinabove described and the terms and conditions contained therein. This Memorandum is not intended to modify or alter in any way the terms and conditions of the Buyer's Declaration and Occupancy Agreement.

5. This Memorandum shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors-in-interest or assignees.

IN WITNESS WHEREOF, the parties have executed this Memorandum as of the day and year first above written.

**OPTIONEE:**

Toll AZ Limited Partnership
By: Toll Southwest LLC, a
Delaware limited liability company
General Partner

**By:** ________________
**Name:** ________________
**Title:** ________________
**Date:** ________________

Unofficial Document

**OPTIONOR:**

**Name:** ________________
**Date:** 4/8/20

**Name:** ________________
**Date:** 4/8/20

20200308831

4. This Memorandum is being recorded to give notice of the Buyer's Declaration and Occupancy Agreement hereinabove described and the terms and conditions contained therein. This Memorandum is not intended to modify or alter in any way the terms and conditions of the Buyer's Declaration and Occupancy Agreement.

5. This Memorandum shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors-in-interest or assignees.

IN WITNESS WHEREOF, the parties have executed this Memorandum as of the day and year first above written.

**OPTIONEE:**

Toll AZ Limited Partnership
By: Toll Southwest LLC, a
Delaware limited liability company
General Partner

**By:** ______________________

Unofficial Document

**Name:** Robert Flaherty

**Title:** Group President, AZ + UT

**Date:** 4/7/20

**OPTIONOR:**

**Name:** ______________________

**Date:** ______________________

**Name:** ______________________

**Date:** ______________________

2020038831

| |
|---|
| A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

STATE OF ARIZONA
COUNTY OF Maricopa }ss.

The foregoing document was acknowledged before me this 8 day of April, 2020, by Christopher Moore, Christina Moore.

(Seal)

**STACY MORIN-PASCUAL**
**Notary Public - Arizona**
**Maricopa Co. / #566352**
**Expires 08/01/2023**

Notary Public

**Stacy Morin-Pascual**
**Notary Public**

Unofficial Document

STATE OF ARIZONA
COUNTY OF Maricopa }ss.

The foregoing document was acknowledged before me this 3 day of April, 20 20, by [illegible].

(Seal)

TERESA S. FLOYD
Notary Public - Arizona
Maricopa County
Expires 05/31/2022

Notary Public

Unofficial Document

Escrow No. 65009343-088-TF

## EXHIBIT "A"
## LEGAL DESCRIPTION

Parcel No. 1:

Lot 67 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2:

The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

65
Yo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Ki J Choe and Christina Choe**
**Escrow Number:**
65006066

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Ki J Choe and Christina Choe, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2-26-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:**______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2-26-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006066-065-TF

## LEGAL DESCRIPTION

Parcel No. 1:

Lot 100 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2:

The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65006066 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Ki J. Choe and Christina Choe, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Ki J. Choe and Christina Choe, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: March 21, 2018

**GRANTEES:**

Unofficial Document

**Ki J. Choe** **Christina Choe**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 21st day of March 2018 by Ki J. Choe & Christina Choe

(Seal) **BRANDY MOODY** Notary Public - Arizona Maricopa County Expires 01/14/2021

Notary Public

My commission expires: 01-14-2021

Acptcp

Escrow No.: 65006066-065-TF

**EXHIBIT "A"**
**Legal Description**

Parcel No. 1:

Lot 100 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2:

The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

65
Yo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Robert P. Yarmuch and Stacy A. Yarmuch**
**Escrow Number:**
65006175

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Robert P. Yarmuch and Stacy A. Yarmuch, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2-26-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:**____________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2-26-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006175-065-TF

## LEGAL DESCRIPTION

Unit 1375, The Villages at Aviano Condominium, according to Declaration of Condominium recorded August 25, 2004 in Document No. 04-0990817 and thereafter 1st Amendment recorded in Document No. 04-0990818 and Condominium plat recorded in Book 699 of Maps, page 49, records of Maricopa County, Arizona.

Together with the undivided interest in and to the Common Elements appurtenant to (each/said) unit, as set forth in said Condominium Declaration and as shown on said plat.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.

Unofficial Document

ESCROW NO.: **65006175 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Robert P. Yarmuch and Stacy A. Yarmuch,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Robert P. Yarmuch and Stacy A. Yarmuch** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 24, 2018

**GRANTEES:**

Unofficial Document

**Robert P. Yarmuch** **Stacy A. Yarmuch**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 14th day of March 2018
by Robert P. Yarmuch & Stacy A. Yarmuch

(Seal) **BRANDY MOODY**
Notary Public - Arizona
Maricopa County
Expires 01/14/2021

Notary Public

My commission expires: 01-14-2021



Acptcp

Escrow No.: 65006175-065-TF

**EXHIBIT "A"**
**Legal Description**

Unit 1375, The Villages at Aviano Condominium, according to Declaration of Condominium recorded August 25, 2004 in Document No. 04-0990817 and thereafter 1st Amendment recorded in Document No. 04-0990818 and Condominium plat recorded in Book 699 of Maps, page 49, records of Maricopa County, Arizona.

Together with the undivided interest in and to the Common Elements appurtenant to (each/said) unit, as set forth in said Condominium Declaration and as shown on said plat.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Barry Lawson and Jacqueline Lawson**
**Escrow Number:**
65005467

65
Ga

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Barry Lawson and Jacqueline** Lawson**, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2-26-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2-26-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

## EXHIBIT "A"
## Legal Description

Lot 6 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 in Book 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65005467 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Barry Lawson and Jacqueline Lawson, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Barry Lawson and Jacqueline Lawson, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 6 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 in Book 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: March 16, 2018

Unofficial Document

**GRANTEES:**

| | |
|---|---|
| *[signature]* | *[signature]* |
| **Barry Lawson** | **Jacqueline Lawson** |

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 20 day of March, 2018
by Barry Lawson Jacqueline Lawson

(Seal)

STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

*[signature]*
Notary Public

My commission expires: 8/01/19

Acptcp

## EXHIBIT "A"
## Legal Description

Lot 6 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 in Book 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

**Escrow Number:**

65
Yo

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Meliza Lopez Miranda, a married woman, as sole and separate property**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 3-16-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 3-16-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

20180207340

Escrow No. 65007811-065-TF

## LEGAL DESCRIPTION

Parcel 1: Lot 27 of Blackstone at Vistancia Parcels B6 & B9 according to the Final Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1144 of Maps, Page 18.

Parcel 2: A non-exclusive easement in and to the common areas as set forth in the Declaration of Covenants, Conditions, Restrictions, Assessment, Charges, Servitudes, Liens, Reservations and Easements recorded in Document No. 2005-1147459; Tract Declaration recorded as Document No. 2008-019552 Thereafter, Assignment of Declarant's Rights recorded in Document No. 2009-0812809.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**John Keithley, II and Judy Keithley**
**Escrow Number:**
65006406

65
Yo

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**John Keithley, II and Judy Keithley, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2-26-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** [signature]
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2-26-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006406-065-TF

## LEGAL DESCRIPTION

Lot 37 of The Reserve at Tranquil Trail Unit 2, according to Book 860 of Maps, Page 30 and Affidavit of Correction recorded in Document No's. 2007-816675 and 2006-1367740 of Maricopa County, Arizona.

EXCEPT all the coal and other mineral as reserved in the Patent to said land.

Unofficial Document

20180191941

ESCROW NO.: **65006406 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**John L. Keithley II and Judy Keithley,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **John L. Keithley II and Judy Keithley** as Grantees, and which conveys the real property described as:

**Lot 37 of The Reserve at Tranquil Trail Unit 2, according to Book 860 of Maps, Page 30 and Affidavit of Correction recorded in Document No's. 2007-816675 and 2006-1367740 of Maricopa County, Arizona.**

**EXCEPT all the coal and other mineral as reserved in the Patent to said land.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Unofficial Document

Dated: March 13, 2018

**GRANTEES:**

John L. Keithley II [signature] Judy Keithley [signature]

**John L. Keithley II** **Judy Keithley**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 13th day of March 2018

by **John L. Keithley II and Judy Keithley**

(Seal) **BRANDY MOODY** Notary Public - Arizona Maricopa County Expires 01/14/2021

[signature]
Notary Public

My commission expires: 01-14-2021

Acptep

Unofficial
20 Document

65
Ho

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Matthew Ross and Jennifer Ross**
**Escrow Number:**
65006176

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Matthew Ross and Jennifer Ross, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2-26-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2-26-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006176-065-TF

## LEGAL DESCRIPTION

Parcel I: Lot 73 of "Calliandra Estates - A Private Street Development - Final Plat," according to the Plat thereof of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 1192 of Maps, at Page 44, on July 7, 2014 as Document No. 20140442252 of Official Records.

Parcel II: A non-exclusive easement in and to the roads and common areas as set forth in the Declaration of Covenants, Conditions, and Restrictions for Calliandra Estates, recorded June 11, 2014 as Document No. 20140380030 of Official Records.

Unofficial Document

ESCROW NO.: **65006176 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Matthew Ross and Jennifer Ross, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Matthew Ross and Jennifer Ross, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: March 5, 2018

**GRANTEES:**

Matthew Ross

**Matthew Ross**

Unofficial Document

Jennifer Ross

**Jennifer Ross**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 6th day of March 2018
by **Matthew Ross and Jennifer Ross**

(Seal) **BRANDY MOODY**
Notary Public - Arizona
Maricopa County
Expires 01/14/2021

My commission expires: 01-14-2021

Brandy Moody
Notary Public



Acptcp

20180173103

Escrow No.: 65006176-065-TF

**EXHIBIT "A"**
**Legal Description**

Parcel I: Lot 73 of "Calliandra Estates - A Private Street Development - Final Plat," according to the Plat thereof of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 1192 of Maps, at Page 44, on July 7, 2014 as Document No. 20140442252 of Official Records.

Parcel II: A non-exclusive easement in and to the roads and common areas as set forth in the Declaration of Covenants, Conditions, and Restrictions for Calliandra Estates, recorded June 11, 2014 as Document No. 20140380030 of Official Records.

Unofficial Document

Unofficial
20 Document

65
he

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Craig Bradley Jones**
**Escrow Number:**
65008018

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Craig Bradley Jones, An Unmarried Man**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2-26-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2-26-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65008018-065-TF

# LEGAL DESCRIPTION

Unit 1307, The Villages at Aviano Condominium, according to Declaration of Condominium recorded August 25, 2004 in Document No. 04-0990817 and thereafter 1st Amendment recorded in Document No. 04-0990818 and Condominium plat recorded in Book 699 of Maps, page 49, records of Maricopa County, Arizona.

Together with the undivided interest in and to the Common Elements appurtenant to (each/said) unit, as set forth in said Condominium Declaration and as shown on said plat.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.

Unofficial Document

Unofficial
Document

20

65
sa

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Raymond P. McKiernan and**
**Christine H. McKiernan**
**Escrow Number:**
65007792

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Raymond P. McKiernan and Christine H. McKiernan, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2·26·18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2·26-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3·18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65007792-065-TF

# LEGAL DESCRIPTION

Parcel No. 1:

Lot 109 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2:

The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65007792 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Raymond P. McKiernan and Christine H. McKiernan,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Raymond P. McKiernan and Christine H. McKiernan** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 28, 2018

**GRANTEES:**

**Raymond P. McKiernan**

Unofficial Document

**Christine H. McKiernan**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 1 day of March, 2018
by Raymond P. McKiernan Christine H. McKiernan

STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

(Seal)

Notary Public

My commission expires: 8/01/19



Acptcp

Escrow No.: 65007792-065-TF

**EXHIBIT "A"**
**Legal Description**

Parcel No. 1:

Lot 109 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2:

The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

65
yo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Shannon Bownds**
**Escrow Number:**
65005847

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

E.
**Shannon Bownds, An Unmarried man**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1·2·2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3·18·2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65005847-065-TF

## LEGAL DESCRIPTION

Lot 21 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 inBook 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

65
mo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Eric J. Eross**
**Escrow Number:**
65005892

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Eric J. Eross, An Unmarried Man**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1/31/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1/31/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: 10/27/2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65005892-065-TF

## LEGAL DESCRIPTION

LOT 720 OF FINAL PLAT FOR ADERO CANYON - PARCEL 7, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 1220 OF MAPS, PAGE 40;

EXCEPT ALL OIL, GASES AND OTHER HYDROCARBON SUBSTANCES, COAL, STONE, METALS, MINERALS, FOSSILS AND FERTILIZERS OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM, OR ANY OTHER MATERIALS WHICH IS OR MAY BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS, WHETHER OR NOT OF COMMERCIAL VALUE, IN, OR UNDER THE PROPERTY, AS RESERVED ON DEED RECORDED DECEMBER 30, 1993 AS RECORDING NO. 93-921340, CORRECTION DEED RECORDED MARCH 22, 1994 AS RECORDING NO. 94-226669, THEREAFTER WAIVER OF SURFACE RIGHTS RECORDED MARCH 9, 2015 AS RECORDING NO. 15-156237 OF OFFICIAL RECORDS; AND

EXCEPT ALL UNDERGROUND WATER IN, UNDER OR FLOWING THROUGH SAID PROPERTY AND WATER RIGHTS APPURTENANT THERETO, AS RESERVED ON DEED RECORDED DECEMBER 30, 1993 AS RECORDING NO. 93-921340, CORRECTION DEED RECORDED MARCH 22, 1994 AS RECORDING NO. 94-226669, THEREAFTER WAIVER OF SURFACE RIGHTS RECORDED MARCH 9, 2015 AS RECORDING NO. 15-156237 OF OFFICIAL RECORDS.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

65
he

**Escrow Number:**
65007951

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Kim J. Knudson and Rae A. Cushing, Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2/7/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** [signature]
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2/7/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: Oct 27, 2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65007951-065-TF

## LEGAL DESCRIPTION

Unit 1381, The Villages at Aviano Condominium, according to Declaration of Condominium recorded August 25, 2004 in Document No. 04-0990817 and thereafter 1st Amendment recorded in Document No. 04-0990818 and Condominium plat recorded in Book 699 of Maps, page 49, records of Maricopa County, Arizona.

Together with the undivided interest in and to the Common Elements appurtenant to (each/said) unit, as set forth in said Condominium Declaration and as shown on said plat.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.

Unofficial Document

ESCROW NO.: **65007951 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Kim J. Knudson and Rae A. Cushing, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Kim J. Knudson and Rae A. Cushing, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 16, 2018

**GRANTEES:**

[signature] Kim J. Knudson

Unofficial Document

[signature] Rae A. Cushing

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Pima } ss:

The foregoing document was acknowledged before me this 21 day of Feb 2018
by ~~Kim J. Knudson~~ Rae A. Cushing

(Seal) STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

[signature] Notary Public

My commission expires: 8/01/19



Acptcp

20180136901

# Acceptance of Community Property With Rights of Survivorship

## Notary Acknowledgement

State of Arizona

County of Maricopa

The foregoing document was acknowledged before me this 22 day of February, 2018

by Kim J. Knudson

(Seal)

STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

Notary Public

Unofficial Document

Escrow No. 65007951-065-TF

## LEGAL DESCRIPTION

Unit 1381, The Villages at Aviano Condominium, according to Declaration of Condominium recorded August 25, 2004 in Document No. 04-0990817 and thereafter 1st Amendment recorded in Document No. 04-0990818 and Condominium plat recorded in Book 699 of Maps, page 49, records of Maricopa County, Arizona.

Together with the undivided interest in and to the Common Elements appurtenant to (each/said) unit, as set forth in said Condominium Declaration and as shown on said plat.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Brian Stadnick and Nalini Stadnick**
**Escrow Number:**
65007414

65
he:

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Brian Stadnick and Nalini Stadnick, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1/31/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1/31/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: 10/27/2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65007414-065-TF

# LEGAL DESCRIPTION

Lot 20 of SAGUARO ESTATES as shown by map thereof on file in Book 692 of Maps, Page 10, recorded June 23, 2004 as Document No. 2004-0712565 of Official Records, Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65007414 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Brian Stadnick and Nalini Stadnick, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Brian Stadnick and Nalini Stadnick, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 20 of SAGUARO ESTATES as shown by map thereof on file in Book 692 of Maps, Page 10, recorded June 23, 2004 as Document No. 2004-0712565 of Official Records, Maricopa County, Arizona.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 10, 2018

Unofficial Document

**GRANTEES:**

[signature] **Brian Stadnick**

N. Stadnick [signature] **Nalini Stadnick**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 20th day of February ,2018

by **Brian Stadnick and Nalini Stadnick**

(Seal) BRANDY MOODY
Notary Public - Arizona
Maricopa County
Expires 01/14/2021

[signature] Notary Public

My commission expires: 01-14-2021

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Robb S. Burris**
**Escrow Number:**
65006465

65
Yo

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

Robb
~~Bob~~ S. Burris and Kimberly S. Burris, Husband and Wife

The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1/31/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1/31/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: 10/27/2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

20180125593

Escrow No. 65006465-065-TF

## LEGAL DESCRIPTION

Lot 617 of WINDGATE RANCH, PHASE 2, PLAT E REPLAT, in Book 1171 of Maps, Page 31, records of Maricopa County, Arizona, recorded January 7, 2014 as Document No. 20140009505.

Unofficial Document

ESCROW NO.: **65006465 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Robb S Burris and Kimberly S Burris,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Robb S Burris and Kimberly S Burris** as Grantees, and which conveys the real property described as:

**Lot 617 of WINDGATE RANCH, PHASE 2, PLAT E REPLAT, in Book 1171 of Maps, Page 31, records of Maricopa County, Arizona, recorded January 7, 2014 as Document No. 20140009505.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 15, 2018

Unofficial Document

**GRANTEES:**

[signature] **Robb S Burris**

[signature] **Kimberly S Burris**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 17th day of February, 2018 by Robb S. Burris & Kimberly S. Burris

(Seal) **BRANDY MOODY**
**Notary Public - Arizona**
**Maricopa County**
**Expires 01/14/2021**

[signature]
Notary Public

My commission expires: 01-14-2021

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Jack D. Krieg and Kathy A. Krieg**
**Escrow Number:**
65006622

65
ra

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration;

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Jack D. Krieg and Kathy A Krieg, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1/31/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

By: ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1/31/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: 10/27/2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65006622-065-TF

## LEGAL DESCRIPTION

Parcel I: Lot 11 of "Calliandra Estates - A Private Street Development - Final Plat," according to the Plat thereof of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 1192 of Maps, at Page 44, on July 7, 2014 as Document No. 20140442252 of Official Records.

Parcel II: A non-exclusive easement in and to the roads and common areas as set forth in the Declaration of Covenants, Conditions, and Restrictions for Calliandra Estates, recorded June 11, 2014 as Document No. 20140380030 of Official Records.

Unofficial Document

20180120896

ESCROW NO.: **65006622 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY
WITH RIGHT OF SURVIVORSHIP
"DEED"**

**Jack D. Krieg and Kathy A. Krieg, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Jack D. Krieg and Kathy A. Krieg, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 14, 2018

**GRANTEES:**

Jack D. Krieg

**Jack D. Krieg**

Unofficial Document

**Kathy A. Krieg**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 15 day of Feb, 2018
by Jack D. Krieg Kathy A. Krieg

(Seal) STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

Notary Public

My commission expires: 8/01/19



Acptcp

Escrow No.: 65006622-065-TF

**EXHIBIT "A"**
**Legal Description**

Parcel I:

Lot 11 of "Calliandra Estates - A Private Street Development - Final Plat," according to the Plat thereof of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 1192 of Maps, at Page 44, on July 7, 2014 as Document No. 20140442252 of Official Records.

Parcel II:

A non-exclusive easement in and to the roads and common areas as set forth in the Declaration of Covenants, Conditions, and Restrictions for Calliandra Estates, recorded June 11, 2014 as Document No. 20140380030 of Official Records.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Miguel Castillo**
**Escrow Number:**
65006309

65
Yo

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Scott J. Hansbury and Laura M. Hansbury, Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1/3/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1/31/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: 10/27/2021

SIERRA JETE OLACHEA
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65006309-065-TF

# LEGAL DESCRIPTION

Lot 270 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land.

Unofficial Document

20180120138

ESCROW NO.: **65006309 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Scott J Hansbury and Laura M Hansbury,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Scott J Hansbury and Laura M Hansbury** as Grantees, and which conveys the real property described as:

**Lot 270 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.**

**EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Unofficial Document

Dated: February 12, 2018

**GRANTEES:**

**Scott J Hansbury** **Laura M Hansbury**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 15 day of Feb ,2018

by **Scott J Hansbury and Laura M Hansbury**

(Seal) STACY MORIN-PASCUAL Notary Public - Arizona Maricopa County Expires 08/01/2019

Notary Public

My commission expires: 8/01/19



Acptcp

Unofficial
20 Document

65
Ho

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Anthony Gerard Cefalu and Deborah Lee Cefalu**
**Escrow Number:**
65007828

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Anthony Gerard Cefalu and Deborah Lee Cefalu, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona:**

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1/31/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1/31/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: 10/27/2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65007828-065-TF

# LEGAL DESCRIPTION

Unit 1337, The Villages at Aviano Condominium, according to Declaration of Condominium recorded August 25, 2004 in Document No. 04-0990817 and thereafter 1st Amendment recorded in Document No. 04-0990818 and Condominium plat recorded in Book 699 of Maps, page 49, records of Maricopa County, Arizona.

Together with the undivided interest in and to the Common Elements appurtenant to (each/said) unit, as set forth in said Condominium Declaration and as shown on said plat.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.

Unofficial Document

20180119704

ESCROW NO.: **65007828 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY**
**WITH RIGHT OF SURVIVORSHIP**
**"DEED"**

**Anthony Gerard Cefalu and Deborah Lee Cefalu, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Anthony Gerard Cefalu and Deborah Lee Cefalu, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 5, 2018

**GRANTEES:**

[signature]
**Anthony Gerard Cefalu**

Unofficial Document

[signature]
**Deborah Lee Cefalu**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Illinois
County of DuPage } ss:

The foregoing document was acknowledged before me this 12 day of Feb, 2018 by Lawrence Sharp

(Seal)

[signature]
Notary Public

My commission expires: Nov 8 2020

Escrow No.: 65007828-065-TF

**EXHIBIT "A"**
**Legal Description**

Unit 1337, The Villages at Aviano Condominium, according to Declaration of Condominium recorded August 25, 2004 in Document No. 04-0990817 and thereafter 1st Amendment recorded in Document No. 04-0990818 and Condominium plat recorded in Book 699 of Maps, page 49, records of Maricopa County, Arizona.

Together with the undivided interest in and to the Common Elements appurtenant to (each/said) unit, as set forth in said Condominium Declaration and as shown on said plat.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value.

Unofficial Document

Unofficial
20 Document

RECORDING REQUESTED BY:
Westminster Title Agency
AND WHEN RECORDED MAIL TO:
Wayne Tang and Yi Deng
Escrow Number:
65006532

65
Ho

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Wayne Tang and Yi Deng, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1/31/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1/31/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: 10/27/2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

20180111092

Escrow No. 65006532-065-TF

## LEGAL DESCRIPTION

Lot 165 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records.

Unofficial Document

ESCROW NO.: **65006532 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY
WITH RIGHT OF SURVIVORSHIP
"DEED"**

**Wayne Tang and Yi Deng,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Wayne Tang and Yi Deng** as Grantees, and which conveys the real property described as:

**Lot 165 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 30, 2018

Unofficial Document

**GRANTEES:**

[signature]
**Wayne Tang**

[signature]
**Yi Deng**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 12 day of Feb 2018
by Wayne Tang Yi Deng

STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

(Seal)

[signature]
Notary Public

My commission expires: 8/01/19



Acptcp

Unofficial
20 Document

65
sa

**RECORDED AT THE REQUEST OF:**

**WHEN RECORDED RETURN TO:**

Toll Brothers
8767 East Via De Ventura, No. 390
Scottsdale, AZ 85258
Attn: Office Manager

Above Space for Recorder's Use Only

**MEMORANDUM OF REPURCHASE OPTION**

This MEMORANDUM OF REPURCHASE OPTION ("**Memorandum**") is made and effective as of **February 26, 2017**, by and between **Toll Brothers AZ Limited Partnership** ("**Optionee**"), and **Kyle B. Nelson** ("**Optionor**"), with reference to the facts set forth below.

**RECITALS**

A. Optionor has acquired fee title from Optionee to that certain real property situated in the City of **Scottsdale**, County of **Maricopa**, State of Arizona, more particularly described on Exhibit "A" attached hereto and incorporated herein ("**Property**").

B. Optionor has granted to Optionee a right to repurchase the Property upon the terms and conditions set forth in that certain Arizona Disclosures Endorsement to Agreement of Sale executed by and between Optionor and Optionee ("**Buyer's Declaration and Occupancy Agreement**").

NOW THEREFORE, the parties hereto wish to record this Memorandum to give notice of the Buyer's Declaration and Occupancy Agreement and the terms thereof, including the terms set forth below.

1. Optionor grants to Optionee a right to purchase the Property on the terms and conditions set forth in the Buyer's Declaration and Occupancy Agreement ("**Option**").

2. The term of the Option shall be for a period of one year from the Optionor's Close of Escrow for the Property.

3. A violation of the Buyer's Declaration and Occupancy Agreement by Buyer shall not defeat or render invalid the lien of any first mortgage or deed of trust made in good faith and for value by Buyer, and that the covenants and provisions of the Buyer's Declaration and Occupancy Agreement shall be inferior and subordinate to the lien of any such first mortgage or deed of trust recorded concurrently with the deed conveying the Property to Buyer.

KBN ________ ________
Buyer(s) Initials

4. This Memorandum is being recorded to give notice of the Buyer's Declaration and Occupancy Agreement hereinabove described and the terms and conditions contained therein. This Memorandum is not intended to modify or alter in any way the terms and conditions of the Buyer's Declaration and Occupancy Agreement.

5. This Memorandum shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors-in-interest or assignees.

IN WITNESS WHEREOF, the parties have executed this Memorandum as of the day and year first above written.

**OPTIONEE:**

Toll AZ Limited Partnership
By: Toll Southwest LLC, a
Delaware limited liability company
General Partner

**By:** [signature]

**Name:** [signature]

**Title:** SVP

**Date:** 2/5/18

Unofficial Document

**OPTIONOR:**

**Name:** [signature]

**Date:** 2-9-18

**Name:** 

**Date:** 

KBN ______ Buyer(s) Initials

20180106531

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ARIZONA
COUNTY OF Maricopa }ss.

The foregoing document was acknowledged before me this 16 day of February, 2018, by Kevin E. Rosinski Sr.VP.

(Seal)

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Sierra Jete Olachea
Notary Public

Unofficial Document

KBN
Buyer(s) Initials

STATE OF ARIZONA
COUNTY OF Maricopa }ss.

The foregoing document was acknowledged before me this 9th day of February 2018
20____, by Kyle B. Nelson.

(Seal)

BRANDY MOODY
Notary Public - Arizona
Maricopa County
Expires 01/14/2021

Notary Public

Unofficial Document

KBN
Buyer(s) Initials

Escrow No. 65006233-065-TF

## LEGAL DESCRIPTION

Lot 275 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

65
sa

**Escrow Number:**
65006233

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to** A Single Man

Kyle **B Nelson,** ~~**A Unmarried Man**~~

The following real property situated in **Maricopa** County, **Arizona:**

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 2/7/18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 2/7/18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: Oct. 27, 2021

SIERRA JETE OLACHEA
Notary Public - Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65006233-065-TF

## LEGAL DESCRIPTION

Lot 275 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land.

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Ishrat Hakim and Linda Tipton**
**Escrow Number:**
65005716

65
sa

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Ishrat Hakim and Linda Tipton,** Husband and Wife
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1|31|18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:**____________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1|31|18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

[signature]
Notary Public
My Commission Expires: 10|27|2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65005716-065-TF

# LEGAL DESCRIPTION

Lot 5 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 in Book 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65005716 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Ishrat Hakim and Linda Tipton, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Ishrat Hakim and Linda Tipton, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 5 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 in Book 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: February 5, 2018

Unofficial Document

**GRANTEES:**

[signature] Ishrat Hakim

**Ishrat Hakim**

[signature] Linda Tipton

**Linda Tipton**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 6th day of February 2018 by Ishrat Hakim and Linda Tipton

(Seal)

[signature]
Notary Public

My commission expires: 12-15-21

GRETCHEN GOLDSTEIN
Notary Public – Arizona
Maricopa County
My Comm. Expires Dec 15, 2021



Acptcp

Unofficial
20 Document

65
sa

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Dustin Baker and Jamie Baker**
**Escrow Number:**
65006195

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Dustin Baker and Jamie Baker, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006195-065-TF

## LEGAL DESCRIPTION

Parcel I: Lot 110 of "Calliandra Estates - A Private Street Development - Final Plat," according to the Plat thereof of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 1192 of Maps, at Page 44, on July 7, 2014 as Document No. 20140442252 of Official Records.

Parcel II: A non-exclusive easement in and to the roads and common areas as set forth in the Declaration of Covenants, Conditions, and Restrictions for Calliandra Estates, recorded June 11, 2014 as Document No. 20140380030 of Official Records.

Unofficial Document

ESCROW NO.: **65006195 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Dustin Baker and Jamie Baker, Husband and Wife** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Dustin Baker and Jamie Baker, Husband and Wife** as Grantees, and which conveys the real property described as:

**Parcel I: Lot 110 of "Calliandra Estates - A Private Street Development - Final Plat," according to the Plat thereof of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 1192 of Maps, at Page 44, on July 7, 2014 as Document No. 20140442252 of Official Records.**

**Parcel II: A non-exclusive easement in and to the roads and common areas as set forth in the Declaration of Covenants, Conditions, and Restrictions for Calliandra Estates, recorded June 11, 2014 as Document No. 20140380030 of Official Records.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Unofficial Document

Dated: January 23, 2018

**GRANTEES:**

Dustin Baker (signature) Jamie Baker (signature)

**Dustin Baker** **Jamie Baker**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 29 day of January, 2018 by Dustin Baker and Jamie Baker

(Seal)

Notary Public

My commission expires: 10/09/2019

RAUL RODRIGUEZ
Notary Public - Arizona
Maricopa County
Expires 10/09/2019

Unofficial 20 Document

65
Yo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Antonio J. Silva and Joanne M. Silva**
**Escrow Number:**
65006460

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Antonio J. Silva and Joanne M. Silva, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

20180072926

Escrow No. 65006460-065-TF

# LEGAL DESCRIPTION

Parcel No. 1:
Lot 74 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2:
The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65006460 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Antonio J. Silva and Joanne M. Silva, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Antonio J. Silva and Joanne M. Silva, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 26, 2018

**GRANTEES:**

Unofficial Document

____________________ ____________________
**Antonio J. Silva** **Joanne M. Silva**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 29th day of JANUARY 2018
by **Antonio J. Silva and Joanne M. Silva**

(Seal) **BRANDY MOODY**
**Notary Public - Arizona**
**Maricopa County**
**Expires 01/14/2021**

____________________
Notary Public

My commission expires: 01-14-2021



Acptcp

Escrow No.: 65006460-065-TF

**EXHIBIT "A"**
**Legal Description**

Parcel No. 1:
Lot 74 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2:
The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set\ forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

65
kn

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Michelle Uhan and Nickolas Uhan**
**Escrow Number:**
65006068

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

Nickolas Uhan and Michelle Uhan, Husand and Wife
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006068-065-TF

## LEGAL DESCRIPTION

Parcel No. 1: Lot 90 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2: The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65006068 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Nickolas Uhan and Michelle Uhan, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Nickolas Uhan and Michelle Uhan, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 25, 2018

**GRANTEES:**

| | |
|---|---|
| [signature] | Unofficial Document ~~Attt~~ Michelle Uhan [signature] |
| **Nickolas Uhan** | **Michelle Uhan** |

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 29th day of JANUARY 2018
by Nickolas Uhan & Michelle Uhan

(Seal) BRANDY MOODY
Notary Public - Arizona
Maricopa County
Expires 01/14/2021

[signature]
Notary Public

My commission expires: 01-14-2021



Acptcp

Escrow No. 65006068-065-TF

## LEGAL DESCRIPTION

Parcel No. 1: Lot 90 of WHITEWING AT GERMANN ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 843 of Maps, Page 13 and thereafter Amended by Certificate of Correction recorded June 17, 2008 in Recording No. 2008-0533503, records of Maricopa County, Arizona.

Parcel No. 2: The non-exclusive, beneficial and appurtenant easements in an to the common areas and tracts set forth in the Declaration of Covenants, Conditions and Restrictions for Whitewing at Germann Estates recorded as Document No. 2006-0795915 in the Office of the County Recorder of Maricopa County, Arizona.

Unofficial Document

Unofficial
20 Document

65
Ho

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Michael Magers and Julia Magers**
**Escrow Number:**
65006090

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Michael Magers and Julia Magers, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006090-065-TF

## LEGAL DESCRIPTION

PARCEL NO. 1: Lot 178 of VISTA VERDE UNIT ONE, according to the plat recorded in Book 971 of Maps, page 13, records of Maricopa County, Arizona.

PARCEL NO. 2: A non-exclusive easement in and to the common areas as set forth in the Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602114; and in the Amended and Restated Supplemental Declaration and Builder Designation under Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602115, records of Maricopa County, Arizona.

Unofficial Document

20180070498

ESCROW NO.: **65006090 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Michael Magers and Julia Magers, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Michael Magers and Julia Magers, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 25, 2018

**GRANTEES:**

Unofficial Document

Michael Magers Julia Magers

Michael Magers — Julia Magers

NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Iowa
County of Dubuque } ss:

The foregoing document was acknowledged before me this 26th day of Jan. 2018
by Theresa Engelke

THERESA ENGELKE
Commission Number 767057
MY COMMISSION EXPIRES
MARCH 8, 2020

(Seal)

Theresa Engelke
Notary Public

My commission expires: 3/8/2020



Acptcp

Escrow No.: 65006090-065-TF

**EXHIBIT "A"**
**Legal Description**

PARCEL NO. 1:

Lot 178 of VISTA VERDE UNIT ONE, according to the plat recorded in Book 971 of Maps, page 13, records of Maricopa County, Arizona.

PARCEL NO. 2:

A non-exclusive easement in and to the common areas as set forth in the Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602114; and in the Amended and Restated Supplemental Declaration and Builder Designation under Second Amended and Restated Declaration of Covenants, Conditions, Restrictions and Easements for Vista Verde recorded in Recording No. 20150602115, records of Maricopa County, Arizona.

Unofficial Document

Unofficial
Document

20

65
Ho

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Amit Kumar Mathur and Soniya Keskar Mathur**
**Escrow Number:**
65007401

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Amit Kumar Mathur and Soniya Keskar Mathur, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** [signature]
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as,General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65007401-065-TF

## LEGAL DESCRIPTION

Lot 232, MONTEVISTA, according to the plat of record in the office of the Maricopa County Recorder, in Book 938 of Maps, Page 6, and thereafter Certificate of Correction recorded in Document No. 2007-1133724, records of Maricopa County, Arizona

Unofficial Document

ESCROW NO.: **65007401 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Amit Kumar Mathur and Soniya Keskar Mathur, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership** as Grantors, to **Amit Kumar Mathur and Soniya Keskar Mathur, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 232, MONTEVISTA, according to the plat of record in the office of the Maricopa County Recorder, in Book 938 of Maps, Page 6, and thereafter Certificate of Correction recorded in Document No. 2007-1133724, records of Maricopa County, Arizona**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Unofficial Document

Dated: January 24, 2018

**GRANTEES:**

______________________ ______________________

**Amit Kumar Mathur** **Soniya Keskar Mathur**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 24 day of Jan 2018

by **Amit Kumar Mathur and Soniya Keskar Mathur**

(Seal) STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

Notary Public

My commission expires: 8/01/19



Acptcp

Unofficial
20 Document

65
sa

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

**Escrow Number:**
65006529

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Daria Sheen, an unmarried woman**
The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-23-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:**____________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-23-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006529-065-TF

## LEGAL DESCRIPTION

**Parcel I: Lot 26 of "Calliandra Estates - A Private Street Development - Final Plat," according to the Plat thereof of record in the Office of the County Recorder of Maricopa County, Arizona, in Book 1192 of Maps, at Page 44, on July 7, 2014 as Document No. 20140442252 of Official Records.**

**Parcel II:**

**A non-exclusive easement in and to the roads and common areas as set forth in the Declaration of Covenants, Conditions, and Restrictions for Calliandra Estates, recorded June 11, 2014 as Document No. 20140380030 of Official Records.**

Unofficial Document

Unofficial 20 Document

65
Yo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

**Escrow Number:**
65006274

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Sam L. Mooney, Jr. and Kelly L. Mooney,** Husband and Wife
The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-23-18

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-23-18, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006274-065-TF

# LEGAL DESCRIPTION

Lot 271 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land.

Unofficial Document

20180061028

ESCROW NO.: **65006274 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Sam L. Mooney Jr. and Kelly L. Mooney, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Sam L. Mooney Jr. and Kelly L. Mooney, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 271 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.**

**EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Unofficial Document

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 24, 2018

**GRANTEES:**

**Sam L. Mooney Jr.** **Kelly L. Mooney**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 25 day of January ,2018

by **Sam L. Mooney Jr. and Kelly L. Mooney**

(Seal) STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

Notary Public

My commission expires: 8/01/19



Acptcp

Unofficial
20 Document

65
Yo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Richard L. Buttice and Kristina J. Buttice**
**Escrow Number:**
65006390

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Richard L. Buttice and Kristina J. Buttice, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

20180063983

Escrow No. 65006390-065-TF

# LEGAL DESCRIPTION

Parcel 1:
Lot 21 of Blackstone at Vistancia Parcels B6 & B9 according to the Final Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1144 of Maps, Page 18.

Parcel 2:
A non-exclusive easement in and to the common areas as set forth in the Declaration of Covenants, Conditions, Restrictions, Assessment, Charges, Servitudes, Liens, Reservations and Easements recorded in Document No. 2005-1147459; Tract Declaration recorded as Document No. 2

Unofficial Document

L; RicESCROW NO.: **65006390 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Richard L. Buttice and Kristina J. Buttice, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Richard L. Buttice and Kristina J. Buttice, Husband and Wife** as Grantees, and which conveys the real property described as:

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 15, 2018

**GRANTEES:**

[signature] **Richard L. Buttice**

Unofficial Document

[signature] **Kristina J. Buttice**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of WA
County of Spokane } ss:

The foregoing document was acknowledged before me this 22nd day of January 2018
by Richard L. Buttice + Kristina J. Buttice

(Seal)

[signature: K R Rew]
Notary Public

My commission expires: 6-20-18

Notary Public
State of Washington
K R Rew
Commission Expires 06-20-18



Acptcp

Escrow No.: 65006390-065-TF

**EXHIBIT "A"**
**Legal Description**

Parcel 1: Lot 21 of Blackstone at Vistancia Parcels B6 & B9 according to the Final Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1144 of Maps, Page 18.

Parcel 2: A non-exclusive easement in and to the common areas as set forth in the Declaration of Covenants, Conditions, Restrictions, Assessment, Charges, Servitudes, Liens, Reservations and Easements recorded in Document No. 2005-1147459; Tract Declaration recorded as Document No. 2008-019552 Thereafter, Assignment of Declarant's Rights recorded in Document No. 2009-0812809.

Unofficial Document

Unofficial
20 Document

65
Ga

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Christopher Calabrese and Daniela Pradler**
**Escrow Number:**
65005791

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Christopher Calabrese and Daniela Pradler, Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** [signature]
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65005791-065-TF

## LEGAL DESCRIPTION

Lot 22 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 in Book 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona

Unofficial Document

20180063983

ESCROW NO.: **65005791 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Christopher Calabrese and Daniela Pradler, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Christopher Calabrese and Daniela Pradler, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 22 of ATALON, according to the final plat recorded on September 8, 2014 as Document No. 20140591878 in Book 1200, Page 27, Official Records of the Maricopa County Recorder, Maricopa County, Arizona**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 4, 2017

Unofficial Document

**GRANTEES:**

C. P. Calabrese (signature) | Daniela Pradler (signature)

**Christopher Calabrese** | **Daniela Pradler**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 12 day of Jan, 2018
by Christopher Calabrese, Daniela Pradler

(Seal) STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

Notary Public

My commission expires: 8/01/19



Acptcp

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Michael Hert**
**Escrow Number:**
65006231

65
Ga

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**
D.
**Michael Hert, An Unmarried Man**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** [signature]
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006231-065-TF

## LEGAL DESCRIPTION

Lot 164, MONTEVISTA, according to the plat of record in the office of the Maricopa County Recorder, in Book 938 of Maps, Page 6, and thereafter Certificate of Correction recorded in Document No. 2007-1133724, records of Maricopa County, Arizona

Unofficial Document

Unofficial
20 Document

65
Ho:

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Matthew Franks and Jafra Franks**
**Escrow Number:**
65006469

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Matthew Franks and Jafra Franks, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006469-065-TF

## LEGAL DESCRIPTION

Lot 111 of Dorada Estates, according to Book 1151 of Maps, page 37, records, as amended by, in part, and together with all that real property as shown on the amended final plat of Dorada Estates Amend, according to Book 1271 of Maps, page 31, of Maricopa County, Arizona.

Unofficial Document

20180048003

ESCROW NO.: **65006469 065 TF**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Matthew Franks, Husband and Wife and Jafra Franks, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership** as Grantors, to **Matthew Franks, Husband and Wife and Jafra Franks, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 111 of Dorada Estates, according to Book 1151 of Maps, page 37, records, as amended by, in part, and together with all that real property as shown on the amended final plat of Dorada Estates Amend, according to Book 1271 of Maps, page 31, of Maricopa County, Arizona.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 10, 2018

Unofficial Document

**GRANTEES:**

[signature] **Matthew Franks**

Jafra Franks [signature] **Jafra Franks**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 19 day of Jan 2018
by Matthew Franks Jafra Franks

(Seal) STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

[signature]
Notary Public

My commission expires: 8/01/19



Acptcp

Unofficial
20 Document

65
he:

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Ronald M. Davidson and Valerie E. Davidson**
**Escrow Number:**
65006623

# SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Ronald M. Davidson and Valerie E. Davidson, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona:**

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 1-2-2018

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** [signature]
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 1-2-2018, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3·18·2020

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006623-065-TF

## LEGAL DESCRIPTION

Lot 125 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012
as Document No. 2012-0551238 of Official Records

Unofficial Document

ESCROW NO.: **65006623.065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Ronald M Davidson, Husband and Wife and Valerie E Davidson, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership** as Grantors, to **Ronald M Davidson, Husband and Wife and Valerie E Davidson, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 125 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the CountyRecorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: January 18, 2018

Unofficial Document

**GRANTEES:**

[signature] [signature]

**Ronald M Davidson** **Valerie E Davidson**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 18th day of JANUARY 2018 by RONALD M DAVIDSON & VALERIE E DAVIDSON

(Seal) **BRANDY MOODY**
**Notary Public - Arizona**
**Maricopa County**
**Expires 01/14/2021**

[signature]
Notary Public

My commission expires: 01-14-2021



Acptcp

Unofficial
20 Document

65
kn

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Shawn B Thompson and Linda S Thompson**
**Escrow Number:**
65007584

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Shawn B Thompson and Linda S Thompson, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 12/1/17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 12/1/17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: Oct 27, 2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65007584-065-TF

## LEGAL DESCRIPTION

Lot 141 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records

Unofficial Document

ESCROW NO.: **65007584 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Shawn B. Thompson and Linda S. Thompson, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance, dated December 19, 2017 , and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership** as Grantors, to **Shawn B. Thompson and Linda S. Thompson, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 141 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 19, 2017

Unofficial Document

**GRANTEES:**

| | |
|---|---|
| Shawn B. Thompson | Linda S. Thompson |
| **Shawn B. Thompson** | **Linda S. Thompson** |

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 21st day of December 2017
by Shawn B. Thompson & Linda S. Thompson

(Seal) **BRANDY MOODY** Notary Public - Arizona Maricopa County Expires 01/14/2021

Brandy Moody
Notary Public

My commission expires: 01-14-2021

Unofficial
20 Document

65
Yo

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Ronald E Cirullo and Judy A Cirullo**
**Escrow Number:**
65004834

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Ronald E Cirullo and Judy A Cirullo, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 12/1/17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 12/1/17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: Oct 27, 2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65004834-065-TF

## LEGAL DESCRIPTION

Lot 46 of TREVISO, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 632 of Maps, Page 12, and thereafter Affidavit of Correction recorded as Document No. 03-650754 and amended in Book 728 of Maps, Page 48

Unofficial Document

20170948883

ESCROW NO.: **65004834 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Ronald E. Cirullo and Judy A Cirullo, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Ronald E. Cirullo and Judy A Cirullo, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 46 of TREVISO, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 632 of Maps, Page 12, and thereafter Affidavit of Correction recorded as Document No. 03-650754 and amended in Book 728 of Maps, Page 48**
to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 13, 2017

Unofficial Document

**GRANTEES:**

[signature] Ronald E. Cirullo

**Ronald E. Cirullo**

[signature] Judy A Cirullo

**Judy A Cirullo**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 20th day of DECEMBER 2017
by RONALD E. CIRULLO & JUDY A. CIRULLO

(Seal) **BRANDY MOODY**
Notary Public - Arizona
Maricopa County
Expires 01/14/2021

[signature] Brandy Moody
Notary Public

My commission expires: 01-14-2021



Acptcp

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Gregory A Libby and Lidieth R Libby**
**Escrow Number:**
65007187

65
sa

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Gregory A Libby and Lidieth R Libby, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona:**

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 12/1/17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 12/1/17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: Oct 27, 2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65007187-065-TF

# LEGAL DESCRIPTION

Lot 61, MONTEVISTA, according to the plat of record in the office of the Maricopa County Recorder, in Book 938 of Maps, Page 6, and thereafter Certificate of Correction recorded in Document No. 2007-1133724, records of Maricopa County, Arizona.

Unofficial Document

ESCROW NO.: **65007187 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY
WITH RIGHT OF SURVIVORSHIP
"DEED"**

**Gregory A. Libby and Lidleth R. Libby, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership** as Grantors, to **Gregory A. Libby and Lidleth R. Libby, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 61, MONTEVISTA, according to the plat of record in the office of the Maricopa County Recorder, in Book 938 of Maps, Page 6, and thereafter Certificate of Correction recorded in Document No. 2007-1133724, records of Maricopa County, Arizona.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 19, 2017

Unofficial Document

**GRANTEES:**

[signature]
**Gregory A. Libby**

[signature]
**Lidleth R. Libby**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 21 day of , Dec, 2017
by Gregory A. Libby Lidieth R. Libby

(Seal) STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa County
Expires 08/01/2019

[signature]
Notary Public

My commission expires: 8/01/19

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**
**Ryan T McGinn and Kelly R McGinn**
**Escrow Number:**
65006276

65
Yo

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Ryan T McGinn and Kelly R McGinn, Husband and Wife**
The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 12/1/17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 12/1/17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Sierra Jete Olachea
Notary Public
My Commission Expires: Oct 27, 2021

SIERRA JETE OLACHEA
Notary Public – Arizona
Maricopa County
My Comm. Expires Oct 27, 2021

Escrow No. 65006276-065-TF

## LEGAL DESCRIPTION

Lot 265 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.

**EXCEPT** all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land

Unofficial Document

ESCROW NO.: **65006276 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Ryan T. McGinn and Kelly R. McGinn, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Ryan T. McGinn and Kelly R. McGinn, Husband and Wife** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 18, 2017

**GRANTEES:**

**Ryan T. McGinn**

Unofficial Document

**Kelly R. McGinn**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 18th day of December 2017
by RYAN T. McGINN & KELLY R. McGINN

(Seal) **BRANDY MOODY** Notary Public - Arizona Maricopa County Expires 01/14/2021

Notary Public

My commission expires: 01-14-2021



Acptcp

Escrow No.: 65006276-065-TF

**EXHIBIT "A"**
**Legal Description**

Lot 265 of Windgate Ranch Phase 1, Plat C, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona in Book 819 of Maps, page 6, as affected by an Affidavit of Correction filed as Document No. 20130967276 in the Official Records of Maricopa County Recorder's office.

EXCEPT all oil, gas, other hydrocarbon substances, helium or other substances of a gaseous nature, coal, metals, minerals, fossils, fertilizers of every name and description, together with all uranium, thorium or any other material which is or may be determined by the laws of the United States, or of this state, or decisions of courts, to be peculiarly essential to the production of fissionable material, whether or not of commercial value, as reserved in the Patent to said land

Unofficial Document

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

65
sa

**Escrow Number:**
65007578

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Christopher C. McEwen and Kimberly A. McEwen, Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 11-17-17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:**__________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 11-17-17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65007578-065-TF

## LEGAL DESCRIPTION

Lot 156 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records

Unofficial Document

ESCROW NO.: **65007578 065 TF**

**ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

**Christopher C. McEwen and Kimberly A. McEwen, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership** as Grantors, to **Christopher C. McEwen and Kimberly A. McEwen, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 156 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records** to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 13, 2017

**GRANTEES:**

Unofficial Document

Christopher C. McEwen (signature) — **Christopher C. McEwen**

Kimberly A. McEwen (signature) — **Kimberly A. McEwen**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 15th day of December 2017 by Christopher C. McEwen & Kimberly A. McEwen

(Seal) **BRANDY MOODY**
Notary Public - Arizona
Maricopa County
Expires 01/14/2021

Brandy Moody (signature)
Notary Public

My commission expires: 01-14-2021



Acptcp

Unofficial 20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

65
ca

**Escrow Number:**
65006375

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Edward John Roach and Jennifer Wang, Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 12-11-17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:**______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 12-11-17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006375-065-TF

## LEGAL DESCRIPTION

Lot 166 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records

Unofficial Document

ESCROW NO.: **65006375 065 TF**

# ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Edward John Roach and Jennifer Wang, Husband and Wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, an AZ Limited Partnership** as Grantors, to **Edward John Roach and Jennifer Wang, Husband and Wife** as Grantees, and which conveys the real property described as:

**Lot 166 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 8, 2017

Unofficial Document

**GRANTEES:**

[signature] **Edward John Roach**

[signature] **Jennifer Wang**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 14 day of Dec 2017
by Edward John Roach Jennifer Wang

(Seal) STACY MORIN-PASCUAL Notary Public - Arizona Maricopa County Expires 08/01/2019

[signature] Notary Public

My commission expires: 8/01/19



Acptcp

Unofficial
20 Document

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

**Escrow Number:**
65006499

·65
mo

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Alicia Adams, an unmarried woman**

The following real property situated in **Maricopa** County, **Arizona**:

**See Exhibit A attached hereto and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Date:** 11-17-17

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**By:** ______________________
**Robert L. Flaherty**
**Its: Division President**

State of Arizona
County of Maricopa

On 11-17-17, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Division President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2020

CORRINE SUZANNE GARCIA
Notary Public – Arizona
Maricopa County
My Comm. Expires Mar 18, 2020

Escrow No. 65006499-065-TF

## LEGAL DESCRIPTION

Lot 155 of the Final Plat of Avian Meadows, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 1117 of Maps, Page 45, recorded on June 25, 2012 as Document No. 2012-0551238 of Official Records

Unofficial Document

# Exhibit 210

THE SEAL OF PINAL COUNTY ARIZONA 1875

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 01/21/2022 1422

FEE: $30.00

PAGES: 5

FEE NUMBER: 2022-008303

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88020960

# SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Alex Evans and Selena Evans, as Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________

**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 12-14-21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Escrow No. **88020960-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 616 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3749 WEST LAPIS DRIVE, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

Unofficial

ESCROW NO.: **88020960 065 KLE**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Alex Evans and Selena Evans,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance, dated December 15, 2021 , and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Alex Evans and Selena Evans** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 15, 2021

**GRANTEES:**

[signature] Alex Evans — **Alex Evans**

[signature] Selena Evans — **Selena Evans**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of ARIZONA
County of MARICOPA } ss:

The foregoing document was acknowledged before me this 20th day of January 2022,
by ALEX EVANS & SELENA EVANS

(Seal) BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

[signature] Notary Public

My commission expires: 01-14-2025

Acptcp

Escrow No.: 88020960-065-KLE

Unofficial

**EXHIBIT "A"**
**Legal Description**

LOT 616 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3749 WEST LAPIS DRIVE, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

## AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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
BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒
How many parcels, other than the Primary Parcel, are included in this sale? ________
Please list the additional parcels below (attach list if necessary):
(1) ________ (2) ________
(3) ________ (4) ________

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Alex Evans
5831 S. Cobblestone Dr.
Chandler, AZ 85249

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
3749 W. Lapis Dr.
San Tan Valley, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Alex Evans
3749 W. Lapis Dr
San Tan Valley AZ 85142

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home
☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☑ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.
**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2022-008303
RECORD DATE 01/21/2022

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ________

10. **SALE PRICE: $ 443,025.00**

11. DATE OF SALE (Numeric Digits): 02/14/2021 / 02/14/2021
Month / Year

12. DOWN PAYMENT $ 88,905

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property:
$ ________ 00 AND
briefly describe the Personal Property: ________

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Same as #3

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

| Seller | Buyer |
|---|---|
| Signature of Seller / Agent | Signature of Buyer / Agent |
| State of Arizona, County of Maricopa | State of Arizona, County of Maricopa |
| Subscribed and sworn to before me on this 20th day of January 2022 | Subscribed and sworn to before me on this 20th day of January 2022 |
| Notary Public [signature] | Notary Public [signature] |
| Notary Expiration Date 01-14-2025 | Notary Expiration Date 01-14-2025 |
| BRANDY MOODY<br>Notary Public - Arizona<br>Maricopa Co. / #593131<br>Expires 01/14/2025 | BRANDY MOODY<br>Notary Public - Arizona<br>Maricopa Co. / #593131<br>Expires 01/14/2025 |

## EXHIBIT "A"
## Legal Description

LOT 616 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3749 WEST LAPIS DRIVE, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 01/14/2022 1504
FEE: $30.00
PAGES: 5
FEE NUMBER: 2022-006094

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88021000

Unofficial

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Donna M Hart, a Widow and Bradley D Gaskill, an Unmarried Man**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**EXHIBIT "A"**
**(Continued)**

By: ______________________________

**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 10·26·21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Unofficial

Escrow No. **88021000-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 687 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3760 WEST DARK SKY ROAD, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

ESCROW NO.: 88021000 065 KLE

# ACCEPTANCE OF JOINT TENANCY WITH RIGHT OF SURVIVORSHIP "DEED"

**Donna M.Hart, a widow and Bradley D. Gaskill, an unmarried man,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance dated January 14, 2022 , and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Donna M Hart, a widow and Bradley D. Gaskill, an unmarried man** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as community property with right of survivorship, but as joint tenancy with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as a joint tenancy with right of survivorship and to acquire any interest we may have in the real property under the terms of the deed as joint tenancy with right of survivorship.

Dated: January 14, 2022

**GRANTEES:**

Donna M. Hart (signature)
**Donna M Hart**

(signature)
**Bradley D. Gaskill**

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF JOINT TENANCY WITH RIGHT OF SURVIVORSHIP DEED

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 14th day of January 2022,

by Donna M Hart & Bradley D. Gaskill

(Seal) BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

(signature)
Notary Public

My commission expires: 01-14-2025

Unofficial

Escrow No. **88021000-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 687 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3760 WEST DARK SKY ROAD, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

# AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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

BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒
How many parcels, other than the Primary Parcel, are included in this sale? ____
Please list the additional parcels below (attach list if necessary):
(1) ____ (2) ____
(3) ____ (4) ____

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Donna M Hart
1230 N 43rd Dr
Show Low, AZ 85901-3246

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
3760 W. Dark Sky Rd.
San Tan Valley, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Donna M Hart
3760 W. Dark Sky Rd.
San Tan Valley, AZ 85142

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify: ____

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2022-006094
RECORD DATE 01/14/2022

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ____

10. **SALE PRICE:** $ **422,058.00**

11. DATE OF SALE (Numeric Digits): **03 / 21** (Month / Year)

12. DOWN PAYMENT $ **47618**

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify: ____

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property: $ ____ 00 AND
briefly describe the Personal Property: ____

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: N/A

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Jams AS-FS

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

[signature]
Signature of Seller / Agent
State of Arizona, County of Maricopa
Subscribed and sworn to before me on this 14th day of January 2022
Notary Public [signature]
Notary Expiration Date 01-14-2025

BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

Donna M. Hart
Signature of Buyer / Agent
State of Arizona, County of Maricopa
Subscribed and sworn to before me on this 14th day of January 2022
Notary Public [signature]
Notary Expiration Date 01-14-2025

BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

## EXHIBIT "A"
## Legal Description

LOT 687 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3760 WEST DARK SKY ROAD, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 01/14/2022 1501
FEE: $30.00
PAGES: 3
FEE NUMBER: 2022-006088

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88020998

# SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Jyothi Gurram, as Unmarried** Woman

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 10-26-21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3/18/2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Unofficial

Escrow No. **88020998-065-KLE**

## EXHIBIT "A"

## LEGAL DESCRIPTION

LOT 720 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO.
2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35136 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

Unofficial

# AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 509-04 3670
BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ____

Please list the additional parcels below (attach list if necessary):
(1) ____ (2) ____
(3) ____ (4) ____

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Jyothi Gurram
1173 N Jay Pl
Chandler, AZ 85225

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
35136 N. Magnette Way
San Tan Valley, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Jyothi Gurram 6232 S gold leaf dr
Chandler 85249

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☐ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2022-006088
RECORD DATE 01/14/2022

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ____

10. **SALE PRICE:** $ **368,291.00**

11. DATE OF SALE (Numeric Digits): 03 / 21
Month / Year

12. DOWN PAYMENT $ 368,291

13. METHOD OF FINANCING:
a. ☒ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. New loan(s) from financial institution:
(1) Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property: $ ____ 00 AND
briefly describe the Personal Property: ____

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Same as #5

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller / Agent [signature]
State of AZ, County of Maricopa
Subscribed and sworn to before me on this 13 day of Jan 2022
Notary Public [signature]
Notary Expiration Date 5/28/22

KASEY NASH
Notary Public - Arizona
Maricopa County
Expires 05/28/2022

Signature of Buyer / Agent [signature]
State of Arizona, County of Maricopa
Subscribed and sworn to before me on this 10 day of Jan 2022
Notary Public [signature]
Notary Expiration Date 12/15/2024

DEANNA HILLIS
Notary Public - Arizona
Maricopa Co. / #594075
Expires 12/15/2024

## EXHIBIT "A"
## Legal Description

LOT 720 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35136 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 01/06/2022 1151
FEE: $30.00
PAGES: 3
FEE NUMBER: 2022-002146

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 65013782

Unofficial

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Deborah Kay Stanley, as Unmarried Women**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 10-26-21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Unofficial

Spwarr01

Escrow No. **65013782-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 827 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3835 WEST BRASS LANE, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

Unofficial

# AFFIDAVIT OF PROPERTY VALUE

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2022-002146
RECORD DATE 01/06/2022

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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

BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ______

Please list the additional parcels below (attach list if necessary):
(1) ______ (2) ______
(3) ______ (4) ______

2. SELLER'S NAME AND ADDRESS:

Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:

Deborah Kay Stanley
1154 W Carlsbad Dr
San Tan Valley, AZ 85140

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:

3835 W. Brass Ln.
Queen Creek, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)

Deborah Kay Stanley
3835 W. Brass Ln.
Queen Creek AZ. 85142

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box

a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify: ______

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:

a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):

a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ______

10. **SALE PRICE:** $ 590,995.00

11. DATE OF SALE (Numeric Digits): 10 / 21
Month / Year

12. DOWN PAYMENT $ 114,199

13. METHOD OF FINANCING:

a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify: ______

14. PERSONAL PROPERTY (see reverse side for definition):

(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒

(b) If Yes, provide the dollar amount of the Personal Property:
$ ______ 00 AND
briefly describe the Personal Property: ______

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:

(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):

18. LEGAL DESCRIPTION (attach copy if necessary):

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller / Agent
State of Arizona County of Maricopa
Subscribed and sworn to before me on this 4 day of January 2022
Notary Public Brandi [signature]
Notary Expiration Date 01-14-2025

BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

Signature of Buyer / Agent
State of Arizona County of Maricopa
Subscribed and sworn to before me on this 4 day of January 2022
Notary Public Brandi [signature]
Notary Expiration Date 01-14-2025

BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

**EXHIBIT "A"**
**Legal Description**

LOT 827 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3835 WEST BRASS LANE, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 12/29/2021 1639
FEE: $30.00
PAGES: 5
FEE NUMBER: 2021-165077

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88020814

Unofficial

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Erandi A Ortiz Galvan and Ruben C Diaz, Wife and Husband**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

EXHIBIT "A"
(Continued)

By: ______________________
Robert L. Flaherty
Its: Group President

State of Arizona
County of Maricopa

On 10·26·21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

Corrine Suzanne Garcia
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Spwarr01

Unofficial

Escrow No. **88020814-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 722 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THEOFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35158 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

ESCROW NO.: **88020814 065 KLE**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Erandi A Ortiz Galvan and Ruben C Diaz, wife and husband,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance, dated December 28, 2021 , and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Erandi A Ortiz Galvan and Ruben C Diaz, wife and husband** as Grantees, and which conveys the real property described as:

See Exhibit A attached hereto and made a part hereof.

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: December 28, 2021

**GRANTEES:**

Erandi A Ortiz Galvan (signature) ______________________ Ruben C Diaz (signature) ______________________

**Erandi A Ortiz Galvan** **Ruben C Diaz**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Pinal } ss:

The foregoing document was acknowledged before me this 28th day of December, 2021,
by Erandi A Ortiz Galvan and Ruben C Diaz

(Seal) BRIAN ROTHENBERG
Notary Public - Arizona
Maricopa Co / #548212
Expires 08/15/2022

(signature) Notary Public

My commission expires: (signature)

Acptcp

Official

Unofficial

Escrow No. **88020814-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 722 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THEOFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35158 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

# AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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

BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☑

How many parcels, other than the Primary Parcel, are included in this sale? ______

Please list the additional parcels below (attach list if necessary):
(1) ______ (2) ______
(3) ______ (4) ______

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Erandi A Ortiz Galvan
522 W Pampa Ave
Mesa, AZ 85210

(b) Are the Buyer and Seller related? Yes ☐ No ☑
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
35158 N. Magnette Way
San Tan Valley, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Erandi A Ortiz Galvan
35158 N. Magnette Way
San Tan Valley, AZ 85142

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☑ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☑ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked e or f in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2021-165077
RECORD DATE 12/29/2021

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☑ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other:

10. **SALE PRICE:** $ **360,607.00**

11. DATE OF SALE (Numeric Digits): 02 / 21 (Month / Year)

12. DOWN PAYMENT $ **6,533.00**

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☑ New loan(s) from financial institution:
(1) ☑ Conventional ERROR
(2) ☐ VA
(3) ☒ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☑
(b) If Yes, provide the dollar amount of the Personal Property: $ ______ 00 AND
briefly describe the Personal Property:

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☑
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
#5

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

[signature]
Signature of Seller / Agent
State of Arizona, County of Maricopa
Subscribed and sworn to before me on this 29th day of December 2021
Notary Public [signature]
Notary Expiration Date 01-14-2025

BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

Erandi A. Ortiz Galvan
Signature of Buyer / Agent
State of Arizona, County of Pinal
Subscribed and sworn to before me on this 28th day of December 2021
Notary Public
Notary Expiration Date

BRIAN ROTHENBERG
Notary Public - Arizona
Maricopa Co / #548212
Expires 08/15/2022

Escrow No. **88020814-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 722 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THEOFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35158 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

Unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 12/15/2021 1649
FEE: $30.00
PAGES: 5
FEE NUMBER: 2021-158844

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number:88022510

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Nichole Lemieux Tortorici and Frank Michael Tortorici, Wife and Husband**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 10-26-21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________________
Notary Public
My Commission Expires: 3/18/2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Escrow No. **88022510-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 726 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35194 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

Unofficial

ESCROW NO.: **88022510 065 KLE**

## ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

**Nichole Rae Lemieux Tortorici and Frank Michael Tortorici,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance, dated November 17, 2021 , and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Nichole Rae Lemieux Tortorici and Frank Michael Tortorici** as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: November 17, 2021

**GRANTEES:**

[signature] Nichole Rae Lemieux Tortorici

[signature] Frank Michael Tortorici

## NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"

State of Idaho
County of Ada } ss:

The foregoing document was acknowledged before me this 6th day of December, 2021, by Nichole Rae Lemieux Tortorici and Frank Michael Tortorici

(Seal)

[signature] Notary Public

My **commission expires:** 8/10/23

URSULA MORRIS
Notary Public - State of Idaho
Commission Number 55214
My Commission Expires Aug 10, 2023

Acptcp

Unofficial

Escrow No.: 88022510-065-KLE

**EXHIBIT "A"**
**Legal Description**

LOT 726 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35194 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

Acptcp

# AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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

BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ____

Please list the additional parcels below (attach list if necessary):
(1) ____ (2) ____
(3) ____ (4) ____

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Nichole Rae Lemieux Tortorici

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
35194 N. Magnette Way
San Tan Valley AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Nichole Rae Lemieux Tortorici

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked e or f in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

FOR RECORDER'S USE ONLY

COUNTY OF RECORDATION PINAL
FEE NO 2021-158844
RECORD DATE 12/15/2021

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ____

10. **SALE PRICE:** $ 502,995.00

11. DATE OF SALE (Numeric Digits): 08 / 21 Month / Year

12. DOWN PAYMENT $ 150,898

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property: $ ____ 00 AND briefly describe the Personal Property: ____

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: N/A

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Seller #5

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

| Seller | Buyer |
|---|---|
| [signature] Signature of Seller / Agent | [signature] Signature of Buyer / Agent |
| State of AZ, County of Maricopa | State of Idaho, County of Ada |
| Subscribed and sworn to before me on this 9 day of Dec 2021 | Subscribed and sworn to before me on this 6 day of December 2021 |
| Notary Public [signature] | Notary Public [signature] |
| Notary Expiration Date 9/15/22 | Notary Expiration Date 8/10/2023 |

EMILY BJORK
Notary Public - Arizona
Maricopa Co. / #549451
Expires 09/15/2022

URSULA MORRIS
Notary Public - State of Idaho
Commission Number 55214
My Commission Expires Aug 10, 2023

## EXHIBIT "A"
## Legal Description

LOT 726 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35194 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Unofficial

THE SEAL OF PINAL COUNTY ARIZONA 1875

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 12/14/2021 1312
FEE: $30.00
PAGES: 5
FEE NUMBER: 2021-157899

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88020831

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Ron Cabrera, & Tiffany Cabrera, as Husband and Wife**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 9-16-2021, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________________
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Unofficial

Unofficial

Escrow No. **88020831-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 611 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO.2021-011458.
ALSO COMMONLY KNOWN AS: 3701 WEST LAPIS DRIVE, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

ESCROW NO.: **88020831 065 TEF**

**ACCEPTANCE OF COMMUNITY PROPERTY
WITH RIGHT OF SURVIVORSHIP
"DEED"**

**Ron Cabrera and Tiffany Cabrera, husband and wife,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance, dated November 5, 2021 , and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Ron Cabrera and Tiffany Cabrera, husband and wife**, as Grantees, and which conveys the real property described as:

**See Exhibit A attached hereto and made a part hereof.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as joint tenants with right of survivorship, but as community property with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as community property with right of survivorship and to acquire any interest we may have in the real property under the terms of the Deed as community property with right of survivorship.

Dated: November 5, 2021

**GRANTEES:**

**Ron Cabrera**  **Tiffany Cabrera**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF COMMUNITY PROPERTY WITH RIGHT OF SURVIVORSHIP "DEED"**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 13 day of December, 2021, by Ron Cabrera and Tiffany Cabrera

(Seal)

**DEANNA HILLIS
Notary Public - Arizona
Maricopa Co. / #594076
Expires 12/15/2024**

Notary Public

My commission expires: 12/15/2024

Acptcp

Unofficial

Escrow No.: 88020831-065-TEF

**EXHIBIT "A"**
**Legal Description**

LOT 611 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO.2021-011458.
ALSO COMMONLY KNOWN AS: 3701 WEST LAPIS DRIVE, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Acptcp

# AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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

BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ______

Please list the additional parcels below (attach list if necessary):
(1) ______ (2) ______
(3) ______ (4) ______

2. SELLER'S NAME AND ADDRESS:

Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:

Ron Cabrera
483 N. 158th Dr.
Goodyear, AZ 85338

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:

3701 W Lapis Dr
Queen Creek, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)

Ron Cabrera
4

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box

a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:

a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: __
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

FOR RECORDER'S USE ONLY

COUNTY OF RECORDATION PINAL
FEE NO 2021-157899
RECORD DATE 12/14/2021

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):

a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ______

10. **SALE PRICE:** $ 396,655.00

11. DATE OF SALE (Numeric Digits): 02/08/2021 / 02/08/2021
Month / Year

12. DOWN PAYMENT $ 79,331

13. METHOD OF FINANCING:

a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):

(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒

(b) If Yes, provide the dollar amount of the Personal Property: $ ______ 00 AND
briefly describe the Personal Property: ______

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:

(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):

Same as #4

18. LEGAL DESCRIPTION (attach copy if necessary):

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller / Agent
State of AZ, County of Maricopa
Subscribed and sworn to before me on this 14 day of Dec 2021
Notary Public [signature]
Notary Expiration Date 5/28/22

KASEY NASH
Notary Public - Arizona
Maricopa County
Expires 05/28/2022

Signature of Buyer / Agent
State of Arizona, County of Maricopa
Subscribed and sworn to before me on this 3rd day of Dec 2021
Notary Public [signature]
Notary Expiration Date 12/15/2024

DEANNA HILLIS
Notary Public - Arizona
Maricopa Co. / #594075
Expires 12/15/2024

## EXHIBIT "A"
## Legal Description

LOT 611 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3701 WEST LAPIS DRIVE, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 12/10/2021 0948
FEE: $30.00
PAGES: 3
FEE NUMBER: 2021-156203

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88020749

# SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership,**

**Conveys to**

**Matthew Figueroa** a married man as his sole and separate property

The following real property situated in Pinal County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 10-26-21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________________
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Escrow No. **88020749-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 728 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35212 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

Unofficial

# AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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

BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ____

Please list the additional parcels below (attach list if necessary):
(1) ____ (2) ____
(3) ____ (4) ____

FOR RECORDER'S USE ONLY

COUNTY OF RECORDATION PINAL
FEE NO 2021-156203
RECORD DATE 12/10/2021

2. SELLER'S NAME AND ADDRESS:

Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:

Matthew Figueroa
22340 E Via del Palo
Queen Creek, AZ 85142

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:

35212 N. Magnette Way
San Tan Valley, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)

Matthew Figueroa
#4

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box

a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:

a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):

a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other:

10. **SALE PRICE:** $ **423,514.00**

11. DATE OF SALE (Numeric Digits): **02/02/2021 / 02/02/2021**
Month / Year

12. DOWN PAYMENT $ **42,351**

13. METHOD OF FINANCING:

a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):

(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒

(b) If Yes, provide the dollar amount of the Personal Property: $ ____ 00 AND briefly describe the Personal Property:

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: N/A

16. SOLAR / ENERGY EFFICIENT COMPONENTS:

(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒

If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):

#5

18. LEGAL DESCRIPTION (attach copy if necessary):

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

| Seller | Buyer |
|---|---|
| Signature of Seller / Agent: [signature] | Signature of Buyer / Agent: Matthew Figueroa |
| State of Arizona, County of Maricopa | State of Arizona, County of Maricopa |
| Subscribed and sworn to before me on this 9th day of Dec 2021 | Subscribed and sworn to before me on this 9th day of Dec 2021 |
| Notary Public [signature] | Notary Public [signature] |
| Notary Expiration Date 12/15/2024 | Notary Expiration Date 12/15/2024 |

DEANNA HILLIS
Notary Public - Arizona
Maricopa Co. / #594075
Expires 12/15/2024

DEANNA HILLIS
Notary Public - Arizona
Maricopa Co. / #594075
Expires 12/15/2024

**EXHIBIT "A"**
**Legal Description**

LOT 728 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35212 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 11/12/2021 0909
FEE: $30.00
PAGES: 3
FEE NUMBER: 2021-143422

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88022422

**SPECIAL WARRANTY DEED**
**CORPORATE**

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to.**

**Morgan Fiore, A married woman as her sole and separate property**

The following real property situated in Pinal ~~Maricopa~~ County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

EXHIBIT "A"
(Continued)

By: ______________________________
Robert L. Flaherty
Its: Group President

State of Arizona
County of Maricopa

On 9-16-2021, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________________
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Escrow No. **88022422-065-KLE**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 725 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.

Unofficial

## AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 509-04-372
BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ____

Please list the additional parcels below (attach list if necessary):
(1) ____ (2) ____
(3) ____ (4) ____

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Morgan Fiore
1838 S Hall
Mesa, AZ 85204

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
35184 N. Magnette Way
Queen Creek, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Morgan Fiore
**35184 N. Magnette Way**
**Queen Creek, AZ 85142**

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked e or f in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2021-143422
RECORD DATE 11/12/2021

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ____

10. **SALE PRICE: $ 523,995.00**

11. DATE OF SALE (Numeric Digits): 11/2021
Month / Year

12. DOWN PAYMENT $ **27,145.00**

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property: $ ____ 00 AND
briefly describe the Personal Property: ____

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: N/A

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
**Morgan Fiore**
**1838 S Hall**
**Mesa, AZ 85204**

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller / Agent [signature]
State of AZ, County of Maricopa
Subscribed and sworn to before me on this 9 day of Nov 2021
Notary Public [signature]
Notary Expiration Date 5/28/22

KASEY NASH
Notary Public - Arizona
Maricopa County
Expires 05/28/2022

Signature of Buyer / Agent [signature]
State of Arizona County of Maricopa
Subscribed and sworn to before me on this 9 day of Nov 2021
Notary Public [signature]
Notary Expiration Date 8/01/23

STACY MORIN-PASCUAL
Notary Public - Arizona
Maricopa Co. / #566352
Expires 08/01/2023

## EXHIBIT "A"
## Legal Description

LOT 725 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.

Unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 11/03/2021 1427
FEE: $30.00
PAGES: 3
FEE NUMBER: 2021-139990

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88022511

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to.**

**Nicole Lupica, a married woman as her sole and separate property**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

EXHIBIT "A"
(Continued)

By: ______________________
Robert L. Flaherty
Its: Group President

State of Arizona
County of Maricopa

On 9-16-2021, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Unofficial

Unofficial

Escrow No. **88022511-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 724 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35176 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

# AFFIDAVIT OF PROPERTY VALUE

| FOR RECORDER'S USE ONLY | |
|---|---|
| COUNTY OF RECORDATION | PINAL |
| FEE NO | 2021-139990 |
| RECORD DATE | 11/03/2021 |

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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
BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ______

Please list the additional parcels below (attach list if necessary):
(1) ______ (2) ______
(3) ______ (4) ______

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Nicole Lupica
22912 E Marsh Rd
Queen Creek, AZ 85142

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
35176 N. Magnette Way
Queen Creek, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Nicole Lupica
#5

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ______

10. **SALE PRICE:** $ 516,995.00

11. DATE OF SALE (Numeric Digits): 08 / 21
Month / Year

12. DOWN PAYMENT $ 25,850

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property:
$ ______ 00 AND
briefly describe the Personal Property: ______

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Same as #5

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

[signature]
Signature of Seller / Agent
State of ______, County of ______
Subscribed and sworn to before me on this 3 day of Nov 2021
Notary Public [signature]
Notary Expiration Date 5/31/2022

TERESA S. FLOYD
Notary Public - Arizona
Maricopa County
Expires 05/31/2022

x Nicole Lupica
Signature of Buyer / Agent
State of Arizona, County of Pinal
Subscribed and sworn to before me on this 2 day of Nov. 2021
Notary Public [signature]
Notary Expiration Date 3/6/23

RICHARD S MORALES
Notary Public, State of Arizona
Pinal County
Commission # 561417
My Commission Expires
March 06, 2023

## EXHIBIT "A"
## Legal Description

LOT 724 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 35176 NORTH MAGNETTE WAY, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 10/13/2021 1650
FEE: $30.00
PAGES: 6
FEE NUMBER: 2021-130022

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88022545

# SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to.**

**Zachariah August Delgadillo, an unmarried man and Miriam Judith Delgadillo, a married woman as her sole and separate property**

The following real property situated in Pinal County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 8-30-21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Unofficial

Unofficial

Escrow No. **88022545-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 688 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.

ESCROW NO.: **88022545 065 TEF**

**ACCEPTANCE OF JOINT TENANCY
WITH RIGHT OF SURVIVORSHIP
"DEED"**

**Zachariah August Delgadillo, an unmarried man and Miriam Judith Delgadillo, a married woman as her sole and separate property,** each being first duly sworn upon oath, deposes and says, THAT I am one of the Grantees named in the deed attached to this Acceptance and executed by **Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership** as Grantors, to **Zachariah August Delgadillo, an unmarried man and Miriam Judith Delgadillo, a married woman as her sole and separate property** as Grantees, and which conveys the real property described as:

**LOT 688 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.**

to the Grantees named in the deed, not as tenants in common, nor as community property, nor as community property with right of survivorship, but as joint tenancy with right of survivorship.

Each of us individually and jointly as Grantees assert and affirm that it is our intention to accept this conveyance as a joint tenancy with right of survivorship and to acquire any interest we may have in the real property under the terms of the deed as joint tenancy with right of survivorship.

Dated: October 12, 2021

**GRANTEES:**

Zachariah August Delgadillo (signature) — **Zachariah August Delgadillo**

Miriam Judith Delgadillo (signature) — **Miriam Judith Delgadillo**

**NOTARY ACKNOWLEDGMENT(S) TO ACCEPTANCE OF JOINT TENANCY
WITH RIGHT OF SURVIVORSHIP DEED**

State of Arizona
County of Maricopa } ss:

The foregoing document was acknowledged before me this 12th day of October 2021,
by Zachariah August Delgadillo & Miriam Judith Delgadillo

(Seal) BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

(signature) Brandy Moody
Notary Public

My commission expires 01-14-2025

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of ARIZONA
County of MARICOPA } ss.

On this the ______ day of ______________, ______________, before me,
Day Month Year

BRANDY MOODY, the undersigned Notary Public,
Name of Notary Public

personally appeared MIRIAM JUDITH DELGADILLO,
Name(s) of Signer(s)

☐ personally known to me – OR –

☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

**BRANDY MOODY**
**Notary Public - Arizona**
**Maricopa Co. / #593131**
**Expires 01/14/2025**

Place Notary Seal/Stamp Above

[signature]
Signature of Notary Public

BRANDY MOODY
Any Other Required Information
(Printed Name of Notary, Expiration Date, etc.)

### OPTIONAL

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ACCEPTANCE OF JOINT TENANCY WITH RIGHT OF SURVIVORSHIP

Document Date: October 12, 2021 (Signed) Number of Pages: 1

Signer(s) Other Than Named Above: ZACHARIAH AUGUST DELGADILLO

©2017 National Notary Association

Escrow No. **88022545-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 688 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.

Unofficial

## AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 509-04-335
BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒
How many parcels, other than the Primary Parcel, are included in this sale? ______
Please list the additional parcels below (attach list if necessary):
(1) ______ (2) ______
(3) ______ (4) ______

2. SELLER'S NAME AND ADDRESS:
Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
Zachariah August Delgadillo
2417 E. Campbell Ave. #5B
Phoenix, AZ 85016

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:
3752 W. Dark Sky Rd
Queen Creek, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
Zachariah August Delgadillo
3752 W Dark Sky Rd
Queen Creek AZ 85142

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.
**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: ___
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

**FOR RECORDER'S USE ONLY**
COUNTY OF RECORDATION PINAL
FEE NO 2021-130022
RECORD DATE 10/13/2021

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ______

10. **SALE PRICE:** $ 470,995.00

11. DATE OF SALE (Numeric Digits): 08 / 21
Month / Year

12. DOWN PAYMENT $ 47,254

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property:
$ ______ 00 AND
briefly describe the Personal Property: ______

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: N/A

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Same as #3

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller / Agent
State of Arizona County of Maricopa
Subscribed and sworn to before me on this 27th day of October 2021
Notary Public Brandy Moody
Notary Expiration Date 01-14-2025
BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

Zachariah August Delgadillo
Signature of Buyer / Agent
State of Arizona, County of Maricopa
Subscribed and sworn to before me on this 27th day of October 2021
Notary Public Brandy Moody
Notary Expiration Date 01-14-2025
BRANDY MOODY
Notary Public - Arizona
Maricopa Co. / #593131
Expires 01/14/2025

Unofficial

Escrow No. **88022545-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 688 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 10/12/2021 1603
FEE: $30.00
PAGES: 3
FEE NUMBER: 2021-129368

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88022506

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Jolaine Oliver, a married Woman**

The following real property situated in Pinal County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

Unofficial

**EXHIBIT "A"**
**(Continued)**

**By:** ______________________
**Robert L. Flaherty**
**Its: Group President**

**State of Arizona**
**County of Maricopa**

On 8·30·21 ____________, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________
Notary Public
My Commission Expires: 3·18·2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Unofficial

Escrow No. **88022506-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 689 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.

ALSO COMMONLY KNOWN AS: 3744 WEST DARK SKY ROAD, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

# AFFIDAVIT OF PROPERTY VALUE

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)

Primary Parcel: 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

BOOK MAP PARCEL SPLIT

Does this sale include any parcels that are being split / divided?
Check one: Yes ☐ No ☒

How many parcels, other than the Primary Parcel, are included in this sale? ____

Please list the additional parcels below (attach list if necessary):
(1) ____ (2) ____
(3) ____ (4) ____

2. SELLER'S NAME AND ADDRESS:

Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
8767 E Via De Ventura, Suite 390
Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:

Jolaine Oliver
19715 E Apricot Lane
Queen Creek, AZ 85142

(b) Are the Buyer and Seller related? Yes ☐ No ☒
If Yes, state relationship:

4. ADDRESS OF PROPERTY:

3744 W. Dark Sky Rd.
Queen Creek, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)

Jolaine Oliver
3744 W Dark Sky Rd
Queen Creek AZ 85142

(b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box

a. ☐ Vacant Land
b. ☒ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
a. ☒ To be used as a primary residence.
b. ☐ To be rented to someone other than a **"qualified family member."**
c. ☐ To be used as a non-primary or secondary residence.

**See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2021-129368
RECORD DATE 10/12/2021

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
a. ☐ Warranty Deed
b. ☒ Special Warranty Deed
c. ☐ Joint Tenancy Deed
d. ☐ Contract or Agreement
e. ☐ Quit Claim Deed
f. ☐ Other: ____

10. **SALE PRICE:** $ 491,995.00

11. DATE OF SALE (Numeric Digits): 08 / 21 (Month / Year)

12. DOWN PAYMENT $ 231,995

13. METHOD OF FINANCING:
a. ☐ Cash (100% of Sale Price)
b. ☐ Barter or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. ☒ New loan(s) from financial institution:
(1) ☒ Conventional
(2) ☐ VA
(3) ☐ FHA
f. ☐ Other financing; Specify:

14. PERSONAL PROPERTY (see reverse side for definition):
(a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
(b) If Yes, provide the dollar amount of the Personal Property:
$ ____ 00 AND
briefly describe the Personal Property: ____

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
(a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
Dame H3

18. LEGAL DESCRIPTION (attach copy if necessary):
**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

**THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.**

| Seller | Buyer |
|---|---|
| [signature] **Signature of Seller / Agent** | Jolaine Oliver **Signature of Buyer / Agent** |
| **State of** Arizona, **County of** Maricopa | **State of** Arizona, **County of** Maricopa |
| **Subscribed and sworn to before me on this** 7th **day of** Oct **20**21 | **Subscribed and sworn to before me on this** 6th **day of** Oct **20**21 |
| **Notary Public** [signature] | **Notary Public** Deanna Hillis |
| **Notary Expiration Date** 5/31/2022 | **Notary Expiration Date** 12/15/2024 |

TERESA S. FLOYD
Notary Public - Arizona
Maricopa County
Expires 05/31/2022

DEANNA HILLIS
Notary Public - Arizona
Maricopa Co. / #594075
Expires 12/15/2024

DOR FORM 82162 (04/2018)

SFRM0135 (DSI Rev. 09/12/19)

## EXHIBIT "A"
## Legal Description

LOT 689 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3744 WEST DARK SKY ROAD, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Unofficial

OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
Virginia Ross
Electronically Recorded

DATE/TIME: 10/08/2021 1648
FEE: $30.00
PAGES: 3
FEE NUMBER: 2021-128395

Unofficial

**RECORDING REQUESTED BY:**
Westminster Title Agency
**AND WHEN RECORDED MAIL TO:**

Escrow Number: 88022506

## SPECIAL WARRANTY DEED
## CORPORATE

For the consideration of Ten Dollars, and other valuable consideration,

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

**Conveys to**

**Jolaine Oliver, a married Woman**

The following real property situated in **Maricopa** County, **Arizona**:

**See attached legal and made a part hereof.**

Subject to the following matters only: The grantor warrants the title against the acts of the grantor only.

**Toll Brothers AZ Limited Partnership, an AZ Limited Partnership**

BY: TOLL SOUTHWEST LLC,
a Delaware limited liability company
General Partner

EXHIBIT "A"
(Continued)

By: ______________________
Robert L. Flaherty
Its: Group President

State of Arizona
County of Maricopa

On 8-30-21, before me, the undersigned Notary Public, personally appeared Robert L. Flaherty Group President as authorized signer of TOLL SOUTHWEST LLC a Delaware Corporation, as General Partner of Toll Brothers AZ Limited Partnership, an Arizona LP

______________________
Notary Public
My Commission Expires: 3-18-2024

CORRINE SUZANNE GARCIA
Notary Public - Arizona
Maricopa County
Commission # 578969
My Comm. Expires Mar 18, 2024

Official

Unofficial

Escrow No. **88022506-065-TEF**

**EXHIBIT "A"**

**LEGAL DESCRIPTION**

LOT 689 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.

ALSO COMMONLY KNOWN AS: 3744 WEST DARK SKY ROAD, SAN TAN VALLEY, ARIZONA ASSESSOR'S PARCEL NO.: 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

# AFFIDAVIT OF PROPERTY VALUE

**FOR RECORDER'S USE ONLY**

COUNTY OF RECORDATION PINAL
FEE NO 2021-128395
RECORD DATE 10/08/2021

1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(S)
   Primary Parcel: 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
   BOOK MAP PARCEL SPLIT
   Does this sale include any parcels that are being split / divided?
   Check one: Yes ☐ No ☒
   How many parcels, other than the Primary Parcel, are included in this sale? ______
   Please list the additional parcels below (attach list if necessary):
   (1) ______ (2) ______
   (3) ______ (4) ______

2. SELLER'S NAME AND ADDRESS:
   Toll Brothers AZ Limited Partnership, An Arizona Limited Partnership
   8767 E Via De Ventura, Suite 390
   Scottsdale, AZ 85258

3. (a) BUYER'S NAME AND ADDRESS:
   Jolaine Oliver
   19715 E Apricot Lane
   Queen Creek, AZ 85142
   (b) Are the Buyer and Seller related? Yes ☐ No ☒
   If Yes, state relationship:

4. ADDRESS OF PROPERTY:
   3744 W. Dark Sky Rd.
   Queen Creek, AZ 85142

5. (a) MAIL TAX BILL TO: (Taxes due even if no bill received)
   Jolaine Oliver
   3744 W Dark Sky Rd
   Queen Creek AZ 85142
   (b) Next tax payment due 4/2022

6. PROPERTY TYPE (for Primary Parcel): NOTE: Check Only One Box
   a. ☐ Vacant Land
   b. ☒ Single Family Residence
   c. ☐ Condo or Townhouse
   d. ☐ 2-4 Plex
   e. ☐ Apartment Building
   f. ☐ Commercial or Industrial Use
   g. ☐ Agricultural
   h. ☐ Mobile or Manufactured Home ☐ Affixed ☐ Not Affixed
   i. ☐ Other Use; Specify:

7. RESIDENTIAL BUYER'S USE: If you checked **b, c, d** or **h** in Item 6 above, please check one of the following:
   a. ☒ To be used as a primary residence.
   b. ☐ To be rented to someone other than a **"qualified family member."**
   c. ☐ To be used as a non-primary or secondary residence.
   **See reverse side for definition of a "primary residence, secondary residence" and "family member."**

8. If you checked **e** or **f** in Item 6 above, indicate the number of units: _
   For Apartments, Motels / Hotels, Mobile Home / RV Parks, etc.

9. TYPE OF DEED OR INSTRUMENT (Check Only One Box):
   a. ☐ Warranty Deed
   b. ☒ Special Warranty Deed
   c. ☐ Joint Tenancy Deed
   d. ☐ Contract or Agreement
   e. ☐ Quit Claim Deed
   f. ☐ Other: ______

10. **SALE PRICE:** $ **491,995.00**

11. DATE OF SALE (Numeric Digits): **08 / 21** (Month / Year)

12. DOWN PAYMENT $ **231,995**

13. METHOD OF FINANCING:
   a. ☐ Cash (100% of Sale Price)
   b. ☐ Barter or trade
   c. ☐ Assumption of existing loan(s)
   d. ☐ Seller Loan (Carryback)
   e. ☒ New loan(s) from financial institution:
      (1) ☒ Conventional
      (2) ☐ VA
      (3) ☐ FHA
   f. ☐ Other financing; Specify: ______

14. PERSONAL PROPERTY (see reverse side for definition):
   (a) Did the Sale Price in Item 10 include Personal Property that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
   (b) If Yes, provide the dollar amount of the Personal Property:
   $ ______ 00 AND
   briefly describe the Personal Property: ______

15. PARTIAL INTEREST: If only a partial ownership interest is being sold, briefly describe the partial interest: NA

16. SOLAR / ENERGY EFFICIENT COMPONENTS:
   (a) Did the Sale price in Item 10 include solar energy devises, energy efficient building components, renewable energy equipment or combined heat and power systems that impacted the Sale Price by 5 percent or more? Yes ☐ No ☒
   If Yes, briefly describe the solar / energy efficient components:

17. PARTY COMPLETING AFFIDAVIT (Name, Address, Phone Number):
   [signature] #3

18. LEGAL DESCRIPTION (attach copy if necessary):
   **SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.**

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

| Seller | Buyer |
|---|---|
| [signature] Signature of Seller / Agent | [signature: Jolaine Oliver] Signature of Buyer / Agent |
| State of Arizona, County of Maricopa | State of Arizona, County of Maricopa |
| Subscribed and sworn to before me on this 7 day of Oct 2021 | Subscribed and sworn to before me on this 6th day of Oct 2021 |
| Notary Public [signature] | Notary Public [signature: Deanna Hillis] |
| Notary Expiration Date 5/31/2022 | Notary Expiration Date 12/15/2024 |
| TERESA S. FLOYD, Notary Public - Arizona, Maricopa County, Expires 05/31/2022 | DEANNA HILLIS, Notary Public - Arizona, Maricopa Co. / #594075, Expires 12/15/2024 |

DOR FORM 82162 (02/2019) SFRM0135 (DSI Rev. 09/12/19)

## EXHIBIT "A"
## Legal Description

LOT 689 OF THE PRESERVE AT SAN TAN - UNIT 2B, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN FEE NO. 2020-131582 AND AFFIDAVIT OF CORRECTION RECORDED JANUARY 29, 2021 IN FEE NO. 2021-011458.
ALSO COMMONLY KNOWN AS: 3744 WEST DARK SKY ROAD, SAN TAN VALLEY, ARIZONA
ASSESSOR'S PARCEL NO.: 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

Unofficial

# Exhibit 211

WESTMINSTER TITLE AGENCY INC.
A Toll Brothers Company

10375 Park Meadows Dr, Suite 550
Lone Tree, CO 80124
Phone:
Fax:

January 24, 2023

Jeffrey Gu
5131 Vivian Street
Wheat Ridge, CO 80033

RE: File No: 132-22000532-TBI
Property: 5131 Vivian Street, Wheat Ridge, CO 80033

Dear Jeffrey Gu:

In connection with the transaction recently handled for you by our company, we are pleased to enclose your Owner's Title Policy. Please keep this document(s) with your permanent records for this property in a safe place for future reference.

We thank you for the opportunity to be of service to you in this transaction and would love the opportunity to work with you again in the future. If you plan on refinancing or selling your home, or if you have any other questions, please feel free to give us a call!

Sincerely,

Steve Koester

Enclosures

CHICAGO TITLE INSURANCE COMPANY

**Policy No.: 3709-23-132-22000532-TBI-2023.7230606-229468150**

## OWNER'S POLICY OF TITLE INSURANCE

Issued by

## CHICAGO TITLE INSURANCE COMPANY

**Any notice of claim and any other notice or statement in writing required to be given the Company under this Policy must be given to the Company at the address shown in Section 18 of the Conditions.**

## COVERED RISKS

SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE EXCEPTIONS FROM COVERAGE CONTAINED IN SCHEDULE B, AND THE CONDITIONS, CHICAGO TITLE INSURANCE COMPANY, a Florida corporation, (the "Company") insures as of Date of Policy and, to the extent stated in Covered Risks 9 and 10, after Date of Policy, against loss or damage, not exceeding the Amount of Insurance, sustained or incurred by the Insured by reason of:

1. Title being vested other than as stated in Schedule A.
2. Any defect in or lien or encumbrance on the Title. This Covered Risk includes but is not limited to insurance against loss from
   (a) A defect in the Title caused by
      (i) forgery, fraud, undue influence, duress, incompetency, incapacity, or impersonation;
      (ii) failure of any person or Entity to have authorized a transfer or conveyance;
      (iii) a document affecting Title not properly created, executed, witnessed, sealed, acknowledged, notarized, or delivered;
      (iv) failure to perform those acts necessary to create a document by electronic means authorized by law;
      (v) a document executed under a falsified, expired, or otherwise invalid power of attorney;
      (vi) a document not properly filed, recorded, or indexed in the Public Records including failure to perform those acts by electronic means authorized by law; or
      (vii) a defective judicial or administrative proceeding.
   (b) The lien of real estate taxes or assessments imposed on the Title by a governmental authority due or payable, but unpaid.
   (c) Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land. The term "encroachment" includes encroachments of existing improvements located on the Land onto adjoining land, and encroachments onto the Land of existing improvements located on adjoining land.
3. Unmarketable Title.
4. No right of access to and from the Land.
5. The violation or enforcement of any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to
   (a) the occupancy, use, or enjoyment of the Land;
   (b) the character, dimensions, or location of any improvement erected on the Land;
   (c) the subdivision of land; or
   (d) environmental protection

   if a notice, describing any part of the Land, is recorded in the Public Records setting forth the violation or intention to enforce, but only to the extent of the violation or enforcement referred to in that notice.
6. An enforcement action based on the exercise of a governmental police power not covered by Covered Risk 5 if a notice of the enforcement action, describing any part of the Land, is recorded in the Public Records, but only to the extent of the enforcement referred to in that notice.
7. The exercise of the rights of eminent domain if a notice of the exercise, describing any part of the Land, is recorded in the Public Records.
8. Any taking by a governmental body that has occurred and is binding on the rights of a purchaser for value without Knowledge.
9. Title being vested other than as stated Schedule A or being defective
   (a) as a result of the avoidance in whole or in part, or from a court order providing an alternative remedy, of a transfer of all or any part of the title to or any interest in the Land occurring prior to the transaction vesting Title as shown in Schedule A because that prior transfer constituted a fraudulent or preferential transfer under federal bankruptcy, state insolvency, or similar creditors' rights laws; or
   (b) because the instrument of transfer vesting Title as shown in Schedule A constitutes a preferential transfer under federal bankruptcy, state insolvency, or similar creditors' rights laws by reason of the failure of its recording in the Public Records
      (i) to be timely, or
      (ii) to impart notice of its existence to a purchaser for value or to a judgment or lien creditor.
10. Any defect in or lien or encumbrance on the Title or other matter included in Covered Risks 1 through 9


Copyright 2006-2016 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

that has been created or attached or has been filed or recorded in the Public Records subsequent to Date of Policy and prior to the recording of the deed or other instrument of transfer in the Public Records that vests Title as shown in Schedule A.

The Company will also pay the costs, attorneys' fees, and expenses incurred in defense of any matter insured against by this Policy, but only to the extent provided in the Conditions.

IN WITNESS WHEREOF, CHICAGO TITLE INSURANCE COMPANY has caused this policy to be signed and sealed by its duly authorized officers.

CHICAGO TITLE INSURANCE COMPANY

Countersigned:

By: ______________________
Authorized Officer or Agent

Westminster Abstract Company
DBA Westminster Title Agency Inc
1120 N Town Center Dr Ste 100
Las Vegas, NV 89144
Tel:239-495-7360
Fax:239-495-7360

By:

Michael J. Nolan
President

Attest:

Marjorie Nemzura
Secretary

## EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy, and the Company will not pay loss or damage, costs, attorneys' fees, or expenses that arise by reason of:

1. (a) Any law, ordinance, permit, or governmental regulation (including those relating to building and zoning) restricting, regulating, prohibiting, or relating to
    (i) the occupancy, use, or enjoyment of the Land;
    (ii) the character, dimensions or location of any improvement erected on the Land;
    (iii) the subdivision of land; or
    (iv) environmental protection;
    or the effect of any violation of these laws, ordinances, or governmental regulations. This Exclusion 1(a) does not modify or limit the coverage provided under Covered Risk 5.
    (b) Any governmental police power. This Exclusion 1(b) does not modify or limit the coverage provided under Covered Risk 6.
2. Rights of eminent domain. This Exclusion does not modify or limit the coverage provided under Covered Risk 7 or 8.
3. Defects, liens, encumbrances, adverse claims, or other matters:
    (a) created, suffered, assumed, or agreed to by the Insured Claimant;
    (b) not Known to the Company, not recorded in the Public Records at Date of Policy, but Known to the Insured Claimant and not disclosed in writing to the Company by the Insured Claimant prior to the date the Insured Claimant became an Insured under this policy;
    (c) resulting in no loss or damage to the Insured Claimant;
    (d) attaching or created subsequent to Date of Policy (however, this does not modify or limit the coverage provided under Covered Risk 9 and 10); or
    (e) resulting in loss or damage that would not have been sustained if the Insured Claimant had paid value for the Title.
4. Any claim, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that the transaction vesting the Title as shown in Schedule A, is
    (a) a fraudulent conveyance or fraudulent transfer; or
    (b) a preferential transfer for any reason not stated in Covered Risk 9 of this policy.
5. Any lien on the Title for real estate taxes or assessments imposed by governmental authority and created or attaching between Date of Policy and the date of recording of the deed or other instrument of transfer in the Public Records that vests Title as shown in Schedule A.

## CONDITIONS


Copyright 2006-2016 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

**1. DEFINITION OF TERMS**

The following terms when used in this policy mean:

(a)"Amount of Insurance": The amount stated in Schedule A, as may be increased or decreased by endorsement to this policy, increased by Section 8(b), or decreased by Sections 10 and 11 of these Conditions.

(b)"Date of Policy": The date designated as ‘Date of Policy" in Schedule A.

(c)"Entity": A corporation, partnership, trust, limited liability company, or other similar legal entity.

(d)"Insured": The Insured named in Schedule A.

(i) The term "Insured" also includes

(A) successors to the Title of the Insured by operation of law as distinguished from purchase, including heirs, devisees, survivors, personal representatives, or next of kin;

(B) successors to an Insured by dissolution, merger, consolidation, distribution, or reorganization;

(C) successors to an Insured by its conversion to another kind of Entity;

(D) a grantee of an Insured under a deed delivered without payment of actual valuable consideration conveying the Title

(1)if the stock, shares, memberships, or other equity interests of the grantee are wholly-owned by the named Insured,

(2)if the grantee wholly owns the named Insured,

(3)if the grantee is wholly-owned by an affiliated Entity of the named Insured, provided the affiliated Entity and the named Insured are both wholly-owned by the same person or Entity, or

(4)if the grantee is a trustee or beneficiary of a trust created by a written instrument established by the Insured named in Schedule A for estate planning purposes.

(ii) With regard to (A), (B), (C), and (D) reserving, however, all rights and defenses as to any successor that the Company would have had against any predecessor Insured.

(e) "Insured Claimant": An Insured claiming loss or damage.

(f) "Knowledge" or "Known": Actual knowledge, not constructive knowledge or notice that may be imputed to an Insured by reason of the Public Records or any other records that impart constructive notice of matters affecting the Title.

(g)"Land": The land described in Schedule A, and affixed improvements that by law constitute real property. The term "Land" does not include any property beyond the lines of the area described in Schedule A, nor any right, title, interest, estate, or easement in abutting streets, roads, avenues, alleys, lanes, ways or waterways, but this does not modify or limit the extent that a right of access to and from the Land is insured by this policy.

(h)"Mortgage": Mortgage, deed of trust, trust deed, or other security instrument, including one evidenced by electronic means authorized by law.

(i) "Public Records": Records established under state statutes at Date of Policy for the purpose of imparting constructive notice of matters relating to real property to purchasers for value and without Knowledge. With respect to Covered Risk 5(d), "Public Records" shall also include environmental protection liens filed in the records of the clerk of the United States District Court for the district where the Land is located.

(j) "Title": The estate or interest described in Schedule A.

(k) "Unmarketable Title": Title affected by an alleged or apparent matter that would permit a prospective purchaser or lessee of the Title or lender on the Title to be released from the obligation to purchase, lease, or lend if there is a contractual condition requiring the delivery of marketable title.

**2. CONTINUATION OF INSURANCE**

The coverage of this policy shall continue in force as of Date of Policy in favor of an Insured, but only so long as the Insured retains an estate or interest in the Land, or holds an obligation secured by a purchase money Mortgage given by a purchaser from the Insured, or only so long as the Insured shall have liability by reason of warranties in any transfer or conveyance of the Title. This policy shall not continue in force in favor of any purchaser from the Insured of either (i) an estate or interest in the Land, or (ii) an obligation secured by a purchase money Mortgage given to the Insured.

**3. NOTICE OF CLAIM TO BE GIVEN BY INSURED CLAIMANT**

The Insured shall notify the Company promptly in writing (i) in case of any litigation as set forth in Section 5(a) of these Conditions, (ii) in case Knowledge shall come to an Insured hereunder of any claim of title or interest that is adverse to the Title, as insured, and that might cause loss or damage for which the Company may be liable by virtue of this policy, or (iii) if the Title, as insured, is rejected as Unmarketable Title. If the Company is prejudiced by the failure of the Insured Claimant to provide prompt notice, the Company’s liability to the Insured Claimant under the policy shall be reduced to the extent of the prejudice.

**4. PROOF OF LOSS**

In the event the Company is unable to determine the amount of loss or damage, the Company may, at its option, require as a condition of payment that the Insured Claimant furnish a signed proof of loss. The proof of loss must describe the defect, lien, encumbrance, or other matter insured against by this policy that constitutes the basis of loss or damage and shall state, to the extent possible, the basis of calculating the amount of the loss or damage.

**5. DEFENSE AND PROSECUTION OF ACTIONS**

(a)Upon written request by the Insured, and subject to the options contained in Section 7 of these Conditions, the Company, at its own cost and without unreasonable delay, shall provide for the defense of an Insured in litigation in which any third party asserts a claim covered by this policy adverse to the Insured. This obligation is limited to only those stated causes of action


Copyright 2006-2016 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

alleging matters insured against by this policy. The Company shall have the right to select counsel of its choice (subject to the right of the Insured to object for reasonable cause) to represent the Insured as to those stated causes of action. It shall not be liable for and will not pay the fees of any other counsel. The Company will not pay any fees, costs, or expenses incurred by the Insured in the defense of those causes of action that allege matters not insured against by this policy.

(b)The Company shall have the right, in addition to the options contained in Section 7 of these Conditions, at its own cost, to institute and prosecute any action or proceeding or to do any other act that in its opinion may be necessary or desirable to establish the Title, as insured, or to prevent or reduce loss or damage to the Insured. The Company may take any appropriate action under the terms of this policy, whether or not it shall be liable to the Insured. The exercise of these rights shall not be an admission of liability or waiver of any provision of this policy. If the Company exercises its rights under this subsection, it must do so diligently.

(c)Whenever the Company brings an action or asserts a defense as required or permitted by this policy, the Company may pursue the litigation to a final determination by a court of competent jurisdiction, and it expressly reserves the right, in its sole discretion, to appeal from any adverse judgment or order.

**6. DUTY OF INSURED CLAIMANT TO COOPERATE**

(a)In all cases where this policy permits or requires the Company to prosecute or provide for the defense of any action or proceeding and any appeals, the Insured shall secure to the Company the right to so prosecute or provide defense in the action or proceeding, including the right to use, at its option, the name of the Insured for this purpose. Whenever requested by the Company, the Insured, at the Company's expense, shall give the Company all reasonable aid (i) in securing evidence, obtaining witnesses, prosecuting or defending the action or proceeding, or effecting settlement, and (ii) in any other lawful act that in the opinion of the Company may be necessary or desirable to establish the Title, or any other matter as insured. If the Company is prejudiced by the failure of the Insured to furnish the required cooperation, the Company's obligations to the Insured under the policy shall terminate, including any liability or obligation to defend, prosecute, or continue any litigation, with regard to the matter or matters requiring such cooperation.

(b)The Company may reasonably require the Insured Claimant to submit to examination under oath by any authorized representative of the Company and to produce for examination, inspection, and copying, at such reasonable times and places as may be designated by the authorized representative of the Company, all records, in whatever medium maintained, including books, ledgers, checks, memoranda, correspondence, reports, e-mails, disks, tapes, and videos whether bearing a date before or after Date of Policy, that reasonably pertain to the loss or damage. Further, if requested by any authorized representative of the Company, the Insured Claimant shall grant its permission, in writing, for any authorized representative of the Company to examine, inspect, and copy all of these records in the custody or control of a third party that reasonably pertain to the loss or damage. All information designated as confidential by the Insured Claimant provided to the Company pursuant to this Section shall not be disclosed to others unless, in the reasonable judgment of the Company, it is necessary in the administration of the claim. Failure of the Insured Claimant to submit for examination under oath, produce any reasonably requested information, or grant permission to secure reasonably necessary information from third parties as required in this subsection, unless prohibited by law or governmental regulation, shall terminate any liability of the Company under this policy as to that claim.

**7. OPTIONS TO PAY OR OTHERWISE SETTLE CLAIMS; TERMINATION OF LIABILITY**

In case of a claim under this policy, the Company shall have the following additional options:

(a)To Pay or Tender Payment of the Amount of Insurance.

To pay or tender payment of the Amount of Insurance under this policy together with any costs, attorneys' fees, and expenses incurred by the Insured Claimant that were authorized by the Company up to the time of payment or tender of payment and that the Company is obligated to pay.

Upon the exercise by the Company of this option, all liability and obligations of the Company to the Insured under this policy, other than to make the payment required in this subsection, shall terminate, including any liability or obligation to defend, prosecute, or continue any litigation.

(b) To Pay or Otherwise Settle With Parties Other Than the Insured or With the Insured Claimant.

(i) To pay or otherwise settle with other parties for or in the name of an Insured Claimant any claim insured against under this policy. In addition, the Company will pay any costs, attorneys' fees, and expenses incurred by the Insured Claimant that were authorized by the Company up to the time of payment and that the Company is obligated to pay; or

(ii)To pay or otherwise settle with the Insured Claimant the loss or damage provided for under this policy, together with any costs, attorneys' fees, and expenses incurred by the Insured Claimant that were authorized by the Company up to the time of payment and that the Company is obligated to pay.

Upon the exercise by the Company of either of the options provided for in subsections (b)(i) or (ii), the Company's obligations to the Insured under this policy for the claimed loss or damage, other than the payments required to be made, shall terminate, including any liability or obligation to defend, prosecute, or continue any litigation.

**8. DETERMINATION AND EXTENT OF LIABILITY**

This policy is a contract of indemnity against actual monetary loss or damage sustained or incurred by the Insured Claimant who has suffered loss or damage by reason of matters insured against by this policy.

(a)The extent of liability of the Company for loss or damage under this policy shall not exceed the lesser of

(i) the Amount of Insurance; or

(ii)the difference between the value of the Title as insured and the value of the Title subject to the risk insured against by this policy.


Copyright 2006-2016 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

(b)If the Company pursues its rights under Section 5 of these Conditions and is unsuccessful in establishing the Title, as insured,

(i) the Amount of Insurance shall be increased by 10%, and

(ii)the Insured Claimant shall have the right to have the loss or damage determined either as of the date the claim was made by the Insured Claimant or as of the date it is settled and paid.

(c)In addition to the extent of liability under (a) and (b), the Company will also pay those costs, attorneys' fees, and expenses incurred in accordance with Sections 5 and 7 of these Conditions.

**9. LIMITATION OF LIABILITY**

(a)If the Company establishes the Title, or removes the alleged defect, lien or encumbrance, or cures the lack of a right of access to or from the Land, or cures the claim of Unmarketable Title, all as insured, in a reasonably diligent manner by any method, including litigation and the completion of any appeals, it shall have fully performed its obligations with respect to that matter and shall not be liable for any loss or damage caused to the Insured.

(b)In the event of any litigation, including litigation by the Company or with the Company's consent, the Company shall have no liability for loss or damage until there has been a final determination by a court of competent jurisdiction, and disposition of all appeals, adverse to the Title, as insured.

(c)The Company shall not be liable for loss or damage to the Insured for liability voluntarily assumed by the Insured in settling any claim or suit without the prior written consent of the Company.

**10. REDUCTION OF INSURANCE; REDUCTION OR TERMINATION OF LIABILITY**

All payments under this policy, except payments made for costs, attorneys' fees, and expenses, shall reduce the Amount of Insurance by the amount of the payment.

**11. LIABILITY NONCUMULATIVE**

The Amount of Insurance shall be reduced by any amount the Company pays under any policy insuring a Mortgage to which exception is taken in Schedule B or to which the Insured has agreed, assumed, or taken subject, or which is executed by an Insured after Date of Policy and which is a charge or lien on the Title, and the amount so paid shall be deemed a payment to the Insured under this policy.

**12. PAYMENT OF LOSS**

When liability and the extent of loss or damage have been definitely fixed in accordance with these Conditions, the payment shall be made within 30 days.

**13. RIGHTS OF RECOVERY UPON PAYMENT OR SETTLEMENT**

(a)Whenever the Company shall have settled and paid a claim under this policy, it shall be subrogated and entitled to the rights of the Insured Claimant in the Title and all other rights and remedies in respect to the claim that the Insured Claimant has against any person or property, to the extent of the amount of any loss, costs, attorneys' fees, and expenses paid by the Company. If requested by the Company, the Insured Claimant shall execute documents to evidence the transfer to the Company of these rights and remedies. The Insured Claimant shall permit the Company to sue, compromise, or settle in the name of the Insured Claimant and to use the name of the Insured Claimant in any transaction or litigation involving these rights and remedies.

If a payment on account of a claim does not fully cover the loss of the Insured Claimant, the Company shall defer the exercise of its right to recover until after the Insured Claimant shall have recovered its loss.

(b)The Company's right of subrogation includes the rights of the Insured to indemnities, guaranties, other policies of insurance, or bonds, notwithstanding any terms or conditions contained in those instruments that address subrogation rights.

**14. ARBITRATION**

Either the Company or the Insured may demand that the claim or controversy shall be submitted to arbitration pursuant to the Title Insurance Arbitration Rules of the American Land Title Association ("Rules"). Except as provided in the Rules, there shall be no joinder or consolidation with claims or controversies of other persons. Arbitrable matters may include, but are not limited to, any controversy or claim between the Company and the Insured arising out of or relating to this policy, any service in connection with its issuance or the breach of a policy provision, or to any other controversy or claim arising out of the transaction giving rise to this policy. All arbitrable matters when the Amount of Insurance is $2,000,000 or less shall be arbitrated at the option of either the Company or the Insured. All arbitrable matters when the Amount of Insurance is in excess of $2,000,000 shall be arbitrated only when agreed to by both the Company and the Insured. Arbitration pursuant to this policy and under the Rules shall be binding upon the parties. Judgment upon the award rendered by the Arbitrator(s) may be entered in any court of competent jurisdiction.

**15. LIABILITY LIMITED TO THIS POLICY; POLICY ENTIRE CONTRACT**

(a)This policy together with all endorsements, if any, attached to it by the Company is the entire policy and contract between the Insured and the Company. In interpreting any provision of this policy, this policy shall be construed as a whole.

(b)Any claim of loss or damage that arises out of the status of the Title or by any action asserting such claim shall be restricted to this policy.

(c)Any amendment of or endorsement to this policy must be in writing and authenticated by an authorized person, or expressly incorporated by Schedule A of this policy.


Copyright 2006-2016 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

(d)Each endorsement to this policy issued at any time is made a part of this policy and is subject to all of its terms and provisions. Except as the endorsement expressly states, it does not (i) modify any of the terms and provisions of the policy, (ii) modify any prior endorsement, (iii) extend the Date of Policy, or (iv) increase the Amount of Insurance.

**16. SEVERABILITY**

In the event any provision of this policy, in whole or in part, is held invalid or unenforceable under applicable law, the policy shall be deemed not to include that provision or such part held to be invalid, but all other provisions shall remain in full force and effect.

**17. CHOICE OF LAW; FORUM**

(a)Choice of Law: The Insured acknowledges the Company has underwritten the risks covered by this policy and determined the premium charged therefore in reliance upon the law affecting interests in real property and applicable to the interpretation, rights, remedies, or enforcement of policies of title insurance of the jurisdiction where the Land is located.

Therefore, the court or an arbitrator shall apply the law of the jurisdiction where the Land is located to determine the validity of claims against the Title that are adverse to the Insured and to interpret and enforce the terms of this policy. In neither case shall the court or arbitrator apply its conflicts of law principles to determine the applicable law.

(b)Choice of Forum: Any litigation or other proceeding brought by the Insured against the Company must be filed only in a state or federal court within the United States of America or its territories having appropriate jurisdiction.

**18. NOTICES, WHERE SENT**

Any notice of claim and any other notice or statement in writing required to be given to the Company under this policy must be given to the Company at CHICAGO TITLE INSURANCE COMPANY, Attn: Claims Department, P.O. Box 45023, Jacksonville, FL 32232-5023.

**NOTICE CONCERNING FRAUDULENT INSURANCE ACTS**
**(This Notice is Permanently Affixed Hereto)**

**It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the department of regulatory agencies.**

**C. R. S. A. § 10-1-128 (6)(a).**


Copyright 2006-2016 American Land Title Association. All rights reserved. The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

# FIDELITY NATIONAL FINANCIAL PRIVACY NOTICE

Effective August 1, 2021

Fidelity National Financial, Inc. and its majority-owned subsidiary companies (collectively, "FNF," "our," or "we") respect and are committed to protecting your privacy. This Privacy Notice explains how we collect, use, and protect personal information, when and to whom we disclose such information, and the choices you have about the use and disclosure of that information.

A limited number of FNF subsidiaries have their own privacy notices. If a subsidiary has its own privacy notice, the privacy notice will be available on the subsidiary's website and this Privacy Notice does not apply.

## Collection of Personal Information

FNF may collect the following categories of Personal Information:

- ☐ contact information (e.g., name, address, phone number, email address);
- ☐ demographic information (e.g., date of birth, gender, marital status);
- ☐ identity information (e.g. Social Security Number, driver's license, passport, or other government ID number);
- ☐ financial account information (e.g. loan or bank account information); and
- ☐ other personal information necessary to provide products or services to you.

We may collect Personal Information about you from:

- ☐ information we receive from you or your agent;
- ☐ information about your transactions with FNF, our affiliates, or others; and
- ☐ information we receive from consumer reporting agencies and/or governmental entities, either directly from these entities or through others.

## Collection of Browsing Information

FNF automatically collects the following types of Browsing Information when you access an FNF website, online service, or application (each an "FNF Website") from your Internet browser, computer, and/or device:

- ☐ Internet Protocol (IP) address and operating system;
- ☐ browser version, language, and type;
- ☐ domain name system requests; and
- ☐ browsing history on the FNF Website, such as date and time of your visit to the FNF Website and visits to the pages within the FNF Website.

Like most websites, our servers automatically log each visitor to the FNF Website and may collect the Browsing Information described above. We use Browsing Information for system administration, troubleshooting, fraud investigation, and to improve our websites. Browsing Information generally does not reveal anything personal about you, though if you have created a user account for an FNF Website and are logged into that account, the FNF Website may be able to link certain browsing activity to your user account.

## Other Online Specifics

Cookies. When you visit an FNF Website, a "cookie" may be sent to your computer. A cookie is a small piece of data that is sent to your Internet browser from a web server and stored on your computer's hard drive. Information gathered using cookies helps us improve your user experience. For example, a cookie can help the website load properly or can customize the display page based on your browser type and user preferences. You can choose whether or not to accept cookies by changing your Internet browser settings. Be aware that doing so may impair or limit some functionality of the FNF Website.


Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Web Beacons. We use web beacons to determine when and how many times a page has been viewed. This information is used to improve our websites.

Do Not Track. Currently our FNF Websites do not respond to "Do Not Track" features enabled through your browser.

Links to Other Sites. FNF Websites may contain links to unaffiliated third-party websites. FNF is not responsible for the privacy practices or content of those websites. We recommend that you read the privacy policy of every website you visit.

**Use of Personal Information**

FNF uses Personal Information for three main purposes:

- ☐To provide products and services to you or in connection with a transaction involving you.
- ☐To improve our products and services.
- ☐To communicate with you about our, our affiliates', and others' products and services, jointly or independently.

**When Information Is Disclosed**

We may disclose your Personal Information and Browsing Information in the following circumstances:

- ☐to enable us to detect or prevent criminal activity, fraud, material misrepresentation, or nondisclosure;
- ☐to nonaffiliated service providers who provide or perform services or functions on our behalf and who agree to use the information only to provide such services or functions;
- ☐to nonaffiliated third party service providers with whom we perform joint marketing, pursuant to an agreement with them to jointly market financial products or services to you;
- ☐to law enforcement or authorities in connection with an investigation, or in response to a subpoena or court order; or
- ☐in the good-faith belief that such disclosure is necessary to comply with legal process or applicable laws, or to protect the rights, property, or safety of FNF, its customers, or the public.

The law does not require your prior authorization and does not allow you to restrict the disclosures described above. Additionally, we may disclose your information to third parties for whom you have given us authorization or consent to make such disclosure. We do not otherwise share your Personal Information or Browsing Information with nonaffiliated third parties, except as required or permitted by law. We may share your Personal Information with affiliates (other companies owned by FNF) to directly market to you. Please see "Choices with Your Information" to learn how to restrict that sharing.

We reserve the right to transfer your Personal Information, Browsing Information, and any other information, in connection with the sale or other disposition of all or part of the FNF business and/or assets, or in the event of bankruptcy, reorganization, insolvency, receivership, or an assignment for the benefit of creditors. By submitting Personal Information and/or Browsing Information to FNF, you expressly agree and consent to the use and/or transfer of the foregoing information in connection with any of the above described proceedings.

**Security of Your Information**

We maintain physical, electronic, and procedural safeguards to protect your Personal Information.

**Choices With Your Information**

If you do not want FNF to share your information among our affiliates to directly market to you, you may send an "opt out" request as directed at the end of this Privacy Notice. We do not share your Personal Information with nonaffiliates for their use to direct market to you without your consent.

 Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

Whether you submit Personal Information or Browsing Information to FNF is entirely up to you. If you decide not to submit Personal Information or Browsing Information, FNF may not be able to provide certain services or products to you.

For California Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties, except as permitted by California law. For additional information about your California privacy rights, please visit the "California Privacy" link on our website (https://fnf.com/pages/californiaprivacy.aspx) or call (888) 413-1748.

For Nevada Residents: You may be placed on our internal Do Not Call List by calling (888) 714-2710 or by contacting us via the information set forth at the end of this Privacy Notice. Nevada law requires that we also provide you with the following contact information: Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: (702) 486-3132; email: BCPINFO@ag.state.nv.us.

For Oregon Residents: We will not share your Personal Information or Browsing Information with nonaffiliated third parties for marketing purposes, except after you have been informed by us of such sharing and had an opportunity to indicate that you do not want a disclosure made for marketing purposes.

For Vermont Residents: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

**Information From Children**

The FNF Websites are not intended or designed to attract persons under the age of eighteen (18).We do not ___ collect Personal Information from any person that we know to be under the age of thirteen (13) without permission from a parent or guardian.

**International Users**

FNF's headquarters is located within the United States. If you reside outside the United States and choose to provide Personal Information or Browsing Information to us, please note that we may transfer that information outside of your country of residence. By providing FNF with your Personal Information and/or Browsing Information, you consent to our collection, transfer, and use of such information in accordance with this Privacy Notice.

**FNF Website Services for Mortgage Loans**

Certain FNF companies provide services to mortgage loan servicers, including hosting websites that collect customer information on behalf of mortgage loan servicers (the "Service Websites"). The Service Websites may contain links to both this Privacy Notice and the mortgage loan servicer or lender's privacy notice. The sections of this Privacy Notice titled When Information is Disclosed, Choices with Your Information, and Accessing and Correcting Information do not apply to the Service Websites. The mortgage loan servicer or lender's privacy notice governs use, disclosure, and access to your Personal Information. FNF does not share Personal Information collected through the Service Websites, except as required or authorized by contract with the mortgage loan servicer or lender, or as required by law or in the good-faith belief that such disclosure is necessary: to comply with a legal process or applicable law, to enforce this Privacy Notice, or to protect the rights, property, or safety of FNF or the public.

**Your Consent To This Privacy Notice; Notice Changes**

By submitting Personal Information and/or Browsing Information to FNF, you consent to the collection and use of the information in accordance with this Privacy Notice. We may change this Privacy Notice at any time. The Privacy Notice's effective date will show the last date changes were made. If you provide information to us

 Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

following any change of the Privacy Notice, that signifies your assent to and acceptance of the changes to the Privacy Notice.

**Accessing and Correcting Information; Contact Us**

If you have questions, would like to correct your Personal Information, or want to opt-out of information sharing for affiliate marketing, visit FNF's Opt Out Page or contact us by phone at (888) 714-2710 or by mail to:

Fidelity National Financial, Inc.
601 Riverside Avenue,
Jacksonville, Florida 32204
Attn: Chief Privacy Officer

 Copyright © 2021. Fidelity National Financial, Inc. All Rights Reserved.

# CHICAGO TITLE INSURANCE COMPANY

## ALTA OWNER'S POLICY OF TITLE INSURANCE

## SCHEDULE A

Name and Address of Title Insurance Company: Chicago Title Insurance Company
601 Riverside Avenue
Jacksonville, FL 32204

File No.: 132-22000532-TBI    Policy No.: 7230606-229468150

Address Reference: 5131 Vivian Street, Wheat Ridge, CO 80033

Amount of Insurance: $726,731.00    Premium: $852.00

Date of Policy: January 23, 2023 at 10:19 AM

1. Name of Insured:

   Jeffrey Gu

2. The estate or interest in the Land that is insured by this policy is:

   Fee Simple

3. Title is vested in:

   Jeffrey Gu, as tenant in severalty

4. The Land referred to in this policy is described as follows:

   SEE EXHIBIT A ATTACHED HERETO

   For Identification Purposes Only: 5131 Vivian Street, Wheat Ridge, CO 80033

Westminster Title Agency, Inc.

Steve A. Koester, Authorized Signatory

CHICAGO TITLE INSURANCE COMPANY

By: Michael J. Nolan
President

ATTEST: Marjorie Nemzura
Secretary

CHICAGO TITLE INSURANCE COMPANY

ALTA OWNER'S POLICY OF TITLE INSURANCE

SCHEDULE B

File No: 132-22000532-TBI Policy No.: 7230606-229468150

EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage, and the Company will not pay costs, attorneys' fees, or expenses that arise by reason of:

1. Any rights, interests or claims of parties in possession of the land not shown by the public records.

2. All easements, rights-of-way, streets, roads or railways affecting the land not shown in the public records.

3. Any encroachments, overlaps, overhangs, violated restrictions, set-back line violations, boundary line disputes, variations in area, party walls, easements and any other matters which would be disclosed by an accurate survey or inspection of the land.

4. Any lien or right to lien, for services, labor, or materials imposed by law and not shown by the public records.

5. Any claim that any part or all of the land is or was underwater and riparian rights if any.

6. Taxes and assessments for the year 2022, and all subsequent years (which are shown as existing liens by the public records) which are not yet due and payable.

7. Any lien or right to lien in favor of any village, city, county or other municipality for unpaid service charges for water, sewer or gas systems supplying the land.

8. Any mortgage or deed of trust or other encumbrance entered into or granted by the insured.

9. All taxes and assessments, now or heretofore assessed, due or payable.

   Note: Upon all taxes paid current or confirmed current, with escrow at closing, the above exception will be amended to read as follows on Policy(ies) when issued:

   Taxes and assessments for the year 2020 and subsequent years a lien not yet due or payable.

10. Water rights, claims of title to water, whether or not these matters are shown by the Public Records.

11. Any facts, rights, interests or claims that are not shown by the Public Records but which could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

12. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.

13. Any encroachments, encumbrances, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by Public Records.

14. Any lien or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the Public Records.

# SCHEDULE B
(Continued)

15. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the Public Records or attaching subsequent to the effective date hereof but prior to the date the proposed Insured acquires of record for the value the estate or interest or mortgage thereon covered by this Commitment.

    NOTE: Upon all requirements met standard exceptions 1- 5 will not be shown in final policy(ies) when issued.

16. Terms, conditions, restrictions, provisions, notes and easements but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth on the Plat(s) of Stanley Heights set forth below:

    Recording Date: July 31, 1908
    Recording No: Plat Book 2 at Page 68B

17. Any taxes or assessments by reason of the inclusion of the Land in the Ward TOD Metropolitan District No. 2, as evidenced in instrument set forth: Record June 6, 2012, at Reception No. 2012058743

18. Any taxes or assessments by reason of the inclusive of the Land in the Ward TOD Metropolitan District No. 1, as evidenced in instrument set forth below: Recorded June 6, 2012, at Reception No. 2012058744.

19. Any taxes or assessments by reason of the inclusion of the Land in the Ward TOD Metropolitan District No. 3, as evidenced in instrument set forth below: Recorded June 6, 2012, at Reception No. 2012058745

20. Reservation of any oil, gas, and minerals lying beneath the surface of the property as contained in Special
    Warranty Deed recorded June 11, 2019 at Reception No. 2019047881.

21. Easements, notes, covenants, conditions and restrictions as shown or set forth on the plat of The Ridge at
    Ward Station recorded June 11, 2019 at Reception No. 2019047882.

22. Terms, conditions, provisions, agreements and obligations contained in the Development Covenant Agreement as set forth below:
    Recording Date: June 11, 2019 Recording No.: 2019047883.

23. Terms, conditions, provisions and obligations contained in the Ridge at Ward Station Concept Plan as set forth below:
    Recording Date: June 11, 2019 Recording No.: 2019047884.

24. Terms, conditions, provisions, agreements and obligations contained in the Temporary Construction Easement Agreement as set forth below:

    Recording Date: June 21, 2019 Recording No. 2019051707

25. Terms, conditions, provisions, agreements and obligations contained in the Declaration of Covenant and Restriction as set forth below:

    Recording Date: August 7, 2019 Recording No. 2019069060

# SCHEDULE B
(Continued)

26. Terms, conditions, provisions, agreements and obligations contained in the Subdivision Improvement Agreement as set forth below:

    Recording Date: August 7, 2019, Recording No. 2019069061

27. Terms, conditions, provisions, agreements and obligations contained in the Easement Agreement (Distributor Performance Non-Exclusive) as set forth below:

    Recording Date: August 16, 2019 Recording No. 2019073074

28. Terms, conditions, provisions, agreements and obligations contained in the Easement and Right-Of-Way Agreement as set forth below:

    Recording Date: July 23, 2020 Recording No. 2020088500

29. Covenants, conditions and restrictions but not omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth on the Plat(s) of said subdivision recorded August 12, 2020 at Reception No. 2020098997.

30. Notes, conditions, restrictions, easements of the Replat of The Ridge at Ward Station Filing No. 2 recorded August 12, 2020 at Reception No. 2020098997.

31. Covenants, conditions and restrictions but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic·information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is ,permitted by applicable law, as set forth in the document.

    Recording Date: August 13, 2020
    Recording No. Reception No. 202020100098

    Supplemental Declaration recorded _______________________.

    Annexation of Additional Land recorded January 23, 2023 in Reception no. 2023004042

    First Amendment to the Declaration of Covenants, Conditions and Restrictions for The Ridge at Ward Station, recorded June 7, 2021 at Reception No. 20210860040.

    Annexation of Additional Land to the Declaration of Covenants, Conditions and Restrictions for the Ridge at Ward Station recorded May 3, 2021 at Reception No. 2021067976.

    Affects: Lot 7, Block 8, Lots 1 through 6, Block 9, and Lots 1 through 7, Block 10, inclusive

    SAID COVENANTS, CONDITIONS AND RESTRICTIONS CONTAINS A PROVISION TO ANNEX THE HEREIN DESCRIBED PROPERTY, BUT A NOTICE OF ANNEXATION HAS NOT BEEN RECORED.

# SCHEDULE B
(Continued)

32. Terms, conditions, provisions, agreements and obligations contained in the Special Warranty Deed as set forth below:

    Recording Date: August 3, 2022, Recording No. 2022074612

    Affects: Tracts I, J, and M of the Ridge At Ward Station, Filing No. 2

33. There have been no conveyances recorded in the last 24 months. The last recorded conveyance as follows:

    Deed to the subject property in Special Warranty Deed From IBC DENVER II, LLC, a Delaware limited liability company to TOLL SOUTHWEST LLC, a Delaware limited liability company, recorded June 11, 2019 at Reception No. 2019047881.

34. Deed of Trust from Jeffrey Gu to United Wholesale Mortgage, LLC dated January 19, 2023, filed for record on January 23, 2023 at 10:19 am in Reception no. 2023004044, in the principal sum of $654,058.00.

# CHICAGO TITLE INSURANCE COMPANY

## ALTA OWNER'S POLICY OF TITLE INSURANCE

## EXHIBIT A
LEGAL DESCRIPTION

File No: 132-22000532-TBI Policy No.: 7230606-229468150

The land referred to in this Policy is described as follows:

Lot 7, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

130-06

ENDORSEMENT
Attached to Policy No. 7230606-229468150
Issued by
CHICAGO TITLE INSURANCE COMPANY

Provided there is situated on the Land described in Schedule A of the Policy, a single family residence, the Policy is hereby amended as follows:

Notwithstanding anything therein to the contrary, the Policy insures against loss or damage by reason of the following:

1. Any unfiled lien for labor or material furnished for the improvements on the Land (except for any such lien arising out of construction contracted for or assumed by the Insured), provided construction of all improvements is completed at Date of Policy.

2. Rights or claims of parties in possession of the principal dwelling.

3. The enforced removal of the principal dwelling on account of, at Date of Policy:

    (a) Any encroachment of said principal dwelling onto adjoining lands or onto any easement shown as an exception in Schedule B or onto any unrecorded subsurface easements.
    (b) Any violation of building setback lines or covenants, conditions or restrictions referred to in Schedule B of the Policy.
    (c) Any violation of any zoning ordinance if the Land is used only for a single family residence

This endorsement is issued as part of the policy. Except as it expressly states, it does not (i) modify any of the terms and provisions of the policy, (ii) modify any prior endorsements, (iii) extend the Date of Policy, or (iv) increase the Amount of Insurance. To the extent a provision of the policy or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. Otherwise, this endorsement is subject to all of the terms and provisions of the policy and of any prior endorsements.

Dated:

WESTMINSTER TITLE AGENCY

By:

Steve A. Koester, Authorized Signatory

130-06

# Exhibit 212

Arizona Corporation Commission - RECEIVED: 6/27/2025 25062706336631
Arizona Corporation Commission - FILED: 6/27/2025

# 2025 ANNUAL REPORT

## ENTITY INFORMATION

**ENTITY NAME:** WESTMINSTER ABSTRACT COMPANY
**ENTITY ID:** F07851607
**ENTITY TYPE:** Foreign For-Profit (Business) Corporation
**CHARACTER OF BUSINESS:** Other - Other - Other - UNDERWRITTEN TITLE COMPANY
**AUTHORIZED SHARES:** Share Class: COMMON Share Series: N/A Share Total: 1,000
**ISSUED SHARES:** Share Class: Common Share Series: N/A Share Total: 1,000

## STATUTORY AGENT INFORMATION

**STATUTORY AGENT NAME:** UNITED AGENT GROUP INC.
**PHYSICAL ADDRESS:** 3260 N HAYDEN RD #210 , SCOTTSDALE, AZ 85251
**MAILING ADDRESS:**

## KNOWN PLACE OF BUSINESS

3260 N. Hayden Road #210, SCOTTSDALE, AZ 85251

## PRINCIPAL OFFICE ADDRESS

1140 Virginia Drive, FORT WASHINGTON, PA 19034

## PRINCIPAL INFORMATION

Director: KENNETH J GREENSPAN - 1140 Virginia Drive, FORT WASHINGTON, PA, 19034, USA - - Date of Taking Office: 09/19/2016

Director: WILLIAM T UNKEL - 24201 WALDEN CENTER DRIVE SUITE 208, BONITA SPRINGS, FL, 34134, USA - - Date of Taking Office: 12/22/2005

Officer: JAMES P BROWN - 14500 AVION PARKWAY, CHANTILLY, VA, 20151, USA - - Date of Taking Office: 02/24/2006

President: WILLIAM T UNKEL - 24201 WALDEN CENTER DRIVE SUITE 208, BONITA SPRINGS, FL, 34134, USA - - Date of Taking Office: 12/22/2005

Secretary: WILLIAM T UNKEL - 24201 WALDEN CENTER DRIVE SUITE 208, BONITA SPRINGS, FL, 34134, USA - - Date of Taking Office: 12/22/2005

Shareholder: TOLL HOLDINGS INC - NOT REQUIRED, NOT REQUIRED, XXXXX, - - Date of Taking Office: 12/31/9999

Treasurer: WILLIAM T UNKEL - 24201 WALDEN CENTER DRIVE SUITE 208, BONITA SPRINGS, FL, 34134, USA - - Date of Taking Office: 12/22/2005

Vice-President: JOSEPH R DESANTO - 1140 Virginia Drive, FORT WASHINGTON, PA, 19034, USA - - Date of Taking Office: 03/31/2006

Vice-President: MICHAEL J GRUBB - 1140 Virginia Drive, FORT WASHINGTON, PA, 19034, USA - - Date of Taking Office:

Vice-President: SEAN A BREINER - 1140 Virginia Drive, FORT WASHINGTON, PA, 19034, USA - - Date of

Taking Office:

## SIGNATURE

President: William T Unkel - 06/27/2025

# Exhibit 213

English

ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

westminstertitleagency.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

For additional information on ICANN Accredited Registrars including website and contact information, please visit https://www.icann.org/en/accredited-registrars (https://www.icann.org/en/accredited-registrars).

If the registration data you are seeking is not provided in the lookup results, please use the Registration Data Request Service (RDRS) (https://rdrs.icann.org/) to submit a request for nonpublic registration data. RDRS is intended for use by requestors with a legitimate interest in accessing nonpublic registration data.

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

## Domain Information

**Name:** WESTMINSTERTITLEAGENCY.COM

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more (https://www.icann.org/privacy/cookies)

× OK

**Registry Domain ID:** 2756889419_DOMAIN_COM-VRSN

**Domain Status:**

clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)

clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**

NS-1291.AWSDNS-33.ORG

NS-1625.AWSDNS-11.CO.UK

NS-460.AWSDNS-57.COM

NS-969.AWSDNS-57.NET

## Dates

**Registry Expiration:** 2026-12-05 17:38:11 UTC

**Registrar Expiration:** 2026-12-05 08:00:00 UTC

**Updated:** 2025-11-03 09:07:54 UTC

**Created:** 2005-12-05 17:38:11 UTC

## Contact Information

### Registrant:

**Name:** REDACTED REGISTRANT

**Organization:** Toll Brothers Inc.

**Email:** REDACTED FOR PRIVACY

**Phone:** REDACTED FOR PRIVACY

**Mailing Address:** REDACTED FOR PRIVACY, REDACTED FOR PRIVAC Y, REDACTED FOR PRIVACY

**ISO-3166 Code:** US

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) × OK

**Contact Uri:** https://domains.markmonitor.com/whois/contact/westminstertitleagency.com (https://domains.markmonitor.com/whois/contact/westminstertitleagency.com)

**Redacted for privacy:**
some of the data in this object has been removed.

## Technical:

**Contact Uri:** https://domains.markmonitor.com/whois/contact/westminstertitleagency.com (https://domains.markmonitor.com/whois/contact/westminstertitleagency.com)

**Redacted for privacy:**
some of the data in this object has been removed.

## Registrar Information

**Name:** Markmonitor Inc.

**IANA ID:** 292

**Abuse contact phone:** +1.2086851750

**About the Registrar:** https://www.markmonitor.com/about-us/ (https://www.markmonitor.com/about-us/)

## DNSSEC Information

**Delegation Signed:** Unsigned

**A note about our privacy policies and terms of service:**

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) × OK

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/westminstertitleagency.com (https://rdap.verisign.com/com/v1/domain/westminstertitleagency.com)

**Last updated from Registry RDAP DB:** 2026-08-06T03:22:13Z

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/WESTMINSTERTITLEAGENCY.COM (https://rdap.markmonitor.com/rdap/domain/WESTMINSTERTITLEAGENCY.COM)

**Last updated from Registrar RDAP DB:** 2026-08-06T03:22:13Z

## Notices and Remarks

### Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed.

### Notices:

**Terms of Use**


## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) × OK

By submitting an RDAP query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass, unsolicited, commercial advertising, or spam; or
(2) enable high volume, automated, or electronic processes that send queries, data, or email to Markmonitor (or its systems) or the domain name contacts (or its systems).
Markmonitor reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.
Markmonitor Domain Management(TM)
Protecting companies and consumers in a digital world.
Visit Markmonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220

https://www.markmonitor.com/legal/domain-management-terms-and-conditions (https://www.markmonitor.com/legal/domain-management-terms-and-conditions)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

Youtube (https://www.youtube.com/icannnews) Twitter (https://www.twitter.com/icann) Linkedin (https://www.linkedin.com/company/icann) Flickr (https://www.flickr.com/photos/icann)

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) × OK

Facebook (https://www.facebook.com/icannorg)

Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)

Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

© Internet Corporation for Assigned Names and Numbers. Privacy Policy (https://www.icann.org/privacy/policy) Terms of Service (https://www.icann.org/privacy/tos) Cookies Policy (https://www.icann.org/privacy/cookies)

## A note about our privacy policies and terms of service:

We have updated our privacy policies and certain website terms of service to provide greater transparency, promote simplification, and align with recent changes in privacy laws applicable to us. Learn more (https://www.icann.org/privacy).

This site uses cookies to deliver an efficient user experience and to help us see how the site is used. Learn more. (https://www.icann.org/privacy/cookies) × OK

# Exhibit 214

# FIND AN OFFICE



RENO

Reno Office

200 S. Virginia Street, Suite 200
Reno NV 89501

775-986-5700
775-521-6591

Westminster Title Corporate Offices

1140 Virginia Drive, Fort Washington, PA 19034

(800) 265-0425

Contact Us

Careers

Site Map

Privacy

Copyright



FIND AN OFFICE



Regional Title Operations Manager

Steve Koester

SELECT ANOTHER STATE

Westminster Title Corporate Offices

1140 Virginia Drive, Fort Washington, PA 19034

(800) 265-0425

# FIND AN OFFICE



SELECT ANOTHER STATE

Westminster Title Corporate Offices

1140 Virginia Drive, Fort Washington, PA 19034

(800) 265-0425

Contact Us

Careers

Site Map

Privacy

Copyright

# Exhibit 215

Work with real estate title professionals within our subsidiary, Westminster Title Agency.

# TTiittllee JJoobb PPoossttiinnggss

3 jobs found

Sort by

## Escrow Officer

SSHHAARREE

(Job ID:25282)

Westminster Title Company - Irvine, California 92602 United States

## Escrow Assistant

SSHHAARREE

(Job ID:24580)

Toll Brothers - Roseville, California 95661 United States

## Business Development

SSHHAARREE

Manager

(Job ID:24223)

Westminster Title Company - Roseville, California 95661 United States

# Exhibit 216


CAREER CENTER
Home
Job Search
About Toll
Search Title Jobs
Search by Keyword
Search by Location
✓ Search by Division
Accounting & Finance (1)
Administration (30)
Architecture (5)
Customer Service (13)
Design Studio (15)
Engineering (7)
Human Resources (1)
Information Technology (7)
Land (3)
Landscape (4)
Manufacturing (5)
Marketing (6)
Mortgage (3)
Operations (34)
Purchasing (15)
Sales (43)
Title (3)
DIVISIONS / TITLE

# Exhibit 217

Consumer Financial Protection Bureau

Subpart A - General Provisions § 1024.1–§ 1024.5

Subpart B - Mortgage Settlement and Escrow Accounts § 1024.6–§ 1024.20

Subpart C - Mortgage Servicing § 1024.30–§ 1024.41

Appendices

Appendix A to Part 1024 — Instructions for Completing HUD-1 and HUD-1a Settlement Statements; Sample HUD-1 and HUD-1a Statements (cfpb.gov/rules-policy/regulations/1024/a/)
Appendix B to Part 1024 — Illustrations of Requirements of RESPA (cfpb.gov/rules-policy/regulations/1024/b/)
Appendix C to Part 1024 — Instructions for Completing Good Faith Estimate (GFE) Form (cfpb.gov/rules-policy/regulations/1024/c/)
Appendix D to Part 1024 — A!iliated Business Arrangement Disclosure Statement Format Notice
Appendix E to Part 1024 — Arithmetic Steps (cfpb.gov/rules-policy/regulations/1024/e/)
Appendix MS to Part 1024 — Mortgage Servicing (cfpb.gov/rules-policy/regulations/1024/ms/)
Appendix MS-1 to Part 1024 (cfpb.gov/rules-policy/regulations/1024/ms1/)
Appendix MS-2 to Part 1024 (cfpb.gov/rules-policy/regulations/1024/ms2/)
Appendix MS-3 to Part 1024 (cfpb.gov/rules-policy/regulations/1024/ms3/)
Appendix MS-4 to Part 1024 — Model Clauses for the Written Early Intervention Notice (cfpb.gov/rules-policy/regulations/1024/ms4/)

Supplement I to Part 1024 - O!icial Interpretations

# Appendix D to Part 1024 — A!iliated Business Arrangement Disclosure Statement Format Notice

**THIS VERSION IS THE CURRENT REGULATION**

View all versions of this regulation (cfpb.gov/rules-policy/regulations/1024/versions/d/)

Search this regulation (cfpb.gov/rules-policy/regulations/search-regulations/results/?regs=1024)

---

To:__

From:__

(Entity Making Statement)

Property:__

Date:__

This is to give you notice that [referring party] has a business relationship with [settlement services provider(s)]. [Describe the nature of the relationship between the referring party and the provider(s), including percentage of ownership interest, if applicable.] Because of this relationship, this referral may provide [referring party] a financial or other benefit.

[A.] Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for [settlement of your loan on] [or] [purchase, sale, or refinance of] the subject property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU A TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND BEST RATE FOR THESE SERVICES.

[provider and settlement service]__

__

__

[charge or range of charges]__

__

__

[B.] Set forth below is the estimated charge or range of charges for the settlement services of an attorney, credit reporting agency, or real estate appraiser that we, as your lender, will require you to use, as a condition of your loan on this property, to represent our interests in the transaction.

[provider and settlement service]__

__

__

[charge or range of charges]__

__

—

ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that referring party is referring me/us to purchase the above-described settlement service(s) and may receive a financial or other benefit as the result of this referral.

—

Signature

[INSTRUCTIONS TO PREPARER:] [Use paragraph A for referrals other than those by a lender to an attorney, a credit reporting agency, or a real estate appraiser that a lender is requiring a borrower to use to represent the lender's interests in the transaction. Use paragraph B for those referrals to an attorney, credit reporting agency, or real estate appraiser that a lender is requiring a borrower to use to represent the lender's interests in the transaction. When applicable, use both paragraphs. Specific timing rules for delivery of the a!iliated business disclosure statement are set forth in 12 CFR 1024.15(b)(1) of Regulation X). These INSTRUCTIONS TO PREPARER should not appear on the statement.]

Previous section - C (cfpb.gov/rules-policy/regulations/1024/c/)
**Appendix C to Part 1024 — Instructions for Completing Good Faith Estimate (GFE) Form**

Next section - E (cfpb.gov/rules-policy/regulations/1024/e/)
**Appendix E to Part 1024 — Arithmetic Steps**

An o!icial website of the United States government

# Exhibit 218

Please do not write in this box

6795258

## AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE STATEMENT
## Colorado

**In connection with the purchase of the above-referenced property, you may need to obtain mortgage financing and homeowners insurance. We recommend** Toll Brothers Mortgage Company ("Toll Brothers Mortgage") **for mortgage financing, Westminster Title Agency, Inc**. ("Westminster Title") for title insurance and Westminster Insurance Agency ("Westminster Insurance") **and Toll Brot** hers Insurance Agency ("Toll Brothers Insurance") **for homeowners insurance. These settlement service providers provide efficient and professional services at competitive rates. Please note that Toll Brothers, Inc. has a business relationship with these companies. Specifically, these three companies are subsidiaries of Toll Brothers. Because of this relationship, this referral may provide Toll Brothers or its affiliates a financial or other benefit.**

**Set forth below is the estimated charge or range of charges by Toll Brothers Mortgage, Westminster Title and Westminster Insurance for services listed. You are NOT required to use any of these settlement service providers as a condition for mortgage financing or homeowners insurance. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.**

**Toll Brothers Mortgage**

| | | | |
|---|---|---|---|
| Loan Origination | 0% to 1% of loan | Appraisal Fee | $750* |
| Loan Discount Fee | 0% to 5% of loan | Inspection Fee | $150* |
| Underwriting Fee | $200 | Administrative Fee | $1,075 |
| Processing Fee | $200 | Private Mortgage Insurance | 0% - 3% of loan |
| Holdback Fee (if Applicable) | $125 per instance | (Initial Premium) | |

*Buyer will be charged actual cost of these fees

**Westminster Title:**

The Seller will pay for the cost of the owner's title insurance policy issued by Westminster Title with coverage in the amount of your purchase price. The cost to you for the lender's title insurance policy, which your lender usually requires (issued in conjunction with the owner's title insurance policy), will depend upon the amount of your loan. Listed below are a few examples of the loan amounts and the cost for title insurance

| Loan Amount: | Cost for Bundled Concurrent Loan Rate Title insurance: |
|---|---|
| $100,000 | $400.00 |
| $300,000 | $475.00 |
| $500,000 | $575.00 |
| $500,001 - $1,000,000 | $625.00 |
| $1,000,001- $1,500,000 | $875.00 |

The fees listed above are approximate. Additional fees may be charged for additional services requested or required, including those fees charged by the escrow company, which is not affiliated with Westminster Title or Insurance, or your seller, at closing. All such fees may change without notice. If you have specific questions regarding these costs, you can reach Westminster Title at (800) 265-0425.

**Westminster Insurance Agency, Inc. and Toll Brothers Insurance Agency, LLC:**

Charges for homeowners insurance vary widely depending upon the type of insurance coverage, amount of coverage and location of home, but generally range from $2 to $5 per thousand of coverage. Discounts may be available for security and sprinkler systems, dead bolt locks, new construction and multiple insurance policies. Please ask our insurance representative for more details. You can reach Westminster Insurance at (877) 203-5722 and Toll Brothers Insurance Agency at (833) 610-4792.

**ACKNOWLEDGMENT**

**I/we have read this disclosure form, and understand that Toll Brothers is referring me/us to purchase the above-described settlement services and may receive a financial or other benefit as the result of these referrals.**




Buyer

Buyer

# Exhibit 219

# AFFILIATED BUSINESS DISCLOSURE STATEMENT

Borrower(s): **Jeffrey Gu**

Date: **February 16, 2022**

Loan Number: **589794**

Property Address: **5131 Vivian St**
**Wheat Ridge, CO 80033**

Lender/Broker: **Toll Brothers Mortgage Company**

**NMLS #: 18154**

Loan Originator: **Adam Nowik Nelson**

**License #: 100053931**
**NMLS #: 492428**

This is to give you notice that **TBI Mortgage Company**

has a business relationship with **Westminster Title Agency, Inc..**

The nature of the relationship (and percentage of ownership interest) is **Mutual Af8liates of Toll Brothers, whose ownership interest is 100.00 %.**

Because of this relationship, this referral may provide **TBI Mortgage Company**

a financial or other benefit.

☒ **A.** Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed provider(s) as a condition for ☒ settlement of your loan on, or ☒ purchase, sale, or refinance of, the subject property.

THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

| Provider and Settlement Service | Charge or Range of Charges |
|---|---|
| **Standard Lender's Title Policy (based on loan amount/coverage)** | **$100k = $400/$300k = $475** |
| **Standard Lender's Title Policy (based on loan amount/coverage)** | **$500k = $575/>$500k-$1m = $625** |
| **Standard Lender's Title Policy (based on loan amount/coverage)** | **>$1m - $1.5m = $875** |
| | **2 loans = $795** |
| | |
| | |

# Exhibit 220

**Corporations Division**

***Electronically Filed***
Business ID: F08749683
Filing Number: 06032607132755
Filing Date: 06/03/2026
Effective Date: 06/03/2026

# ANNUAL REPORT (2026) OF FOREIGN FOR-PROFIT CORPORATION

## BUSINESS INFORMATION

| | |
|---|---|
| **Business Name:** | Toll Brothers Mortgage Company |
| **Business ID:** | F08749683 |
| **Business Type:** | Foreign For-Profit Corporation |
| **True Name in Domicile:** | Toll Brothers Mortgage Company |
| **Foreign Domicile State:** | Delaware |
| **Date of Formation in Foreign Domicile:** | 05/10/1999 |
| **Period of Duration:** | Perpetual |
| **Character of Business:** | 888888-Other-Other - Other - Other - Mortgage Services |

## AUTHORIZED SHARES

| Share Class | Share Series | Issued Shares | Authorized Shares |
|---|---|---|---|
| COMMON | | 1,000 | 1,000 |

## STATUTORY AGENT INFORMATION

| | |
|---|---|
| **Statutory Agent Name:** | UNITED AGENT GROUP INC. |
| **Physical Address:** | 3260 N HAYDEN RD #210, SCOTTSDALE, AZ, 85251, Maricopa, United States |
| **Mailing Address:** | N/A |

## KNOWN PLACE OF BUSINESS

8767 E. Via de Ventura, #390, SCOTTSDALE, AZ, 85258, Maricopa, United States

## MAILING ADDRESS

8767 E. Via de Ventura, #390, SCOTTSDALE, AZ, 85258, Maricopa, United States

Corporation created under American Indian or Federal Law affirmation **No**

## PRINCIPAL OFFICE OR STATUTORY AGENT ADDRESS IN JURISDICTION (Updated)

Do the laws of your foreign jurisdiction require you to maintain an office in that jurisdiction? **Yes**

## PRINCIPAL OFFICE ADDRESS IN FOREIGN JURISDICTION

1521 Concord Pike, Suite 201, Wilmington, DE, 19803, New Castle, United States

## PRINCIPAL INFORMATION

| | |
|---|---|
| Shareholder: | TOLL HOLDINGS INC<br>N/A |
| President: | STEPHEN J AUDET<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |

***Electronically Filed***
Business ID: F08749683
Filing Number: 06032607132755
Filing Date: 06/03/2026
Effective Date: 06/03/2026

# Corporations Division

| | |
|---|---|
| Other Officer - Officer: | MARC N MERCURIO<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Secretary: | JOHN RICHARD<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| CFO (Chief Financial Officer): | John Richard<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Other Officer - Officer: | John Richard<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Other Officer - Officer: | Christopher Pierson<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Other Officer - Officer: | Robert Shirley, Jr.<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Treasurer: | John Richard<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Vice-President: | Ari Gross<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Vice-President: | Kimberly Piantieri<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Vice-President: | Kristen Repin<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Vice-President: | Paula Sewilo<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Vice-President: | Maureen Weyand<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |

# Corporations Division

***Electronically Filed***
Business ID: F08749683
Filing Number: 06032607132755
Filing Date: 06/03/2026
Effective Date: 06/03/2026

| | |
|---|---|
| Director: | STEPHEN J. AUDET<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Vice-President: | ERIC LUKACH<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |
| Vice-President: | Michael LoCascio<br>8767 E. Via de Ventura, #390, SCOTTSDALE, AZ, 85258, Maricopa, United States |
| Vice-President: | Sarah Grillo<br>1140 Virginia Drive, FORT WASHINGTON, PA, 19034, Montgomery, United States |

## CERTIFICATE OF DISCLOSURE

## FELONY JUDGMENT QUESTIONS

Has any person (a) who is currently an officer, director, trustee, or incorporator, or (b) who controls or holds over ten percent of the issued and outstanding common shares or ten percent of any other proprietary, beneficial or membership interest in the corporation been:

Convicted of a felony involving a transaction in securities, consumer fraud or antitrust in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate? **No**

Convicted of a felony, the essential elements of which consisted of fraud, misrepresentation, theft by false pretenses or restraint of trade or monopoly in any state or federal jurisdiction within the seven-year period immediately preceding the signing of this certificate? **No**

Subject to an injunction, judgment, decree or permanent order of any state or federal court entered within the seven year period immediately preceding the signing of this certificate, involving any of the following: **No**

a. The violation of fraud or registration provisions of the securities laws of that jurisdiction;
b. The violation of the consumer fraud laws of that jurisdiction;
c. The violation of the antitrust or restraint of trade laws of that jurisdiction?

## BANKRUPTCY QUESTION

Has any person (a) who is currently an officer, director, trustee, incorporator, or (b) who controls or holds over twenty percent of the issued and outstanding common shares or twenty percent of any other proprietary, beneficial or membership interest in the corporation, served in any such capacity or held a twenty percent interest in any other corporation (not the one filing this Certificate) on the bankruptcy or receivership of the other corporation? **No**

**Corporations Division**

***Electronically Filed***
Business ID: F08749683
Filing Number: 06032607132755
Filing Date: 06/03/2026
Effective Date: 06/03/2026

## SIGNATURE & AFFIRMATION

I affirm, under penalty of perjury, that information provided is accurate to the best of my knowledge, and that I have authority to submit this filing.
Signer certifies that all taxes have been filed.

President: Stephen J Audet - 06/03/2026

# Exhibit 221

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

E-Filed

Colorado Secretary of State
Date and Time: 01/24/2022 10:17 AM
ID Number: 20041355108

Document number: 20221080231
Amount Paid: $10.00

ABOVE SPACE FOR OFFICE USE ONLY

**Statement of Change Changing the True Name**

filed pursuant to ß7-90-305.5, and if applicable, ß7-90-804 of the Colorado Revised Statutes (C.R.S.)

1. For the entity, its ID number and assumed entity name are

ID number 20041355108
(Colorado Secretary of State ID number)

Assumed entity name ______________________________.

2. The true name is
TBI Mortgage Company.

3. The document number of the filed document being changed is 20041355108.

4. The true name has changed.

5. The true name, as changed, is
Toll Brothers Mortgage Company.

6. The assumed entity name (if applicable) is ______________________________.

7. ☐ This document contains additional information as provided by law.

8. (Caution: <u>Leave blank</u> if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)

(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)

The delayed effective date and, if applicable, time of this document is/are 02/01/2022.
(mm/dd/yyyy hour:minute am/pm)

**Notice:**

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the

individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

| | | | |
|---|---|---|---|
| Audet | Stephen | J. | |
| (Last) | (First) | (Middle) | (Suffix) |

1140 Virginia Drive
(Street name and number or Post Office Box information)

| | | |
|---|---|---|
| Fort Washington | PA | 19034 |
| (City) | (State) | (Postal/Zip Code) |

| | |
|---|---|
| | United States |
| (Province – if applicable) | (Country – if not US) |

(If the following statement applies, adopt the statement by marking the box and include an attachment.)

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

# Exhibit 222

UNITED STATES POSTAL SERVICE®

August 08, 2026

Dear Jeffrey Gu:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0493 0317 73**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 08, 2026, 02:46 pm |
| **Location:** | TIMNATH, CO 80547 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certi?ed Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | Christopher Stull |

| Shipment Details | |
|---|---|
| **Weight:** | 3.5oz |

Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**

Note: Scanned image may reFect a different destination address due to Intended Recipient's delivery instructions on ?le.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Of?ce™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE ®

August 08, 2026

Dear Jeffrey Gu:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0493 1066 55**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 08, 2026, 01:14 pm |
| **Location:** | COLORADO SPRINGS, CO 80919 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certi?ed Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | Eric Hunter |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.5oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**



Note: Scanned image may reFect a different destination address due to Intended Recipient's delivery instructions on ?le.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Of?ce™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE®

August 07, 2026

Dear Jeffrey Gu:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0493 3177 30**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 06, 2026, 11:11 am |
| **Location:** | LOVELAND, CO 80537 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certi?ed Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Westminster Abstract Company |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.5oz |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:** 201

Note: Scanned image may reFect a different destination address due to Intended Recipient's delivery instructions on ?le.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Of?ce™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE ®

August 07, 2026

Dear Jeffrey Gu:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0493 3177 16**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 06, 2026, 11:11 am |
| **Location:** | LOVELAND, CO 80537 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certi?ed Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | Toll Bros., Inc |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.5oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | [illegible] |
| **Address of Recipient:** | 201 |

Note: Scanned image may reFect a different destination address due to Intended Recipient's delivery instructions on ?le.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Of?ce™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

UNITED STATES POSTAL SERVICE®

August 07, 2026

Dear Jeffrey Gu:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0493 3177 23**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 06, 2026, 12:10 pm |
| **Location:** | WILMINGTON, DE 19803 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certi?ed Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | Toll Holdings, Inc. |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.5oz |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | Hill |
| **Address of Recipient:** | 1521 301 Concord Pk |

Note: Scanned image may reFect a different destination address due to Intended Recipient's delivery instructions on ?le.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Of?ce™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit 223

AAAAA AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA AAAAAAAAAAAAAA AAAAAAAAAAAAAA A
AAAAAA AAAAAAAA AAAAAAAAAAAAAAAAAAAAAAAAAAA AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
A AAAAA

# USPS Tracking®

A AAA □

A AAAAAAAAAAAAA
AAA A AAAAA AAAA A

Get the free Informed Delivery® feature to receive automated noti?cations on your packages

**Learn More**

**Remove** □□

**Tracking Number:**

## 9214890142980493032459

**Copy** **Add to Informed Delivery**

### Latest Update

The customer has requested that the Postal Service redeliver this item on August 10, 2026 in COLORADO SPRINGS, CO 80904.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### On the Way

**Redelivery Scheduled**

COLORADO SPRINGS, CO 80904
August 10, 2026

**Available for Pickup**

WEST END
204 S 25TH ST
COLORADO SPRINGS CO 80904-3005
Mon-Fri 9:00 AM-5:00 PM
Sat 8:30 AM-1:00 PM
August 10, 2026 10:24 AM

**Notice Left (No Authorized Recipient Available)**

COLORADO SPRINGS, CO 80904
August 8, 2026 1:47 PM

**Arrived at USPS Facility**
COLORADO SPRINGS CO DISTRIBUTION CENTER
August 7, 2026 11:05 PM

**Arrived at USPS Facility**
DENVER CO DISTRIBUTION CENTER
August 6, 2026 9:49 AM

**Arrived at USPS Facility**
PHOENIX AZ DISTRIBUTION CENTER
August 4, 2026 6:52 PM

**Accepted at USPS Facility**
PHOENIX AZ DISTRIBUTION CENTER
August 4, 2026 5:37 PM

**Shipment Received, Package Acceptance Pending**
PHOENIX, AZ 85026
August 3, 2026 10:12 PM

**Pre-Shipment Info Sent to USPS**
August 3, 2026

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Return Receipt Electronic**

**USPS Tracking Plus®**

**Product Information**

**See Less ˥**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# Exhibit 224

Jeffrey Gu <jeffwgu@gmail.com>

---

**Your Toll Bros., Inc receipt [#1528-5553]**

1 message

---

**Toll Bros., Inc** <receipts+acct_1AylkrJKZBIIGsym@stripe.com> Mon, Apr 18, 2022 at 4:45 PM
Reply-To: "Toll Bros., Inc" <esignature_admins@tollbrothersinc.com>
To: jeffwgu@gmail.com

# Receipt from Toll Bros., Inc

Receipt #1528-5553

| AMOUNT PAID | DATE PAID |
|---|---|
| $14,913.00 | April 18, 2022 |

SUMMARY

| | |
|---|---|
| Payment to Toll Bros., Inc | $14,913.00 |
| Amount charged | $14,913.00 |

If you have any questions, visit our support site at https://www.tollbrothers.com, contact us at esignature_admins@tollbrothersinc.com, or call at +1 855-897-8655.

# Exhibit 225

| Damage ID | Related Damage ID | Date | Description | Total time (years) | Cost | Exhibit | Interest Rate | 8% | Anchor Date | 8/1/2026 | "8/1/2026" |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I. Property-Specific Capital Losses | | | | | | | | | | | |
| 1 | | 2/12/2022 | Earnest Money Initial Payment | 4.468 | $33,475.00 | Exhibit A | | | | | |
| 2 | | 4/18/2022 | Earnest Money Design Payment | 4.290 | $14,913.00 | Exhibit A | | | | | |
| 3 | | 1/19/2023 | Closing Down Payment | 3.534 | $32,479.45 | Exhibit A | | | | | |
| 4 | | 2/23/2022 | Designer Spark Interiors Invoice GU-IN-2200 | 4.438 | $2,495.00 | Exhibit B | | | | | |
| 5 | | 9/24/2022 | Designer Spark Interiors Invoice GU-IN- 2201 | 3.855 | $2,985.05 | Exhibit B | | | | | |
| 6 | | 12/9/2022 | Designer Spark Interiors Invoice GU-IN- 2202 | 3.647 | $2,795.84 | Exhibit B | | | | | |
| 7 | | 4/20/2022 | Designer Spark Interiors Invoice GU-IN- 2200.1 | 4.285 | $1,400.00 | Exhibit B | | | | | |
| 8 | | 1/30/2023 | Designer Spark Interiors Invoice GU-IN- 2301 | 3.504 | $20,340.28 | Exhibit B | | | | | |
| 9 | | 1/20/2023 | Laundry Appliance | 3.532 | $2,137.78 | Exhibit C | | | | | |
| 10 | | 1/3/2023 | Refrigerator Appliance | 3.578 | $5,357.04 | Exhibit C | | | | | |
| | | | | Total | $118,378.44 | | | | | | |
| | | | | | | | | | | | |
| II. Carrying Costs | | | | | | | | | | | |
| 13 | | 03/01/2023 | Mortgage, Insurance, and Property Tax Payments to Date | 3.422 | $187,946.00 | Exhibit F | | | | | |
| 14 | | 1/27/23 | HOA | 3.512 | $3,551.77 | Exhibit H | | | | | |
| 21 | | | 6 Additional months of Mortgage, Insurance, and Property Tax Payments | | $29,508.96 | Exhibit F | | | | | |
| | | | | Total | $191,497.77 | | | | | | |
| | | | | | | | | | | | |
| III. Investigative Expenses | | | | | | | | | | | |
| 15 | | 09/15/2022 | HSDI Invoice 1 | 3.879 | $230.00 | Exhibit I | | | | | |
| 16 | | 01/15/2023 | HSDI Invoice 2 | 3.545 | $425.00 | Exhibit I | | | | | |
| 17 | | 02/15/2024 | Ruffini Invoice 1 | 2.460 | $350.00 | Exhibit J | | | | | |
| 18 | | 06/16/2025 | Ruffini Invoice 2 | 1.126 | $350.00 | Exhibit J | | | | | |
| | | | | Total | $1,355.00 | | | | | | |
| | | | | | | | | | | | |
| IV. Tenant and Occupancy-Related Costs | | | | | | | | | | | |
| 19 | | 02/03/2023 | Total Tenant Payments to Date Divided by 2 | 3.493 | $61,992.99 | Exhibit L | | | | | |
| 22 | | | | | | Exhibit L | | | | | |
| | | | | | $61,992.99 | | | | | | |
| V. Non-Transferable Capital Liability | | | | | | | | | | | |
| 11 | | 3/30/2023 | Sunrun Solar System Cost | 3.342 | $21,114.74 | Exhibit K | | | | | |
| 12 | | 3/30/2023 | Goodleap Solar Loan Financing Cost over 20 years at 3.99% | 3.342 | $9,953.57 | Exhibit K | | | | | |
| 20 | | | Solar System Present Value | | $15,400.00 | Exhibit K | | | | | |
| | | | | | | | | | | | |
| VI. Statutory Interest | | | | | | | | | | | |
| | 1 | 2/12/2022 | Earnest Money Initial Payment Interest Cost up to "8/1/2026" | 4.468 | $13,739.39 | | | | | | |
| | 2 | 4/18/2022 | Earnest Money Design Payment Interest Cost up to "8/1/2026" | 4.290 | $5,834.54 | | | | | | |
| | 3 | 1/19/2023 | Closing Down Payment Interest Cost up to "8/1/2026" | 3.534 | $10,152.62 | | | | | | |
| | 4 | 2/23/2022 | Designer Spark Interiors Invoice GU-IN-2200 Interest Cost up to "8/1/2026" | 4.438 | $1,015.89 | | | | | | |
| | 5 | 9/24/2022 | Designer Spark Interiors Invoice GU-IN- 2201 Interest Cost up to "8/1/2026" | 3.855 | $1,030.95 | | | | | | |
| | 6 | 12/9/2022 | Designer Spark Interiors Invoice GU-IN- 2202 Interest Cost up to "8/1/2026" | 3.647 | $905.80 | | | | | | |
| | 7 | 4/20/2022 | Designer Spark Interiors Invoice GU-IN- 2200.1 Interest Cost up to "8/1/2026" | 4.285 | $546.91 | | | | | | |
| | 8 | 1/30/2023 | Designer Spark Interiors Invoice GU-IN- 2301 Interest Cost up to "8/1/2026" | 3.504 | $6,296.24 | | | | | | |
| | 9 | 1/20/2023 | Laundry Appliance Interest Cost up to "8/1/2026" | 3.532 | $667.65 | | | | | | |
| | 10 | 1/3/2023 | Refrigerator Appliance Interest Cost up to "8/1/2026" | 3.578 | $1,698.30 | | | | | | |
| | 13 | 03/01/2023 | Mortgage, Insurance, and Property Tax Payments to Date Interest Cost up to "8/1/2026" | 1.711 | $26,451.52 | | | | | | |
| | 14 | 1/27/23 | HOA Interest Cost up to "8/1/2026" | 1.756 | $514.00 | | | | | | |
| | 15 | 09/15/2022 | HSDI Invoice 1 Interest Cost up to "8/1/2026" | 3.879 | $80.02 | | | | | | |
| | 16 | 01/15/2023 | HSDI Invoice 2 Interest Cost up to "8/1/2026" | 3.545 | $133.32 | | | | | | |
| | 17 | 02/15/2024 | Ruffini Invoice 1 Interest Cost up to "8/1/2026" | 2.460 | $72.96 | | | | | | |
| | 18 | 06/16/2025 | Ruffini Invoice 2 Interest Cost up to "8/1/2026" | 1.126 | $31.68 | | | | | | |
| | 19 | 02/03/2023 | Total Tenant Payments to Date Divided by 2 Interest Cost up to "8/1/2026" | 1.747 | $8,919.00 | | | | | | |
| | | | | Interest Total | $78,090.80 | | | | | | |
| | | | | | | | | | | | |
| VII. Statutory and Punitive Enhancements | | Statute | | Multiplier | | Multiplier | | | | | |
| | 1 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Earnest Money Initial Payment | 1 | $33,475.00 | 3 | $100,425.00 | | | | |
| | 2 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Earnest Money Design Payment | 1 | $14,913.00 | 3 | $44,739.00 | | | | |
| | 3 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Closing Down Payment | 1 | $32,479.45 | 3 | $97,438.35 | | | | |
| | 4 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Designer Spark Interiors Invoice GU-IN-2200 | 1 | $2,495.00 | 3 | $7,485.00 | | | | |
| | 5 | CRS 6-1-113(2)(a)(III) | Actual Damages for Designer Spark Interiors Invoice GU-IN- 2201 | 1 | $2,985.05 | 3 | $8,955.15 | | | | |
| | 6 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Designer Spark Interiors Invoice GU-IN- 2202 | 1 | $2,795.84 | 3 | $8,387.52 | | | | |
| | 7 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Designer Spark Interiors Invoice GU-IN- 2200.1 | 1 | $1,400.00 | 3 | $4,200.00 | | | | |
| | 8 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Designer Spark Interiors Invoice GU-IN- 2301 | 1 | $20,340.28 | 3 | $61,020.84 | | | | |
| | 9 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Laundry Appliance | 1 | $2,137.78 | 3 | $6,413.34 | | | | |
| | 10 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Refrigerator Appliance | 1 | $5,357.04 | 3 | $16,071.12 | | | | |
| | 13 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Mortgage, Insurance, and Property Tax Payments to Date | 1 | $187,946.00 | 3 | $563,838.00 | | | | |
| | 14 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for HOA | 1 | $3,551.77 | 3 | $10,655.31 | | | | |
| | 15 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for HSDI Invoice 1 | 1 | $230.00 | 3 | $690.00 | | | | |
| | 16 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for HSDI Invoice 2 | 1 | $425.00 | 3 | $1,275.00 | | | | |
| | 17 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Ruffini Invoice 1 | 1 | $350.00 | 3 | $1,050.00 | | | | |
| | 18 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Ruffini Invoice 2 | 1 | $350.00 | 3 | $1,050.00 | | | | |
| | 19 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Total Tenant Payments to Date Divided by 2 | 1 | $61,992.99 | 3 | $185,978.96 | | | | |
| | 20 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for Solar System Present Value | 1 | $15,400.00 | 3 | $46,200.00 | | | | |
| | 21 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for 6 Additional months of Mortgage, Insurance, and Property Tax Payments | 1 | $29,508.96 | 3 | $88,526.88 | | | | |
| | 22 | CRS 6-1-113(2)(a)(III) | Actual Damages multiplied for | 1 | $0.00 | 3 | $0.00 | | | | |
| | | | | Total Actual from CCPA | $418,133.16 | | $1,254,399.47 | | | | |
| | | | | | | | | | | | |
| | 1 | CRS 13-21-102(3) | Exemplary Damages for Earnest Money Initial Payment | 1 | $33,475.00 | 3 | $100,425.00 | | | | |
| | 2 | CRS 13-21-102(3) | Exemplary Damages for Earnest Money Design Payment | 1 | $14,913.00 | 3 | $44,739.00 | | | | |
| | 3 | CRS 13-21-102(3) | Exemplary Damages for Closing Down Payment | 1 | $32,479.45 | 3 | $97,438.35 | | | | |
| | 4 | CRS 13-21-102(3) | Exemplary Damages for Designer Spark Interiors Invoice GU-IN-2200 | 1 | $2,495.00 | 3 | $7,485.00 | | | | |
| | 5 | CRS 13-21-102(3) | Exemplary Damages for Designer Spark Interiors Invoice GU-IN- 2201 | 1 | $2,985.05 | 3 | $8,955.15 | | | | |
| | 6 | CRS 13-21-102(3) | Exemplary Damages for Designer Spark Interiors Invoice GU-IN- 2202 | 1 | $2,795.84 | 3 | $8,387.52 | | | | |
| | 7 | CRS 13-21-102(3) | Exemplary Damages for Designer Spark Interiors Invoice GU-IN- 2200.1 | 1 | $1,400.00 | 3 | $4,200.00 | | | | |
| | 8 | CRS 13-21-102(3) | Exemplary Damages for Designer Spark Interiors Invoice GU-IN- 2301 | 1 | $20,340.28 | 3 | $61,020.84 | | | | |
| | 9 | CRS 13-21-102(3) | Exemplary Damages for Laundry Appliance | 1 | $2,137.78 | 3 | $6,413.34 | | | | |
| | 10 | CRS 13-21-102(3) | Exemplary Damages for Refrigerator Appliance | 1 | $5,357.04 | 3 | $16,071.12 | | | | |
| | 13 | CRS 13-21-102(3) | Exemplary Damages for Mortgage, Insurance, and Property Tax Payments to Date | 1 | $187,946.00 | 3 | $563,838.00 | | | | |
| | 14 | CRS 13-21-102(3) | Actual Damages multiplied for HOA | 1 | $3,551.77 | 3 | $10,655.31 | | | | |
| | 15 | CRS 13-21-102(3) | Exemplary Damages for HSDI Invoice 1 | 1 | $230.00 | 3 | $690.00 | | | | |
| | 16 | CRS 13-21-102(3) | Exemplary Damages for HSDI Invoice 2 | 1 | $425.00 | 3 | $1,275.00 | | | | |
| | 17 | CRS 13-21-102(3) | Exemplary Damages for Ruffini Invoice 1 | 1 | $350.00 | 3 | $1,050.00 | | | | |
| | 18 | CRS 13-21-102(3) | Exemplary Damages for Ruffini Invoice 2 | 1 | $350.00 | 3 | $1,050.00 | | | | |
| | 19 | CRS 13-21-102(3) | Exemplary Damages for Total Tenant Payments to Date Divided by 2 | 1 | $61,992.99 | 3 | $185,978.96 | | | | |
| | 20 | CRS 13-21-102(3) | Exemplary Damages for Solar System Present Value | 1 | $15,400.00 | 3 | $46,200.00 | | | | |
| | 21 | | Exemplary Damages for 6 Additional months of Mortgage, Insurance, and Property Tax Payments | 1 | $29,508.96 | 3 | $88,526.88 | | | | |
| | 22 | | Exemplary Damages for | 1 | $0.00 | 3 | $0.00 | | | | |
| | | | | Total Exemplary | $418,133.16 | | $1,254,399.47 | | | | |

# Exhibit 226

SENT VIA CERTIFIED MAIL & ELECTRONIC TRANSMISSION

DATE: August 3, 2026

TO:

1. **Toll Brothers, Inc.**
   **Toll Southwest LLC**
   % Henry M. Baskerville
   hbaskerville@foxrothschild.com
2. **Toll Bros., Inc**
   % United Agent Group Inc.
   201 E 4th St,
   Loveland, CO 80537-5601
3. **Toll Holdings, Inc.**
   % United Agent Group Inc.
   1521 CONCORD PIKE SUITE 201
   WILMINGTON, DE 19803
4. **Westminster Abstract Company**
   % United Agent Group Inc.
   201 E 4th St,
   Loveland, CO 80537-5601
5. **Reginald E. Carveth, Christopher Stull, Mark G. Bailey, Kenneth J. Greenspan, David A. Keller, Eric J. Hunter, Matt Foran**
   % Toll Southwest LLC
   1140 VIRGINIA DRIVE
   FORT WASHINGTON, PENNSYLVANIA 19034

**RE: FORMAL DEMAND FOR EXPUNGEMENT, FRAUD CURE, AND NOTICE OF INTENT TO ASSERT INDIVIDUAL AND JOINT CLAIMS UNDER C.R.S. § 38-35-109 AND C.R.S. § 18-4-405**

To Whom It May Concern:

This letter constitutes formal legal demand regarding a systematic pattern of false Statements of Authority and Deeds executed, uttered, and recorded in multiple counties across the State of Colorado under the name of Toll Southwest LLC, owned by Toll Bros., Inc., which is owned by Toll Holdings, Inc., which is owned by Toll Brothers, Inc. The deed associated with my property is attached as Exhibit 48, and the Statements of Authority as Exhibit 152.

A formal review of the records reveals a timeline of recorded Statements of Authority and Deeds executed by purported officers and representatives lacking verified statutory authority, resulting in the recordation of void instruments that directly encumber and slander property titles.

## I. EVIDENTIARY TIMELINE OF RECORDED STATEMENTS OF AUTHORITY

On January 23, 2023, a Special Warranty Deed concerning the property at 5131, Vivian St, Wheat Ridge, CO 80033 was executed and recorded in Jefferson County by **Reginald E. Carveth,** claiming title as Division President of Toll Southwest LLC.

On January 24, 2023—immediately following the recordation of the unverified Special Warranty Deed—Westminster Abstract Company (d/b/a Westminster Title Agency, Inc.), acting by and through its Regional Title Operations Manager, Steve Koester, issued formal written transmittal to me enclosing the Owner's Title Insurance Policy resulting from the transaction.

1. **Captive Corporate Status:** Westminster Abstract Company is a wholly owned subsidiary of Toll Brothers, Inc., operating as a captive title agency to process and close real property transactions for Toll development entities.
2. **Direct Facilitation of Groundless Record:** By processing, closing, and submitting the January 23, 2023 Special Warranty Deed to the Jefferson County Clerk and Recorder, Westminster Abstract Company caused to be recorded instruments affecting title to real property without verifying underlying statutory authority under C.R.S. § 38-30-172.
3. **Statutory Knowledge & Exposure**: As a regulated closing and title entity under Colorado law, Westminster Abstract Company knew or had reason to know that the individual executing the conveyancing instruments, Reginald Carveth, lacked recorded C.R.S. Title 7 manager resolutions or powers of attorney from Toll Southwest LLC, rendering its active participation actionable under C.R.S. § 38-35-109(3).

Between 2017 and 2022, the following Statements of Authority were executed and recorded across several separate Colorado counties (El Paso, Larimer, Douglas, Jefferson, and Boulder), each making false assertions regarding corporate titles and authorization:

1. December 27, 2017 – Douglas County, CO:
   Executed by **Reginald E. Carveth** claiming title as Vice President, certifying that Toll Southwest LLC is a Colorado Limited Liability Company.

2. February 13, 2018 – Boulder County, CO:
   Executed by **Mark G. Bailey** claiming title as Division President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
3. November 30, 2018 – Boulder County, CO:
   Executed by **Mark G. Bailey** claiming title as Division President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
4. February June 21, 2019 – Jefferson County, CO:
   Executed by **Christopher Stull** claiming title as Division Vice President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
5. May 4, 2020 – Boulder County, CO:
   Executed by **Mark G. Bailey** claiming title as Division President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
6. August 13, 2020 – Jefferson County, CO:
   Executed by **Matt Foran** claiming title as Division Vice President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
7. September 23, 2020 – Boulder County, CO:
   Executed by **Matt Foran** claiming title as Division Vice President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
8. September 21, 2020 – El Paso County, CO:
   Executed by **David A. Keller** claiming title as Division President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
9. March 3, 2021 – Boulder County, CO:
   Executed by **Mark G. Bailey** claiming title as Group President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
10. December 7, 2021 – Boulder County, CO:
   Executed by **Mark G. Bailey** claiming title as Group President, certifying that Reginald E. Carveth was Division Vice President of Toll Southwest LLC.
11. February 24, 2022 – Larimer County, CO:
   Executed by **Kenneth J. Greenspan** claiming title as Vice President, certifying that Reginald E. Carveth was Division President of Toll Southwest LLC.
12. March 8, 2022 – El Paso County, CO::
   Executed by **Kenneth J. Greenspan** claiming title as Vice President, certifying that Reginald E. Carveth was Division President of Toll Southwest LLC.
13. March 22, 2022 – El Paso County, CO:
   Executed by **Kenneth J. Greenspan** claiming title as Vice President, certifying that Reginald E. Carveth was Division President of Toll Southwest LLC.
14. June 15, 2022 – El Paso County, CO:
   Executed by **Eric J. Hunter** claiming title as Division President, certifying that Reginald E. Carveth was Division President of Toll Southwest LLC.

## II. STATUTORY VIOLATIONS & LEGAL CONSEQUENCES

### 1. Spurious Documents & False Recordation (C.R.S. § 38-35-109)

If the evidence establishes that a person recorded or caused to be recorded an instrument affecting real-property title while knowing, or having reason to know, that it contained a material misstatement or was otherwise groundless, that person may be liable under C.R.S. § 38-35-109(3) for the resulting actual damages, together with costs and reasonable attorney fees. The statute may also authorize a statutory penalty of $1,000 per qualifying instrument, subject to the statute's specific requirements and judicial determination.

The potential damages may include documented title-curative expenses, recording charges, impaired financing or sale opportunities, and other loss proximately caused by a qualifying instrument. I will seek the maximum relief authorized by § 38-35-109 for each instrument supported by the evidence, including actual damages, the statutory penalty, costs, and reasonable attorney fees.

### 2. Civil Theft (C.R.S. § 18-4-405)

Under Colorado's Rights Stolen Property Statute (C.R.S. § 18-4-405), any party injured by an unlawful taking or encumbrance of property rights holds a direct civil cause of action. Executing and recording false Statements of Authority without valid corporate delegation constitutes forgery under Colorado law, rendering every individual signatory personally liable for statutory civil theft. Under controlling precedent, no prior criminal conviction is required for civil theft liability to attach. Itin v. Ungar, 17 P.3d 129 (Colo. 2000).

By manufacturing and recording false land instruments across multiple county registries, the executing signatories and corporate entities used deceptive public filings to unlawfully extract, obtain, and retain my funds without legal authorization. Utilizing false Statements of Authority to simulate corporate power directly triggers civil theft liability under C.R.S. § 18-4-405, entitling me to full restitution of all funds taken, actual economic losses, carrying costs, and statutory treble damages.

### 3. Individual Signatory Exposure

Under established Colorado law, corporate shields do not protect individual signatories from personal liability when they personally participate in executing false, tortious, or spurious documents. Hoang v. Arbess, 80 P.3d 983 (Colo. App. 2003). **Mark G. Bailey, Christopher Stull, Reginald E. Carveth, Kenneth J. Greenspan, David A. Keller,**

**Eric J. Hunter,** and **Matt Foran** face direct individual, joint, and several liability alongside Toll Southwest LLC and parent entities.

## III. FORMAL DEMANDS

To avoid the filing of formal statutory counterclaims,Toll Southwest LLC, Toll Brothers, Inc., Toll Bros., Inc., Toll Holdings, Inc., Westminster Abstract Company, and the aforementioned past or present employees must comply with the following demands:

1. Expungement & Correction of Land Records:
   Execute and record formal Withdrawal / Correction for Deeds and Statements of Authority in all affected Colorado county registries (El Paso, Larimer, Douglas, Jefferson, and Boulder), formally revoking and voiding the spurious instruments recorded between 2017 and 2023.
2. Corporate Authorization Audit:
   Provide certified corporate resolution documentation establishing the exact, verified employment and officer status of Reginald E. Carveth, Christopher Stull, Mark G. Bailey, Kenneth J. Greenspan, David A. Keller, Eric J. Hunter, and Matt Foran on each date of execution listed above.
3. Settlement Conference:
   Engage in good-faith negotiations to resolve all outstanding financial damages, statutory penalties under C.R.S. § 38-35-109 and C.R.S. § 18-4-405, and cloud-on-title damages incurred as a result of these recorded filings.

Please send any responses by email to me, Jeffrey Gu, at jeffwgu@gmail.com.

## IV. NOTICE OF INTENTION TO ESCALATE

If you fail to comply with the demands set forth above on or before August 17, 2026, I will proceed with the filing of a First Amended Answer and Counterclaim in the action Toll Brothers, Inc. et al v. Gu et al (District of Colorado Case No. 1:2025-cv-02884), explicitly asserting statutory claims under C.R.S. § 38-35-109(3) and C.R.S. § 18-4-405, naming both the corporate entities and the individual signatories in their personal capacities.

Take further notice that upon the filing of the First Amended Answer and Counterclaim, formal Requests for Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d) will be transmitted for each named individual defendant (**Reginald E. Carveth, Christopher Stull, Mark G. Bailey, Kenneth J. Greenspan, David A. Keller, Eric J. Hunter,** and **Matt Foran**). Pursuant to FRCP 4(d)(2), if any individual defendant located within the United States fails or refuses to comply with a request for waiver

without good cause, I will apply directly to the Court for an order imposing mandatory cost-shifting for all expenses subsequently incurred in effecting personal service, including private investigator, skip-tracing, and process server fees, alongside reasonable attorney fees incurred in collecting such costs.

Sincerely,

Jeffrey Gu

jeffwgu@gmail.com

720-593-1548

# Exhibit 227

Gmail

Jeffrey Gu <jeffwgu@gmail.com>

# Formal Demand under C.R.S. § 38-35-109 and C.R.S. § 18-4-405

**Baskerville, Henry M.** <hbaskerville@foxrothschild.com> Tue, Aug 4, 2026 at 2:58 PM
To: Jeffrey Gu <jeffwgu@gmail.com>
Cc: "Rugar, Kiana" <krugar@foxrothschild.com>, "Rudolph, Rho" <rrudolph@foxrothschild.com>, "Grant, Jeff H." <jgrant@foxrothschild.com>

Jeffrey, I am out of town until next week and am not able to meaningfully confer with my client until then.

**Henry M. Baskerville**
**Partner**

**Fox Rothschild LLP**
Denver
(303) 209-3357
hbaskerville@foxrothschild.com

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Monday, 03 August 2026 15:15:13
**To:** Baskerville, Henry M. <hbaskerville@foxrothschild.com>
**Cc:** Rugar, Kiana <krugar@foxrothschild.com>; Rudolph, Rho <rrudolph@foxrothschild.com>; Grant, Jeff H. <jgrant@foxrothschild.com>
**Subject:** [EXT] Re: Formal Demand under C.R.S. § 38-35-109 and C.R.S. § 18-4-405

Hi Henry,

Please let me know if, in addition to Toll Bros., Inc. and Toll Holdings, Inc., you would be willing to accept this letter on behalf of **Westminster Abstract Company** (again by the 6th), which is also owned at some point in the chain by Toll Brothers, Inc.

-Jeffrey

On Mon, Aug 3, 2026 at 9:15 AM Jeffrey Gu <jeffwgu@gmail.com> wrote:

> Hi Henry,
>
> Please see the attached Formal Legal Demand regarding recorded Deeds and Statements of Authority executed under the name of Toll Southwest LLC. Please let me know if you are willing to accept the letter on behalf of Toll Bros., Inc. and Toll Holdings, Inc.
>
> **Notice Regarding Individual Signatories:** This demand also asserts direct personal liability under C.R.S. § 38-35-109 and C.R.S. § 18-4-405 against individual signatories **Reginald E. Carveth, Christopher Stull, Mark G. Bailey, Kenneth J. Greenspan, David A. Keller, Eric J. Hunter,** and **Matt Foran**.
>
> Please advise by **Thursday August 6, 2026**, whether Fox Rothschild LLP is authorized to accept this formal demand on behalf of these individuals and the two corporations. If you will not represent any of them, please confirm so that the formal demand may be directed to them.

-Jeffrey

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

# Exhibit 228

Toll Brothers
AMERICA'S LUXURY HOME BUILDER®

# Toll Brothers Announces Appointment of James W. Boyd and Robert Parahus as co-COOs; President and Chief Operating Officer Richard T. Hartman to Retire After 39 Years at Toll Brothers

HORSHAM, Pa., Sept. 25, 2019 (GLOBE NEWSWIRE) -- Toll Brothers, Inc. (NYSE:TOL) (www.tollbrothers.com), the nation's leading builder of luxury homes, today announced that Richard T. Hartman, president and chief operating officer, will retire from the Company on December 31, 2019.



Jim Boyd, Regional President



Robert Parahus, Regional President

The Company also announced that, in conjunction with Mr. Hartman's retirement, James W. Boyd and Robert Parahus, each currently Regional Presidents with over 30 years of experience in the home building industry, will succeed Mr. Hartman on November 1, 2019. Mr. Boyd currently has oversight responsibility for California, Nevada and Idaho and Mr. Parahus has similar responsibility for New Jersey, New York, Connecticut, Massachusetts and Florida, as well as Toll Integrated Systems, the Company's building component manufacturing operations.

In their new roles, Mr. Boyd will have responsibility for the Company's western region and Mr. Parahus its eastern region. They will serve as Executive Vice Presidents and Co-Chief Operating Officers. Responsibility for the roles previously held by Mr. Boyd and Mr. Parahus will be assumed by regional presidents within the Company's management team.

"Since joining Toll Brothers nearly 40 years ago, Rick has been integral to advancing the growth of the Company from a local builder to a national Fortune 500 Company and has been an invaluable mentor to generations of current leaders," said Douglas C. Yearley, Jr., the Company's Chairman and Chief Executive Officer. "His contributions have laid the cornerstone for our success and will have a lasting impact. We wish Rick all the best in his retirement." Mr. Yearley continued, "As we say good-bye to Rick, we are excited to have Jim Boyd and Rob Parahus step into the roles of co-COOs. Each brings decades of experience and proven track records of success managing through multiple cycles at Toll Brothers."

Mr. Boyd has over 36 years of experience in the homebuilding industry. After running his own homebuilding company, he joined Toll Brothers in 1993 to oversee the Company's entry into the California market. He was appointed Regional President in 2005. His involvement in the industry includes membership on the California Building Industry Association's Board of Directors and Executive Committee. Mr. Boyd holds a Bachelor of Arts from Yale University and a Law Degree from the University of Pennsylvania. He was recently inducted into the California Homebuilding Foundation Hall of Fame.

Mr. Parahus began his career with Toll Brothers in 1986. In 1992 and 1993, he led Toll Brothers' expansion into Connecticut and New York. He was appointed Regional President in 2006. In addition to his oversight responsibility for homebuilding operations in various eastern markets, he oversees Toll Integrated Systems, the Company's building component manufacturing operations, with five plants located in the eastern United States. Mr. Parahus holds a Bachelor of Sciences degree in Architectural Engineering from the Pennsylvania State University.

Toll Brothers, Inc., A FORTUNE 500 Company, is the nation's leading builder of luxury homes. The Company began business over fifty years ago in 1967 and became a public company in 1986. Its common stock is listed on the New York Stock Exchange under the symbol "TOL." The Company serves move-up, empty-nester, active-adult, and second-home buyers, as well as urban and suburban renters. It operates in 23 states: Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Maryland, Massachusetts, Michigan, Nevada, New Jersey, New York, North Carolina, Oregon, Pennsylvania, South Carolina, Texas, Utah, Virginia, and Washington, as well as in the District of Columbia.

Toll Brothers builds an array of luxury residential single-family detached, attached home, master planned resort-style golf, and urban low-, mid-, and high-rise communities, principally on land it develops and improves. The Company acquires and develops rental apartment and commercial properties through Toll Brothers Apartment Living, Toll Brothers Campus Living, and the affiliated Toll Brothers Realty Trust, and develops urban low-, mid-, and high-rise for-sale condominiums through Toll Brothers City Living. The Company operates its own architectural, engineering, mortgage, title, land development and land sale, golf course development and management, and landscape subsidiaries. Toll Brothers also operates its own security company, TBI Smart Home Solutions, which also provides homeowners with home automation and technology options. The Company also operates its own lumber distribution, house component assembly, and manufacturing operations. Through its Gibraltar Real Estate Capital joint venture, the Company provides builders and developers with land banking, non-recourse debt and equity capital.

In 2019, Toll Brothers was named World's Most Admired Home Building Company in Fortune magazine's survey of the World's Most Admired Companies, the fifth year in a row it has been so honored. Toll Brothers has won numerous other awards, including Builder of the Year from both Professional Builder magazine and Builder magazine, the first two-time recipient from Builder magazine. For more information, visit www.tollbrothers.com

Toll Brothers discloses information about its business and financial performance and other matters, and provides links to its securities filings, notices of investor events, and earnings and other news releases, on the Investor Relations section of its website (investors.tollbrothers.com).

**Forward-Looking Statements**

This release contains or may contain forward-looking statements within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act. One can identify these statements by the fact that they do not relate to matters of a strictly historical or factual nature and generally discuss or relate to future events. These statements contain words such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe," "may," "can," "could," "might," "should" and other words or phrases of similar meaning. Such statements may include, but are not limited to, information related to market conditions; demand for our homes; anticipated operating results; home deliveries; financial resources and condition; changes in revenues; changes in profitability; changes in margins; changes in accounting treatment; cost of revenues; selling, general and administrative expenses; interest expense; inventory write-downs; home warranty and construction defect claims; unrecognized tax benefits; anticipated tax refunds; sales paces and prices; effects of home buyer cancellations; growth and expansion; joint ventures in which we are involved; anticipated results from our investments in unconsolidated entities; the ability to acquire land and pursue real estate opportunities; the ability to gain approvals and open new communities; the ability to sell homes and properties; the ability to deliver homes from backlog; the ability to secure materials and subcontractors; the ability to produce the liquidity and capital necessary to expand and take advantage of opportunities; and legal proceedings, investigations and claims.

Any or all of the forward-looking statements included in our reports or public statements made by us are not guarantees of future performance and may turn out to be inaccurate. This can occur as a result of incorrect assumptions or as a consequence of known or unknown risks and uncertainties. Many factors mentioned in our reports or public statements made by us, such as market conditions, government regulation, and the competitive environment, will be important in determining our future performance. Consequently, actual results may differ materially from those that might be anticipated from our forward-looking statements.

The factors that could cause actual results to differ from those expressed or implied by our forward-looking statements include, among others: demand fluctuations in the housing industry; adverse changes in economic conditions in markets where we conduct our operations and where prospective purchasers of our homes live; increases in cancellations of existing agreements of sale; the competitive environment in which we operate; changes in interest rates or our credit ratings; the availability of capital; uncertainties in the capital and securities markets; the ability of customers to obtain financing for the purchase of homes; the availability and cost of land for future growth; the ability of the participants in various joint ventures to honor their commitments; effects of governmental legislation and regulation; effects of increased taxes or governmental fees; weather conditions; the availability and cost of labor and building and construction materials; the cost of raw materials; the outcome of various product liability claims, litigation and warranty claims; the effect of the loss of key management personnel; changes in tax laws and their interpretation; construction delays; and the seasonal nature of our business. For a more detailed discussion of these factors, see the risk factors in the information under the captions "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our most recent periodic reports filed on Forms 10-K and 10-Q with the SEC.

From time to time, forward-looking statements also are included in our periodic reports on Forms 10-K, 10-Q and 8-K, in press releases, in presentations, on our website and in other materials released to the public.

This discussion is provided as permitted by the Private Securities Litigation Reform Act of 1995, and all of our forward-looking statements are expressly qualified in their entirety by the cautionary statements contained or referenced in this section.

Forward-looking statements speak only as of the date they are made. We undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events or otherwise.

CONTACT: Frederick N. Cooper (215) 938-8312
fcooper@tollbrothers.com

Photos accompanying this announcement are available at

https://www.globenewswire.com/NewsRoom/AttachmentNg/5c2714ea-c600-4306-9328-e9e229a98d55

https://www.globenewswire.com/NewsRoom/AttachmentNg/9cf95d04-b7c9-466b-94ae-00bac00a3b28

Toll Brothers
AMERICA'S LUXURY HOME BUILDER

Source: Toll Brothers, Inc.

# Exhibit 229

# Entity Information

**Search Date and Time:**
*8/15/2026 8:53:44 AM*

**Entity Details**

| | | | |
|---|---|---|---|
| **Entity Name:** | *TOLL SOUTHWEST LLC* | **Entity ID:** | *R22295666* |
| **Entity Type:** | *Foreign LLC* | **Entity Status:** | **Active** |
| **Formation Date:** | *10/24/2017* | **Reason for Status:** | *In Good Standing* |
| **Approval Date:** | *10/25/2017* | **Status Date:** | |
| **Original Incorporation Date:** | *10/24/2017* | **Life Period:** | *Perpetual* |
| **Business Type:** | | **Last Annual Report Filed:** | |
| **Domicile State:** | *Delaware* | **Annual Report Due Date:** | |
| | | **Years Due:** | |
| **Original Publish Date:** | | | |

**Statutory Agent Information**

| | | | |
|---|---|---|---|
| **Name:** | *UNITED AGENT GROUP INC.* | **Appointed Status:** | *Active 10/16/2018* |
| **Attention:** | | **Address:** | *3260 N HAYDEN RD #210 , SCOTTSDALE, AZ 85251, USA* |
| **Agent Last Updated:** | *10/16/2018* | **E-mail:** | |
| **Attention:** | | **Mailing Address:** | *3260 N HAYDEN RD #210 , SCOTTSDALE, AZ 85251, USA* |
| **County:** | *Maricopa* | | |

**Principal Information**

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|---|---|---|---|---|---|
| *Manager* | *RICHARD T HARTMAN* | | *250 GIBRALTAR ROAD, HORSHAM, PA, 19044, USA* | *10/24/2017* | *10/25/2017* |
| *Manager* | *DOUGLAS C YEARLY* | | *250 GIBRALTAR ROAD, HORSHAM, PA, 19044, USA* | *10/24/2017* | *10/25/2017* |
| *Manager* | *MARTIN P CONNOR* | | *250 GIBRALTAR ROAD, HORSHAM, PA, 19044, USA* | *10/24/2017* | *10/25/2017* |
| *Member* | | | *250 GIBRALTAR ROAD, HORSHAM, PA, 19044, USA* | *10/24/2017* | *10/25/2017* |

**Page 1 of 1, records 1 to 4 of 4**

**Entity Known Place of Business**

**Attention:**
**Address:** *3260 N. Hayden Road #210, SCOTTSDALE, AZ, 85251, USA*
**County:** *Maricopa*
**Last Updated:** *10/16/2018*

**Entity Principal Office Address**

**Attention:**
**Address:** *THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET, WILMINGTON, DE, 19801, USA*
**County:** *Maricopa*
**Last Updated:**

Back | Return to Search | Return to Results

*Document History* *Name/Restructuring History* *Pending Documents*

*Microfilm History*

# Exhibit 230

UNITED STATES POSTAL SERVICE®

August 15, 2026

Dear Jeffrey Gu:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0493 0324 59**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 15, 2026, 01:51 pm |
| **Location:** | COLORADO SPRINGS, CO 80904 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certi?ed Mail™<br>Return Receipt Electronic |
| **Recipient Name:** | David Anthony Keller |

| Shipment Details | |
|---|---|
| **Weight:** | 3.5oz |

Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reFect a different destination address due to Intended Recipient's delivery instructions on ?le.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Of?ce™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit 231

Toll Brothers
AMERICA'S LUXURY HOME BUILDER®

# Toll Brothers Announces Gregg Ziegler to Succeed Marty Connor as CFO

FORT WASHINGTON, Pa., July 10, 2025 (GLOBE NEWSWIRE) -- Toll Brothers, Inc. (NYSE: TOL) ( TollBrothers.com ) announced today that Gregg Ziegler, Senior Vice President, Investor Relations & Treasurer and 23-year company veteran, will succeed Marty Connor as Chief Financial Officer at the end of the Company's fiscal year on October 31, 2025. Following his retirement, Mr. Connor will continue to serve the Company as a senior advisor for a one-year period. During this time, in addition to supporting a smooth transition of CFO responsibilities, he will provide strategic advice and support to Mr. Ziegler and the rest of the executive team.

Upon his promotion, Mr. Ziegler will report directly to Chairman and Chief Executive Officer Douglas C. Yearley, Jr. and assume responsibility for the Company's accounting, treasury & finance, tax, investor relations, risk management, internal audit, mortgage, title and information technology functions.

"During his 17 years with Toll Brothers, Marty has been an outstanding leader, business partner and financial steward. He has played a central role creating value for our stakeholders and we look forward to continuing to benefit from his perspective and expertise as a senior advisor. Marty has built a deep bench of talent within our financial organization, and we are pleased to have a strong leader in Gregg Ziegler ready to step into this important role. Given his extensive experience in our finance department, strong partnership with our operations teams, and long-term relationships on Wall Street, Gregg has an unmatched understanding of our business, and I am confident that he is the right leader to continue our track record of financial success," said Yearley.

In his current role, Mr. Ziegler has responsibility for the Company's investor relations, capital markets, mergers and acquisitions, corporate strategy, land financing activities and financial planning and analysis functions. He began his career at Toll Brothers in 2002 as an Assistant Finance Director within the Finance and Investor Relations department and has held various roles of increasing responsibilities since then. In 2010, Mr. Ziegler was promoted to Senior Vice President and was appointed Treasurer in 2013. In May 2024, he assumed additional responsibilities as head of the Investor Relations department. Mr. Ziegler holds a Bachelor of Science degree in Accounting and a Master of Business Administration degree from Villanova University.

## ABOUT TOLL BROTHERS

Toll Brothers, Inc., a Fortune 500 Company, is the nation's leading builder of luxury homes. The Company was founded 58 years ago in 1967 and became a public company in 1986. Its common stock is listed on the New York Stock Exchange under the symbol "TOL." The Company serves first-time, move-up, empty-nester, active-adult, and second-home buyers, as well as urban and suburban renters. Toll Brothers builds in over 60 markets in 24 states: Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Indiana, Maryland, Massachusetts, Michigan, Nevada, New Jersey, New York, North Carolina, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Utah, Virginia, and Washington, as well as in the District of Columbia. The Company operates its own architectural, engineering, mortgage, title, land development, insurance, smart home technology, and landscape subsidiaries. The Company also develops master-planned and golf course communities as well as operates its own lumber distribution, house component assembly, and manufacturing operations.

Toll Brothers has been one of Fortune magazine's World's Most Admired Companies™ for 10+ years in a row, and in 2024 the Company's Chairman and CEO Douglas C. Yearley, Jr. was named one of 25 Top CEOs by Barron's magazine. Toll Brothers has also been named Builder of the Year by Builder magazine and is the first two-time recipient of Builder of the Year from Professional Builder magazine. For more information visit TollBrothers.com.

Toll Brothers discloses information about its business and financial performance and other matters, and provides links to its securities filings, notices of investor events, and earnings and other news releases, on the Investor Relations section of its website (investors.TollBrothers.com).

From Fortune, ©2025 Fortune Media IP Limited. All rights reserved. Used under license.

**FORWARD LOOKING STATEMENT**

This release contains or may contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. One can identify these statements by the fact that they do not relate to matters of a strictly historical or factual nature and generally discuss or relate to future events. These statements contain words such as "anticipate," "estimate," "expect," "project," "intend," "plan," "believe," "may," "can," "could," "might," "should," "likely," "will," and other words or phrases of similar meaning. Such statements may include, but are not limited to, information related to: market conditions ; mortgage rates ; inflation rates ; demand for our homes ; our build- to-order and quick move-in home strategy ; sales paces and prices ; effects of home buyer cancellations ; our strategic priorities ; growth and expansion ; our land acquisition, land development and capital allocation priorities ; anticipated operating results ; home deliveries ; financial resources and condition ; changes in revenues, profitability, margins and returns ; changes in accounting treatment ; cost of revenues, including expected labor and material costs ; availability of labor and materials ; selling, general and administrative expenses ; interest expense ; inventory write-downs ; home warranty and construction defect claims ; unrecognized tax benefits ; anticipated tax refunds ; joint ventures in which we are involved ; anticipated results from our investments in unconsolidated entities ; our ability to acquire land and pursue real estate opportunities ; our ability to gain approvals and open new communities ; our ability to market, construct and sell homes and properties ; our ability to deliver homes from backlog ; our ability to secure materials and subcontractors ; our ability to produce the liquidity and capital necessary to conduct normal business operations or to expand and take advantage of opportunities ; the outcome of legal proceedings, investigations, and claims ; management succession plans; and the impact of public health or other emergencies.

Any or all of the forward-looking statements included in this release and in any other reports or public statements made by us are not guarantees of future performance and may turn out to be inaccurate. Consequently, actual results may differ materially from those that might be anticipated from our forward-looking statements. This can occur as a result of incorrect assumptions or as a consequence of known or unknown risks and uncertainties. Therefore, we caution you not to place undue reliance on our forward-looking statements. The major risks and uncertainties - and assumptions that are made - that affect our business and may cause actual results to differ from these forward-looking statements include, but are not limited to:

- the effect of general economic conditions, including employment rates, housing starts, interest and mortgage rates, home affordability, inflation, consumer sentiment, availability of financing for home mortgages and strength of the U.S. dollar ;
- market demand for our products, which is related to the strength of the various U.S. business segments and U.S. and international economic conditions ;
- the availability of desirable and reasonably priced land and our ability to control, purchase, hold and develop such land ;
- access to adequate capital on acceptable terms ;
- geographic concentration of our operations ;
- levels of competition ;
- the price and availability of lumber, other raw materials, and home components ;
- the impact of labor shortages, including on our subcontractors, supply chain and municipalities ;
- the effect of U.S. trade policies, including the imposition of tariffs and duties on home building products and retaliatory measures taken by other countries ;
- the effects of weather and the risk of loss from earthquakes, volcanoes, fires, floods, droughts, windstorms, hurricanes, pest infestations and other natural disasters, and the risk of delays, reduced consumer demand, unavailability of insurance, and shortages

and price increases in labor or materials associated with such natural disasters;

- risks arising from acts of war, terrorism or outbreaks of contagious diseases, such as COVID-19;
- federal and state tax policies;
- transportation costs;
- the effect of land use, environmental and other governmental laws and regulations;
- legal proceedings or disputes and the adequacy of reserves;
- risks relating to any unforeseen changes to or effects on liabilities, future capital expenditures, revenues, expenses, earnings, indebtedness, financial condition, losses and future prospects;
- the effect of potential loss of key management personnel or unsuccessful management transitions;
- changes in accounting principles;
- risks related to unauthorized access to our computer systems, theft of our and our homebuyers' confidential information or other forms of cyber-attack; and
- other factors described in "Risk Factors" included in our Annual Report on Form 10-K for the year ended October 31, 2024 and in subsequent filings we make with the Securities and Exchange Commission ("SEC").

Many of the factors mentioned above or in other reports or public statements made by us will be important in determining our future performance. Consequently, actual results may differ materially from those that might be anticipated from our forward-looking statements.

Forward-looking statements speak only as of the date they are made. We undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events, or otherwise.

For a further discussion of factors that we believe could cause our actual results to differ materially from expected and historical results, see the information under the captions "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our most recent Annual Report on Form 10-K filed with the SEC and in subsequent reports filed with the SEC. This discussion is provided as permitted by the Private Securities Litigation Reform Act of 1995, and all of our forward-looking statements are expressly qualified in their entirety by the cautionary statements contained or referenced in this section.

CONTACT: Heather Reeves (215) 328-7634

hreeves@tollbrothers.com

A photo accompanying this announcement is available at https://www.globenewswire.com/NewsRoom/AttachmentNg/506c96cd-1ae2-4f5d-a689-18f2b047fb03

Toll Brothers
AMERICA'S LUXURY HOME BUILDER®

Source: Toll Brothers, Inc.

Gregg Ziegler



Toll Brothers, Inc.

# Exhibit 232

# Arizona Business Center

Logi

## Business Search

Home > Business Search > Business Information

Business Name
TOLL SOUTHWEST LLC

Business Type
Foreign Limited Liability Company

Business ID
R22295666

True Name in Domicile
TOLL SOUTHWEST LLC

State of Formation/Jurisdiction
Delaware

Principal Office Address
3260 N. Hayden Road #210, SCOTTSDALE, AZ, M
States

Date of Formation
10/24/2017

Date of Formation in Domicile Jurisdiction
10/24/2017

Status Date
-

Management Structure
Manager Managed

Period of Duration
Perpetual

Business Status
Active

Reason for Status
In Good Standing

## Character of Business

999999-Any legal purpose

## Principal Office or Statutory Agent Information in Foreign Jurisdiction

Do the laws of your foreign jurisdiction require you to maintain an office in that jurisdiction?
No

Statutory Agent Address in Foreign Jurisdiction
United Agent Group Inc. - 3411 SILVERSIDE ROAD TATNALL BUILDING #104, WILMINGTON, DE, New Castle, 19810, United States

## Statutory Agent Information

Agent Type
Business

Agent Name
UNITED AGENT GROUP INC.

Status
Active

Physical Address Attention
-

Statutory Agent Address (Physical Address)
3260 N HAYDEN RD #210, SCOTTSDALE, AZ, M
States

Mailing Address Attention
-

Mailing Address
3260 N HAYDEN RD #210, SCOTTSDALE, AZ, M
States

Effective Date
-

## Principals Information (4)

| Title | Principal Type | Name | Attention | Address |
|---|---|---|---|---|
| Manager | Individual | Douglas C. Yearley JR | - | 1140 Virginia Drice, FORT WASHINGTON, PA, |
| Manager | Individual | Martin P. Connor | - | 1140 Virginia Drive, FORT WASHINGTON, PA, |
| Manager | Individual | Robert Parahus | - | 1140 Virginia Drive, FORT WASHINGTON, PA, |
| Member | Business | Toll Bros., Inc. | - | 1140 Virginia Drive, FORT WASHINGTON, PA, |

Filing History | Name History | Stat. Agent History | Service History | Restructuring History | Microfilm History

| Filing Number | Filing Date/Time | Effective Date | Filing Type |
|---|---|---|---|
| 23040709320495 | 04/07/2023 10:56 AM | 04/07/2023 | Foreign Registration Amendment |
| 18092110501079 | 10/16/2018 09:45 AM | 09/21/2018 | Statement of Change - LLC Principal Address/Stat Agent |
| 06106715 | 10/24/2017 12:00 AM | 10/25/2017 | Application for Registration |

# Exhibit 233

CHICAGO TITLE INSURANCE COMPANY

**COMMITMENT FOR TITLE INSURANCE**
**ISSUED BY**
**CHICAGO TITLE INSURANCE COMPANY**

**NOTICE**

**IMPORTANT—READ CAREFULLY:** THIS COMMITMENT IS AN OFFER TO ISSUE ONE OR MORE TITLE INSURANCE POLICIES. ALL CLAIMS OR REMEDIES SOUGHT AGAINST THE COMPANY INVOLVING THE CONTENT OF THIS COMMITMENT OR THE POLICY MUST BE BASED SOLELY IN CONTRACT.

THIS COMMITMENT IS NOT AN ABSTRACT OF TITLE, REPORT OF THE CONDITION OF TITLE, LEGAL OPINION, OPINION OF TITLE, OR OTHER REPRESENTATION OF THE STATUS OF TITLE. THE PROCEDURES USED BY THE COMPANY TO DETERMINE INSURABILITY OF THE TITLE, INCLUDING ANY SEARCH AND EXAMINATION, ARE PROPRIETARY TO THE COMPANY, WERE PERFORMED SOLELY FOR THE BENEFIT OF THE COMPANY, AND CREATE NO EXTRACONTRACTUAL LIABILITY TO ANY PERSON, INCLUDING A PROPOSED INSURED.

THE COMPANY'S OBLIGATION UNDER THIS COMMITMENT IS TO ISSUE A POLICY TO A PROPOSED INSURED IDENTIFIED IN SCHEDULE A IN ACCORDANCE WITH THE TERMS AND PROVISIONS OF THIS COMMITMENT. THE COMPANY HAS NO LIABILITY OR OBLIGATION INVOLVING THE CONTENT OF THIS COMMITMENT TO ANY OTHER PERSON.

**COMMITMENT TO ISSUE POLICY**

Subject to the Notice; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and the Commitment Conditions, Chicago Title Insurance Company, a Florida Corporation (the "Company"), commits to issue the Policy according to the terms and provisions of this Commitment. This Commitment is effective as of the Commitment Date shown in Schedule A for each Policy described in Schedule A, only when the Company has entered in Schedule A both the specified dollar amount as the Proposed Policy Amount and the name of the Proposed Insured.

If all of the Schedule B, Part I—Requirements have not been met within 6 Months after the Commitment Date, this Commitment terminates and the Company's liability and obligation end.

**COMMITMENT CONDITIONS**

1. **DEFINITIONS**
   (a) "Knowledge" or "Known": Actual or imputed knowledge, but not constructive notice imparted by the Public Records.
   (b) "Land": The land described in Schedule A and affixed improvements that by law constitute real property. The term "Land" does not include any property beyond the lines of the area described in Schedule A, nor any right, title, interest, estate, or easement in abutting streets, roads, avenues, alleys, lanes, ways, or waterways, but this does not modify or limit the extent that a right of access to and from the Land is to be insured by the Policy.
   (c) "Mortgage": A mortgage, deed of trust, or other security instrument, including one evidenced by electronic means authorized by law.
   (d) "Policy": Each contract of title insurance, in a form adopted by the American Land Title Association, issued or to be issued by the Company pursuant to this Commitment.



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

(e) "Proposed Insured": Each person identified in Schedule A as the Proposed Insured of each Policy to be issued pursuant to this Commitment.
(f) "Proposed Policy Amount": Each dollar amount specified in Schedule A as the Proposed Policy Amount of each Policy to be issued pursuant to this Commitment.
(g) "Public Records": Records established under state statutes at the Commitment Date for the purpose of imparting constructive notice of matters relating to real property to purchasers for value and without Knowledge.
(h) "Title": The estate or interest described in Schedule A.

**2.** If all of the Schedule B, Part I—Requirements have not been met within the time period specified in the Commitment to Issue Policy, this Commitment terminates and the Company's liability and obligation end.

**3.** The Company's liability and obligation is limited by and this Commitment is not valid without:
(a) the Notice;
(b) the Commitment to Issue Policy;
(c) the Commitment Conditions;
(d) Schedule A;
(e) Schedule B, Part I—Requirements; [and]
(f) Schedule B, Part II — Exceptions[; and
(g) a counter-signature by the Company or its issuing agent that may be in electronic form].

**4. COMPANY'S RIGHT TO AMEND**
The Company may amend this Commitment at any time. If the Company amends this Commitment to add a defect, lien, encumbrance, adverse claim, or other matter recorded in the Public Records prior to the Commitment Date, any liability of the Company is limited by Commitment Condition 5. The Company shall not be liable for any other amendment to this Commitment.

**5. LIMITATIONS OF LIABILITY**
(a) The Company's liability under Commitment Condition 4 is limited to the Proposed Insured's actual expense incurred in the interval between the Company's delivery to the Proposed Insured of the Commitment and the delivery of the amended Commitment, resulting from the Proposed Insured's good faith reliance to:
 (i) comply with the Schedule B, Part I—Requirements;
 (ii) eliminate, with the Company's written consent, any Schedule B, Part II—Exceptions; or
 (iii) acquire the Title or create the Mortgage covered by this Commitment.
(b) The Company shall not be liable under Commitment Condition 5(a) if the Proposed Insured requested the amendment or had Knowledge of the matter and did not notify the Company about it in writing.
(c) The Company will only have liability under Commitment Condition 4 if the Proposed Insured would not have incurred the expense had the Commitment included the added matter when the Commitment was first delivered to the Proposed Insured.
(d) The Company's liability shall not exceed the lesser of the Proposed Insured's actual expense incurred in good faith and described in Commitment Conditions 5(a)(i) through 5(a)(iii) or the Proposed Policy Amount.
(e) The Company shall not be liable for the content of the Transaction Identification Data, if any.
(f) In no event shall the Company be obligated to issue the Policy referred to in this Commitment unless all of the Schedule B, Part I—Requirements have been met to the satisfaction of the Company.
(g) In any event, the Company's liability is limited by the terms and provisions of the Policy.

**6. LIABILITY OF THE COMPANY MUST BE BASED ON THIS COMMITMENT**
(a) Only a Proposed Insured identified in Schedule A, and no other person, may make a claim under this Commitment.



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

(b) Any claim must be based in contract and must be restricted solely to the terms and provisions of this Commitment,
(c) Until the Policy is issued, this Commitment, as last revised, is the exclusive and entire agreement between the parties with respect to the subject matter of this Commitment and supersedes all prior commitment negotiations, representations, and proposals of any kind, whether written or oral, express or implied, relating to the subject matter of this Commitment.
(d) The deletion or modification of any Schedule B, Part II—Exception does not constitute an agreement or obligation to provide coverage beyond the terms and provisions of this Commitment or the Policy.
(e) Any amendment or endorsement to this Commitment must be in writing and authenticated by a person authorized by the Company.
(f) When the Policy is issued, all liability and obligation under this Commitment will end and the Company's only liability will be under the Policy.

**7. IF THIS COMMITMENT HAS BEEN ISSUED BY AN ISSUING AGENT**
The issuing agent is the Company’s agent only for the limited purpose of issuing title insurance commitments and policies. The issuing agent is not the Company’s agent for the purpose of providing closing or settlement services.

**8. PRO-FORMA POLICY**
The Company may provide, at the request of a Proposed Insured, a pro-forma policy illustrating the coverage that the Company may provide. A pro-forma policy neither reflects the status of Title at the time that the pro-forma policy is delivered to a Proposed Insured, nor is it a commitment to insure.

**9. ARBITRATION**
The Policy contains an arbitration clause. All arbitrable matters when the Proposed Policy Amount is $2,000,000 or less shall be arbitrated at the option of either the Company or the Proposed Insured as the exclusive remedy of the parties. A Proposed Insured may review a copy of the arbitration rules at <http://www.alta.org/arbitration>.



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

# NOTICE CONCERNING FRAUDULENT INSURANCE ACTS

**(This Notice is Permanently Affixed Hereto)**

**It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the department of regulatory agencies.**
**C. R. S. A. § 10-1-128 (6)(a).**

CHICAGO TITLE INSURANCE COMPANY

**Transaction Identification Data for reference only:**

Issuing Agent: Steve Koester
Issuing Office: Westminster Title Agency, Inc.
ALTA ® Universal ID: 1011525
Loan ID No.:
Commitment No.: 132-22000532-TBI
Issuing Office File No.: 132-22000532-TBI
Property Address: 5131 Vivian Street, Wheat Ridge, CO 80033

**SCHEDULE A**

1. Commitment Date: October 27, 2022 at 07:30 AM

2. Policy to be issued:

   (a) ☑ ALTA Owners Policy 2006
   Proposed Insured: Jeffrey Gu
   Proposed Policy Amount: $726,731.00

   (b) ☑ ALTA Loan Policy (06/06)
   Proposed Insured: United Wholesale Mortgage, LLC ISAOA
   Proposed Policy Amount: $647,200.00

3. The estate or interest in the Land described or referred to in this Commitment is A Fee Simple.

4. Title to the A Fee Simple estate or interest in the Land is at the Commitment Date vested in:

   Toll Southwest, LLC, a Delaware limited liability company

5. The Land is described as follows:

   Lot 7, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

   Assessors No.: 39-174-12-134
   Pin/Schedule: 300516237

Westminster Title Agency, Inc.

Steve A. Koester, Authorized Signatory

This page is only a part of a 2016 ALTA® Commitment for Title Insurance Issued[ by Chicago Title Insurance Company]. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; [and] Schedule B, Part II-Exceptions[; and a counter-signature by the Company or its issuing agent that may be In electronic form].

**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

CHICAGO TITLE INSURANCE COMPANY

**SCHEDULE B, PART I**
**Requirements**

All of the following Requirements must be met:

1. The Proposed Insured must notify the Company in writing of the name of any party not referred to in this Commitment who will obtain an interest in the Land or who will make a loan on the Land. The Company may then make additional Requirements or Exceptions.

2. Pay the agreed amount for the estate or interest to be insured.

3. Pay the premiums, fees, and charges for the Policy to the Company.

4. Documents satisfactory to the Company that convey the Title or create the Mortgage to be insured, or both, must be properly authorized, executed, delivered, and recorded in the Public Records.

   Deed of Trust from Jeffrey Gu to Trustee(s) for United Wholesale Mortgage, LLC ISAOA, securing the principal amount of $647,200.00.

5. Obtain a certificate of taxes due from the County Treasurer or the County Treasurer's authorized agent.

6. Evidence that any and all assessments for common expenses, if any, have been paid.

7. Evidence all assessments for Ward TOD No(s) 1, 2, and 3 Metropolitan District common expenses, if any, have been paid.

8. The Company will require that an Affidavit and Indemnity Agreement be completed by the party(s) named below before the issuance of any policy of title insurance.

   Party(s): Toll Southwest LLC, a Delaware limited liability comapny

   The Company reserves the right to add additional items or make further requirements after review of the requested affidavit.

9. Deed sufficient to convey the fee simple estate or interest in the land described or referred to herein, to the Proposed Purchaser.

   Note: Statement of Authority for Toll Southwest LLC, a Delaware limited liability comapny recorded June 21, 2019 at Reception No. 2019051691 discloses the following person(s) authorized to sign on behalf of the entity, pursuant to Colorado Revised Statutes:

10. Must furnish to the Company an Improvement Location Certificate in form, content and certification to Westminster Title Agency, Inc.

    Note: Exception may be made to any adverse matters disclosed by the Improvement Location Certificate.

11. The following information/items must be provided to the Company relevant to the determination of whether



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

## SCHEDULE B
(Continued)

to issue Mechanics Lien Protection in connection with any policy of title insurance to be issued to-wit:

a) The property is a single-family dwelling unit that will be the primary residence of the owner(s).

b) The purchaser(s) are third parties purchasing the property under a contract from the seller/builder/contractor.

c) The seller/builder/contractor must execute the Company's "Indemnity Agreement" form.

d) The purchaser(s) must execute the Company's "Owners Affidavit of Occupancy" form.

e) Must furnish Certificate of Occupancy, acceptable to the Company.

f) Prior to Closing, the chain of title must be updated to reflect no recorded mechanic liens or notices of record.

g) The seller's check must be made payable to the seller/builder/contractor.

Note: This transaction is occurring within the 6-month Colorado statutory period for mechanic's liens.

The Company reserves the right to add additional items or make further requirements after review of the requested documentation.

12. END OF REQUIREMENTS

The following vesting deed relating to the subject property has been recorded in the Clerk and Recorder's Office of the County in which the property is located:

Special Warranty Deed recorded June 11, 2019 as Reception No. 2019047881

13. Note: Please be aware that due to the conflict between federal and state laws concerning the cultivation, distribution, manufacture or sale of marijuana, the Company is not able to close or insure any transaction involving Land that is associated with these activities.

### SCHEDULE B, PART II
### Exceptions

THIS COMMITMENT DOES NOT REPUBLISH ANY COVENANT, CONDITION, RESTRICTION, OR LIMITATION CONTAINED IN ANY DOCUMENT REFERRED TO IN THIS COMMITMENT TO THE EXTENT THAT THE SPECIFIC COVENANT, CONDITION, RESTRICTION, OR LIMITATION VIOLATES STATE OR FEDERAL LAW BASED ON RACE, COLOR, RELIGION, SEX, SEXUAL ORIENTATION, GENDER IDENTITY, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN.

The Policy will not insure against loss or damage resulting from the terms and provisions of any lease or easement identified in Schedule A, and will include the following Exceptions unless cleared to the satisfaction of the Company:

1. Any defect, lien, encumbrance, adverse claim, or other matter that appears for the first time in the Public Records or is created, attaches, or is disclosed between the Commitment Date and the date on which all of the Schedule B, Part I—Requirements are met.



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

## SCHEDULE B
(Continued)

2. Taxes for the fiscal year 2021 in the total amount of $2,210.84 a lien now Paid.

   Parcel no.: 39-174-12-134
   Account no.: 300516237

   Note: the total amount paid does not reflect any pending payments. Amounts may change based on activity to this parcel.

3. All taxes and assessments, now or heretofore assessed, due or payable.

   Note: Upon all taxes paid current or confirmed current, with escrow at closing, the above exception will be amended to read as follows on Policy(ies) when issued:

   Taxes and assessments for the year 2020 and subsequent years a lien not yet due or payable.

4. Water rights, claims of title to water, whether or not these matters are shown by the Public Records.

5. Any facts, rights, interests or claims that are not shown by the Public Records but which could be ascertained by an inspection of the Land or that may be asserted by persons in possession of the Land.

6. Easements, liens or encumbrances, or claims thereof, not shown by the Public Records.

7. Any encroachments, encumbrances, violation, variation, or adverse circumstance affecting the Title that would be disclosed by an accurate and complete land survey of the Land and not shown by Public Records.

8. Any lien or right to a lien, for services, labor or material heretofore or hereafter furnished, imposed by law and not shown by the Public Records.

9. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the Public Records or attaching subsequent to the effective date hereof but prior to the date the proposed Insured acquires of record for the value the estate or interest or mortgage thereon covered by this Commitment.

   NOTE: Upon all requirements met standard exceptions 1- 5 will not be shown in final policy(ies) when issued.

10. Terms, conditions, restrictions, provisions, notes and easements but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth on the Plat(s) of Stanley Heights set forth below:

    Recording Date: July 31, 1908
    Recording No: Plat Book 2 at Page 68B

11. Any taxes or assessments by reason of the inclusion of the Land in the Ward TOD Metropolitan District No. 2, as evidenced in instrument set forth: Record June 6, 2012, at Reception No. 2012058743

This page is only a part of a 2016 ALTA® Commitment for Title Insurance Issued[ by Chicago Title Insurance Company]. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I-Requirements; [and] Schedule B, Part II-Exceptions[; and a counter-signature by the Company or its issuing agent that may be In electronic form].

**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

# SCHEDULE B
(Continued)

12. Any taxes or assessments by reason of the inclusive of the Land in the Ward TOD Metropolitan District No. 1, as evidenced in instrument set forth below: Recorded June 6, 2012, at Reception No. 2012058744.

13. Any taxes or assessments by reason of the inclusion of the Land in the Ward TOD Metropolitan District No. 3, as evidenced in instrument set forth below: Recorded June 6, 2012, at Reception No. 2012058745

14. Reservation of any oil, gas, and minerals lying beneath the surface of the property as contained in Special Warranty Deed recorded June 11, 2019 at Reception No. 2019047881.

15. Easements, notes, covenants, conditions and restrictions as shown or set forth on the plat of The Ridge at Ward Station recorded June 11, 2019 at Reception No. 2019047882.

16. Terms, conditions, provisions, agreements and obligations contained in the Development Covenant Agreement as set forth below:
Recording Date: June 11, 2019 Recording No.: 2019047883.

17. Terms, conditions, provisions and obligations contained in the Ridge at Ward Station Concept Plan as set forth below:
Recording Date: June 11, 2019 Recording No.: 2019047884.

18. Terms, conditions, provisions, agreements and obligations contained in the Temporary Construction Easement Agreement as set forth below:

    Recording Date: June 21, 2019 Recording No. 2019051707

19. Terms, conditions, provisions, agreements and obligations contained in the Declaration of Covenant and Restriction as set forth below:

    Recording Date: August 7, 2019 Recording No. 2019069060

20. Terms, conditions, provisions, agreements and obligations contained in the Subdivision Improvement Agreement as set forth below:

    Recording Date: August 7, 2019, Recording No. 2019069061

21. Terms, conditions, provisions, agreements and obligations contained in the Easement Agreement (Distributor Performance Non-Exclusive) as set forth below:

    Recording Date: August 16, 2019 Recording No. 2019073074

22. Terms, conditions, provisions, agreements and obligations contained in the Easement and Right-Of-Way Agreement as set forth below:

    Recording Date: July 23, 2020 Recording No. 2020088500

23. Covenants, conditions and restrictions but not omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law, as set forth on the Plat(s) of said subdivision recorded August 12, 2020 at Reception No. 2020098997.



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

## SCHEDULE B
(Continued)

24. Notes, conditions, restrictions, easements of the Replat of The Ridge at Ward Station Filing No. 2 recorded August 12, 2020 at Reception No. 2020098997.

25. Covenants, conditions and restrictions but omitting any covenants or restrictions, if any, including but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, source of income, gender, gender identity, gender expression, medical condition or genetic·information, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is ,permitted by applicable law, as set forth in the document.

    Recording Date: August 13, 2020
    Recording No. Reception No. 202020100098

    Supplemental Declaration recorded ________________________.

    First Amendment to the Declaration of Covenants, Conditions and Restrictions for The Ridge at Ward Station, recorded June 7, 2021 at Reception No. 20210860040.

    Annexation of Additional Land to the Declaration of Covenants, Conditions and Restrictions for the Ridge at Ward Station recorded May 3, 2021 at Reception No. 2021067976.

    Affects: Lot 7, Block 8, Lots 1 through 6, Block 9, and Lots 1 through 7, Block 10, inclusive

    SAID COVENANTS, CONDITIONS AND RESTRICTIONS CONTAINS A PROVISION TO ANNEX THE HEREIN DESCRIBED PROPERTY, BUT A NOTICE OF ANNEXATION HAS NOT BEEN RECORED.

26. Terms, conditions, provisions, agreements and obligations contained in the Special Warranty Deed as set forth below:

    Recording Date: August 3, 2022, Recording No. 2022074612

    Affects: Tracts I, J, and M of the Ridge At Ward Station, Filing No. 2

27. There have been no conveyances recorded in the last 24 months. The last recorded conveyance as follows:

    Deed to the subject property in Special Warranty Deed From IBC DENVER II, LLC, a Delaware limited liability company to TOLL SOUTHWEST LLC, a Delaware limited liability company, recorded June 11, 2019 at Reception No. 2019047881.



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

CHICAGO TITLE INSURANCE COMPANY

## EXHIBIT A

The Land is described as follows:

Lot 7, Block 5, in The Ridge at Ward Station Filing No. 2 Replat on the plat recorded August 12, 2020, at Reception 2020098997, County of Jefferson, State of Colorado.

Assessors No.: 39-174-12-134
Pin/Schedule: 300516237



**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

# Exhibit 234

2019051691 6/21/2019 12:21 PM
PGS 1 $13.00 DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 N

# STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity[1] named the Toll Southwest LLC, a Delaware limited liability company and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. This entity is a:

| | |
|---|---|
| ☐ corporation | ☐ registered limited liability partnership |
| ☐ nonprofit corporation | ☐ registered limited liability limited partnership |
| ☒ limited liability company | ☐ limited partnership association |
| ☐ general partnership | ☐ government or governmental subdivision or agency |
| ☐ limited partnership | ☐ trust (Section 38-30-108.5, C.R.S.) |
| ☐ other: | |

3. The entity is formed under the laws of: Pennsylvania

4. The mailing address for the entity is: 250 Gibraltar Road, Horsham, PA 19044

5. The ☒ name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

Barry A. Depew, Regional President or
Mark G. Bailey, Division President or
Michael I. Snyder, Senior Vice President & Secretary or
Kathryn L. Gaffney, Vice President or
Christopher Stull, Division Vice President or
Reginald E. Carveth, Division Vice President

6.[2] The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

7. Other matters concerning the manner in which the entity deals with interests in real property: Construction and Development

Executed this 20th[th] day of June, 2019.

Toll Southwest LLC, a Delaware limited liability company

BY:____________________________

Christopher Stull, Division Vice President

STATE OF COLORADO

COUNTY OF LARIMER

The foregoing instrument was acknowledged before me this June 20th, 2019, by Christopher Stull, Division Vice President, Division President, of Toll Southwest LLC, a Delaware limited liability company

DIANE L BLAKEY

2020099887 8/13/2020 2:29 PM
PGS 2 $18.00 DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 N

# STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity[1] Toll Southwest LLC, a Delaware limited liability company, and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. This entity is a:

- ☐ corporation
- ☐ nonprofit corporation
- ☒ limited liability company
- ☐ general partnership
- ☐ limited partnership
- ☐ other:
- ☐ registered limited liability partnership
- ☐ registered limited liability limited partnership
- ☐ limited partnership association
- ☐ government or governmental subdivision or agency
- ☐ trust (Section 38-30-108.5, C.R.S.)

3. The entity is formed under the laws of: Pennsylvania

4. The mailing address for the entity is: 250 Gibraltar Road, Horsham, PA 19044

5. The ☒ name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

Mark G. Bailey, Division President

Reginald E. Carveth, Division Vice President

Matt Foran, Division Vice President

Christopher Stull, Division Vice President

Stacey A. Rothaus, Vice President

6. The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

Executed this 10th day of August, 2020.

Toll Southwest LLC, a Delaware limited liability company

BY: ______________________________
Matt Foran, Division Vice President

STATE OF COLORADO

COUNTY OF ADAMS

The foregoing instrument was acknowledged before me this August 10, 2020, by Matt Foran, Division Vice President of Toll Southwest LLC, a Delaware limited liability company.

______________________________
Notary Public
My Commission Expires: 01-27-2024

CYNTHIA ROXANA DA SILVA
Notary Public
State of Colorado
Notary ID # 20164003505
My Commission Expires 01-27-2024

2020121356 9/23/2020 8:02 AM
PGS 2 $18.00 DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 N

# STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity[1] Toll Southwest LLC, a Delaware limited liability company, and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. This entity is a:

- ☐ corporation
- ☐ nonprofit corporation
- ☒ limited liability company
- ☐ general partnership
- ☐ limited partnership
- ☐ other:
- ☐ registered limited liability partnership
- ☐ registered limited liability limited partnership
- ☐ limited partnership association
- ☐ government or governmental subdivision or agency
- ☐ trust (Section 38-30-108.5, C.R.S.)

3. The entity is formed under the laws of: Pennsylvania

4. The mailing address for the entity is: 1140 Virginia Drive, Fort Washington, PA 19034

5. The ☒ name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

Mark G. Bailey, Division President

Reginald E. Carveth, Division Vice President

Matt Foran, Division Vice President

Christopher Stull, Division Vice President

Stacey A. Rothaus, Vice President

6. The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

Executed this 17th day of September, 2020.

Toll Southwest LLC, a Delaware limited liability company

BY: Matt Foran
Matt Foran, Division Vice President

STATE OF COLORADO

COUNTY OF JEFFERSON

The foregoing instrument was acknowledged before me this September 17, 2020, by Matt Foran, Division Vice President of Toll Southwest LLC, a Delaware limited liability company

Notary Public
My Commission Expires: 01-27-2024

CYNTHIA ROXANA DA SILVA
Notary Public
State of Colorado
Notary ID # 20164003505
My Commission Expires 01-27-2024

2021034830 3/3/2021 8:46 AM
PGS 2 $18.00 DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 N

# STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity[1] Toll Southwest LLC, a Delaware limited liability company, and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. This entity is a:

- ☐ corporation
- ☐ nonprofit corporation
- ☒ limited liability company
- ☐ general partnership
- ☐ limited partnership
- ☐ other:
- ☐ registered limited liability partnership
- ☐ registered limited liability limited partnership
- ☐ limited partnership association
- ☐ government or governmental subdivision or agency
- ☐ trust (Section 38-30-108.5, C.R.S.)

3. The entity is formed under the laws of: Pennsylvania

4. The mailing address for the entity is: 1140 Virginia Drive, Fort Washington, PA 19034

5. The ☒ name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

Mark G. Bailey, Group President

Reginald E. Carveth, Division Vice President

Matt Foran, Division Vice President

Christopher Stull, Division Vice President

Stacey A. Rothaus, Vice President

6. The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

Executed this 24th day of February, 2021.

Toll Southwest LLC, a Delaware limited liability company

BY:________________________________

Mark Bailey, Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this February 24, 2021, by Mark Bailey, Group President of Toll Southwest LLC, a Delaware limited liability company

________________________________

Notary Public

My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

2021169598 12/7/2021 10:21 AM
PGS 2 $18.00 DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder TD1000 N

# STATEMENT OF AUTHORITY

1. This Statement of Authority relates to an entity[1] Toll Southwest LLC, a Delaware limited liability company, and is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

2. This entity is a:

| | |
|---|---|
| ☐ corporation | ☐ registered limited liability partnership |
| ☐ nonprofit corporation | ☐ registered limited liability limited partnership |
| ☒ limited liability company | ☐ limited partnership association |
| ☐ general partnership | ☐ government or governmental subdivision or agency |
| ☐ limited partnership | ☐ trust (Section 38-30-108.5, C.R.S.) |
| ☐ other: | |

3. The entity is formed under the laws of: Pennsylvania

4. The mailing address for the entity is: 1140 Virginia Drive, Fort Washington, PA 19034

5. The ☒ name ☒ position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:

Mark G. Bailey, Group President

Reginald E. Carveth, Division Vice President

Matt Foran, Division Vice President

Stacey A. Rothaus, Vice President

6. The authority of the foregoing person(s) to bind the entity is ☒ not limited ☐ limited as follows:

7. Other matters concerning the manner in which the entity deals with interests in

Executed this 7th day of October, 2021.

Toll Southwest LLC, a Delaware limited liability company

BY: ______________________________
Mark Bailey, Group President

STATE OF COLORADO

COUNTY OF ARAPAHOE

The foregoing instrument was acknowledged before me this October 7, 2021, by Mark Bailey, Group President of Toll Southwest LLC, a Delaware limited liability company

______________________________
Notary Public
My Commission Expires:

ANGELA BLEVINS
Notary Public
State of Colorado
Notary ID # 20184032749
My Commission Expires 08-16-2022

# Exhibit 235

Gmail Jeffrey Gu <jeffwgu@gmail.com>

# Toll Signing Authority

**Jeffrey Gu** <jeffwgu@gmail.com> Fri, Jul 25, 2025 at 12:57 PM
To: "Eichelberger, Debbie" <Debbie.Eichelberger@heritagetco.com>
Cc: "Davis, Katarina" <Katarina.Davis1@heritagetco.com>

I understand, Debbie. Thank you for providing this earlier one, I really do appreciate your help.

On Fri, Jul 25, 2025 at 12:47 PM Eichelberger, Debbie <Debbie.Eichelberger@heritagetco.com> wrote:

> I have attached the Officer's Certificate dated 1/12/2022.
>
> We do not have Authorization for Kenneth as requested, that is something you would need to request from Toll Brothers, nor can I comment/clarify on the organizational structure of Toll Southwest LLC. We are the settlement agent for Toll Brothers, and as a separate company do not have intimate knowledge of their Corporate/LLC structuring.
>
> HTC Heritage Title Company
>
> **Debbie Eichelberger**
>
> Escrow Officer
>
> 10375 Park Meadows Drive, Suite 500 Lone Tree, CO 80124
>
> debbie.eichelberger@heritagetco.com
>
> Office: 303-662-1855
>
> Fax: 303-628-1660
>
> ---
>
> **From:** Jeffrey Gu <jeffwgu@gmail.com>
> **Sent:** Friday, July 25, 2025 10:30 AM
> **To:** Eichelberger, Debbie <Debbie.Eichelberger@heritagetco.com>
> **Subject:** Re: Toll Signing Authority
>
> Thank you, Debbie. This provides some clarity. Has your company received an Officer's Certificate prior to this one dated June 4, 2024? Also, I believe it'd be reasonable to ask for evidence of Kenneth Greenspan's authority on behalf

Thank you, Debbie. This provides some clarity. Has your company received an Officer's Certificate prior to this one dated June 4, 2024?

Also, I believe it'd be reasonable to ask for evidence of Kenneth Greenspan's authority on behalf of Toll Southwest LLC. I ask because it's irregular for LLC's to have officers, they are legal entities with managers and members.

On Fri, Jul 25, 2025 at 12:16 PM Eichelberger, Debbie <Debbie.Eichelberger@heritagetco.com> wrote:

> Hi Jeff,
>
> It was nice to speak with you a moment ago. I have attached the requested Officer's Certificate showing the Authority of Reginald E Carveth to sign on behalf of Toll Southwest LLC.
>
> Please let me know if you have any other questions.
>
> Thanks!
>
> thank you
>
> HTC Heritage Title Company
>
> **Debbie Eichelberger**
>
> Escrow Officer
>
> 10375 Park Meadows Drive, Suite 500 Lone Tree, CO 80124
>
> debbie.eichelberger@heritagetco.com
>
> Office: 303-662-1855
>
> Fax: 303-628-1660
>
> ---
>
> NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender

immediately.

# Exhibit 236

Gmail

Jeffrey Gu <jeffwgu@gmail.com>

# Commitment - #HS0810477- 1: 5131 Vivian Street, Wheat Ridge CO 80033 - Jeffrey Gu

1 message

**toll@heritagetco.com** <toll@heritagetco.com> Wed, Nov 9, 2022 at 3:56 PM
Reply-To: "toll@heritagetco.com" <toll@heritagetco.com>
To: "Chapa, Christopher" <Christopher.chapa@wemlo.io>, "Alyas, Alex" <alexa990101@gmail.com>, "Gu, Jeffrey" <jeffwgu@gmail.com>, "Stang, Scott" <scott@porchlightgroup.com>

This message was sent securely using Zix®

HTC Heritage Title Company
Making Transactions Personal
Commonwealth

Please click on the attachment(s) to access your documents.

---

---

Hello,

Attached is the commitment for your records. Please let us know if you need anything else.

Thank you,

**Heritage Builder Team**

Heritage Title Company

10375 Park Meadows Drive #550

Lone Tree, CO 80124

phone 303.662-1855/fax 303-628-8249

From: **toll@heritagetco.com**
toll@heritagetco.com

This message was secured by **Zix**&#174.

---

**Commitment-Revised-11-9.pdf**
423K

# Exhibit 237

Gmail

Jeffrey Gu <jeffwgu@gmail.com>

# RE: Claim Notification - 5131 Vivian St, Wheat Ridge CO

3 messages

**Doc Request** <OmahaDocRequest@fnf.com> Mon, Aug 3, 2026 at 5:27 PM
To: Jeffrey Gu <jeffwgu@gmail.com>

Good afternoon,

We are in receipt of your Notice of Claim regarding the property shown in the subject.

Would you please provide us with a complete copy of your Owner's Policy for title insurance? If the policy is not available, please provide complete copies of the executed HUD-1 Settlement Statement/Closing Disclosure and the Title Commitment/Preliminary Report from when you purchased the property.

Additionally please provide any litigation related documents for our review. If you are unable to locate or provide the requested documentation, please let us know.

Upon receipt of the requested, this matter will be moved on for processing.

Thank you,

**Emily Ramacciotti**
Customer Service

Intake ?le #: 1030228

Fidelity National Financial l Omaha Claims Center

2533 North 117th Avenue, Omaha, NE 68164

Phone (888) 453-4095

Fax (402) 496-8802

FNF FAMILY OF COMPANIES

Please NOTE: FNF's underwriters, include Chicago Title Insurance Company, Ticor Title Insurance Company, Commonwealth Land Title Insurance Company, Lawyers Title Insurance Company, Alamo Title Insurance, National Title Insurance Company of New York and Fidelity National Title Insurance Company.

---

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Monday, August 3, 2026 12:47 PM
**To:** Title Claims <TitleClaims@fnf.com>
**Subject:** Claim Noti?cation

Identity of Insured & Property Identification Please accept this formal written notice of a title claim and encumbrance affecting real property insured under Chicago Title Insurance Company Policy No. 3709-23-132-22000532-TBI-2023.7230606-229468150.

**Identity of Insured & Property Identification** Please accept this formal written notice of a title claim and encumbrance affecting real property insured under Chicago Title Insurance Company Policy No. **3709-23-132-22000532-TBI-2023.7230606-229468150**. The insured property is located at **5131 Vivian St, Wheat Ridge, CO 80033**. This notice is issued to place CTIC on formal record regarding material title defects arising from unauthorized, spurious land conveyances executed and recorded in the public land records by Toll Brothers entities and individual signatories lacking verified corporate authority under C.R.S. Title 7 and C.R.S. § 38-30-172.

**Active Federal Litigation & Imminent Counterclaims** This title defect is currently implicated in active federal court proceedings in the United States District Court for the District of Colorado, captioned Toll Brothers, Inc. et al v. Gu et al, Case No. **1:2025-cv-02884**. Please be advised that if the opposing parties fail to comply with pre-filing demands on or before **August 17, 2026**, I will proceed with filing a First Amended Answer and Counterclaim in this action. The amended pleading will explicitly assert statutory claims for Spurious Documents under **C.R.S. § 38-35-109(3)**and Statutory Civil Theft under **C.R.S. § 18-4-405**, naming both the corporate entities and the individual signatories in their personal capacities.

**Formal Demand for Claims Examiner & Confirmation** Because these statutory claims directly challenge the validity and authority of the recorded chain of title and conveyances governing the property, CTIC's policy coverage and underwriting integrity are directly engaged. Please immediately log this claim, assign a dedicated Claims Examiner to review the underlying litigation and county land filings, and provide written confirmation of receipt of this notice, along with instructions for transmitting certified copies of the public records and active court pleadings.

-Jeffrey Gu

720-593-1548

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

---

**Jeffrey Gu** <jeffwgu@gmail.com> Mon, Aug 3, 2026 at 5:36 PM
To: Doc Request <OmahaDocRequest@fnf.com>

Hi Ms. Ramacciotti,

I have attached the title insurance policy for 5131 Vivian St. I have also included a demand letter and exhibits that state the basis for why I believe there is a clouded title for this property.

-Jeffrey

-Jeffrey
[Quoted text hidden]

**4 attachments**

**5131 Vivian Title Insurance.pdf**
876K

**Toll Brothers Formal Legal Demand.pdf**
110K

**Exhibit 48 5131 Vivian St Special Warranty Deed.pdf**
88K

**Exhibit 152 Statements of Authority.pdf**
1167K

---

**Jeffrey Gu** <jeffwgu@gmail.com> Mon, Aug 3, 2026 at 9:32 PM
To: Doc Request <OmahaDocRequest@fnf.com>

Ms. Ramacciotti, I sent one more demand letter to Westminster Title Agency Inc (Westminster Abstract Company).

I know these letters contain a lot of detail, but here is my contention in a nutshell:

Toll Southwest LLC does not actually have any employees, so anybody claiming to "have authority" to sign deeds (such as Reginald Carveth) or create the Statements of Authority is creating and recording a false document. After a year in litigation, Toll Brothers, Inc. has not even attempted to prove that any of their "Division Presidents" have any signing authority for Toll Southwest LLC. Westminster Abstract company simply rubber stamps these titles transferred under nonexistent authority.
[Quoted text hidden]

**WAC Formal Legal Demand.pdf**
114K

# Exhibit 238

**CHICAGO TITLE INSURANCE COMPANY**
**Claims Department**
2533 North 117th Avenue
Omaha, Nebraska 68164-3679
(888) 453-4095

08/04/2026

Jeffrey Gu
jeffwgu@gmail.com

RE: Claim Number: **1030228**
Policy/Escrow No: 7230606-229468150, 132-22000532TBI
Insured: Jeffrey Gu
Property: 5131 Vivian Street
Wheat Ridge, CO 80033

Dear Sir or Madam:

This letter acknowledges that CHICAGO TITLE INSURANCE COMPANY (the "Company") has received your notice of claim regarding the referenced title insurance policy and/or property. [1] Please be advised that this claim has been assigned to Amanda Escobar for investigation and administration. The purpose of the Company's investigation is to obtain a complete understanding of the facts and circumstances that form the basis of this claim.

As part of the investigation of this claim, a Company Representative may contact you for additional information. Also, if you have any information or documentation relevant to this claim that was not included with your initial correspondence, please forward it to Amanda Escobar. Upon completion of its investigation, the Company will advise you of its findings.

Thank you for your cooperation during this investigation. Please include the above claim number on all correspondence. If you have any questions, please contact Amanda Escobar by phone at 402-498-7099 or e-mail at amanda.escobar@fnf.com.

Very truly yours,

Claims Department

1 Notice: Any person who knowingly presents a false or fraudulent claim or payment of a loss or benefit or who knowingly presents false information in an application for insurance may be guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

# Exhibit 239

Wiring Information Company Locations Marketing

Resources Consumers Rates/Calculators

# Our company

Heritage Title Company has been serving the real estate industry in Colorado since 1977. We are a premier provider of Real Estate transaction services for both the Residential and Commercial markets. Our services include such things as: title insurance, settlement, foreclosure guarantees, oil and gas records, construction loan disbursement, ownership and encumbrance reports, as well as the coordination of closing services for any commercial or residential property in the United States.





# Our staff

Our staff is at the top of industry with an average tenure of 13 years and are held to very high ethical standards. We carry Error's & Omission's Insurance (E&O), Crime/Fidelity bond in the amount of $15 million (USD), covering employee theft, fraud, cyber fraud, etc. and we require all outside Notary Services be approved and carry minimum, E&O Insurance of $100,000 (USD).

# Our parent company

Heritage Title Company is part of Fidelity National Financial, a publicly traded (NY:FNF), Fortune 500 company, ranked #359, that is at work in every state in the country. Check us out at fnf.com



**Wiring Information**

Wiring Instructions
Fraud Awareness
How to Deliver Earnest Money
3rd Party Deposits

**Company**

About
Meet our Admin Team
Meet our Sales Executives
Underwriter
Employment
Contact Us
Community Involvement

**Locations Divisions**

All Locations

**Divisions**

Residential Division
Lender Division
Builder/Developer Division
Construction Loan Disb.

**Resources**

Keeping you Informed
Marketing Products
Education
Links
Forms

**Consumers**

Fraud Awareness
Buyers Information
Sellers Information
Mortgage Information
Closing Costs
What is Title Insurance

**Rates/Calculators**

Seller Net Estimate
Buyer Estimated Closing Costs
Title Insurance Quote
Rate Card PDFs

Copyright © 2022-2026 Heritage Title Company. All Rights Reserved.

Accessibility | Privacy Policy | California Privacy | Terms of Use

# Exhibit 240

**SENT VIA CERTIFIED MAIL & ELECTRONIC TRANSMISSION**

**DEMAND FOR IMMEDIATE PRODUCTION OF CLOSING INSTRUCTIONS AND FORMAL NOTICE OF FIDUCIARY VIOLATIONS**

**Date:** August 26, 2026

**To:**
Heritage Title Company
Attn: Kristin Hocker
8055 East Tufts Avenue #300
Denver, CO 80237

**From:**
Jeffrey Gu
2332 N Clay St, Apt 3
Denver, CO 80211

**Re:**

**Transaction:** 5131 Vivian Street, Wheat Ridge, CO 80033 (Lot 7, Block 5, The Ridge at Ward Station Filing No. 2 Replat)

**Title Commitment / File No.:** 132-22000532-TBI (Westminster Title Agency, Inc. / Chicago Title Insurance Company)

**Disbursement Amount:** $726,731.00

**To Ms. Kristin Hocker:**

This letter serves as a formal statutory demand for the production of the complete closing and escrow file—specifically including any Closing Instruction Letter, Title Clearance Letter, and written authorization—relied upon by Heritage Title Company ("Heritage") to disburse $726,731.00 in purchase funds for the above-referenced real estate transaction.

## 1. Statutory Fiduciary and Regulatory Duties Governing Heritage as Escrow Agent

Under Colorado law, Heritage's role as the settlement and escrow agent is governed by strict statutory and regulatory mandates:

- **Fiduciary Capacity for Entrusted Funds (C.R.S. § 10-11-127(1)):**

  As the escrow entity in possession of purchase funds belonging to the buyer and lender, Heritage held those funds strictly in a statutory fiduciary capacity. Heritage had an

absolute obligation not to release those trust funds until all mandatory title and closing conditions were satisfied.

- **Mandatory Written Closing Instructions (3 CCR 702-8-1-2 § 5(K)):**

  Colorado Insurance Regulation provides:

  "No title entity shall provide closing and settlement services without receiving written instructions from all necessary parties. All amendments to existing written instructions must be in writing."

- **Per Se Unlawful Disbursement (3 CCR 702-8-1-3 § 5(D)(1)):**

  The Colorado Division of Insurance classifies the following as a per se unlawful inducement under C.R.S. § 10-11-108:

  "The disbursement of closing and settlement services funds before all necessary conditions of the transaction have been met."

## 2. The Facially Defective Title Commitment and Unverified Authority

Westminster Title Agency, Inc. issued Title Commitment No. 132-22000532-TBI under underwriter Chicago Title Insurance Company. Schedule B, Part I explicitly conditioned the conveyance of fee-simple title on Requirement 9, which reads in full:

> **"9. Deed sufficient to convey the fee simple estate or interest in the land described or referred to herein, to the Proposed Purchaser.**
>
> **Note: Statement of Authority for Toll Southwest LLC, a Delaware limited liability comapny recorded June 21, 2019 at Reception No. 2019051691 discloses the following person(s) authorized to sign on behalf of the entity, pursuant to Colorado Revised Statutes:"**

Requirement 9 contains the following critical defects on its face:

1. **Unfinished Requirement / Blank Authority:** The requirement cuts off after a trailing colon, leaving the authorized signatory section completely blank. No individual names, officer titles, or authorized agents are identified.

2. **Failure of Statutory Verification:** Under C.R.S. § 38-30-172, a Statement of Authority only establishes prima facie evidence of authority if the person executing the conveyance is identified and legally empowered. By leaving the field blank, the Title Commitment provided zero verification of who possessed legal authority to bind Toll

Southwest, LLC.

3. **Absence of Title 7 Authority:** No underlying written Manager Consent or LLC Resolution was referenced or verified to substantiate the signatory's legal power under Colorado Revised Statutes Title 7.

Despite this facial defect, Heritage wired $726,731.00 in fiduciary trust funds without obtaining a corrected commitment, an affirmative Title Clearance Letter, or written confirmation that Requirement 9 had been satisfied.

## 3. Formal Document Demand & Evidentiary Preservation

To establish whether Heritage received independent written authorization or committed a direct regulatory breach by disbursing on an incomplete file, **Heritage Title Company is hereby demanded to produce, within ten (10) business days of receipt of this letter:**

1. The written **Closing Instruction Letter,** escrow instructions, or transmittal cover sheet provided by Westminster Title Agency, Inc. and/or the seller to Heritage authorizing closing and disbursement.
2. Any written **Title Clearance Letter**, closing update, or underwriter waiver confirming that Schedule B-1, Requirement 9 was resolved prior to wire disbursement.
3. The complete, unredacted **internal escrow jacket, accounting ledger, and wire transfer confirmations** for File No. 132-22000532-TBI.

**FORMAL NOTICE OF LITIGATION HOLD:**

Heritage is formally notified to preserve and retain all electronic records, emails (including communications with Westminster Title Agency, Inc., Chicago Title Insurance Company, and Toll Southwest LLC), metadata, notes, and physical closing files related to this transaction. Failure to retain these records will be treated as intentional spoliation of evidence in subsequent judicial proceedings.

## 4. Demand for Response

Please deliver the requested documents electronically to the undersigned within **ten (10) business days** to jeffwgu@gmail.com.

If Heritage fails to produce written closing instructions or confirms that disbursement occurred solely upon the facially defective Title Commitment attached hereto, I will pursue all available remedies, including formal administrative complaints before the Colorado Division of Insurance and direct legal action for breach of fiduciary duty under C.R.S. § 10-11-127 and related Colorado statutes.

Sincerely,

**Jeffrey Gu**

jeffwgu@gmail.com

Enclosure: Copy of Chicago Title Insurance Company Commitment No. 132-22000532-TBI and Jefferson County Record 2019051691

# Exhibit 241

# Demand Letter Re 5131 Vivian St

**Jeffrey Gu** <jeffwgu@gmail.com> Thu, Aug 27, 2026 at 2:08 PM
To: "Hocker, Kristin" <khocker@heritagetco.com>

Hi Ms. Hocker,

For the record, what Heritage has sent are simply the closing documents that I have either seen or signed previously, not the documents I requested in the demand letter.

-Jeffrey

On Thu, Aug 27, 2026 at 1:46 PM Hocker, Kristin <khocker@heritagetco.com> wrote:

> Buyer Package.PDF
>
> Mr. Gu,
>
> We acknowledge receipt of your correspondence dated August 26, 2026.
>
> Heritage Title Company has previously provided the closing documents associated with this transaction. I have included a copy for you here as well. Accordingly, Heritage considers its response to your request complete. No further documents will be provided, and no further responses or correspondence regarding this matter will be forthcoming.
>
> Sincerely,
>
> **Kristin Hocker**
> VP / Compliance Of?cer
> Heritage Title Company
>
> **Are you a direct party (buyer/seller/real estate professional/lender) to this transaction?**
> Are you part of inHere? If so, click the button below to view these documents inHere.
>
> Explore My Order inHere
>
> If you do not have an inHere account, check your email for a separate invitation to join inHere.
>
> **What's inHere®?**
> Together with your real estate agent, we bring you inHere - a platform designed to transform the experience of buying or selling your home from the moment a transaction is started all the way through closing. inHere enhances the safety, simplicity, and transparency of any real estate transaction for agents and consumers alike by making it easy to Start, Track, Notarize, Sign, and Close with people and technology you can trust. It's all inHere.

**From:** Jeffrey Gu <jeffwgu@gmail.com>
**Sent:** Wednesday, August 26, 2026 1:30 PM
**To:** Hocker, Kristin <khocker@heritagetco.com>
**Subject:** Demand Letter Re 5131 Vivian St

Hello Ms. Hocker, I am sending this demand letter electronically and via US mail. Please let me know if Heritage can provide the requested documents. -Jeffrey

Hello Ms. Hocker,

I am sending this demand letter electronically and via US mail. Please let me know if Heritage can provide the requested documents.

-Jeffrey

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

# Exhibit 242

in I'm looking for…
Home My Network Jobs Messaging 13 Notifications 19 Me For Business Try Premium for $0

Christopher Stull
Executive- Homebuilding
[redacted] Follow Message



# Christopher Stull

Executive- Homebuilding
Timnath, Colorado, United States · Contact info

500+ connections

Message Follow [redacted]

Mountain West Design Build, LLC
University of Nebraska at Kearney

## Highlights

Christopher has spent 1 year at their current company
Joined Mountain West Design Build, LLC in 2024

Free insight from Hiring Pro

Find more candidates like Christopher
Hiring Pro finds and evaluates up to 25 candidates based on your criteria
[redacted]

## About

Homebuilding professional with 25 years of industry experience, possessing a proven track record of establishing strong relationships and providing outstanding customer service. History of motivating others in the achievement of corporate and individual goals. Outstanding organizational skills, goal oriented and self-driven. Skilled in land acquisition, entitlements, performa analysis, contracting, budgeting, sales, marketing and construction. …… more

## Activity

[redacted]

791 followers

Christopher has no recent posts
Recent posts Christopher shares will be displayed here.

Show all →

## Experience

President - Owner
Mountain West Design Build, LLC · Full-time
Oct 2024 - Present · 1 yr 11 mos
United States

Chief Operating Officer
Top Shelf Construction LLC · Full-time
Jan 2023 - Oct 2024 · 1 yr 10 mos
United States · On-site

KERN ENERGY
Henry, explore relevant opportunities with Kern Energy CA
Get the latest jobs and industry news
Follow

More profiles for you

James (Jim) Riela · 3rd+
Community Development
[redacted]

Andrew Hansmeier · 3rd+
Owner
[redacted]

Dale Mills, MBA · 3rd+
President at Minuteman Investment Group Inc.
[redacted]

Steve Presson · 3rd+
Facilities and Construction Positions at American Express, … JMFE/Southeast Toyota, MMSA, Group
[redacted]

Jeff Whaling · 3rd+
Owner/President at Assurant Electrical Services LLC
[redacted]

Show all →

Explore Premium profiles

Erika Rose · 3rd+
Maintenance Technician @ Walmart Distribution Center | … Equipment Repair
[redacted]

Joe Moscoso · 3rd+
Heavy Equipment Mechanic at Mammoth Mountain
[redacted]

Cliff Lub · 3rd+
Cliff Lubansky
[redacted]
Message

Senior Director of Construction Operations
Homebound · Full-time
Jun 2022 - Jan 2023 · 8 mos
United States

Division VP / Sr Director of Operations

Director Of Construction
Richfield Homes · Full-time
Oct 2021 - Jun 2022 · 9 mos
Longmont, Colorado, United States

Division VP / Sr Director of Operations

Vice President
Toll Brothers - Colorado Division
Jan 2018 - Oct 2021 · 3 yrs 10 mos
Colorado

Division VP / Sr Director of Operations

Show all →

## Education

University of Nebraska at Kearney
Bachelor of Science (BS), Construction Management
1995 – 1999

Construction Management Student of the Year - 1999

Division VP / Sr Director of Operations

[redacted]

William B. Rogers · 3rd+
Process technician at ArcelorMittal

[redacted]

People you may know
From Christopher's industry



Steve Peterson, CCIM · 3rd+
Owner/Broker of Infinity Investments

[redacted]



Nicholas Meldrum · 3rd+
Project Manager at ICI Development Co

[redacted]



Austin Archuleta · 3rd+
Construction Area Manager at Thomas James Homes

[redacted]



Kim Gough · 3rd+
Construction Project Manager (Senior level responsibility) at … Impact Housing

[redacted]



Angie Valencia · 3rd+
Director, Construction Administration Operations at … Essex Property Trust

[redacted]

Show all →

You might like
Pages for you

Plumber - PlumberMag.com - Ne… Articles & Products for Plumbing Professionals
Book and Periodical Publishing
44,110 followers

[redacted]

Rinnai America Corporation
Wholesale Building Materials
38,963 followers

[redacted]

Show all →

Promoted

On Sale for Labor Day.
Don't miss out on $2/wk.

Premium Hosting - 85% Off

Premium Hosting - 85% Off
Top website performance with Ultrafast PHP, optimized db setup & more!

Compliance Education
Effective and reasonable compliance education scaled for your organization.



LinkedIn Corporation © 2026