IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation;
TOLL SOUTHWEST LLC, a Delaware limited liability company and
TB PROPRIETARY CORP., a Delaware Corporation

Plaintiffs,

v.

JEFFREY GU, an individual;

Defendant.

TOLL BROTHERS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company;
TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company;
TOLL HOLDINGS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP, a Colorado Corporation;
TOLL ARCHITECTURE, INC, a Colorado Corporation;
TOLL BROTHERS, INC, a Colorado Corporation; and
TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

Nominal Defendants.

---

**PLAINTIFFS' PETITION FOR ATTORNEYS' FEES**

---

Plaintiffs / Counter-Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. (collectively, "Toll"), through undersigned counsel, petition for an award of reasonable attorneys' fees under Colo. Rev. Stat. § 13-17-201 and D.C.COLO.LCivR 54.3. In support, Toll states as follows:

**INTRODUCTION**

1. On September 29, 2025, Defendant Jeffrey Gu ("Gu") filed his Answer and First Counterclaim naming Toll as Counterclaim Defendants [ECF 17].

2. On December 15, 2025, Toll filed their Motion to Dismiss Gu's Counterclaims ("Motion to Dismiss") [ECF 125].

3. On December 19, 2025, Gu filed his Opposition to Toll's Motion to Dismiss [ECF 147].

4. On December 29, 2025, Toll filed a Joint Motion to Stay Discovery pertaining to Gu's counterclaims.

5. On December 31, 2025, Toll filed their Reply in Support of the Motion to Dismiss [ECF 162].

6. On August 12, 2026, the Court issued a Recommendation of United States Magistrate Judge Cyrus Y. Chung ("Recommendation") [ECF 185] regarding Toll's Motion to Dismiss.

7. On September 3, 2026, the Court adopted the Recommendation and granted Toll's Motion to Dismiss Jeffrey Gu's Counterclaims [ECF 196]. The Court dismissed Counterclaims One, Two, and Four without prejudice for lack of Article III standing and dismissed Counterclaims Three and Six with prejudice.

8. Colo. Rev. Stat. § 13-17-201 provides that a defendant "shall have judgment for his reasonable attorney fees" when an action for injury to person or property occasioned by tort is dismissed on the defendant's Rule 12(b) motion before trial. Because the statute is mandatory and its conditions are satisfied, Toll seeks $51,285.00 for 90.3 hours reasonably devoted to analyzing, briefing, finalizing, and filing its successful motion and reply and responding to Gu's objection to the Recommendation. Toll does not seek time for preparing this Petition.

## FACTUAL AND PROCEDURAL BACKGROUND

9. On September 12, 2025, Toll filed its Complaint asserting trademark-infringement and related claims against Gu. Complaint [ECF 1]. Gu answered and asserted nine counterclaims against Toll and other parties. Answer and Counterclaims [ECF 17].

10. As against Toll, Gu asserted Counterclaims One (declaratory judgment), Two (fraudulent inducement), Three (civil conspiracy), Four (deceptive trade practices), and Six (abuse of process). ECF 185 at 11–12.

11. On December 15, 2025, Toll filed its Motion to Dismiss Jeffrey Gu's Counterclaims [ECF 125] under Rules 8 and 12(b)(6), and requested fees under § 13-17-201. ECF 125 at 11 n.4.

12. On August 12, 2026, Magistrate Judge Chung recommended granting Toll's motion. ECF 185 at 28. The Recommendation explained that a fee request must be made by separate motion supported by affidavit under D.C.COLO.LCivR 54.3 and cited *Ramos v. Baltazar*, No. 26-cv-02812-NYW, 2026 WL 2253638, at *4 n.2 (D. Colo. Aug. 5, 2026). ECF 185 at 27 n.4.

13. On September 3, 2026, Judge Philip A. Brimmer adopted the Recommendation as to Toll's motion and granted ECF 125. ECF 196 at 3–4. The Court dismissed Counterclaims One, Two, and Four without prejudice, and Counterclaims Three and Six with prejudice. *Id.* at 4.

## ARGUMENT

### TOLL IS ENTITLED TO FEES UNDER COLO. REV. STAT. § 13-17-201.

14. Colorado Revised Statute § 13-17-201 provides: "[i]n all actions brought as a result of a death or an injury to person or property occasioned by the tort of any other persons, where any such action is dismissed on motion of the defendant prior to trial under rule 12(b) of the Colorado rules of civil procedure, such defendant shall have judgment for his reasonable attorney fees in defending the action." The mandatory word "shall" requires an award when the statutory conditions are met. See *Goode v. Gaia, Inc.,* No. 20-cv-00742-DDD-KAS, 2025 WL 545948, at *2 (D. Colo. Feb. 19, 2025) (citing *Clayton v. Dreamstyle Remodeling of Colo., LLC*, No. 20-cv-02096-KMT, 2021 WL 4078911, at *12 (D. Colo. Sept. 7, 2021)).

15. Those conditions are met. Gu sought redress for alleged injury to his property and asserted tort claims, including fraudulent inducement, civil conspiracy, and abuse of process, together with a CCPA claim based on the same alleged misconduct. Toll obtained pretrial dismissal on its Rule 12(b) motion. In particular, Counterclaims Three and Six were dismissed with prejudice for failure to state a claim; Counterclaims One, Two, and Four were dismissed without prejudice for lack of standing. Docket Nos. 185 at 16–24, 28; 196 at 4. The tort claims made the counterclaim action one that lies in tort for purposes of § 13-17-201.

16. Toll follows the procedure the Recommendation identified: a separate motion supported by affidavit. *See* D.C.COLO.LCivR 54.3; *Ramos*, 2026 WL 2253638, at *4 n.2; ECF 185 at 27 n.4. The accompanying Declaration of Henry M. Baskerville authenticates the selected billing records and supports the rates and hours.

**THE REQUESTED $51,285.00 LODESTAR IS REASONABLE.**

17. A reasonable fee begins with the lodestar: reasonable hours multiplied by a reasonable hourly rate. *Double Oak Constr., L.L.C. v. Cornerstone Dev. Int'l, L.L.C.,* 97 P.3d 140, 152 (Colo. App. 2003); *Spensieri v. Farmers All. Mut. Ins. Co.,* 804 P.2d 268, 270 (Colo. App. 1990). Courts also consider the factors in Colo. RPC 1.5(a), including time and labor, difficulty and skill, customary local fees, results obtained, time limitations, the professional relationship, counsel's experience and reputation, and whether the fee is fixed or contingent. *City of Wheat Ridge v. Cerveny,* 913 P.2d 1110, 1115–16 (Colo. 1996) (citing *Mau v. E.P.H. Corp.,* 638 P.2d 777, 779 (Colo. 1981).

| Timekeeper | Role | Rate | Hours | Lodestar |
|---|---|---|---|---|
| Henry M. Baskerville | Partner | $500.00 | 14.6 | $7,300.00 |
| Kiana J. Rugar | Associate | $400.00 | 99.8 | $39,400.00 |
| Brooke Hurlbrink | Associate | $400.00 | 7.1 | $2,840.00 |
| Rhonda Rudolph | Paralegal | $250.00 | 4.9 | $1,225.00 |
| **TOTAL** | | | **126.5** | **$51,285.00** |

*See* Declaration of Henry M. Baskerville ("Baskerville Decl."), **Exhibit A**

18. The resulting lodestar is $51,285.00. The following selected entries are drawn from contemporaneous invoices and include only work reasonably related to ECF 125, Toll's reply, and Toll's response to Gu's objection to the Recommendation and the Motion to Stay Discovery of Counterclaims. Allocations are expressly identified. No time for this Petition is included.

**Henry M. Baskerville — Partner ($500/hour)**

| Date | Hours | Description |
|---|---|---|
| 09/29/2025 | 1.0 | Study Defendant's Answer and Counterclaims and draft email to client summarizing same (1.0). |
| 09/30/2025 | 0.9 | Email with K. Rugar regarding status update for clients' litigation (0.1); call with K. Rugar regarding research for motion to dismiss and perform initial research (0.8). |

| | | |
|---|---|---|
| 10/01/2025 | 0.5 | Conference call with M. Cane and B. Berman regarding Gu's counterclaims (0.3); call with K. Rugar regarding drafting motion to dismiss and order of articles (0.2). |
| 10/02/2025 | 0.1 | Emails with K. Rugar regarding Local Rule 8.1. |
| 10/06/2025 | 0.2 | Review K. Rugar's edits to Local Rule 8.1(A) Motion and client comments to same (0.1); emails to Mr. Gu Conferring on LR 8.1(A) Motion (0.1). |
| 10/07/2025 | 0.2 | Review motion for Rule 8.1 (0.1); review and have same filed (0.1) |
| 10/29/2025 | 0.2 | Review reply in support of Local Rule 8.1(N) motion (0.2). |
| 11/24/2025 | 0.2 | Emails with K. Rugar regarding arguments for a motion to dismiss (0.2). |
| 12/02/2025 | 0.2 | Emails with K. Rugar regarding arguments for Rule 12(b)(6) motion and deadlines, and emails with clients and B. Berman regarding same (0.2). |
| 12/03/2025 | 0.2 | Emails with client representatives regarding whether to pursue a Rule 12(b)(6) or 12(e) motion, and email with K. Rugar and R. Rudolph regarding same (0.2). |
| 12/09/2025 | 1.4 | Edit motion to dismiss (1.0); conference call with client representatives and K. Rugar (0.4). |
| 12/10/2025 | 1.1 | Edit draft motion to dismiss from K. Rugar (1.1). |
| 12/11/2025 | 0.4 | Edit motion to dismiss, send same to client representatives, and emails with K. Rugar regarding same (0.4). |
| 12/12/2025 | 0.2 | Email to J. Gu regarding motion to dismiss (0.1); emails with K. Rugar regarding motion to dismiss (0.1). |
| 12/15/2025 | 0.3 | Final edits to draft motion to dismiss and email with K. Rugar and R. Rudolph regarding same (0.3). |
| 12/16/2025 | 0.6 | Review motions to dismiss filed by other 3rd party defendants to see if they made different arguments to ours (0.6) |
| 12/19/2025 | 0.2 | Review Gu's response to Toll's motion to dismiss (0.2). |
| 12/23/2025 | 1.2 | Finalize first draft of reply in support of motion to dismiss (1.2). |
| 12/24/2025 | 0.2 | Review K. Rugar's edits/additions to reply in support of motion to dismiss and make edits to reduce length (0.2). |
| 12/26/2025 | 0.1 | Emails with K. Rugar regarding reply in support of motion to dismiss (0.4). |
| 12/27/2025 | 0.1 | Emails with K. Rugar regarding reply in support of motion to dismiss (0.1). |
| 12/29/2025 | 0.3 | Review edited reply in support of motion to dismiss and edits from M. Care (0.3). |
| 01/01/2026 | 0.1 | Emails with K. Rugar regarding Gu''s Response to Our Motion and the proper date our reply was due (.1). |
| 01/03/2026 | 0.1 | Emails with K. Rugar regarding Reply. |

| | | |
|---|---|---|
| 01/20/2026 | 0.2 | Review reply in support of motion to stay discovery and have sent to counsel for other defendants (.2). |
| 01/28/2026 | 0.2 | Emails with R. Rudolph and K. Rugar regarding reply in support of stay (0.2). |
| 08/12/2026 | 0.8 | Review report & recommendations from Magistrate in Colorado Case dismissing Gu's counterclaims, and numerous emails with client, B. Berman, and K. Rugar regarding same (0.8). |
| 08/21/2026 | 0.6 | Being draft response to objection to report and recommendation (0.6). |
| 08/22/2026 | 0.9 | Work on response to Gu's objection to report and recommendation (0.9) |
| 08/24/2026 | 1.8 | Draft response to Gu's objection to R&R (1.8). |
| 08/26/2026 | 0.1 | Emails with K. Rugar and B. Hurlbrink regarding editing and cite checking response to Gu's objection to R&R and response to Gu's Motion for leave to amend (0.1). |

**Kiana J. Rugar — Associate ($400/hour)**

| Date | Hours | Description |
|---|---|---|
| 09/30/2025 | 5.2 | Review Gu's Answer and Counterclaims and begin outline for motion to dismiss (2.6); research Rule 8 defense (1.9); internal correspondence regarding Rule 8 research findings (0.7). |
| 10/01/2025 | 1.6 | Confer with H. Baskerville regarding draft motion to dismiss (0.2); draft of F.R.C.P. Rule 8 Section of Motion to Dismiss Gu's Counterclaims (1.4). |
| 10/02/2025 | 2.8 | Research Local Rule 8 and issues to support relief under same (0.8); draft motion for review under Local Rule 8.1 and for extension of time to Answer Gu's Counterclaims (0.4); internal correspondence and strategy re: Motion for review under local Rule 8.1 (0.2); draft Rule 8 section of motion to dismiss Gu's counterclaims (1.4). |
| 10/03/2025 | 1.3 | Revise draft motion for review under Local Rule 8.1 and for extension of time to answer Gu's counterclaims (0.2); finish draft motion for review under Local Rule 8.1 and for extension of time to answer Gu's counterclaims (0.6); internal correspondence and strategy re: motion for review under Local Rule 8.1 (0.3); correspondence to client re potentially filing motion for review under Local Rule 8.1 and extension of time to answer Gu's counterclaims (0.2). |
| 10/06/2025 | 0.7 | Review and finalize motion for review under Local Rule 8.1 and for extension of time to answer Gu's counterclaims (0.3); revise motion for review under Local Rule 8.1 and for extension of time to answer Gu's counterclaims per client's feedback (0.4). |
| 10/07/2025 | 0.9 | Preliminary research on Correspondence re filed motion under Local Rule 8.1 (0.6); internal correspondence and strategy re Gu's discovery requests and potential motion to stay discovery (0.2); correspondence re filed motion under Local Rule 8.1 (0.1) |

| | | |
|---|---|---|
| 10/08/2025 | 4.2 | Research for motion to stay discovery on Defendant's counterclaims (0.6); draft motion to stay discovery on Defendant's counterclaims and address legal/factual issues/strategy for same (3.2); revise motion to stay discovery (0.6). |
| 10/24/2025 | 0.3 | Review defendant's response to motion for 8.1 review (0.3) |
| 10/28/2025 | 4.2 | Review all filings by defendant in preparation for draft reply ISO motion for review under Local Rule 8.1 and for EOT (1.6); research caselaw in preparation for draft reply ISO motion for review under Local Rule 8.1 and for EOT (1.3); prepare draft reply ISO motion for review under Local Rule 8.1 and for EOT (1.3). |
| 10/29/2025 | 0.9 | Finalize draft reply ISO motion for review under Local Rule 8.1 and for EOT (0.8); email B. Gold and M. Care re reply ISO motion for review under Local Rule 8.1 and for EOT (0.1). |
| 10/30/2025 | 0.3 | Revise reply ISO motion for review under Local Rule 8.1 and for EOT and prepare to file (0.3) |
| 11/04/2025 | 0.6 | Review docket and filings in separate case under Local Rule 8.1(A) review to strategize next steps (0.6). |
| 11/24/2025 | 3.2 | Research Rule 9(b) for motion to dismiss counterclaims (1.2); research re rule 12(B)(6) for motion to dismiss counterclaims (1.1); review order regarding Rule 8.1 review and develop strategy (0.8); email B. Gold and M. Care re order re Motion for 8.1 review (0.1). |
| 11/25/2025 | 4.4 | Research fraudulent concealment for motion to dismiss fraud claim (1.6); research re fraudulent inducement for motion to dismiss fraud claim (.6); review and analyze counterclaims to develop strategy to dismiss fraud claim (2.2). |
| 11/26/2025 | 4.3 | Prepare fraud section re concealment for draft motion to dismiss counterclaims (1.8); continue to review and analyze counterclaims to develop strategy to dismiss fraud claim (0.5); research duty to disclose for motion to dismiss fraud claim (1.2); outline fraud section of motion to dismiss fraud claim (0.8); |
| 11/28/2025 | 1.5 | Prepare fraud section ore damages for draft motion to dismiss counterclaims (0.8); research re CDARA in preparation for fraud section for draft motion to dismiss counterclaims (0.7) |
| 12/01/2025 | 0.2 | Review and analyze strategy regarding response to counterclaims (0.2). |
| 12/02/2025 | 3.7 | Research damages re fraudulent concealment in preparation for fraud section of draft motion to dismiss counterclaims (1.3); review and analyze strategy re response to counterclaims (0.6); finish preparing fraud section of draft motion to dismiss counterclaims (1.8). |
| 12/03/2025 | 4.1 | Research standing in preparation for declaratory judgment section of draft motion to dismiss counterclaims (1.3); research Colorado real estate law in preparation for declaratory judgment section of draft motion to dismiss counterclaims (1.4); research UDJA in preparation for declaratory judgment section of draft motion to dismiss counterclaims (1.4). |

| | | |
|---|---|---|
| 12/04/2025 | 6.2 | Review and analyze counterclaims re strategy for declaratory judgment section of draft motion to dismiss counterclaims (0.7); review and analyze counterclaim exhibits and client documents re complaint Gu File in CO real estate department & other licensing representations in preparation for declaratory judgment section of draft motion to dismiss counterclaims (1.6); call DORA re records request for complaint Gu filed against Toll (2.0); call DORA re records request for complaint filed against Toll (0.2); begin preparing declaratory judgment section of motion to dismiss counterclaims (1.7). |
| 12/05/2025 | 3.4 | Research CCPA in preparation for CCPA claim section of draft motion to dismiss counterclaims (1.4); outline CCPA claim section of draft motion to dismiss counterclaims (0.6); review and analyze counterclaims and exhibits re strategy to dismiss CCPA claim (1.2); call DORA re records request for complaint Gu filed against Toll (0.2). |
| 12/07/2025 | 1.6 | Prepare CCPA claim section of motion to dismiss (1.6). |
| 12/08/2025 | 6.1 | Research abuse of process in preparation for abuse of process claim section of draft motion to dismiss counterclaims (1.2); research civil conspiracy in preparation for civil conspiracy claim section of draft motion to dismiss counterclaims (1.3); prepare abuse of process claim section for draft motion to dismiss counterclaims (1.6); prepare civil conspiracy claim section for draft motion to dismiss counterclaims (0.3); review and analyze counterclaims and exhibits re strategy to dismiss civil conspiracy claim (1.7). |
| 12/09/2025 | 4.2 | Review H. Baskerville's feedback on draft motion to dismiss counterclaims and begin revisions (1.2); finalize claims section of draft motion to dismiss counterclaims (1.3); finalize civil conspiracy and declaratory judgment claim sections for draft motion to dismiss counterclaims (1.7). |
| 12/10/2025 | 5.3 | Research litigation privilege for draft motion to dismiss counterclaims (1.3); research Rule 8 for draft motion to dismiss counterclaims (0.7); prepare introductory section for motion to dismiss counterclaims (0.6); revise draft motion to dismiss counterclaims per feedback from client (2.7). |
| 12/11/2025 | 1.3 | Finalize revisions to draft motion to dismiss counterclaims revisions (1.3). |
| 12/12/2025 | 0.7 | Research applicability of fee award under Colo. Rev. Stat. § 13-17-102 (0.4); revise motion regarding conferral and attorneys' fees (0.3). |
| 12/15/2025 | 1.3 | Research stay of discovery pending of a rule 12(B)(6) motion to dismiss for draft joint motion to stay discovery (1.3) |
| 12/17/2025 | 0.1 | Review certificate of good faith consultation in support of Motion to Dismiss Jeffrey Gu's counterclaim (0.1). |
| 12/20/2025 | 3.4 | Research in preparation for Troll's reply ISO Motion to Dismiss Counterclaims (0.6); review Gu's response to Toll's Motion to Dismiss Counterclaims (0.6); prepare outline, fraud and declaratory judgment sections of draft reply ISO Motion to Dismiss Counterclaims (2.2). |

| | | |
|---|---|---|
| 12/24/2025 | 1.4 | Research re case law for revised reply ISO Motion to Dismiss Counterclaims (0.6); review and revise reply ISO Motion to Dismiss Counterclaims (0.8). |
| 12/26/2025 | 0.8 | Revise draft reply ISO Toll's Motion to Dismiss Gu's counterclaims for client review (0.6); email to B. Gold and M. Care re updated draft reply in support of Toll's motion to dismiss Gu's counterclaims (0.2). |
| 12/27/2025 | 0.9 | Revise (cut down substance) draft reply ISO Toll's Motion to Dismiss Counterclaims (0.8); email to B. Gold and M. Care re updated draft reply in support of Toll's Motion to Dismiss Gu's counterclaims (0.1). |
| 12/29/2025 | 0.8 | Review M. Care's edits to draft reply ISO Toll's Motion to Dismiss Gu's counterclaims and incorporate into draft (0.1); further research re reply ISO Toll's motion to dismiss Gu's counterclaims (0.5); emails to counsel for third-party defendant re finalized joint motion to stay discovery (0.2). |
| 12/31/2025 | 1.7 | Final revisions and formatting for Toll's reply ISO motion to dismiss Gu's counterclaims (1.2); coordinate filing of Toll's Reply ISO motion to dismiss Gu' counterclaims (0.1); review Gu's response to Joint Motion to Stay Discovery (0.4). |
| 01/03/2026 | 0.8 | Prepare draft motion for extension of time to reply to Gu's Opposition to joint motion to stay discovery (0.8). |
| 01/13/2026 | 3.9 | Review Gu's Opposition to joint motion to stay discovery (0.6); begin preparing draft reply ISO joint motion to stay discovery (0.8); prepare detailed outline for draft reply ISO joint motion to stay discovery (1.2). |
| 01/14/2026 | 3.5 | Research in preparation for draft reply ISO joint motion to stay discovery(1.2); prepare draft reply ISO joint motion to stay discovery (2.3). |
| 01/15/2026 | 2.2 | Revise draft joint motion to stay discovery (0.8); finish preparing draft joint motion to stay discovery (1.4). |
| 01/16/2026 | 0.2 | Review and analyze strategy re next steps for joint motion to stay discovery (0.2). |
| 01/20/2026 | 1.4 | Revise draft joint motion to stay discovery (1.2); email to counsel for joint movants re reply ISO motion to stay discovery (0.2). |
| 01/23/2026 | 0.3 | Emails to counsel for joint parties re Reply ISO joint motion to stay discovery (0.2); email to B. Gold and M. Care re reply ISO joint motion to stay discovery (0.1). |
| 01/27/2026 | 0.3 | Revise reply ISO joint motion to stay discovery (0.2); Email to M. Woodfin (counsel for the New Home Company) re reply ISO joint motion to stay discovery (0.1). |
| 01/28/2026 | 0.7 | Finalize review and revisions of reply ISO joint motion to stay discovery (0.7). |
| 02/02/2026 | 0.1 | Review order re Joint Motion to Stay Discovery (0.1). |

| | | |
|---|---|---|
| 08/28/2026 | 1.3 | Review and revise response to Gu's objection to Magistrate Judge's recommendations re Toll's Motion to Dismiss (0.8); analyze Magistrate Judge's recommendations re Toll's motion to dismiss and Gu's objection (0.5). |
| 08/31/2026 | 1.5 | Emails to/from B. Gold and M. Care re response to Gu's objection to Magistrate Judge Chung's recommendations and Gu's proposed first amended complaint (0.2); final revisions to response to Gu's objection to Magistrate Judge Chung's recommendations re Toll's motion to Dismiss (1.3). |

**B. Hurlbrink — Associate ($400/hour)**

| Date | Hours | Description |
|---|---|---|
| 08/27/2026 | 0.3 | Review draft of response to objections to Report and Recommendation. |
| 08/27/2026 | 1.3 | Begin revising response to objections to Report and Recommendation to accord with legal authorities cited. |
| 08/27/2026 | 0.2 | Review District of Colorado Local Civil Rules regarding motions and related certification requirement. |
| 08/27/2026 | 0.2 | Review Defendant's objection to Magistrate Judge Chung's Report and Recommendation. |
| 08/27/2026 | 3.0 | Review 20-plus sources of legal authority, including cases, rules, statutes, and secondary sources, cited in response to objections to Report and Recommendation, including review of negative treatment of the same. |
| 08/27/2026 | 0.5 | Research and analyze case law regarding voluntary dismissal under Federal Rule of Civil Procedure 41 to assess viability of argument in response to objection to Report and Recommendation (0.5). |
| 08/28/2026 | 1.6 | Finish revising response to objections to Report and Recommendation to accord with legal authorities cited and to reflect notice of withdrawal of motion for leave to amend. |

**Rhonda Rudolph — Paralegal ($250/hour)**

| Date | Hours | Description |
|---|---|---|
| 10/01/2025 | 0.6 | Prepare lengthy summary of witnesses identified in J. Gu's Answer and Counterclaim, summarize claims regarding same (0.6). |
| 10/07/2025 | 0.6 | Prepare proposed order for the motion for review (0.2); Finalize and file the motion for review and request for extension of time to respond to counterclaim and docket deadlines regarding same (0.4). |
| 10/30/2025 | 0.3 | Finalize the reply to the motion for review, prepare and finalize the exhibits, update the deadlines due to early filing and update the motions tracking chart (0.3). |

| | | |
|---|---|---|
| 11/19/2025 | 0.6 | Review court orders regarding Gu's motions, update the motions tracking chart, update the docket and determine deadlines counterclaim defendants for responses to Gu's counterclaim (0.6) |
| 12/15/2025 | 0.6 | Finalize motion to dismiss J. Gu's counterclaims (0.6). |
| 12/16/2025 | 0.4 | Assist in drafting the motion to stay discovery and prepare the associated exhibits (0.4). |
| 01/05/2026 | 0.2 | Phone call with the clerk to clarify the deadline to response to the Joint Motion to Stay in Light of Gu's early response and confer with team regarding same (.2). |
| 01/08/2026 | 0.1 | Review the file to confirm if we received a conferral response from J. Gu regarding the response to the motion to stay discovery (0.1). |
| 01/20/2026 | 0.8 | Assist in preparing the reply to the joint motion to stay (extra time spent due to judicial filing constraints) (0.8). |
| 01/28/2026 | 0.2 | Finalize the reply to the joint motion to stay discovery (0.2). |
| 08/31/2026 | 0.5 | Finalize the reply to J. Gu's objection to the report & recommendations. |

*See* Baskerville Decl., **Exhibit A-1**

19. The hours were reasonable. Gu's filing spanned 108 pages, 514 numbered factual allegations, and more than 200 exhibits totaling approximately 1,490 pages. ECF 125 at 2, 4. Counsel had to analyze five counterclaims against Toll, research Article III standing and several bodies of Colorado law, draft within the Court's page limit, review Gu's response, and prepare a focused reply. Work was delegated principally to an associate, with partner review and limited paralegal assistance. Additional time was incurred responding to Gu's objection to the Recommendation, which required partner drafting, associate research and revision, and additional associate cite-checking.

20. The rates are also reasonable in the Denver market. This District has approved rates of $365 to $895 for attorneys (*Peace Officers' Annuity & Benefit Fund of Ga. v. DaVita Inc.,* No. 17-cv-00304-WJM-NRN, 2021 WL 2981970, at *3 (D. Colo. July 15, 2021), with partner rates of $625 (*Snyder v. ACORD Corp.,* No. 14-cv-01736-JLK, 2019 WL 319407, at *8 (D. Colo. Jan. 24, 2019)), associate rates of $531.25 back in 2013

(*Biax Corp. v. NVIDIA Corp.*, No. 09-CV-01257-PAB-MEH, 2013 WL 4051908, at *7 (D. Colo. Aug. 12, 2013), and paralegal rates of $200 );(*Snyder*,2019 WL 319407 at *8). Toll's rates—$500 for a partner, $400 for an associate, and $250 for a paralegal—are within those market benchmarks.

21. The selected records permit meaningful review. To the extent any entry describes multiple related tasks, block billing is not pervasive and does not prevent the Court from evaluating reasonableness. *See Vill. Inn Plaza-Phase V Condo. Ass'n v. La Bottega, Inc., N*o. 21CA0727, 2022 WL 22925503, at *5 (Colo. App. Aug. 18, 2022) (block billing is reasonable if it is not pervasive); *Crow v. Penrose-St. Francis Healthcare Sys*., 262 P.3d 991, 1000 (Colo. App. 2011) (a type of billing format is not required and block billing is acceptable). Composite entries containing unrelated work were excluded or reduced to the identifiable motion-related portion.

22. Finally, Toll achieved excellent results: every counterclaim asserted against it was dismissed, and the two claims dismissed on the merits were dismissed with prejudice. A fully compensatory award is appropriate where the prevailing party obtains excellent results. *Hensley v. Eckerhart,* 461 U.S. 424, 435 (1983).

## PRAYER FOR RELIEF

WHEREFORE, Toll respectfully requests that the Court enter an order:

A. Awarding Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp. reasonable attorneys' fees of $51,285.00 against Jeffrey Gu;

B. Entering judgment for that fee award as permitted by law; and

C. Granting such other relief as the Court deems just and proper.

Dated: September 17, 2026

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/ Henry M. Baskerville
Henry M. Baskerville
Kiana J. Rugar
1225 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-1200
hbaskerville@foxrothschild.com
krugar@foxrothschild.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026 a true and accurate copy of the foregoing was served via CM/ECF on all counsel of record.

*/s/ Rhonda Rudolph*
Rhonda Rudolph