Fox Rothschild

EXHIBIT A-1

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

[redacted]

[redacted]

| | |
|---|---|
| Invoice Number | 3764953 |
| Invoice Date | 12/15/25 |
| Client Number | 350333 |
| Matter Number | 00023 |
| Client Matter ID | 202500421 |

**RE: JEFFREY GU**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/25**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 11/04/2025 | RUGAR | REVIEW DOCKET AND FILINGS IN SEPARATE CASE UNDER LOCAL RULE 8.1(A) REVIEW TO STRATEGIZE NEXT STEPS | 0.6 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 11/19/2025 | RUDOLPH | REVIEW COURT ORDERS REGARDING GU'S MOTIONS, UPDATE THE MOTIONS TRACKING CHART, UPDATE THE DOCKET AND DETERMINE DEADLINES COUNTERCLAIM DEFENDANTS FOR RESPONSES TO GU'S COUNTERCLAIM. | 0.6 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 11/24/2025 | BASKERVILLE | EMAILS WITH K. RUGAR REGARDING ARGUMENTS FOR A MOTION TO DISMISS. | 0.2 |
| 11/24/2025 | RUGAR | RESEARCH RE RULE 9(B) FOR MOTION TO DISMISS COUNTERCLAIMS | 1.2 |
| 11/24/2025 | RUGAR | RESEARCH RE RULE 12(B)(6) FOR MOTION TO DISMISS COUNTERCLAIMS | 1.1 |
| 11/24/2025 | RUGAR | REVIEW ORDER RE MOTION FOR 8.1 REVIEW AND DEVELOP STRATEGY FOR NEXT STEP | 0.8 |
| 11/24/2025 | RUGAR | EMAIL B. GOLD AND M. CARE RE ORDER RE MOTION FOR 8.1 REVIEW | 0.1 |
| 11/25/2025 | RUGAR | RESEARCH RE FRAUDULENT CONCEALMENT FOR MOTION TO DISMISS FRAUD CLAIM | 1.6 |
| 11/25/2025 | RUGAR | RESEARCH RE FRAUDULENT INDUCEMENT FOR MOTION TO DISMISS FRAUD CLAIM | 0.6 |
| 11/25/2025 | RUGAR | REVIEW AND ANALYZE COUNTERCLAIMS TO DEVELOP STRATEGY TO DISMISS FRAUD CLAIM | 2.2 |
| 11/26/2025 | RUGAR | PREPARE FRAUD SECTION RE CONCEALMENT FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.8 |
| 11/26/2025 | RUGAR | CONTINUE REVIEW AND ANALYZE COUNTERCLAIMS TO DEVELOP STRATEGY TO DISMISS FRAUD CLAIM | 0.5 |
| 11/26/2025 | RUGAR | RESEARCH DUTY TO DISCLOSE FOR MOTION TO DISMISS FRAUD CLAIM | 1.2 |
| 11/26/2025 | RUGAR | OUTLINE FRAUD SECTION OF MOTION TO DISMISS FRAUD CLAIM | 0.8 |
| 11/28/2025 | RUGAR | PREPARE FRAUD SECTION RE DAMAGES FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 0.8 |
| 11/28/2025 | RUGAR | RESEARCH RE CDARA IN PREPARATION FOR FRAUD SECTION FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 0.7 |

[redacted]

[redacted]

[redacted]

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

[redacted]

[redacted]

| | |
|---|---|
| Invoice Number | 3726970 |
| Invoice Date | 10/20/25 |
| Client Number | 350333 |
| Matter Number | 00023 |
| Client Matter ID | 202500421 |

**RE: JEFFREY GU**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/25**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 09/29/2025 | BASKERVILLE | STUDY DEFENDANT'S ANSWER AND COUNTERCLAIMS AND DRAFT EMAIL TO CLIENT SUMMARIZING SAME. | 1.0 |
| [redacted] | | | |
| 09/30/2025 | BASKERVILLE | EMAIL WITH K. RUGAR REGARDING STATUS UPDATE FOR CLIENTS' LITIGATION (0.1); CALL WITH K. RUGAR REGARDING RESEARCH FOR MOTION TO DISMISS AND DO SOME INITIAL RESEARCH FOR SAME (0.8). | 0.9 |
| [redacted] | | | |
| 09/30/2025 | RUGAR | REVIEW GU'S ANSWER AND COUNTERCLAIMS AND BEGIN OUTLINE FOR MOTION TO DISMISS | 2.6 |
| 09/30/2025 | RUGAR | RESEARCH RULE 8 DEFENSE FOR MOTION TO DISMISS GU'S COUNTERCLAIMS | 1.9 |
| [redacted] | | | |
| 09/30/2025 | RUGAR | INTERNAL CORRESPONDENCE RE RULE 8 RESEARCH FINDINGS | 0.7 |

[redacted]

[redacted]

[redacted]

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

[redacted]

[redacted]

| | |
|---|---|
| Invoice Number | 3748203 |
| Invoice Date | 11/26/25 |
| Client Number | 350333 |
| Matter Number | 00023 |
| Client Matter ID | 202500421 |

**RE: JEFFREY GU**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/25**

| **Date** | **Timekeeper** | **Description** | **Hours** |
|---|---|---|---|
| 10/01/2025 | BASKERVILLE | CONFERENCE CALL WITH M. CANE AND B. BERMAN REGARDING GU'S COUNTERCLAIMS (0.3); CALL WITH K RUGAR REGARDING DRAFTING MOTION TO DISMISS AND ORDER OF ARTICLES (0.2). | 0.5 |
| [redacted] | | | |
| 10/01/2025 | RUDOLPH | PREPARE LENGTHY SUMMARY OF WITNESS IDENTIFIED IN J. GU'S ANSWER AND COUNTERCLAIM, SUMMARIZE CLAIMS REGARDING SAME. | 0.6 |
| 10/01/2025 | RUGAR | CONFER WITH H. BASKERVILLE RE: DRAFT MOTION TO DISMISS | 0.2 |
| 10/01/2025 | RUGAR | BEGIN DRAFT F.R.C.P. RULE 8 SECTION OF MOTION TO DISMISS GU'S COUNTERCLAIMS | 1.4 |
| 10/02/2025 | BASKERVILLE | EMAILS WITH K. RUGAR REGARDING LOCAL RULE 8.1. | 0.1 |
| 10/02/2025 | RUGAR | RESEARCH LOCAL RULE 8.1 AND ISSUES TO SUPPORT RELIEF UNDER SAME | 0.8 |
| 10/02/2025 | RUGAR | DRAFT MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EXTENSION OF TIME TO ANSWER GU'S COUNTERCLAIMS | 0.4 |
| 10/02/2025 | RUGAR | INTERNAL CORRESPONDENCE AND STRATEGY RE: MOTION FOR REVIEW UNDER LOCAL RULE 8.1 | 0.2 |
| 10/02/2025 | RUGAR | DRAFT F.R.C.P. RULE 8 SECTION OF MOTION TO | 1.4 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | DISMISS GU'S COUNTERCLAIMS | |
| [redacted] | | | |
| 10/03/2025 | RUGAR | REVISE DRAFT MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EXTENSION OF TIME TO ANSWER GU'S COUNTERCLAIMS | 0.2 |
| 10/03/2025 | RUGAR | FINISH DRAFT MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EXTENSION OF TIME TO ANSWER GU'S COUNTERCLAIMS | 0.6 |
| 10/03/2025 | RUGAR | INTERNAL CORRESPONDENCE AND STRATEGY RE: MOTION FOR REVIEW UNDER LOCAL RULE 8.1 | 0.3 |
| 10/03/2025 | RUGAR | CORRESPONDENCE TO CLIENT RE: POTENTIALLY FILING MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EXTENSION OF TIME TO ANSWER GU'S COUNTERCLAIMS | 0.2 |
| 10/06/2025 | BASKERVILLE | [redacted] REVIEW K. RUGAR'S EDITS TO LOCAL RULE 8.1 (A) MOTION AND CLIENT COMMENTS TO SAME (0.1); EMAILS TO MR. GU CONFERRING ON LR 8.1(A) MOTION AND SERVICE ISSUES (0.1). | [redacted] |
| [redacted] | | | |
| 10/06/2025 | RUGAR | REVIEW AND FINALIZE MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EXTENSION OF TIME TO ANSWER GU'S COUNTERCLAIMS | 0.3 |
| 10/06/2025 | RUGAR | REVISE MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EXTENSION OF TIME TO ANSWER GU'S COUNTERCLAIMS PER CLIENT'S FEEDBACK | 0.4 |
| 10/07/2025 | BASKERVILLE | REVIEW MOTION FOR RULE 8.1. REVIEW AND HAVE SAME FILED (0.1); [redacted] | [redacted] |
| [redacted] | | | |
| 10/07/2025 | RUDOLPH | [redacted] PREPARE PROPOSED ORDER FOR THE MOTION FOR REVIEW (.2); [redacted] | [redacted] |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | [redacted] | FINALIZE AND FILE THE MOTION FOR REVIEW OF DEFENDANT'S ANSWER AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM AND DOCKET DEADLINES REGARDING SAME (.4); [redacted] | |
| 10/07/2025 | RUGAR | PRELIMINARY RESEARCH ON MOTION TO STAY DISCOVERY OF COUNTERCLAIMS ONLY | 0.6 |
| [redacted] | | | |
| 10/07/2025 | RUGAR | INTERNAL CORRESPONDENCE AND STRATEGY RE: GU'S DISCOVERY REQUESTS AND POTENTIAL MOTION TO STAY DISCOVERY | 0.2 |
| [redacted] | | | |
| 10/07/2025 | RUGAR | CORRESPONDENCE RE: FILED MOTION UNDER LOCAL RULE 8.1 | 0.1 |
| [redacted] | | | |
| 10/08/2025 | RUGAR | RESEARCH FOR MOTION TO STAY DISCOVERY ON DEFENDANT'S COUNTERCLAIMS | 0.6 |
| [redacted] | | | |
| 10/08/2025 | RUGAR | DRAFT MOTION TO STAY DISCOVERY ON DEFENDANT'S COUNTERCLAIMS AND ADDRESS LEGAL/FACTUAL ISSUES/STRATEGY FOR SAME | 3.2 |
| 10/08/2025 | RUGAR | REVISE MOTION TO STAY DISCOVERY | 0.6 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 10/24/2025 | RUGAR | REVIEW DEFENDANT'S RESPONSE TO MOTION FOR 8.1 REVIEW | 0.3 |
| [redacted] | | | |
| 10/28/2025 | RUGAR | REVIEW ALL FILINGS BY DEFENDANT IN PREPARATION FOR DRAFT REPLY ISO MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EOT | 1.6 |
| 10/28/2025 | RUGAR | RESEARCH CASELAW IN PREPARATION FOR DRAFT REPLY ISO MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EOT | 1.3 |
| 10/28/2025 | RUGAR | PREPARE DRAFT REPLY ISO MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EOT | 1.3 |
| [redacted] | | | |
| 10/29/2025 | BASKERVILLE | REVIEW REPLY IN SUPPORT OF LOCAL RULE 8.1(N) MOTION. | 0.2 |
| [redacted] | | | |
| 10/29/2025 | RUGAR | FINALIZE DRAFT REPLY ISO MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EOT | 0.8 |
| 10/29/2025 | RUGAR | EMAIL B. GOLD AND M. CARE RE REPLY ISO MOTION FOR REVIEW UNDER LOCAL RULE 8.1(A) FOR EOT | 0.1 |
| 10/30/2025 | RUDOLPH | FINALIZE THE REPLY TO THE MOTION TO FOR | 0.3 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | REVIEW, PREPARE AND FINALIZE THE EXHIBITS, UPDATE DEADLINES DUE TO EARLY FILING AND UPDATE THE MOTIONS TRACKING CHART. | |
| [redacted] | | | |
| 10/30/2025 | RUGAR | REVISE REPLY ISO MOTION FOR REVIEW UNDER LOCAL RULE 8.1 AND FOR EOT AND PREPARE TO FILE | 0.3 |
| [redacted] | | | |

[redacted]

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

[redacted]

[redacted]

| | |
|---|---|
| Invoice Number | 3780644 |
| Invoice Date | 01/15/26 |
| Client Number | 350333 |
| Matter Number | 00023 |
| Client Matter ID | 202500421 |

**RE: JEFFREY GU**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/25**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/01/2025 | RUGAR | REVIEW AND ANALYZE STRATEGY RE RESPONSE TO COUNTERCLAIMS | 0.2 |
| 12/02/2025 | BASKERVILLE | EMAILS WITH K. RUGAR REGARDING ARGUMENTS FOR 12(B)(6) MOTION AND VARIOUS DEADLINES AND EMAILS WITH CLIENTS AND B. BERMAN REGARDING SAME. | 0.2 |
| 12/02/2025 | RUGAR | RESEARCH DAMAGES RE FRAUDULENT CONCEALMENT IN PREPARATION FOR FRAUD SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.3 |
| 12/02/2025 | RUGAR | REVIEW AND ANALYZE STRATEGY RE RESPONSE TO COUNTERCLAIMS | 0.6 |
| 12/02/2025 | RUGAR | FINISH PREPARING FRAUD SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.8 |
| 12/03/2025 | BASKERVILLE | EMAILS WITH CLIENT REPRESENTATIVES REGARDING MOTIONS FOR DEFAULT AND WHETHER TO PURSUE ON 12(B)(6) OR 12(E) MOTION, AND EMAIL WITH K. RUGAR AND R. RUDOLPH REGARDING SAME. | 0.2 |
| [redacted] | | | |
| 12/03/2025 | RUGAR | RESEARCH STANDING IN PREPARATION FOR DECLARATORY JUDGMENT SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.3 |
| 12/03/2025 | RUGAR | RESEARCH COLORADO REAL ESTATE LAW IN PREPARATION FOR DECLARATORY JUDGMENT SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.4 |
| 12/03/2025 | RUGAR | RESEARCH UDJA IN PREPARATION FOR | 1.4 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | DECLARATORY JUDGMENT SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | |
| 12/04/2025 | RUGAR | REVIEW AND ANALYZE COUNTERCLAIMS RE STRATEGY FOR DECLARATORY JUDGMENT SECTION OF MOTION TO DISMISS COUNTERCLAIMS | 0.7 |
| 12/04/2025 | RUGAR | REVIEW AND ANALYZE COUNTERCLAIM EXHIBITS AND CLIENT DOCUMENTS RE COMPLAINT GU FILED IN CO REAL ESTATE DEPARTMENT & OTHER LICENSING REPRESENTATIONS IN PREPARATION FOR DECLARATORY JUDGMENT SECTION OF MOTION TO DISMISS COUNTERCLAIMS | 1.6 |
| 12/04/2025 | RUGAR | CALL DORA RE RECORDS REQUEST FOR COMPLAINT GU FILED AGAINST TOLL | 2.0 |
| 12/04/2025 | RUGAR | CALL DORA RE RECORDS REQUEST FOR COMPLAINT GU FILED AGAINST TOLL | 0.2 |
| 12/04/2025 | RUGAR | BEGIN PREPARING DECLARATORY JUDGMENT SECTION OF MOTION TO DISMISS COUNTERCLAIMS | 1.7 |
| 12/05/2025 | RUGAR | RESEARCH CCPA IN PREPARATION FOR CCPA CLAIM SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.4 |
| 12/05/2025 | RUGAR | OUTLINE CCPA SECTION FOR MOTION TO DISMISS COUNTERCLAIMS | 0.6 |
| 12/05/2025 | RUGAR | REVIEW AND ANALYZE COUNTERCLAIMS AND EXHIBITS RE STRATEGY TO DISMISS CCPA CLAIM | 1.2 |
| 12/05/2025 | RUGAR | CALL DORA RE RECORDS REQUEST FOR COMPLAINT GU FILED AGAINST TOLL | 0.2 |
| 12/07/2025 | RUGAR | PREPARE CCPA CLAIM SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.6 |
| [redacted] | | | |
| 12/08/2025 | RUGAR | RESEARCH ABUSE OF PROCESS IN PREPARATION FOR ABUSE OF PROCESS CLAIM SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.3 |
| 12/08/2025 | RUGAR | RESEARCH CIVIL CONSPIRACY IN PREPARATION FOR CIVIL CONSPIRACY CLAIM SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.2 |
| 12/08/2025 | RUGAR | PREPARE ABUSE OF PROCESS CLAIM SECTION FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.6 |
| 12/08/2025 | RUGAR | PREPARE CIVIL CONSPIRACY CLAIM SECTION FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 0.3 |
| 12/08/2025 | RUGAR | REVIEW AND ANALYZE COUNTERCLAIMS AND EXHIBITS RE STRATEGY TO DISMISS CIVIL CONSPIRACY CLAIM | 1.7 |
| 12/09/2025 | BASKERVILLE | EDITS TO MOTION TO DISMISS (1.0); CONFERENCE CALL WITH CLIENT REPRESENTATIVES AND K. RUGAR (0.4). | 1.4 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 12/09/2025 | RUGAR | REVIEW H. BASKERVILLE'S FEEDBACK ON DRAFT MOTION TO DISMISS COUNTERCLAIMS AND BEGIN REVISIONS | 1.2 |
| 12/09/2025 | RUGAR | FINALIZE CLAIMS SECTION OF DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.3 |
| 12/09/2025 | RUGAR | FINALIZE CIVIL CONSPIRACY AND DECLARATORY JUDGMENT CLAIM SECTIONS FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.7 |
| [redacted] | | | |
| 12/10/2025 | BASKERVILLE | EDITS TO DRAFT MOTION TO DISMISS FROM K. RUGAR. | 1.1 |
| 12/10/2025 | RUGAR | RESEARCH LITIGATION PRIVILEGE FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 1.3 |
| 12/10/2025 | RUGAR | RESEARCH RULE 8 FOR DRAFT MOTION TO DISMISS COUNTERCLAIMS | 0.7 |
| 12/10/2025 | RUGAR | PREPARE INTRODUCTORY SECTION FOR MOTION TO DISMISS COUNTERCLAIMS | 0.6 |
| 12/10/2025 | RUGAR | REVISE DRAFT MOTION TO DISMISS COUNTERCLAIMS PER FEEDBACK FROM CLIENTS | 2.7 |
| [redacted] | | | |
| 12/11/2025 | BASKERVILLE | EDITS TO MOTION TO DISMISS, SEND SAME TO CLIENT REPRESENTATIVES, AND EMAILS WITH K. RUGAR REGARDING SAME. | 0.4 |
| [redacted] | | | |
| 12/11/2025 | RUGAR | FINALIZE DRAFT MOTION TO DISMISS COUNTERCLAIMS REVISIONS | 1.3 |
| 12/12/2025 | BASKERVILLE | [redacted] EMAIL TO J. GU REGARDING MOTION TO DISMISS (0.1); EMAILS WITH K. RUGAR REGARDING MOTION TO DISMISS (0.1). | [redacted] |
| 12/12/2025 | RUGAR | RESEARCH APPLICABILITY OF ATTORNEYS FEES AWARD UNDER C.R.S. 13-17-102 | 0.4 |
| 12/12/2025 | RUGAR | REVISE MOTION TO DISMISS COUNTERCLAIMS RE CONFERRAL AND ATTORNEYS FEES | 0.3 |
| 12/15/2025 | BASKERVILLE | FINAL EDITS TO DRAFT MOTION TO DISMISS AND EMAIL WITH K. RUGAR AND R. RUDOLPH REGARDING SAME. (0.3); [redacted] | [redacted] |
| 12/15/2025 | RUDOLPH | FINALIZE THE MOTION TO DISMISS J. GU'S COUNTERCLAIMS. | 0.6 |
| 12/15/2025 | RUGAR | RESEARCH STAY OF DISCOVERY PENDING RESOLUTION OF A RULE 12(B)(6) MOTION TO DISMISS FOR DRAFT JOINT MOTION TO STAY DISCOVERY | 1.3 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 12/16/2025 | BASKERVILLE | [redacted] REVIEW MOTIONS TO DISMISS FILED BY OTHER THIRD PARTY DEFENDANTS TO SEE IF THEY MADE DIFFERENT ARGUMENTS TO OURS (0.6). | [redacted] |
| 12/16/2025 | RUDOLPH | ASSIST IN DRAFTING THE MOTION TO STAY DISCOVERY AND PREPARE THE ASSOCIATED EXHIBITS. | 0.4 |
| [redacted] | | | |
| 12/17/2025 | RUGAR | REVIEW CERTIFICATE OF GOOD FAITH CONSULTATION IN SUPPORT OF MOTION TO DISMISS JEFFREY GU'S COUNTERCLAIM | 0.1 |
| [redacted] | | | |
| 12/19/2025 | BASKERVILLE | [redacted] REVIEW GU'S RESPONSE TO OUR MOTION TO DISMISS. (0.2) | [redacted] |
| 12/20/2025 | RUGAR | RESEARCH IN PREPARATION FOR TOLL'S REPLY ISO MOTION TO DISMISS COUNTERCLAIMS | 0.6 |
| 12/20/2025 | RUGAR | REVIEW GU'S RESPONSE TO TOLL'S MOTION TO DISMISS COUNTERCLAIMS | 0.6 |
| 12/20/2025 | RUGAR | PREPARE OUTLINE, FRAUD, AND DECLARATORY JUDGMENT SECTIONS OF DRAFT REPLY ISO MOTION TO DISMISS COUNTERCLAIMS | 2.2 |
| [redacted] | | | |
| 12/23/2025 | BASKERVILLE | FINALIZE FIRST DRAFT OF REPLY IN SUPPORT OF MOTION TO DISMISS. | 1.2 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 12/24/2025 | BASKERVILLE | REVIEW K. RUGAR'S EDITS/ADDITIONS TO THE REPLY IN SUPPORT OF OF MOTION TO DISMISS AND MAKE ADDITIONAL EDITS TO CUT DOWN LENGTH. | 0.2 |
| 12/24/2025 | RUGAR | RESEARCH RE CASE LAW FOR REVISED REPLY ISO MOTION TO DISMISS COUNTERCLAIMS | 0.6 |
| 12/24/2025 | RUGAR | REVIEW AND REVISE REPLY ISO MOTION TO DISMISS COUNTERCLAIMS | 0.8 |
| [redacted] | | | |
| 12/26/2025 | BASKERVILLE | EMAILS WITH K. RUGAR REGARDING REPLY IN SUPPORT OF MOTION TO DISMISS. | 0.1 |
| 12/26/2025 | RUGAR | REVISE DRAFT REPLY ISO TOLL'S MOTION TO DISMISS GU'S COUNTERCLAIMS FOR CLIENT REVIEW | 0.6 |
| 12/26/2025 | RUGAR | EMAIL TO B. GOLD AND M. CARE RE UPDATED DRAFT REPLY IN SUPPORT OF TOLL'S MOTION TO DISMISS GU'S COUNTERCLAIMS | 0.2 |
| 12/27/2025 | BASKERVILLE | EMAILS WITH K. RUGAR REGARDING REPLY IN SUPPORT OF MOTION TO DISMISS. | 0.1 |
| 12/27/2025 | RUGAR | REVISE (CUT DOWN SUBSTANCE) DRAFT REPLY ISO TOLL'S MOTION TO DISMISS COUNTERCLAIMS | 0.8 |
| 12/27/2025 | RUGAR | EMAIL TO B. GOLD AND M. CARE RE UPDATED DRAFT REPLY IN SUPPORT OF TOLL'S MOTION TO DISMISS GU'S COUNTERCLAIMS | 0.1 |
| 12/29/2025 | BASKERVILLE | REVIEW EDITED DOWN REPLY IN SUPPORT OF MOTION TO DISMISS AND EDITS FROM M. CARE (0.3); [redacted] | [redacted] |
| 12/29/2025 | RUGAR | REVIEW M. CARE'S EDITS TO DRAFT REPLY ISO TOLL'S MOTION TO DISMISS GU'S COUNTERCLAIMS AND INCORPORATE INTO DRAFT | 0.1 |
| 12/29/2025 | RUGAR | FURTHER RESEARCH RE REPLY ISO TOLL'S MOTION TO DISMISS GU'S COUNTERCLAIMS | 0.5 |
| 12/29/2025 | RUGAR | EMAILS TO COUNSEL FOR THIRD-PARTY DEFENDANT RE FINALIZED JOINT MOTION TO STAY DISCOVERY | 0.2 |
| [redacted] | | | |
| 12/31/2025 | RUGAR | FINAL REVISIONS AND FORMATTING FOR TOLL'S REPLY ISO MOTION TO DISMISS GU'S COUNTERCLAIMS | 1.2 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/31/2025 | RUGAR | COORDINATE FILING OF TOLL'S REPLY ISO MOTION TO DISMISS GU'S COUNTERCLAIMS | 0.1 |

[redacted]

[redacted]

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

[redacted]

[redacted]

| | |
|---|---|
| Invoice Number | 3795988 |
| Invoice Date | 02/07/26 |
| Client Number | 350333 |
| Matter Number | 00023 |
| Client Matter ID | 202500421 |

**RE: JEFFREY GU**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/26**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/31/2025 | RUGAR | REVIEW GU'S RESPONSE TO JOINT MOTION TO STAY DISCOVERY | 0.4 |
| [redacted] | | | |
| 01/01/2026 | BASKERVILLE | EMAILS WITH K. RUGAR REGARDING GU'S RESPONSE TO OUR MOTION AND THE PROPER DATE OUR REPLY WAS DUE. | 0.1 |
| 01/03/2026 | BASKERVILLE | EMAILS WITH K. RUGAR REGARDING REPLY. | 0.1 |
| 01/03/2026 | RUGAR | PREPARE DRAFT MOTION FOR EXTENSION OF TIME TO REPLY TO GU'S OPPOSITION TO JOINT MOTION TO STAY DISCOVERY | 0.8 |
| [redacted] | | | |
| 01/05/2026 | RUDOLPH | PHONE CALL WITH THE CLERK TO CLARIFY THE DEADLINE TO THE RESPONSE TO THE JOINT MOTION TO STAY IN LIGHT OF GU'S EARLY RESPONSE AND CONFER WITH TEAM REGARDING | 0.2 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | SAME. | |
| [redacted] | | | |
| 01/08/2026 | RUDOLPH | REVIEW THE FILE TO CONFIRM IF WE RECEIVED A CONFERRAL RESPONSE FROM J. GU REGARDING THE RESPONSE TO THE MOTION TO STAY DISCOVERY. | 0.1 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 01/13/2026 | RUGAR | REVIEW GU'S OPPOSITION TO JOINT MOTION TO STAY DISCOVERY | 0.6 |
| 01/13/2026 | RUGAR | BEGIN PREPARING DRAFT REPLY ISO JOINT MOTION TO STAY DISCOVERY | 0.8 |
| 01/13/2026 | RUGAR | PREPARE DETAILED OUTLINE FOR DRAFT REPLY ISO JOINT MOTION TO STAY DISCOVERY | 1.2 |
| [redacted] | | | |
| 01/14/2026 | RUGAR | RESEARCH IN PREPARATION FOR DRAFT REPLY ISO JOINT MOTION TO STAY DISCOVERY | 1.2 |
| 01/14/2026 | RUGAR | PREPARE DRAFT REPLY ISO JOINT MOTION TO STAY DISCOVERY | 3.3 |
| [redacted] | | | |
| 01/15/2026 | RUGAR | REVISE DRAFT JOINT MOTION TO STAY DISCOVERY | 0.8 |
| 01/15/2026 | RUGAR | FINISH PREPARING DRAFT JOINT MOTION TO STAY DISCOVERY | 1.4 |
| [redacted] | | | |
| 01/16/2026 | RUGAR | REVIEW AND ANALYZE STRATEGY RE NEXT STEPS FOR JOINT MOTION TO STAY DISCOVERY | 0.2 |
| 01/20/2026 | BASKERVILLE | REVIEW REPLY IN SUPPORT OF MOTION TO STAY AND HAVE SENT TO COUNSEL FOR OTHER DEFENDANTS (0.2); [redacted] | [redacted] |
| 01/20/2026 | RUDOLPH | ASSIST IN PREPARING THE REPLY TO THE JOINT MOTION TO STAY (EXTRA TIME SPENT DUE TO JUDICIAL FILING CONSTRAINTS). | 0.8 |
| 01/20/2026 | RUGAR | REVISE DRAFT JOINT MOTION TO STAY DISCOVERY | 1.2 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/20/2026 | RUGAR | EMAIL TO COUNSEL FOR JOINT MOVANTS RE REPLY ISO MOTION TO STAY DISCOVERY | 0.2 |
| [redacted] | | | |
| 01/23/2026 | RUGAR | EMAILS TO COUNSEL FOR JOINT PARTIES RE REPLY ISO JOINT MOTION TO STAY DISCOVERY | 0.2 |
| [redacted] | | | |
| 01/23/2026 | RUGAR | EMAIL TO B. GOLD AND M. CARE RE REPLY ISO | 0.1 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | JOINT MOTION TO STAY DISCOVERY | |
| [redacted] | | | |
| 01/27/2026 | RUGAR | REVISE REPLY ISO JOINT MOTION TO STAY DISCOVERY | 0.2 |
| 01/27/2026 | RUGAR | EMAIL TO M. WOODFIN (COUNSEL FOR THE NEW HOME COMPANY) RE REPLY ISO JOINT MOTION TO STAY DISCOVERY | 0.1 |
| 01/28/2026 | BASKERVILLE [redacted] | [redacted] EMAILS WITH R. RUDOLPH AND K. RUGAR REGARDING REPLY IN SUPPORT OF STAY (0.2). | [redacted] |
| [redacted] | | | |
| 01/28/2026 | RUDOLPH | FINALIZE THE REPLY TO THE JOINT MOTION TO STAY DISCOVERY. | 0.2 |
| [redacted] | | | |
| 01/28/2026 | RUGAR | FINAL REVIEW AND REVISIONS OF REPLY ISO JOINT MOTION TO STAY DISCOVERY AND COORDINATE FILING | 0.7 |

[redacted]

[redacted]

[redacted]

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

[redacted]

[redacted]

| | |
|---|---|
| Invoice Number | 3809448 |
| Invoice Date | 03/04/26 |
| Client Number | 350333 |
| Matter Number | 00023 |
| Client Matter ID | 202500421 |

**RE: JEFFREY GU**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/26**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 02/02/2026 | RUGAR | REVIEW ORDER RE JOINT MOTION TO STAY DISCOVERY | 0.1 |
| [redacted] | | | |

[redacted]

Fox Rothschild

TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 1700 PHILADELPHIA, PA 19103
Tel 215.299.2000 Fax 215.299.2150 www.foxrothschild.com

[redacted]

[redacted]

| | |
|---|---|
| Invoice Number | 3927202 |
| Invoice Date | 09/14/26 |
| Client Number | 350333 |
| Matter Number | 00023 |
| Client Matter ID | 202500421 |

**RE: JEFFREY GU**

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/26**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 08/12/2026 | BASKERVILLE | REVIEW REPORT AND RECOMMENDATION FROM MAGISTRATE JUDGE IN COLORADO CASE DISMISSING GU'S COUNTERCLAIMS, AND NUMEROUS EMAILS WITH CLIENT, B. BERMAN, AND K. RUGAR REGARDING SAME. | 0.8 |
| [redacted] | | | |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| [redacted] | | | |
| 08/21/2026 | BASKERVILLE | BEGIN DRAFT OF RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATION (0.6). | 0.6 |
| [redacted] | | | |
| 08/22/2026 | BASKERVILLE | WORK ON RESPONSE TO GU'S OBJECTION TO REPORT AND RECOMMENDATION. | 0.9 |
| 08/24/2026 | BASKERVILLE | DRAFT RESPONSE TO GU'S OBJECTION TO R&R (1.8); [redacted] | [redacted] |
| 08/26/2026 | BASKERVILLE | EMAILS WITH K. RUGAR AND B. HURLBRINK REGARDING EDITING AND CITE CHECKING RESPONSE TO GU'S OBJECTION TO R &R AND RESPONSE TO GU'S MOTION FOR LEAVE TO AMEND (0.1). | 0.1 |
| [redacted] | | | |
| 08/27/2026 | HURLBRINK | REVIEW DRAFT OF RESPONSE TO OBJECTIONS TO REPORT AND RECOMMENDATION | 0.3 |
| [redacted] | | | |
| 08/27/2026 | HURLBRINK | BEGIN REVISING RESPONSE TO OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE TO ACCORD WITH LEGAL AUTHORITIES CITED | 1.3 |
| 08/27/2026 | HURLBRINK | REVIEW DISTRICT OF COLORADO LOCAL CIVIL RULES RE: MOTIONS AND RELATED CERTIFICATION REQUIREMENT | 0.2 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/27/2026 | HURLBRINK | REVIEW PLAINTIFF'S OBJECTION TO JUDGE CHUNG'S REPORT AND RECOMMENDATION | 0.2 |
| 08/27/2026 | HURLBRINK | REVIEW 20-PLUS SOURCES OF LEGAL AUTHORITY, INCLUDING CASES, RULES, STATUTES, AND SECONDARY SOURCES, CITED IN RESPONSE TO OBJECTIONS TO REPORT AND RECOMMENDATION, INCLUDING REVIEW OF NEGATIVE TREATMENT OF THE SAME | 3.0 |
| 08/27/2026 | HURLBRINK | RESEARCH AND ANALYZE CASE LAW RE: VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41 TO ASSESS VIABILITY OF ASSERTED ARUGMENT IN REPSONSE TO OBJECTION TO REPORT AND RECOMMENDATION | 0.5 |
| [redacted] | | | |
| 08/28/2026 | HURLBRINK | FINISH REVISING RESPONSE TO OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE TO ACCORD WITH LEGAL AUTHORITIES CITED AND TO REFLECT NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND COMPLAINT | 1.6 |
| 08/28/2026 | RUGAR | REVIEW AND REVISE RESPONSE TO GU'S OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION RE TOLL'S MOTION TO DISMISS | 0.8 |
| 08/28/2026 | RUGAR | ANALYZE MAGISTRATE JUDGE'S RECOMMENDATION RE TOLL'S MOTION TO DISMISS AND GU'S OBJECTION | 0.5 |
| 08/31/2026 | RUDOLPH | FINALIZE THE REPLY TO J. GU'S OBJECTION TO THE REPORT & RECOMMENDATIONS. | 0.5 |
| 08/31/2026 | RUGAR | EMAILS TO/FROM B. GOLD AND M. CARE RE RESPONSE TO GU'S OBJECTION TO MAGISTRATE JUDGE CHUNG'S RECOMMENDATION AND GU'S PROPOSED FIRST AMENDED | 0.2 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | COMPLAINT | |
| [redacted] | | | |
| 08/31/2026 | RUGAR | FINAL REVISIONS TO RESPONSE TO GU'S OBJECTION TO MAGISTRATE JUDGE CHUNG'S RECOMMENDATION RE TOLL'S MOTION TO DISMISS | 1.3 |
| [redacted] | | | |

[redacted]

[redacted]