Fox Rothschild

## HENRY MARWOOD BASKERVILLE

Henry is an experienced trial lawyer who represents clients in complex commercial litigation, white-collar criminal investigations, government contracting matters and construction disputes. He serves as an outside general counsel to small businesses and startups in a wide variety of industries. He received an AV Preeminent rating by Martindale-Hubble and Lead Counsel Verification from Thompson-Reuters, was named a Fellow in the Litigation Counsel of America and Litigation Star by Benchmark Litigation, and was selected numerous times to Super Lawyers and Best Lawyers. He has tried dozens of cases before judges, juries and arbitrators and prides himself on knowing the cases inside and out.

Henry represents individual and corporate clients in a wide variety of commercial disputes in state and federal court and in arbitration. He handles litigation involving:

- Breach of fiduciary duty
- Fraud
- Fraudulent transfers
- Trade secrets, restrictive covenants
- False Claims Act claims (qui tam cases)
- Breach of contract
- Workplace disputes
- Securities, bankruptcy and receivership proceedings
- Disputes over the ownership of closely held companies

**Bar Admissions**

- Colorado
- Illinois
- New Mexico
- Wyoming



EXHIBIT A-2

**Court Admissions**

- U.S. Court of Appeals, Seventh Circuit
- U.S. Court of Appeals, Tenth Circuit
- U.S. District Court, District of Colorado
- U.S. District Court, Central District of Illinois
- U.S. District Court, Northern District of Illinois (also member of the Trial Bar)
- U.S. District Court, District of Wyoming

**Beyond Fox Rothschild**

Henry is a member of the French American School of Denver's Parent Teacher Organization and serves as Chair of its Recruiting Committee and a member of its Executive Committee. Previously Henry was a member of the Advancement Committee of the Board of Directors of the International School of Denver. He also served on the Board of Directors of the Mile High Youth Corps and as a member of the Board's Development Committee. He appreciates the opportunity to give back to the community by providing pro bono representation.

**Before Fox Rothschild**

Henry joined Fox from a Denver law firm where he was a managing partner. Before that, he worked in the Denver office of a national law firm and practiced with firms in Chicago. He also worked as a building and land use litigation attorney for the City of Chicago Law Department.

**Accomplishments**

- Named a Fellow of the Litigation Counsel of America
- Rated AV Preeminent by Martindale-Hubbell
- Named to National Trial Lawyers' Top 40 Under 40 (2014)

**Honors & Awards**

- Selected to the *Chambers USA* list of ranked attorneys for Litigation: General Commercial in Colorado (2026)

Fox Rothschild

- Selected to the "Litigation Stars" list for commercial litigation by Benchmark Litigation (2025, 2026)
- Selected to the "Best Lawyers in America" list for commercial litigation in Colorado (2017-2026)
- Awarded Lead Counsel Verification in Civil Litigation by Lawinfo.com, a subsidiary of Thompson Reuters.
- Selected to the "Super Lawyers" list for Colorado in the categories of general litigation, business litigation, cannabis law, criminal defense: white collar and government contracts (2020-2026)
- Selected to the Who's Who in America list by *Marquis Who's Who* (2025)
- Denver Business Journal Leadership Trust Member (2020-2021)
- Selected to the "Super Lawyers Rising Stars" list for Colorado (2017-2018)
- Selected to the "Super Lawyers Rising Stars" list for Illinois (2012-2015)

**Memberships**

- American Bar Association
- Colorado Bar Association
- Trial Law Institute
    - Barrister, Order of Veritas

**Languages**

- French

**Education**

- Loyola University Chicago School of Law (J.D., *cum laude*, 2005)
    - Certificate in Trial Advocacy
- Boston College (B.A., *cum laude*, 2001)