Fox Rothschild

## Kiana J. Rugar

A member of the national Litigation Department, Kiana guides clients through all stages of the dispute resolution process.

**Before Fox Rothschild**

Kiana joined us after graduating from law school. While earning her law degree, she interned with a boutique firm and in the Land Resources Division of the National Parks Service. She was also a member of her law school's *Animal Law Review* and the Soccer Law Student Organization.

Kiana worked as a paralegal before attending law school. She played Division I soccer while earning her undergraduate degree.

**Bar Admissions**

- Colorado

**Court Admissions**

- U.S. District Court, District of Colorado

**Education**

- Lewis and Clark College, Northwestern School of Law (J.D., *summa cum laude*, 2025)
- Boston University (2021)
    - Certificate in Paralegal Studies
- Florida Gulf Coast University (M.A., 2018)
- State University of New York at Albany (B.A., *cum laude*, 2017)



EXHIBIT A-3