Fox Rothschild

## Brooke Hurlbrink

A member of the Litigation Department, Brooke helps clients resolve commercial disputes and mitigate risk.

### Before Fox Rothschild

A former Fox Rothschild summer associate, Brooke previously interned for the Honorable Chad Kenney of the U.S. District Court for the Eastern District of Pennsylvania and the Honorable John Whelan of the Delaware County Court of Common Pleas.

As a law student, Brooke was a member of her school's Public Interest Law Journal and Latin American Student Association. She was also a class representative on the Student Government Association.

### Bar Admissions

- Pennsylvania

### Education

- Boston University School of Law (J.D., 2022)
- Loyola University Maryland (B.A., *summa cum laude*, 2019)

### Memberships

- Philadelphia Bar Association, Young Lawyers Division, Executive Committee



EXHIBIT
A-4