IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation;
TOLL SOUTHWEST LLC, a Delaware limited liability company and
TB PROPRIETARY CORP., a Delaware Corporation

Plaintiffs,

v.

JEFFREY GU, an individual;

Defendant.

TOLL BROTHERS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company;
TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company;
TOLL HOLDINGS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP, a Colorado Corporation;
TOLL ARCHITECTURE, INC, a Colorado Corporation;
TOLL BROTHERS, INC, a Colorado Corporation; and
TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

Nominal Defendants.

---

**ORDER RE PLAINTIFFS' PETITION FOR ATTORNEYS' FEES**

---

This matter is before the Court on Plaintiffs / Counter-Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp.'s Petition for Attorneys' Fees (the "Petition"). Having reviewed the Petition, the supporting Declaration of Henry M. Baskerville and Exhibit A, the record, and applicable law, and being fully advised, the Court ORDERS:

1. The Petition is GRANTED.

2. Pursuant to Colo. Rev. Stat. § 13-17-201, reasonable attorneys' fees in the amount of $51,285 are awarded against Defendant / Counterclaimant Jeffrey Gu and in favor of Plaintiffs / Counter-Defendants Toll Brothers, Inc., Toll Southwest LLC, and TB Proprietary Corp.

3. Judgment shall enter on the fee award as permitted by law.

DATED this _____ day of ____________________, 2026.

BY THE COURT:

____________________________________
United States District Court Judge