IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02884-CYC

TOLL BROTHERS, INC., a Delaware corporation;
TOLL SOUTHWEST LLC, a Delaware limited liability company and
TB PROPRIETARY CORP., a Delaware Corporation

Plaintiffs,

v.

JEFFREY GU, an individual;

Defendant.

TOLL BROTHERS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP LLC, a Colorado Limited Liability Company;
TOLL ARCHITECTURE LLC, a Colorado Limited Liability Company;
TOLL HOLDINGS LLC, a Colorado Limited Liability Company;
TB PROPRIETARY CORP, a Colorado Corporation;
TOLL ARCHITECTURE, INC, a Colorado Corporation;
TOLL BROTHERS, INC, a Colorado Corporation; and
TOLL SOUTHWEST LLC, a Wisconsin Limited Liability Company

Nominal Defendants.

---

**PLAINTIFFS' NOTICE OF FILING AMENDED EXHIBIT**

---

Plaintiffs Toll Brothers, Inc., Toll Southwest LLC and TB Proprietary Corp. ("Plaintiffs"), through undersigned counsel, hereby file this notice of filing an amended Exhibit A (ECF 198-1) to Plaintiffs' Petition for Attorneys' Fees (ECF 198) filed on September 17, 2026. The amended Exhibit A is attached hereto.

Dated October 9, 2026.

Respectfully submitted,

Fox Rothschild, LLP

*/s/ Henry M. Baskerville*

Henry M. Baskerville
Kiana J. Rugar
1225 17th St., Suite 2200
Denver, CO 80202
303-292-1200
hbaskerville@foxrothschild.com
krugar@foxrothschild.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on October 9, 2026, a true and correct copy of the foregoing was e-filed CM/ECF to all counsel and parties of record.

*/s/ Rho Rudolph*
Rho Rudolph